**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>          v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>                                  Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**[PROPOSED] ORDER GRANTING MOTION OF RAJEEV YALAMANCHILI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

WHEREAS, the Court has considered the competing motions for Appointment of Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel,

IT IS HEREBY ORDERED THAT:

1.      Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Rajeev Yalamanchili ("Mr. Yalamanchili") as Lead Plaintiff in the Action.  Mr. Yalamanchili satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.      Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel and Stanley Law Group as Liaison Counsel for the Class in the Action.

3.      Lead Counsel and Liaison Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

(a)      to coordinate the briefing and argument of motions;

(b)      to coordinate the conduct of discovery proceedings;

(c)      to coordinate the examination of witnesses in deposition;

- 1 -

(d)      to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)      to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)      to coordinate all settlement negotiations with counsel for defendants;

(g)      to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

(h)      to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of lead counsel.

5.      Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6.      Lead Counsel and Liaison Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.      Lead Counsel and Liaison Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

8.      Defendants shall effect service of papers on plaintiffs by serving a copy of same on lead counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect

service of papers on defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

9.     During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

SO ORDERED.

Dated: _____
        Dallas, Texas

_____
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

DATED: July 6, 2020

Respectfully submitted,

STANLEY LAW GROUP


By _____*/s/ Marc R. Stanley*_____
        Marc R. Stanley

Marc R. Stanley (TX Bar No. 19046500)
6116 N. Central Expressway, Suite 1500
Dallas, TX  75206
Telephone: (214) 443-4301
Facsimile:  (214) 443-0358
marcstanley@mac.com

*Liaison Counsel for [Proposed] Lead Plaintiff*
*Rajeev Yalamanchili*

Reed R. Kathrein (CA Bar No. 139304)
(*Pro Hac Vice Forthcoming*)
Lucas E. Gilmore (CA Bar No. 250893)

- 3 -

(*Pro Hac Vice Forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (WA Bar No. 12536)
(*Pro Hac Vice Forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Rajeev Yalamanchili*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

> */s/ Marc R. Stanley*
> MARC R. STANLEY

1323897 V1