**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>          v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>                                   Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**DECLARATION OF LUCAS E. GILMORE IS SUPPORT OF MOTION OF RAJEEV YALAMANCHILI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Lucas E. Gilmore, declare as follows:

1.      I am Senior Counsel at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Rajeev Yalamanchili ("Movant").  I am an attorney licensed to practice law in the States of California.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff, and Approval of His Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's sworn Certification;

Exhibit B:     Chart of Movant's estimated loss;

Exhibit C:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on May 5, 2020; and

Exhibit D:     Hagens Berman's firm résumé.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of July 2020, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Marc R. Stanley*
MARC R. STANLEY

1323891 V1