# Exhibit B

**Loss Analysis for Rajeev Yalamanchili - Hallmark Financial Services, Inc. (HALL)**
Class Period 03/25/19 - 03/17/20

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Sales Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 06/25/19 | 70 | $14.6089 | $1,022.62 | | 04/05/19 | 40 | $10.7828 | $431.31 |
| Purchases | 06/25/19 | 70 | $14.3424 | $1,003.97 | | 09/25/19 | 115 | $19.6270 | $2,257.11 |
| | 07/25/19 | 21 | $14.6589 | $307.84 | | 11/12/19 | 243 | $18.4572 | $4,485.10 |
| | 07/30/19 | 70 | $15.1182 | $1,058.27 | | | | | |
| | 10/29/19 | 125 | $16.4650 | $2,058.13 | | | | | |
| | 02/20/20 | 465 | $17.3198 | $8,053.71 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 821 | Total Amt. Paid in CP | $13,504.53 | |
| Total Shares Sold in CP | 398 | Total Amt. Sold in CP | $7,173.52 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 398 | Total Amt. Sold to Current | $7,173.52 | ALTERNATIVE |

Actual Net Shares Acquired in CP     423 (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $6,331.02 | |
| Net Amount Paid in CP Minus Sold to Current Date | $6,331.02 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 423 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 423 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP     $3.49

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $1,474.39 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $1,474.39 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $4,856.63 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $4,856.63 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $4,856.63 | ALTERNATIVE |