## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**RAJEEV YALAMANCHILI'S REPY IN SUPPORT OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

Lead Plaintiff Movant Rajeev Yalamanchili ("Movant" or "Mr. Yalamanchili") respectfully submits this reply in support of his unopposed motion for appointment as lead plaintiff and approval of counsel.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), any party seeking appointment as lead plaintiff in the above-captioned matter was required to so move this Court on or before July 6, 2020. On July 6, 2020, Mr. Yalamanchili filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, demonstrating that he had suffered the largest financial losses of any other movant in connection with his purchases of Hallmark Financial Services, Inc. ("Hallmark Financial" or the "Company") securities between March 5, 2019 and March 17, 2020, inclusive (the "Class Period"). ECF No. 15. That same day, one other competing movant group filed a similar motion, claiming to have suffered substantially lesser investment losses than Mr. Yalamanchili during the Class Period. ECF No. 12.

Since this time, the only other competing movants, Schulze and Gambrell, filed a notice of non-opposition to Mr. Yalamanchili's motion for appointment as lead plaintiff, acknowledging Mr. Yalamanchili possesses a larger financial interest in the relief sought by the class. ECF No. 19. Accordingly, Mr. Yalamanchili's Motion for Appointment as Lead Plaintiff and Approval of Counsel is unopposed.

Based on the facts presented above and on the factual and legal reasons presented in Mr. Yalamanchili's initial Motion and Response (ECF Nos. 15, 20), Movant respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995:

(1) appointing Mr. Yalamanchili as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Hallmark Financial during the Class Period;

(2) approving Lead Plaintiff's selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel and the Stanley Law Group as Liaison Counsel; and

(3) granting such other and further relief as the Court may deem just and proper.

DATED: July 16, 2020

Respectfully submitted,

STANLEY LAW GROUP

By     */s/ Marc R. Stanley*
        Marc R. Stanley

Marc R. Stanley (TX Bar No. 19046500)
6116 N. Central Expressway, Suite 1500
Dallas, TX 75206
Telephone: (214) 443-4301
Facsimile: (214) 443-0358
marcstanley@mac.com

*Liaison Counsel for [Proposed] Lead Plaintiff
Rajeev Yalamanchili*

Reed R. Kathrein (CA Bar No. 139304)
(*Pro Hac Vice Forthcoming*)
Lucas E. Gilmore (CA Bar No. 250893)
(*Pro Hac Vice Forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (WA Bar No. 12536)
(*Pro Hac Vice Forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff
Rajeev Yalamanchili*

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Marc R. Stanley
MARC R. STANLEY

010936-11/1327294 V1