# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>          v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>                Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**JOINT MOTION FOR ORDER:**<br>**(1) SETTING DEADLINE TO FILE THE AMENDED COMPLAINT;**<br>**(2) ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS; AND**<br>**(3) EXCUSING LR 23.2'S DEFAULT CLASS CERTIFICATION MOTION DEADLINE** |

Lead Plaintiff Rajeev Yalamanchili and Defendants Hallmark Financial Services, Inc., Naveen Anand, and Jeffrey Passmore (collectively, "Defendants") respectfully request that the Court enter an Order: (i) setting the deadline for lead plaintiff to file an amended complaint on September 21, 2020 (i.e., 60 days after being appointed lead plaintiff); (ii) approving the parties' proposed schedule for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss; and (iii) excusing the default class certification motion deadline established by Civ. L.R. 23.2. The parties submit that the requested relief is reasonable and will cause no prejudice to any party or undue delay.

By way of background, on May 5, 2020, plaintiff Cooper Schulze initiated this securities fraud class action governed by the Private Securities Litigation Reform Act ("PSLRA"). ECF No. 1. Under the PSLRA, discovery is generally stayed pending resolution of any motion to dismiss. *See* 15 U.S.C. § 78u-4(b)(3)(B).

On May 29, 2019, the Court entered an Order denying plaintiff Schulze's and Defendants' joint motion to set the deadline to file the amended complaint and Defendants' deadline to respond (ECF No. 9), stating, "The Court anticipates considering such deadlines after the lead plaintiff has been selected." ECF No. 10.

On July 21, 2020, the Court entered an order granting Mr. Yalamanchili's motion for appointment as Lead Plaintiff and approving his selection of Hagens Berman as lead counsel, and Stanley Law Group as liaison counsel. ECF No. 32.

Lead Counsel is diligently preparing the amended complaint, which allegations will be more expansive than those in the original complaint. Accordingly, Lead Plaintiff respectfully requests that the Court set the date to file the amended complaint on September 21, 2020. To put this request into context, the time between the appointment of lead plaintiff and submission of

1

the consolidated complaint – 60 days – is shorter or equal to the deadline set in other recent securities fraud cases in this District. *See, e.g., Town of Davie Police Pension Plan v. Pier 1 Imports Inc. et al.*, No. 3:15-cv-03415, ECF Nos. 47, 53, 56 (N.D. Tex.) (setting deadline to file amended complaint 106 days after appointment of lead plaintiff); *Ramirez v. Exxon Mobil Corp. et al.*, No. 3:16-cv-03111, ECF Nos. 29, 34, 35 (N.D. Tex.) (84 days); *Mullins v. AZZ, Inc. et al.*, No. 4:18-cv-00025, ECF Nos. 34, 37 (N.D. Tex.) (60 days). Additionally, Defendants do not oppose the requested deadline.

In addition, the parties also propose deadlines for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss, as set forth below:

1.      Defendants' responsive pleadings - November 20, 2020.

2.      Lead Plaintiff's opposition to any motion to dismiss - December 21, 2020.

3.      Defendants' reply in support of any motion to dismiss - January 21, 2021.

Finally, in light of the PSLRA's stay of discovery and the foregoing briefing schedule, the parties further propose that the Court excuse this District's requirement that a motion for class certification be filed within 90 days of the filing of a class action complaint. *See* Civ. L.R. 23.2. The parties submit that class certification, together with other pretrial deadlines, should be addressed after resolution of any motion to dismiss.

**CONCLUSION**

The Parties thus respectfully request that the Court enter the attached Order.

Dated: July 30, 2020                                  Respectfully submitted,

**STANLEY LAW GROUP**

By _____*/s/ Marc R. Stanley*_____
          Marc R. Stanley

Marc R. Stanley (TX Bar No. 19046500)

Martin Woodward (TX Bar No. 00797693)
6116 N. Central Expressway, Suite 1500
Dallas, TX  75206
Telephone: (214) 443-4301
Facsimile:  (214) 443-0358
marcstanley@mac.com
mwoodward@stanleylawgroup.com

*Liaison Counsel for [Proposed] Lead Plaintiff
Rajeev Yalamanchili*

Reed R. Kathrein (admitted *Pro Hac Vice*)
Lucas E. Gilmore (admitted *Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff
Rajeev Yalamanchili*

Dated: July 30, 2020

**BAKER BOTTS L.L.P.**

By _____*/s/ Danny David*_____
        Danny David

Danny David (TX Bar No. 24028267)
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
Telephone: (713) 229-4055
Facsimile:  (713) 229-2855
danny.david@bakerbotts.com

Jessica B. Pulliam (TX Bar No. 24037309)
Charles Strecker (TX Bar No. 24066157)
Jace Yarbrough (TX Bar No. 24110560)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX  75201
Telephone: (214) 953-6500
Facsimile:  (214) 661-6503
jessica.pulliam@bakerbotts.com
charles.strecker@bakerbotts.com
jace.yarbrough@bakerbotts.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

By: _____ */s/ Marc R. Stanley* _____
Marc R. Stanley (TX Bar No. 19046500)
**STANLEY LAW GROUP**
6116 N. Central Expressway, Suite 1500
Dallas, TX  75206
Telephone: (214) 443-4301
Facsimile:  (214) 443-0358
marcstanley@mac.com

## CERTIFICATE OF CONFERENCE

On July 24, 29, and 30, 2020, I conferred with Danny David, Defendants' counsel, via e-mail, and Mr. David stated that Defendants are in agreement with the relief requested in the motion.

*/s/ Lucas E. Gilmore*

Lucas E. Gilmore (admitted *Pro Hac Vice*)
Plaintiff's counsel
