**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>        Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES ON FILING OF THE AMENDED COMPLAINT AND BRIEFING ON DEFENDANTS' RESPONSIVE PLEADINGS** |

## ORDER

The Court, having considered Lead Plaintiff's unopposed Motion for an Order extending the deadlines on the filing of the Amended Complaint and briefing on Defendants' responsive pleadings, and good cause appearing therefore, sets the following deadlines:

1.  Lead Plaintiff's amended complaint – September 30, 2020.

2.  Defendants' response to the consolidated complaint – December 4, 2020.

3.  Lead Plaintiff's opposition to any motion to dismiss – January 6, 2021.

4.  Defendants' reply in support of the motion to dismiss – February 8, 2021.

It is SO ORDERED.

SIGNED this 21st day of September, 2020

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1