**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| COOPER SCHULZE, | § | Case No. 3:20-cv-1130-X |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| HALLMARK FINANCIAL SERVICES, | § | |
| INC., NAVEEN ANAND, and JEFFREY | § | |
| R. PASSMORE | § | |
| | § | |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S**
**AMENDED COMPLAINT AND BRIEF IN SUPPORT**

Defendants Hallmark Financial Services, Inc., Naveen Anand, and Jeffrey R. Passmore

("Defendants") submit this Appendix to their Motion to Dismiss Plaintiff's Amended Complaint

and Brief in Support.

| Exhibit | Document | App. No. |
|---|---|---|
| | Declaration of Charles Strecker | n/a |
| 1 | Hallmark Financial Services, Inc.'s 8-K announcing its financial results for the three months and nine months ended September 30, 2017, filed with the SEC on November 9, 2017 | 0001 – 0011 |
| 2 | Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2017, filed with the SEC on March 14, 2018 | 0012 – 0130 |
| 3 | Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three months and six months ended June 30, 2018, filed with the SEC on August 7, 2018 | 0131 – 0143 |
| 4 | Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended September 30, 2018, filed with the SEC on November 7, 2018 | 0144 – 0285 |
| 5 | Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three months and nine months ended September 30, 2018, filed with the SEC on November 8, 2018 | 0286 – 0296 |

1

| Exhibit | Document | App. No. |
|---|---|---|
| 6 | Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2018, filed with the SEC on March 14, 2019 | 0297 – 0562 |
| 7 | Hallmark Financial Services, Inc.'s Schedule 14A Proxy Statement for its Annual Meeting held May 30, 2019, filed with the SEC on April 26, 2019 | 0563 – 0581 |
| 8 | Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended March 31, 2019, filed with the SEC on May 8, 2019 | 0582 – 0718 |
| 9 | Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three and six months ended June 30, 2019, filed with the SEC on August 8, 2019 | 0719 – 0732 |
| 10 | Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended June 30, 2019, filed with the SEC August 9, 2019 | 0733 – 0880 |
| 11 | Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended September 30, 2019, filed with the SEC November 7, 2019 | 0881 – 1030 |
| 12 | Hallmark Financial Services, Inc.'s November 8, 2019 Transcript of Earnings Call for 2019 Q3 | 1031 – 1044 |
| 13 | *Hallmark Financial Announces Exit from Binding Primary Commercial Auto Business; Reports Loss Development for Prior Underwriting Years*, GlobeNewswire, March 2, 2020 (accessed December 12/03/2020) | 1045 – 1048 |
| 14 | Hallmark Financial Services, Inc.'s Form 8-K announcing its exit from its Binding Primary Auto Business, filed with the SEC on March 2, 2020 | 1049 – 1055 |
| 15 | Hallmark Financial Services, Inc.'s Form 8-K announcing that the Company does not expect to timely file its Annual Report on Form 10-K for the year ended December 31, 2019, filed with the SEC on March 11, 2020 | 1056 – 1059 |
| 16 | Hallmark Financial Services, Inc.'s Form 8-K announcing a change in the Company's independent registered public accounting firm, filed with the SEC on March 12, 2020 | 1060 – 1062 |
| 17 | Hallmark Financial Services, Inc.'s Form 8-K/A supplementing its Form 8-K originally filed on March 11, 2020, filed with the SEC on March 17, 2020 | 1063 – 1067 |

| Exhibit | Document | App. No. |
|---|---|---|
| 18 | Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2019, filed with the SEC on June 30, 2020 | 1068 – 1215 |
| 19 | Hallmark Financial Services, Inc.'s Form 8-K announcing departure of Directors or Certain Officers, election of Directors, appointment of certain Officers and compensatory arrangements of certain Officers, filed with the SEC on September 21, 2020 | 1216 – 1219 |
| 20 | *AM Best Places Credit Ratings of Hallmark Financial Services, Inc. and Its Subsidiaries Under Review With Negative Implications*, BusinessWire, March 2, 2020 (accessed 11/16/20) | 1220 – 1223 |

Respectfully submitted,
BAKER BOTTS L.L.P.

By:    */s/ Jessica B. Pulliam*
Jessica B. Pulliam
Texas Bar No. 24037309
Charles Strecker
Texas Bar No. 24066157
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
United States of America
Tel.: (214) 953-6500
Fax: (214) 953-6503
jessica.pulliam@bakerbotts.com
charles.strecker@bakerbotts.com

Danny David
Texas Bar No. 24028267
910 Louisiana Street
Houston, Texas 77002
United States of America
Tel.: (713) 229-4055
Fax: (713) 229-2855
danny.david@bakerbotts.com

*Counsel for Defendants Hallmark Financial Services, Inc., Naveen Anand, and Jeffrey R. Passmore*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2020, I electronically filed this document using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jessica B. Pulliam*
Jessica B. Pulliam