**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| COOPER SCHULZE, | § | Case No. 3:20-cv-1130-X |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| HALLMARK FINANCIAL SERVICES, | § | |
| INC., NAVEEN ANAND, and JEFFREY | § | |
| R. PASSMORE | § | |
| | § | |
| *Defendants*. | § | |

## DECLARATION OF CHARLES STRECKER

Pursuant to 20 U.S.C. § 1746, I, Charles Strecker, declare as follows:

1. My name is Charles Strecker, I am over the age of 18 years, have never been convicted of a felony, and am of sound mind, I have personal knowledge of the facts set forth in this declaration, and all these facts are true.

2. I am an attorney at Baker Botts L.L.P., and represent Defendants Hallmark Financial Services, Inc., Naveen Anand, and Jeffrey R. Passmore ("Defendants") in this matter.

3. Attached as Exhibit 1 to the Appendix in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support (the "Appendix") is a true and correct copy of Hallmark Financial Services, Inc.'s 8-K announcing its financial results for the three months and nine months ended September 30, 2017, filed with the SEC on November 9, 2017.

4. Attached as Exhibit 2 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2017, filed with the SEC on March 14, 2018.

5. Attached as Exhibit 3 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three months and six

months ended June 30, 2018, filed with the SEC on August 7, 2018.

6.      Attached as Exhibit 4 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s 10-Q for the Quarter Ended September 30, 2018, filed with the SEC on November 7, 2018.

7.      Attached as Exhibit 5 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three months and nine months ended September 30, 2018, filed with the SEC on November 8, 2018.

8.      Attached as Exhibit 6 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2018, filed with the SEC on March 14, 2019.

9.      Attached as Exhibit 7 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Schedule 14A Proxy Statement for its Annual Meeting held May 30, 2019, filed with the SEC on April 26, 2019.

10.      Attached as Exhibit 8 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended March 31, 2019, filed with the SEC on May 8, 2019.

11.      Attached as Exhibit 9 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing its financial results for the three and six months ended June 30, 2019, filed with the SEC on August 8, 2019.

12.      Attached as Exhibit 10 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 10-Q for the Quarter Ended June 30, 2019, filed with the SEC August 9, 2019.

13.      Attached as Exhibit 11 to the Appendix is a true and correct copy of Hallmark

Financial Services, Inc.'s Form 10-Q for the Quarter Ended September 30, 2019, filed with the SEC November 7, 2019.

14.     Attached as Exhibit 12 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s November 8, 2019 Transcript of Earnings Call for 2019 Q3.

15.     Attached as Exhibit 13 to the Appendix is a true and correct copy of *Hallmark Financial Announces Exit from Binding Primary Commercial Auto Business; Reports Loss Development for Prior Underwriting Years*, GlobeNewswire, March 2, 2020 (accessed December 12/03/2020).

16.     Attached as Exhibit 14 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing its exit from its Binding Primary Auto Business, filed with the SEC on March 2, 2020.

17.     Attached as Exhibit 15 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing that the Company does not expect to timely file its Annual Report on Form 10-K for the year ended December 31, 2019, filed with the SEC on March 11, 2020.

18.     Attached as Exhibit 16 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing a change in the Company's independent registered public accounting firm, filed with the SEC on March 12, 2020.

19.     Attached as Exhibit 17 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K/A supplementing its Form 8-K originally filed on March 11, 2020, filed with the SEC on March 17, 2020.

20.     Attaches as Exhibit 18 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2019, filed with the

SEC on June 30, 2020.

21.    Attached as Exhibit 19 to the Appendix is a true and correct copy of Hallmark Financial Services, Inc.'s Form 8-K announcing departure or Directors or Certain Officers, election of Directors, appointment of certain Officers and compensatory arrangements of certain Officers, filed with the SEC on September 21, 2020.

22.    Attached as Exhibit 20 to the Appendix is a true and correct copy of *AM Best Places Credit Ratings of Hallmark Financial Services, Inc. and Its Subsidiaries Under Review With Negative Implications*, BusinessWire, March 2, 2020 (accessed 11/16/20).

**I declare under penalty of perjury that the foregoing is true and correct.**
Executed this 4th day of December 2020 in Dallas, Texas.

*/s/ Charles Strecker*
Charles Strecker

# Exhibit 1

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

## FORM 8-K

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):	**November 8, 2017**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **777 Main Street, Suite 1000, Fort Worth, Texas** | **76102** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

APP. 0002

**Item 2.02**          **Results of Operations and Financial Condition**

On November 8, 2017, the Registrant issued a press release announcing its financial results for the three months and nine months ended September 30, 2017. A copy of the Registrant's press release is attached as Exhibit 99.1 to this Current Report.

**Item 9.01**          **Financial Statements and Exhibits**

(c)      Exhibits.

        99.1      Press release dated November 8, 2017.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

                                        HALLMARK FINANCIAL SERVICES, INC.

Date:  November 9, 2017                        By: /s/ Jeffrey R. Passmore
                                            Jeffrey R. Passmore, Chief Accounting Officer

APP. 0003

Exhibit 99.1

Hallmark Financial Services, Inc.
777 Main Street, Suite 1000,
Fort Worth, TX 76102
817.348.1600
hallmarkgrp.com

**FOR IMMEDIATE RELEASE**

**HALLMARK FINANCIAL SERVICES, INC.**
**ANNOUNCES THIRD QUARTER 2017 RESULTS**

FORT WORTH, Texas, (November 8, 2017) - Hallmark Financial Services, Inc. (NASDAQ: HALL) today announced results for its third fiscal quarter ended September 30, 2017, including the following highlights:

- 3rd quarter 2017 net loss of $1.6 million, or $0.09 per diluted share
- Year to date 2017 net loss of $0.9 million, or $0.05 per diluted share
- Net combined ratio of 108.6% for 3rd quarter 2017 and 104.2% for year to date 2017
- 3rd quarter 2017 unfavorable prior year reserve development of $10.6 million versus $2.0 million unfavorable development for 3rd quarter 2016
- Year to date 2017 unfavorable prior year reserve development of $20.2 million versus $0.8 million favorable development for prior year
- Catastrophe losses, net of reinsurance, of $4.4 million for the 3rd quarter 2017 and $6.3 million year to date 2017, each including $3.1 million from Hurricane Harvey, compared to $2.2 million and $10.4 million for the same prior periods
- Year to date 2017 cash flow from operations of $34.3 million increased 34% over prior year
- 3rd quarter 2017 total revenues of $97.7 million, increased slightly over prior period
- Year to date 2017 total revenues of $288.1 million, increased 3% over prior period

"It was a challenging quarter for Hallmark driven by both prior year loss development, primarily in commercial auto, and natural catastrophes," said Naveen Anand, President and Chief Executive Officer.

"Considering the industry impact from the catastrophe losses and our home base of Texas, Hallmark weathered the storm well. Catastrophe losses contributed 4.9 points (1) to the third quarter and 2.4 points to the year to date net combined ratios. This compares to a catastrophe loss contribution of 2.4 points and 4.0 points to the third quarter and year to date 2016 net combined ratios. The loss results would have been higher if not for the improved exposure management and enterprise risk management strategies deployed over the last few years. Prior year adverse loss reserve development contributed another 11.9 points and 7.5 points to the current third quarter and year to date net combined ratios," continued Mr. Anand.

"Primary commercial auto is a challenging environment. We are addressing the issues by significantly increasing rates, exiting territories that are underperforming or where there is irresponsible price competition, and culling poor performing risks from the book of business. We have filed our third rate increase in 15 months and last year ceased writing business in two states. This line of business has become a target for litigation and we've adjusted our underwriting and claims processes to address the new realities of the line," continued Mr. Anand.

"Our gross premiums increased by 10% for the third quarter and 9% year to date primarily driven by product lines we've invested in over the last three years to diversify and balance the book of business. These lines continue to perform in line with expectations. Specialty Commercial now accounts for over 76% of our year to date gross premiums written. Our Personal Segment gross premiums written decreased by 39% for the third quarter and 25% year to date as compared to the same periods the prior year. Personal Segment net loss ratios improved by over 16 points for the quarter and over 9 points for year to date as compared to prior year periods. The Personal Segment expense ratio increased due to the premium volume reduction, but we expect that to come in line over the next few quarters and expect that the loss ratio will continue to improve as well," concluded Mr. Anand.

Mark E. Schwarz, Executive Chairman of Hallmark, stated, "We reported book value per share of $14.40 as of September 30, 2017, which is an increase of 1% during the first nine months of 2017. Our total cash and investments increased by $22.3 million during the first nine months of 2017 to $763.4 million, or $42.04 per share, driven mostly by $34.3 million of cash flow from operations for the first nine months of 2017, which is an increase of 34% over the same period the prior year. Our balance sheet remains liquid with a very short duration in our investment portfolio and cash balances (including restricted cash) of $93.1 million as of September 30, 2017, ready to be deployed as we see opportunity."

**Third Quarter**

| | | 2017 | | 2016 | % Change |
|---|---|---|---|---|---|
| | | *($ in thousands, unaudited)* | | | |
| Gross premiums written | | 161,151 | | 147,065 | 10% |
| Net premiums written | | 95,049 | | 95,685 | -1% |
| Net premiums earned | | 88,788 | | 90,795 | -2% |
| Investment income, net of expenses | | 5,295 | | 4,070 | 30% |
| Gain on investments | | 2,960 | | 1,105 | 168% |
| Other-than-temporary impairments | | (850) | | - | nm |
| Total revenues | | 97,723 | | 97,618 | 0% |
| Net (loss) income | | (1,560) | | 5,048 | -131% |
| Net (loss) income per share - basic | $ | (0.09) | $ | 0.27 | -133% |
| Net (loss) income per share - diluted | $ | (0.09) | $ | 0.27 | -133% |
| Book value per share | $ | 14.40 | $ | 14.53 | -1% |
| Cash flow from operations | | 21,945 | | 23,198 | -5% |

**Year-to-Date**

| | | 2017 | | 2016 | % Change |
|---|---|---|---|---|---|
| | | *($ in thousands)* | | | |
| Gross premiums written | | 458,319 | | 419,549 | 9% |
| Net premiums written | | 284,462 | | 278,554 | 2% |
| Net premiums earned | | 268,718 | | 262,820 | 2% |
| Investment income, net of expenses | | 14,361 | | 11,943 | 20% |
| Gain on investments | | 4,948 | | 1,589 | 211% |
| Other-than-temporary impairments | | (4,257) | | (2,888) | 47% |
| Total revenues | | 288,146 | | 278,698 | 3% |
| Net (loss) income | | (924) | | 10,188 | -109% |
| Net (loss) income per share - basic | $ | (0.05) | $ | 0.54 | -109% |
| Net (loss) income per share - diluted | $ | (0.05) | $ | 0.54 | -109% |
| Book value per share | $ | 14.40 | $ | 14.53 | -1% |
| Cash flow from operations | | 34,329 | | 25,532 | 34% |

(1)  "Points" are either calculated as the impacted amount of net loss and loss adjustment expense and operating expenses divided by net earned premium when referencing the impact to the period or calculated as the difference in net loss and loss adjustment expense ratio or net combined ratio when comparing periods.

**Third Quarter 2017 Commentary**

Hallmark reported a net loss of $1.6 million and $0.9 million for the three months and nine months ended September 30, 2017, as compared to net income of $5.0 million and $10.2 million for the same periods the prior year. On a diluted basis per share, the Company reported a net loss of $0.09 per share and $0.05 per share for the three months and nine months ended September 30, 2017, as compared to net income of $0.27 per share and $0.54 per share for the same periods the prior year.

Hallmark's consolidated net loss ratio was 81.5% and 76.3% for the three months and nine months ended September 30, 2017, as compared to 68.7% and 67.1% for the same periods the prior year. Hallmark's net expense ratio was 27.1% and 27.9% for the three months and nine months ended September 30, 2017 as compared to 27.9% and 28.9% for the same periods the prior year. Hallmark's net combined ratio was 108.6% and 104.2% for the three months and nine months ended September 30, 2017, as compared to 96.6% and 96.0% for the same periods the prior year.

Hallmark's discontinued workers' compensation and occupational accident lines of business, previously written by the Standard Commercial Segment, adversely impacted the consolidated net combined ratio by 1.1 points and 1.2 points for the three months and nine months ended September 30, 2017, compared to an adverse impact of 0.3 points for the three months and a favorable impact of 0.5 points for the nine months ended September 30, 2016. Similarly, within the Standard Commercial Segment these discontinued lines of business accounted for 6.2 points of the 108.0% net combined ratio and 6.6 points of the 105.6% net combined ratio for the three months and nine months ended September 30, 2017, as compared to 2.2 points of the 89.2% net combined ratio and -2.5 points of the 92.6% net combined ratio of the Standard Commercial Segment for the same periods the prior year.

During the three months and nine months ended September 30, 2017, Hallmark's total revenues were $97.7 million and $288.1 million, representing an increase of 0% and 3%, from the $97.6 million and $278.7 million in total revenues for the same periods of 2016. During the three months and nine months ended September 30, 2017, Hallmark's loss before tax was $1.5 million and $0.6 million, as compared to income before tax of $7.2 million and $14.7 million reported during the same periods the prior year.

This increase in revenue for the three months and nine months ended September 30, 2017 was primarily attributable to higher net earned premiums in the Specialty Commercial Segment, partially offset by lower net earned premiums in the Standard Commercial Segment and the Personal Segment. Net earned premiums for the three and nine months ended September 30, 2017 include the impact of $1.5 million of ceded reinstatement premium attributable to Hurricane Harvey. Further contributing to this increase in revenues was higher net investment income and higher net realized gains recognized on the investment portfolio during the three and nine months ended September 30, 2017 as compared to the same periods during 2016. These increases in revenue during the three and nine months ended September 30, 2017 were partially offset by lower finance charges.

The increase in revenue for the three and nine months ended September 30, 2017 was offset by higher losses and loss adjustment expenses ("LAE") of $10.0 million and $28.7 million, as compared to the same periods in 2016. The increase in losses and LAE was primarily the result of unfavorable net prior year loss reserve development of $10.6 million and $20.2 million for the three and nine months ended September 30, 2017 as compared to unfavorable net prior year loss reserve development of $2.0 million during the third quarter of 2016 and $0.8 million of favorable net prior year loss reserve development during the nine months ended September 30, 2016, as well as higher current accident year loss trends in the Contract Binding operating unit (formerly the MGA Commercial Products operating unit). The Company reported $4.4 million and $6.3 million of net catastrophe losses during the three and nine months ended September 30, 2017, of which $3.1 million was attributable in both periods to Hurricane Harvey, as compared to $2.2 million and $10.4 million of net catastrophe losses during the same periods of 2016. Other operating expenses decreased mostly as a result of a $1.8 million payment to settle the earn-out related to the previous acquisition of TBIC during 2016 and lower production related expenses due primarily to increased ceding commissions in the Specialty Commercial Segment, partially offset by increased salary and related expenses and other operating expenses driven by investment in technology for the three and nine months ended September 30, 2017 as compared to the same periods during 2016.

During the nine months ended September 30, 2017, Hallmark's cash flow provided by operations was $34.3 million compared to cash flow provided by operations of $25.5 million during the same period the prior year. The increase in operating cash flow was primarily due to higher collected net investment income, higher collected ceding commissions, decreased paid losses (including timing of reinsurance claim settlements), lower income taxes paid and higher collected net premiums (including timing of reinsurance payments), partially offset by lower collected finance charges and higher paid interest expense.

**About Hallmark Financial Services, Inc.**

Hallmark Financial Services, Inc. is a diversified specialty property/casualty insurer with offices in Dallas-Fort Worth, San Antonio, Chicago, Los Angeles and Atlanta. Hallmark markets, underwrites and services over half a billion dollars annually in commercial and personal insurance premiums in select markets. Hallmark is headquartered in Fort Worth, Texas and its common stock is listed on NASDAQ under the symbol "HALL."

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ substantially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

For further information, please contact:
Mr. Naveen Anand, President and Chief Executive Officer at 817.348.1600
www.hallmarkgrp.com

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
*($ in thousands, except par value)*

| | Sept. 30 2017 | Dec. 31 2016 |
|---|---|---|
| **ASSETS** | *(unaudited)* | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (cost: $616,885 in 2017 and $597,784 in 2016) | $ 618,234 | $ 597,457 |
| Equity securities, available-for-sale, at fair value (cost: $26,681 in 2017 and $31,449 in 2016) | 47,799 | 51,711 |
| Other investment (cost: $3,763 in 2017 and 2016) | 4,221 | 4,951 |
| Total investments | 670,254 | 654,119 |
| Cash and cash equivalents | 89,770 | 79,632 |
| Restricted cash | 3,343 | 7,327 |
| Ceded unearned premiums | 103,970 | 81,482 |
| Premiums receivable | 101,658 | 89,715 |
| Accounts receivable | 1,934 | 2,269 |
| Receivable for securities | 1,709 | 3,047 |
| Reinsurance recoverable | 181,961 | 147,821 |
| Deferred policy acquisition costs | 19,245 | 19,193 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 10,641 | 12,491 |
| Deferred federal income taxes, net | 2,345 | 1,365 |
| Federal income tax recoverable | 2,033 | 3,951 |
| Prepaid expenses | 1,677 | 1,552 |
| Other assets | 13,587 | 13,801 |
| Total Assets | $ 1,248,822 | $ 1,162,460 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $962 in 2017 and $1,001 in 2016) | 55,740 | 55,701 |
| Reserves for unpaid losses and loss adjustment expenses | 531,499 | 481,567 |
| Unearned premiums | 279,487 | 241,254 |
| Reinsurance balances payable | 57,023 | 46,488 |
| Pension liability | 2,049 | 2,203 |
| Payable for securities | 7,635 | 14,215 |
| Accounts payable and other accrued expenses | 23,916 | 25,296 |
| Total Liabilities | 987,349 | 896,724 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2017 and 2016 | 3,757 | 3,757 |
| Additional paid-in capital | 123,156 | 123,166 |
| Retained earnings | 147,103 | 148,027 |
| Accumulated other comprehensive income | 12,085 | 10,371 |
| Treasury stock (2,714,902 shares in 2017 and 2,260,849 shares in 2016), at cost | (24,628) | (19,585) |
| Total Stockholders' Equity | 261,473 | 265,736 |
| Total Liabilities & Stockholders' Equity | $ 1,248,822 | $ 1,162,460 |

APP. 0008

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
*($ in thousands, except share amounts)*

| | Three Months Ended September 30 | | Nine Months Ended September 30 | |
|---|---|---|---|---|
| | **2017** | **2016** | **2017** | **2016** |
| Gross premiums written | $ 161,151 | $ 147,065 | $ 458,319 | $ 419,549 |
| Ceded premiums written | (66,102) | (51,380) | (173,857) | (140,995) |
| Net premiums written | 95,049 | 95,685 | 284,462 | 278,554 |
| Change in unearned premiums | (6,261) | (4,890) | (15,744) | (15,734) |
| Net premiums earned | 88,788 | 90,795 | 268,718 | 262,820 |
| | | | | |
| Investment income, net of expenses | 5,295 | 4,070 | 14,361 | 11,943 |
| Net realized losses | 2,110 | 1,105 | 691 | (1,299) |
| Finance charges | 892 | 1,036 | 2,881 | 3,825 |
| Commission and fees | 570 | 546 | 1,295 | 1,278 |
| Other income | 68 | 66 | 200 | 131 |
| Total revenues | 97,723 | 97,618 | 288,146 | 278,698 |
| | | | | |
| Losses and loss adjustment expenses | 72,379 | 62,337 | 204,925 | 176,234 |
| Operating expenses | 25,071 | 26,344 | 78,445 | 82,563 |
| Interest expense | 1,181 | 1,144 | 3,530 | 3,398 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| Total expenses | 99,248 | 90,442 | 288,751 | 264,046 |
| | | | | |
| (Loss) income before tax | (1,525) | 7,176 | (605) | 14,652 |
| Income tax (benefit) expense | 35 | 2,128 | 319 | 4,464 |
| Net (loss) income | $ (1,560) | $ 5,048 | $ (924) | $ 10,188 |
| | | | | |
| Net (loss) income per share: | | | | |
| Basic | $ (0.09) | $ 0.27 | $ (0.05) | $ 0.54 |
| Diluted | $ (0.09) | $ 0.27 | $ (0.05) | $ 0.54 |

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Three Months Ended Sept. 30**   *(unaudited)*

| ($ in thousands) | Specialty Commercial Segment 2017 | Specialty Commercial Segment 2016 | Standard Commercial Segment 2017 | Standard Commercial Segment 2016 | Personal Segment 2017 | Personal Segment 2016 | Corporate 2017 | Corporate 2016 | Consolidated 2017 | Consolidated 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 127,062 | $ 104,087 | $ 19,240 | $ 18,579 | $ 14,849 | $ 24,399 | $     - | $     - | $ 161,151 | $ 147,065 |
| Ceded premiums written | (56,200) | (38,064) | (2,889) | (1,925) | (7,013) | (11,391) | - | - | (66,102) | (51,380) |
| Net premiums written | 70,862 | 66,023 | 16,351 | 16,654 | 7,836 | 13,008 | - | - | 95,049 | 95,685 |
| Change in unearned premiums | (6,274) | (3,661) | (420) | 258 | 433 | (1,487) | - | - | (6,261) | (4,890) |
| Net premiums earned | 64,588 | 62,362 | 15,931 | 16,912 | 8,269 | 11,521 | - | - | 88,788 | 90,795 |
| | | | | | | | | | | |
| Total revenues | 69,721 | 65,855 | 17,401 | 18,253 | 9,404 | 12,759 | 1,197 | 751 | 97,723 | 97,618 |
| | | | | | | | | | | |
| Losses and loss adjustment expenses | 53,899 | 41,478 | 11,760 | 9,622 | 6,720 | 11,237 | - | - | 72,379 | 62,337 |
| | | | | | | | | | | |
| Pre-tax income (loss), net of non-controlling interest | 1,288 | 8,245 | 229 | 3,195 | (661) | (1,750) | (2,381) | (2,514) | (1,525) | 7,176 |
| | | | | | | | | | | |
| Net loss ratio (1) | 83.5% | 66.5% | 73.8% | 56.9% | 81.3% | 97.5% | | | 81.5% | 68.7% |
| Net expense ratio (1) | 21.9% | 25.3% | 34.2% | 32.3% | 31.2% | 21.9% | | | 27.1% | 27.9% |
| Net combined ratio (1) | 105.4% | 91.8% | 108.0% | 89.2% | 112.5% | 119.4% | | | 108.6% | 96.6% |
| | | | | | | | | | | |
| Favorable (Unfavorable) Prior Year Development | (9,492) | (3,532) | (1,330) | 2,696 | 266 | (1,138) | - | - | (10,556) | (1,974) |

[1] The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Nine Months Ended Sept. 30**        *(unaudited)*

| ($ in thousands) | Specialty Commercial Segment 2017 | 2016 | Standard Commercial Segment 2017 | 2016 | Personal Segment 2017 | 2016 | Corporate 2017 | 2016 | Consolidated 2017 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 350,374 | $ 295,204 | $ 59,702 | $ 59,701 | $ 48,243 | $ 64,644 | $ - | $ - | $ 458,319 | $ 419,549 |
| Ceded premiums written | (144,510) | (104,265) | (6,816) | (6,487) | (22,531) | (30,243) | - | - | (173,857) | (140,995) |
| Net premiums written | 205,864 | 190,939 | 52,886 | 53,214 | 25,712 | 34,401 | - | - | 284,462 | 278,554 |
| Change in unearned premiums | (14,563) | (11,555) | (3,859) | (2,311) | 2,678 | (1,868) | - | - | (15,744) | (15,734) |
| Net premiums earned | 191,301 | 179,384 | 49,027 | 50,903 | 28,390 | 32,533 | - | - | 268,718 | 262,820 |
| | | | | | | | | | | |
| Total revenues | 205,057 | 189,478 | 52,449 | 54,464 | 31,951 | 36,996 | (1,311) | (2,240) | 288,146 | 278,698 |
| | | | | | | | | | | |
| Losses and loss adjustment expenses | 146,018 | 115,409 | 34,669 | 30,060 | 24,238 | 30,765 | - | - | 204,925 | 176,234 |
| | | | | | | | | | | |
| Pre-tax income (loss) | 13,018 | 25,843 | 881 | 7,623 | (2,311) | (3,847) | (12,193) | (14,967) | (605) | 14,652 |
| | | | | | | | | | | |
| Net loss ratio (1) | 76.3% | 64.3% | 70.7% | 59.1% | 85.4% | 94.6% | | | 76.3% | 67.1% |
| Net expense ratio (1) | 23.6% | 26.4% | 34.9% | 33.5% | 27.7% | 21.6% | | | 27.9% | 28.9% |
| Net combined ratio (1) | 99.9% | 90.7% | 105.6% | 92.6% | 113.1% | 116.2% | | | 104.2% | 96.0% |
| | | | | | | | | | | |
| Favorable (Unfavorable) Prior Year Development | (17,824) | (1,938) | (1,594) | 6,370 | (822) | (3,649) | - | - | (20,240) | 783 |

1 The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

# Exhibit 2

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended **DECEMBER 31, 2017**

Or

¨ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number **001-11252**

# Hallmark Financial Services, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **87-0447375** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **777 Main Street, Suite 1000, Fort Worth, Texas** | **76102** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code: **(817) 348-1600**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock $.18 par value** | **Nasdaq Global Market** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ¨    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ¨    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ¨

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒  No ¨

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definition of "accelerated filer", "large accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ¨          Accelerated filer ☒          Non-accelerated filer ¨          Smaller reporting company ¨

Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ¨  No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter. $ 148.3 million

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date. 18,169,028 shares of

APP. 0013

common stock, $.18 par value per share, outstanding as of March 14, 2018.

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 18 of 1227    PageID 436

DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

*Unless the context requires otherwise, in this Form 10-K the term "Hallmark" refers solely to Hallmark Financial Services, Inc. and the terms "we," "our," "us" and the "Company" refer to Hallmark and its subsidiaries. The direct and indirect subsidiaries of Hallmark are referred to in this Form 10-K in the manner identified in the chart under "Item 1. Business – Operational Structure."*

**Risks Associated with Forward-Looking Statements Included in this Form 10-K**

This Form 10-K contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are intended to be covered by the safe harbors created thereby. Forward-looking statements include statements which are predictive in nature, which depend upon or refer to future events or conditions, or which include words such as "expect," "anticipate," "intend," "plan," "believe," "estimate" or similar expressions. These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. Statements regarding the following subjects are forward-looking by their nature:

> our business and growth strategies;
>
> our performance goals;
>
> our projected financial condition and operating results;
>
> our understanding of our competition;
>
> industry and market trends;
>
> the impact of technology on our products, operations and business; and
>
> any other statements or assumptions that are not historical facts.

The forward-looking statements included in this Form 10-K are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to these forward-looking statements involve judgments with respect to, among other things, future economic, competitive and market conditions, legislative initiatives, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying these forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10-K will prove to be accurate. In light of the significant uncertainties inherent in these forward-looking statements, the inclusion of such information should not be regarded as a representation that our objectives and plans will be achieved.

2

APP. 0015

**PART I**

**Item 1. Business.**

**Who We Are**

We are a diversified property/casualty insurance group that serves businesses and individuals in specialty and niche markets.

We offer specialty commercial insurance, standard commercial insurance and personal insurance in selected market subcategories that are characteristically low-severity and predominately short-tailed risks. We focus on marketing, distributing, underwriting and servicing property/casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit offers commercial insurance products and services in the excess and surplus lines market. Our Specialty Commercial operating unit offers general aviation and satellite launch insurance products and services, low and middle market commercial umbrella and primary/excess liability insurance, medical professional liability insurance products and services, financial professional liability insurance products and services and primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Our Standard Commercial P&C operating unit offers industry-specific commercial insurance products and services in the standard market. Our Workers Compensation operating unit specializes in small and middle market workers compensation business. Effective July 1, 2015, the Workers Compensation operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit offers non-standard personal automobile and renters insurance products and services.

Each operating unit has its own management team with significant experience in distributing products to its target markets and proven success in achieving underwriting profitability. Each operating unit is responsible for marketing, distribution and underwriting while we provide capital management, claims management, reinsurance, actuarial, investment, financial reporting, technology and legal services and other administrative support at the parent level. We believe this approach optimizes our operating results by allowing us to effectively penetrate our selected specialty and niche markets while maintaining operational controls, managing risks, controlling overhead and efficiently allocating our capital across operating units. We expect future growth to be derived from organic growth in the premium production of our existing operating units and selected opportunistic acquisitions that meet our criteria.

**What We Do**

We market commercial and personal lines property/casualty insurance products which are tailored to the risks and coverages required by the insured. We believe that most of our target markets are underserved by larger property/casualty insurers because of the specialized nature of the underwriting required. We are able to offer these products profitably as a result of the expertise of our experienced underwriters. We also believe our long-standing relationships with independent general agencies and retail agents and the service we provide differentiate us from larger property/casualty insurers.

Our Contract Binding operating unit primarily offers commercial property/casualty insurance products in the excess and surplus lines market. Excess and surplus lines insurance provides coverage for difficult to place risks that do not fit the underwriting criteria of insurers operating in the standard market. Our Contract Binding operating unit focuses on middle market commercial risks that do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. Our Contract Binding operating unit primarily writes commercial automobile, general liability, commercial property and excess casualty coverages. Our Contract Binding operating unit markets its products in 24 states through 11 wholesale brokers and 88 general agency offices, as well as 34 independent retail agents in Texas.

3

APP. 0016

Our Specialty Commercial operating unit offers small and middle market commercial excess liability, umbrella, general liability and public entity excess liability insurance on both an admitted and non-admitted basis; general aviation property/casualty insurance primarily for private and small commercial aircraft and airports; satellite launch property/casualty insurance products; medical and financial professional liability insurance on an excess and surplus lines basis; and primary/excess commercial property coverages on an excess and surplus lines basis for both catastrophe and non-catastrophe exposures. The principal focus of the excess and umbrella insurance products offered is transportation (trucking for hire and specialty automobile coverage). The Specialty Commercial operating unit also provides excess liability coverage for small to midsize businesses in class categories such as contracting, manufacturing, hospitality and service (non-transportation).  Typical risks range from one power unit to fleets of up to 200 power units and up to $150 million in receipts (non-construction) or $75 million in receipts (construction) from operations. Public entity excess coverage is also offered on an insurance and reinsurance basis for cities, counties and other public entities with populations up to 1,000,000. Our Specialty Commercial operating unit markets these excess and umbrella products through 136 wholesale brokers in all 50 states. The aircraft liability and hull insurance products underwritten by our Specialty Commercial operating unit target standard general aviation aircraft risks. Airport liability insurance is marketed to smaller, regional airports. Our Specialty Commercial operating unit markets these general aviation insurance products through 188 independent specialty brokers in 48 states. The satellite launch property/casualty policies produced by our Specialty Commercial operating unit are marketed through underwriting agencies with technical knowledge of space insurance. We can retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months.

The medical professional liability insurance underwritten on an excess and surplus lines basis by our Specialty Commercial operating unit focuses on standard risk healthcare professionals as well as those who do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. In addition to healthcare professionals, our Specialty Commercial operating unit also underwrites medical professional liability for medical facilities. These are generally outpatient facilities such as surgery centers, imaging centers, labs, home health agencies and other non-hospital facilities providing medical services. Our Specialty Commercial operating unit markets these products through 28 wholesale and retail brokers in 49 states. The Specialty Commercial operating unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria. The financial professional liability insurance underwritten on an excess and surplus lines basis by our Specialty Commercial operating unit focuses on management and professional liability products that include directors & officers , employment practices and retirement and benefit plan fiduciary services for private, public and non-profit entities as well as miscellaneous professional liability insurance for most non-financial institution service industries. Our Specialty Commercial operating unit distributes its financial professional liability insurance products through 26 wholesale brokers in 49 states. The primary/excess commercial property coverages underwritten by our Specialty Commercial operating unit specializes in shared and layered accounts on a non-admitted basis which target regional and national property programs. Our Specialty Commercial operating unit markets these products through 22 wholesale brokers in 50 states.

Our Standard Commercial P&C operating unit primarily underwrites low-severity, short-tailed commercial property/casualty insurance products in the standard market. These products have historically produced stable loss results and include general liability, commercial automobile, commercial property and umbrella coverages. Our Standard Commercial P&C operating unit currently markets its products through a network of 150 independent agency groups primarily serving businesses in the non-urban areas of Texas, New Mexico, Oregon, Idaho, Montana, Washington, Utah, Wyoming, Arkansas, Hawaii and Missouri. In addition, our Standard Commercial P&C operating unit provides occupational accident coverage in Texas through an underwriting agency that specializes in the occupational accident insurance market. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies.

Our Specialty Personal Lines operating unit primarily offers non-standard personal automobile policies, which generally provide the minimum limits of liability coverage mandated by state law to drivers who find it difficult to obtain insurance from standard carriers due to various factors including age, driving record, claims history or limited financial resources. Our Specialty Personal Lines operating unit also provides a renters insurance product that complements our non-standard auto offering and fits well in our distribution channel. Our Specialty Personal Lines operating unit markets and services these policies through 3,575 independent retail agent locations in 10 states.

APP. 0017

Our insurance company subsidiaries are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC"). AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best Company ("A.M. Best"), a nationally recognized insurance industry rating service and publisher, has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and Specialty Commercial operating unit. The Standard Commercial Segment consists of the Standard Commercial P&C operating unit and the Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit. The following table displays the gross premiums written and net premiums written by these reportable segments for affiliated and unaffiliated insurers for the years ended December 31, 2017, 2016 and 2015.

| | Year Ended December 31, | | |
| | 2017 | 2016 | 2015 |
| | (dollars in thousands) | | |
|---|---|---|---|
| **Gross Premiums Written:** | | | |
| Specialty Commercial Segment | $ 464,714 | $ 388,914 | $ 351,050 |
| Standard Commercial Segment | 78,228 | 76,891 | 81,892 |
| Personal Segment | 61,214 | 83,272 | 81,281 |
| Total | $ 604,156 | $ 549,077 | $ 514,223 |
| | | | |
| **Net Premiums Written:** | | | |
| Specialty Commercial Segment | $ 265,022 | $ 249,072 | $ 241,775 |
| Standard Commercial Segment | 69,288 | 68,490 | 71,097 |
| Personal Segment | 31,273 | 44,267 | 44,072 |
| Total | $ 365,583 | $ 361,829 | $ 356,944 |

APP. 0018

**Operational Structure**

Our insurance company subsidiaries retain a portion of the premiums produced by our operating units. The following chart reflects the operational structure of our organization, including the subsidiaries comprising our operating units and the operating units included in each reportable segment as of December 31, 2017.



**Specialty Commercial Segment**

The Specialty Commercial Segment of our business includes our Contract Binding operating unit and our Specialty Commercial operating unit. During 2017, our Contract Binding operating unit accounted for 46% and our Specialty Commercial operating unit accounted for 54% of the aggregate premiums produced by the Specialty Commercial Segment.

**Contract Binding operating unit.** Our Contract Binding operating unit markets, underwrites, finances and services commercial lines insurance in 24 states with a particular emphasis on commercial automobile, general liability and commercial property risks produced on an excess and surplus lines basis. Excess and surplus lines insurance provides coverage for difficult to place risks that do not fit the underwriting criteria of insurers operating in the standard market. The subsidiaries comprising our Contract Binding operating unit include HSU, which is a regional managing general underwriter, TGASRI which is a Texas managing general agency, and PAAC, which provides premium financing for policies marketed by HSU and certain unaffiliated general and retail agents. HSU accounts for 89% of the premium volume financed by PAAC.

6

APP. 0019

Our Contract Binding operating unit focuses on middle market commercial risks that do not meet the underwriting requirements of traditional standard insurers due to issues such as loss history, number of years in business, minimum premium size and types of business operation. During 2017, commercial automobile, general liability and all other property/casualty accounted for 88%, 9% and 3%, respectively, of the premiums produced by our Contract Binding operating unit. Target risks for commercial automobile insurance are business auto and trucking for hire fleets, excluding hazardous or flammable materials haulers. Target risks for general liability insurance are small business risk exposures including artisan contractors, sales and service organizations, and building and premises liability exposures. Target risks for commercial property insurance are low- to mid-value structures including office buildings, mercantile shops, restaurants and rental dwellings, in each case with aggregate property limits of less than $1,000,000. The commercial insurance products offered by our Contract Binding operating unit include the following:

- *Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

  *General liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

  *Commercial property.* Commercial property insurance provides first-party coverage for the insured's real property, business personal property, theft and business interruption losses caused by fire, wind, hail, water damage, vandalism and other insured perils. Windstorm, hurricane and hail are generally excluded in coastal areas.

  *Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury, personal and advertising injury, or property damage losses above the primary layer of commercial automobile, general liability and employer's liability insurance. The excess insurance does not begin until the limits of liability in the primary layer have been exhausted. The excess layer provides not only higher limits, but catastrophic protection from large losses.

  *Commercial umbrella.* Commercial umbrella insurance protects businesses for bodily injury, personal and advertising injury, or property damage claims in excess of the limits of their primary commercial automobile, general liability and employers liability policies, and for some claims excluded by their primary policies (subject to a deductible). Umbrella insurance provides not only higher limits, but catastrophic protection for large losses.

Our Contract Binding operating unit markets its products in 24 states through 11 wholesale brokers and 88 general agency offices, as well as 34 independent retail agents in Texas. Our Contract Binding operating unit strives to simplify the placement of its excess and surplus lines policies by providing our general agents with a web rating portal which allows for instantaneous quoting and signature-ready applications which can be emailed or faxed to its independent retail agents. During 2017, general agents produced 86%, retail agents produced 3% and wholesale brokers produced 11% of total premiums produced by our Contract Binding operating unit. During 2017, the top ten general agents produced 41%, the eleven wholesale brokers produced 11% and no general agent produced more than 8%, of the total premium volume of our Contract Binding operating unit. During the same period, the top ten retail agents produced 2%, and no retail agent produced more than 1%, of the total premium volume of our Contract Binding operating unit.

The majority of the commercial policies written by our Contract Binding operating unit are for a term of 12 months. Exceptions include certain commercial automobile policies that are written for a term that coincides with the annual harvest of crops and special event general liability policies that are written for the term of the event, which is generally one to two days. Commercial lines policies are paid in full up front or financed with various premium finance companies, including PAAC.

**Specialty Commercial operating unit.** Our Specialty Commercial operating unit offers small and middle market commercial excess liability, umbrella, public entity excess liability and general liability insurance on both an admitted and non-admitted basis. This operating unit focuses primarily on trucking, specialty automobile and non-fleet automobile coverage, excess liability for most classes of public entity risks, general aviation property/casualty insurance primarily for private and small commercial aircraft and airports, satellite launch insurance products, medical and financial professional liability insurance on an excess and surplus lines basis and primary/excess commercial property coverage for both catastrophe and non-catastrophe exposures on an excess and surplus lines basis. Certain specialty programs are also managed by our Specialty Commercial operating unit.

The small and middle market commercial excess liability, umbrella and general liability insurance underwritten by our Specialty Commercial operating unit is offered on an admitted and non-admitted basis in all 50 states plus the District of Columbia. Limits of liability offered are from $1,000,000 to $5,000,000 (transportation) and $1,000,000 to $10,000,000 (non-transportation) in coverage in excess of the primary carrier's limits of liability. The majority of the excess, umbrella and general liability insurance policies written by our Specialty Commercial operating unit are on an annual basis. However, exceptions are common in an attempt to have policy effective dates coincide with those of the primary insurance policies. Policy premiums are due in full 30 days from the inception date of the policy. During 2017, the top ten wholesale brokers accounted for 40% of our primary and excess casualty premium volume, with no single wholesale broker accounting for more than 8%. During 2017, commercial transportation excess liability risks accounted for 72% of the premiums, with the remaining 28% coming from non-transportation commercial excess, public entity and general liability risks.

7

The commercial excess, umbrella, general liability and public entity excess liability insurance products offered by our Specialty Commercial operating unit include the following:

*Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury, personal and advertising injury, or property damage losses above the primary layer of commercial automobile, general liability and employer's liability insurance. The excess insurance does not begin until the limits of liability in the primary layer have been exhausted. The excess layer provides not only higher limits, but catastrophic protection from large losses.

*Commercial umbrella.* Commercial umbrella insurance protects businesses for bodily injury, personal and advertising injury, or property damage claims in excess of the limits of their primary commercial automobile, general liability and employer's liability policies, and for some claims excluded by their primary policies (subject to a deductible). Umbrella insurance provides not only higher limits, but catastrophic protection for large losses.

*Commercial general liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

*Public Entity Excess Liability.* Public entity excess liability is designed to provide an extra layer of protection for target classes of public entities for auto liability, general liability, public officials' liability, wrongful acts, employment practice liability, law enforcement liability, educators' legal liability and related coverages.

We generally cede 80% of the commercial excess, umbrella, general liability and public entity excess liability risk on policies presently written by our Specialty Commercial operating unit.

Our Specialty Commercial operating unit markets, underwrites and services general aviation property/casualty insurance in 48 states. The subsidiaries marketing our general aviation insurance products include Aerospace Insurance Managers, which markets standard aviation coverages, ASRI, which markets excess and surplus lines aviation coverages, and ACMG, which handles claims management. Aerospace Insurance Managers is one of only a few similar entities in the U.S. and has focused on developing a well-defined niche centering on transitional pilots, older aircraft and small airports and aviation-related businesses. In addition, our Specialty Commercial operating unit offers satellite launch property/casualty policies marketed through underwriting agencies with technical knowledge of space insurance. The general aviation and satellite launch products offered by our Specialty Commercial operating unit include the following:

*Aircraft.* Aircraft insurance provides third-party bodily injury and property damage coverage and first-party hull damage coverage against losses resulting from the ownership, maintenance or use of aircraft.

*Airport liability.* Airport liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on airport premises or from their operations.

*Satellite.* We can retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months.

8

We presently cede 80% of the general aviation risk on policies written by our Specialty Commercial operating unit.

Our Specialty Commercial operating unit distributes its general aviation insurance products through 188 aviation specialty brokers. These specialty brokers submit to Aerospace Insurance Managers requests for aviation insurance quotations received from the states in which we operate and our Specialty Commercial operating unit selectively determines the risks fitting its target niche for which it will prepare a quote. During 2017, the top ten independent specialty brokers produced 37%, and no broker produced more than 7%, of the total general aviation premium volume of our Specialty Commercial operating unit. Our Specialty Commercial operating unit independently develops, underwrites and prices each general aviation coverage written. We target standard general aviation risks for both commercial (non-airline) and non-commercial uses. We do not accept aircraft that are used for hazardous purposes such as crop dusting or heli-skiing. Liability limits are controlled, with 93% of the aircraft written in 2017 bearing per-occurrence limits of $1,000,000 and per-passenger limits of $100,000 or less. The average insured aircraft hull value for aircraft written in 2017 was approximately $153,000. All general aviation policies produced by our Specialty Commercial operating unit are written through our insurance company subsidiaries.

Our Specialty Commercial operating unit markets medical professional liability insurance on an excess and surplus lines basis. Medical professional liability insurance provides coverage for third-party bodily injury claims resulting from professional services provided by physicians, surgeons, podiatrists and medical entities, as well as outpatient medical facilities. Our Specialty Commercial operating unit distributes its medical professional liability insurance products through 28 wholesale brokers in 49 states. The Specialty Commercial operating unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria. We generally cede 73.5% of the medical professional liability risk on policies written by our Specialty Commercial operating unit.

Our Specialty Commercial operating unit markets financial professional liability insurance on an excess and surplus lines basis. Financial professional liability insurance provides liability insurance for management liability and professional liability on a claim made basis. Our financial professional liability products target miscellaneous professional liability classes. Our Specialty Commercial operating unit distributes its financial professional liability insurance products through 26 wholesale brokers in 49 states. We presently cede 40% of the financial professional liability risk on policies written by our Specialty Commercial operating unit.

Our Specialty Commercial operating unit markets primary/excess commercial property coverages, on a non-admitted basis, for both catastrophe and non-catastrophe exposures. Our Specialty Commercial operating unit distributes its primary/excess commercial property insurance products through 22 wholesale brokers in 50 states. We presently cede 70% of the primary/excess commercial property risk on policies underwritten by our insurance companies and receive a fee on the portion of the business written as a cover-holder through a Lloyds Syndicate.

The specialty programs within our Specialty Commercial operating unit consist of fronting and agency arrangements, as well as a program underwriter. The specialty programs business presently consists primarily of a fronting arrangement in Texas for a third party insurance company and a program underwriter writing primarily commercial auto liability and physical damage risk in 17 states.

**Standard Commercial Segment**

The Standard Commercial Segment of our business includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. Effective July 1, 2015, our Workers Compensation operating unit ceased marketing or retaining any risk on new or renewal policies. During 2017, our Standard Commercial P&C operating unit accounted for substantially all of the premiums produced by the Standard Commercial Segment.

**Standard Commercial P&C operating unit.** Our Standard Commercial P&C operating unit markets, underwrites and services standard commercial lines insurance primarily in the non-urban areas of Texas, New Mexico, Idaho, Oregon, Montana, Washington, Utah, Wyoming, Arkansas, Hawaii and Missouri. The subsidiaries comprising our Standard Commercial P&C operating unit include American Hallmark Insurance Services, a regional managing general agency, and ECM, a claims administration company. American Hallmark Insurance Services targets customers that are in low-severity classifications in the standard commercial market, which as a group have relatively stable loss results. The typical customer is a small to midsize business with a policy that covers property, general liability and automobile exposures. Our Standard Commercial P&C operating unit underwriting criteria exclude lines of business and classes of risks that are considered to be high-severity or volatile, or which involve significant latent injury potential or other long-tailed liability exposures. ECM administers the claims on the insurance policies produced by American Hallmark Insurance Services. In addition, our Standard Commercial P&C operating unit provided occupational accident coverage in Texas through an underwriting agency that is a specialist in the occupational accident insurance market. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Products offered by our Standard Commercial P&C operating unit include the following:

9

APP. 0022

*Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

*General liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

*Umbrella.* Umbrella insurance provides coverage for third-party liability claims where the loss amount exceeds coverage limits provided by the insured's underlying general liability and commercial automobile policies.

*Commercial property.* Commercial property insurance provides first-party coverage for the insured's real property, business personal property, and business interruption losses caused by fire, wind, hail, water damage, theft, vandalism and other insured perils.

*Commercial multi-peril.* Commercial multi-peril insurance provides a combination of property and liability coverage that can include commercial automobile coverage on a single policy.

*Business owner's.* Business owner's insurance provides a package of coverage designed for small to midsize businesses with homogeneous risk profiles. Coverage includes general liability, commercial property and commercial automobile.

*Occupational accident.* Occupational accident insurance provides an alternative to statutory workers compensation insurance in Texas. Coverage includes medical, short term disability and accidental death and dismemberment. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies.

Our Standard Commercial P&C operating unit markets its property/casualty insurance products through 150 independent agency groups operating in its target markets. Our Standard Commercial P&C operating unit applies a strict agent selection process and seeks to provide its independent agents some degree of non-contractual geographic exclusivity. Our Standard Commercial P&C operating unit also strives to provide its independent agents with convenient access to product information and personalized service. As a result, the Standard Commercial P&C operating unit has historically maintained excellent relationships with its producing agents, as evidenced by the 24 year average tenure of the 19 agency groups that each produced more than $1.0 million in premium during the year ended December 31, 2017. During 2017, the top ten agency groups produced 38%, and no individual agency group produced more than 8%, of the total premium volume of our Standard Commercial P&C operating unit.

Our Standard Commercial P&C operating unit writes most risks on a package basis using a commercial multi-peril policy or a business owner's policy. Umbrella policies are written only when our Standard Commercial P&C operating unit also writes the insured's underlying general liability and commercial automobile coverage.

All of the commercial policies written by our Standard Commercial P&C operating unit are for a term of 12 months. If the insured is unable or unwilling to pay for the entire premium in advance, we provide an installment payment plan that requires the insured to pay 20% or 25% down and the remaining payments over eight months. We charge installment fees of up to $7.50 per payment for the installment payment plan.

**Workers Compensation operating unit.** Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. The subsidiaries comprising our Workers Compensation operating unit include TBIC Holding which has two wholly-owned subsidiaries, TBIC, a Texas domiciled workers compensation insurance carrier and TBICRM, which provided risk management services to customers of TBIC. The run-off of existing policies issued by TBIC is being administered by an independent third party.

APP. 0023

**Personal Segment / Specialty Personal Lines operating unit**

The Personal Segment of our business consists solely of our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit markets and services non-standard personal automobile policies and renters insurance in 10 states. Our Specialty Personal Lines operating unit provides management, policy and claims administration services and includes the operations of AHGA and HCS. Our non-standard personal automobile insurance generally provides for the minimum limits of liability coverage mandated by state laws to drivers who find it difficult to purchase automobile insurance from standard carriers as a result of various factors, including driving record, vehicle, age, claims history, or limited financial resources. Products offered by our Specialty Personal Lines operating unit include the following:

*Personal automobile.* Personal automobile insurance is the primary product offered by our Specialty Personal Lines operating unit. Our policies typically provide third-party coverage to individuals for bodily injury and property damage at the minimum limits required by law, and for physical damage to an insured's own vehicle from collision and various other perils. In addition, many states require policies to provide for first party personal injury protection, frequently referred to as no-fault coverage.

*Renters.* Renters insurance provides coverage for the contents of a renter's home or apartment and for liability. Renter's policies are similar to homeowners insurance, except they do not cover the structure.

We presently cede 60% of the personal automobile risk on policies written by our Specialty Personal Lines operating unit.

Our Specialty Personal Lines operating unit markets its products through 3,575 independent retail agent locations operating in its target geographic markets. Non-standard automobile represented 96% of the premiums produced during 2017. Our Specialty Personal Lines operating unit qualifies new agent appointments in order to establish an efficient network of independent agents to effectively penetrate its highly competitive markets. Our Specialty Personal Lines operating unit periodically evaluates its independent agents and discontinues the appointment of agents whose production history does not satisfy certain standards. During 2017, the top ten independent agency locations produced 28%, and no individual agency location produced more than 7%, of the total premium volume of our Specialty Personal Lines operating unit.

During 2017, personal automobile liability coverage accounted for 73% and personal automobile physical damage coverage accounted for the remaining 27% of the total non-standard automobile premiums produced by our Specialty Personal Lines operating unit. Our most common policy term is a six month policy. We offer additional terms of one-, two-, three- and twelve-month policies on a limited basis. Our typical non-standard personal automobile customer is unable or unwilling to pay a full or half year premium in advance. Accordingly, we currently offer a direct bill program where the premiums are directly billed to the insured on a monthly basis. We charge installment fees for each payment under the direct bill program. Our Specialty Personal Lines operating unit markets its products in 10 states directly for HIC, AHIC and HCM.

**Our Competitive Strengths**

We believe that we enjoy the following competitive strengths:

*Specialized market knowledge and underwriting expertise.* All of our operating units possess extensive knowledge of the specialty and niche markets in which they operate, which we believe allows them to effectively structure and market their property/casualty insurance products. Our Contract Binding operating unit and Specialty Commercial operating unit have developed specialized underwriting expertise which enhances their ability to profitably underwrite non-standard property/casualty insurance coverages. Our Standard Commercial P&C operating unit has significant underwriting experience in its target market for standard commercial property/casualty insurance products. In addition, our Specialty Personal Lines operating unit has a thorough understanding of the unique characteristics of the non-standard personal automobile market.

*Tailored market strategies.* Each of our operating units has developed its own customized strategy for penetrating the specialty or niche markets in which it operates. These strategies include distinctive product structuring, marketing, distribution, underwriting and servicing approaches by each operating unit. As a result, we are able to structure our property/casualty insurance products to serve the unique risk and coverage needs of our insureds. We believe these market-specific strategies enable us to provide policies tailored to the target customer that are appropriately priced and fit our risk profile.

APP. 0024

***Superior agent and customer service.*** We believe performing the underwriting, billing, customer service and claims management functions tailored to the needs of each operating unit allows us to provide superior service to both our independent agents and insured customers. The easy-to-use interfaces and responsiveness of our operating units enhance their relationships with the independent agents who sell our policies. We also believe our consistency in offering our insurance products through hard and soft markets helps to build and maintain the loyalty of our independent agents. Our customized products, flexible payment plans and prompt claims processing are similarly beneficial to our insureds.

***Market diversification.*** We believe operating in various specialty and niche segments of the property/casualty insurance market diversifies both our revenues and our risks. We also believe our operating units generally operate on different market cycles, producing more earnings stability than if we focused entirely on one product. As a result of the pooling arrangement among four of our insurance company subsidiaries, we are able to efficiently allocate our capital among these various specialty and niche markets in response to market conditions and expansion opportunities. We believe this market diversification reduces our risk profile and enhances our profitability.

***Experienced management team.*** Our senior corporate management has an average of over 20 years of insurance experience. In addition, our operating units have strong management teams, with an average of more than 20 years of insurance industry experience for the heads of our operating units and an average of more than 15 years of underwriting experience for our underwriters. Our management has significant experience in all aspects of property/casualty insurance, including underwriting, claims management, actuarial analysis, reinsurance and regulatory compliance. In addition, Hallmark's senior management has a strong track record of acquiring businesses that expand our product offerings and improve our profitability profile.

**Our Strategy**

We strive to become a "Best in Class" specialty insurance company offering products in specialty and niche markets through the following strategies:

***Focusing on underwriting discipline and operational efficiency.*** We seek to consistently generate an underwriting profit on the business we write in hard and soft markets. Our operating units have a strong track record of underwriting discipline and operational efficiency, which we seek to continue. We believe that in soft markets our competitors often offer policies at a low or negative underwriting profit in order to maintain or increase their premium volume and market share. In contrast, we seek to write business based on its profitability rather than focusing solely on premium production. To that end, we provide financial incentives to many of our underwriters and independent agents based on underwriting profitability.

***Achieving organic growth in our existing business lines.*** We believe we can achieve organic growth in our existing business lines by consistently providing our insurance products through market cycles, expanding geographically, expanding our product offerings, expanding our agency relationships and further penetrating our existing customer base. We believe our extensive market knowledge and strong agency relationships position us to compete effectively in our various specialty and niche markets. We also believe there is a significant opportunity to expand some of our existing business lines into new geographical areas and through new agency relationships while maintaining our underwriting discipline and operational efficiency. In addition, we believe there is an opportunity for some of our operating units to further penetrate their existing customer bases with additional products offered by other operating units.

***Pursuing selected, opportunistic acquisitions.*** We seek to opportunistically acquire insurance organizations that operate in specialty or niche property/casualty insurance markets that are complementary to our existing operations. We seek to acquire companies with experienced management teams, stable loss results and strong track records of underwriting profitability and operational efficiency. Where appropriate, we intend to ultimately retain profitable business produced by the acquired companies that would otherwise be retained by unaffiliated insurers. Our management has significant experience in evaluating potential acquisition targets, structuring transactions to ensure continued success and integrating acquired companies into our operational structure.

***Maintaining a strong balance sheet.*** We seek to maintain a strong balance sheet by employing conservative investment, reinsurance and reserving practices and to measure our performance based on long-term growth in book value per share.

APP. 0025

**Distribution**

We market our property/casualty insurance products predominately through independent general agents, retail agents and specialty brokers. Therefore, our relationships with independent agents and brokers are critical to our ability to identify, attract and retain profitable business. Each of our operating units has developed its own tailored approach to establishing and maintaining its relationships with these independent distributors of our products. These strategies focus on providing excellent service to our agents and brokers, maintaining a consistent presence in our target niche and specialty markets through hard and soft market cycles and fairly compensating the agents and brokers who market our products. Our operating units also regularly evaluate independent general and retail agents based on the underwriting profitability of the business they produce and their performance in relation to our objectives.

Except for the products of our Specialty Commercial operating unit, the distribution of property/casualty insurance products by our operating units is geographically concentrated. For the twelve months ended December 31, 2017, five states accounted for approximately 56% of the gross premiums written by our insurance company subsidiaries. The following table reflects the geographic distribution of our insured risks, as represented by direct and assumed premiums written by our business segments for the twelve months ended December 31, 2017.

| State | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Total | | Percent of Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | (dollars in thousands) | | | | | | |
| Texas | $ | 207,611 | $ | 19,173 | $ | 11,980 | $ | 238,764 | 39.5% |
| California | | 36,738 | | - | | - | | 36,738 | 6.1% |
| Arizona | | 2,816 | | - | | 22,172 | | 24,988 | 4.1% |
| Oklahoma | | 14,007 | | - | | 6,967 | | 20,974 | 3.5% |
| Oregon | | 2,602 | | 16,908 | | - | | 19,510 | 3.2% |
| All other states | | 200,940 | | 42,147 | | 20,095 | | 263,182 | 43.6% |
| | | | | | | | | | |
| Total gross premiums written | $ | 464,714 | $ | 78,228 | $ | 61,214 | $ | 604,156 | |
| Percent of total | | 76.9% | | 13.0% | | 10.1% | | 100.0% | |

**Underwriting**

The underwriting process employed by our operating units involves securing an adequate level of underwriting information, identifying and evaluating risk exposures and then pricing the risks we choose to accept. Each of our operating units offering commercial, healthcare professional, aviation or public entity insurance products employs its own underwriters with in-depth knowledge of the specific niche and specialty markets targeted by that operating unit. We employ a disciplined underwriting approach that seeks to provide policies appropriately tailored to the specified risks and to adopt price structures that will be supported in the applicable market. Our experienced commercial, healthcare professional and aviation underwriters have developed underwriting principles and processes appropriate to the coverages offered by their respective operating units.

We believe that managing the underwriting process through our operating units capitalizes on the knowledge and expertise of their personnel in specific markets and results in better underwriting decisions. All of our underwriters have established limits of underwriting authority based on their level of experience. We also provide financial incentives to many of our underwriters based on underwriting profitability.

To better diversify our revenue sources and manage our risk, we seek to maintain an appropriate business mix among our operating units. At the beginning of each year, we establish a target net loss ratio for each operating unit. We then monitor the actual net loss ratio on a monthly basis. If any line of business fails to meet its target net loss ratio, we seek input from our underwriting, actuarial and claims management personnel to develop a corrective action plan. Depending on the particular circumstances, that plan may involve tightening underwriting guidelines, increasing rates, modifying product structure, re-evaluating independent agency relationships or discontinuing unprofitable coverages or classes of risk.

APP. 0026

An insurance company's underwriting performance is traditionally measured by its statutory loss and loss adjustment expense ratio, its statutory expense ratio and its statutory combined ratio. The statutory loss and loss adjustment expense ratio, which is calculated as the ratio of net losses and loss adjustment expenses ("LAE") incurred to net premiums earned, helps to assess the adequacy of the insurer's rates, the propriety of its underwriting guidelines and the performance of its claims department. The statutory expense ratio, which is calculated as the ratio of underwriting and operating expenses to net premiums written, assists in measuring the insurer's cost of processing and managing the business. The statutory combined ratio, which is the sum of the statutory loss and LAE ratio and the statutory expense ratio, is indicative of the overall profitability of an insurer's underwriting activities, with a combined ratio of less than 100% indicating profitable underwriting results.

The following table shows, for the periods indicated, (i) our gross premiums written (in thousands); and (ii) our underwriting results as measured by the net statutory loss and LAE ratio, the net statutory expense ratio, and the net statutory combined ratio of our insurance company subsidiaries.

|  | Year Ended December 31, | | |
|  | 2017 | 2016 | 2015 |
| --- | --- | --- | --- |
| Gross premiums written | $ 604,156 | $ 549,077 | $ 514,223 |
| Net statutory loss & LAE ratio | 79.1% | 71.2% | 65.4% |
| Net statutory expense ratio | 27.0% | 29.4% | 30.6% |
| Net statutory combined ratio | 106.1% | 100.6% | 96.0% |

These statutory ratios do not reflect the deferral of policy acquisition costs, investment income, premium finance revenues, or the elimination of inter-company transactions required by U.S. generally accepted accounting principles ("GAAP").

The premium-to-surplus percentage measures the relationship between net premiums written in a given period (premiums written, less returned premiums and reinsurance ceded to other carriers) to policyholders surplus (admitted assets less liabilities), determined on the basis of statutory accounting practices prescribed or permitted by insurance regulatory authorities. State insurance department regulators expect insurance companies to maintain a premium-to-surplus percentage of not more than 300%. For the years ended December 31, 2017, 2016 and 2015, our consolidated premium-to-surplus ratios were 157%, 146% and 144%, respectively.

**Claims Management and Administration**

We believe that effective claims management is critical to our success and that our claims management process is cost-effective, delivers the appropriate level of claims service and produces superior claims results. Our claims management philosophy emphasizes the delivery of courteous, prompt and effective claims handling and embraces responsiveness to policyholders and agents. Our claims strategy focuses on thorough investigation, timely evaluation and fair settlement of covered claims while consistently maintaining appropriate case reserves. We seek to compress the cycle time of claim resolution in order to control both loss and claim handling cost. We also strive to control legal expenses by negotiating competitive rates with defense counsel and vendors, establishing litigation budgets and monitoring invoices.

Each of our operating units maintains its own dedicated staff of specialized claims personnel to manage and administer claims arising under policies produced through their respective operations. The claims process is managed centrally through a combination of experienced claims managers, seasoned claims supervisors, trained staff adjusters and independent adjustment or appraisal services, when appropriate. All adjusters are licensed in those jurisdictions for which they handle claims that require licensing. Limits on settlement authority are established for each claims supervisor and staff adjuster based on their level of experience. Certain independent adjusters have limited authority to settle claims. Claim exposures are periodically and systematically reviewed by claim supervisors and managers as a method of quality and loss control. Large loss exposures are reviewed at least quarterly with senior management of the operating unit and monitored by Hallmark senior management.

Claims personnel receive in-house training and are required to attend various continuing education courses pertaining to topics such as best practices, fraud awareness, legal environment, legislative changes and litigation management. Depending on the criteria of each operating unit, our claims adjusters are assigned a variety of claims to enhance their knowledge and ensure their continued development in efficiently handling claims. As of December 31, 2017, we had a total of 87 claims managers, supervisors and adjusters with an average experience of approximately 15 years.

14

**Analysis of Losses and LAE**

Our consolidated financial statements include an estimated reserve for unpaid losses and LAE. We estimate our reserve for unpaid losses and LAE by using case-basis evaluations and statistical projections, which include inferences from both losses paid and losses incurred. We also use recent historical cost data and periodic reviews of underwriting standards and claims management practices to modify the statistical projections. We give consideration to the impact of inflation in determining our loss reserves, but do not discount reserve balances.

The amount of reserves represents our estimate of the ultimate cost of all unpaid losses and LAE incurred. These estimates are subject to the effect of trends in claim severity and frequency. We regularly review the estimates and adjust them as claims experience develops and new information becomes known. Such adjustments are included in current operations, including increases and decreases, net of reinsurance, in the estimate of ultimate liabilities for insured events of prior years.

Changes in loss development patterns and claim payments can significantly affect the ability of insurers to estimate reserves for unpaid losses and related expenses. We seek to continually improve our loss estimation process by refining our ability to analyze loss development patterns, claim payments and other information within a legal and regulatory environment that affects development of ultimate liabilities. Future changes in estimates of claim costs may adversely affect future period operating results. However, such effects cannot be reasonably estimated currently.

Additional information relating to our loss reserve development is included under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations," and Note 6, "Reserves for Losses and Loss Adjustment Expenses," in the Notes to Consolidated Financial Statements.

15

APP. 0028

**Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2017 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for each of the last three years (in thousands).

| | Year Ended December 31 | | | | | |
| | 2017 | | 2016 | | 2015 | |
|---|---|---|---|---|---|---|
| Gross premiums written | $ | 604,156 | $ | 549,077 | $ | 514,223 |
| Ceded premiums written | | (238,573) | | (187,248) | | (157,279) |
| Net premiums written | $ | 365,583 | $ | 361,829 | $ | 356,944 |
| Gross premiums earned | $ | 568,769 | $ | 524,229 | $ | 494,643 |
| Ceded premiums earned | | (207,732) | | (170,859) | | (145,562) |
| Net premiums earned | $ | 361,037 | $ | 353,370 | $ | 349,081 |
| Reinsurance recoveries | $ | 144,948 | $ | 116,057 | $ | 89,892 |

**Investment Portfolio**

Our investment objective is to maximize current yield while maintaining safety of capital together with sufficient liquidity for ongoing insurance operations. Our investment portfolio is composed of fixed-income securities, equity securities and other investments. As of December 31, 2017, we had total invested assets of $661.3 million. If market rates were to increase by 1%, the fair value of our fixed-income securities as of December 31, 2017 would decrease by approximately $9.6 million. The following table shows the fair values of various categories of fixed-income securities, the percentage of the total fair value of our invested assets represented by each category and the tax equivalent book yield of each category of invested assets as of December 31, 2017 and 2016.

16

| | As of December 31, 2017 | | | As of December 31, 2016 | | |
|---|---|---|---|---|---|---|
| | Fair Value | Percent of Total (in thousands) | Yield | Fair Value | Percent of Total (in thousands) | Yield |
| Category: | | | | | | |
| Corporate bonds | $ 279,073 | 46.1% | 2.5% | $ 226,062 | 37.8% | 3.0% |
| Collateralized corporate bank loans | 125,937 | 20.8% | 3.9% | 106,009 | 17.8% | 3.5% |
| Municipal bonds | 134,256 | 22.2% | 2.9% | 163,895 | 27.4% | 4.4% |
| US Treasury securities and obligations of U.S. Government | 49,947 | 8.2% | 1.8% | 42,022 | 7.0% | 1.2% |
| Mortgage backed | 16,533 | 2.7% | 2.6% | 59,469 | 10.0% | 2.4% |
| | - | | | - | | - |
| Total | $ 605,746 | 100.0% | 2.9% | $ 597,457 | 100.0% | 3.3% |

The weighted average credit rating for our fixed-income portfolio was BBB+ at December 31, 2017. The following table shows the distribution of our fixed-income portfolio by rating as a percentage of total fair value as of December 31, 2017 and 2016:

| | As of December 31, 2017 | As of December 31, 2016 |
|---|---|---|
| Rating: | | |
| "AAA" | 4.3% | 9.5% |
| "AA" | 20.3% | 22.4% |
| "A" | 8.4% | 7.4% |
| "BBB" | 46.3% | 39.8% |
| "BB" | 15.0% | 12.6% |
| "B" | 1.3% | 0.9% |
| "CCC" | 0.1% | 0.1% |
| "CC" | 0.0% | 1.6% |
| "D" | 0.7% | 0.0% |
| "NR" | 3.6% | 5.7% |
| Total | 100.0% | 100.0% |

17

APP. 0030

The following table shows the composition of our fixed-income portfolio by remaining time to maturity as of December 31, 2017 and 2016.

| | As of December 31, 2017 | | As of December 31, 2016 | |
| | Fair Value (in thousands) | Percentage of Total Fair Value | Fair Value (in thousands) | Percentage of Total Fair Value |
|---|---|---|---|---|
| Remaining time to maturity: | | | | |
| Less than one year | $ 116,060 | 19.2% | $ 97,849 | 16.4% |
| One to five years | 308,829 | 51.0% | 272,168 | 45.5% |
| Five to ten years | 124,168 | 20.5% | 115,248 | 19.3% |
| More than ten years | 40,156 | 6.6% | 52,723 | 8.8% |
| Mortgage-backed | 16,533 | 2.7% | 59,469 | 10.0% |
| | | | | |
| Total | $ 605,746 | 100.0% | $ 597,457 | 100.0% |

Our investment strategy is to conservatively manage our investment portfolio by investing primarily in readily marketable, investment-grade, fixed-income securities. As of December 31, 2017, 8% of our investment portfolio was invested in equity securities. Our investment portfolio is managed internally. We regularly review our portfolio for declines in value. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

The following table details the net unrealized gain balance by invested asset category as of December 31, 2017.

| Category | Net Unrealized Gain Balance (in thousands) |
|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ (141) |
| Corporate bonds | 462 |
| Collateralized corporate bank loans | 401 |
| Municipal bonds | 204 |
| Mortgage-backed | (179) |
| Equity securities | 21,510 |
| Other investments | 61 |
| Total | $ 22,318 |

As part of our overall investment strategy, we also maintain an integrated cash management system utilizing on-line banking services and daily overnight investment accounts to maximize investment earnings on all available cash.

APP. 0031

**Technology**

The majority of our technology systems are based on products licensed from insurance-specific technology vendors that have been substantially customized to meet the unique needs of our various operating units. Our technology systems primarily consist of integrated central processing computers, a series of server-based computer networks and communications systems that allow our various operations to share systems solutions and communicate to the corporate office in a timely, secure and consistent manner. We maintain backup facilities and systems through a contract with a leading provider of computer disaster recovery services. Each operating unit bears the information services expenses specific to its operations as well as a portion of the corporate services expenses. Increases to vendor license and service fees are capped per annum.

We believe the implementation of our various technology systems has increased our efficiency in the processing of our business, resulting in lower operating costs. Additionally, our systems enable us to provide a high level of service to our agents and policyholders by processing our business in a timely and efficient manner, communicating and sharing data with our agents and providing a variety of methods for the payment of premiums. We believe these systems have also improved the accumulation and analysis of information for our management.

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology systems. Publicly reported cybersecurity intrusions have increased recently and the insurance sector as a whole is more exposed than in the past. Cybersecurity threats extend from individual attempts to gain unauthorized access to our information technology systems through coordinated, elaborate and targeted activity. We retain highly trained staff committed to the development and maintenance of our information technology systems. We maintain and regularly review recovery plans which are intended to enable us to restore critical systems with minimal disruption. We have established an information security committee to oversee and steer risk management plans to manage these exposures on an ongoing basis. We also employ comprehensive employee engagement and training programs to guard against the potential for malicious attempts to extort sensitive information from our systems using social engineering techniques (also known as "phishing") and have increased our cyber liability insurance to seek to minimize our post-event financial impacts.

We recognize the potential for new risks arising alongside the benefits we derive from technological and digital development. We employ technological security measures to prevent, detect and mitigate such threats, including independent and in-house vulnerability assessments, access controls, data encryption, continuous monitoring of our information technology networks and systems and maintenance of backup and protective systems. Nonetheless, the infrastructure may be vulnerable to security incidents which could result in the disruption of business operations and the corruption, unavailability, misappropriation or destruction of critical data and confidential information (both our own and of third parties). The compromise of personal and confidential information could lead to legal liability or regulatory action under evolving cybersecurity, data protection and privacy laws and regulations enacted in the various jurisdictions in which we operate. In this respect on March 1, 2017, new cybersecurity rules were implemented by the New York Department of Financial Services (the "NYS Cybersecurity Regulation"). These NYS Cybersecurity Regulations impose additional regulatory requirements that seek to protect confidentiality, integrity and availability of information systems. We also anticipate additional NAIC regulations as a result of the Insurance Data Security Model Law which will require insurers to meet state requirements beyond those imposed by New York. The implementation of these various regulations impose additional compliance obligations which have necessitated ongoing review of our policies and procedures.

**Ratings**

Many insurance buyers, agents and brokers use the ratings assigned by A.M. Best and other rating agencies to assist them in assessing the financial strength and overall quality of the companies from which they are considering purchasing insurance. A.M. Best has pooled its ratings of our AHIC, HIC, HSIC and HNIC subsidiaries and assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by the four insurance company subsidiaries. A.M. Best has also assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC. An "A–" rating is the fourth highest of 15 rating categories used by A.M. Best. In evaluating an insurer's financial and operating performance, A.M. Best reviews the company's profitability, indebtedness and liquidity, as well as its book of business, the adequacy and soundness of its reinsurance, the quality and estimated fair value of its assets, the adequacy of its loss reserves, the adequacy of its surplus, its capital structure, the experience and competence of its management and its market presence. A.M. Best's ratings reflect its opinion of an insurer's financial strength, operating performance and ability to meet its obligations to policyholders and are not an evaluation directed at investors or recommendations to buy, sell or hold an insurer's stock.

APP. 0032

**Competition**

The property/casualty insurance market, our primary source of revenue, is highly competitive and, except for regulatory considerations, has very few barriers to entry. According to A.M. Best, there were 3,008 property/casualty insurance companies and 2,050 property/casualty insurance groups operating in North America as of July 12, 2017. The primary competition for our Contract Binding operating unit includes such carriers as American Millennium Insurance Company, Canal Insurance Company, Commercial Alliance Insurance Company, National Casualty Company, National Liability & Fire Insurance Company, Northland Insurance Company, Progressive County Mutual, State National Insurance Company, Prime Insurance Company, and Underwriters at Lloyds of London. Our Specialty Commercial operating unit considers its primary competition for our excess, umbrella and general liability insurance products to include such carriers as American International Group, Inc., First Mercury Insurance Company, Axis Insurance Company, XL Specialty Insurance, Navigators, and W.R. Berkley Corporation and, to a lesser extent, a number of national standard lines carriers such as Travelers Companies, Inc. and Liberty Mutual Group. The primary competitors for our general aviation insurance products produced by our Specialty Commercial operating unit are Old Republic Aviation Managers, Starr Aviation, American International Group, Inc., United States Specialty Insurance Company, W. Brown & Company, United States Aircraft Insurance Group, Global Aerospace and Allianz Aviation Managers. The primary competition for the medical professional liability insurance products produced by our Specialty Commercial operating unit includes such carriers as Admiral Insurance Company, Catlin Insurance Company, CNA Financial Corporation, Evanston Insurance Company, Iron Health, Kinsale Insurance Company, Lexington Insurance Company, Medical Protective Insurance Company, One Beacon Insurance Group, ProAssurance Corporation, RSUI Group and TDC Companies. The primary competition for the financial professional liability insurance products produced by our Specialty Commercial operating unit are Admiral Insurance Company, American International Group Companies, Argonaut Insurance Company, Berkley Insurance Company, CNA Financial Corporation, Evanston Insurance Company, Kinsale Insurance Company, RSUI Group and XL Catlin Insurance Company. The primary competition for our primary/excess commercial property insurance products includes such carriers as Chubb Westchester, Aspen Insurance, Axis Insurance Company, Endurance Specialty Holdings, Ltd., Liberty Insurance Underwriters and Markel Insurance Company. Our Standard Commercial P&C operating unit competes with a variety of large national standard commercial lines carriers such as Liberty Mutual Group, Travelers Companies, Inc., Cincinnati Financial Corporation and The Hartford Financial Services Group, as well as numerous smaller regional companies. Although our Specialty Personal Lines operating unit competes with large national insurers such as Allstate Corporation, GEICO Corporation and Progressive Insurance Company, as a participant in the non-standard personal automobile marketplace its competition is most directly associated with numerous regional companies and managing general agencies. Our competitors include entities that have, or are affiliated with entities that have, greater financial and other resources than we have. Generally, we compete on price, customer service, coverages offered, claims handling, financial stability, agent commission and support, customer recognition and geographic coverage. We compete with companies who use independent agents, captive agent networks, direct marketing channels or a combination thereof.

**Insurance Regulation**

AHIC, HCM and TBIC are domiciled in Texas, HIC and HNIC are domiciled in Arizona and HSIC is domiciled in Oklahoma. Therefore, our insurance operations are regulated by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department, as well as the applicable insurance department of each state in which we issue policies. Our insurance company subsidiaries are required to file quarterly and annual statements of their financial condition prepared in accordance with statutory accounting practices with the insurance departments of their respective states of domicile and the applicable insurance department of each state in which they write business. The financial conditions of our insurance company subsidiaries, including the adequacy of surplus, loss reserves and investments, are subject to review by the insurance department of their respective states of domicile.

*Periodic financial and market conduct examinations.* The insurance departments of the states of domicile for our insurance company subsidiaries have broad authority to enforce insurance laws and regulations through examinations, administrative orders, civil and criminal enforcement proceedings, and suspension or revocation of an insurer's certificate of authority or an agent's license. The state insurance departments that have jurisdiction over our insurance company subsidiaries may conduct on-site visits and examinations of the insurance companies' affairs, especially as to their financial condition, ability to fulfill their obligations to policyholders, market conduct, claims practices and compliance with other laws and applicable regulations. Typically, these examinations are conducted every three to five years. In addition, if circumstances dictate, regulators are authorized to conduct special or target examinations of insurance companies to address particular concerns or issues. The results of these examinations can give rise to injunctive relief, regulatory orders requiring remedial or other corrective action on the part of the company that is the subject of the examination, assessment of fines, or other penalties against that company. In extreme cases, including actual or pending insolvency, the insurance department may take over, or appoint a receiver to take over, the management or operations of an insurer or an agent's business or assets.

20

*Guaranty funds.* All insurance companies are subject to assessments for state-administered funds that cover the claims and expenses of insolvent or impaired insurers. The size of the assessment is determined each year by the total claims on the fund that year. Each insurer is assessed a pro rata share based on its direct premiums written in that state. Payments to the fund may generally be recovered by the insurer through deductions from its premium taxes over a specified period of years.

*Transactions between insurance companies and their affiliates.* Hallmark is also regulated as an insurance holding company by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department. Financial transactions between Hallmark or any of its affiliates and our insurance company subsidiaries are subject to regulation. Transactions between our insurance company subsidiaries and their affiliates generally must be disclosed to state regulators, and prior regulatory approval generally is required before any material or extraordinary transaction may be consummated or any management agreement, services agreement, expense sharing arrangement or other contract providing for the rendering of services on a regular, systematic basis is implemented. State regulators may refuse to approve or may delay approval of such a transaction, which may impact our ability to innovate or operate efficiently.

*Dividends.* Dividends and distributions to Hallmark by our insurance company subsidiaries are restricted by the insurance regulations of the respective state in which each insurance company subsidiary is domiciled. As property/casualty insurance companies domiciled in the state of Texas, AHIC and TBIC may only pay dividends from unassigned surplus funds. In addition, AHIC and TBIC must obtain the approval of the Texas Department of Insurance before the payment of extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) statutory net income as of the prior December 31 or (2) 10% of statutory policyholders' surplus as of the prior December 31. HIC and HNIC, both domiciled in Arizona, may pay dividends out of that part of their available surplus funds that is derived from realized net profits on their business. Without prior written approval from the Arizona Department of Insurance, HIC and HNIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the lesser of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) net investment income as of the prior December 31. HSIC, domiciled in Oklahoma, may only pay dividends out of that part of its available surplus funds that is derived from realized net profits on its business. Without prior written approval from the Oklahoma Insurance Department, HSIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) statutory net income as of the prior December 31, not including realized capital gains. As a county mutual, dividends from HCM are payable to policyholders.

*Risk-based capital requirements.* The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2017, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

*Required licensing.* Our non-insurance company subsidiaries are subject to and in compliance with the licensing requirements of the department of insurance in each state in which they produce business. These licenses govern, among other things, the types of insurance coverages, agency and claims services and products that we may offer consumers in these states. Such licenses typically are issued only after we file an appropriate application and satisfy prescribed criteria. Generally, each state requires one officer to maintain an agent license. Claims adjusters employed by us are also subject to the licensing requirements of each state in which they conduct business. Each employed claim adjuster either holds or has applied for the required licenses. Our premium finance subsidiaries are subject to licensing, financial reporting and certain financial requirements imposed by the Texas Department of Insurance, as well as regulations promulgated by the Texas Office of Consumer Credit Commissioner.

***Regulation of insurance rates and approval of policy forms.*** The insurance laws of most states in which our subsidiaries operate require insurance companies to file insurance rate schedules and insurance policy forms for review and approval. State insurance regulators have broad discretion in judging whether our rates are adequate, not excessive and not unfairly discriminatory and whether our policy forms comply with law. The speed at which we can change our rates depends, in part, on the method by which the applicable state's rating laws are administered. Generally, state insurance regulators have the authority to disapprove our rates or request changes in our rates.

***Restrictions on cancellation, non-renewal or withdrawal.*** Many states have laws and regulations that limit an insurance company's ability to exit a market. For example, certain states limit an automobile insurance company's ability to cancel or not renew policies. Some states prohibit an insurance company from withdrawing from one or more lines of business in the state, except pursuant to a plan approved by the state insurance department. In some states, this applies to significant reductions in the amount of insurance written, not just to a complete withdrawal. State insurance departments may disapprove a plan that may lead to market disruption.

***Investment restrictions.*** We are subject to state laws and regulations that require diversification of our investment portfolios and that limit the amount of investments in certain categories. Failure to comply with these laws and regulations would cause non-conforming investments to be treated as non-admitted assets for purposes of measuring statutory surplus and, in some instances, would require divestiture.

***Trade practices.*** The manner in which we conduct the business of insurance is regulated by state statutes in an effort to prohibit practices that constitute unfair methods of competition or unfair or deceptive acts or practices. Prohibited practices include disseminating false information or advertising; defamation; boycotting, coercion and intimidation; false statements or entries; unfair discrimination; rebating; improper tie-ins with lenders and the extension of credit; failure to maintain proper records; failure to maintain proper complaint handling procedures; and making false statements in connection with insurance applications for the purpose of obtaining a fee, commission or other benefit.

***Unfair claims practices.*** Generally, insurance companies, adjusting companies and individual claims adjusters are prohibited by state statutes from engaging in unfair claims practices on a flagrant basis or with such frequency to indicate a general business practice. Examples of unfair claims practices include:

> misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

> failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies;

> failing to adopt and implement reasonable standards for the prompt investigation and settlement of claims arising under insurance policies;

> failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

> attempting to settle a claim for less than the amount to which a reasonable person would have believed such person was entitled;

> attempting to settle claims on the basis of an application that was altered without notice to, or knowledge and consent of, the insured;

> compelling insureds to institute suits to recover amounts due under policies by offering substantially less than the amounts ultimately recovered in suits brought by them;

> refusing to pay claims without conducting a reasonable investigation;

> making claim payments to an insured without indicating the coverage under which each payment is being made;

> delaying the investigation or payment of claims by requiring an insured, claimant or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, both of which submissions contain substantially the same information;

APP. 0035

failing, in the case of claim denials or offers of compromise or settlement, to promptly provide a reasonable and accurate explanation of the basis for such actions; and

not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear.

### Employees

As of December 31, 2017, we employed 418 people on a full-time basis. None of our employees are represented by labor unions. We consider our employee relations to be good.

### Available Information

The Company's executive offices are located at 777 Main Street, Suite 1000 Fort Worth, Texas 76102. The Company's mailing address is 777 Main Street, Suite 1000 Fort Worth, Texas 76102. Its telephone number is (817) 348-1600. The Company's website address is www.hallmarkgrp.com. The Company files annual, quarterly and current reports, proxy statements and other information and documents with the U.S. Securities and Exchange Commission (the "SEC"), which are made available to read and copy at the SEC's Public Reference Room at 100 F Street, N.E., Washington, D.C. 20549. You may obtain information on the operation of the Public Reference Room by contacting the SEC at 1-800-SEC-0330. Reports filed with the SEC are also made available at www.sec.gov. The Company makes available free of charge on its website its annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed with or furnished to the SEC pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 as soon as reasonably practical after it electronically files them with or furnishes them to the SEC.

### Item 1A. Risk Factors.

**Our success depends on our ability to price accurately the risks we underwrite.**

Our results of operations and financial condition depend on our ability to underwrite and set premium rates accurately for a wide variety of risks. Adequate rates are necessary to generate premiums sufficient to pay losses, loss settlement expenses and underwriting expenses and to earn a profit. To price our products accurately, we must collect and properly analyze a substantial amount of data; develop, test and apply appropriate pricing techniques; closely monitor and timely recognize changes in trends; and project both severity and frequency of losses with reasonable accuracy. Our ability to undertake these efforts successfully, and as a result price our products accurately, is subject to a number of risks and uncertainties, some of which are outside our control, including:

the availability of sufficient reliable data and our ability to properly analyze available data;

the uncertainties that inherently characterize estimates and assumptions;

our selection and application of appropriate pricing techniques; and

changes in applicable legal liability standards and in the civil litigation system generally.

Consequently, we could underprice risks, which would adversely affect our profit margins, or we could overprice risks, which could reduce our sales volume and competitiveness. In either case, our profitability could be materially and adversely affected.

**Our results may fluctuate as a result of cyclical changes in the property/casualty insurance industry.**

Our revenue is primarily attributable to property/casualty insurance, which as an industry is cyclical in nature and has historically been characterized by soft markets followed by hard markets. A soft market is a period of relatively high levels of price competition, less restrictive underwriting standards and generally low premium rates. A hard market is a period of capital shortages resulting in lack of insurance availability, relatively low levels of competition, more selective underwriting of risks and relatively high premium rates. If we find it necessary to reduce premiums or limit premium increases due to competitive pressures on pricing in a softening market, we may experience a reduction in our premiums written and in our profit margins and revenues, which could adversely affect our financial results.

23

**Estimating reserves is inherently uncertain. If our loss reserves are not adequate, it will have an unfavorable impact on our results.**

We maintain loss reserves to cover our estimated ultimate liability for unpaid losses and LAE for reported and unreported claims incurred as of the end of each accounting period. Reserves represent management's estimates of what the ultimate settlement and administration of claims will cost and are not reviewed by an independent actuary. These estimates, which generally involve actuarial projections, are based on management's assessment of facts and circumstances then known, as well as estimates of future trends in claim severity and frequency, judicial theories of liability, and other factors. These variables are affected by both internal and external events, such as changes in claims handling procedures, inflation, judicial trends and legislative changes. Many of these factors are not quantifiable. Additionally, there may be a significant lag between the occurrence of an event and the time it is reported to us. The inherent uncertainties of estimating reserves are greater for certain types of liabilities, particularly those in which the various considerations affecting the type of claim are subject to change and in which long periods of time may elapse before a definitive determination of liability is made. Reserve estimates are continually refined in a regular and ongoing process as experience develops and further claims are reported and settled. Adjustments to reserves are reflected in the results of the periods in which such estimates are changed. For example, a 1% change in December 31, 2017 unpaid losses and LAE would have produced a $5.3 million change to pretax earnings. Our gross loss and LAE reserves totaled $527.1 million at December 31, 2017. Our loss and LAE reserves, net of reinsurance recoverable on unpaid loss and LAE, were $372.5 million at that date. Because setting reserves is inherently uncertain, there can be no assurance that the current reserves will prove adequate.

**Our failure to maintain favorable financial strength ratings could negatively impact our ability to compete successfully.**

Third-party rating agencies assess and rate the claims-paying ability of insurers based upon criteria established by the agencies. AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned HCM a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-". A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC.

These financial strength ratings are used by policyholders, insurers, reinsurers and insurance and reinsurance intermediaries as an important means of assessing the financial strength and quality of insurers. These ratings are not evaluations directed to potential purchasers of our common stock and are not recommendations to buy, sell or hold our common stock. Our ratings are subject to change at any time and could be revised downward or revoked at the sole discretion of the rating agencies. We believe that the ratings assigned by A.M. Best are an important factor in marketing our products. Our ability to retain our existing business and to attract new business in our insurance operations depends largely on these ratings. Our failure to maintain our ratings, or any other adverse development with respect to our ratings, could cause our current and future independent agents and insureds to choose to transact their business with more highly rated competitors. If A.M. Best downgrades our ratings or publicly indicates that our ratings are under review, it is likely that we would not be able to compete as effectively with our competitors, and our ability to sell insurance policies could decline. If that happened, our sales and earnings would decrease. For example, many of our agencies and insureds have guidelines that require us to have an A.M. Best financial strength rating of "A-" (Excellent) or higher. A reduction of our A.M. Best rating below "A-" would prevent us from issuing policies to insureds or potential insureds with such ratings requirements.

Lenders and reinsurers also use our A.M. Best ratings as a factor in deciding whether to transact business with us. The failure of our insurance company subsidiaries to maintain their current ratings could dissuade a lender or reinsurance company from conducting business with us or might increase our interest or reinsurance costs. In addition, a ratings downgrade by A.M. Best below "A-" would require us to post collateral in support of our obligations under certain of our reinsurance agreements pursuant to which we assume business.

24

**The loss of key executives could disrupt our business.**

Our success will depend in part upon the continued service of certain key executives. Our success will also depend on our ability to attract and retain additional executives and personnel. The loss of key personnel, or our inability to recruit and retain additional qualified personnel, could cause disruption in our business and could prevent us from fully implementing our business strategies, which could materially and adversely affect our business, growth and profitability.

**Our industry is very competitive, which may unfavorably impact our results of operations.**

The property/casualty insurance market, our primary source of revenue, is highly competitive and, except for regulatory considerations, has very few barriers to entry. According to A.M. Best, there were 3,008 property/casualty insurance companies and 2,050 property/casualty insurance groups operating in North America as of July 12, 2017. Our competitors include entities that have, or are affiliated with entities that have, greater financial and other resources than we have. In addition, competitors may attempt to increase market share by lowering rates. In that case, we could experience reductions in our underwriting margins, or sales of our insurance policies could decline as customers purchase lower-priced products from our competitors. Losing business to competitors offering similar products at lower prices, or having other competitive advantages, could adversely affect our results of operations.

**Our results may be unfavorably impacted if we are unable to obtain adequate reinsurance.**

As part of our overall risk and capacity management strategy, we purchase reinsurance for significant amounts of risk, especially catastrophe risks that we and our insurance company subsidiaries underwrite. Our catastrophe and non-catastrophe reinsurance facilities are generally subject to annual renewal. We may be unable to maintain our current reinsurance facilities or to obtain other reinsurance facilities in adequate amounts and at favorable rates. The amount, availability and cost of reinsurance are subject to prevailing market conditions beyond our control, and may affect our ability to write additional premiums as well as our profitability. If we are unable to obtain adequate reinsurance protection for the risks we have underwritten, we will either be exposed to greater losses from these risks or be required to reduce the level of business that we underwrite, which will reduce our revenue.

**If the companies that provide our reinsurance do not pay our claims in a timely manner, we could incur severe losses.**

We purchase reinsurance by transferring, or ceding, part of the risk we have assumed to a reinsurance company in exchange for part of the premium we receive in connection with the risk. Although reinsurance makes the reinsurer liable to us to the extent the risk is transferred or ceded to the reinsurer, it does not relieve us of our liability to our policyholders. Accordingly, we bear credit risk with respect to our reinsurers. We cannot assure that our reinsurers will pay all of our reinsurance claims, or that they will pay our claims on a timely basis. At December 31, 2017, we had a total of $295.2 million due us from reinsurers, including $182.9 million of recoverables from losses and $112.3 million in ceded unearned premiums. The largest amount due us from a single reinsurer as of December 31, 2017 was $55.5 million reinsurance and premium recoverable from Swiss Reinsurance America Corporation. If any of our reinsurers are unable or unwilling to pay amounts they owe us in a timely fashion, we could suffer a significant loss or a shortage of liquidity, which would have a material adverse effect on our business and results of operations.

**Catastrophic losses are unpredictable and may adversely affect our results of operations, liquidity and financial condition.**

Property/casualty insurance companies are subject to claims arising out of catastrophes that may have a significant effect on their results of operations, liquidity and financial condition. Catastrophes can be caused by various events, including hurricanes, windstorms, earthquakes, hail storms, explosions, severe winter weather and fires, and may include man-made events, such as terrorist attacks. The incidence, frequency, and severity of catastrophes are inherently unpredictable. The extent of losses from a catastrophe is a function of both the total amount of insured exposure in the area affected by the event and the severity of the event.

Claims from catastrophic events could reduce our net income, cause substantial volatility in our financial results for any fiscal quarter or year or otherwise adversely affect our financial condition, liquidity or results of operations. Catastrophes may also negatively affect our ability to write new business. Increases in the value and geographic concentration of insured property and the effects of inflation could increase the severity of claims from catastrophic events in the future.

APP. 0038

**Catastrophe models may not accurately predict future losses.**

Along with other insurers in the industry, we use models developed by third-party vendors in assessing our exposure to catastrophe losses that assume various conditions and probability scenarios. However, these models do not necessarily accurately predict future losses or accurately measure losses currently incurred. Catastrophe models, which have been evolving since the early 1990s, use historical information about various catastrophes and detailed information about our in-force business. While we use this information in connection with our pricing and risk management activities, there are limitations with respect to their usefulness in predicting losses in any reporting period. Examples of these limitations are significant variations in estimates between models and modelers and material increases and decreases in model results due to changes and refinements of the underlying data elements and assumptions. Such limitations lead to questionable predictive capability and post-event measurements that have not been well understood or proven to be sufficiently reliable. In addition, the models are not necessarily reflective of company or state-specific policy language, demand surge for labor and materials or loss settlement expenses, all of which are subject to wide variation by catastrophe. Because the occurrence and severity of catastrophes are inherently unpredictable and may vary significantly from year to year, historical results of operations may not be indicative of future results of operations.

**We are subject to comprehensive regulation, and our results may be unfavorably impacted by these regulations.**

We are subject to comprehensive governmental regulation and supervision. Most insurance regulations are designed to protect the interests of policyholders rather than of the stockholders and other investors of the insurance companies. These regulations, generally administered by the department of insurance in each state in which we do business, relate to, among other things:

approval of policy forms and rates;

standards of solvency, including risk-based capital measurements, which are a measure developed by the National Association of Insurance Commissioners and used by the state insurance regulators to identify insurance companies that potentially are inadequately capitalized;

licensing of insurers and their agents;

restrictions on the nature, quality and concentration of investments;

restrictions on the ability of insurance company subsidiaries to pay dividends;

restrictions on transactions between insurance company subsidiaries and their affiliates;

requiring certain methods of accounting;

periodic examinations of operations and finances;

the use of non-public consumer information and related privacy issues;

the use of credit history in underwriting and rating;

limitations on the ability to charge policy fees;

the acquisition or disposition of an insurance company or of any company controlling an insurance company;

involuntary assignments of high-risk policies, participation in reinsurance facilities and underwriting associations, assessments and other governmental charges;

restrictions on the cancellation or non-renewal of policies and, in certain jurisdictions, withdrawal from writing certain lines of business;

26

APP. 0039

prescribing the form and content of records of financial condition to be filed;

requiring reserves for unearned premium, losses and other purposes; and

with respect to premium finance business, the federal Truth-in-Lending Act and similar state statutes. In states where specific statutes have not been enacted, premium finance is generally subject to state usury laws that are applicable to consumer loans.

State insurance departments also conduct periodic examinations of the affairs of insurance companies and require filing of annual and other reports relating to the financial condition of insurance companies, holding company issues and other matters. Our business depends on compliance with applicable laws and regulations and our ability to maintain valid licenses and approvals for our operations. Regulatory authorities may deny or revoke licenses for various reasons, including violations of regulations. Changes in the level of regulation of the insurance industry or changes in laws or regulations themselves or interpretations by regulatory authorities could have a material adverse affect on our operations. In addition, we could face individual, group and class-action lawsuits by our policyholders and others for alleged violations of certain state laws and regulations. Each of these regulatory risks could have an adverse effect on our profitability.

**State statutes limit the aggregate amount of dividends that our subsidiaries may pay Hallmark, thereby limiting its funds to pay expenses and dividends.**

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company without significant operations of its own, Hallmark's principal sources of funds are dividends and other sources of funds from its subsidiaries. State insurance laws limit the ability of Hallmark's insurance company subsidiaries to pay dividends and require our insurance company subsidiaries to maintain specified minimum levels of statutory capital and surplus. The aggregate maximum amount of dividends permitted by law to be paid by an insurance company does not necessarily define an insurance company's actual ability to pay dividends. The actual ability to pay dividends may be further constrained by business and regulatory considerations, such as the impact of dividends on surplus, by our competitive position and by the amount of premiums that we can write. Without regulatory approval, the aggregate maximum amount of dividends that could be paid to Hallmark in 2018 by our insurance company subsidiaries is $19.7 million. State insurance regulators have broad discretion to limit the payment of dividends by insurance companies and Hallmark's right to participate in any distribution of assets of any one of our insurance company subsidiaries is subject to prior claims of policyholders and creditors except to the extent that its rights, if any, as a creditor are recognized. Consequently, Hallmark's ability to pay debts, expenses and cash dividends to our stockholders may be limited.

**Our insurance company subsidiaries are subject to minimum capital and surplus requirements. Failure to meet these requirements could subject us to regulatory action.**

Our insurance company subsidiaries are subject to minimum capital and surplus requirements imposed under the laws of their respective states of domicile and each state in which they issue policies. Any failure by one of our insurance company subsidiaries to meet minimum capital and surplus requirements imposed by applicable state law will subject it to corrective action, which may include requiring adoption of a comprehensive financial plan, revocation of its license to sell insurance products or placing the subsidiary under state regulatory control. Any new minimum capital and surplus requirements adopted in the future may require us to increase the capital and surplus of our insurance company subsidiaries, which we may not be able to do.

**We are subject to assessments and other surcharges from state guaranty funds, mandatory reinsurance arrangements and state insurance facilities, which may reduce our profitability.**

Virtually all states require insurers licensed to do business therein to bear a portion of the unfunded obligations of impaired or insolvent insurance companies. These obligations are funded by assessments, which are levied by guaranty associations within the state, up to prescribed limits, on all member insurers in the state on the basis of the proportionate share of the premiums written by member insurers in the lines of business in which the impaired, insolvent or failed insurer was engaged. Accordingly, the assessments levied on us by the states in which we are licensed to write insurance may increase as we increase our premiums written. In addition, as a condition to the ability to conduct business in certain states, insurance companies are required to participate in mandatory reinsurance funds. The effect of these assessments and mandatory reinsurance arrangements, or changes in them, could reduce our profitability in any given period or limit our ability to grow our business.

27

We monitor developments with respect to various state facilities, such as the Texas FAIR Plan and the Texas Windstorm Insurance Association. The impact of any catastrophe experience on these facilities could result in the facilities recognizing a financial deficit or a financial deficit greater than the level currently estimated. They may, in turn, have the ability to assess participating insurers when financial deficits occur, adversely affecting our results of operations. While these facilities are generally designed so that the ultimate cost is borne by policyholders, the exposure to assessments and the availability of recoupments or premium rate increases from these facilities may not offset each other in our financial statements. Moreover, even if they do offset each other, they may not offset each other in financial statements for the same fiscal period due to the ultimate timing of the assessments and recoupments or premium rate increases, as well as the possibility of policies not being renewed in subsequent years.

**Adverse securities market conditions can have a significant and negative impact on our investment portfolio.**

Our results of operations depend in part on the performance of our invested assets. As of December 31, 2017, 92% of our investment portfolio was invested in fixed-income securities. Certain risks are inherent in connection with fixed-income securities, including loss upon default and price volatility in reaction to changes in interest rates and general market factors. In general, the fair value of a portfolio of fixed-income securities increases or decreases inversely with changes in the market interest rates, while net investment income realized from future investments in fixed-income securities increases or decreases along with interest rates. In addition, 23% of our fixed-income securities have call or prepayment options. This subjects us to reinvestment risk should interest rates fall and issuers call their securities. Furthermore, actual net investment income and/or cash flows from investments that carry prepayment risk, such as mortgage-backed and other asset-backed securities, may differ from those anticipated at the time of investment as a result of interest rate fluctuations. An investment has prepayment risk when there is a risk that cash flows from the repayment of principal might occur earlier than anticipated because of declining interest rates or later than anticipated because of rising interest rates. The fair value of our fixed-income securities as of December 31, 2017 was $605.7 million. If market interest rates were to increase 1%, the fair value of our fixed-income securities would decrease by approximately $9.6 million as of December 31, 2017. The calculated change in fair value was determined using duration modeling assuming no prepayments.

In addition to the general risks described above, although 79% of our portfolio is investment-grade, our fixed-income securities are nonetheless subject to credit risk. If any of the issuers of our fixed-income securities suffer financial setbacks, the ratings on the fixed-income securities could fall (with a concurrent fall in market value) and, in a worst case scenario, the issuer could default on its obligations. As of December 31, 2017, Hallmark had $0.1 million in its investment portfolio exposed to sub-prime mortgages and $16.5 million total exposure in mortgage-backed securities.

Future changes in the fair value of our available-for-sale fixed income securities will be reflected in other comprehensive income. Similar treatment is not available for liabilities. Therefore, interest rate fluctuations could adversely affect our stockholders' equity, total comprehensive income and/or cash flows.

**We rely on independent agents and specialty brokers to market our products and their failure to do so would have a material adverse effect on our results of operations.**

We market and distribute our insurance programs exclusively through independent insurance agents and specialty insurance brokers. As a result, our business depends in large part on the marketing efforts of these agents and brokers and on our ability to offer insurance products and services that meet the requirements of the agents, the brokers and their customers. However, these agents and brokers are not obligated to sell or promote our products and many sell or promote competitors' insurance products in addition to our products. Some of our competitors have higher financial strength ratings, offer a larger variety of products, set lower prices for insurance coverage and/or offer higher commissions than we do. Therefore, we may not be able to continue to attract and retain independent agents and brokers to sell our insurance products. The failure or inability of independent agents and brokers to market our insurance products successfully could have a material adverse impact on our business, financial condition and results of operations.

**We may experience difficulty in integrating acquisitions into our operations.**

The successful integration of any newly acquired business into our operations will require, among other things, the retention and assimilation of their key management, sales and other personnel; the coordination of their lines of insurance products and services; the adaptation of their technology, information systems and other processes; and the retention and transition of their customers. Unexpected difficulties in integrating any acquisition could result in increased expenses and the diversion of management time and resources. If we do not successfully integrate any acquired business into our operations, we may not realize the anticipated benefits of the acquisition, which could have a material adverse impact on our financial condition and results of operations. Further, any potential acquisition may require significant capital outlay and, if we issue equity or convertible debt securities to pay for an acquisition, the issuance may be dilutive to our existing stockholders.

28

**Our internal controls are not fail-safe.**

We continually enhance our operating procedures and internal controls to effectively support our business and comply with our regulatory and financial reporting requirements. As a result of the inherent limitations in all control systems, no system of controls can provide absolute assurance that all control objectives have been or will be met, and that every instance of error or fraud has been or will be detected. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by individual acts or by collusion of two or more persons. The design of any system of controls is based in part upon assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Internal controls may also become inadequate because of changes in conditions, or the degree of compliance with policies or procedures may deteriorate. Further, the design of a control system must reflect resource constraints, and the benefits of controls must be considered relative to their costs. As a result of the inherent limitations in a cost-effective control system, misstatement due to error or fraud may occur and not be detected. Accordingly, our internal controls and procedures are designed to provide reasonable, not absolute, assurance that the control objectives are met.

**Our geographic concentration ties our performance to the business, economic and regulatory conditions of certain states.**

The following states accounted for approximately 56% of our gross written premiums for 2017: Texas (40%), California (6%), Arizona (4%), Oklahoma (3%) and Oregon (3%). Our revenues and profitability are subject to the prevailing regulatory, legal, economic, political, demographic, competitive, weather and other conditions in the principal states in which we do business. Changes in any of these conditions could make it less attractive for us to do business in such states and would have a more pronounced effect on us compared to companies that are more geographically diversified. In addition, our exposure to severe losses from localized natural perils, such as windstorms or hailstorms, is increased in those areas where we have written significant numbers of property/casualty insurance policies.

**The exclusions and limitations in our policies may not be enforceable.**

Many of the policies we issue include exclusions or other conditions that define and limit coverage, which exclusions and conditions are designed to manage our exposure to certain types of risks and expanding theories of legal liability. In addition, many of our policies limit the period during which a policyholder may bring a claim under the policy, which period in many cases is shorter than the statutory period under which these claims can be brought by our policyholders. While these exclusions and limitations help us assess and control our loss exposure, it is possible that a court or regulatory authority could nullify or void an exclusion or limitation, or legislation could be enacted modifying or barring the use of these exclusions and limitations. This could result in higher than anticipated losses and LAE by extending coverage beyond our underwriting intent or increasing the number or size of claims, which could have a material adverse effect on our operating results. In some instances, these changes may not become apparent until sometime after we have issued the insurance policies that are affected by the changes. As a result, the full extent of liability under our insurance contracts may not be known for many years after a policy is issued.

**We rely on our information technology and telecommunications systems and the failure or disruption of these systems could disrupt our operations and adversely affect our results of operations.**

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology and telecommunications systems. We rely on these systems to perform accounting, policy administration, actuarial and other modeling functions necessary for underwriting business, as well as to process and make claims and other payments. Our systems could fail of their own accord or might be disrupted by factors such as natural disasters, power disruptions or surges, cybersecurity intrusions or terrorist attacks. Failure or disruption of these systems for any reason could interrupt our business and adversely affect our results of operations.

APP. 0042

Cybersecurity risks in particular are evolving and include malicious software, unauthorized access to data and other electronic security breaches. We have not experienced successful cybersecurity attacks in the past and believe that we have adopted appropriate measures to mitigate potential risks to our information technology systems. However, the timing, nature and scope of cybersecurity attacks are difficult to predict and prevent. Therefore, we could be subject to operational delays, compromised confidential or proprietary information, destruction or corruption of data, manipulation or improper use of our systems and networks, financial losses from remedial actions and/or damage to our reputation from cybersecurity attacks. A cybersecurity attack on our information technology systems could disrupt our business and adversely affect our results of operations and financial position.

**Global climate change may have an adverse effect on our financial statements.**

Although uncertainty remains as to the nature and effect of greenhouse gas emissions, we could suffer losses if global climate change results in an increase in the frequency and severity of natural disasters. As with traditional natural disasters, claims arising from these incidents could increase our exposure to losses and have a material adverse impact on our business, results of operations, and/or financial condition.

**Item 1B. Unresolved Staff Comments.**

Not applicable

**Item 2. Properties.**

Our corporate headquarters and Standard Commercial P&C operating unit are located at 777 Main Street, Suite 1000, Fort Worth, Texas. The suite is located in a high-rise office building and contains 27,808 square feet of space. The rent is currently $52,140 per month pursuant to a lease which expires June 30, 2022.

Our Contract Binding operating unit is presently located at 7550 IH-10 West, San Antonio, Texas. These leased premises consist of a 16,599 square foot office suite and 800 square feet of storage space. The rent is currently $34,798 per month pursuant to a lease that expires November 30, 2020.

Our Specialty Commercial operating unit is located at 13727 Noel Road, Dallas, Texas. These leased premises consist of 15,072 square feet of office space. The rent is currently $29,202 per month pursuant to a lease that expires November 30, 2022. Our Specialty Commercial operating unit also maintains branch offices in the following locations:

| Location | Monthly Rent | | Lease Expiration |
|---|---|---|---|
| Chicago, Illinois | $ | 12,227 | June 30, 2020 |
| Atlanta, Georgia | $ | 12,052 | November 30, 2022 |
| Jersey City, New Jersey | $ | 5,036 | December 31, 2020 |
| Glendale, California | $ | 2,627 | July 31, 2020 |

Our Specialty Personal Lines operating unit is located at 6500 Pinecrest, Suite 100, Plano, Texas. The suite is located in a one story office building and contains 23,941 square feet of space. The rent is currently $28,769 per month pursuant to a lease that expires December 31, 2020.

**Item 3. Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, likely to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 4. Mine Safety Disclosures.**

Not applicable.

APP. 0043

**PART II**

 **Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

**Market for Common Stock**

Our common stock is currently traded on the Nasdaq Global Market under the symbol "HALL." The following table shows the high and low sales prices of our common stock on the Nasdaq Global Market for each quarter since January 1, 2016.

| Period | | High Sale | | Low Sale |
|---|---|---|---|---|
| **Year Ended December 31, 2017:** | | | | |
| First quarter | $ | 11.98 | $ | 10.14 |
| Second quarter | | 11.62 | | 9.94 |
| Third quarter | | 11.83 | | 9.91 |
| Fourth quarter | | 11.76 | | 9.95 |
| | | | | |
| **Year Ended December 31, 2016:** | | | | |
| First quarter | $ | 11.98 | $ | 9.79 |
| Second quarter | | 12.01 | | 9.50 |
| Third quarter | | 11.93 | | 9.71 |
| Fourth quarter | | 12.09 | | 9.77 |

**Holders**

As of March 1, 2018, there were 2,016 shareholders of record of our common stock.

**Dividends**

Hallmark has never paid dividends on its common stock. Our board of directors intends to continue this policy for the foreseeable future in order to retain earnings for development of our business.

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to pay dividends and make other payments. State insurance laws limit the ability of our insurance company subsidiaries to pay dividends to Hallmark. As property/casualty insurance companies domiciled in the state of Texas, AHIC and TBIC are limited in the payment of dividends to Hallmark in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders surplus or prior year's net investment income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. As a county mutual, dividends from HCM are payable to policyholders.

31

APP. 0044

**Equity Compensation Plan Information**

The following table sets forth information regarding shares of our common stock authorized for issuance under our equity compensation plans as of December 31, 2017.

| Plan Category | Number of securities to be issued upon exercise of outstanding options, warrants and rights | Weighted-average exercise price of outstanding options, warrants and rights | Number of securities remaining available for future issuance under equity compensation plans [excluding securities reflected in column (a)](1) |
|---|---|---|---|
| | (a) | (b) | (c) |
| Equity compensation plans approved by security holders | 406,731 | $ 7.85 | 1,498,971 |
| Equity compensation plans not approved by security holders | - | - | - |
| Total | 406,731 | $ 7.85 | 1,498,971 |

(1) Securities remaining available for future issuance are net of a maximum of 501,029 shares of common stock issuable pursuant to outstanding restricted stock units, subject to applicable vesting requirements and performance criteria. See Note 13 to the audited consolidated financial statements included in this report.

**Issuer Repurchases**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares. The Stock Repurchase Plan does not have an expiration date.

There were no purchases made pursuant to the Stock Repurchase Plan during the quarter ended December 31, 2017.

**Performance Graph**

The following graph compares the five year cumulative total return provided shareholders on Hallmark's common stock relative to the cumulative total returns of the NASDAQ Composite Index, the NASDAQ Insurance Index, and the S&P Property & Casualty Insurance Index. An investment of $100 (with reinvestment of all dividends) is assumed to have been made in our common stock and in each index on December 31, 2012 and its relative performance is tracked through December 31, 2017.

32

## COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN*

Among Hallmark Financial Services, Inc., the NASDAQ Composite Index,
the S&P Property & Casualty Insurance Index and the NASDAQ Insurance Index



——▫—— Hallmark Financial Services, Inc.      ····△···· NASDAQ Composite

– ⊖– S&P Property & Casualty Insurance      ——＊—— NASDAQ Insurance

*$100 invested on 12/31/12 in stock or index, including reinvestment of dividends.
Fiscal year ending December 31.

Copyright© 2018 Standard & Poor's, a division of S&P Global. All rights reserved.

33

APP. 0046

**Item 6. Selected Financial Data**

| | Year Ended December 31 | | | | |
| | 2017 | 2016 | 2015 | 2014 | 2013 |
| | (in thousands, except per share data) | | | | |
|---|---|---|---|---|---|
| **Statement of Operations Data:** | | | | | |
| Gross premiums written | $ 604,156 | $ 549,077 | $ 514,223 | $ 473,218 | $ 460,027 |
| Ceded premiums written | (238,573) | (187,248) | (157,279) | (148,866) | (99,262) |
| Net premiums written | 365,583 | 361,829 | 356,944 | 324,352 | 360,765 |
| Change in unearned premiums | (4,546) | (8,459) | (7,863) | (3,135) | (224) |
| Net premiums earned | 361,037 | 353,370 | 349,081 | 321,217 | 360,541 |
| | | | | | |
| Investment income, net of expenses | 18,874 | 16,342 | 13,969 | 12,383 | 12,884 |
| Net realized gains | 5,672 | 2,519 | 5,826 | 408 | 10,540 |
| Other-than-temporary impairments | (5,877) | (2,888) | (3,323) | (274) | - |
| Finance charges | 3,867 | 4,977 | 5,952 | 5,279 | 5,830 |
| Commission and fees | 1,679 | 1,427 | 213 | (1,694) | (487) |
| Other income | 269 | 205 | 684 | 47 | 120 |
| Total revenues | 385,521 | 375,952 | 372,402 | 337,366 | 389,428 |
| | | | | | |
| Loss and loss adjustment expenses | 288,308 | 253,688 | 230,149 | 210,055 | 261,345 |
| Operating expenses | 106,805 | 106,769 | 103,993 | 101,427 | 109,289 |
| Interest expense | 4,512 | 4,549 | 3,906 | 4,576 | 4,599 |
| Amortization of intangible assets | 2,468 | 2,468 | 2,468 | 2,526 | 3,115 |
| Total expenses | 402,093 | 367,474 | 340,516 | 318,584 | 378,348 |
| | | | | | |
| (Loss) income before tax | (16,572) | 8,478 | 31,886 | 18,782 | 11,080 |
| Income tax (benefit) expense | (5,019) | 1,952 | 10,023 | 5,353 | 2,835 |
| Net (loss) income | (11,553) | 6,526 | 21,863 | 13,429 | 8,245 |
| | | | | | |
| Net (loss) income per share: | | | | | |
| Basic | $ (0.63) | $ 0.35 | $ 1.14 | $ 0.70 | $ 0.43 |
| Diluted | $ (0.63) | $ 0.34 | $ 1.13 | $ 0.69 | $ 0.43 |

34

| Balance Sheet Items: | | As of December 31 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2017 | | 2016 | | 2015 | | 2014 | | 2013 |
| Total investments | $ | 661,333 | $ | 654,119 | $ | 578,829 | $ | 507,229 | $ | 461,325 |
| Total assets (1) | $ | 1,231,126 | $ | 1,162,460 | $ | 1,075,547 | $ | 979,765 | $ | 907,867 |
| Reserves for unpaid loss and loss adjustment expenses | $ | 527,100 | $ | 481,567 | $ | 450,878 | $ | 415,135 | $ | 382,640 |
| Unearned premiums | $ | 276,642 | $ | 241,254 | $ | 216,407 | $ | 196,826 | $ | 185,303 |
| Total liabilities (1) | $ | 980,008 | $ | 896,724 | $ | 813,521 | $ | 727,728 | $ | 669,749 |
| Total stockholders' equity | $ | 251,118 | $ | 265,736 | $ | 262,026 | $ | 252,037 | $ | 238,118 |
| | | | | | | | | | | |
| Book value per share | $ | 13.82 | $ | 14.28 | $ | 13.72 | $ | 13.11 | $ | 12.36 |

(1) Amounts have been adjusted for the adoption of ASU 2015-03 which requires that debt issuance costs related to a recognized debt liability be presented in the balance sheet as a direct deduction from the carrying amount of that debt liability, consistent with debt discounts.

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto. This discussion contains forward-looking statements. Please see "Risks Associated with Forward-Looking Statements in this Form 10-K" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Overview**

Hallmark is an insurance holding company which, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services. We pursue our business activities primarily through subsidiaries whose operations are organized into operating units and are supported by our insurance carrier subsidiaries.

Our insurance activities are organized by operating units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Contract Binding operating unit is comprised of our HSU, PAAC and TGASRI subsidiaries. Our Specialty Commercial operating unit is comprised of our Aerospace Insurance Managers, ASRI, ACMG, HXS and HDS subsidiaries.

35

*Standard Commercial Segment.* The Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies. Our Standard Commercial P&C operating unit is comprised of our American Hallmark Insurance Services and ECM subsidiaries. Our Workers Compensation operating unit is comprised of our TBIC Holdings, TBIC and TBICRM subsidiaries.

*Personal Segment*. Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit is comprised of our AHGA and HCS subsidiaries.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas, Hallmark Specialty Insurance Company, Hallmark Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company insurance subsidiaries. In addition, control and management of Hallmark County Mutual is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

**Critical Accounting Estimates and Judgments**

The significant accounting policies requiring our estimates and judgments are discussed below. Such estimates and judgments are based on historical experience, changes in laws and regulations, observation of industry trends and information received from third parties. While the estimates and judgments associated with the application of these accounting policies may be affected by different assumptions or conditions, we believe the estimates and judgments associated with the reported consolidated financial statement amounts are appropriate in the circumstances. For additional discussion of our accounting policies, see Note 1 to the audited consolidated financial statements included in this report.

*Impairment of investments.* We complete a detailed analysis each quarter to assess whether any decline in the fair value of any investment below cost is deemed other-than-temporary. All securities with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: Some of the factors considered in evaluating whether a decline in fair value for an equity investment is other-than-temporary include: (1) our ability and intent to retain the investment for a period of time sufficient to allow for an anticipated recovery in value; (2) the recoverability of cost; (3) the length of time and extent to which the fair value has been less than cost; and (4) the financial condition and near-term and long-term prospects for the issuer, including the relevant industry conditions and trends, and implications of rating agency actions and offering prices. When it is determined that an equity investment is other-than-temporarily impaired, the security is written down to fair value, and the amount of the impairment is included in earnings as a realized investment loss. The fair value then becomes the new cost basis of the investment, and any subsequent recoveries in fair value are recognized at disposition. We recognize a realized loss when impairment is deemed to be other-than-temporary even if a decision to sell an equity investment has not been made. When we decide to sell a temporarily impaired available-for-sale equity investment and we do not expect the fair value of the equity investment to fully recover prior to the expected time of sale, the investment is deemed to be other-than-temporarily impaired in the period in which the decision to sell is made.

36

*Fair values of financial instruments.* Accounting Standards Codification ("ASC") 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

> Level 1: quoted prices in active markets for identical assets;
> Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and
> Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common stock, preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use a third party pricing service to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing service and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third-party pricing sources.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

*Deferred policy acquisition costs.* Policy acquisition costs (mainly commission, underwriting and marketing expenses) that vary with and are primarily related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. Ceding commissions from reinsurers, which include expense allowances, are deferred and recognized over the period premiums are earned for the underlying policies reinsured.

The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. A premium deficiency exists if the sum of expected claim costs and claim adjustment expenses, unamortized acquisition costs, and maintenance costs exceeds related unearned premiums and expected investment income on those unearned premiums, as computed on a product line basis. We routinely evaluate the realizability of deferred policy acquisition costs. At December 31, 2017 and 2016, there was no premium deficiency related to deferred policy acquisition costs.

APP. 0050

*Goodwill.* Goodwill is tested for impairment at the reporting unit level (operating unit or one level below an operating unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our operating units except for the Specialty Commercial operating unit for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2017 includes goodwill of acquired businesses of $44.7 million that is assigned to our operating units as follows: Standard Commercial P&C operating unit - $2.1 million; Contract Binding operating unit - $19.9 million; Specialty Commercial operating unit - $17.4 million (comprised of $7.7 million for the primary/excess and umbrella component and $9.7 million for the general aviation and satellite component); and Specialty Personal Lines operating unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles - Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2017 and determined that there was no impairment.

A significant amount of judgment is required in performing goodwill impairment tests. Such tests include estimating the fair value of our reporting units. As required by ASC 350, we compare the estimated fair value of each reporting unit with its carrying amount, including goodwill. Under ASC 350, fair value refers to the amount for which the entire reporting unit may be bought or sold.

The determination of fair value was based on an income approach utilizing discounted cash flows. The valuation methodology utilized is subject to key judgments and assumptions. Estimates of fair value are inherently uncertain and represent management's reasonable expectation regarding future developments. These estimates and the judgments and assumptions upon which the estimates are based will, in all likelihood, differ in some respects from actual future results. Declines in estimated fair value could result in goodwill impairments in future periods which could materially adversely affect our results of operations or financial position.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit is expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model include income projections, discount rates and terminal growth values. The income projections reflect an improved premium rate environment across most of our lines of business that continued throughout 2017. The income projections also include loss and LAE assumptions which reflect recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also include assumptions for expense growth and investment yields which are based on business plans for each of our operating units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

The fair values of each of our operating units were in excess of their respective carrying values, including goodwill, as a result of our annual test for impairment during the fourth quarter 2017. However, an 8% decline in the fair value of our Standard Commercial P&C operating unit, a 5% decline in the fair value of our Contract Binding operating unit, a 6% decline in the fair value of our Specialty Personal Lines operating unit, a 69% decline in the fair value of our excess and umbrella component or a 23% decline in the fair value of our general aviation and satellite component would have caused the carrying value of the respective reporting unit to be in excess of its fair value, resulting in the need to perform the second step of impairment testing prescribed by ASC 350, which could have resulted in an impairment to our goodwill.

The market capitalization of Hallmark's common stock has been below book value during 2017. We consider our market capitalization in assessing the reasonableness of the fair values estimated for our operating units in connection with our goodwill impairment testing. We believe the limited daily trading volume of Hallmark shares has resulted in a decrease in our market capitalization that is not representative of a long-term decrease in value. The valuation analysis discussed above supports our view that goodwill was not impaired at October 1, 2017. Through December 31, 2017, there were no indicators of impairment.

While we believe the estimates and assumptions used in determining the fair value of our operating units were reasonable, actual results could vary materially. If our actual results are not consistent with our estimates and assumptions used to calculate fair value, we may be required to perform the second step of impairment testing prescribed by ASC 350 in future periods and impairment of goodwill could result. We cannot predict future events that might impact the fair value of our operating units and goodwill impairment. Such events include, but are not limited to, increased competition in insurance markets and global economic changes.

***Deferred income tax assets and liabilities.*** We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes. A valuation allowance is provided against our deferred tax assets to the extent that we do not believe it is more likely than not that future taxable income will be adequate to realize these future tax benefits.

***Reserves for unpaid losses and LAE.*** Reserves for unpaid losses and LAE are established for claims that have already been incurred by the policyholder but which we have not yet paid. Unpaid losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through each balance sheet date. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These reserves are revised periodically and are subject to the effects of trends in loss severity and frequency. (See "Item 1. Business – Analysis of Losses and LAE" and Note 6 to the audited consolidated financial statements included in this report.)

Although considerable variability is inherent in such estimates, we believe that our reserves for unpaid losses and LAE are adequate. Due to the inherent uncertainty in estimating unpaid losses and LAE, the actual ultimate amounts may differ from the recorded amounts. A small percentage change could result in a material effect on reported earnings. For example, a 1% change in December 31, 2017 reserves for unpaid losses and LAE would have produced a $5.3 million change to pretax earnings. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

An actuarial range of ultimate unpaid losses and LAE is developed independent of management's best estimate and is only used to assess the reasonableness of that estimate. There is no exclusive method for determining this range, and judgment enters into the process. The primary actuarial technique utilized is a loss development analysis in which ultimate losses are projected based upon historical development patterns. The primary assumption underlying this loss development analysis is that the historical development patterns will be a reasonable predictor of the future development of losses for accident years which are less mature. An alternate actuarial technique, known as the Bornhuetter-Ferguson method, combines an analysis of loss development patterns with an initial estimate of expected losses or loss ratios. This approach is most useful for recent accident years. In addition to assuming the stability of loss development patterns, this technique is heavily dependent on the accuracy of the initial estimate of expected losses or loss ratios. Consequently, the Bornhuetter-Ferguson method is primarily used to confirm the results derived from the loss development analysis.

The range of unpaid losses and LAE estimated by our actuary as of December 31, 2017 was $427.1 million to $547.4 million. Our best estimate of unpaid losses and LAE as of December 31, 2017 is $527.1 million. Our carried reserve for unpaid losses and LAE as of December 31, 2017 is comprised of $268.9 million in case reserves and $258.2 million in incurred but not reported reserves. In setting this estimate of unpaid losses and LAE, we have assumed, among other things, that current trends in loss frequency and severity will continue and that the actuarial analysis was empirically valid. We have established a best estimate of unpaid losses and LAE which is $39.9 million higher than the midpoint, or 96.3% of the high end, of the actuarial range at December 31, 2017 as compared to $36.8 million above the midpoint, or 96.6% of the high end, of the actuarial range at December 31, 2016. We expect our best estimate to move within the actuarial range from year to year due to changes in our operations and changes within the marketplace. Due to the inherent uncertainty in reserve estimates, there can be no assurance that the actual losses ultimately experienced will fall within the actuarial range. However, because of the breadth of the actuarial range, we believe that it is reasonably likely that actual losses will fall within such range.

Our reserve requirements are also interrelated with product pricing and profitability. We must price our products at a level sufficient to fund our policyholder benefits and still remain profitable. Because claim expenses represent the single largest category of our expenses, inaccuracies in the assumptions used to estimate the amount of such benefits can result in our failing to price our products appropriately and to generate sufficient premiums to fund our operations.

***Recognition of profit sharing commissions.*** Profit sharing commission is calculated and recognized when the loss ratio, as determined by a qualified actuary, deviates from contractual targets. We receive a provisional commission as policies are produced as an advance against the later determination of the profit sharing commission actually earned. The profit sharing commission is an estimate that varies with the estimated loss ratio and is sensitive to changes in that estimate.

APP. 0052

Through December 31, 2005, our Standard Commercial P&C operating unit marketed policies on behalf of Clarendon National Insurance Company ("Clarendon"), a third-party insurer. Our Standard Commercial P&C operating unit earns a commission based on a percentage of the earned premium it produced for Clarendon. The commission percentage is determined by the underwriting results of the policies produced. Our Standard Commercial P&C operating unit presently markets all new and renewal policies exclusively for AHIC.

The following table details the profit sharing commission revenue sensitivity of the Standard Commercial P&C operating unit to the actual ultimate loss ratio for each effective quota share treaty at 5.0% above and below the current estimate, which we believe is a reasonably likely range of variance ($ in thousands).

| | Treaty Effective Dates | | | | |
| --- | --- | --- | --- | --- | --- |
| | 7/1/2001 | 7/1/2002 | 7/1/2003 | 7/1/2004 | 7/1/2005 |
| Provisional loss ratio | 60.0% | 59.0% | 59.0% | 64.2% | 64.2% |
| Estimated ultimate loss ratio recorded at December 31, 2017 | 63.5% | 64.5% | 61.2% | 66.2% | 61.4% |
| | | | | | |
| Effect of actual 5.0% above estimated loss ratio at December 31, 2017 | $          - | $          - | $    (3,360) | $    (3,790) | $      (546) |
| | | | | | |
| Effect of actual 5.0% below estimated loss ratio at December 31, 2017 | $    1,850 | $    3,055 | $    2,734 | $    3,790 | $      546 |

Through 2008, all business of our Contract Binding operating unit was produced under a fronting agreement with member companies of the Republic Group ("Republic"), which granted our Contract Binding operating unit the authority to develop underwriting programs, set rates, appoint retail and general agents, underwrite risks, issue policies and adjust and pay claims. We assumed 70% of the risk under this arrangement in 2008. In 2009, our Contract Binding operating unit wrote a portion of its policies under a fronting arrangement with Republic pursuant to which we assumed 100% of the risk. Our Contract Binding operating unit earns a commission based on a percentage of the earned premium it produced for Republic which was not assumed by AHIC. The commission percentage is determined by the underwriting results of the policies produced.

The following table details the profit sharing commission revenue sensitivity of the Contract Binding operating unit for each effective quota share treaty at 5.0% above and below the current estimate, which we believe is a reasonably likely range of variance ($ in thousands).

| | Treaty Effective Dates | | |
| --- | --- | --- | --- |
| | 1/1/2006 | 1/1/2007 | 1/1/2008 |
| Provisional loss ratio | 65.0% | 65.0% | 65.0% |
| Estimated ultimate loss ratio recorded at December 31, 2017 | 59.4% | 65.6% | 61.4% |
| | | | |
| Effect of actual 5.0% above estimated loss ratio at December 31, 2017 | $    (3,096) | $          - | $    (1,169) |
| | | | |
| Effect of actual 5.0% below estimated loss ratio at December 31, 2017 | $    3,096 | $    2,082 | $    1,618 |

40

*Results of Operations*

*Comparison of Years ended December 31, 2017 and December 31, 2016*

***Management overview.*** During fiscal 2017, our total revenues were $385.5 million, which was $9.5 million more than the $376.0 million in total revenues for fiscal 2016. During the year ended December 31, 2017, we reported a net loss before tax of $16.6 million as compared to income before tax of $8.5 million during the same period of 2016.

This increase in revenue was primarily attributable to higher net earned premiums in our Specialty Commercial Segment, partially offset by lower net earned premiums in our Standard Commercial Segment and our Personal Segment during the year ended December 31, 2017 as compared to the same period during 2016. Net earned premiums for the year ended December 31, 2017 include the impact of $1.3 million of ceded reinstatement premium attributable to Hurricane Harvey. Further contributing to this increase in revenues was higher net investment income, higher commission and fee revenue and higher net realized gains recognized on our investment portfolio during the year ended December 31, 2017 as compared to the same period during 2016. These increases in revenue during the year ended December 31, 2017 were partially offset by lower finance charges, and higher other-than-temporary impairments of the investment portfolio.

The pre-tax loss reported for the year ended December 31, 2017 was due primarily to increased loss and LAE of $34.6 million, partially offset by the increased revenue discussed above. The increase in loss and LAE was primarily the result of unfavorable net prior year loss reserve development and higher current accident year loss trends in our Contract Binding operating unit. During the twelve months ended December 31, 2017, we recorded unfavorable prior year net loss reserve development of $40.1 million as compared to $7.6 million of unfavorable prior year net loss reserve development for the same period of 2016. The unfavorable prior year reserve development during the twelve months ended December 31, 2017 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Contract Binding operating unit, which was representative of industry trends. These trends had an amplified impact on our consolidated result because this is the largest line of retained business in our portfolio. We incurred an aggregate of $7.8 million of net catastrophe losses during the year ended December 31, 2017 as compared to $11.0 million for the same period the prior year. Operating expenses during the year ended December 31, 2017 were unchanged from the same period during 2016 mostly as a result of a $1.8 million payment to settle the earn-out related to the previous acquisition of TBIC during the second quarter of 2016 and lower production related expenses due primarily to increased ceding commissions in our Specialty Commercial Segment, partially offset by increased salary and related expenses and other operating expenses driven by our investment in technology for the year ended December 31, 2017 as compared to the same periods during 2016.

We reported a net loss of $11.6 million for the year ended December 31, 2017, as compared to net income of $6.5 million for the year ended December 31, 2016. On a diluted per share basis, net loss was $0.63 per share for fiscal 2017 as compared to net income of $0.34 per share for fiscal 2016. Net loss for the year ended December 31, 2017 included a charge of $1.3 million from the revaluation of deferred tax balances from a 35% statutory tax rate to the new 21% statutory tax rate under the Tax Cuts and Jobs Act of 2017.

---

41

*Segment information*

The following is additional business segment information for the years ended December 31, 2017 and 2016 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2017** | **2016** | **2017** | **2016** | **2017** | **2016** | **2017** | **2016** | **2017** | **2016** |
| Gross premiums written | $ 464,714 | $ 388,914 | $ 78,228 | $ 76,891 | $ 61,214 | $ 83,272 | $ - | $ - | $ 604,156 | $ 549,077 |
| Ceded premiums written | (199,692) | (139,842) | (8,940) | (8,401) | (29,941) | (39,005) | - | - | (238,573) | (187,248) |
| Net premiums written | 265,022 | 249,072 | 69,288 | 68,490 | 31,273 | 44,267 | - | - | 365,583 | 361,829 |
| Change in unearned premiums | (5,936) | (7,182) | (3,070) | (980) | 4,460 | (297) | - | - | (4,546) | (8,459) |
| Net premiums earned | 259,086 | 241,890 | 66,218 | 67,510 | 35,733 | 43,970 | - | - | 361,037 | 353,370 |
| Total revenues | 277,946 | 255,897 | 70,302 | 71,966 | 40,462 | 49,826 | (3,189) | (1,737) | 385,521 | 375,952 |
| Losses and loss adjustment expenses | 213,050 | 169,125 | 45,227 | 41,173 | 30,031 | 43,390 | - | - | 288,308 | 253,688 |
| Pre-tax income (loss) | 2,012 | 24,417 | 2,440 | 8,866 | (3,058) | (6,839) | (17,966) | (17,966) | (16,572) | 8,478 |
| Net loss ratio (1) | 82.2% | 69.9% | 68.3% | 61.0% | 84.0% | 98.7% | | | 79.9% | 71.8% |
| Net expense ratio (1) | 23.7% | 25.3% | 34.5% | 33.0% | 29.3% | 21.5% | | | 28.0% | 28.0% |
| Net combined ratio (1) | 105.9% | 95.2% | 102.8% | 94.0% | 113.3% | 120.2% | | | 107.9% | 99.8% |
| Favorable (Unfavorable) Prior Year Development | (40,477) | (12,502) | 970 | 9,901 | (598) | (5,007) | | | (40,105) | (7,608) |

1    The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP.  Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

*Specialty Commercial Segment.*

Gross premiums written for the Specialty Commercial Segment were $464.7 million for the year ended December 31, 2017, which was $75.8 million, or 19%, more than the $388.9 million reported for the same period in 2016. Net premiums written were $265.0 million for the year ended December 31, 2017 as compared to $249.1 million reported for the same period in 2016. The increase in gross and net premiums written was due to increased premium production in our Specialty Commercial operating unit.

The $277.9 million of total revenue for the year ended December 31, 2017 was $22.0 million higher than the $255.9 million reported for 2016. This increase in revenue was due to higher net premiums earned of $17.2 million due predominately to increased earned premium in both our Specialty Commercial and Contract Binding operating units. Further contributing to this increased revenue was higher net investment income of $3.8 million, higher commission and fees of $1.0 million and higher other income of $0.1 million, partially offset by lower finance charges of $0.1 million.

42

Pre-tax income for the Specialty Commercial Segment of $2.0 million for the year ended December 31, 2017 was $22.4 million lower than the $24.4 million reported for the same period in 2016. This decrease in pre-tax income was primarily due to higher loss and LAE expenses of $43.9 million and higher operating expense of $0.5 million, partially offset by the increased revenue discussed above.

Our Contract Binding operating unit reported a $35.9 million increase in loss and LAE due primarily to $38.6 million of unfavorable prior year net loss reserve development recognized during the year ended December 31, 2017 as compared to $11.3 million of unfavorable prior year net loss reserve development recognized for the same period the prior year, as well as higher current accident year loss trends. Our Specialty Commercial operating unit reported a $8.0 million increase in loss and LAE which consisted of (a) a $4.5 million increase in losses and LAE in our commercial umbrella and primary/excess liability line of business, (b) a $2.1 million increase in losses and LAE attributable to our primary/excess property insurance products due primarily to increased premium production and higher net catastrophe losses, (c) a $2.2 million increase in our general aviation line of business, (d) a $0.1 million increase in losses and LAE in our satellite launch insurance line of business, partially offset by (e) a $0.8 million decrease in losses and LAE attributable to our professional liability insurance products and (f) a $0.1 million decrease in losses and LAE in our specialty programs. The $0.5 million increase in operating expense was primarily the result of higher salary and related expenses of $3.3 million, higher occupancy and other operating expenses of $0.7 million and higher travel related expenses of $0.2 million, partially offset by lower production related expenses of $3.7 million due primarily to increased ceding commissions in our Specialty Commercial operating unit.

The Specialty Commercial Segment reported a net loss ratio of 82.2% for the year ended December 31, 2017 as compared to 69.9% for the same period during 2016. The gross loss ratio before reinsurance was 76.5% for the year ended December 31, 2017 as compared to 67.3% for the same period in 2016. The higher gross and net loss ratios for the year ended December 31, 2017 were primarily the result of $40.5 million unfavorable prior year net loss reserve development recognized for the year ended December 31, 2017 as compared to $12.5 million unfavorable prior year net loss reserve development for the same period of 2016, as well as higher current accident year loss trends driven mostly by our commercial auto line of business and increased net catastrophe losses. The net unfavorable prior year development for 2017 was primarily driven by the continued emergence of increased frequency and severity trends for 2016 and prior accident years in the primary commercial auto lines of business of our Contract Binding operating unit. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2016, 2013 and 2010 and prior accident years, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years. The Specialty Commercial Segment reported $3.8 million of net catastrophe losses during the year ended December 31, 2017, of which $1.3 million was attributable to Hurricane Harvey, as compared to $1.6 million of net catastrophe losses during the same period of 2016. The Specialty Commercial Segment reported a net expense ratio of 23.7% during the year ended December 31, 2017 as compared to 25.3% for the same period of 2016. The decrease in the expense ratio was due predominately to the impact of higher net premiums earned as well as increased ceding commission in our Specialty Commercial operating unit.

***Standard Commercial Segment.***

Gross premiums written for the Standard Commercial Segment were $78.2 million for the year ended December 31, 2017, which was $1.3 million, or 2%, more than the $76.9 million reported for the same period in 2016. The gross premiums written for the Standard Commercial P&C operating unit increased $6.8 million, offset by a decrease of $5.0 million due to the discontinued marketing of new and renewal occupational accident policies and a $0.5 million decrease in gross premiums written due to the discontinued marketing of workers compensation policies. Net premiums written were $69.3 million for the year ended December 31, 2017 as compared to $68.5 million reported for the same period in 2016. The net premiums written include a $5.6 million increase in our Standard Commercial P&C operating unit for the year ended December 31, 2017 as compared to the same period during 2016, offset by a decrease in premium volume of $4.8 million due to the discontinued marketing of new and renewal occupational accident policies. The net premiums written in our Standard Commercial P&C Operating unit includes the impact of $0.7 million of ceded reinstatement premium attributable to Hurricane Harvey.

Total revenue for the Standard Commercial Segment of $70.3 million for the year ended December 31, 2017 was $1.7 million less than the $72.0 million reported during the year ended December 31, 2016. This 2% decrease in total revenue was mostly due to a $1.3 million decrease in net premiums earned primarily as a result of a $4.8 million decrease in net premiums earned due to the discontinued marketing of new and renewal occupational accident policies, partially offset by $3.5 million higher net premiums earned in our Standard Commercial P&C operating unit due to increased premium production, which includes the impact of $0.7 million of ceded reinstatement premium attributable to Hurricane Harvey. Further contributing to the decrease in revenue was lower commission and fees of $0.8 million, partially offset by higher net investment income of $0.4 million for the year ended December 31, 2017 as compared to the same period in 2016.

APP. 0056

Our Standard Commercial Segment reported pre-tax income of $2.4 million for the year ended December 31, 2017 was $6.5 million lower than the $8.9 million reported for the same period of 2016. Higher loss and LAE of $4.1 million was the primary driver for the lower pre-tax income, as well as higher operating expenses of $0.7 million and the decreased revenue discussed above.

The net loss ratio for the year ended December 31, 2017 was 68.3% as compared to the 61.0% reported for the year ended December 31, 2016. The gross loss ratio before reinsurance was 63.3% for the year ended December 31, 2017 as compared to 59.6% for the prior year. Our Standard Commercial Segment's net loss ratio included 4.9 additional loss ratio points attributable to the discontinued workers compensation and occupational accident business for the year ended December 31, 2017 as compared to 1.7 fewer loss ratio points for the same period the prior year. During the year ended December 31, 2017 the Standard Commercial Segment reported favorable prior year net loss reserve development of $1.0 million as compared to favorable prior year net loss reserve development of $9.9 million for the same period of 2016. During 2017, our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2016 and prior accident years, partially offset by net unfavorable development in the 2016 and prior accident years in the occupational accident line of business. The Standard Commercial Segment reported $3.6 million of net catastrophe losses during the year ended December 31, 2017, of which $1.7 million was attributable to Hurricane Harvey, as compared to $8.4 million of net catastrophe losses during the same period of 2016. The Standard Commercial Segment reported a net expense ratio of 34.5% for the year ended December 31, 2017 as compared to 33.0% for the same period of 2016. The increase in the expense ratio is primarily due to increased salary and related expense of $0.9 million and increased other general expenses of $0.6 million primarily due to investments in technology, as well as the decreased earned premium.

***Personal Segment.***

Gross premiums written for the Personal Segment were $61.2 million for the year ended December 31, 2017, which was $22.1 million less than the $83.3 million reported for the same period in 2016. Net premiums written for our Personal Segment were $31.3 million for the year ended December 31, 2017, which was a decrease of $13.0 million from the $44.3 million reported for the same period of 2016. The decline in gross and net written premiums was primarily due to the intentional reduction in certain underperforming portions of this business to address loss ratio performance.

Total revenue for the Personal Segment decreased 19% to $40.4 million for the year ended December 31, 2017 from $49.8 million for the same period during 2016. The decrease in revenue was primarily due to lower net premiums earned of $8.2 million as a result of lower net premium volume discussed above, lower finance charges of $1.1 million and lower net investment income of $0.1 million.

Our Personal Segment reported a pre-tax loss of $3.1 million for the year ended December 31, 2017 as compared to pre-tax loss of $6.8 million for the same period of 2016. The lower pre-tax loss was the result of decreased losses and LAE of $13.3 million, partially offset by higher operating expenses of $0.2 million and the decreased revenue discussed above.

The Personal Segment reported a net loss ratio of 84.0% for the year ended December 31, 2017 as compared to 98.7% for the same period of 2016. The gross loss ratio before reinsurance was 80.1% for the year ended December 31, 2017 as compared to 94.8% for the same period in 2016. The lower gross and net loss ratios were primarily the result of lower unfavorable prior year net loss reserve development of $0.6 million for the year ended December 31, 2017 as compared to unfavorable development of $5.0 million for the same period in the prior year, as well as lower current accident year loss trends. During 2017, net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014, 2013 and 2010 and prior accident years, partially offset by favorable development in the 2015 and 2011 accident years. The Personal Segment reported $0.3 million of net catastrophe losses for the year ended December 31, 2017, of which $0.1 million was attributable to Hurricane Harvey, as compared to $1.0 million of net catastrophe losses during the same period of 2016. The Personal Segment reported a net expense ratio of 29.3% for the year ended December 31, 2017 as compared to 21.5% for the same period of 2016. The increase in the expense ratio was due predominately to lower finance charges and lower net premiums earned.

44

*Corporate.*

Total revenue for Corporate decreased by $1.5 million for the year ended December 31, 2017 as compared to the same period the prior year. This decrease in total revenue was due to lower net investment income of $1.6 million, and higher other-than-temporary impairments of the investment portfolio of $3.0 million, partially offset by a $3.2 million increase in net realized gains recognized on our investment portfolio for the year ended December 31, 2017 as compared to the same period of 2016.

Corporate pre-tax loss of $18.0 million for the year ended December 31, 2017 was unchanged from the same period of 2016. The pre-tax loss was primarily due to the decreased revenue discussed above, partially offset by lower operating expenses of $1.5 million. The lower operating expenses of $1.5 million were primarily a result of an additional $1.8 million earn-out payment in 2016 related to the previous acquisition of TBIC and lower salary and related expenses of $0.2 million for the year ended December 31, 2017 as compared to the same period during 2016, partially offset by higher professional service fees of $0.2 million and other operating expenses of $0.3 million.

### *Comparison of Years ended December 31, 2016 and December 31, 2015*

*Management overview.* During fiscal 2016, our total revenues were $376.0 million, which was $3.6 million more than the $372.4 million in total revenues for fiscal 2015. During the year ended December 31, 2016, our income before tax was $8.5 million as compared to $31.9 million during the same period of 2015.

This increase in revenue was primarily attributable to higher net premiums earned, higher net investment income and higher commission and fee revenue, and lower other-than-temporary impairments on our investment portfolio, partially offset by lower realized gains recognized on our investment portfolio during fiscal 2016 as compared to fiscal 2015 and lower finance charges.

The increased net earned premiums were primarily attributable to higher net premiums written in our Specialty Commercial Segment and the favorable impact of increased retention under a quota share reinsurance agreement in our Personal Segment effective October 1, 2014, partially offset by the adverse impact on the Standard Commercial Segment of ceding substantially all unearned workers' compensation premiums effective July 1, 2015.

The decrease in income before tax for the year ended December 31, 2016 was due primarily to increased loss and LAE of $23.5 million, higher operating expenses of $2.8 million and higher interest expense of $0.6 million, partially offset by the increased revenue discussed above. The increase in loss and LAE was primarily the result of unfavorable net prior year loss reserve development and higher current accident year loss trends in our Specialty Commercial Segment and Personal Segment, partially offset by higher favorable net prior year loss reserve development in our Standard Commercial Segment. During the twelve months ended December 31, 2016, we recorded unfavorable prior year net loss reserve development of $7.6 million as compared to $7.0 million of favorable prior year net loss reserve development for the same period of 2015. We incurred an aggregate of $11.0 million of net catastrophe losses during the year ended December 31, 2016 as compared to $9.3 million for the same period the prior year. Other operating expenses increased during the year ended December 31, 2016 primarily as the result of increased salary and related expenses in our Specialty Commercial Segment and a $1.8 million payment to settle the earn-out related to the previous acquisition of TBIC accrued during the second quarter of 2016, partially offset by lower production related expenses predominately in our Specialty Commercial Segment. The increase in interest expense was due to interest on our Facility B revolving credit facility entered into during the fourth quarter of 2015.

We reported net income of $6.5 million for the year ended December 31, 2016, as compared to net income of $21.9 million for the year ended December 31, 2015. On a diluted per share basis, net income was $0.34 per share for fiscal 2016 as compared to net income of $1.13 per share for fiscal 2015.

APP. 0058

*Segment information.*

The following is additional business segment information for the years ended December 31, 2016 and 2015 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year Ended December 31** | **2016** | **2015** | **2016** | **2015** | **2016** | **2015** | **2016** | **2015** | **2016** | **2015** |
| Gross premiums written | $ 388,914 | $ 351,050 | $ 76,891 | $ 81,892 | $ 83,272 | $ 81,281 | $ - | $ - | $ 549,077 | $ 514,223 |
| Ceded premiums written | (139,842) | (109,275) | (8,401) | (10,795) | (39,005) | (37,209) | - | - | (187,248) | (157,279) |
| Net premiums written | 249,072 | 241,775 | 68,490 | 71,097 | 44,267 | 44,072 | - | - | 361,829 | 356,944 |
| Change in unearned premiums | (7,182) | (4,135) | (980) | 1,516 | (297) | (5,244) | - | - | (8,459) | (7,863) |
| Net premiums earned | 241,890 | 237,640 | 67,510 | 72,613 | 43,970 | 38,828 | - | - | 353,370 | 349,081 |
| Total revenues | 255,897 | 249,910 | 71,966 | 76,864 | 49,826 | 45,538 | (1,737) | 90 | 375,952 | 372,402 |
| Losses and loss adjustment expenses | 169,125 | 148,664 | 41,173 | 47,071 | 43,390 | 34,414 | - | - | 253,688 | 230,149 |
| Pre-tax income (loss) | 24,417 | 40,277 | 8,866 | 6,687 | (6,839) | (885) | (17,966) | (14,193) | 8,478 | 31,886 |
| Net loss ratio (1) | 69.9% | 62.6% | 61.0% | 64.8% | 98.7% | 88.6% | | | 71.8% | 65.9% |
| Net expense ratio (1) | 25.3% | 25.6% | 33.0% | 32.6% | 21.5% | 19.0% | | | 28.0% | 28.0% |
| Net combined ratio (1) | 95.2% | 88.2% | 94.0% | 97.4% | 120.2% | 107.6% | | | 99.8% | 93.9% |
| Favorable (Unfavorable) Prior Year Development | (12,502) | 2,147 | 9,901 | 7,416 | (5,007) | (2,610) | | | (7,608) | 6,953 |

1  The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP.  Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

*Specialty Commercial Segment.*

Gross premiums written for the Specialty Commercial Segment were $388.9 million for the year ended December 31, 2016, which was $37.9 million, or 11%, more than the $351.0 million reported for the same period in 2015. Net premiums written were $249.1 million for the year ended December 31, 2016 as compared to $241.8 million reported for the same period in 2015. The increase in gross and net premiums written was due to increased premium production in both our Contract Binding and our Specialty Commercial operating units.

The $255.9 million of total revenue for the year ended December 31, 2016 was $6.0 million higher than the $249.9 million reported for 2015. This 2% increase in revenue was due to higher net premiums earned of $4.3 million due predominately to increased production discussed above. Further contributing to this increased revenue was higher net investment income of $1.4 million, higher commission and fees of $0.3 million and higher other income of $0.1 million, partially offset by lower finance charges of $0.1 million.

46

Pre-tax income for the Specialty Commercial Segment of $24.4 million for the year ended December 31, 2016 was $15.9 million lower than the $40.3 million reported for the same period in 2015. This decrease in pre-tax income was primarily due to higher loss and LAE expenses of $20.5 million and higher operating expense of $1.4 million, partially offset by the increased revenue discussed above.

Our Contract Binding operating unit reported a $16.5 million increase in loss and LAE due primarily to $11.3 million of unfavorable prior year net loss reserve development recognized during the year ended December 31, 2016 as compared to $1.2 million of unfavorable prior year net loss reserve development recognized for the same period the prior year, as well as higher current accident year loss trends. Our Specialty Commercial operating unit reported a $2.1 million increase in loss and LAE which consisted of (a) a $1.6 million increase in loss and LAE attributable to our medical professional liability insurance products, (b) a $0.8 million increase in loss and LAE in our commercial umbrella and primary/excess liability line of business, (c) a $0.8 million increase in loss and LAE attributable to our primary/excess property insurance products, partially offset by (d) a $1.1 million decrease in loss and LAE attributable to our satellite launch insurance line of business due primarily to favorable current accident year loss trend. Our specialty programs reported a $1.9 million increase in loss and LAE due primarily to $0.7 million of unfavorable prior year net loss reserve development recognized during the year ended December 31, 2016 as compared to $1.4 million of favorable prior year net loss reserve development recognized for the same period the prior year. The increase of $1.4 million in operating expense was the combined result of increased salary and related expenses of $3.8 million, higher travel related expenses of $0.2 million, higher occupancy and other expenses of $0.9 million and higher professional service fee expenses of $0.1 million, partially offset by lower production related expenses of $3.6 million due primarily to increased ceding commissions in our Specialty Commercial operating unit.

The Specialty Commercial Segment reported a net loss ratio of 69.9% for the year ended December 31, 2016 as compared to 62.6% for the same period during 2015. The gross loss ratio before reinsurance was 67.3% for the year ended December 31, 2016 as compared to 61.6% for the same period in 2015. The higher gross and net loss ratio included $12.5 million of unfavorable prior year net loss reserve development for the year ended December 31, 2016 as compared to $2.1 million of favorable prior year net loss reserve development for the same period during 2015, as well as higher current accident year loss trends.

***Standard Commercial Segment.***

Gross premiums written for the Standard Commercial Segment were $76.9 million for the year ended December 31, 2016, which was $5.0 million, or 6%, less than the $81.9 million reported for the same period in 2015. Net premiums written were $68.5 million for the year ended December 31, 2016 as compared to $71.1 million reported for the same period in 2015. The decrease in premium volume was primarily due to lower premium production in our Workers Compensation operating unit due to the renewal rights agreement entered into during the second quarter of 2015 and subsequently amended during the third quarter of 2015 to cede substantially all of the unearned premium effective July 1, 2015.

Total revenue for the Standard Commercial Segment of $72.0 million for the year ended December 31, 2016 was $4.9 million less than the $76.9 million reported during the year ended December 31, 2015. This 6% decrease in total revenue was mostly due to the Workers Compensation operating unit experiencing both a $0.6 million gain during the year ended December 31, 2015 in connection with the transfer of renewal rights and a $5.1 million decrease in net premiums earned during 2016 primarily as a result of ceding substantially all unearned premiums as of July 1, 2015 and lower net investment income of $0.2 million. These decreases in revenue were partially offset by a decreased adverse profit share commission revenue adjustment of $1.0 million.

Our Standard Commercial Segment reported pre-tax income of $8.9 million for the year ended December 31, 2016 which was $2.2 million higher than the $6.7 million reported for the same period of 2015. Lower loss and LAE of $5.9 million was the primary driver for the higher pre-tax income, as well as lower operating expenses of $1.2 million, partially offset by the decreased revenue discussed above.

The net loss ratio for the year ended December 31, 2016 was 61.0% as compared to the 64.8% reported for the year ended December 31, 2015. The gross loss ratio before reinsurance was 59.6% for the year ended December 31, 2016 as compared to 63.4% for the prior year. The lower gross and net loss ratios resulted primarily from lower premium volume, lower current accident year non-catastrophe loss trends and increased favorable net loss reserve development partially offset by higher current accident year catastrophe losses. The net loss ratios for the year ended December 31, 2016 include $8.4 million of catastrophe related losses. The net loss ratios for the year ended December 31, 2015 include $7.8 million of catastrophe related losses. During the year ended December 31, 2016 and 2015, the Standard Commercial Segment reported favorable prior year net loss reserve development of $9.9 million and $7.4 million, respectively. During 2016, our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2011-2015 accident years and the 2009 and prior accident years, partially offset by net unfavorable development in the occupational accident line of business in the 2014 and 2015 accident years. Our Workers Compensation operating unit experienced net favorable development in the 2015 and prior accident years. The Standard Commercial Segment reported a net expense ratio of 33.0% for the year ended December 31, 2016 as compared to 32.6% for the same period of 2015. The increase in the expense ratio was primarily due to the runoff of our Workers Compensation operating unit and the discontinued marketing of new and renewal occupational accident policies during 2016.

APP. 0060

*Personal Segment.*

Gross premiums written for the Personal Segment were $83.3 million for the year ended December 31, 2016, which was $2.0 million more than the $81.3 million reported for the same period in 2015. Net premiums written for our Personal Segment were $44.3 million for the year ended December 31, 2016, which was an increase of $0.2 million from the $44.1 million reported for the same period of 2015.

Total revenue for the Personal Segment increased 9% to $49.8 million for the year ended December 31, 2016 from $45.5 million the prior year. The $4.3 million increase in revenue was primarily due to higher net premiums earned of $5.1 million due mostly to increased retention under a quota share reinsurance agreement effective October 1, 2014 and higher net investment income of $0.1 million, partially offset by lower finance charges of $0.9 million.

Our Personal Segment reported a pre-tax loss of $6.8 million for the year ended December 31, 2016 as compared to pre-tax loss of $0.9 million for the same period of 2015. The pre-tax loss was the result of increased losses and LAE of $9.0 million and increased operating expenses of $1.2 million, partially offset by the increased revenue discussed above.

The Personal Segment reported a net loss ratio of 98.7% for the year ended December 31, 2016 as compared to 88.6% for the same period in 2015. The gross loss ratio before reinsurance was 94.8% for the year ended December 31, 2016 as compared to 80.8% for the same period in 2015. The higher gross and net loss ratios were primarily the result of unfavorable prior year net loss reserve development of $5.0 million for the year ended December 31, 2016 as compared to unfavorable prior year net loss reserve development of $2.6 million for the same period of 2015, as well as higher current accident year loss trends. During 2016, our Specialty Personal Lines operating unit experienced net unfavorable development attributable to the 2015 and prior accident years in the private passenger auto liability line of business. The increase in operating expenses of $1.2 million was the combined result of $0.4 million increase in other operating expenses driven by our investment in technology, a $0.3 million increase in production related expenses, a $0.4 million increase in salary and related expenses and a $0.1 million increase in professional service fees and occupancy expenses. The Personal Segment reported a net expense ratio of 21.5% for the year ended December 31, 2016 as compared to 19.0% for the same period of 2015.

*Corporate.*

Total revenue for Corporate decreased by $1.8 million for the year ended December 31, 2016 as compared to the same period the prior year. This decrease in total revenue was due to lower net realized gains recognized on our investment portfolio of $3.3 million for the year ended December 31, 2016 as compared to the same period of 2015, partially offset by higher net investment income of $1.1 million and lower other-than-temporary impairments of $0.4 million.

Corporate pre-tax loss was $18.0 million for the year ended December 31, 2016 as compared to pre-tax loss of $14.2 million for the same period of 2015. The increase in pre-tax loss was primarily due to the decreased revenue discussed above, higher operating expenses of $1.3 million and increased interest expense of $0.6 million. The increase in operating expenses of $1.3 million was due primarily to an additional $1.8 million earn-out paid in conjunction with the previous acquisition of TBIC and higher other operating expenses of $0.1 million, partially offset by lower salary and related expenses of $0.4 million due primarily to lower incentive compensation expense in 2016, lower professional service fee expense of $0.1 million and lower travel and related expenses of $0.1 million. The increase in interest expense of $0.6 million was due primarily to the interest expense under Facility B, partially offset by a reduction in interest expense due to the transition from a fixed interest rate to a lower floating interest rate as of June 15, 2015 on our Trust I subordinated debt securities.

48

APP. 0061

**Liquidity and Capital Resources**

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of December 31, 2017, we had $11.8 million in unrestricted cash and cash equivalents, as well as $0.1 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $53.2 million of unrestricted cash and cash equivalents as well as $605.6 million in debt securities with an average modified duration of 1.6 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net investment income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2018, the aggregate ordinary dividend capacity of these subsidiaries is $27.6 million, of which $19.7 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2017 and 2016 our insurance company subsidiaries paid $11.4 million and $10.5 million, respectively, in dividends to Hallmark.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. During 2017 our insurance subsidiaries did not pay management fees to Hallmark or our non-insurance company subsidiaries. The net amount paid in management fees by our insurance subsidiaries to Hallmark and our non-insurance company subsidiaries was $1.1 million and $1.3 million during 2016 and 2015, respectively.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2017, our insurance company subsidiaries reported statutory capital and surplus of $233.3 million, substantially greater than the minimum requirements for each state. Each of our insurance company subsidiaries is also required to satisfy certain risk-based capital requirements. (See, "Item 1. Business – Insurance Regulation – Risk-based Capital Requirements.") As of December 31, 2017, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements. Our total statutory premium-to-surplus percentage for the years ended December 31, 2017 and 2016 was 157% and 146%, respectively.

*Comparison of December 31, 2017 to December 31, 2016*

On a consolidated basis, our cash and investments, excluding restricted cash and investments, at December 31, 2017 were $726.3 million compared to $733.8 million at December 31, 2016. The primary reasons for the decrease in unrestricted cash and investments were settlement of prior year investment trades, capital expenditures and repurchases of common stock, partially offset by cash flow from operations.

*Comparison of Years Ended December 31, 2017 and December 31, 2016*

Net cash provided by our consolidated operating activities was $7.2 million for the year ended December 31, 2017 compared to $30.9 million for the year ended December 31, 2016. The decrease in operating cash flow was primarily due to increased paid losses including timing of reinsurance claim settlements, lower collected net premiums and lower finance charges collected, partially offset by lower taxes paid, lower net paid operating expenses and higher collected net investment income.

Cash used in investing activities during the year ended December 31, 2017 was $16.8 million as compared to $58.2 million for the prior year. The decrease in cash used by investing activities during the year ended December 31, 2017 was comprised of an increase of $100.9 million in maturities, sales and redemptions of investment securities, a decrease in purchases of property and equipment of $1.6 million and an increase in transfers from restricted cash of $3.5 million, partially offset by an increase in purchases of debt and equity securities of $64.6 million.

49

Cash used in financing activities during the year ended December 31, 2017 was $5.1 million as a result of $5.3 million related to the repurchase of our common stock, partially offset by $0.2 million related to proceeds from the exercise of employee stock options. Cash used in financing activities during the year ended December 31, 2016 was $7.4 million as a result of $6.1 million related to the repurchase of our common stock and $1.8 million payment of the settlement of contingent consideration to the sellers of TBIC, partially offset by $0.5 million related to proceeds from the exercise of employee stock options.

*Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, reinstated the credit facility with Frost which expired by its terms on April 30, 2015. The Second Restated Credit Agreement also amended certain provisions of the credit facility and restated the agreement with Frost in its entirety.  The Second Restated Credit Agreement provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility, which expires on June 30, 2018. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  All principal and accrued interest on Facility A becomes due and payable on June 30, 2018. As of December 31, 2017, we had no outstanding borrowings under Facility A.

On December 17, 2015, we entered into a First Amendment to Second Restated Credit Agreement and a Revolving Facility B Agreement (the "Facility B Agreement") with Frost to provide a new $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. On November 1, 2016, we amended the Facility B Agreement with Frost to extend by one year the termination date for draws under Facility B and the maturity date for amounts outstanding thereunder. We paid Frost a commitment fee of $75,000 when Facility B was established and an additional $30,000 fee when Facility B was extended. On December 20, 2017, we entered into a Second Amendment to Second Restated Credit Agreement and a Second Amendment to Revolving Facility B Agreement with Frost. The Second Amendment to Second Restated Credit Agreement revised certain definitions in the Second Restated Credit Agreement. The Second Amendment to Revolving Facility B Agreement amended the Revolving Facility B Agreement to further extend by one year the termination date for draws thereunder and the maturity date for amounts outstanding thereunder.  During the fourth quarter of 2017 we accrued a $30,000 fee payable to Frost when Facility B was extended.

We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. As amended, we may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of December 31, 2017, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC.  Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with or have obtained a waiver of all of these covenants.

*Subordinated Debt Securities*

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Hallmark Statutory Trust I ("Trust I") as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of December 31, 2017, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 4.84% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Hallmark Statutory Trust II ("Trust II") as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. Our Trust II subordinated debt securities bore an initial interest rate of 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollateralized and do not require maintenance of minimum financial covenants. As of December 31, 2017, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 4.49% per annum.

*Long-Term Contractual Obligations*

Set forth below is a summary of long-term contractual obligations as of December 31, 2017. Amounts represent estimates of gross undiscounted amounts payable over time. In addition, certain unpaid losses and LAE are ceded to others under reinsurance contracts and are, therefore, recoverable. Such potential recoverables are not reflected in the table.

| | **Estimated Payments by Period (in thousands)** | | | | |
|---|---|---|---|---|---|
| | **Total** | **2018** | **2019-2020** | **2021-2022** | **After 2023** |
| Revolving credit facility payable | $ 30,000 | $ - | $ 3,214 | $ 8,571 | $ 18,215 |
| Interest on revolving credit facility payable | 8,477 | 1,607 | 3,127 | 2,352 | 1,391 |
| Subordinated debt securities (1) | 56,702 | - | - | - | 56,702 |
| Interest on subordinated debt securities | 56,751 | 3,063 | 6,125 | 6,125 | 41,438 |
| Unpaid losses and LAE (2) | 527,100 | 210,592 | 189,523 | 71,762 | 55,223 |
| Operating leases (3) | 8,462 | 2,398 | 4,402 | 1,662 | - |
| Purchase obligations | 6,067 | 3,650 | 1,965 | 452 | - |

(1) The subordinated debt securities excludes unamortized debt issuance costs of $0.9 million.
(2) The payout pattern for unpaid losses and LAE is based upon historical payment patterns and does not represent actual contractual obligations. The timing and amount ultimately paid will likely vary from these estimates.
(3) Minimum payments have not been reduced by minimum sublease rentals of $35 thousand due in the future under non-cancelable subleases.

Based on 2018 budgeted and year-to-date cash flow information, we believe that we have sufficient liquidity to meet our projected insurance obligations, operational expenses and capital expenditure requirements for the next 12 months.

**Effects of Inflation**

We do not believe that inflation has a material effect on our results of operations, except for the effect that inflation may have on interest rates and claim costs. The effects of inflation are considered in pricing and estimating reserves for unpaid losses and LAE. The actual effects of inflation on results of operations are not known until claims are ultimately settled. In addition to general price inflation, we are exposed to the upward trend in the judicial awards for damages. We attempt to mitigate the effects of inflation in the pricing of policies and establishing reserves for losses and LAE.

APP. 0064

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk.**

We believe that interest rate risk, credit risk and equity risk are the types of market risk to which we are principally exposed.

**Interest rate risk**. Our investment portfolio consists largely of investment-grade, fixed-income securities, all of which are classified as available-for-sale. Accordingly, the primary market risk exposure to these securities is interest rate risk. In general, the fair value of a portfolio of fixed-income securities increases or decreases inversely with changes in market interest rates, while net investment income realized from future investments in fixed-income securities increases or decreases along with interest rates. The fair value of our fixed-income securities as of December 31, 2017 was $605.7 million. The effective duration of our portfolio as of December 31, 2017 was 1.6 years. Should interest rates increase 1.0%, our fixed-income investment portfolio would be expected to decline in market value by 1.6%, or $9.6 million, representing the effective duration multiplied by the change in market interest rates. Conversely, a 1.0% decline in interest rates would be expected to result in a 1.6%, or $9.6 million, increase in the fair value of our fixed-income investment portfolio.

**Credit risk**. An additional exposure to our fixed-income securities portfolio is credit risk. We attempt to manage the credit risk by investing primarily in investment-grade securities and limiting our exposure to a single issuer. As of December 31, 2017, our fixed-income investments were in the following: U.S. Treasury bonds – 8.2%; municipal bonds – 22.2%; collateralized corporate bank loans –20.8%; corporate bonds – 46.1%; and mortgage-backed –2.7%. As of December 31, 2017, 79% of our fixed-income securities were rated investment-grade by nationally recognized statistical rating organizations.

We are also subject to credit risk with respect to reinsurers to whom we have ceded underwriting risk. Although a reinsurer is liable for losses to the extent of the coverage it assumes, we remain obligated to our policyholders in the event that the reinsurers do not meet their obligations under the reinsurance agreements. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2017 was with reinsurers having an A.M. Best rating of "A-" or better.

**Equity price risk**. Investments in equity securities and our other investments that are subject to equity price risk made up 8.4% of our portfolio as of December 31, 2017. The carrying values of equity securities and our other investments are based on quoted market prices as of the balance sheet date. Market prices are subject to fluctuation and, consequently, the amount realized in the subsequent sale of an investment may significantly differ from the reported fair value. Fluctuation in the market price of a security may result from perceived changes in the underlying economic characteristics of the issuer, the relative price of alternative investments and general market conditions. Furthermore, amounts realized in the sale of a particular security may be affected by the relative quantity of the security being sold.

The fair value of our equity securities and other investments as of December 31, 2017 was $55.6 million. The fair value of these securities would increase or decrease by $16.7 million assuming a hypothetical 30% increase or decrease in market prices as of the balance sheet date. This would increase or decrease stockholders' equity by 4.3%. The selected hypothetical change does not reflect what should be considered the best or worst case scenario.

**Item 8. Financial Statements and Supplementary Data.**

The following consolidated financial statements of Hallmark and its subsidiaries are filed as part of this report.

| Description | Page Number |
|---|---|
| Reports of Independent Registered Public Accounting Firms | F-2 |
| Consolidated Balance Sheets at December 31, 2017 and 2016 | F-4 |
| Consolidated Statements of Operations for the Years Ended December 31, 2017, 2016 and 2015 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss)  for the Years Ended December 31, 2017, 2016 and 2015 | F-6 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2017, 2016 and 2015 | F-7 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2017, 2016 and 2015 | F-8 |
| Notes to Consolidated Financial Statements | F-9 |
| Financial Statement Schedules | F-49 |

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure.**

None.

**Item 9A. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure.

During the three month period ended December 31, 2017, there were no changes in internal control over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate "internal control over financial reporting," as such phrase is defined in Exchange Act Rule 13a-15(f). Under the supervision and with the participation of management, including our Chief Executive Officer and Chief Accounting Officer, an evaluation of the effectiveness of our internal control over financial reporting was conducted based upon the framework in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 Framework). Based upon that evaluation, management has concluded that our internal control over financial reporting was effective as of December 31, 2017.

BDO USA, LLP, the independent registered public accounting firm that audited our consolidated financial statements as of December 31, 2017 included in this Annual Report on Form 10-K, has issued an attestation report on our internal control over financial reporting as of December 31, 2017. The BDO USA, LLP attestation report, which expresses an unqualified opinion on the effectiveness of our internal control over financial reporting as of December 31, 2017, is included in this Item under the heading " Report of Independent Registered Public Accounting Firm."

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

**Opinion on Internal Control over Financial Reporting**

We have audited Hallmark Financial Services, Inc. and subsidiaries' (the "Company's") internal control over financial reporting as of December 31, 2017, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (the "COSO criteria"). In our opinion the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2017, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the consolidated balance sheet of the Company as of December 31, 2017, the related consolidated statements of operations, comprehensive income (loss), stockholders' equity, and cash flows for the year ended December 31, 2017, and the related notes and financial statement schedules listed in the accompanying index and our report dated March 14, 2018 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Item 9A, "Management's Report on Internal Control over Financial Reporting". Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit of internal control over financial reporting in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ BDO USA, LLP

Dallas, Texas
March 14, 2018

54

**Item 9B. Other Information**.

None.

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance.**

The information required by Item 10 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 11. Executive Compensation.**

The information required by Item 11 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The information required by Item 12 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 13. Certain Relationships and Related Transactions, and Director Independence.**

The information required by Item 13 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 14. Principal Accounting Fees and Services.**

The information required by Item 14 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

55

APP. 0068

**PART IV**

**Item 15. Exhibits, Financial Statement Schedules.**

(a)(1)    Financial Statements
The following consolidated financial statements, notes thereto and related information are included in Item 8 of this report:
Reports of Independent Registered Public Accounting Firms
Consolidated Balance Sheets at December 31, 2017 and 2016
Consolidated Statements of Operations for the Years Ended December 31, 2017, 2016 and 2015
Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2017, 2016 and 2015
Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2017, 2016 and 2015
Consolidated Statements of Cash Flows for the Years Ended December 31, 2017, 2016 and 2015
Notes to Consolidated Financial Statements

(a)(2)    Financial Statement Schedules
The following financial statement schedules are included in this report:
Schedule II – Condensed Financial Information of Registrant (Parent Company Only)
Schedule III – Supplemental Insurance Information
Schedule IV – Reinsurance
Schedule VI – Supplemental Information Concerning Property-Casualty Insurance Operations

(a)(3)    Exhibit Index

The following exhibits are either filed with this report or incorporated by reference:

| Exhibit Number | Description |
|---|---|
| 3.1 | Restated Articles of Incorporation of the registrant (incorporated by reference to Exhibit 3.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 3.2 | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed March 28, 2017). |
| 4.1 | Specimen certificate for common stock, $0.18 par value, of the registrant (incorporated by reference to Exhibit 4.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 4.2 | Indenture dated June 21, 2005, between Hallmark Financial Services, Inc. and JPMorgan Chase Bank, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.3 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust I dated as of June 21, 2005, among Hallmark Financial Services, Inc., as sponsor, Chase Bank USA, National Association, as Delaware trustee, and JPMorgan Chase Bank, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.4 | Form of Junior Subordinated Debt Security Due 2035 (included in Exhibit 4.2 above). |
| 4.5 | Form of Capital Security Certificate (included in Exhibit 4.3 above). |
| 4.6 | Indenture dated as of August 23, 2007, between Hallmark Financial Services, Inc. and The Bank of New York Trust Company, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed August 24, 2007). |
| 4.7 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust II dated as of August 23, 2007, among Hallmark Financial Services, Inc., as sponsor, The Bank of New York (Delaware), as Delaware trustee, and The Bank of New York Trust Company, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed August 24, 2007). |

APP. 0069

4.8            Form of Junior Subordinated Debt Security Due 2037 (included in Exhibit 4.7 above).

4.9            Form of Capital Security Certificate (included in Exhibit 4.8 above).

4.10           Second Restated Credit Agreement among Hallmark Financial Services, Inc., American Hallmark Insurance Company of Texas, Hallmark Insurance Company and Frost Bank dated June 30, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed July 2, 2015).

4.11           First Amendment to Second Restated Credit Agreement among Hallmark Financial Services, Inc., American Hallmark Insurance Company of Texas, Hallmark Insurance Company and Frost Bank dated December 17, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed December 21, 2015).

4.12           Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 17, 2015 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed December 21, 2015).

4.13           First Amendment to Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated November 1, 2016 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed November 2, 2016).

4.14           Second Amendment to Second Restated Credit Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 20, 2017 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed December 20, 2017).

4.15           Second Amendment to Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 20, 2017 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed December 20, 2017).

10.1           Office Lease for 6500 Pinecrest, Plano, Texas, dated July 22, 2008, between Hallmark Financial Services, Inc. and Legacy Tech IV Associates, Limited Partnership (incorporated by reference to Exhibit 99.1 to the registrant's Current Report on Form 8-K filed July 29, 2008).

10.2           First Amendment to Lease Agreement between BRI 1849 Legacy, LLC and Hallmark Financial Services, Inc. dated January 1, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed January 21, 2015).

10.3           Lease Agreement for 777 Main Street, Fort Worth, Texas, dated June 12, 2003 between Hallmark Financial Services, Inc. and Crescent Real Estate Funding I, L.P. (incorporated by reference to Exhibit 10(a) to the registrant's Quarterly Report on Form 10-QSB for the quarter ended June 30, 2003).

10.4           Office Lease by and between SAOP Northwest Center, L.P. and Hallmark Specialty Underwriters, Inc. dated January 29, 2010 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed February 2, 2010).

10.5           First Amendment to Office Lease between MS Crescent One SPV, LLC and Hallmark Financial Services, Inc., dated February 28, 2011 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed March 1, 2011).

10.6           Assignment and Assumption of Lease Agreement and Bill of Sale between Equitymetrix, LLC and Hallmark Financial Services, Inc. dated March 1, 2016 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed March 2, 2016).

| 10.7 | Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated March 25, 2009, as amended by First Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 3, 2010, Second Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated July 2, 2013, and Third Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 25, 2014 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed March 2, 2016). |
|---|---|
| 10.8* | Form of Indemnification Agreement between Hallmark Financial Services, Inc. and its officers and directors, adopted July 19, 2002 (incorporated by reference to Exhibit 10(c) to the registrant's Quarterly Report on Form 10-QSB for the quarter ended September 30, 2002). |
| 10.9* | Hallmark Financial Services, Inc. Amended and Restated 2005 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 3, 2013). |
| 10.10* | Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed June 3, 2005). |
| 10.11* | Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8-K filed June 3, 2005). |
| 10.12* | Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.13 to the registrant's Form 10-K for the year ended December 31, 2013). |
| 10.13* | Hallmark Financial Services, Inc. 2015 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 2, 2015). |
| 10.14* | Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed June 2, 2015). |
| 10.15* | Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8-K filed June 2, 2015). |
| 10.16* | Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.4 to the registrant's Form 8-K filed June 2, 2015). |
| 10.17 | Guarantee Agreement dated as of June 21, 2005, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 10.18 | Guarantee Agreement dated as of August 23, 2007, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 24, 2007). |
| 10.19* | Letter agreement dated August 13, 2014, between Hallmark Financial Services, Inc. and Naveen Anand (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 15, 2014). |
| 10.20* | Form of Confidentiality and Non-Solicitation Agreement dated May 29, 2015, between Hallmark Financial Services, Inc. and certain employees of the Company (incorporated by reference to Exhibit 10.23 to the registrant's Form 10-K for the year ended December 31, 2015). |
| 21+ | List of subsidiaries of the registrant. |
| 23 (a)+ | Consent of Independent Registered Public Accounting Firm. |
| 23 (b)+ | Consent of Independent Registered Public Accounting Firm. |
| 31(a)+ | Certification of principal executive officer required by Rule 13a-14(a) or Rule 15d-14(b). |
| 31(b)+ | Certification of principal financial officer required by Rule 13a-14(a) or Rule 15d-14(b). |
| 32(a)+ | Certification of principal executive officer pursuant to 18 U.S.C. 1350. |

APP. 0071

32(b)+              Certification of principal financial officer pursuant to 18 U.S.C. 1350.

101 INS+           XBRL Instance Document.

101 SCH+           XBRL Taxonomy Extension Schema Document.

101 CAL+           XBRL Taxonomy Extension Calculation Linkbase Document.

101 LAB+           XBRL Taxonomy Extension Label Linkbase Document.

101 PRE+           XBRL Taxonomy Extension Presentation Linkbase Document.

101 DEF+           XBRL Taxonomy Extension Definition Linkbase Document.

          *   Management contract or compensatory plan or arrangement.

          +  Filed herewith.

**Item 16. Form 10–K Summary.**

Not Applicable.

---

59

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**HALLMARK FINANCIAL SERVICES, INC.**
(Registrant)

| | | | |
|---|---|---|---|
| Date: | March 14, 2018 | By: | /s/ Naveen Anand |
| | | | Naveen Anand, Chief Executive Officer and President |
| Date: | March 14, 2018 | By: | /s/ Jeffrey R. Passmore |
| | | | Jeffrey R. Passmore, Chief Accounting Officer and Senior Vice President |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | | |
|---|---|---|
| Date: | March 14, 2018 | /s/ Naveen Anand |
| | | Naveen Anand, Chief Executive Officer and President (Principal Executive Officer) |
| Date: | March 14, 2018 | /s/ Jeffrey R. Passmore |
| | | Jeffrey R. Passmore, Chief Accounting Officer and Senior Vice President (Principal Financial Officer and Principal Accounting Officer) |
| Date: | March 14, 2018 | /s/ Mark E. Schwarz |
| | | Mark E. Schwarz, Executive Chairman |
| Date: | March 14, 2018 | /s/ James H. Graves |
| | | James H. Graves, Director |
| Date: | March 14, 2018 | /s/ Mark E. Pape |
| | | Mark E. Pape, Director |
| Date: | March 14, 2018 | /s/ Scott T. Berlin |
| | | Scott T. Berlin, Director |

60

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| Description | Page Number |
| --- | --- |
| Reports of Independent Registered Public Accounting Firms | F-2 |
| Consolidated Balance Sheets at December 31, 2017 and 2016 | F-4 |
| Consolidated Statements of Operations for the Years Ended December 31, 2017, 2016 and 2015 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2017, 2016 and 2015 | F-6 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2017, 2016 and 2015 | F-7 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2017, 2016 and 2015 | F-8 |
| Notes to Consolidated Financial Statements | F-9 |
| Financial Statement Schedules | F-49 |

F-1

APP. 0074

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated balance sheet of Hallmark Financial Services, Inc. (the "Company") and subsidiaries as of December 31, 2017, the related consolidated statements of operations, comprehensive income (loss), stockholders' equity, and cash flows for the year ended December 31, 2017, and the related notes and financial statement schedules listed in the accompanying index (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company and subsidiaries at December 31, 2017, and the results of their operations and their cash flows for the year ended December 31, 2017, in conformity with accounting principles generally accepted in the United States of America.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of December 31, 2017, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") and our report dated March 14, 2018 expressed an unqualified opinion thereon.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audit included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audit provides a reasonable basis for our opinion.

/s/ BDO USA, LLP

We have served as the Company's auditor since 2017.

Dallas, Texas
March 14, 2018

F-2

**Report Of Independent Registered Public Accounting Firm**

The Board of Directors and Stockholders of
Hallmark Financial Services, Inc. and subsidiaries

We have audited the accompanying consolidated balance sheets of Hallmark Financial Services, Inc. and subsidiaries (the Company) as of December 31, 2016, and the related consolidated statements of operations, comprehensive income (loss), stockholders' equity and cash flows for each of the two years in the period ended December 31, 2016. Our audits also included the financial statement schedules listed in Item 15(a)(2). These financial statements and schedules are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and schedules based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Hallmark Financial Services, Inc. and subsidiaries at December 31, 2016, and the consolidated results of their operations and their cash flows for each of the two years in the period ended December 31, 2016, in conformity with U.S. generally accepted accounting principles. Also, in our opinion, the related financial statement schedules, when considered in relation to the basic financial statements taken as a whole, present fairly, in all material respects, the information set forth therein.

/s/ Ernst & Young LLP

Fort Worth, Texas
March 9, 2017

F-3

APP. 0076

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**December 31, 2017 and 2016**
**($ in thousands)**

|  | 2017 | 2016 |
|---|---:|---:|
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $604,999 in 2017 and $597,784 in 2016) | $ 605,746 | $ 597,457 |
| Equity securities, available-for-sale, at fair value (cost; $30,253 in 2017 and $31,449 in 2016) | 51,763 | 51,711 |
| Other investments (cost; $3,763 in 2017 and $3,763 in 2016) | 3,824 | 4,951 |
| Total investments | 661,333 | 654,119 |
| | | |
| Cash and cash equivalents | 64,982 | 79,632 |
| Restricted cash | 2,651 | 7,327 |
| Ceded unearned premiums | 112,323 | 81,482 |
| Premiums receivable | 104,373 | 89,715 |
| Accounts receivable | 1,513 | 2,269 |
| Receivable for securities | 5,235 | 3,047 |
| Reinsurance recoverable | 182,928 | 147,821 |
| Deferred policy acquisition costs | 16,002 | 19,193 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 10,023 | 12,491 |
| Deferred federal income taxes, net | 1,937 | 1,365 |
| Federal income tax recoverable | 7,532 | 3,951 |
| Prepaid expenses | 1,743 | 1,552 |
| Other assets | 13,856 | 13,801 |
| Total assets | $ 1,231,126 | $ 1,162,460 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $949 in 2017 and $1,001 in 2016) | 55,753 | 55,701 |
| Reserves for unpaid losses and loss adjustment expenses | 527,100 | 481,567 |
| Unearned premiums | 276,642 | 241,254 |
| Reinsurance balances payable | 52,487 | 46,488 |
| Pension liability | 1,605 | 2,203 |
| Payable for securities | 7,488 | 14,215 |
| Accounts payable and other accrued expenses | 28,933 | 25,296 |
| Total liabilities | 980,008 | 896,724 |
| | | |
| Commitments and contingencies (Note 16) | | |
| | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2017 and 2016 | 3,757 | 3,757 |
| Additional paid-in capital | 123,180 | 123,166 |
| Retained earnings | 136,474 | 148,027 |
| Accumulated other comprehensive income | 12,234 | 10,371 |
| Treasury stock (2,703,803 shares in 2017 and  2,260,849 in 2016), at cost | (24,527) | (19,585) |
| | | |
| Total stockholders' equity | 251,118 | 265,736 |
| | | |
| Total liabilities and stockholders' equity | $ 1,231,126 | $ 1,162,460 |

The accompanying notes are an integral part of the consolidated financial statements

APP. 0077

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2017, 2016 and 2015**
**($ in thousands, except per share amounts)**

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Gross premiums written | $ 604,156 | $ 549,077 | $ 514,223 |
| Ceded premiums written | (238,573) | (187,248) | (157,279) |
| Net premiums written | 365,583 | 361,829 | 356,944 |
| Change in unearned premiums | (4,546) | (8,459) | (7,863) |
| Net premiums earned | 361,037 | 353,370 | 349,081 |
|  |  |  |  |
| Investment income, net of expenses | 18,874 | 16,342 | 13,969 |
| Net realized gains | 5,672 | 2,519 | 5,826 |
| Other-than-temporary impairments | (5,877) | (2,888) | (3,323) |
| Finance charges | 3,867 | 4,977 | 5,952 |
| Commission and fees | 1,679 | 1,427 | 213 |
| Other income | 269 | 205 | 684 |
|  |  |  |  |
| Total revenues | 385,521 | 375,952 | 372,402 |
|  |  |  |  |
| Losses and loss adjustment expenses | 288,308 | 253,688 | 230,149 |
| Operating expenses | 106,805 | 106,769 | 103,993 |
| Interest expense | 4,512 | 4,549 | 3,906 |
| Amortization of intangible assets | 2,468 | 2,468 | 2,468 |
|  |  |  |  |
| Total expenses | 402,093 | 367,474 | 340,516 |
|  |  |  |  |
| (Loss) income before tax | (16,572) | 8,478 | 31,886 |
| Income tax (benefit) expense | (5,019) | 1,952 | 10,023 |
|  |  |  |  |
| Net (loss) income | $ (11,553) | $ 6,526 | $ 21,863 |
|  |  |  |  |
| Net (loss) income per share: |  |  |  |
| Basic | $ (0.63) | $ 0.35 | $ 1.14 |
| Diluted | $ (0.63) | $ 0.34 | $ 1.13 |

The accompanying notes are an integral part of the consolidated financial statements

F-5

APP. 0078

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**For the years ended December 31, 2017, 2016 and 2015**
**($ In thousands)**

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Net (loss) income | $ (11,553) | $ 6,526 | $ 21,863 |
| Other comprehensive income (loss): |  |  |  |
| Change in net actuarial gain (loss) | 548 | (145) | 43 |
| Tax effect on change in net actuarial gain (loss) | (192) | 51 | (15) |
| Unrealized holding gains (losses) arising during the period | 9,117 | 6,019 | (10,191) |
| Tax effect on unrealized holding gains (losses) arising during the period | (3,191) | (2,107) | 3,567 |
| Reclassification adjustment for gains included in net income | (6,799) | (1,331) | (5,826) |
| Tax effect on reclassification adjustment for gains included in net income | 2,380 | 466 | 2,039 |
| Other comprehensive income (loss), net of tax | 1,863 | 2,953 | (10,383) |
| Comprehensive (loss) income | $ (9,690) | $ 9,479 | $ 11,480 |

The accompanying notes are an integral part of the consolidated financial statements

F-6

APP. 0079

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**For the years ended December 31, 2017, 2016 and 2015**
**(In thousands)**

| | Number of Shares | Par Value | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income | Treasury Stock | Number of Shares | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2015 | 20,873 | $ 3,757 | $ 123,194 | $119,638 | $ 17,801 | $ (12,353) | 1,655 | $ 252,037 |
| | | | | | | | | |
| Acquisition of treasury stock | - | - | - | - | - | (2,532) | 221 | (2,532) |
| Equity incentive plan activity | - | - | 383 | - | - | - | - | 383 |
| Shares issued under employee benefit plans | - | - | (97) | - | - | 755 | (100) | 658 |
| Net income | - | - | - | 21,863 | - | - | - | 21,863 |
| Other comprehensive loss, net of tax | - | - | - | - | (10,383) | - | - | (10,383) |
| | | | | | | | | |
| Balance at December 31, 2015 | 20,873 | $ 3,757 | $ 123,480 | $141,501 | $ 7,418 | $ (14,130) | 1,776 | $ 262,026 |
| | | | | | | | | |
| Acquisition of treasury stock | - | - | - | - | - | (6,117) | 562 | (6,117) |
| Equity incentive plan activity | - | - | (118) | - | - | - | - | (118) |
| Shares issued under employee benefit plans | - | - | (196) | - | - | 662 | (77) | 466 |
| Net income | - | - | - | 6,526 | - | - | - | 6,526 |
| Other comprehensive income, net of tax | - | - | - | - | 2,953 | - | - | 2,953 |
| | | | | | | | | |
| Balance at December 31, 2016 | 20,873 | $ 3,757 | $ 123,166 | $148,027 | $ 10,371 | $ (19,585) | 2,261 | $ 265,736 |
| | | | | | | | | |
| Acquisition of treasury stock | - | - | - | - | - | (5,308) | 484 | (5,308) |
| Equity incentive plan activity | - | - | 149 | - | - | - | - | 149 |
| Shares issued under employee benefit plans | - | - | (135) | - | - | 366 | (41) | 231 |
| | | | | | | | | |
| Net loss | - | - | - | (11,553) | - | - | - | (11,553) |
| Other comprehensive income, net of tax | - | - | - | - | 1,863 | - | - | 1,863 |
| | | | | | | | | |
| Balance at December 31, 2017 | 20,873 | $ 3,757 | $ 123,180 | $136,474 | $ 12,234 | $ (24,527) | 2,704 | $ 251,118 |

The accompanying notes are an integral part of the consolidated financial statements

F-7

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2017, 2016 and 2015**
**($ in thousands)**

| | 2017 | 2016 | 2015 |
|---|---:|---:|---:|
| Cash flows from operating activities: | | | |
| Net (loss) income | $ (11,553) | $ 6,526 | $ 21,863 |
| | | | |
| Adjustments to reconcile net (loss) income to cash provided by operating activities: | | | |
| Depreciation and amortization expense | 4,715 | 3,894 | 3,516 |
| Deferred federal income taxes | (1,575) | 405 | (1,030) |
| Net realized gains | (5,672) | (2,519) | (5,826) |
| Other-than-temporary impairments | 5,877 | 2,888 | 3,323 |
| Share-based payments expense | 149 | (118) | 383 |
| Change in ceded unearned premiums | (30,841) | (16,388) | (11,718) |
| Change in premiums receivable | (14,658) | (6,339) | (12,373) |
| Change in accounts receivable | 756 | (264) | 1,136 |
| Change in deferred policy acquisition costs | 3,191 | 1,173 | 380 |
| Change in unpaid losses and loss adjustment expenses | 45,533 | 30,689 | 35,743 |
| Change in unearned premiums | 35,388 | 24,847 | 19,581 |
| Change in reinsurance recoverable | (35,107) | (33,534) | (4,568) |
| Change in reinsurance balances payable | 5,999 | 12,747 | 7,338 |
| Change in current federal income tax recoverable | (3,581) | (2,172) | (2,747) |
| Change in all other liabilities | 3,091 | 3,586 | (1,368) |
| Change in all other assets | 5,487 | 5,433 | (697) |
| Net cash provided by operating activities | 7,199 | 30,854 | 52,936 |
| Cash flows from investing activities: | | | |
| Purchases of property and equipment | (2,705) | (4,340) | (3,608) |
| Net transfers from restricted cash | 4,676 | 1,195 | 3,392 |
| Purchases of investment securities | (305,930) | (241,374) | (265,482) |
| Maturities, sales and redemptions of investment securities | 287,187 | 186,286 | 169,409 |
| Net cash used in investing activities | (16,772) | (58,233) | (96,289) |
| Cash flows from financing activities: | | | |
| Activity under revolving credit facility, net | - | - | 30,000 |
| Payment of debt issuance costs | - | - | (96) |
| Payment of contingent consideration | - | (1,784) | (1,216) |
| Proceeds from exercise of employee stock options | 231 | 466 | 658 |
| Purchase of treasury shares | (5,308) | (6,117) | (2,532) |
| Net cash (used in) provided by financing activities | (5,077) | (7,435) | 26,814 |
| Decrease in cash and cash equivalents | (14,650) | (34,814) | (16,539) |
| Cash and cash equivalents at beginning of year | 79,632 | 114,446 | 130,985 |
| | | | |
| Cash and cash equivalents at end of year | $ 64,982 | $ 79,632 | $ 114,446 |
| | | | |
| Supplemental cash flow information: | | | |
| Interest paid | $ 4,506 | $ 4,287 | $ 3,906 |
| Income taxes paid | $ 137 | $ 3,718 | $ 13,800 |
| | | | |
| Supplemental schedule of non-cash activities: | | | |
| Change in receivable for securities related to investment disposals that settled after the balance sheet date | $ (2,188) | $ 7,377 | $ (9,492) |
| Change in payable for securities related to investment purchases that settled after the balance sheet date | $ (6,727) | $ 13,118 | $ (224) |

The accompanying notes are an integral part of the consolidated financial statements

F-8

APP. 0081

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

1. **Accounting Policies:**

General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, the "Company", "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit handles primarily commercial insurance products and services and is comprised of Hallmark Specialty Underwriters, Inc. ("HSU"), Pan American Acceptance Corporation ("PAAC") and TGA Special Risk, Inc. ("TGASRI"). Our Specialty Commercial operating unit offers (i) general aviation insurance products and services, (ii) low and middle market commercial umbrella and excess liability insurance, (iii) medical and financial professional liability insurance products and services, (iv) satellite launch insurance products, and (v) primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Specialty Commercial operating unit is comprised of Aerospace Insurance Managers, Inc. ("Aerospace Insurance Managers"), Aerospace Special Risk, Inc. ("ASRI"), Aerospace Claims Management Group, Inc. ("ACMG"), Heath XS, LLC ("HXS") and Hardscrabble Data Solutions, LLC ("HDS"). Our Standard Commercial P&C operating unit handles commercial insurance products and services and is comprised of American Hallmark Insurance Services, Inc. ("American Hallmark Insurance Services") and Effective Claims Management, Inc. ("ECM"). Our Workers Compensation operating unit specializes in small and middle market workers compensation business and is comprised of TBIC Holding Corporation, Inc. ("TBIC Holding"), Texas Builders Insurance Company ("TBIC") and TBIC Risk Management ("TBICRM"). Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit handles personal insurance products and services and is comprised of American Hallmark General Agency, Inc. ("AHGA") and Hallmark Claims Services, Inc. ("HCS"). Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

Basis of Presentation

The accompanying consolidated financial statements include the accounts and operations of Hallmark and its subsidiaries. Intercompany accounts and transactions have been eliminated. The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP") which, as to our insurance company subsidiaries, differ from statutory accounting practices prescribed or permitted for insurance companies by insurance regulatory authorities.

Reclassifications

Certain prior year amounts have been reclassified to conform with current year presentation.

Use of Estimates in the Preparation of Financial Statements

Our preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect our reported amounts of assets and liabilities at the dates of the financial statements and our reported amounts of revenues and expenses during the reporting periods. Management evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors, including the current economic environment, which management believes to be reasonable under the circumstances. We adjust such estimates and assumptions when facts and circumstances dictate. Since future events and their effects cannot be determined with precision, actual results could differ significantly from these estimates. Changes in estimates resulting from continuing changes in the economic environment may be reflected in the financial statements in future periods.

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Fair Value of Financial Instruments

Fair value estimates are made at a point in time, based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: Our revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of December 31, 2017 and December 31, 2016.  The fair value is based on discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 3.6% to 4.2% for each future payment date.  This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated debt securities: Our trust preferred securities are reported at carry value of $55.8 million and $55.7 million, and had a fair value of $43.7 million and $44.2 million, as of December 31, 2017 and 2016, respectively. The fair value of our trust preferred securities is based on discounted cash flows using current yields to maturity of 8.0% and 8.0% as of December 31, 2017 and 2016, respectively, which are based on similar issues to discount future cash flows and would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Investments

Debt and equity securities available for sale are reported at fair value. Unrealized gains and losses are recorded as a component of stockholders' equity, net of related tax effects. Equity securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations. Debt securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations for the portion that is related to credit deterioration with the remaining portion recognized in other comprehensive income. Debt security premiums and discounts are amortized into earnings using the effective interest method. Maturities of debt securities and sales of equity securities are recorded in receivable for securities until the cash is settled. Purchases of debt and equity securities are recorded in payable for securities until the cash is settled.

Other investments consists of an equity warrant which is reported at fair value. Unrealized gains and losses are reported in the statement of operations as a component of net realized gains (losses).

Realized investment gains and losses are recognized in operations on the first in-first out method.

Cash and Cash Equivalents

We consider all highly liquid investments with an original maturity of three months or less to be cash equivalents.

Restricted Cash

Restricted cash consists of amounts held in restricted accounts as collateral for certain reinsurance arrangements with unaffiliated insurance companies, as well as premiums we collect from customers and, after deducting authorized commissions, remit to third party insurers. Unremitted insurance premiums are held in a fiduciary capacity until disbursed to the third party insurer.

Premiums Receivable

Premiums receivable represent amounts due from policyholders or independent agents for premiums written and uncollected. These balances are carried at net realizable value.

APP. 0083

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Reinsurance

We are routinely involved in reinsurance transactions with other companies. Reinsurance premiums, losses and loss adjustment expenses ("LAE") are accounted for on bases consistent with those used in accounting for the original policies issued and the terms of the reinsurance contracts. (See Note 7.)

Deferred Policy Acquisition Costs

Policy acquisition costs (mainly commission, underwriting and marketing expenses) that are directly related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. In determining estimated realizable value, the computation gives effect to the premium to be earned, expected investment income, losses and LAE and certain other costs expected to be incurred as the premiums are earned. If the computation results in an estimated net realizable value less than zero, a liability will be accrued for the premium deficiency. During 2017, 2016 and 2015, we deferred $31.1 million, $37.9 million and $32.3 million of policy acquisition costs and amortized $34.3 million, $39.1 million and $32.7 million of deferred policy acquisition costs, respectively. Therefore, the net (amortization) deferrals of policy acquisition costs were ($3.2) million, ($1.2) million and ($0.4) million for 2017, 2016 and 2015, respectively.

Business Combinations

We account for business combinations using the acquisition method of accounting pursuant to Accounting Standards Codification ("ASC") 805, "Business Combinations." The base cash purchase price plus the estimated fair value of any non-cash or contingent consideration given for an acquired business is allocated to the assets acquired (including identified intangible assets) and liabilities assumed based on the estimated fair values of such assets and liabilities. The excess of the fair value of the total consideration given for an acquired business over the aggregate net fair values assigned to the assets acquired and liabilities assumed is recorded as goodwill. Contingent consideration is recognized as a liability at fair value as of the acquisition date with subsequent fair value adjustments recorded in the consolidated statements of operations. The valuation of contingent consideration requires assumptions regarding anticipated cash flows, probabilities of cash flows, discount rates and other factors. Significant judgment is employed in determining the propriety of these assumptions as of the acquisition date and for each subsequent period. Accordingly, future business and economic conditions, as well as changes in any of the assumptions, can materially impact the amount of contingent consideration expense we record in any given period. Indirect and general expenses related to business combinations are expensed as incurred.

Goodwill and Intangible Assets, net

We account for our goodwill and intangible assets according to ASC 350, "Intangibles – Goodwill and Other." Under ASC 350, intangible assets with a finite life are amortized over the estimated useful life of the asset. Goodwill and intangible assets with an indefinite useful life are not amortized. Goodwill and intangible assets are tested for impairment on an annual basis or more frequently if events or changes in circumstances indicate that the carrying amount may not be recoverable. For goodwill, we may perform a qualitative test to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative goodwill impairment test. The first step of the quantitative test is to identify if a potential impairment exists by comparing the fair value of a reporting unit with its carrying amount, including goodwill ("Step 1"). If the fair value of a reporting unit exceeds its carrying value amount, goodwill of the reporting unit is not considered to have a potential impairment and the second step is not necessary. However, if the carrying amount of the reporting unit exceeds its fair value, the second step ("Step 2") is performed to determine if goodwill is impaired and to measure the amount of impairment loss to recognize, if any. Step 2 compares the implied fair value of goodwill with the carrying amount of goodwill. If the implied value of goodwill is less than the carrying amount of goodwill, it is written down to its fair value with a corresponding expense reflected in the Consolidated Statements of Income. The implied goodwill is calculated based on a hypothetical purchase price allocation, similar to the requirements in the accounting guidance for business combinations, whereby the implied fair value of the reporting unit is allocated to the fair value of the assets and liabilities of the reporting unit. We have elected to perform our goodwill impairment test on the first day of the fourth quarter, October 1, of each year.

F-11

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Leases

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2022. Some of these leases include rent escalation provisions throughout the term of the lease. We expense the average annual cost of the lease with the difference to the actual rent invoices recorded as deferred rent which is classified in accounts payable and other accrued expenses on our consolidated balance sheets.

Property and Equipment

Property and equipment (including leasehold improvements), aggregating $24.9 million and $22.2 million, at December 31, 2017 and 2016, respectively, which is included in other assets, is recorded at cost and is depreciated using the straight-line method over the estimated useful lives of the assets (three to ten years) or the life of the lease, whichever is shorter. Depreciation expense for 2017, 2016 and 2015 was $2.2 million, $1.4 million and $1.0 million, respectively. Accumulated depreciation was $17.3 million and $15.1 million at December 31, 2017 and 2016, respectively.

Variable Interest Entities

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively, the "Trusts") and we do not have variable interests in the Trusts. Therefore, the Trusts are not consolidated in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party variable interest entities. The maximum exposure to loss with respect to these investments is limited to the investment carrying values included in the consolidated balance sheets.

Losses and Loss Adjustment Expenses

Losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through December 31, 2017 and 2016. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These estimates are subject to the effects of trends in loss severity and frequency. Although considerable variability is inherent in such estimates, we believe that the reserves for unpaid losses and LAE are adequate. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Recognition of Premium Revenues

Insurance premiums are earned pro rata over the terms of the policies. Insurance policy fees are earned as of the effective date of the policy. Upon cancellation, any unearned premium is refunded to the insured. Insurance premiums written include gross policy fees of $7.6 million, $9.8 million and $11.2 million for the years ended December 31, 2017, 2016, and 2015, respectively. Insurance premiums on monthly reporting workers' compensation policies are earned on the conclusion of the monthly coverage period. Deposit premiums for workers' compensation policies are earned upon the expiration of the policy.

Finance Charges

We receive premium installment fees for each direct bill payment from policyholders. Installment fee income is classified as finance charges on the consolidated statement of operations and is recognized as the fee is invoiced.

APP. 0085

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Relationship with Third Party Insurers

Through December 31, 2005, our Standard Commercial P&C operating unit marketed policies on behalf of Clarendon National Insurance Company ("Clarendon"), a third-party insurer. Through December 31, 2008, all business of our Contract Binding operating unit was produced under a fronting agreement with member companies of the Republic Group ("Republic"), a third-party insurer. These insurance contracts on third party paper are accounted for under agency accounting. Ceding commissions and other fees received under these arrangements were classified as unearned commission revenue until earned pro rata over the terms of the policies.

Profit sharing commission is calculated and recognized when the loss ratio, as determined by a qualified actuary, deviates from contractual targets. We received a provisional commission as policies were produced as an advance against the later determination of the profit sharing commission actually earned. The profit sharing commission is an estimate that varies with the estimated loss ratio and is sensitive to changes in that estimate. Profit share commission is classified as commissions and fees on the consolidated statement of operations.

The following table details the profit sharing commission provisional loss ratio compared to the estimated ultimate loss ratio for each effective quota share treaty between the Standard Commercial P&C operating unit and Clarendon.

|  | Treaty Effective Dates | | | | |
| --- | --- | --- | --- | --- | --- |
|  | 7/1/2001 | 7/1/2002 | 7/1/2003 | 7/1/2004 | 7/1/2005 |
| Provisional loss ratio | 60.0% | 59.0% | 59.0% | 64.2% | 64.2% |
| Estimated ultimate loss ratio recorded at December 31, 2017 | 63.5% | 64.5% | 61.2% | 66.2% | 61.4% |

As of December 31, 2017, we had a net payable of $0.3 million on these profit share treaties. The payable or receivable is the difference between the cash received to date and the recognized commission revenue based on the estimated ultimate loss ratio.

The following table details the profit sharing commission revenue provisional loss ratio compared to the estimated ultimate loss ratio for the effective quota share treaty between the Contract Binding operating unit and Republic.

|  | Treaty Effective Dates | | |
| --- | --- | --- | --- |
|  | 1/1/2006 | 1/1/2007 | 1/1/2008 |
| Provisional loss ratio | 65.0% | 65.0% | 65.0% |
| Estimated ultimate loss ratio recorded at December 31, 2017 | 59.4% | 65.6% | 61.4% |

As of December 31, 2017, we had a net payable of $0.5 million on these profit share treaties. The payable or receivable is the difference between the cash received to date and the recognized commission revenue based on the estimated ultimate loss ratio.

Agent Commissions

We pay monthly commissions to agents based on written premium produced, but generally recognize the expense pro rata over the term of the policy. If the policy is cancelled prior to its expiration, the unearned portion of the agent commission is refundable to us. The unearned portion of commissions paid to agents is included in deferred policy acquisition costs. We annually pay a profit sharing commission to our independent agency force based upon the results of the business produced by each agent. We estimate and accrue this liability to commission expense in the year the business is produced.

Commission expense is classified as operating expenses in the consolidated statements of operations.

F-13

APP. 0086

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Income Taxes

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted. Among many changes resulting from TCJA, the new law (i) reduces the corporate tax rate to 21% effective January 1, 2018, (ii) eliminates the corporate alternative minimum tax for tax years beginning after December 31, 2017, (iii) allows businesses to immediately expense, for tax purposes, the cost of new investments in certain qualified depreciable assets, (iv) modifies the computation of loss reserve discounting for tax purposes, (v) modifies the recognition of income rules by requiring the recognition of income for certain items no later than the tax year in which an item is taken into account as income on an applicable financial statement and (vi) significantly modifies the United States international tax system. Net loss for the year ended December 31, 2017 included a charge of $1.3 million from the revaluation of deferred tax balances from a 35% statutory tax rate to the new 21% statutory tax rate as a result of TCJA.

Earnings Per Share

The computation of earnings per share is based upon the weighted average number of common shares outstanding during the period plus the effect of common shares potentially issuable (in periods in which they have a dilutive effect), primarily from stock options. (See Notes 11 and 13.)

Adoption of New Accounting Pronouncements

In March 2016, the FASB issued ASU 2016-09, "Improvements to Employee Share-Based Payment Accounting" (Topic 718). ASU 2016-09 simplifies the accounting for share-based payment award transactions including income tax consequences, classification of awards as either equity or liabilities, classification on the statement of cash flows, and accounting for forfeitures. The guidance was effective for annual periods beginning after December 15, 2016, and interim periods within those fiscal years. Effective January 2017, we adopted this new guidance on stock compensation which requires recognition of the excess tax benefits or deficiencies of share-based compensation awards to employees through net income rather than through additional paid in capital. Adoption of this guidance did not have a material impact on our financial results or disclosures. We elect to account for forfeitures as they occur.

Recently Issued Accounting Pronouncements

On February 14, 2018, the FASB issued ASU 2018-02, "Income Statement- Reporting Comprehensive Income (Topic 220)" providing updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the TCJA. Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance is effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company expects to adopt the updated guidance effective January 1, 2018. The anticipated reclassification of the stranded tax effects out of AOCI and into retained earnings is $2.6 million. The adoption will not affect the Company's results of operations, financial position, or liquidity.

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20). ASU 2017-08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We are currently evaluating the impact that the adoption of ASU 2017-08 will have on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business" (Topic 715). ASU 2017-01 is intended to assist entities with evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. We do not expect the adoption of this standard to have a material impact on our financial condition or results of operations.

F-14

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. The adoption of ASU 2017-04 is not expected to have a material impact on our financial results and disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. The Company expects the adoption of this new guidance to have a material impact on its statement of cash flows as restricted cash will be removed from the investing section and become a component of cash and cash equivalents.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU will be effective for fiscal years beginning after December 15, 2017, including interim periods within those years. We do not expect the impact from the adoption of ASU 2016-15 to be material to our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases" (Topic 842). ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. We do not anticipate that this standard will have a material impact on our results of operations since most of our leases are for office space with standard lease terms. However, we anticipate an increase to the value of our assets and liabilities related to leases, with no material impact to equity.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 will require equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 will also require us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 will be effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. We have evaluated the impact of this standard and estimate no impact on shareholders' equity from the cumulative reclassification adjustment to retained earnings for unrealized gains (losses) as of the adoption date. However, we anticipate the standard will increase the volatility of our consolidated statements of income, resulting from the remeasurement of our equity investments.

In May 2014, the FASB issued guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate will be subject to this updated guidance. We have evaluated the impact this guidance will have on our financial results and disclosures and do not anticipate such impact being material based on the limited revenue streams subject to the guidance.

F-15

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

2.  **Investments:**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| As of December 31, 2017 | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ | 50,088 | $ | 7 | $ | (148) | $ | 49,947 |
| Corporate bonds | | 278,611 | | 1,204 | | (742) | | 279,073 |
| Collateralized corporate bank loans | | 125,536 | | 702 | | (301) | | 125,937 |
| Municipal bonds | | 134,052 | | 709 | | (505) | | 134,256 |
| Mortgage-backed | | 16,712 | | 37 | | (216) | | 16,533 |
| Total debt securities | | 604,999 | | 2,659 | | (1,912) | | 605,746 |
| Total equity securities | | 30,253 | | 23,014 | | (1,504) | | 51,763 |
| Total other investments | | 3,763 | | 61 | | - | | 3,824 |
| Total investments | $ | 639,015 | $ | 25,734 | $ | (3,416) | $ | 661,333 |
| As of December 31, 2016 | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 41,976 | $ | 66 | $ | (20) | $ | 42,022 |
| Corporate bonds | | 224,915 | | 1,722 | | (575) | | 226,062 |
| Collateralized corporate bank loans | | 105,220 | | 959 | | (170) | | 106,009 |
| Municipal bonds | | 165,900 | | 956 | | (2,961) | | 163,895 |
| Mortgage-backed | | 59,773 | | 49 | | (353) | | 59,469 |
| Total debt securities | | 597,784 | | 3,752 | | (4,079) | | 597,457 |
| Total equity securities | | 31,449 | | 21,052 | | (790) | | 51,711 |
| Total other investments | | 3,763 | | 1,188 | | - | | 4,951 |
| Total investments | $ | 632,996 | $ | 25,992 | $ | (4,869) | $ | 654,119 |

F-16

APP. 0089

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Major categories of net investment income are summarized as follows (in thousands):

| | Twelve Months Ended December 31 | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| U.S. Treasury securities and obligations of U.S. Government | $ 566 | $ 594 | $ 670 |
| Corporate bonds | 7,839 | 5,573 | 1,435 |
| Collateralized corporate bank loans | 4,302 | 3,190 | 4,727 |
| Municipal bonds | 4,633 | 5,442 | 5,901 |
| Mortgage-backed | 1,049 | 1,320 | 1,288 |
| Equity securities | 871 | 638 | 673 |
| Other investments | - | - | - |
| Cash and cash equivalents | 706 | 277 | 148 |
| | 19,966 | 17,034 | 14,842 |
| Investment expenses | (1,092) | (692) | (873) |
| | | | |
| Investment income, net of expenses | $ 18,874 | $ 16,342 | $ 13,969 |

No investments in any entity or its affiliates exceeded 10% of stockholders' equity at December 31, 2017 or 2016.

Major categories of net realized gains (losses) on investments are summarized as follows (in thousands):

| | Twelve Months Ended December 31 | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ - | $ - |
| Corporate bonds | (468) | (264) | - |
| Collateralized corporate bank loans | 79 | (86) | 126 |
| Municipal bonds | 195 | (189) | (83) |
| Mortgage-backed | (9) | (1) | 240 |
| Equity securities | 7,002 | 1,871 | 5,543 |
| Gain on investments | 6,799 | 1,331 | 5,826 |
| Unrealized (loss) gain on other investments | (1,127) | 1,188 | - |
| Other-than-temporary impairments | (5,877) | (2,888) | (3,323) |
| | | | |
| Net realized (losses) gains | $ (205) | $ (369) | $ 2,503 |

We realized gross gains on investments of $8.0 million, $2.1 million, and $6.7 million during the years ended December 31, 2017, 2016 and 2015, respectively. We realized gross losses on investments of $1.2 million, $0.8 million and $0.9 million during the years ended December 31, 2017, 2016 and 2015, respectively. We recorded proceeds from the sale of investment securities of $29.1 million, $28.5 million and $51.7 million during the years ended December 31, 2017, 2016 and 2015, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

APP. 0090

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of December 31, 2017 and December 31, 2016 (in thousands):

| | As of December 31, 2017 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | - | - | 8,375 | (1,504) |
| Total other investments | - | - | - | - | - | - |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

| | As of December 31, 2016 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 7,037 | $ (20) | $ - | $ - | $ 7,037 | $ (20) |
| Corporate bonds | 86,592 | (575) | - | - | 86,592 | (575) |
| Collateralized corporate bank loans | 2,637 | (7) | 8,314 | (163) | 10,951 | (170) |
| Municipal bonds | 70,633 | (1,327) | 13,574 | (1,634) | 84,207 | (2,961) |
| Mortgage-backed | 29,475 | (348) | 2,430 | (5) | 31,905 | (353) |
| Total debt securities | 196,374 | (2,277) | 24,318 | (1,802) | 220,692 | (4,079) |
| Total equity securities | 4,109 | (483) | 2,037 | (307) | 6,146 | (790) |
| Total other investments | - | - | - | - | - | - |
| Total investments | $ 200,483 | $ (2,760) | $ 26,355 | $ (2,109) | $ 226,838 | $ (4,869) |

At December 31, 2017, the gross unrealized losses more than twelve months old were attributable to 25 debt security positions. At December 31, 2016, the gross unrealized losses more than twelve months old were attributable to 28 debt security positions and one equity position. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. The gross unrealized losses on the debt security positions at December 31, 2017 were due predominately to normal market and interest rate fluctuations and we see no other indications that the decline in values of these securities is other-than-temporary.

F-18

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Based on evidence gathered through our normal credit evaluation process, we presently expect that all debt securities held in our investment portfolio will be paid in accordance with their contractual terms. Nonetheless, it is at least reasonably possible that the performance of certain issuers of these debt securities will be worse than currently expected resulting in future write-downs within our portfolio of debt securities.

Also, as a result of the challenging market conditions, we expect the volatility in the valuation of our equity securities to continue in the foreseeable future. This volatility may lead to changes regarding retention strategies for certain equity securities.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any investment below cost is deemed other-than-temporary. All securities with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary. We recognized other-than-temporary losses on our debt securities portfolio of $5.9 million during 2017, all related to credit losses (none of the impairments were interest related) on certain senior and subordinated municipal bonds concentrated in Puerto Rico. The fair value of the impaired securities was $4.4 million at December 31, 2017.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: Some of the factors considered in evaluating whether a decline in fair value for an equity investment is other-than-temporary include: (1) our ability and intent to retain the investment for a period of time sufficient to allow for an anticipated recovery in value; (2) the recoverability of cost; (3) the length of time and extent to which the fair value has been less than cost; and (4) the financial condition and near-term and long-term prospects for the issuer, including the relevant industry conditions and trends, and implications of rating agency actions and offering prices. When it is determined that an equity investment is other-than-temporarily impaired, the security is written down to fair value, and the amount of the impairment is included in earnings as a realized investment loss. The fair value then becomes the new cost basis of the investment, and any subsequent recoveries in fair value are recognized at disposition. We recognize a realized loss when impairment is deemed to be other-than-temporary even if a decision to sell an equity investment has not been made. When we decide to sell a temporarily impaired available-for-sale equity investment and we do not expect the fair value of the equity investment to fully recover prior to the expected time of sale, the investment is deemed to be other-than-temporarily impaired in the period in which the decision to sell is made.

Details regarding the carrying value of the other invested assets portfolio as of December 31, 2017 and 2016 were as follows:

|  | 2017 | 2016 |
|---|---|---|
| **Investment Type** |  |  |
| Equity warrant | $ 3,824 | $ 4,951 |
| Total other investments | $ 3,824 | $ 4,951 |

We acquired this equity warrant in an active market and it entitles us to buy the underlying common stock of a publicly traded company at a fixed exercise price until the expiration date of January 19, 2021.

F-19

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The amortized cost and estimated fair value of debt securities at December 31, 2017 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | | Fair Value | |
| --- | --- | --- | --- | --- |
|  | (in thousands) | | | |
| Due in one year or less | $ | 116,027 | $ | 116,060 |
| Due after one year through five years |  | 308,477 |  | 308,829 |
| Due after five years through ten years |  | 123,518 |  | 124,168 |
| Due after ten years |  | 40,265 |  | 40,156 |
| Mortgage-backed |  | 16,712 |  | 16,533 |
|  | $ | 604,999 | $ | 605,746 |

We have certain of our securities pledged for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $26.2 million at December 31, 2017 and a carrying value of $21.1 million at December 31, 2016.

**3. Fair Value:**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing services. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

APP. 0093

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at December 31, 2017 and December 31, 2016 (in thousands).

| | As of December 31, 2017 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 49,947 | $ - | $ 49,947 |
| Corporate bonds | - | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | - | 125,937 | - | 125,937 |
| Municipal bonds | - | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | - | 16,533 | - | 16,533 |
| Total debt securities | - | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | - | 621 | 51,763 |
| Total other investments | 3,824 | - | - | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $ 661,333 |

| | As of December 31, 2016 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 42,022 | $ - | $ 42,022 |
| Corporate bonds | - | 226,062 | - | 226,062 |
| Collateralized corporate bank loans | - | 106,009 | - | 106,009 |
| Municipal bonds | - | 158,216 | 5,679 | 163,895 |
| Mortgage-backed | - | 59,469 | - | 59,469 |
| Total debt securities | - | 591,778 | 5,679 | 597,457 |
| Total equity securities | 51,445 | - | 266 | 51,711 |
| Total other investments | 4,951 | - | - | 4,951 |
| Total investments | $ 56,396 | $ 591,778 | $ 5,945 | $ 654,119 |

Due to significant unobservable inputs into the valuation model for certain municipal bonds, one corporate bond and one equity security as of December 31, 2017 and certain municipal bonds and one equity security as of December 31, 2016, we classified these as level 3 in the fair value hierarchy. We used an income approach in order to derive an estimated fair value of the municipal bonds classified as Level 3, which included inputs such as expected holding period, benchmark swap rate, benchmark discount rate and a discount rate premium for illiquidity. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. The equity security classified as Level 3 in the fair value hierarchy is an investment in a non-public entity. Given the size of this investment and since there was not an observable market for the security, we estimated its fair value as the fair value on the date we acquired the investment. Significant changes in the unobservable inputs in the fair value measurement of these securities could result in a significant change in the fair value measurement.

APP. 0094

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the year ended December 31, 2017 and 2016 (in thousands).

| | 2017 | 2016 |
|---|---:|---:|
| Beginning balance as of January 1 | $ 5,945 | $ 14,087 |
| Sales | - | - |
| Settlements | (579) | (8,825) |
| Purchases | 775 | - |
| Issuances | - | - |
| Total realized/unrealized gains included in net income | 616 | 417 |
| Net gain included in other comprehensive income | - | - |
| Transfers into Level 3 | - | 266 |
| Transfers out of Level 3 | (3,000) | - |
| Ending balance as of December 31 | $ 3,757 | $ 5,945 |

The transfer out of Level 3 during 2017 was due to one auction rate municipal bond that previously did not have a successful auction and, therefore, was classified as Level 3 prior to the fourth quarter of 2017. As of December 31, 2017, this security had a successful auction at par. We account for transfers as they occur.

**4.  Acquisitions, Goodwill and Intangible Assets:**

On June 30, 2015, Redpoint Comp Holdings LLC ("Purchaser") acquired exclusive renewal rights to our current in-force Texas workers compensation policies, together with certain physical assets associated with the administration of such in-force policies. In consideration for such renewal rights and physical assets, Purchaser assumed certain office lease obligations and offered employment to certain of our employees associated with the Workers Compensation operating unit. Purchaser also agreed to administer the run-off of all of our current workers compensation policies and claims for a period of three years. In connection with the transaction, we made a one-time payment to the Purchaser of $83,000. We also agreed not to compete in the workers compensation line of insurance in the State of Texas (with certain exceptions) until after the assumed office lease obligations expire on October 31, 2017. We recorded a gain of $0.2 million during the second quarter of 2015 in Other Income in the Consolidated Statement of Operations on the sale of the renewal rights.

On September 15, 2015, we executed Amendment No. 1 to the sale agreement with the Purchaser. Pursuant to the Amendment, the Purchaser agreed to pay us an additional $115,000 and administer the run-off of all of our workers compensation policies and claims in perpetuity or through final conclusion (rather than for three years as contemplated by the original agreement) in consideration of us assigning to Purchaser the commission on all unearned premiums on such policies as of July 1, 2015. We recorded an additional gain of $0.4 million during the third quarter of 2015 in Other Income in the Consolidated Statement of Operations as a result of this Amendment No.1.

Goodwill is tested for impairment at the reporting unit level (operating unit or one level below an operating unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our operating units except for the Specialty Commercial operating unit for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2017 includes goodwill of acquired businesses of $44.7 million that is assigned to our operating units as follows: Standard Commercial P&C operating unit - $2.1 million; Contract Binding operating unit - $19.9 million; Specialty Commercial operating unit- $17.4 million (comprised of $7.7 million for the primary/excess and umbrella component and $9.7 million for the general aviation and satellite component); and Specialty Personal Lines operating unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles- Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2017 and determined that there was no impairment.

APP. 0095

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The income approach to determining fair value computed the projections of the cash flows that the reporting unit was expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model included income projections, discount rates and terminal growth values. The income projections reflected an improved premium rate environment across most of our lines of business that continued throughout 2017. The income projections also included loss and LAE assumptions which reflected recent historical claim trends and the movement towards a more favorable pricing environment and improvement in mix of business to better performing products. The income projections also included assumptions for expense growth and investment yields which were based on business plans for each of our operating units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

During 2017, 2016, and 2015, we completed the first step prescribed by ASC 350 for testing for impairment and determined that there was no impairment.

We have obtained various intangible assets from several acquisitions. The table below details the gross and net carrying amounts of these assets by major category (in thousands):

| | December 31 | |
| | 2017 | 2016 |
|---|---|---|
| Gross Carrying Amount: | | |
| Customer/agent relationships | $ 32,177 | $ 32,177 |
| Tradename | 3,440 | 3,440 |
| Management agreement | 3,232 | 3,232 |
| Non-compete & employment agreements | 4,235 | 4,235 |
| Insurance licenses | 1,300 | 1,300 |
| Total gross carrying amount | 44,384 | 44,384 |
| | | |
| Accumulated Amortization: | | |
| Customer/agent relationships | (24,276) | (22,038) |
| Tradename | (2,618) | (2,388) |
| Management agreement | (3,232) | (3,232) |
| Non-compete & employment agreements | (4,235) | (4,235) |
| Total accumulated amortization | (34,361) | (31,893) |
| Total net carrying amount | $ 10,023 | $ 12,491 |

Insurance licenses are not amortized because they have an indefinite life. We amortize definite-lived intangible assets straight line over their respective lives. The estimated aggregate amortization expense for definite-lived intangible assets for the next five years is as follows (in thousands):

| | |
|---|---|
| 2018 | $ 2,468 |
| 2019 | $ 2,468 |
| 2020 | $ 2,468 |
| 2021 | $ 503 |
| 2022 | $ 501 |

F-23

APP. 0096

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The weighted average amortization period for definite-lived intangible assets by major class is as follows:

|  | Years |
|---|---|
| Tradename | 15 |
| Customer/ agent relationships | 15 |
| Management agreement | 4 |
| Non-compete agreements | 5 |

The aggregate weighted average period to amortize these assets is approximately 13 years.

**5.   Other Assets:**

The following table details our other assets as of December 31, 2017 and 2016 (in thousands):

|  | 2017 | 2016 |
|---|---|---|
| Profit sharing commission receivable | $ 252 | $ 251 |
| Credit Facility B issuance costs | 122 | 109 |
| Accrued investment income | 4,859 | 4,599 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 6,726 | 6,947 |
| Other assets | 195 | 193 |
|  | $ 13,856 | $ 13,801 |

F-24

APP. 0097

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**6.   Reserves for Losses and Loss Adjustment Expenses:**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Balance at January 1 | $ 481,567 | $ 450,878 | $ 415,135 |
| Less reinsurance recoverable | 123,237 | 102,791 | 91,943 |
| Net balance at January 1 | 358,330 | 348,087 | 323,192 |
| Incurred related to: | | | |
| Current year | 248,203 | 246,080 | 237,102 |
| Prior years | 40,105 | 7,608 | (6,953) |
| Total incurred | 288,308 | 253,688 | 230,149 |
| Paid related to: | | | |
| Current year | 92,873 | 93,067 | 83,132 |
| Prior years | 181,277 | 150,378 | 122,122 |
| Total paid | 274,150 | 243,445 | 205,254 |
| Net balance at December 31 | 372,488 | 358,330 | 348,087 |
| Plus reinsurance recoverable | 154,612 | 123,237 | 102,791 |
| Balance at December 31 | $ 527,100 | $ 481,567 | $ 450,878 |

The $40.1 million unfavorable net development, $7.6 million unfavorable net development and $7.0 million favorable net development in prior accident years recognized in 2017, 2016 and 2015, respectively, represent changes in our loss reserve estimates. In 2017 and 2016, the aggregate loss reserve estimates for prior years were increased to reflect unfavorable loss development when the available information indicated a reasonable likelihood that the ultimate losses would be more than the previous estimates. The unfavorable prior year reserve development during the twelve months ended December 31, 2017 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Contract Binding operating unit, which was representative of industry trends. In 2015, the aggregate loss reserve estimates for prior years were decreased to reflect favorable loss development when the available information indicated a reasonable likelihood that the ultimate losses would be less than the previous estimates. Generally, changes in reserves are caused by variations between actual experience and previous expectations and by reduced emphasis on the Bornhuetter-Ferguson method due to the aging of the accident years.

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | December 31, | |
|---|---|---|
|  | 2017 | 2016 |
| Specialty Commercial Segment | $ 40,477 | $ 12,502 |
| Standard Commercial Segment | (970) | (9,901) |
| Personal Segment | 598 | 5,007 |
| Corporate | - | - |
| Total unfavorable net prior year development | $ 40,105 | $ 7,608 |

F-25

APP. 0098

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following describes the primary factors behind each segment's prior accident year loss reserve development for the years ended December 31, 2017 and 2016:

*Year ended December 31, 2017:*

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily driven by the continued emergence of increased frequency and severity trends in the commercial auto lines of business. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2016, 2013 and 2011 and prior accident years, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2016 and prior accident years, partially offset by unfavorable development in the 2016 and prior accident years in the occupational accident line of business.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014, 2013 and 2010 and prior accident years, partially offset by favorable development in the 2015 and 2011 accident years.

*Year ended December 31, 2016:*

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development primarily in commercial auto liability in the 2014, 2013, 2012 and 2009 and prior accident years. Our Specialty Commercial operating unit experienced net favorable development primarily in the general aviation and commercial excess liability, partially offset by net unfavorable development in our medical professional liability lines of business and specialty risk programs.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2011-2015 accident years and the 2009 and prior accident years, partially offset by net unfavorable development in the occupational accident line of business in the 2014 and 2015 accident years. Our Workers Compensation operating unit experienced net favorable development in the 2015 and prior accident years.

*Personal Segment.* Our Specialty Personal Lines operating unit experienced net unfavorable development attributable to the 2015 and prior accident years in the private passenger auto liability line of business.

In the opinion of management, our reserves represent the best estimate of our ultimate liabilities, based on currently known facts, current law, current technology and assumptions considered reasonable where facts are not known. Due to the significant uncertainties and related management judgments, there can be no assurance that future favorable or unfavorable loss development, which may be material, will not occur.

*Short-Duration Contract Disclosures*

ASU 2015-09, "Disclosures about Short-Duration Contracts" (Topic 944), requires insurers to make disclosures about their liability for unpaid claims and claim adjustment expenses for short-duration insurance contracts. These disclosures include tables showing incurred and paid claims development information (net of reinsurance and excluding unallocated loss adjustment expenses) which are disaggregated based on the characteristics of the insurance contracts that the insurer writes and other factors specific to the reporting entity. The information should be disclosed by accident year for the number of years claims typically remain outstanding, but need not be more than 10 years, including a reconciliation of the disaggregated information to the consolidated statement of financial position. We have evaluated the disaggregation criteria and concluded that the basis for our disaggregation of this information is by each of our three reportable segments. See Note 10, "Segment Information," for additional information regarding our three reportable segments.

F-26

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

***Reserves for Incurred But Not Reported ("IBNR") Claims***

Reserves for IBNR claims are based on the estimated ultimate cost of settling claims, including the effects of inflation and other social and economic factors, using past experience adjusted for current trends and any other factors that would modify past experience. We use a variety of statistical and actuarial techniques to analyze current claims costs, including frequency and severity data and prevailing economic, social and legal factors. Each such method has its own set of assumptions and outputs, and each has strengths and weaknesses in different areas. Since no single estimation method is superior to another method in all situations, the methods and assumptions used to project loss reserves will vary by coverage and product. We use what we believe to be the most appropriate set of actuarial methods and assumptions for each product line grouping and coverage. While the loss projection methods may vary by product line and coverage, the general approach for calculating IBNR remains the same: ultimate losses are forecasted first, and that amount is reduced by the amount of cumulative paid claims and case reserves. Reserves established in prior years are adjusted as loss experience develops and new information becomes available. Adjustments to previously estimated reserves are reflected in the results of operations in the year in which they are made.

As described above, various actuarial methods are utilized to determine the reserves for losses and LAE recorded in our Consolidated Balance Sheets. Weightings of methods at a detailed level may change from evaluation to evaluation based on a number of observations, measures, and time elements.

***Methodology for Determining Cumulative Number of Reported Claims***

A claim file is created when the Company is notified of an actual demand for payment, notified of an event that may lead to a demand for payment or when it is determined that a demand for payment could possibly lead to a future demand for payment on another coverage on the same policy or on another policy. The cumulative number of reported claims is predominately measured at a coverage level by occurrence, with the exception of our Specialty Commercial operating unit which is predominately measured at the claim level. Reported occurrences that do not result in a liability are included in reported claims. The Company does not generate claim counts for ceded business.

***Incurred & Paid Claims Development Disclosures***

The following tables provide information about incurred and cumulative paid losses and allocated loss adjustment expenses ("ALAE"), net of reinsurance for our three reportable segments, our Specialty Commercial Segment, our Standard Commercial Segment and our Personal Segment. The incurred and paid losses by accident year information presented for all segments in the below tables for calendar years prior to 2016 is required supplementary information and is unaudited. The following tables also include IBNR reserves plus expected development on reported claims and the cumulative number of reported claims as of December 31, 2017 ($ in thousands):

F-27

APP. 0100

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**Specialty Commercial Segment**

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | | IBNR | Cumulative Number of Reported Claims |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2017 | 2017 |
| 2008 | $55,617 | $56,150 | $58,143 | $57,923 | $ 56,579 | $ 55,157 | $ 55,425 | $ 55,457 | $ 55,864 | $ 56,272 | $ (534) | 7,373 |
| 2009 | | 60,950 | 62,679 | 61,196 | 59,471 | 59,831 | 59,635 | 59,988 | 61,361 | 61,761 | 60 | 5,459 |
| 2010 | | | 74,187 | 78,089 | 75,695 | 77,593 | 78,003 | 77,972 | 77,631 | 78,253 | 900 | 5,001 |
| 2011 | | | | 88,679 | 87,558 | 91,059 | 90,713 | 89,737 | 87,793 | 87,833 | 1,102 | 5,790 |
| 2012 | | | | | 106,371 | 111,253 | 111,841 | 115,709 | 116,320 | 117,925 | 1,094 | 7,339 |
| 2013 | | | | | | 140,546 | 135,114 | 137,230 | 143,983 | 150,177 | 1,742 | 9,210 |
| 2014 | | | | | | | 144,996 | 133,464 | 138,842 | 144,728 | 1,260 | 10,076 |
| 2015 | | | | | | | | 147,304 | 146,610 | 162,616 | 8,213 | 10,826 |
| 2016 | | | | | | | | | 151,494 | 157,836 | 21,557 | 11,358 |
| 2017 | | | | | | | | | | 170,622 | 64,261 | 10,227 |
| | | | | | | | | | Total | $1,188,023 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 2008 | $24,134 | $37,803 | $44,903 | $51,280 | $53,723 | $53,577 | $54,080 | $ 54,909 | $ 55,372 | $ 56,094 |
| 2009 | | 21,259 | 34,411 | 45,757 | 53,135 | 56,791 | 57,641 | 59,149 | 60,785 | 61,202 |
| 2010 | | | 24,818 | 45,234 | 58,139 | 68,625 | 73,398 | 74,513 | 75,787 | 76,906 |
| 2011 | | | | 27,454 | 53,509 | 71,697 | 80,004 | 83,787 | 84,936 | 85,845 |
| 2012 | | | | | 37,655 | 60,923 | 82,066 | 97,680 | 109,060 | 113,909 |
| 2013 | | | | | | 40,475 | 76,366 | 101,725 | 126,025 | 139,759 |
| 2014 | | | | | | | 42,097 | 73,631 | 99,521 | 123,649 |
| 2015 | | | | | | | | 39,515 | 74,906 | 125,514 |
| 2016 | | | | | | | | | 41,397 | 84,616 |
| 2017 | | | | | | | | | | 45,477 |
| | | | | | | | | | Total | $912,971 |
| | | | | | | All outstanding liabilities before 2008, net of reinsurance | | | 384 |
| | | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | $275,436 |

F-28

APP. 0101

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**Standard Commercial Segment**

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | | IBNR | Cumulative Number of Reported Claims |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2017 | 2017 |
| 2008 | $49,452 | $47,557 | $46,762 | $45,556 | $42,758 | $41,597 | $40,387 | $40,001 | $39,195 | $ 38,294 | $ 701 | 3,256 |
| 2009 | | 44,719 | 45,674 | 46,772 | 46,778 | 45,970 | 44,159 | 43,851 | 43,107 | 42,168 | 1,082 | 2,635 |
| 2010 | | | 45,263 | 45,235 | 44,847 | 43,164 | 43,459 | 42,426 | 42,175 | 42,880 | 1,265 | 2,914 |
| 2011 | | | | 60,236 | 56,489 | 55,156 | 49,268 | 47,266 | 47,423 | 46,841 | 2,038 | 4,370 |
| 2012 | | | | | 51,998 | 52,554 | 48,222 | 45,990 | 44,272 | 42,986 | 2,505 | 3,219 |
| 2013 | | | | | | 55,482 | 57,528 | 56,703 | 53,174 | 52,076 | 4,317 | 3,920 |
| 2014 | | | | | | | 55,488 | 55,808 | 53,568 | 53,882 | 5,602 | 3,555 |
| 2015 | | | | | | | | 49,571 | 49,857 | 50,053 | 8,768 | 3,165 |
| 2016 | | | | | | | | | 46,880 | 48,182 | 11,673 | 2,779 |
| 2017 | | | | | | | | | | 41,393 | 18,099 | 2,330 |
| | | | | | | | | | Total | $458,755 | | |

| | Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 2008 | $17,182 | $25,624 | $29,058 | $32,523 | $34,056 | $34,762 | $35,360 | $36,276 | $36,859 | $ 37,002 |
| 2009 | | 15,242 | 28,313 | 32,075 | 35,818 | 38,316 | 40,389 | 40,575 | 40,629 | 40,835 |
| 2010 | | | 21,302 | 28,342 | 30,957 | 33,428 | 37,166 | 39,115 | 39,706 | 40,937 |
| 2011 | | | | 24,899 | 35,119 | 38,909 | 40,301 | 41,140 | 42,441 | 43,680 |
| 2012 | | | | | 23,445 | 32,203 | 34,789 | 37,191 | 38,526 | 40,408 |
| 2013 | | | | | | 23,123 | 36,411 | 41,809 | 44,475 | 46,756 |
| 2014 | | | | | | | 24,255 | 37,122 | 41,514 | 45,779 |
| 2015 | | | | | | | | 19,085 | 34,245 | 38,302 |
| 2016 | | | | | | | | | 21,508 | 32,006 |
| 2017 | | | | | | | | | | 16,755 |
| | | | | | | | | | Total | $ 382,460 |
| | | | | All outstanding liabilities before 2008, net of reinsurance | | | | | 1,824 |
| | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | | $ 78,119 |

F-29

APP. 0102

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**Personal Segment**

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance** — As of December 31,

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | | IBNR 2017 | Cumulative Number of Reported Claims 2017 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | | |
| 2008 | $36,247 | $36,976 | $38,329 | $39,412 | $39,793 | $40,170 | $40,239 | $40,324 | $40,369 | $ 40,401 | $  - | 17,354 |
| 2009 | | 40,436 | 42,092 | 46,244 | 47,977 | 48,930 | 49,694 | 49,772 | 49,891 | 49,971 | - | 21,054 |
| 2010 | | | 63,862 | 78,294 | 80,765 | 84,724 | 83,903 | 84,252 | 84,591 | 84,808 | - | 30,180 |
| 2011 | | | | 75,746 | 77,652 | 87,810 | 86,757 | 86,804 | 86,948 | 86,853 | - | 31,614 |
| 2012 | | | | | 58,604 | 73,795 | 70,552 | 71,513 | 72,042 | 72,037 | - | 23,938 |
| 2013 | | | | | | 55,706 | 59,132 | 60,100 | 60,211 | 60,379 | 69 | 23,468 |
| 2014 | | | | | | | 5,452 | 5,340 | 6,243 | 6,699 | 239 | 19,297 |
| 2015 | | | | | | | | 23,104 | 25,682 | 25,307 | 642 | 23,512 |
| 2016 | | | | | | | | | 32,260 | 32,893 | 1,309 | 24,988 |
| 2017 | | | | | | | | | | 23,342 | 4,253 | 17,532 |
| | | | | | | | | | Total | $482,690 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 2008 | $20,005 | $32,555 | $36,782 | $38,925 | $39,511 | $40,210 | $40,309 | $40,323 | $40,347 | $ 40,404 |
| 2009 | | 23,306 | 37,621 | 44,689 | 47,967 | 49,287 | 49,539 | 49,704 | 49,853 | 49,957 |
| 2010 | | | 38,643 | 67,755 | 75,199 | 82,624 | 83,511 | 84,111 | 84,556 | 84,717 |
| 2011 | | | | 46,416 | 67,939 | 83,497 | 85,533 | 86,217 | 86,593 | 86,660 |
| 2012 | | | | | 37,860 | 64,278 | 68,849 | 70,807 | 71,995 | 72,055 |
| 2013 | | | | | | 45,901 | 54,514 | 58,047 | 59,775 | 60,277 |
| 2014 | | | | | | | 2,515 | 4,418 | 5,631 | 6,428 |
| 2015 | | | | | | | | 11,570 | 22,281 | 24,262 |
| 2016 | | | | | | | | | 21,669 | 30,646 |
| 2017 | | | | | | | | | | 15,776 |
| | | | | | | | | | **Total** | $471,182 |

**All outstanding liabilities before 2008, net of reinsurance** (3)

**Liabilities for claims and claim adjustment expenses, net of reinsurance** $ 11,505

F-30

APP. 0103

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The reconciliation of the net incurred and paid development tables to the liability for unpaid losses and LAE in our Consolidated Balance Sheets is as follows (in thousands):

|  | 2017 | 2016 |
|---|---|---|
| **Net outstanding liabilities for losses and LAE** | | |
| Specialty Commercial Segment | $ 275,436 | $ 252,602 |
| Standard Commercial Segment | 78,119 | 82,222 |
| Personal Segment | 11,505 | 15,544 |
| Liabilities for unpaid losses and allocated loss adjustment expenses, net of reinsurance | 365,060 | 350,368 |
| **Reinsurance recoverable on unpaid losses and LAE** | | |
| Specialty Commercial Segment | 137,975 | 102,597 |
| Standard Commercial Segment | 6,051 | 8,540 |
| Personal Segment | 10,586 | 12,100 |
| Total reinsurance recoverable on unpaid losses and LAE | 154,612 | 123,237 |
| **Unallocated loss adjustment expenses** | | |
| Specialty Commercial Segment | 3,377 | 3,831 |
| Standard Commercial Segment | 3,153 | 3,031 |
| Personal Segment | 898 | 1,100 |
| Total unallocated loss adjustment expenses | 7,428 | 7,962 |
| Total reserves for unpaid losses and loss adjustment expenses | $ 527,100 | $ 481,567 |

*Claims Duration*

The following table provides supplementary unaudited information about the annual percentage payout of incurred losses and ALAE, net of reinsurance, as of December 31, 2017:

| | Average Annual Percentage Payout of Incurred Claims by Age, Net of Reinsurance (1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Specialty Commercial Segment | 30.5% | 23.9% | 19.0% | 13.1% | 6.6% | 1.6% | 1.5% | 1.8% | 0.7% | 1.3% |
| Standard Commercial Segment | 45.1% | 23.7% | 8.1% | 6.5% | 4.7% | 3.7% | 1.5% | 1.8% | 1.0% | 1.7% |
| Personal Segment | 52.0% | 28.6% | 10.8% | 5.6% | 1.3% | 0.7% | 0.3% | 0.2% | 0.1% | 0.4% |

(1) The average annual percentage payout is calculated from a paid losses and ALAE development pattern based on an actuarial analysis of the paid losses and ALAE movements by accident year for each disaggregation category. The paid losses and ALAE development pattern provides the expected percentage of ultimate losses and ALAE to be paid in each year. The pattern considers all accident years included in the claims development tables.

F-31

APP. 0104

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**7.  Reinsurance**:

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2017 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for each of the last three years (in thousands):

|  | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| **Premium Written :** | | | | | | |
| Direct | $ | 601,780 | $ | 549,077 | $ | 514,223 |
| Assumed | | 2,376 | | - | | - |
| Ceded | | (238,573) | | (187,248) | | (157,279) |
| | $ | 365,583 | $ | 361,829 | $ | 356,944 |
| **Premium Earned:** | | | | | | |
| Direct | $ | 567,089 | $ | 524,229 | $ | 494,643 |
| Assumed | | 1,680 | | - | | - |
| Ceded | | (207,732) | | (170,859) | | (145,562) |
| | $ | 361,037 | $ | 353,370 | $ | 349,081 |
| Reinsurance recoveries | $ | 144,948 | $ | 116,057 | $ | 89,892 |

Included in reinsurance recoverable on the consolidated balance sheets are paid loss recoverables of $28.2 million and $24.4 million as of December 31, 2017 and 2016, respectively.

**8.  Revolving Credit Facility and Notes Payable**:

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, reinstated the credit facility with Frost which expired by its terms on April 30, 2015. The Second Restated Credit Agreement also amended certain provisions of the credit facility and restated the agreement with Frost in its entirety.  The Second Restated Credit Agreement provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility, which expires on June 30, 2018. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  All principal and accrued interest on Facility A becomes due and payable on June 30, 2018. As of December 31, 2017, we had no outstanding borrowings under Facility A.

On December 17, 2015, we entered into a First Amendment to Second Restated Credit Agreement and a Revolving Facility B Agreement (the "Facility B Agreement") with Frost to provide a new $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. On November 1, 2016, we amended the Facility B Agreement with Frost to extend by one year the termination date for draws under Facility B and the maturity date for amounts outstanding thereunder. We paid Frost a commitment fee of $75,000 when Facility B was established and an additional $30,000 fee when Facility B was extended. On December 20, 2017, we entered into a Second Amendment to Second Restated Credit Agreement and a Second Amendment to Revolving Facility B Agreement with Frost. The Second Amendment to Second Restated Credit Agreement revised certain definitions in the Second Restated Credit Agreement. The Second Amendment to Revolving Facility B Agreement amended the Revolving Facility B Agreement to further extend by one year the termination date for draws thereunder and the maturity date for amounts outstanding thereunder.  During the fourth quarter of 2017 we accrued a $30,000 fee payable to Frost when Facility B was extended.

F-32

APP. 0105

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. As amended, we may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of December 31, 2017, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with or have obtained a waiver of all of these covenants.

9.    **Subordinated Debt Securities**:

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Hallmark Statutory Trust I ("Trust I") as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of December 31, 2017, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 4.84% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Hallmark Statutory Trust II ("Trust II") as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. Our Trust II subordinated debt securities bore an initial interest rate of 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollateralized and do not require maintenance of minimum financial covenants. As of December 31, 2017, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 4.49% per annum.

10.   **Segment Information**:

We pursue our business activities primarily through subsidiaries whose operations are organized into producing units and are supported by our insurance carrier subsidiaries. Our non-carrier insurance activities are organized by operating units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Contract Binding operating unit is comprised of our HSU, PAAC and TGASRI subsidiaries. Our Specialty Commercial operating unit is comprised of our Aerospace Insurance Managers, ASRI, ACMG, HXS and HDS subsidiaries.

APP. 0106

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

*Standard Commercial Segment.* The Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies. Our Standard Commercial P&C operating unit is comprised of our American Hallmark Insurance Services and ECM subsidiaries. Our Workers Compensation operating unit is comprised of our TBIC Holdings, TBIC and TBICRM subsidiaries.

*Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit is comprised of AHGA and HCS.

The retained premium produced by these reportable segments is supported by our AHIC, HSIC, HIC, HNIC and TBIC insurance company subsidiaries. In addition, control and management of HCM is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

F-34

APP. 0107

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following is additional business segment information for the twelve months ended December 31, 2017, 2016 and 2015 (in thousands):

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Specialty Commercial Segment | $ | 277,946 | $ | 255,897 | $ | 249,910 |
| Standard Commercial Segment | | 70,302 | | 71,966 | | 76,864 |
| Personal Segment | | 40,462 | | 49,826 | | 45,538 |
| Corporate | | (3,189) | | (1,737) | | 90 |
| Consolidated | $ | 385,521 | $ | 375,952 | $ | 372,402 |
| | | | | | | |
| **Depreciation and Amortization Expense** | | | | | | |
| Specialty Commercial Segment | $ | 2,796 | $ | 2,579 | $ | 2,537 |
| Standard Commercial Segment | | 294 | | 101 | | 136 |
| Personal Segment | | 1,258 | | 1,070 | | 779 |
| Corporate | | 367 | | 144 | | 64 |
| Consolidated | $ | 4,715 | $ | 3,894 | $ | 3,516 |
| | | | | | | |
| **Interest Expense** | | | | | | |
| Specialty Commercial Segment | $ | - | $ | - | $ | - |
| Standard Commercial Segment | | - | | - | | - |
| Personal Segment | | - | | - | | - |
| Corporate | | 4,512 | | 4,549 | | 3,906 |
| Consolidated | $ | 4,512 | $ | 4,549 | $ | 3,906 |
| | | | | | | |
| **Tax (Benefit) Expense** | | | | | | |
| Specialty Commercial Segment | $ | (4,382) | $ | 7,886 | $ | 11,609 |
| Standard Commercial Segment | | 3,849 | | 3,011 | | 1,436 |
| Personal Segment | | (676) | | (3,821) | | (1,345) |
| Corporate | | (3,810) | | (5,124) | | (1,677) |
| Consolidated | $ | (5,019) | $ | 1,952 | $ | 10,023 |
| | | | | | | |
| **Pre-tax income (loss)** | | | | | | |
| Specialty Commercial Segment | $ | 2,012 | $ | 24,417 | $ | 40,277 |
| Standard Commercial Segment | | 2,440 | | 8,866 | | 6,687 |
| Personal Segment | | (3,058) | | (6,839) | | (885) |
| Corporate | | (17,966) | | (17,966) | | (14,193) |
| Consolidated | $ | (16,572) | $ | 8,478 | $ | 31,886 |

F-35

APP. 0108

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following is additional business segment information as of the following dates (in thousands):

| | December 31 | | | |
| --- | --- | --- | --- | --- |
| | **2017** | | **2016** | |
| Assets | | | | |
| Specialty Commercial Segment | $ | 810,133 | $ | 734,763 |
| Standard Commercial Segment | | 162,152 | | 164,295 |
| Personal Segment | | 232,441 | | 241,686 |
| Corporate | | 26,400 | | 21,716 |
| Consolidated | $ | 1,231,126 | $ | 1,162,460 |

**11. Earnings Per Share:**

We have adopted the provisions of ASC 260, "Earnings Per Share," requiring presentation of both basic and diluted earnings per share. A reconciliation of the numerators and denominators of the basic and diluted per share calculations is presented below (in thousands, except per share amounts):

| | **2017** | | **2016** | | **2015** | |
| --- | --- | --- | --- | --- | --- | --- |
| Numerator for both basic and diluted earnings per share: | | | | | | |
| Net (loss) income | $ | (11,553) | $ | 6,526 | $ | 21,863 |
| | | | | | | |
| Denominator, basic shares | | 18,343 | | 18,780 | | 19,211 |
| Effect of dilutive securities: | | | | | | |
| Stock-based compensation awards | | - | | 161 | | 194 |
| Denominator, diluted shares | | 18,343 | | 18,941 | | 19,405 |
| | | | | | | |
| Basic earnings per share: | $ | (0.63) | $ | 0.35 | $ | 1.14 |
| | | | | | | |
| Diluted earnings per share: | $ | (0.63) | $ | 0.34 | $ | 1.13 |

We had 406,731 shares, 272,500 shares and 267,500 shares of common stock potentially issuable upon exercise of employee stock options for years ended December 31, 2017, 2016 and 2015, respectively, that were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive. These instruments expire at varying times from 2018 to 2020.

F-36

APP. 0109

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**12. Regulatory Capital Restrictions:**

Hallmark, as a holding company, is dependent on dividend payments and management fees from its subsidiaries to fund its operating expenses, debt obligations and capital needs, including the ability to pay dividends to its stockholders. Hallmark has never paid dividends on its common stock. Hallmark intends to continue this policy for the foreseeable future in order to retain earnings for development of its business. There are no regulatory or contractual restrictions on the ability of Hallmark to pay dividends other than customary default provisions and the impact of any dividend payment on financial ratio covenants in certain credit agreements. However, there are restrictions on the ability of Hallmark's insurance carrier subsidiaries to transfer funds to the holding company. The amount of retained earnings that is unrestricted for the payment of dividends by Hallmark to its shareholders was $63.7 million as of December 31, 2017.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net investment income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2018, the aggregate ordinary dividend capacity of these subsidiaries is $27.6 million, of which $19.7 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2017 and 2016 our insurance company subsidiaries paid $11.4 million and $10.5 million, respectively, in dividends to Hallmark. The total restricted net assets of our insurance company subsidiaries as of December 31, 2017, was $187.4 million.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. Our insurance subsidiaries did not pay management fees to Hallmark and our non-insurance company subsidiaries during 2017. The net amount paid in management fees by our insurance subsidiaries to Hallmark and our non-insurance company subsidiaries was $1.1 million and $1.3 million during 2016 and 2015, respectively.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2017 and 2016, our insurance company subsidiaries reported statutory capital and surplus of $233.3 million and $248.4 million, respectively, substantially greater than the minimum requirements for each state. For the years ended December 31, 2017, 2016, 2015, respectively, our insurance company subsidiaries reported statutory net income of $1.9 million, $8.7 million and $24.6 million, respectively.

The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2017, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

F-37

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**13.** **Share-based Payment Arrangements:**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of December 31, 2017, there were outstanding incentive stock options to purchase 147,574 shares of our common stock, non-qualified stock options to purchase 259,157 shares of our common stock and restricted stock units representing the right to receive up to 77,640 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of December 31, 2017, restricted stock units representing the right to receive up to 501,029 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of December 31, 2017.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vest 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminate five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. One grant of 25,000 incentive stock options in 2010 vests in equal annual increments on each of the first three anniversary dates and terminates ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vests in equal annual increments on each of the first seven anniversary dates and terminates ten years from the date of grant.

A summary of the status of our stock options as of December 31, 2017 and changes during the year then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Instrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2017 | 624,231 | $ 9.14 | | |
| Granted | - | | | |
| Exercised | (35,000) | $ 6.61 | | |
| Forfeited or expired | (182,500) | $ 12.49 | | |
| Outstanding at December 31, 2017 | 406,731 | $ 7.85 | 1.2 | $ 1,142 |
| Exercisable at December 31, 2017 | 406,731 | $ 7.85 | 1.2 | $ 1,142 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| Intrinsic value of options exercised | $ 163 | $ 250 | $ 393 |
| Cost of share-based payments (non-cash) | $ - | $ 38 | $ 157 |
| Income tax benefit of share-based payments recognized in income | $ - | $ 8 | $ 30 |

F-38

APP. 0111

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

As of December 31, 2017, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during 2017, 2016 or 2015.

**Restricted Stock Units:**

Restricted stock units awarded under the 2005 LTIP and 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units generally vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant. If and to the extent specified performance criteria have been achieved, one grant of restricted stock units granted on September 8, 2014 will vest on March 31, 2018.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. In addition, certain restricted stock unit grants contain an additional performance criteria related to the attainment of an average combined ratio percentage over the vesting period. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016 and 2017 was $11.10, $11.41 and $10.20 per unit, respectively. We incurred compensation expense (benefit) of $149 thousand, ($156) thousand and $226 thousand related to restricted stock units during the year ended December 31, 2017, 2016 and 2015, respectively. We recorded income tax benefit (expense) of $52 thousand, ($55) thousand and $79 thousand related to restricted stock units during the year ended December 31, 2017,2016 and 2015, respectively.

The following table details the status of our restricted stock units as of and for the years ended December 31, 2017, 2016 and 2015:

| | Number of Restricted Stock Units | | |
| --- | --- | --- | --- |
| | 2017 | 2016 | 2015 |
| Nonvested at January 1 | 296,574 | 296,571 | 285,216 |
| Granted | 138,712 | 122,770 | 103,351 |
| Vested | (5,998) | (7,144) | (8,616) |
| Forfeited | (43,509) | (115,623) | (83,380) |
| Nonvested at December 31 | 385,779 | 296,574 | 296,571 |

As of December 31, 2017, there was $1.9 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $0.6 million of compensation cost related to unvested restricted stock units, of which $0.3 million is expected to be recognized in 2018, $0.2 million is expected to be recognized in 2019 and $0.1 million is expected to be recognized in 2020.

APP. 0112

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

14. **Retirement Plans:**

Certain employees of the Standard Commercial Segment were participants in a defined cash balance plan covering all full-time employees who had completed at least 1,000 hours of service. This plan was frozen in March 2001 in anticipation of distribution of plan assets to members upon plan termination. All participants were vested when the plan was frozen.

The following tables provide detail of the changes in benefit obligations, components of benefit costs, weighted-average assumptions, and plan assets for the retirement plan as of and for the twelve months ending December 31, 2017, 2016 and 2015 (in thousands) using a measurement date of December 31.

F-40

APP. 0113

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| **Assumptions (end of period):** | | | | | | |
| Discount rate used in determining benefit obligation | | 3.45% | | 3.88% | | 4.12% |
| Rate of compensation increase | | N/A | | N/A | | N/A |
| | | | | | | |
| **Reconciliation of funded status (end of period):** | | | | | | |
| Accumulated benefit obligation | $ | (12,758) | $ | (12,618) | $ | (12,915) |
| | | | | | | |
| Projected benefit obligation | $ | (12,758) | $ | (12,618) | $ | (12,915) |
| Fair value of plan assets | | 11,153 | | 10,415 | | 10,419 |
| Funded status | $ | (1,605) | $ | (2,203) | $ | (2,496) |
| | | | | | | |
| Net actuarial loss | | (3,554) | | (4,102) | | (3,957) |
| Accumulated other comprehensive loss | | (3,554) | | (4,102) | | (3,957) |
| Prepaid pension cost | | 1,949 | | 1,899 | | 1,461 |
| | | | | | | |
| Net amount recognized as of December 31 | $ | (1,605) | $ | (2,203) | $ | (2,496) |
| | | | | | | |
| **Changes in projected benefit obligation:** | | | | | | |
| Benefit obligation as of beginning of period | $ | 12,618 | $ | 12,915 | $ | 13,909 |
| Interest cost | | 471 | | 512 | | 518 |
| Actuarial liability loss/(gain) | | 554 | | 19 | | (646) |
| Benefits paid | | (885) | | (828) | | (866) |
| | | | | | | |
| Benefit obligation as of end of period | $ | 12,758 | $ | 12,618 | $ | 12,915 |
| | | | | | | |
| **Change in plan assets:** | | | | | | |
| Fair value of plan assets as of beginning of period | $ | 10,415 | $ | 10,419 | $ | 11,290 |
| Actual return on plan assets (net of expenses) | | 1,623 | | 415 | | (5) |
| Employer contributions | | - | | 409 | | - |
| Benefits paid | | (885) | | (828) | | (866) |
| | | | | | | |
| Fair value of plan assets as of end of period | $ | 11,153 | $ | 10,415 | $ | 10,419 |
| | | | | | | |
| **Net periodic pension cost:** | | | | | | |
| Service cost - benefits earned during the period | $ | - | $ | - | $ | - |
| Interest cost on projected benefit obligation | | 471 | | 512 | | 518 |
| Expected return on plan assets | | (646) | | (653) | | (701) |
| Recognized actuarial loss | | 126 | | 112 | | 103 |
| | | | | | | |
| Net periodic pension cost | $ | (49) | $ | (29) | $ | (80) |
| | | | | | | |
| Discount rate | | 3.88% | | 4.12% | | 3.86% |
| Expected return on plan assets | | 6.50% | | 6.50% | | 6.50% |
| Rate of compensation increase | | N/A | | N/A | | N/A |

F-41

APP. 0114

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

Estimated future benefit payments by fiscal year (in thousands):

| | | |
|---|---|---|
| 2018 | $ | 882 |
| 2019 | $ | 876 |
| 2020 | $ | 864 |
| 2021 | $ | 866 |
| 2022 | $ | 851 |
| 2023-2027 | $ | 4,001 |

As of December 31, 2017, the fair value of the plan assets was composed of cash and cash equivalents of $0.4 million, debt securities of $3.6 million and equity securities of $7.2 million.

Our investment objectives are to preserve capital and to achieve long-term growth through a favorable rate of return equal to or greater than 5% over the long-term (60 year) average inflation rate as measured by the consumer price index. The objective of the equity portion of the portfolio is to achieve a return in excess of the Standard & Poor's 500 index. The objective of the fixed income portion of the portfolio is to add stability, consistency, safety and total return to the total fund portfolio.

We prohibit investments in options, futures, precious metals, short sales and purchase on margin. We also restrict the investment in fixed income securities to "A" rated or better and restrict investments in common stocks to only those that are listed and actively traded on one or more of the major United States stock exchanges, including NASDAQ. We manage to an asset allocation of 45% to 75% in equity securities. An investment in any single stock issue is restricted to 5% of the total portfolio value and 90% of the securities held in mutual or commingled funds must meet the criteria for common stocks.

To develop the expected long-term rate of return on assets assumption, we consider the historical returns and the future expectations for returns for each asset class, as well as the target asset allocation of the pension portfolio. This resulted in the selection of the 6.5% long-term rate of return on assets assumption. The expected return on plan assets uses the fair market value as of December 31, 2017. To develop the discount rate used in determining the benefit obligation we used the BPS&M AA Pension Discount Curve at the measurement date to match the timing and amounts of projected future benefits. A corridor approach is used to amortize actuarial gains and losses. We are applying the 10% threshold set forth in ASC 715. In addition, since all accrued benefits under the plan are frozen, we are amortizing the unrecognized gains and losses outside of the corridor by the average life expectancy of the plan participants.

We expect that we will not be required to make a contribution to the defined benefit cash balance plan during 2018. We expect our 2018 periodic pension cost to be $(164) thousand, the components of which are interest cost of $424 thousand, expected return on plan assets of ($694) thousand and amortization of actuarial loss of $106 thousand.

The following table shows the weighted-average asset allocation for the defined benefit cash balance plan held as of December 31, 2017 and 2016.

| | December 31 | |
|---|---|---|
| | **2017** | **2016** |
| Asset Category: | | |
| Debt securities | 32% | 33% |
| Equity securities | 64% | 64% |
| Other | 4% | 3% |
| Total | 100% | 100% |

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. (See Note 3.)

F-42

APP. 0115

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

The following table presents, for each of the fair value hierarchy levels, our plan assets that are measured at fair value on a recurring basis at December 31, 2017 and December 31, 2016 (in thousands).

| | As of December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ - | $ 3,586 | $ - | $ 3,586 |
| Equity securities | 7,156 | - | - | 7,156 |
| Total | $ 7,156 | $ 3,586 | $ - | $ 10,742 |

| | As of December 31, 2016 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ - | $ 3,438 | $ - | $ 3,438 |
| Equity securities | 6,653 | - | - | 6,653 |
| Total | $ 6,653 | $ 3,438 | $ - | $ 10,091 |

Our plan assets also include cash and cash equivalents of $0.4 million and $0.3 million at December 31, 2017 and 2016, respectively, and are carried at cost which approximates fair value.

We sponsor a defined contribution plan. Under this plan, employees may contribute a portion of their compensation on a tax-deferred basis, and we may contribute a discretionary amount each year. We contributed $0.2 million, $0.4 million and $0.3 million for the years ended December 31, 2017, 2016 and 2015, respectively.

F-43

APP. 0116

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**15. Income Taxes:**

The composition of deferred tax assets and liabilities and the related tax effects as of December 31, 2017 and 2016, are as follows (in thousands):

| | 2017 | 2016 |
|---|---|---|
| Deferred tax liabilities: | | |
| Deferred policy acquisition costs | $ (3,361) | $ (6,717) |
| Net unrealized holding gain on investments | (4,688) | (7,395) |
| Agency relationship | (28) | (56) |
| Intangible assets | (2,476) | (4,623) |
| Goodwill | (357) | (559) |
| Bond amortization | (111) | - |
| Fixed assets | (860) | (1,106) |
| Other | (303) | (435) |
| Total deferred tax liabilities | (12,184) | (20,891) |
| | | |
| Deferred tax assets: | | |
| Unearned premiums | 6,901 | 11,184 |
| Amortization of non-compete agreements | 107 | 238 |
| Pension liability | 746 | 1,436 |
| Net operating loss carry-forward | 200 | 319 |
| Unpaid loss and loss adjustment expense | 3,422 | 6,208 |
| Rent reserve | 158 | 247 |
| Bond amortization | - | 434 |
| Bonus accrual | 302 | 291 |
| Investment impairments | 1,956 | 1,419 |
| Other | 329 | 480 |
| Total deferred tax assets | 14,121 | 22,256 |
| | | |
| Deferred federal income taxes, net | $ 1,937 | $ 1,365 |

We concluded that no valuation allowance was necessary to provide against our deferred tax assets as of December 31, 2017.

F-44

APP. 0117

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

A reconciliation of the income tax provisions based on the 35% statutory tax rate to the provision reflected in the consolidated financial statements for the years ended December 31, 2017, 2016 and 2015, is as follows (in thousands):

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Computed expected income tax (benefit) expense at statutory tax rate | $ (5,800) | $ 2,967 | $ 11,160 |
| Meals and entertainment | 81 | 81 | 32 |
| Tax exempt interest | (987) | (1,164) | (1,259) |
| Dividends received deduction | (196) | (133) | (141) |
| State taxes (net of federal benefit) | 165 | 203 | 176 |
| Tax law change | 1,276 | - | - |
| True up bond amortization | 464 | - | - |
| Other | (22) | (2) | 55 |
| Income tax (benefit) expense | $ (5,019) | $ 1,952 | $ 10,023 |
| Current income tax (benefit) expense | $ (3,444) | $ 1,547 | $ 11,053 |
| Deferred tax (benefit) expense | (1,575) | 405 | (1,030) |
| Income tax (benefit) expense | $ (5,019) | $ 1,952 | $ 10,023 |

We have available, for federal income tax purposes, unused net operating loss of $1.0 million at December 31, 2017. The losses were acquired as part of the HIC and HCM acquisitions and may be used to offset future taxable income. Utilization of the losses is limited under Internal Revenue Code Section 382. The Internal Revenue Code provides that effective with tax years beginning September 1997, the carry-back and carry-forward periods are 2 years and 20 years, respectively, with respect to newly generated operating losses. The net operating losses will expire if unused, as follows (in thousands):

| Year | |
|---|---|
| 2022 | $ 553 |
| 2028 | 2 |
| 2029 | 25 |
| 2031 | 45 |
| 2032 | 77 |
| 2033 | 73 |
| 2034 | 59 |
| 2035 | 33 |
| 2036 | 50 |
| 2037 | 37 |
| | $ 954 |

We are no longer subject to U.S. federal, state, local or non-U.S. income tax examinations by tax authorities for years prior to 2014. The Company recognizes interest and penalties related to uncertain tax positions in income tax expense. There were no uncertain tax positions at December 31, 2017.

F-45

APP. 0118

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

16. **Commitments and Contingencies:**

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2022. Certain of these leases contain renewal options. Rental expense amounted to $2.8 million, $2.5 million and $2.2 million for the years ended December 31, 2017, 2016, and 2015, respectively.

Future minimum lease payments under non-cancelable operating leases as of December 31, 2017 are as follows (in thousands):

| Year | | |
|---|---|---:|
| 2018 | $ | 2,398 |
| 2019 | | 2,251 |
| 2020 | | 2,151 |
| 2021 | | 1,155 |
| 2022 | | 507 |
| 2023 and thereafter | | - |
| Total minimum lease payments (a) | $ | 8,462 |

(a) Minimum lease payments have not been reduced by minimum sublease rentals of $35 thousand due in the future under non-cancelable subleases.

From time to time, assessments are levied on us by the guaranty association of the states where we offer our insurance products. Such assessments are made primarily to cover the losses of policyholders of insolvent or rehabilitated insurers. Since these assessments can generally be recovered through a reduction in future premium taxes paid, we capitalize the assessments that can be recovered as they are paid and amortize the capitalized balance against our premium tax expense. We paid assessments of $36 thousand and $0.1 million in 2017 and 2016, respectively.

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

F-46

APP. 0119

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**17.  Changes in Accumulated Other Comprehensive Income Balances:**

The changes in accumulated other comprehensive income balances as of December 31, 2017, 2016, and 2015 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at January 1, 2015 | $ (2,600) | $ 20,401 | $ 17,801 |
| Other comprehensive loss: | | | |
| Change in net actuarial gain | 43 | - | 43 |
| Tax effect on change in net actuarial gain | (15) | - | (15) |
| Unrealized holding losses arising during the period | - | (10,191) | (10,191) |
| Tax effect on unrealized losses arising during the period | - | 3,567 | 3,567 |
| Reclassification adjustment for gains included in net realized gains | - | (5,826) | (5,826) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 2,039 | 2,039 |
| Other comprehensive loss, net of tax | 28 | (10,411) | (10,383) |
| | | | |
| Balance at December 31, 2015 | $ (2,572) | $ 9,990 | $ 7,418 |
| Other comprehensive income: | | | |
| Change in net actuarial loss | (145) | - | (145) |
| Tax effect on change in net actuarial loss | 51 | - | 51 |
| Unrealized holding gains arising during the period | - | 6,019 | 6,019 |
| Tax effect on unrealized gains arising during the period | - | (2,107) | (2,107) |
| Reclassification adjustment for gains included in net realized gains | - | (1,331) | (1,331) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 466 | 466 |
| Other comprehensive income, net of tax | (94) | 3,047 | 2,953 |
| | | | |
| Balance at December 31, 2016 | $ (2,666) | $ 13,037 | $ 10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 548 | - | 548 |
| Tax effect on change in net actuarial gain | (192) | - | (192) |
| Unrealized holding gains arising during the period | - | 9,117 | 9,117 |
| Tax effect on unrealized gains arising during the period | - | (3,191) | (3,191) |
| Reclassification adjustment for gains included in net realized gains | - | (6,799) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 2,380 | 2,380 |
| Other comprehensive income, net of tax | 356 | 1,507 | 1,863 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |

F-47

HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
Years ended December 31, 2017, 2016, and 2015

**18. Concentrations of Credit Risk:**

We maintain cash and cash equivalents in accounts with four financial institutions in excess of the amount insured by the Federal Deposit Insurance Corporation. We monitor the financial stability of the depository institutions regularly and do not believe excessive risk of depository institution failure existed at December 31, 2017.

We are also subject to credit risk with respect to reinsurers to whom we have ceded underwriting risk. Although a reinsurer is liable for losses to the extent of the coverage it assumes, we remain obligated to our policyholders in the event that the reinsurers do not meet their obligations under the reinsurance agreements. In order to mitigate credit risk to reinsurance companies, we monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Most of our reinsurance recoverable balances as of December 31, 2017 were with reinsurers that had an A.M. Best rating of "A-" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

**19. Unaudited Selected Financial Quarterly Information:**

Following is a summary of the unaudited interim results of operations for the years ended December 31, 2017 and 2016 (in thousands, except per share data). In the opinion of management, all adjustments necessary to present fairly the results of operations for such periods have been made.

|  | 2017 | | | | 2016 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Total revenue | $ 96,948 | $ 93,475 | $ 97,723 | $ 97,375 | $ 90,028 | $ 91,052 | $ 97,618 | $ 97,254 |
| Total expense | 91,110 | 98,393 | 99,248 | 113,342 | 84,039 | 89,565 | 90,442 | 103,428 |
| Income (loss) before tax | 5,838 | (4,918) | (1,525) | (15,967) | 5,989 | 1,487 | 7,176 | (6,174) |
| Income tax expense (benefit) | 1,852 | (1,568) | 35 | (5,338) | 1,915 | 421 | 2,128 | (2,512) |
| Net income (loss) | $ 3,986 | $ (3,350) | $ (1,560) | $ (10,629) | $ 4,074 | $ 1,066 | $ 5,048 | $ (3,662) |
| Basic earnings (loss) per share: | $ 0.21 | $ (0.18) | $ (0.09) | $ (0.59) | $ 0.21 | $ 0.06 | $ 0.27 | $ (0.20) |
| Diluted earnings (loss) per share: | $ 0.21 | $ (0.18) | $ (0.09) | $ (0.59) | $ 0.21 | $ 0.06 | $ 0.27 | $ (0.20) |

F-48

APP. 0121

FINANCIAL STATEMENT SCHEDULES

**Schedule II – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**BALANCE SHEETS**
**December 31, 2017 and 2016**
**(In thousands)**

| | 2017 | 2016 |
|---|---:|---:|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost: $150 in 2017) | $ 150 | $ - |
| Cash and cash equivalents | 12,194 | 9,034 |
| Investment in subsidiaries | 344,496 | 363,078 |
| Deferred federal income taxes | 493 | 333 |
| Federal income tax recoverable | 3,914 | 2,756 |
| Other assets | 3,571 | 3,878 |
| Total assets | $ 364,818 | $ 379,079 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $949 in 2017 and $1,001 in 2016) | 55,753 | 55,701 |
| Accounts payable and other accrued expenses | 27,947 | 27,642 |
| | | |
| Total liabilities | 113,700 | 113,343 |
| | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2017 and in 2016 | 3,757 | 3,757 |
| Additional paid-in capital | 123,180 | 123,166 |
| Retained earnings | 136,474 | 148,027 |
| Accumulated other comprehensive income | 12,234 | 10,371 |
| Treasury stock (2,703,803 shares in 2017 and 2,260,849 in 2016), at cost | (24,527) | (19,585) |
| | | |
| Total stockholders' equity | 251,118 | 265,736 |
| | | |
| Total liabilities and stockholders' equity | $ 364,818 | $ 379,079 |

See accompanying report of independent registered public accounting firm.

F-49

FINANCIAL STATEMENT SCHEDULES

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2017, 2016 and 2015**
**(In thousands)**

| | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|
| Investment income, net of expenses | $ | 210 | $ | 70 | $ | 120 |
| Dividend income from subsidiaries | | 11,375 | | 10,500 | | 8,000 |
| Net realized losses | | (759) | | - | | - |
| Management fee income | | 11,896 | | 10,711 | | 10,053 |
| Total revenues | | 22,722 | | 21,281 | | 18,173 |
| Operating expenses | | 10,265 | | 9,878 | | 10,222 |
| Interest expense | | 4,512 | | 4,549 | | 3,906 |
| Total expenses | | 14,777 | | 14,427 | | 14,128 |
| Income before equity in undistributed earnings (loss) of subsidiaries and income tax benefit | | 7,945 | | 6,854 | | 4,045 |
| Income tax benefit | | (947) | | (1,315) | | (1,273) |
| Income before equity in undistributed earnings (loss) of subsidiaries | | 8,892 | | 8,169 | | 5,318 |
| Equity in undistributed share of (loss) earnings in subsidiaries | | (20,445) | | (1,643) | | 16,545 |
| Net (loss) income | $ | (11,553) | $ | 6,526 | $ | 21,863 |
| Comprehensive (loss) income | $ | (9,690) | $ | 9,479 | $ | 11,480 |

See accompanying report of independent registered public accounting firm.

F-50

APP. 0123

FINANCIAL STATEMENT SCHEDULES

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2017, 2016 and 2015**
**(In thousands)**

|  | 2017 | 2016 | 2015 |
|---|---|---|---|
| Cash flows from operating activities: |  |  |  |
| Net (loss) income | $ (11,553) | $ 6,526 | $ 21,863 |
| Adjustments to reconcile net (loss) income to cash provided by (used in) operating activities: |  |  |  |
| Depreciation and amortization expense | 367 | 148 | 65 |
| Deferred income tax (benefit) expense | (160) | 609 | (195) |
| Net realized losses | 759 | - | - |
| Undistributed share of loss (earnings) of subsidiaries | 20,445 | 1,643 | (16,545) |
| Change in current federal income tax (recoverable) payable | (1,158) | (2,828) | 8 |
| Change in all other liabilities | 306 | 1,228 | (7,080) |
| Change in all other assets | 632 | 814 | 188 |
| Net cash provided by (used in) operating activities | 9,638 | 8,140 | (1,696) |
| Cash flows from investing activities: |  |  |  |
| Purchases of property and equipment | (97) | (1,469) | (159) |
| Purchase of investment securities | (1,304) | - | - |
| Capital contribution to subsidiaries | - | - | (30,000) |
| Net cash used in investing activities | (1,401) | (1,469) | (30,159) |
| Cash flows from financing activities: |  |  |  |
| Proceeds from exercise of employee stock options | 231 | 466 | 658 |
| Purchase of treasury shares | (5,308) | (6,117) | (2,532) |
| Activity under revolving credit facility, net | - | - | 30,000 |
| Payment of debt issuance costs | - | - | (96) |
| Net cash (used in) provided by financing activities | (5,077) | (5,651) | 28,030 |
| Increase (decrease) in cash and cash equivalents | 3,160 | 1,020 | (3,825) |
| Cash and cash equivalents at beginning of year | 9,034 | 8,014 | 11,839 |
| Cash and cash equivalents at end of year | $ 12,194 | $ 9,034 | $ 8,014 |
| Supplemental cash flow information: |  |  |  |
| Interest paid | $ 4,506 | $ 4,287 | $ 3,906 |
| Income taxes paid (recovered) | $ 372 | $ 904 | $ (1,086) |

See accompanying report of independent registered public accounting firm.

F-51

FINANCIAL STATEMENT SCHEDULES

**Schedule III - Supplementary Insurance Information**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|
| Segment | Deferred Policy Acquisition Costs | Future Policy Benefits, Losses, Claims, and Loss Adjustment Expenses | Unearned Premiums | Other Policy Claims and Benefits Payable | Premium Revenue | Net Investment Income | Benefits, Claims, Losses and Settlement Expenses | Amortization of Deferred Policy Acquisition Costs | Other Operating Expenses | Net Premiums Written |
| **2017** | | | | | | | | | | |
| Specialty Commercial Segment | $ 8,668 | $ 416,788 | $ 224,903 | $ - | $ 259,086 | $ 16,809 | $ 213,050 | $ 21,600 | $ 57,458 | $ 265,022 |
| Standard Commercial Segment | 6,421 | 87,323 | 37,574 | - | 66,218 | 3,855 | 45,227 | 10,890 | 23,180 | 69,288 |
| Personal Segment | 913 | 22,989 | 14,165 | - | 35,733 | 1,194 | 30,031 | 1,775 | 12,712 | 31,273 |
| Corporate | - | - | - | - | - | (2,984) | - | - | 10,265 | - |
| Consolidated | $ 16,002 | $ 527,100 | $ 276,642 | $ - | $ 361,037 | $ 18,874 | $ 288,308 | $ 34,265 | $ 103,615 | $ 365,583 |
| **2016** | | | | | | | | | | |
| Specialty Commercial Segment | $ 11,961 | $ 358,961 | $ 185,634 | $ - | $ 241,890 | $ 12,962 | $ 169,125 | $ 27,474 | $ 58,678 | $ 249,072 |
| Standard Commercial Segment | 5,849 | 93,793 | 34,334 | - | 67,510 | 3,471 | 41,173 | 12,199 | 22,117 | 68,490 |
| Personal Segment | 1,383 | 28,813 | 21,286 | - | 43,970 | 1,276 | 43,390 | (597) | 13,119 | 44,267 |
| Corporate | - | - | - | - | - | (1,367) | - | - | 11,682 | - |
| Consolidated | $ 19,193 | $ 481,567 | $ 241,254 | $ - | $ 353,370 | $ 16,342 | $ 253,688 | $ 39,076 | $ 105,596 | $ 361,829 |
| **2015** | | | | | | | | | | |
| Specialty Commercial Segment | $ 13,501 | $ 314,975 | $ 161,730 | $ - | $ 237,640 | $ 11,524 | $ 148,664 | $ 23,371 | $ 58,212 | $ 241,775 |
| Standard Commercial Segment | 5,633 | 105,971 | 33,701 | - | 72,613 | 3,623 | 47,071 | 4,237 | 22,820 | 71,097 |
| Personal Segment | 1,232 | 29,932 | 20,976 | - | 38,828 | 1,235 | 34,414 | 5,066 | 12,205 | 44,072 |
| Corporate | - | - | - | - | - | (2,413) | - | - | 10,377 | - |
| Consolidated | $ 20,366 | $ 450,878 | $ 216,407 | $ - | $ 349,081 | $ 13,969 | $ 230,149 | $ 32,674 | $ 103,614 | $ 356,944 |

See accompanying report of independent registered public accounting firm.

APP. 0125

FINANCIAL STATEMENT SCHEDULES

**Schedule IV – Reinsurance**

*(In thousands)*

| Year Ended December 31, 2017 | Column B Gross Amount | Column C Ceded to Other Companies | Column D Assumed from Other Companies | Column E Net Amount | Column F Percentage of Amount Assumed to Net |
|---|---|---|---|---|---|
| Life insurance in force | $ - | $ - | $ - | $ - | |
| | | | | | |
| Premiums | | | | | |
| Life insurance | $ - | $ - | $ - | $ - | |
| Accident and health insurance | - | - | - | - | |
| Property and liability insurance | 567,089 | 207,732 | 1,680 | 361,037 | 0.47% |
| Title Insurance | - | - | - | - | |
| | | | | | |
| Total premiums | $ 567,089 | $ 207,732 | $ 1,680 | $ 361,037 | 0.47% |
| | | | | | |
| **Year Ended December 31, 2016** | | | | | |
| Life insurance in force | $ - | $ - | $ - | $ - | |
| | | | | | |
| Premiums | | | | | |
| Life insurance | $ - | $ - | $ - | $ - | |
| Accident and health insurance | - | - | - | - | |
| Property and liability insurance | 524,229 | 170,859 | - | 353,370 | 0.00% |
| Title Insurance | - | - | - | - | |
| | | | | | |
| Total premiums | $ 524,229 | $ 170,859 | $ - | $ 353,370 | 0.00% |
| | | | | | |
| **Year Ended December 31, 2015** | | | | | |
| Life insurance in force | $ - | $ - | $ - | $ - | |
| | | | | | |
| Premiums | | | | | |
| Life insurance | $ - | $ - | $ - | $ - | |
| Accident and health insurance | - | - | - | - | |
| Property and liability insurance | 494,643 | 145,562 | - | 349,081 | 0.00% |
| Title Insurance | - | - | - | - | |
| | | | | | |
| Total premiums | $ 494,643 | $ 145,562 | $ - | $ 349,081 | 0.00% |

See accompanying report of independent registered public accounting firm.

APP. 0126

FINANCIAL STATEMENT SCHEDULES

**Schedule VI - Supplemental Information Concerning Property-Casualty Insurance Operations**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reserves for Unpaid Claims and Claim | Discount if any, | | | Net | Claims and Claim Adjustment Expenses Incurred Related to | | Amortization of Deferred Policy | Paid Claims and Claims | Net |
| Affiliation With Registrant | Deferred Policy Acquisition Costs | Adjustment Expenses | Deducted In Column C | Unearned Premiums | Earned Premiums | Investment Income | (1) Current Year | (2) Prior Years | Acquisitions Costs | Adjustment Expenses | Premiums Written |
| (a) Consolidated property-casualty Entities | | | | | | | | | | | |
| 2017 | $ 16,002 | $ 527,100 | $  - | $ 276,642 | $ 361,037 | $ 18,874 | 248,203 | $ 40,105 | $ 34,275 | $ 274,150 | $ 365,583 |
| 2016 | $ 19,193 | $ 481,567 | $  - | $ 241,254 | $ 353,370 | $ 16,342 | 246,080 | $ 7,608 | $ 39,076 | $ 243,445 | $ 361,829 |
| 2015 | $ 20,366 | $ 450,878 | $  - | $ 216,407 | $ 349,081 | $ 13,969 | 237,102 | $ (6,953) | $ 32,674 | $ 205,254 | $ 356,944 |

See accompanying report of independent registered public accounting firm.

F-54

Exhibit 21

Subsidiaries of Hallmark Financial Services, Inc.

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| o  Aerospace Claims Management Group, Inc. | Texas |
| o  Aerospace Flight, Inc. | Texas |
| o  Aerospace Holdings, LLC | Texas |
| o  Aerospace Insurance Managers, Inc. | Texas |
| o  Aerospace Special Risk, Inc. | Texas |
| o  American Hallmark General Agency, Inc. | Texas |
|    o  d/b/a Hallmark Specialty Personal Lines | |
| o  American Hallmark Insurance Company of Texas | Texas |
| o  American Hallmark Insurance Services, Inc. | Texas |
|    o  d/b/a Hallmark Commercial Insurance Solutions | |
| o  CYR Insurance Management Company | Texas |
| o  Effective Claims Management, Inc. | Texas |
| o  Hallmark Claims Service, Inc. | Texas |
| o  Hallmark County Mutual Insurance Company* | Texas |
| o  Hallmark Finance Corporation | Texas |
| o  Hallmark Insurance Company | Arizona |
|    o  d/b/a Hallmark American Insurance Company | |
| o  Hallmark National Insurance Company | Arizona |
| o  Hallmark Specialty Insurance Company | Oklahoma |
| o  Hardscrabble Data Solutions, LLC | New Jersey |
| o  Heath XS, LLC | New Jersey |
|    o  d/b/a Hallmark E&S | |
|    o  d/b/a Hallmark E&S Insurance Services, LLC | |
| o  Pan American Acceptance Corporation | Texas |
| o  TBIC Holding Corporation, Inc. | Texas |
| o  TBIC Risk Management, Inc. | Texas |
| o  Texas Builders Insurance Company | Texas |
| o  Hallmark Specialty Underwriters, Inc. | Texas |
| o  TGA Special Risk, Inc. | Texas |

* Controlled through a management agreement.

Exhibit 23(a)

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

We hereby consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-140000), Form S-8 (No. 333-160050) and Form S-8 (No. 333-210078) of Hallmark Financial Services, Inc. of our reports dated March 14, 2018, relating to the consolidated financial statements and financial statement schedules and the effectiveness of Hallmark Financial Services Inc.'s internal control over financial reporting, which appear in this Form 10-K.

/s/ BDO USA, LLP

Dallas, Texas
March 14, 2018

Exhibit 23(b)

**Consent Of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in the following Registration Statements:

(1)  Registration Statement (Form S-8 No. 333-140000) pertaining to Hallmark Financial Services, Inc. 2005 Long Term Incentive Plan;

(2)  Registration Statement (Form S-8 No. 333-160050) pertaining to Hallmark Financial Services, Inc. 2005 Long Term Incentive Plan; and

(3)  Registration Statement (Form S-8 No. 333-210078) pertaining to Hallmark Financial Services, Inc. 2015 Long Term Incentive Plan;

of our report dated March 9, 2017, with respect to the consolidated financial statements and schedules of Hallmark Financial Services, Inc. and subsidiaries, included in this Annual Report (Form 10-K) for the year ended December 31, 2016.

/s/ Ernst & Young, LLP

Fort Worth, Texas
March 14, 2018

Exhibit 31(a)

**CERTIFICATIONS**

I, Naveen Anand, certify that:

1.   I have reviewed this annual report on Form 10-K of Hallmark Financial Services, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.   The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5. The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 14, 2018

/s/ Naveen Anand
Naveen Anand, Chief Executive Officer

Exhibit 31(b)

**CERTIFICATIONS**

I, Jeffrey R. Passmore, certify that:

1. I have reviewed this annual report on Form 10-K of Hallmark Financial Services, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4. The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5. The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

APP. 0129

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 14, 2018

/s/ Jeffrey R. Passmore
Jeffrey R. Passmore, Chief Accounting Officer

---

Exhibit 32(a)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2017, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    March 14, 2018

/s/ Naveen Anand

Naveen Anand,
Chief Executive Officer

---

Exhibit 32(b)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2017, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    March 14, 2018

/s/ Jeffrey R. Passmore

Jeffrey R. Passmore,
Chief Accounting Officer

# Exhibit 3

APP. 0131

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 8-K**

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):                                     **August 7, 2018**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **777 Main Street, Suite 1000, Fort Worth, Texas** | **76102** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**          **Results of Operations and Financial Condition**

On August 7, 2018, the Registrant issued a press release announcing its financial results for the three months and six months ended June 30, 2018. A copy of the Registrant's press release is attached as Exhibit 99.1 to this Current Report.

**Item 9.01**          **Financial Statements and Exhibits**

(c)      Exhibits.

99.1      Press release dated August 7, 2018.

APP. 0133

SIGNATURES

      Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

                HALLMARK FINANCIAL SERVICES, INC.

Date:  August 7, 2018                By: /s/ Jeffrey R. Passmore
                         Jeffrey R. Passmore, Chief Accounting Officer

**Exhibit 99.1**



Hallmark Financial Services, Inc.
777 Main Street, Suite 1000,
Fort Worth, TX 76102
817.348.1600
hallmarkgrp.com

**FOR IMMEDIATE RELEASE**

**HALLMARK FINANCIAL SERVICES, INC.**
**ANNOUNCES SECOND QUARTER 2018 EARNINGS RESULTS**

FORT WORTH, Texas, (August 7, 2018) - Hallmark Financial Services, Inc. (NASDAQ: HALL) today announced results for its second quarter ended June 30, 2018, including the following highlights:

- 2nd quarter 2018 net income of $5.1 million, or $0.28 per diluted share, versus a net loss of ($3.4) million, or ($0.18) per diluted share, for 2nd quarter 2017
- Year-to-date 2018 net income of $5.7 million, or $0.31 per diluted share, versus $0.6 million, or $0.03 per diluted share, for prior year-to-date
- 2nd quarter 2018 operating earnings [1] of $4.7 million, or $0.26 per diluted share, versus ($1.1) million, or ($0.06) per diluted share, for 2nd quarter 2017
- Year-to-date 2018 operating earnings [1] of $9.1 million, or $0.50 per diluted share, versus $1.6 million, or $0.08 per diluted share, for prior year-to-date
- 2nd quarter 2018 net combined ratio of 97.0% versus 105.1% for 2nd quarter 2017
- Year-to-date 2018 net combined ratio of 97.1% versus 101.9% for prior year-to-date
- Year-to-date 2018 gross premiums written of $326.7 million increased 10% from $297.2 million for prior year-to-date
- Year-to-date 2018 net premiums written of $181.3 million declined 4% from $189.4 million for prior year-to-date

[1]   See "Non-GAAP Financial Measures" below

"I am pleased to report continued progress in our results that reflect improvement and momentum from the various actions we have undertaken the past couple of years to address the challenges that had emerged in our commercial and personal auto portfolios. We are also seeing results from our efforts to diversify into new specialty product lines and re-balance the geographic footprint of our book. We reported a net combined ratio of 97.0% for the quarter which was significantly improved from last year and in line with our expectations for the quarter. We continue to see strong rate increases in many of our product lines which contributed to the 7% increase in gross premiums for the quarter," said Naveen Anand, President and Chief Executive Officer.

"Severity and litigation trends in commercial auto continue to be challenging. In addition to having successfully transitioned our claims operations to address the new realities in this line, we continue to drive meaningful rate increases and underwriting actions within our commercial auto portfolio and our more current accident years are performing in line with expectations. We are however, seeing irresponsible new competitors buying their way into the market by underpricing business. We continue to walk away from risks that don't meet our pricing requirements or quality standards," continued Naveen Anand.

Mark E. Schwarz, Executive Chairman of Hallmark, stated, "Book value per share at June 30, 2018 increased to $14.23 compared to $13.82 at December 31, 2017. Year-to-date net investment income was $8.8 million, a 2% decline compared to the prior year-to-date. Total cash and investments was $712.5 million, or $39.45 per share, as of June 30, 2018, a decrease of 2% from $40.12 per share as of December 31, 2017."

**Second Quarter**

| | | 2018 | 2017 | % Change |
|---|---|---|---|---|
| | | *($ in thousands, unaudited)* | | |
| Gross premiums written | | 173,219 | 162,056 | 7% |
| Net premiums written | | 89,846 | 100,894 | -11% |
| Net premiums earned | | 90,978 | 90,707 | 0% |
| Investment income, net of expenses | | 4,406 | 4,587 | -4% |
| Investment (losses) gains, net | | 533 | (72) | 840% |
| Other-than-temporary impairments | | - | (3,407) | 100% |
| Net income (loss) | | 5,090 | (3,350) | 252% |
| Operating earnings (loss) | | 4,669 | (1,089) | 529% |
| Net income (loss) per share - basic | $ | 0.28 | $ (0.18) | 256% |
| Net income (loss) per share - diluted | $ | 0.28 | $ (0.18) | 256% |
| Operating earnings per share - diluted | $ | 0.26 | $ (0.06) | 533% |
| Book value per share | $ | 14.23 | $ 14.57 | -2% |
| Cash flow from operations | | 9,320 | 3,545 | 163% |

**Year-to-Date**

| | | 2018 | 2017 | % Change |
|---|---|---|---|---|
| | | *($ in thousands, unaudited)* | | |
| Gross premiums written | | 326,724 | 297,168 | 10% |
| Net premiums written | | 181,279 | 189,413 | -4% |
| Net premiums earned | | 182,925 | 179,930 | 2% |
| Investment income, net of expenses | | 8,846 | 9,066 | -2% |
| Investment (losses) gains, net | | (4,302) | 1,988 | -316% |
| Other-than-temporary impairments | | - | (3,407) | 100% |
| Net income (loss) | | 5,737 | 636 | 802% |
| Operating earnings | | 9,136 | 1,558 | 486% |
| Net (loss) income per share - basic | $ | 0.32 | $ 0.03 | 967% |
| Net (loss) income per share - diluted | $ | 0.31 | $ 0.03 | 933% |
| Operating earnings per share - diluted | $ | 0.50 | $ 0.08 | 525% |
| Book value per share | $ | 14.23 | $ 14.57 | -2% |
| Cash flow from operations | | (9,895) | 12,384 | -180% |

Second Quarter 2018 Commentary

Hallmark reported net income of $5.1 million and $5.7 million for the three months and six months ended June 30, 2018, respectively, as compared to ($3.4) million and $0.6 million for the three months and six months ended June 30, 2017, respectively. On a diluted basis per share, the Company reported net income of $0.28 per share and $0.31 per share for the three months and six months ended June 30, 2018, respectively, as compared to ($0.18) per share and $0.03 per share for the three months and six months ended June 30, 2017, respectively.

APP. 0136

Hallmark's consolidated net loss ratio was 70.0% and 69.6% for the three months and six months ended June 30, 2018, respectively, as compared to 77.9% and 73.7% for the three months and six months ended June 30, 2017, respectively. Hallmark's net expense ratio was 27.0% and 27.5% for the three months and six months ended June 30, 2018, respectively, as compared to 27.2% and 28.2% for the three months and six months ended June 30, 2017, respectively. Hallmark's net combined ratio was 97.0% and 97.1% for the three months and six months ended June 30, 2018, respectively, as compared to 105.1% and 101.9% for the three months and six months ended June 30, 2017, respectively.

During the three months and six months ended June 30, 2018, Hallmark's gross premiums written were $173.2 million and $326.7 million, representing an increase of 7% and 10%, respectively from the $162.1 million and $297.2 million in gross premiums written for the same periods in 2017. Hallmark's net premiums earned were $91.0 million and $182.9 million for the three months and six months ended June 30, 2018, respectively, as compared to $90.7 million and $179.9 million for the same periods in 2017. During the three months and six months ended June 30, 2018, Hallmark's income before tax was $6.4 million and $7.2 million, respectively, as compared to ($4.9) million and $0.9 million reported during the same periods in 2017.

The increase in net premiums earned for both the three months and six months ended June 30, 2018 was driven by improvement in the Specialty Commercial and Standard Commercial Segments, partially offset by lower net premiums earned in the Personal Segment. The increase in income before tax for the three months and six months ended June 30, 2018 was due primarily to the increase in net earned premiums, as well as higher commissions, fees and finance charges and decreased losses and loss adjustment expenses ("LAE"). The quarterly results were also favorably impacted by investment gains of $0.5 million in 2018 as compared to investment losses of $3.5 million in 2017, while the year to date results were adversely impacted by higher net investment losses of $4.3 million for 2018 as compared to $1.4 million for 2017. The decrease in loss and LAE was primarily the result of unfavorable net prior year loss reserve development of $5.0 million and $4.5 million for the three and six months ended June 30, 2018, respectively, as compared to unfavorable net prior year loss reserve development of $10.2 million and $9.7 million during the same periods of 2017. The investment loss during the six months ended June 30, 2018 includes $3.9 million in loss attributable to the adoption effective January 1, 2018 of Accounting Standards Update No. 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" which requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income.

Hallmark's effective tax rate was 20.1% for the six months ended June 30, 2018 as compared to 30.9% for the same period in 2017. The decrease in the effective tax rate was due primarily to the lower statutory rate from the enactment of the Tax Cuts and Jobs Act on December 22, 2017.

**Non-GAAP Financial Measures**

The Company's financial statements are prepared in accordance with United States generally accepted accounting principles ("GAAP"). However, the Company also presents and discusses certain non-GAAP financial measures that it believes are useful to investors as measures of operating performance. Management may also use such non-GAAP financial measures in evaluating the effectiveness of business strategies and for planning and budgeting purposes. However, these non-GAAP financial measures should not be viewed as an alternative or substitute for the results reflected in the Company's GAAP financial statements. In addition, our definitions of these items may not be comparable to the definitions used by other companies.

Operating earnings and operating earnings per share are calculated by excluding net investment gains and losses from GAAP net income. Management believes that operating earnings and operating earnings per share provide useful information to investors about the performance of and underlying trends in the Company's core insurance operations. Net income and net income per share are the GAAP measures that are most directly comparable to operating earnings and operating earnings per share. A reconciliation of operating earnings and operating earnings per share to the most comparable GAAP financial measures is presented below.

| ($ in thousands) | Income Before Tax | | Less Tax Effect | | Net After Tax | | Weighted Average Shares Diluted | Diluted Per Share | |
|---|---|---|---|---|---|---|---|---|---|
| **Second Quarter 2018** | | | | | | | | | |
| Reported GAAP measures | $ | 6,372 | $ | 1,282 | $ | 5,090 | 18,174 | $ | 0.28 |
| Excluded investment losses/gains | $ | (533) | | (112) | | (421) | 18,174 | $ | (0.02) |
| Operating earnings | $ | 5,839 | $ | 1,170 | $ | 4,669 | 18,174 | $ | 0.26 |
| **Second Quarter 2017** | | | | | | | | | |
| Reported GAAP measures | $ | (4,918) | $ | (1,568) | $ | (3,350) | 18,424 | $ | (0.18) |
| Excluded investment losses/gains | | 3,479 | | 1,218 | | 2,261 | 18,424 | $ | 0.12 |
| Operating loss | $ | (1,439) | $ | (350) | $ | (1,089) | 18,424 | $ | (0.06) |
| **Year-to-Date 2018** | | | | | | | | | |
| Reported GAAP measures | $ | 7,181 | $ | 1,444 | $ | 5,737 | 18,230 | $ | 0.31 |
| Excluded investment losses/gains | | 4,302 | | 903 | | 3,399 | 18,230 | $ | 0.19 |
| Operating earnings | $ | 11,483 | $ | 2,347 | $ | 9,136 | 18,230 | $ | 0.50 |
| **Year-to-Date 2017** | | | | | | | | | |
| Reported GAAP measures | $ | 920 | $ | 284 | $ | 636 | 18,663 | $ | 0.03 |
| Excluded investment losses/gains | | 1,419 | | 497 | | 922 | 18,663 | $ | 0.05 |
| Operating earnings | $ | 2,339 | $ | 781 | $ | 1,558 | 18,663 | $ | 0.08 |

About Hallmark Financial Services, Inc.

Hallmark Financial Services, Inc. is a diversified specialty property/casualty insurer with offices in Dallas-Fort Worth, San Antonio, Chicago, , Atlanta and Jersey City. Hallmark markets, underwrites and services over half a billion dollars annually in commercial and personal insurance premiums in select markets. Hallmark is headquartered in Fort Worth, Texas and its common stock is listed on NASDAQ under the symbol "HALL."

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ substantially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

For further information, please contact:
Mr. Naveen Anand, President and Chief Executive Officer at 817.348.1600
www.hallmarkgrp.com

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
*($ in thousands, except par value)*

| | | Jun. 30 | | Dec. 31 |
|---|---|---|---|---|
| **ASSETS** | | **2018** | | **2017** |
| Investments: | | *(unaudited)* | | |
| Debt securities, available-for-sale, at fair value (amortized cost: $566,520 in 2018 and $604,999 in 2017) | $ | 568,826 | $ | 605,746 |
| Equity securities (cost: $40,308 in 2018 and $30,253 in 2017) | | 57,914 | | 51,763 |
| Other investment (cost: $3,763 in 2018 and 2017) | | 3,060 | | 3,824 |
| Total investments | | 629,800 | | 661,333 |
| Cash and cash equivalents | | 79,583 | | 64,982 |
| Restricted cash | | 3,078 | | 2,651 |
| Ceded unearned premiums | | 127,504 | | 112,323 |
| Premiums receivable | | 112,188 | | 104,373 |
| Accounts receivable | | 2,051 | | 1,513 |
| Receivable for securities | | 3,780 | | 5,235 |
| Reinsurance recoverable | | 215,045 | | 182,928 |
| Deferred policy acquisition costs | | 14,058 | | 16,002 |
| Goodwill | | 44,695 | | 44,695 |
| Intangible assets, net | | 8,791 | | 10,023 |
| Deferred federal income taxes, net | | 2,584 | | 1,937 |
| Federal income tax recoverable | | 0 | | 7,532 |
| Prepaid expenses | | 2,692 | | 1,743 |
| Other assets | | 13,431 | | 13,856 |
| Total Assets | $ | 1,259,280 | $ | 1,231,126 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Liabilities: | | | | |
| Revolving credit facility payable | $ | 30,000 | $ | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $924 in 2018 and $949 in 2017) | | 55,778 | | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | | 520,552 | | 527,100 |
| Unearned premiums | | 290,177 | | 276,642 |
| Reinsurance balances payable | | 65,559 | | 52,487 |
| Current federal income tax payable | | 187 | | - |
| Pension liability | | 1,470 | | 1,605 |
| Payable for securities | | 6,706 | | 7,488 |
| Accounts payable and other accrued expenses | | 31,942 | | 28,933 |
| Total Liabilities | | 1,002,371 | | 980,008 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | | 3,757 | | 3,757 |
| Additional paid-in capital | | 123,017 | | 123,180 |
| Retained earnings | | 156,585 | | 136,474 |
| Accumulated other comprehensive income | | (865) | | 12,234 |
| Treasury stock (2,814,155 shares in 2018 and 2,703,803 shares in 2017), at cost | | (25,585) | | (24,527) |
| Total Stockholders' Equity | | 256,909 | | 251,118 |
| Total Liabilities & Stockholders' Equity | $ | 1,259,280 | $ | 1,231,126 |

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
*($ in thousands, except share amounts)*

| | | Three Months Ended June 30 | | | Six Months Ended June 30 | |
|---|---|---|---|---|---|---|
| | | **2018** | **2017** | | **2018** | **2017** |
| | | *(unaudited)* | | | *(unaudited)* | |
| Gross premiums written | $ | 173,219 | $  162,056 | $ | 326,724 | $  297,168 |
| Ceded premiums written | | (83,373) | (61,162) | | (145,445) | (107,755) |
| Net premiums written | | 89,846 | 100,894 | | 181,279 | 189,413 |
| Change in unearned premiums | | 1,132 | (10,187) | | 1,646 | (9,483) |
| Net premiums earned | | 90,978 | 90,707 | | 182,925 | 179,930 |
| | | | | | | |
| Investment income, net of expenses | | 4,406 | 4,587 | | 8,846 | 9,066 |
| Investment gains (losses), net | | 533 | (3,479) | | (4,302) | (1,419) |
| Finance charges | | 1,161 | 936 | | 2,201 | 1,989 |
| Commission and fees | | 1,032 | 653 | | 1,735 | 725 |
| Other income | | 15 | 71 | | 61 | 132 |
| Total revenues | | 98,125 | 93,475 | | 191,466 | 190,423 |
| | | | | | | |
| Losses and loss adjustment expenses | | 63,648 | 70,704 | | 127,323 | 132,546 |
| Operating expenses | | 26,360 | 25,879 | | 53,573 | 53,374 |
| Interest expense | | 1,128 | 1,193 | | 2,155 | 2,349 |
| Amortization of intangible assets | | 617 | 617 | | 1,234 | 1,234 |
| Total expenses | | 91,753 | 98,393 | | 184,285 | 189,503 |
| | | | | | | |
| Income (loss) before tax | | 6,372 | (4,918) | | 7,181 | 920 |
| Income tax expense (benefit) | | 1,282 | (1,568) | | 1,444 | 284 |
| Net income (loss) | $ | 5,090 | $  (3,350) | $ | 5,737 | $  636 |
| | | | | | | |
| Net income (loss) per share: | | | | | | |
| Basic | $ | 0.28 | $  (0.18) | $ | 0.32 | $  0.03 |
| Diluted | $ | 0.28 | $  (0.18) | $ | 0.31 | $  0.03 |

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Three Months Ended Jun. 30**

| ($ in thousands) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** |
| Gross premiums written | $136,079 | $127,805 | $ 21,574 | $ 19,769 | $ 15,566 | $ 14,482 | $ - | $ - | $173,219 | $162,056 |
| Ceded premiums written | (72,083) | (52,386) | (2,645) | (2,086) | (8,645) | (6,690) | - | - | (83,373) | (61,162) |
| Net premiums written | 63,996 | 75,419 | 18,929 | 17,683 | 6,921 | 7,792 | - | - | 89,846 | 100,894 |
| Change in unearned premiums | 2,333 | (10,635) | (824) | (1,301) | (377) | 1,749 | - | - | 1,132 | (10,187) |
| Net premiums earned | 66,329 | 64,784 | 18,105 | 16,382 | 6,544 | 9,541 | - | - | 90,978 | 90,707 |
| | | | | | | | | | | |
| Total revenues | 72,081 | 69,501 | 19,247 | 17,322 | 7,916 | 10,684 | (1,119) | (4,032) | 98,125 | 93,475 |
| | | | | | | | | | | |
| Losses and loss adjustment expenses | 48,352 | 50,529 | 10,621 | 11,863 | 4,675 | 8,312 | - | - | 63,648 | 70,704 |
| | | | | | | | | | | |
| Pre-tax income (loss) | 8,770 | 3,632 | 2,656 | (199) | (1) | (892) | (5,053) | (7,459) | 6,372 | (4,918) |
| | | | | | | | | | | |
| Net loss ratio (1) | 72.9% | 78.0% | 58.7% | 72.4% | 71.4% | 87.1% | | | 70.0% | 77.9% |
| Net expense ratio (1) | 22.3% | 23.2% | 33.2% | 34.9% | 33.7% | 26.6% | | | 27.0% | 27.2% |
| Net combined ratio (1) | 95.2% | 101.2% | 91.9% | 107.3% | 105.1% | 113.7% | | | 97.0% | 105.1% |
| | | | | | | | | | | |
| Favorable (Unfavorable) Prior Year Development | (5,849) | (8,032) | 507 | (1,722) | 359 | (419) | - | - | (4,983) | (10,173) |

1 The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Six Months Ended Jun. 30**

| ($ in thousands) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 |
| Gross premiums written | $ 250,892 | $223,312 | $ 44,371 | $ 40,462 | $ 31,461 | $ 33,394 | $ - | $ - | $ 326,724 | $ 297,168 |
| Ceded premiums written | (122,741) | (88,310) | (5,200) | (3,927) | (17,504) | (15,518) | - | - | (145,445) | (107,755) |
| Net premiums written | 128,151 | 135,002 | 39,171 | 36,535 | 13,957 | 17,876 | - | - | 181,279 | 189,413 |
| Change in unearned premiums | 5,868 | (8,289) | (3,199) | (3,439) | (1,023) | 2,245 | - | - | 1,646 | (9,483) |
| Net premiums earned | 134,019 | 126,713 | 35,972 | 33,096 | 12,934 | 20,121 | - | - | 182,925 | 179,930 |
| Total revenues | 145,205 | 135,336 | 38,122 | 35,048 | 15,536 | 22,547 | (7,397) | (2,508) | 191,466 | 190,423 |
| Losses and loss adjustment expenses | 95,895 | 92,119 | 22,301 | 22,909 | 9,127 | 17,518 | - | - | 127,323 | 132,546 |
| Pre-tax income (loss) | 18,528 | 11,730 | 3,975 | 652 | (23) | (1,650) | (15,299) | (9,812) | 7,181 | 920 |
| Net loss ratio (1) | 71.6% | 72.7% | 62.0% | 69.2% | 70.6% | 87.1% | | | 69.6% | 73.7% |
| Net expense ratio (1) | 23.0% | 24.4% | 33.2% | 35.2% | 34.6% | 26.3% | | | 27.5% | 28.2% |
| Net combined ratio (1) | 94.6% | 97.1% | 95.2% | 104.4% | 105.2% | 113.4% | | | 97.1% | 101.9% |
| Favorable (Unfavorable) Prior Year Development | (6,861) | (8,332) | 1,560 | (264) | 848 | (1,088) | - | - | (4,453) | (9,684) |

1    The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

APP. 0143

# Exhibit 4

APP. 0144

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-Q**

Quarterly report pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

For the quarterly period ended September 30, 2018

Commission file number 001-11252

# Hallmark Financial Services, Inc.

(Exact name of registrant as specified in its charter)

| Nevada | 87-0447375 |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (I.R.S. Employer Identification No.) |
| 777 Main Street, Suite 1000, Fort Worth, Texas | 76102 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (817) 348-1600

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ✕   No ¨

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ✕   No ¨

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ¨                Accelerated filer ✕
Non-accelerated filer ¨                Smaller reporting company ✕                Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 15(a) of the Exchange Act. ¨

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ¨   No ✕

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: Common Stock, par value $.18 per share – 18,058,676 shares outstanding as of November 7, 2018.

**PART I**
**FINANCIAL INFORMATION**

**Item 1.        Financial Statements**

**INDEX TO FINANCIAL STATEMENTS**

| | Page Number |
|---|---|
| Consolidated Balance Sheets at September 30, 2018 (unaudited) and December 31, 2017 | 3 |
| Consolidated Statements of Operations (unaudited) for the three months and nine months ended September 30, 2018 and September 30, 2017 | 4 |
| Consolidated Statements of Comprehensive Income (unaudited) for the three months and nine months ended September 30, 2018 and September 30, 2017 | 5 |
| Consolidated Statements of Stockholders' Equity (unaudited) for the three months and nine months ended September 30, 2018 and September 30, 2017 | 6 |
| Consolidated Statements of Cash Flows (unaudited) for the nine months ended September 30, 2018 and September 30, 2017 | 7 |
| Notes to Consolidated Financial Statements (unaudited) | 8 |

2

APP. 0146

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
($ in thousands, except par value)

| | September 30, 2018 (unaudited) | December 31, 2017 |
|---|---:|---:|
| ASSETS | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (cost: $571,657 in 2018 and $604,999 in 2017) | $ 574,470 | $ 605,746 |
| Equity securities (cost: $45,426 in 2018 and $30,253 in 2017) | 70,152 | 51,763 |
| Other investments (cost: $3,763 in 2018 and 2017) | 3,085 | 3,824 |
| Total investments | 647,707 | 661,333 |
| Cash and cash equivalents | 59,925 | 64,982 |
| Restricted cash | 3,519 | 2,651 |
| Ceded unearned premiums | 135,567 | 112,323 |
| Premiums receivable | 111,366 | 104,373 |
| Accounts receivable | 1,464 | 1,513 |
| Receivable for securities | 3,253 | 5,235 |
| Reinsurance recoverable | 225,932 | 182,928 |
| Deferred policy acquisition costs | 13,150 | 16,002 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 8,174 | 10,023 |
| Deferred federal income taxes, net | 1,042 | 1,937 |
| Federal income tax recoverable | - | 7,532 |
| Prepaid expenses | 2,526 | 1,743 |
| Other assets | 12,471 | 13,856 |
| Total assets | $ 1,270,791 | $ 1,231,126 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $911 in 2018 and $949 in 2017) | 55,791 | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | 530,816 | 527,100 |
| Unearned premiums | 297,389 | 276,642 |
| Reinsurance balances payable | 55,830 | 52,487 |
| Current federal income tax payable | 144 | - |
| Pension liability | 1,403 | 1,605 |
| Payable for securities | 7,699 | 7,488 |
| Accounts payable and other accrued expenses | 24,667 | 28,933 |
| Total liabilities | $ 1,003,739 | $ 980,008 |
| Commitments and Contingencies (Note 17) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,053 | 123,180 |
| Retained earnings | 166,270 | 136,474 |
| Accumulated other comprehensive income | (443) | 12,234 |
| Treasury stock (2,814,155 shares in 2018 and 2,703,803 shares in 2017), at cost | (25,585) | (24,527) |
| Total stockholders' equity | $ 267,052 | $ 251,118 |
| Total liabilities and stockholders' equity | $ 1,270,791 | $ 1,231,126 |

The accompanying notes are an integral part of the consolidated financial statements

3

APP. 0147

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
(Unaudited)
($ in thousands, except per share amounts)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Gross premiums written | $ 169,112 | $ 161,151 | $ 495,836 | $ 458,319 |
| Ceded premiums written | (81,100) | (66,102) | (226,545) | (173,857) |
| Net premiums written | 88,012 | 95,049 | 269,291 | 284,462 |
| Change in unearned premiums | 850 | (6,261) | 2,496 | (15,744) |
| Net premiums earned | 88,862 | 88,788 | 271,787 | 268,718 |
| | | | | |
| Investment income, net of expenses | 4,860 | 5,295 | 13,706 | 14,361 |
| Investment gains, net | 6,980 | 2,110 | 2,678 | 691 |
| Finance charges | 1,347 | 892 | 3,548 | 2,881 |
| Commission and fees | 869 | 570 | 2,604 | 1,295 |
| Other income | 28 | 68 | 89 | 200 |
| Total revenues | 102,946 | 97,723 | 294,412 | 288,146 |
| | | | | |
| Losses and loss adjustment expenses | 64,245 | 72,379 | 191,568 | 204,925 |
| Other operating expenses | 24,829 | 25,071 | 78,402 | 78,445 |
| Interest expense | 1,180 | 1,181 | 3,335 | 3,530 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| | | | | |
| Total expenses | 90,871 | 99,248 | 275,156 | 288,751 |
| | | | | |
| Income (loss) before tax | 12,075 | (1,525) | 19,256 | (605) |
| Income tax expense | 2,390 | 35 | 3,834 | 319 |
| Net income (loss) | 9,685 | (1,560) | 15,422 | (924) |
| | | | | |
| Net income (loss) per share: | | | | |
| | | | | |
| Basic | $ 0.54 | $ (0.09) | $ 0.85 | $ (0.05) |
| Diluted | $ 0.53 | $ (0.09) | $ 0.85 | $ (0.05) |

The accompanying notes are an integral part of the consolidated financial statements

4

APP. 0148

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Comprehensive Income**
(Unaudited)
($ in thousands)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net income (loss) | $ 9,685 | $ (1,560) | $ 15,422 | $ (924) |
| Other comprehensive income : | | | | |
| Change in net actuarial gain | 27 | 37 | 80 | 107 |
| Tax effect on change in net actuarial gain | (6) | (13) | (17) | (37) |
| Unrealized holding gains arising during the period | 342 | 308 | 1,909 | 8,208 |
| Tax effect on unrealized holding gains arising during the period | (72) | (108) | (401) | (2,873) |
| Reclassification adjustment for (gains) losses included in net income | 166 | (3,188) | 159 | (5,679) |
| Tax effect on reclassification adjustment for (gains) losses included in net income | (35) | 1,116 | (33) | 1,988 |
| Other comprehensive income (loss), net of tax | 422 | (1,848) | 1,697 | 1,714 |
| Comprehensive income (loss) | $ 10,107 | $ (3,408) | $ 17,119 | $ 790 |

The accompanying notes are an integral part of the consolidated financial statements

5

APP. 0149

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Stockholders' Equity**
(Unaudited)
($ in thousands)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| **Common Stock** | | | | |
| Balance, beginning of period | $ 3,757 | $ 3,757 | $ 3,757 | $ 3,757 |
| Balance, end of period | 3,757 | 3,757 | 3,757 | 3,757 |
| | | | | |
| **Additional Paid-In Capital** | | | | |
| Balance, beginning of period | 123,017 | 123,110 | 123,180 | 123,166 |
| Equity based compensation | 36 | 51 | 37 | 97 |
| Shares issued under employee benefit plans | - | (5) | (164) | (107) |
| Balance, end of period | 123,053 | 123,156 | 123,053 | 123,156 |
| | | | | |
| **Retained Earnings** | | | | |
| Balance, beginning of period | 156,585 | 148,663 | 136,474 | 148,027 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | - | - | 16,993 | - |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | - | - | (2,619) | - |
| Net income (loss) | 9,685 | (1,560) | 15,422 | (924) |
| Balance, end of period | 166,270 | 147,103 | 166,270 | 147,103 |
| | | | | |
| **Accumulated Other Comprehensive Income** | | | | |
| Balance, beginning of period | (865) | 13,933 | 12,234 | 10,371 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | - | - | (16,993) | - |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | - | - | 2,619 | - |
| Additional minimum pension liability, net of tax | 21 | 24 | 63 | 70 |
| Unrealized holding gains arising during period, net of tax | 270 | 200 | 1,508 | 5,335 |
| Reclassification adjustment for losses (gains) included in net income, net of tax | 131 | (2,072) | 126 | (3,691) |
| Balance, end of period | (443) | 12,085 | (443) | 12,085 |
| | | | | |
| **Treasury Stock** | | | | |
| Balance, beginning of period | (25,585) | (23,763) | (24,527) | (19,585) |
| Acquisition of treasury stock | - | (883) | (1,464) | (5,308) |
| Shares issued under employee benefit plans | - | 18 | 406 | 265 |
| Balance, end of period | (25,585) | (24,628) | (25,585) | (24,628) |
| | | | | |
| **Total Stockholders' Equity** | $ 267,052 | $ 261,473 | 267,052 | 261,473 |

The accompanying notes are an integral part of the consolidated financial statements

6

APP. 0150

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Cash Flows**
(Unaudited)
($ in thousands)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | **2018** | **2017** |
| Cash flows from operating activities: | | |
| Net income | $ 15,422 | $ (924) |
| | | |
| Adjustments to reconcile net income to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization expense | 3,801 | 3,467 |
| Deferred federal income taxes | 445 | (1,903) |
| Investment gains, net | (2,678) | (691) |
| Share-based payments expense | 37 | 97 |
| Change in ceded unearned premiums | (23,244) | (22,488) |
| Change in premiums receivable | (6,993) | (11,943) |
| Change in accounts receivable | 49 | 335 |
| Change in deferred policy acquisition costs | 2,852 | (52) |
| Change in unpaid losses and loss adjustment expenses | 3,716 | 49,932 |
| Change in unearned premiums | 20,747 | 38,233 |
| Change in reinsurance recoverable | (43,004) | (34,140) |
| Change in reinsurance balances payable | 3,343 | 10,535 |
| Change in current federal income tax recoverable/payable | 7,676 | 1,918 |
| Change in all other liabilities | (4,429) | (1,495) |
| Change in all other assets | 3,277 | 3,448 |
| | | |
| Net cash (used in) provided by operating activities | (18,983) | 34,329 |
| | | |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (1,530) | (1,576) |
| Purchases of investment securities | (160,147) | (196,976) |
| Maturities, sales and redemptions of investment securities | 177,693 | 175,527 |
| | | |
| Net cash provided by (used in) investing activities | 16,016 | (23,025) |
| | | |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 242 | 158 |
| Purchase of treasury shares | (1,464) | (5,308) |
| | | |
| Net cash used in financing activities | (1,222) | (5,150) |
| | | |
| (Decrease) increase in cash and cash equivalents and restricted cash | (4,189) | 6,154 |
| Cash, cash equivalents and restricted cash at beginning of period | 67,633 | 86,959 |
| Cash, cash equivalents and restricted cash at end of period | $ 63,444 | $ 93,113 |

The accompanying notes are an integral part of the consolidated financial statements

7

APP. 0151

**Hallmark Financial Services, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements (Unaudited)**

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit offers commercial insurance products and services in the excess and surplus lines market. Our Specialty Commercial operating unit offers general aviation and satellite launch insurance products and services, low and middle market commercial umbrella and primary/excess liability insurance, medical and financial professional liability insurance products and services, and primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Our Standard Commercial P&C operating unit offers industry-specific commercial insurance products and services in the standard market. Our Workers Compensation operating unit specializes in small and middle market workers compensation business. Effective July 1, 2015, this operating unit no longer markets or retains any risk on new or renewal policies. Our Specialty Personal Lines operating unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2017 included in our Annual Report on Form 10-K filed with the SEC.

The interim financial data as of September 30, 2018 and 2017 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the period ended September 30, 2018 are not necessarily indicative of the operating results to be expected for the full year.

8

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2017 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of September 30, 2018.  The fair value is based on the lower of the discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 4.5% to 5.3% for each future payment date and 100.5% of par. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

APP. 0153

Subordinated Debt Securities: Our trust preferred securities have a carried value of $55.8 million and a fair value of $47.4 million as of September 30, 2018. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts.  Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### *Adoption of New Accounting Pronouncements*

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business" (Topic 715). ASU 2017-01 is intended to assist entities with evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 was effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

On February 14, 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

10

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

11

*Recently Issued Accounting Pronouncements*

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20). ASU 2017-08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We are currently evaluating the impact that the adoption of ASU 2017-08 will have on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases" (Topic 842). ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. We do not anticipate that this standard will have a material impact on our results of operations, but we anticipate an increase to the value of our assets and liabilities related to leases, with no material impact to equity.

**3. Fair Value**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

12

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

13

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 47,866 | $ - | $ 47,866 |
| Corporate bonds | - | 249,177 | 325 | 249,502 |
| Collateralized corporate bank loans | - | 135,309 | - | 135,309 |
| Municipal bonds | - | 127,044 | - | 127,044 |
| Mortgage-backed | - | 14,749 | - | 14,749 |
| Total debt securities | - | 574,145 | 325 | 574,470 |
| Total equity securities | 70,152 | - | - | 70,152 |
| Total other investments | 3,085 | - | - | 3,085 |
| Total investments | $ 73,237 | $ 574,145 | $ 325 | $ 647,707 |

| | As of December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 49,947 | $ - | $ 49,947 |
| Corporate bonds | - | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | - | 125,937 | - | 125,937 |
| Municipal bonds | - | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | - | 16,533 | - | 16,533 |
| Total debt securities | - | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | - | 621 | 51,763 |
| Total other investments | 3,824 | - | - | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $ 661,333 |

14

APP. 0158

Due to significant unobservable inputs into the valuation model for one corporate bond as of September 30, 2018, we classified this investment as Level 3 in the fair value hierarchy. Due to significant unobservable inputs into the valuation model for certain municipal bonds, one corporate bond and one equity security as of December 31, 2017, we classified these investments as Level 3 in the fair value hierarchy. We used an income approach in order to derive an estimated fair value of the municipal bonds classified as Level 3, which included inputs such as expected holding period, benchmark swap rate, benchmark discount rate and a discount rate premium for illiquidity. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement. The equity security previously classified as Level 3 in the fair value hierarchy was transferred to Level 1 during the second quarter of 2018.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2018 and 2017 (in thousands):

| | | |
|---|---|---:|
| Beginning balance as of January 1, 2018 | $ | 3,757 |
| Sales | | (2,925) |
| Settlements | | - |
| Purchases | | - |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | 114 |
| Net gains included in other comprehensive income | | - |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | (621) |
| Ending balance as of September 30, 2018 | $ | 325 |
| | | |
| Beginning balance as of January 1, 2017 | $ | 5,945 |
| Sales | | - |
| Settlements | | (150) |
| Purchases | | 775 |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | - |
| Net gains included in other comprehensive income | | 607 |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | - |
| Ending balance as of September 30, 2017 | $ | 7,177 |

15

**4. Investments**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| As of September 30, 2018 | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value | |
|---|---|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,730 | $ | - | $ | (864) | $ | 47,866 |
| Corporate bonds | | 250,739 | | 403 | | (1,640) | | 249,502 |
| Collateralized corporate bank loans | | 134,807 | | 642 | | (140) | | 135,309 |
| Municipal bonds | | 122,053 | | 6,126 | | (1,135) | | 127,044 |
| Mortgage-backed | | 15,328 | | 13 | | (592) | | 14,749 |
| Total debt securities | | 571,657 | | 7,184 | | (4,371) | | 574,470 |
| Total equity securities | | 45,426 | | 28,116 | | (3,390) | | 70,152 |
| Total other investments | | 3,763 | | - | | (678) | | 3,085 |
| Total investments | $ | 620,846 | $ | 35,300 | $ | (8,439) | $ | 647,707 |

| As of December 31, 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ | 50,088 | $ | 7 | $ | (148) | $ | 49,947 |
| Corporate bonds | | 278,611 | | 1,204 | | (742) | | 279,073 |
| Collateralized corporate bank loans | | 125,536 | | 702 | | (301) | | 125,937 |
| Municipal bonds | | 134,052 | | 709 | | (505) | | 134,256 |
| Mortgage-backed | | 16,712 | | 37 | | (216) | | 16,533 |
| Total debt securities | | 604,999 | | 2,659 | | (1,912) | | 605,746 |
| Total equity securities | | 30,253 | | 23,014 | | (1,504) | | 51,763 |
| Total other investments | | 3,763 | | 61 | | - | | 3,824 |
| Total investments | $ | 639,015 | $ | 25,734 | $ | (3,416) | $ | 661,333 |

16

APP. 0160

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ - | $ - | $ - |
| Corporate bonds | (44) | (107) | (66) | (125) |
| Collateralized corporate bank loans | 23 | 8 | 70 | 56 |
| Municipal bonds | (145) | 120 | (164) | 204 |
| Mortgage-backed | - | (1) | 1 | (1) |
| Realized (losses) gains on fixed maturities | (166) | 20 | (159) | 134 |
| Realized gains on equity securities | - | 3,168 | 359 | 5,545 |
| Realized (losses) gains on other investments | - | - | - | - |
| Total realized (losses) gains on investments | (166) | 3,188 | 200 | 5,679 |
| Other-than-temporary impairments | - | (850) | - | (4,257) |
| Unrealized gains (losses) on other investments | 25 | (228) | (739) | (731) |
| Unrealized gains (losses) on equity investments | 7,121 | - | 3,217 | - |
| Investment gains (losses), net | $ 6,980 | $ 2,110 | $ 2,678 | $ 691 |

We realized gross gains on investments of $0.3 million and $3.4 million during the three months ended September 30, 2018 and 2017, respectively, and $0.9 million and $6.4 million for the nine months ended September 30, 2018 and 2017, respectively. We realized gross losses on investments of $0.5 million and $0.2 million for the three months ended September 30, 2018 and 2017, respectively, and $0.7 million and $0.7 million for the nine months ended September 30, 2018 and 2017, respectively. We recorded proceeds from the sale of investment securities of $0.4 million and $11.4 million during the three months ended September 30, 2018 and 2017, respectively, and $14.6 million and $19.4 million for the nine months ended September 30, 2018 and 2017, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

17

APP. 0161

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 46,868 | $ (864) | $ - | $ - | $ 46,868 | $ (864) |
| Corporate bonds | 181,467 | (1,313) | 47,968 | (327) | 229,435 | (1,640) |
| Collateralized corporate bank loans | 18,794 | (117) | 6,064 | (23) | 24,858 | (140) |
| Municipal bonds | 38,292 | (638) | 11,924 | (497) | 50,216 | (1,135) |
| Mortgage-backed | 5,862 | (63) | 5,454 | (529) | 11,316 | (592) |
| Total debt securities | 291,283 | (2,995) | 71,410 | (1,376) | 362,693 | (4,371) |
| Total equity securities | 3,017 | (2,654) | 3,359 | (736) | 6,376 | (3,390) |
| Total other investments | 3,085 | (678) | - | - | 3,085 | (678) |
| Total investments | $ 297,385 | $ (6,327) | $ 74,769 | $ (2,112) | $ 372,154 | $ (8,439) |

| | As of December 31, 2017 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | - | - | 8,375 | (1,504) |
| Total other investments | - | - | - | - | - | - |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

At September 30, 2018, the gross unrealized losses more than twelve months old were attributable to 64 debt security positions and two equity securities. At December 31, 2017, the gross unrealized losses more than twelve months old were attributable to 25 debt security positions. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

18

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Details regarding the carrying value of the other investments portfolio as of September 30, 2018 and December 31, 2017 are as follows (in thousands):

|  | September 30, 2018 | December 31, 2017 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $  3,085 | $  3,824 |
| Total other investments | $  3,085 | $  3,824 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at September 30, 2018 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|---|---|---|
|  | (in thousands) | |
| Due in one year or less | $  120,070 | $  120,698 |
| Due after one year through five years | 287,661 | 291,063 |
| Due after five years through ten years | 121,834 | 122,121 |
| Due after ten years | 26,764 | 25,839 |
| Mortgage-backed | 15,328 | 14,749 |
|  | $  571,657 | $  574,470 |

## 5. Pledged Investments

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.4 million and $26.2 million at September 30, 2018 and December 31, 2017, respectively.

19

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | September 30, 2018 | September 30, 2017 |
|---|---|---|
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
| | | |
| Incurred related to: | | |
|    Current year | 185,506 | 184,685 |
|    Prior years | 6,062 | 20,240 |
| Total incurred | 191,568 | 204,925 |
| | | |
| Paid related to: | | |
|    Current year | 56,687 | 61,288 |
|    Prior years | 184,337 | 128,329 |
| Total paid | 241,024 | 189,617 |
| | | |
| Net balance at September 30 | 323,032 | 373,638 |
|  Plus reinsurance recoverable | 207,784 | 157,861 |
| Balance at September 30 | $ 530,816 | $ 531,499 |

20

APP. 0164

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | Nine Months Ended September 30, | |
| | 2018 | 2017 |
| --- | ---: | ---: |
| Specialty Commercial Segment | $ 15,730 | $ 17,824 |
| Standard Commercial Segment | (8,829) | 1,594 |
| Personal Segment | (839) | 822 |
| Corporate | - | - |
| | | |
| Total unfavorable (favorable) net prior years' development | $ 6,062 | $ 20,240 |

The following describes the primary factors behind each segment's prior accident year reserve development for the nine months ended September 30, 2018 and 2017:

Nine months ended September 30, 2018:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto and general liability lines of business in the 2017 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation, commercial excess liability, satellite launch insurance products, primary/excess commercial property, professional liability and specialty risk programs lines of business.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. Our Workers Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

Nine months ended September 30, 2017:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development primarily in the commercial auto liability line of business in the 2015 and prior accident years, partially offset by favorable development in the 2016 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2010 accident year, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years.

21

APP. 0165

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net unfavorable development in the 2016 and prior accident years in the occupational accident line of business, partially offset by net favorable development primarily in the general liability line of business in the 2016 and prior accident years.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014 and 2013 accident years, partially offset by favorable development in the 2015 accident year.

## 7. Share-Based Payment Arrangements

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of September 30, 2018, there were outstanding incentive stock options to purchase 1,074 shares of our common stock and outstanding non-qualified stock options to purchase 244,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of September 30, 2018, restricted stock units representing the right to receive up to 508,345 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of September 30, 2018.

<u>**Stock Options:**</u>

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vests in equal annual increments on each of the first seven anniversary dates and terminates ten years from the date of grant.

22

A summary of the status of our stock options as of September 30, 2018 and changes during the nine months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $ 7.85 | | |
| Granted | - | - | | |
| Exercised | (36,500) | $ 6.61 | | |
| Forfeited or expired | (125,000) | $ 10.60 | | |
| Outstanding at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |
| Exercisable at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Intrinsic value of options exercised | $ - | $ 9 | $ 122 | $ 110 |
| Cost of share-based payments (non-cash) | $ - | $ - | $ - | $ - |
| Income tax benefit of share-based payments recognized in income | $ - | $ - | $ - | $ - |

As of September 30, 2018, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first nine months of 2018 or 2017.

23

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively. We incurred compensation expense of $36 thousand and $37 thousand related to restricted stock units during the three months and nine months ended September 30, 2018, respectively. We incurred compensation expense of $51 thousand and $97 thousand related to restricted stock units during the three months and nine months ended September 30, 2017, respectively. We recorded income tax benefit of $8 thousand related to restricted stock units during both the three months and nine months ended September 30, 2018. We recorded income tax benefit of $18 thousand and $34 thousand related to restricted stock units during the three months and nine months ended September 30, 2017, respectively.

The following table details the status of our restricted stock units as of and for the nine months ended September 30, 2018 and 2017:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | 2018 | 2017 |
| Non-vested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Non-vested at September 30 | 338,897 | 385,779 |

As of September 30, 2018, there was $2.4 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $1.9 million of compensation cost related to unvested restricted stock units, of which $0.2 million is expected to be recognized during the remainder of 2018, $0.8 million is expected to be recognized in 2019, $0.7 million is expected to be recognized in 2020 and $0.2 million is expected to be recognized in 2021.

24

APP. 0168

**8. Segment Information**

The following is business segment information for the three and nine months ended September 30, 2018 and 2017 (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Revenues: | | | | |
| Specialty Commercial Segment | $ 68,302 | $ 69,721 | $ 213,507 | $ 205,057 |
| Standard Commercial Segment | 19,857 | 17,401 | 57,979 | 52,449 |
| Personal Segment | 9,355 | 9,404 | 24,891 | 31,951 |
| Corporate | 5,432 | 1,197 | (1,965) | (1,311) |
| Consolidated | $ 102,946 | $ 97,723 | $ 294,412 | $ 288,146 |
| | | | | |
| Pre-tax income (loss): | | | | |
| Specialty Commercial Segment | $ 2,452 | $ 1,288 | $ 20,980 | $ 13,018 |
| Standard Commercial Segment | 7,264 | 229 | 11,239 | 881 |
| Personal Segment | 684 | (661) | 661 | (2,311) |
| Corporate | 1,675 | (2,381) | (13,624) | (12,193) |
| Consolidated | $ 12,075 | $ (1,525) | $ 19,256 | $ (605) |

The following is additional business segment information as of the dates indicated (in thousands):

| | September 30, 2018 | December 31, 2017 |
| --- | --- | --- |
| Assets: | | |
| Specialty Commercial Segment | $ 854,360 | $ 810,133 |
| Standard Commercial Segment | 163,478 | 162,152 |
| Personal Segment | 230,397 | 232,441 |
| Corporate | 22,556 | 26,400 |
| | $ 1,270,791 | $ 1,231,126 |

25

APP. 0169

**9. Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of September 30, 2018 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Ceded earned premiums | $ 73,038 | $ 54,769 | $ 203,302 | $ 151,370 |
| Reinsurance recoveries | $ 48,962 | $ 45,122 | $ 142,389 | $ 103,552 |

**10. Revolving Credit Facility**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of September 30, 2018, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of September 30, 2018, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

APP. 0170

**11. Subordinated Debt Securities**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.58% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Trust II as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.23% per annum.

**12. Deferred Policy Acquisition Costs**

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Deferred | $ 11,001 | $ 9,759 | $ 27,672 | $ 31,472 |
| Amortized | (11,909) | (9,849) | (30,524) | (31,420) |
| Net | $ (908) | $ (90) | $ (2,852) | $ 52 |

27

**13. Earnings per Share**

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2018** | **2017** | **2018** | **2017** |
| Weighted average shares - basic | 18,059 | 18,180 | 18,097 | 18,404 |
| Effect of dilutive securities | 108 | - | 106 | - |
| Weighted average shares - assuming dilution | 18,167 | 18,180 | 18,203 | 18,404 |

For the three and nine months ended September 30, 2018, no shares and 43,004 shares, respectively, of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive. For each of the three and nine months ended September 30, 2017, 417,830 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2018** | **2017** | **2018** | **2017** |
| Interest cost | $ 106 | $ 111 | $ 318 | $ 333 |
| Amortization of net loss | 26 | 37 | 79 | 107 |
| Expected return on plan assets | (173) | (164) | (520) | (487) |
| Net periodic pension cost | $ (41) | $ (16) | $ (123) | $ (47) |
| Contributed amount | $ - | $ - | $ - | $ - |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2017 for more discussion of our retirement plans.

**15. Income Taxes**

Our effective income tax rate for the nine months ended September 30, 2018 and 2017 was 19.9% and (52.7) %, respectively. The effective tax rate for 2018 was favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act on December 22, 2017. The rate for 2017 varied from the statutory tax rate primarily due to a correction of an immaterial error in prior years' deferred tax on bond premium amortization, partially offset by the amount of tax exempt income in relation to total pre-tax income.

28

APP. 0172

**16. Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | As of September 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Cash and cash equivalents | $ 59,925 | $ 89,770 |
| Restricted cash | 3,519 | 3,343 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 63,444 | $ 93,113 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the nine months ended September 30, 2018 and 2017:

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Interest paid | $ 3,325 | $ 3,505 |
| Income taxes (recovered) paid | $ (4,287) | $ 304 |
| Supplemental schedule of non-cash investing activities: | | |
| Change in receivable for securities related to investment disposals that settled after the balance sheet date | $ 1,982 | $ 1,338 |
| Change in payable for securities related to investment purchases that settled after the balance sheet date | $ 211 | $ (6,580) |

**17. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

APP. 0173

**18. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of September 30, 2018 and 2017 were as follows (in thousands):

| | Minimum Pension Liability | Unrealized Gains (Losses) | Accumulated Other Comprehensive Income |
|---|---|---|---|
| Balance at December 31, 2016 | $ (2,666) | $ 13,037 | $ 10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 107 | - | 107 |
| Tax effect on change in net actuarial gain | (37) | - | (37) |
| Net unrealized holding gains arising during the period | - | 8,208 | 8,208 |
| Tax effect on unrealized gains arising during the period | - | (2,873) | (2,873) |
| Reclassification adjustment for gains included in investment gains | - | (5,679) | (5,679) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 1,988 | 1,988 |
| Other comprehensive income, net of tax | 70 | 1,644 | 1,714 |
| Balance at September 30, 2017 | $ (2,596) | $ 14,681 | $ 12,085 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 80 | - | 80 |
| Tax effect on change in net actuarial gain | (17) | - | (17) |
| Net unrealized holding gains arising during the period | - | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | - | (401) | (401) |
| Reclassification adjustment for realized gains included in investment gains | - | 159 | 159 |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | - | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | - | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |

30

APP. 0174

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto. This discussion contains forward-looking statements. Please see "Risks Associated with Forward-Looking Statements in this Form 10-Q" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Introduction**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services. Our business is geographically concentrated in the south central and northwest regions of the United States, except for our Specialty Commercial business which is written on a national basis. We pursue our business activities through subsidiaries whose operations are organized into product-specific operating units, which are supported by our insurance company subsidiaries.

Our non-carrier insurance activities are segregated by operating units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit, as well as certain specialty risk programs.

*Standard Commercial Segment.* Our Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

*Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark Insurance Company ("HIC"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC") insurance subsidiaries. In addition, control and management of Hallmark County Mutual ("HCM") is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 34% of the total net premiums written by any of them, HIC retains 32% of our total net premiums written by any of them, HSIC retains 24% of our total net premiums written by any of them and HNIC retains 10% of our total net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

## Results of Operations

**Management overview.** During the three and nine months ended September 30, 2018, our total revenues were $102.9 million and $294.4 million, representing an increase of 5% and 2%, respectively, from the $97.7 million and $288.1 million in total revenues for the same periods of 2017. During the three and nine months ended September 30, 2018, our income before tax was $12.1 million and $19.3 million, respectively, representing an increase of $13.6 million and $19.9 million, respectively, from the loss before tax of $1.5 million and $0.6 million reported during the same periods the prior year.

The increase in revenue for the three and nine months ended September 30, 2018 was largely due to investment gains of $7.0 million and $2.7 million, respectively, as compared to $2.1 million and $0.7 million during the same periods of 2017, as well as higher net earned premiums, higher commissions and fees and higher finance charges, partially offset by lower net investment income and lower other income. The investment gains for the nine months ended September 30, 2018 included $3.2 million in loss attributable to the adoption effective January 1, 2018 of Accounting Standards Update No. 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" ("ASU 2016-01") which requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. We adopted ASU 2016-01 using the modified-retrospective approach pursuant to which we recorded a cumulative effect adjustment to retained earnings of $17.0 million as of January 1, 2018 and decreased accumulated other comprehensive income by the same amount and did not restate prior periods. The decrease in net investment income for the three and nine months ended September 30, 2018 was primarily the result of the final distribution on a fixed income security during the third quarter of the prior year.

The increase in income before tax for the three and nine months ended September 30, 2018 was due primarily to the increase in revenue discussed above as well as decreased losses and loss adjustment expenses ("LAE") of $8.1 million and $13.4 million, respectively, as compared to the same periods in 2017. The decrease in losses and LAE was primarily the result of improvement in unfavorable net prior year loss reserve development to $1.6 million and $6.1 million for the three and nine months ended September 30, 2018 as compared to $10.6 million and $20.2 million during the same periods of 2017.

We reported net income of $9.7 million for the three months ended September 30, 2018 as compared to a net loss of $1.6 million for the same period of 2017. We reported net income of $15.4 million during the nine months ended September 30, 2018 as compared to a net loss of $0.9 million for the same period during 2017. On a diluted basis per share, we reported net income of $0.53 per share for the three months ended September 30, 2018, as compared to a net loss of $0.09 per share for the same period in 2017.  On a diluted basis per share, we reported net income of $0.85 per share for the nine months ended September 30, 2018, as compared to a net loss of $0.05 per share for the same period in 2017. Our effective tax rate was 19.9% for the first nine months of 2018 as compared to -52.7% for the same period in 2017. The effective tax rate for 2018 was favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act on December 22, 2017. The rate for 2017 varied from the statutory tax rate primarily due to a correction of an immaterial error in prior years' deferred tax on bond premium amortization, partially offset by the amount of tax exempt income in relation to total pre-tax income.

32

**Third Quarter 2018 as Compared to Third Quarter 2017**

The following is additional business segment information for the three months ended September 30, 2018 and 2017 (in thousands):

| | Three Months Ended September 30 | | | | | | | | | |
| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
| | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 125,599 | $ 127,062 | $ 21,560 | $ 19,240 | $ 21,953 | $ 14,849 | $ - | $ - | $ 169,112 | $ 161,151 |
| Ceded premiums written | (66,404) | (56,200) | (2,398) | (2,889) | (12,298) | (7,013) | - | - | (81,100) | (66,102) |
| Net premiums written | 59,195 | 70,862 | 19,162 | 16,351 | 9,655 | 7,836 | - | - | 88,012 | 95,049 |
| Change in unearned premiums | 3,203 | (6,274) | (449) | (420) | (1,904) | 433 | - | - | 850 | (6,261) |
| Net premiums earned | 62,398 | 64,588 | 18,713 | 15,931 | 7,751 | 8,269 | - | - | 88,862 | 88,788 |
| Total revenues | 68,302 | 69,721 | 19,857 | 17,401 | 9,355 | 9,404 | 5,432 | 1,197 | 102,946 | 97,723 |
| Losses and loss adjustment expenses | 52,106 | 53,899 | 6,261 | 11,760 | 5,878 | 6,720 | - | - | 64,245 | 72,379 |
| Pre-tax income (loss) | 2,452 | 1,288 | 7,264 | 229 | 684 | (661) | 1,675 | (2,381) | 12,075 | (1,525) |
| Net loss ratio (1) | 83.5% | 83.5% | 33.5% | 73.8% | 75.8% | 81.3% | | | 72.3% | 81.5% |
| Net expense ratio (1) | 22.4% | 21.9% | 34.1% | 34.2% | 20.2% | 31.2% | | | 25.8% | 27.1% |
| Net combined ratio (1) | 105.9% | 105.4% | 67.6% | 108.0% | 96.0% | 112.5% | | | 98.1% | 108.6% |
| Favorable (Unfavorable) Prior Year Development | (8,869) | (9,492) | 7,269 | (1,330) | (9) | 266 | | | (1,609) | (10,556) |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

33

APP. 0177

*Specialty Commercial Segment*

Gross premiums written for the Specialty Commercial Segment were $125.6 million for the three months ended September 30, 2018, which was $1.5 million, or 1%, less than the $127.1 million reported for the same period of 2017. The decrease in gross premiums written was primarily the result of decreased premium production in our Contract Binding operating unit, partially offset by higher premium production in our Specialty Commercial operating unit. Net premiums written were $59.2 million for the three months ended September 30, 2018 as compared to $70.9 million for the same period of 2017. The decrease in net premiums written was due to a change in mix towards business with higher ceded premium as a percentage of the gross premium.

The $68.3 million of total revenue for the three months ended September 30, 2018 was $1.4 million less than the $69.7 million reported by the Specialty Commercial Segment for the same period in 2017. This decrease in revenue was primarily due to lower net premiums earned of $2.2 million due to lower premium production in our Contract Binding operating unit partially offset by increased premium production in our Specialty Commercial operating unit, as well as higher net investment income of $0.3 million and higher commission and fees of $0.5 million for the three months ended September 30, 2018 as compared to the same period of 2017.

Pre-tax income for the Specialty Commercial Segment of $2.5 million for the third quarter of 2018 was $1.2 million higher than the $1.3 million reported for the same period in 2017. The increase in pre-tax income was primarily the result of lower losses and LAE of $1.8 million and lower operating expenses of $0.8 million, partially offset by the decreased revenue discussed above during the three months ended September 30, 2018 as compared to the same period during 2017.

Our Contract Binding operating unit reported an $8.2 million decrease in losses and LAE due largely to decreased net earned premiums, as well as $7.8 million of unfavorable prior year net loss reserve development recognized during the three months ended September 30, 2018 as compared to $8.9 million of unfavorable prior year net loss reserve development during the same period of 2017. Our Specialty Commercial operating unit reported a $6.4 million increase in losses and LAE which consisted of (a) a $1.8 million increase in losses and LAE attributable to our professional liability insurance products due primarily to increased net premiums earned and favorable prior year loss development in the same period of 2017, partially offset by lower current accident year loss trends, (b) a $0.6 million increase in losses and LAE in our satellite launch insurance line of business due primarily to higher current accident year loss trends, (c) a $1.3 million increase in losses and LAE in our commercial umbrella and primary/excess liability line of business due primarily to increased net premiums earned as well as unfavorable prior year loss reserve development, (d) a $0.1 million decrease in our general aviation line of business due primarily to lower unfavorable prior year net loss reserve development during the third quarter of 2018 as compared to the third quarter of 2017, partially offset by higher current accident year loss trends, (e) a $1.8 million increase in losses and LAE attributable to our primary/excess property insurance products due to increased net premiums earned as well as net unfavorable prior year loss reserve development during the third quarter of 2018, and (f) a $1.0 million increase in losses and LAE in our specialty programs due primarily to increased net premiums earned.

Operating expenses decreased $0.8 million primarily as the result of lower production related expenses of $2.4 million due primarily to increased ceding commissions in our Specialty Commercial operating unit, partially offset by increased salary and related expenses of $1.1 million, increased professional services of $0.3 million and increased occupancy and other operating expenses of $0.2 million.

34

APP. 0178

The Specialty Commercial Segment reported a net loss ratio of 83.5% for both the three months ended September 30, 2018 and 2017. The gross loss ratio before reinsurance was 73.8% for the three months ended September 30, 2018 as compared to 83.0% for the same period in 2017. The lower gross loss ratio was largely the result of $8.9 million of unfavorable prior year net loss reserve development for the three months ended September 30, 2018 as compared to unfavorable prior year net loss reserve development of $9.5 million for the same period of 2017, as well as lower gross catastrophe losses during the third quarter of 2018 as compared to the same period during 2017. The Specialty Commercial Segment reported $1.1 million of net catastrophe losses during the third quarter of 2018 as compared to $2.2 million of net catastrophe losses during the same period of 2017. The Specialty Commercial Segment reported a net expense ratio of 22.4% for the third quarter of 2018 as compared to 21.9% for the same period of 2017. The increase in the expense ratio was due predominately to the impact of lower net premiums earned in our Contract Binding operating unit, partially offset by increased ceding commissions in our Specialty Commercial operating unit.

*Standard Commercial Segment*

Gross premiums written for the Standard Commercial Segment were $21.6 million for the three months ended September 30, 2018, which was $2.4 million, or 12%, more than the $19.2 million reported for the same period in 2017. Net premiums written were $19.2 million for the three months ended September 30, 2018 as compared to $16.4 million for the same period in 2017. The increase in gross and net premiums written was due to higher premium production in our Standard Commercial P&C operating unit.

Total revenue for the Standard Commercial Segment of $19.9 million for the three months ended September 30, 2018, was $2.5 million, or 14%, more than the $17.4 million reported for the same period in 2017. This increase in total revenue was due to higher net premiums earned of $2.8 million due primarily to growth in our Standard Commercial P&C operating unit, partially offset by lower net investment income of $0.1 million and lower commission and fees of $0.2 million during the third quarter of 2018 as compared to the same period during 2017.

Our Standard Commercial Segment reported pre-tax income of $7.3 million for the three months ended September 30, 2018 as compared to $0.2 million reported for the same period of 2017. The increase in pre-tax income was the result of the increased revenue discussed above and lower losses and LAE of $5.5 million, partially offset by higher operating expenses of $0.9 million largely the result of higher production related expenses.

The Standard Commercial Segment reported a net loss ratio of 33.5% for the three months ended September 30, 2018 as compared to 73.8% for the same period of 2017. The gross loss ratio before reinsurance for the three months ended September 30, 2018 was 51.9% as compared to the 78.5% reported for the same period of 2017. The decreases in the gross and net loss ratios were primarily due to net favorable prior year loss reserve development of $7.3 million for the three months ended September 30, 2018 as compared to net unfavorable prior year loss reserve development of $1.3 million for the three months ended September 30, 2017. The Standard Commercial Segment also reported $0.9 million of net catastrophe losses during the third quarter of 2018 as compared to $2.1 million of net catastrophe losses during the same period of 2017. These improvements were partially offset by higher non-catastrophe current accident year loss trends. The Standard Commercial Segment reported a net expense ratio of 34.1% for the third quarter of 2018 as compared to 34.2% for the same period of 2017. The decrease in the expense ratio was primarily due to the increased net earned premium.

*Personal Segment*

Gross premiums written for the Personal Segment were $22.0 million for the three months ended September 30, 2018 as compared to $14.8 million for the same period in the prior year. Net premiums written for our Personal Segment were $9.7 million in the third quarter of 2018, which was an increase of $1.9 million, or 23%, from the $7.8 million reported for the third quarter of 2017. The increase in gross and net written premiums was primarily due to higher premium production in our current geographical footprint.

35

APP. 0179

Total revenue for the Personal Segment was $9.4 million for both the third quarter of 2018 and 2017. Net premiums earned decreased $0.5 million, offset by higher finance charges of $0.5 million reported during the third quarter of 2018 as compared to the same period during 2017.

Pre-tax income for the Personal Segment was $0.7 million for the three months ended September 30, 2018 as compared to pre-tax loss of $0.7 million for the same period of 2017. The pre-tax income was primarily the result of decreased losses and LAE of $0.8 million and decreased operating expenses of $0.6 million for the three months ended September 30, 2018 as compared to the same period during 2017.

The Personal Segment reported a net loss ratio of 75.8% for the three months ended September 30, 2018 as compared to 81.3% for the same period of 2017. The gross loss ratio before reinsurance was 66.2% for the three months ended September 30, 2018 as compared to 79.7% for the same period in 2017. The lower gross and net loss ratios were primarily the result of lower current accident year loss trends, partially offset by unfavorable prior year net loss reserve development of $9 thousand during the three months ended September 30, 2018 as compared to favorable net loss reserve development of $0.3 million reported during the same period of 2017. The Personal Segment reported a net expense ratio of 20.2% for the third quarter of 2018 as compared to 31.2% for the same period of 2017. The decrease in the expense ratio was due predominately to higher finance charges and lower production related expenses, partially offset by lower net premiums earned.

*Corporate*

Total revenue for Corporate increased by $4.2 million for the three months ended September 30, 2018 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $7.0 million during the third quarter of 2018 as compared to investment gains of $2.1 million reported for the same period of 2017, partially offset by lower net investment income of $0.7 million for the three months ended September 30, 2018 as compared to the same period during 2017.

Corporate pre-tax income was $1.7 million for the three months ended September 30, 2018 as compared to a pre-tax loss of $2.4 million for the same period of 2017. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $0.1 million.

Operating expenses increased $0.1 million primarily as a result of higher professional service fees of $0.2 million, partially offset by lower other expenses of $0.1 million.

**Nine Months Ended September 30, 2018 as Compared to Nine Months Ended September 30, 2017**

The following is additional business segment information for the nine months ended September 30, 2018 and 2017 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** | **2018** | **2017** |
| Gross premiums written | $ 376,491 | $ 350,374 | $ 65,931 | $ 59,702 | $ 53,414 | $ 48,243 | $ - | $ - | $ 495,836 | $ 458,319 |
| Ceded premiums written | (189,145) | (144,510) | (7,598) | (6,816) | (29,802) | (22,531) | - | - | (226,545) | (173,857) |
| Net premiums written | 187,346 | 205,864 | 58,333 | 52,886 | 23,612 | 25,712 | - | - | 269,291 | 284,462 |
| Change in unearned premiums | 9,071 | (14,563) | (3,648) | (3,859) | (2,927) | 2,678 | - | - | 2,496 | (15,744) |
| Net premiums earned | 196,417 | 191,301 | 54,685 | 49,027 | 20,685 | 28,390 | - | - | 271,787 | 268,718 |
| Total revenues | 213,507 | 205,057 | 57,979 | 52,449 | 24,891 | 31,951 | (1,965) | (1,311) | 294,412 | 288,146 |
| Losses and loss adjustment expenses | 148,001 | 146,018 | 28,562 | 34,669 | 15,005 | 24,238 | - | - | 191,568 | 204,925 |
| Pre-tax income (loss) | 20,980 | 13,018 | 11,239 | 881 | 661 | (2,311) | (13,624) | (12,193) | 19,256 | (605) |
| Net loss ratio (1) | 75.4% | 76.3% | 52.2% | 70.7% | 72.5% | 85.4% | | | 70.5% | 76.3% |
| Net expense ratio (1) | 22.8% | 23.6% | 33.5% | 34.9% | 29.2% | 27.7% | | | 27.0% | 27.9% |
| Net combined ratio (1) | 98.2% | 99.9% | 85.7% | 105.6% | 101.7% | 113.1% | | | 97.5% | 104.2% |
| Favorable (Unfavorable) Prior Year Development | (15,730) | (17,824) | 8,829 | (1,594) | 839 | (822) | | | (6,062) | (20,240) |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

APP. 0181

*Specialty Commercial Segment*

Gross premiums written for the Specialty Commercial Segment were $376.5 million for the nine months ended September 30, 2018, which was $26.1 million, or 7%, more than the $350.4 million reported for the same period in 2017. The increase in gross premiums written were primarily the result of increased premium production in our Specialty Commercial operating unit, partially offset by lower premium production in our Contract Binding operating unit. Net premiums written were $187.3 million for the nine months ended September 30, 2018 as compared to $205.9 million for the same period of 2017. The decrease in net premiums written was due to a change in mix towards business with higher ceded premium as a percentage of the gross premium.

The $213.5 million of total revenue for the nine months ended September 30, 2018 was $8.4 million more than the $205.1 million reported by the Specialty Commercial Segment for the same period in 2017. This increase in revenue was primarily due to higher net premiums earned of $5.1 million due to increased premium production in our Specialty Commercial operating unit partially offset by decreased premium production in our Contract Binding operating unit. Further contributing to the increased revenue was higher net investment income of $2.1 million and higher commission and fees of $1.3 million, partially offset by lower other income of $0.1 million for the nine months ended September 30, 2018 as compared to the same period of 2017.

Pre-tax income for the Specialty Commercial Segment of $21.0 million for the nine months ended September 30, 2018 was $8.0 million higher than the $13.0 million reported for the same period in 2017. The increase in pre-tax income was primarily the result of increased revenue discussed above and lower operating expenses of $1.5 million, partially offset by higher losses and LAE of $1.9 million during the nine months ended September 30, 2018 as compared to the same period during 2017.

Our Contract Binding operating unit reported a $15.3 million decrease in losses and LAE due largely to decreased net earned premiums, as well as $11.3 million of unfavorable prior year net loss reserve development recognized during the nine months ended September 30, 2018 as compared to $16.4 million of unfavorable prior year net loss reserve development during the same period of 2017. Our Specialty Commercial operating unit reported a $17.2 million increase in losses and LAE which consisted of (a) a $6.7 million increase in losses and LAE attributable to our professional liability insurance products due primarily to increased net earned premiums as well as higher current accident year loss trends and net unfavorable prior year loss reserve development as compared to favorable prior year loss development during the same period of 2017, (b) a $1.0 million increase in losses and LAE in our satellite launch insurance line of business due to higher current accident year loss trends as well as net unfavorable prior year loss reserve development during the nine months ended September 30, 2018, (c) a $4.0 million increase in losses and LAE in our commercial umbrella and primary/excess liability line of business due primarily to increased net earned premiums as well as increased net unfavorable prior year loss reserve development during the nine months ended September 30, 2018 as compared to the nine months ended September 30, 2017, (d) a $0.5 million increase in our general aviation line of business due primarily to higher current accident year loss trends, partially offset by lower unfavorable prior year loss development for the nine months ended September 30, 2018 as compared to the prior year to date, (e) a $2.7 million increase in losses and LAE attributable to our primary/excess property insurance products due primarily to increased net earned premiums as well as unfavorable prior year reserve development for the nine months ended September 30, 2018 as compared to favorable prior year reserve development for the same period during 2017, partially offset by lower current accident year loss trends driven by lower catastrophe losses, and (f) a $2.3 million increase in losses and LAE in our specialty programs due primarily to increased net earned premiums.

Operating expenses decreased $1.5 million primarily as a result of lower production related expenses of $5.3 million due primarily to increased ceding commissions in our Specialty Commercial operating unit, partially offset by increased salary and related expenses of $2.5 million, increased professional services of $0.8 million and increased occupancy and other operating expenses of $0.5 million.

38

APP. 0182

The Specialty Commercial Segment reported a net loss ratio of 75.4% for the nine months ended September 30, 2018 as compared to 76.3% for the same period during 2017. The gross loss ratio before reinsurance was 72.5% for the nine months ended September 30, 2018 as compared to 73.5% for the same period in 2017. The lower gross and net loss ratios were largely the result of $15.7 million of unfavorable prior year net loss reserve development for the nine months ended September 30, 2018 as compared to unfavorable prior year net loss reserve development of $17.8 million for the same period of 2017 , partially offset by higher current accident year loss trends during the nine months ended September 30, 2018 as compared to the same period during 2017. The Specialty Commercial Segment reported $1.6 million of net catastrophe losses during the nine months ended September 30, 2018 as compared to $2.6 million of net catastrophe losses during the same period of 2017. The Specialty Commercial Segment reported a net expense ratio of 22.8% for the nine months ended September 30, 2018 as compared to 23.6% for the same period of 2017. The decrease in the expense ratio was due predominately to increased ceding commissions in our Specialty Commercial operating unit.

### *Standard Commercial Segment*

Gross premiums written for the Standard Commercial Segment were $65.9 million for the nine months ended September 30, 2018, which was $6.2 million, or 10%, more than the $59.7 million reported for the same period in 2017. The increase in gross premiums written was due to higher premium production of $6.5 million in our Standard Commercial P&C Operating unit, partially offset by a $0.3 million decrease in gross premiums written related to the discontinued marketing of new and renewal occupational accident policies effective June 1, 2016. Net premiums written were $58.3 million for the nine months ended September 30, 2018 as compared to $52.9 million for the same period in 2017. The increase in net premiums written was due to higher net premiums written of $5.7 million in our Standard Commercial P&C Operating unit, partially offset by a $0.3 million decrease in net premiums written related to the discontinued marketing of new and renewal occupational accident policies.

Total revenue for the Standard Commercial Segment of $58.0 million for the nine months ended September 30, 2018, was $5.6 million, or 11%, more than the $52.4 million reported for the same period in 2017. This increase in total revenue was primarily due to higher net premiums earned of $5.7 million as a result of increased net premiums earned of $6.2 million in our Standard Commercial P&C operating unit, partially offset by a $0.5 million decrease in net premiums earned primarily related to the discontinued marketing of new and renewal occupational accident policies and lower net investment income of $0.1 million for the nine months ended September 30, 2018 as compared to the same period in 2017.

Our Standard Commercial Segment reported pre-tax income of $11.2 million for the nine months ended September 30, 2018 as compared to pre-tax income of $0.9 million reported for the same period of 2017. The increase in pre-tax income was the result of the increased revenue discussed above and lower losses and LAE of $6.1 million, partially offset by higher operating expenses of $1.4 million primarily as the result of higher production related expenses.

The Standard Commercial Segment reported a net loss ratio of 52.2% for the nine months ended September 30, 2018 as compared to 70.7% for the same period of 2017. The gross loss ratio before reinsurance for the nine months ended September 30, 2018 was 60.5% as compared to the 66.8% reported for the same period of 2017. The decreases in the gross and net loss ratios were due predominantly to favorable prior year net loss reserve development of $8.8 million during the nine months ended September 30, 2018 as compared to $1.6 million of unfavorable prior year net loss reserve development for the same period of 2017. Further contributing to the lower gross and net loss ratios were lower catastrophe losses during the nine months ended September 30, 2018 as compared to the same period of 2017. The Standard Commercial Segment reported $3.2 million of net catastrophe losses during the nine months ended September 30, 2018 as compared to $3.4 million of net catastrophe losses during the same period of 2017. The Standard Commercial Segment reported a net expense ratio of 33.5% during the nine months ended September 30, 2018 as compared to 34.9% for the same period of 2017. The decrease in the expense ratio was primarily due to the increased earned premium.

APP. 0183

*Personal Segment*

Gross premiums written for the Personal Segment were $53.4 million for the nine months ended September 30, 2018 as compared to $48.2 million for the same period in the prior year. Net premiums written for our Personal Segment were $23.6 million in the nine months ended September 30, 2018, which was a decrease of $2.1 million, or 8%, from the $25.7 million reported for the same period of 2017. The increase in gross written premiums was due primarily to increased production in our current geographical footprint. The decline in net written premiums was due to the impact of a new quota share reinsurance contract entered into during the fourth quarter of 2017.

Total revenue for the Personal Segment was $24.9 million for the nine months ended September 30, 2018 as compared to $32.0 million for the same period in 2017. The $7.1 million decrease in revenue was primarily the result of lower net premiums earned of $7.7 million due to lower net written premium volume and lower net investment income of $0.1 million, partially offset by higher finance charges of $0.7 million reported during the nine months ended September 30, 2018 as compared to the same period during 2017.

Pre-tax income for the Personal Segment was $0.7 million for the nine months ended September 30, 2018 as compared to pre-tax loss of $2.3 million for the same period of 2017. The pre-tax income was primarily the result of decreased losses and LAE of $9.2 million and lower operating expenses of $0.9 million for the nine months ended September 30, 2018 as compared to the same period during 2017, partially offset by the decreased revenue discussed above.

The Personal Segment reported a net loss ratio of 72.5% for the nine months ended September 30, 2018 as compared to 85.4% for the same period of 2017. The gross loss ratio before reinsurance was 67.9% for the nine months ended September 30, 2018 as compared to 82.1% for the same period in 2017. The lower gross and net loss ratios were primarily the result of favorable prior year net loss reserve development of $0.8 million during the nine months ended September 30, 2018 as compared to unfavorable net loss reserve development of $0.8 million reported during the same period of 2017, as well as lower current accident year loss trends. The Personal Segment reported a net expense ratio of 29.2% for the nine months ended September 30, 2018 as compared to 27.7% for the same period of 2017. The increase in the expense ratio was due predominately to lower net premiums earned.

*Corporate*

Total revenue for Corporate decreased by $0.7 million for the nine months ended September 30, 2018 as compared to the same period the prior year. This decrease in total revenue was due predominately to lower net investment income of $2.7 million for the nine months ended September 30, 2018 as compared to the same period during 2017, partially offset by investment gains of $2.7 million during the nine months ended September 30, 2018 as compared to investment gains of $0.7 million reported for the same period of 2017. The investment gains during the first nine months of 2018 include $3.2 million in loss attributable to the adoption of ASU 2016-01 effective January 1, 2018.

Corporate pre-tax loss was $13.6 million for the nine months ended September 30, 2018 as compared to a pre-tax loss of $12.2 million for the same period of 2017. The increase in pre-tax loss was primarily due to higher operating expenses of $0.9 million and the lower revenue discussed above, partially offset by lower interest expense of $0.2 million.

Operating expenses increased $0.9 million primarily as a result of higher salary and related expenses of $0.8 million due primarily to higher incentive compensation accruals during the first nine months of 2018. Further contributing to the higher operating expenses were increased occupancy and related expenses of $0.4 million primarily related to the early termination of our Ft. Worth office lease. These increases to operating expenses were partially offset by lower professional service fees and other expenses of $0.3 million.

**Financial Condition and Liquidity**

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions, and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of September 30, 2018, we had $16.2 million in unrestricted cash and cash equivalents, as well as $0.9 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $43.7 million of unrestricted cash and cash equivalents, as well as $573.6 million in debt securities with an average modified duration of 1.5 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. Dividends may only be paid from unassigned surplus funds. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. During 2018, the aggregate ordinary dividend capacity of these subsidiaries is $20.0 million, of which $13.2 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the first nine months of 2018 and 2017, our insurance company subsidiaries paid $4.6 million and $9.8 million in dividends to Hallmark, respectively.

*Comparison of September 30, 2018 to December 31, 2017*

On a consolidated basis, our cash (excluding restricted cash) and investments at September 30, 2018 were $707.6 million compared to $726.3 million at December 31, 2017. The primary reasons for this decrease in unrestricted cash and investments were cash used by operations and repurchases of our common stock.

41

*Comparison of Nine Months Ended September 30, 2018 and September 30, 2017*

During the nine months ended September 30, 2018, our cash flow used by operations was $19.0 million compared to cash flow provided by operations of $34.3 million during the same period the prior year. The decrease in operating cash flow was driven by a decrease in collected net premiums due predominately to an intentional shift in the mix of business away from a commercial auto concentration in our portfolio towards targeted growth in the Specialty Commercial operating unit, a larger portion of which is ceded to third party reinsurers, as well as a temporary acceleration of paid claims as we improved our claims practices to address the increase in frequency and severity in our commercial auto portfolio. This decrease in operating cash flow was partially offset by higher collected ceding commissions and collected income tax recoverable during the nine months ended September 30, 2018 as compared to the same period the prior year.

Net cash provided by investing activities during the first nine months of 2018 was $16.0 million as compared to net cash used in investing activities of $23.0 million during the first nine months of 2017. The cash provided by investing activities during the first nine months of 2018 was primarily comprised of an increase of $2.2 million in maturities, sales and redemptions of investment securities and a decrease in purchases of debt and equity securities of $36.8 million.

Cash used in financing activities during the first nine months of 2018 was $1.2 million primarily as a result of repurchases of our common stock. Cash used in financing activities during the first nine months of 2017 was $5.2 million primarily as a result of repurchases of our common stock.

*Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of September 30, 2018, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of September 30, 2018, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

APP. 0186

*Subordinated Debt Securities*

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust I ("Trust I"). Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.58% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust II ("Trust II"). Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.23% per annum.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk.**

There have been no material changes to the market risks discussed in Item 7A to Part II of our Form 10-K for the fiscal year ended December 31, 2017.

**Item 4. Controls and Procedures.**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. During the most recent fiscal quarter, there have been no changes in our internal controls over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

APP. 0187

**Risks Associated with Forward-Looking Statements Included in this Form 10-Q**

This Form 10-Q contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. The forward-looking statements included herein are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to the foregoing involve judgments with respect to, among other things, future economic, competitive and market conditions, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10-Q will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by us or any other person that our objectives and plans will be achieved.

## PART II
## OTHER INFORMATION

**Item 1.        Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 1A.        Risk Factors.**

Not required for a smaller reporting company.

**Item 2.        Unregistered Sales of Equity Securities and Use of Proceeds.**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares. The Stock Repurchase Plan does not have an expiration date. We did not repurchase any shares of our common stock during the three months ended September 30, 2018.

**Item 3.        Defaults Upon Senior Securities.**

None.

**Item 4.        Mine Safety Disclosures.**

None.

**Item 5.        Other Information.**

None.

44

**Item 6.**     **Exhibits.**

The following exhibits are filed herewith or incorporated herein by reference:

| Exhibit Number | Description |
|---|---|
| 3(a) | Restated Articles of Incorporation of the registrant, as amended (incorporated by reference to Exhibit 3.1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 3(b) | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed March 28, 2017). |
| 10(a) | Office Lease between Hallmark Financial Services, Inc. and Teachers Insurance and Annuity Association of America dated August 6, 2018 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 8, 2018). |
| 31(a) | Certification of principal executive officer required by Rule 13a-14(a) or Rule 15d-14(a). |
| 31(b) | Certification of principal financial officer required by Rule 13a-14(a) or Rule 15d-14(a). |
| 32(a) | Certification of principal executive officer Pursuant to 18 U.S.C. § 1350. |
| 32(b) | Certification of principal financial officer Pursuant to 18 U.S.C. § 1350. |
| 101 INS+ | XBRL Instance Document. |
| 101 SCH+ | XBRL Taxonomy Extension Schema Document. |
| 101 CAL+ | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101 LAB+ | XBRL Taxonomy Extension Label Linkbase Document. |
| 101 PRE+ | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101 DEF+ | XBRL Taxonomy Extension Definition Linkbase Document. |
| + | Filed with this Quarterly Report on Form 10-Q and included in Exhibit 101 to this report are the following documents formatted in XBRL (Extensible Business Reporting Language): (i) Consolidated Balance Sheets as of September 30, 2018 and December 31, 2017, (ii) Consolidated Statements of Operations for the three and nine months ended September 30, 2018 and 2017, (iii) Consolidated Statements of Comprehensive Income for the three and nine months ended September 30, 2018 and 2017, (iv) Consolidated Statements of Stockholder's Equity for the three and nine months ended September 30, 2018 and 2017, (v) Consolidated Statements of Cash Flows for the nine months ended September 30, 2018 and 2017 and (vi) related notes. |

APP. 0189

SIGNATURES

In accordance with the requirements of the Exchange Act, the registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HALLMARK FINANCIAL SERVICES, INC.
(Registrant)

Date: November 7, 2018                 /s/ Naveen Anand
                                       Naveen Anand, Chief Executive Officer and President

Date: November 7, 2018                 /s/ Jeffrey R. Passmore
                                       Jeffrey R. Passmore, Chief Accounting Officer and Senior Vice President

46

APP. 0190

**Exhibit 31 (a)**
**CERTIFICATION**

I, Naveen Anand, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date: November 7, 2018

/s/ Naveen Anand
Naveen Anand,
Chief Executive Officer
(principal executive officer)

APP. 0191

**Exhibit 31 (b)**
**CERTIFICATION**

I, Jeffrey R. Passmore, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

    a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

    a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

    b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date: November 7, 2018

/s/Jeffrey R. Passmore
Jeffrey R. Passmore
Chief Accounting Officer
(principal financial officer)

APP. 0192

**Exhibit 32(a)**
**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended September 30, 2018, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: November 7, 2018

/s/ Naveen Anand

Naveen Anand,
Chief Executive Officer
(principal executive officer)

APP. 0193

**Exhibit 32(b)**

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended September 30, 2018 and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: November 7, 2018

/s/Jeffrey R. Passmore
Jeffrey R. Passmore
Chief Accounting Officer
(principal financial officer)

APP. 0194

| Document and Entity Information - shares | 9 Months Ended Sep. 30, 2018 | Nov. 07, 2018 |
|---|---|---|
| **Document and Entity Information [Abstract]** | | |
| Entity Registrant Name | HALLMARK FINANCIAL SERVICES INC | |
| Entity Central Index Key | 0000819913 | |
| Current Fiscal Year End Date | --12-31 | |
| Entity Filer Category | Smaller Reporting Accelerated Filer | |
| Trading Symbol | hall | |
| Entity Common Stock, Shares Outstanding | | 18,058,676 |
| Document Type | 10-Q | |
| Amendment Flag | false | |
| Document Period End Date | Sep. 30, 2018 | |
| Document Fiscal Period Focus | Q3 | |
| Document Fiscal Year Focus | 2018 | |

APP. 0195

**Consolidated Balance Sheets - USD ($)**
**$ in Thousands**

| | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (cost: $571,657 in 2018 and $604,999 in 2017) | $ 574,470 | $ 605,746 |
| Equity securities (cost: $45,426 in 2018 and $30,253 in 2017) | 70,152 | 51,763 |
| Other investments (cost: $3,763 in 2018 and 2017) | 3,085 | 3,824 |
| Total investments | 647,707 | 661,333 |
| Cash and cash equivalents | 59,925 | 64,982 |
| Restricted cash | 3,519 | 2,651 |
| Ceded unearned premiums | 135,567 | 112,323 |
| Premiums receivable | 111,366 | 104,373 |
| Accounts receivable | 1,464 | 1,513 |
| Receivable for securities | 3,253 | 5,235 |
| Reinsurance recoverable | 225,932 | 182,928 |
| Deferred policy acquisition costs | 13,150 | 16,002 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 8,174 | 10,023 |
| Deferred federal income taxes, net | 1,042 | 1,937 |
| Federal income tax recoverable | | 7,532 |
| Prepaid expenses | 2,526 | 1,743 |
| Other assets | 12,471 | 13,856 |
| Total assets | 1,270,791 | 1,231,126 |
| **LIABILITIES** | | |
| Revolving credit facility payable | 30,000 | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $911 in 2018 and $949 in 2017) | 55,791 | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | 530,816 | 527,100 |
| Unearned premiums | 297,389 | 276,642 |
| Reinsurance balances payable | 55,830 | 52,487 |
| Current federal income tax payable | 144 | |
| Pension liability | 1,403 | 1,605 |
| Payable for securities | 7,699 | 7,488 |
| Accounts payable and other accrued expenses | 24,667 | 28,933 |
| Total liabilities | 1,003,739 | 980,008 |
| Commitments and Contingencies (Note 17) | | |
| **Stockholders' equity:** | | |
| Common stock, $.18 par value, authorized 33,333,333; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,053 | 123,180 |
| Retained earnings | 166,270 | 136,474 |
| Accumulated other comprehensive income | (443) | 12,234 |
| Treasury stock (2,814,155 shares in 2018 and 2,703,803 in 2017), at cost | (25,585) | (24,527) |
| Total stockholders' equity | 267,052 | 251,118 |
| Total liabilities and stockholders' equity | $ 1,270,791 | $ 1,231,126 |

**Consolidated Balance Sheets (Parenthetical) - USD ($)**
**$ in Thousands**

| | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Consolidated Balance Sheets [Abstract]** | | |
| Debt securities, available-for-sale, cost (in dollars) | $ 571,657 | $ 604,999 |
| Equity securities, available for sale, cost (in dollars) | 45,426 | 30,253 |
| Other investments, cost | 3,763 | 3,763 |
| Subordinated debt securities, unamortized debt issuance cost (in dollars) | $ 911 | $ 949 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,814,155 | 2,703,803 |

APP. 0197

| Consolidated Statements of Operations - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Consolidated Statements of Operations [Abstract]** | | | | |
| Gross premiums written | $ 169,112 | $ 161,151 | $ 495,836 | $ 458,319 |
| Ceded premiums written | (81,100) | (66,102) | (226,545) | (173,857) |
| Net premiums written | 88,012 | 95,049 | 269,291 | 284,462 |
| Change in unearned premiums | 850 | (6,261) | 2,496 | (15,744) |
| Net premiums earned | 88,862 | 88,788 | 271,787 | 268,718 |
| Investment income, net of expenses | 4,860 | 5,295 | 13,706 | 14,361 |
| Investment gains, net | 6,980 | 2,110 | 2,678 | 691 |
| Finance charges | 1,347 | 892 | 3,548 | 2,881 |
| Commission and fees | 869 | 570 | 2,604 | 1,295 |
| Other income | 28 | 68 | 89 | 200 |
| Total revenues | 102,946 | 97,723 | 294,412 | 288,146 |
| Losses and loss adjustment expenses | 64,245 | 72,379 | 191,568 | 204,925 |
| Other operating expenses | 24,829 | 25,071 | 78,402 | 78,445 |
| Interest expense | 1,180 | 1,181 | 3,335 | 3,530 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| Total expenses | 90,871 | 99,248 | 275,156 | 288,751 |
| Income (loss) before tax | 12,075 | (1,525) | 19,256 | (605) |
| Income tax expense | 2,390 | 35 | 3,834 | 319 |
| Net income (loss) | $ 9,685 | $ (1,560) | $ 15,422 | $ (924) |
| **Net income (loss) per share:** | | | | |
| Basic | $ 0.54 | $ (0.09) | $ 0.85 | $ (0.05) |
| Diluted | $ 0.53 | $ (0.09) | $ 0.85 | $ (0.05) |

| Consolidated Statements of Comprehensive Income - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Consolidated Statements of Comprehensive Income [Abstract]** | | | | |
| Net income (loss) | $ 9,685 | $ (1,560) | $ 15,422 | $ (924) |
| **Other comprehensive income:** | | | | |
| Change in net actuarial gain | 27 | 37 | 80 | 107 |
| Tax effect on change in net actuarial gain | (6) | (13) | (17) | (37) |
| Unrealized holding gains arising during the period | 342 | 308 | 1,909 | 8,208 |
| Tax effect on unrealized holding gains arising during the period | (72) | (108) | (401) | (2,873) |
| Reclassification adjustment for (gains) losses included in net income | 166 | (3,188) | 159 | (5,679) |
| Tax effect on reclassification adjustment for (gains) losses included in net income | (35) | 1,116 | (33) | 1,988 |
| Other comprehensive income (loss), net of tax | 422 | (1,848) | 1,697 | 1,714 |
| Comprehensive income (loss) | $ 10,107 | $ (3,408) | $ 17,119 | $ 790 |

APP. 0199

| Consolidated Statements of Stockholders' Equity - USD ($) $ in Thousands | Common Stock [Member] | Additional Paid-In Capital [Member] | Retained Earnings [Member] | Accumulated Other Comprehensive Income [Member] | Treasury Stock [Member] | Total |
|---|---|---|---|---|---|---|
| Balance at Dec. 31, 2016 | $ 3,757 | $ 123,166 | $ 148,027 | $ 10,371 | $ (19,585) | |
| Acquisition of treasury stock | | | | | (5,308) | |
| Shares issued under employee benefit plans | | | | | 265 | |
| Equity based compensation | | 97 | | | | |
| Shares issued under employee benefit plans (value) | | (107) | | | | |
| Net income (loss) | | | (924) | | | $ (924) |
| Additional minimum pension liability, net of tax | | | | 70 | | |
| Unrealized holding gains arising during period, net of tax | | | | 5,335 | | |
| Reclassification adjustment for losses (gains) included in net income, net of tax | | | | (3,691) | | |
| Balance at Sep. 30, 2017 | 3,757 | 123,156 | 147,103 | 12,085 | (24,628) | 261,473 |
| Balance at Jun. 30, 2017 | 3,757 | 123,110 | 148,663 | 13,933 | (23,763) | |
| Acquisition of treasury stock | | | | | (883) | |
| Shares issued under employee benefit plans | | | | | 18 | |
| Equity based compensation | | 51 | | | | |
| Shares issued under employee benefit plans (value) | | (5) | | | | |
| Net income (loss) | | | (1,560) | | | (1,560) |
| Additional minimum pension liability, net of tax | | | | 24 | | |
| Unrealized holding gains arising during period, net of tax | | | | 200 | | |
| Reclassification adjustment for losses (gains) included in net income, net of tax | | | | (2,072) | | |
| Balance at Sep. 30, 2017 | 3,757 | 123,156 | 147,103 | 12,085 | (24,628) | 261,473 |
| Balance at Dec. 31, 2017 | 3,757 | 123,180 | 136,474 | 12,234 | (24,527) | 251,118 |
| Acquisition of treasury stock | | | | | (1,464) | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | | | (2,619) | 2,619 | | |
| Shares issued under employee benefit plans | | | | | 406 | |
| Equity based compensation | | 37 | | | | |
| Shares issued under employee benefit plans (value) | | (164) | | | | |
| Net income (loss) | | | 15,422 | | | 15,422 |
| Additional minimum pension liability, net of tax | | | | 63 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Unrealized holding gains arising during period, net of tax | | | | 1,908 | | |
| Reclassification adjustment for losses (gains) included in net income, net of tax | | | | 126 | | |
| Balance at Sep. 30, 2018 | 3,757 | 123,053 | 166,270 | (443) | (25,585) | 267,052 |
| Balance at Jun. 30, 2018 | 3,757 | 123,017 | 156,585 | (865) | (25,585) | |
| Equity based compensation | | 36 | | | | |
| Net income (loss) | | | 9,685 | | | 9,685 |
| Additional minimum pension liability, net of tax | | | | 21 | | |
| Unrealized holding gains arising during period, net of tax | | | | 270 | | |
| Reclassification adjustment for losses (gains) included in net income, net of tax | | | | 131 | | |
| Balance at Sep. 30, 2018 | $ 3,757 | $ 123,053 | 166,270 | (443) | $ (25,585) | $ 267,052 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | | | $ 16,993 | $ (16,993) | | |

APP. 0201

| Consolidated Statements of Cash Flows - USD ($) $ in Thousands | 9 Months Ended | |
| --- | --- | --- |
| | Sep. 30, 2018 | Sep. 30, 2017 |
| **Cash flows from operating activities:** | | |
| Net income | $ 15,422 | $ (924) |
| **Adjustments to reconcile net income to net cash (used in) provided by operating activities** | | |
| Depreciation and amortization expense | 3,801 | 3,467 |
| Deferred federal income taxes | 445 | (1,903) |
| Investment gains, net | (2,678) | (691) |
| Share-based payments expense | 37 | 97 |
| Change in ceded unearned premiums | (23,244) | (22,488) |
| Change in premiums receivable | (6,993) | (11,943) |
| Change in accounts receivable | 49 | 335 |
| Change in deferred policy acquisition costs | 2,852 | (52) |
| Change in unpaid losses and loss adjustment expenses | 3,716 | 49,932 |
| Change in unearned premiums | 20,747 | 38,233 |
| Change in reinsurance recoverable | (43,004) | (34,140) |
| Change in reinsurance balances payable | 3,343 | 10,535 |
| Change in current federal income tax recoverable/payable | 7,676 | 1,918 |
| Change in all other liabilities | (4,429) | (1,495) |
| Change in all other assets | 3,277 | 3,448 |
| Net cash (used in) provided by operating activities | (18,983) | 34,329 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (1,530) | (1,576) |
| Purchases of investment securities | (160,147) | (196,976) |
| Maturities, sales and redemptions of investment securities | 177,693 | 175,527 |
| Net cash provided by (used in) investing activities | 16,016 | (23,025) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 242 | 158 |
| Purchase of treasury shares | (1,464) | (5,308) |
| Net cash used in financing activities | (1,222) | (5,150) |
| (Decrease) increase in cash and cash equivalents and restricted cash | (4,189) | 6,154 |
| Cash, cash equivalents and restricted cash at beginning of period | 67,633 | 86,959 |
| Cash, cash equivalents and restricted cash at end of period | $ 63,444 | $ 93,113 |

APP. 0202

General

**9 Months Ended**

**Sep. 30, 2018**

**General [Abstract]**

General

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals.  Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit offers commercial insurance products and services in the excess and surplus lines market. Our Specialty Commercial operating unit offers general aviation and satellite launch insurance products and services, low and middle market commercial umbrella and primary/excess liability insurance, medical and financial professional liability insurance products and services, and primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Our Standard Commercial P&C operating unit offers industry-specific commercial insurance products and services in the standard market. Our Workers Compensation operating unit specializes in small and middle market workers compensation business. Effective July 1, 2015, this operating unit no longer markets or retains any risk on new or renewal policies. Our Specialty Personal Lines operating unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

APP. 0203

**Basis of Presentation**

**9 Months Ended**

**Sep. 30, 2018**

**Basis of Presentation [Abstract]**

Basis of Presentation

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2017 included in our Annual Report on Form 10-K filed with the SEC.

The interim financial data as of September 30, 2018 and 2017 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the period ended September 30, 2018 are not necessarily indicative of the operating results to be expected for the full year.

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Use of Estimates in the Preparation of the Financial Statements*

**Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2017 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.**

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for

these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of September 30, 2018. The fair value is based on the lower of the discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 4.5% to 5.3% for each future payment date and 100.5% of par. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities: Our trust preferred securities have a carried value of $55.8 million and a fair value of $47.4 million as of September 30, 2018. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### *Adoption of New Accounting Pronouncements*

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business" (Topic 715). ASU 2017-01 is intended to assist entities with evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 was effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

On February 14, 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the

APP. 0205

related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

### *Recently Issued  Accounting Pronouncements*

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20).  ASU 2017-08 is intended to enhance the

accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We are currently evaluating the impact that the adoption of ASU 2017-08 will have on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases" (Topic 842). ASU 2016 -02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. We do not anticipate that this standard will have a material impact on our results of operations, but we anticipate an increase to the value of our assets and liabilities related to leases, with no material impact to equity.

APP. 0207

**Fair Value**

| | 9 Months Ended |
| --- | --- |
| | **Sep. 30, 2018** |

**Fair Value [Abstract]**

Fair Value

**3. Fair Value**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 47,866 | $ - | $ 47,866 |
| Corporate bonds | - | 249,177 | 325 | 249,502 |
| Collateralized corporate bank loans | - | 135,309 | - | 135,309 |
| Municipal bonds | - | 127,044 | - | 127,044 |
| Mortgage-backed | - | 14,749 | - | 14,749 |
| Total debt securities | - | 574,145 | 325 | 574,470 |
| Total equity securities | 70,152 | - | - | 70,152 |
| Total other investments | 3,085 | - | - | 3,085 |
| Total investments | $ 73,237 | $ 574,145 | $ 325 | $ 647,707 |

| | As of December 31, 2017 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 49,947 | $ - | $ 49,947 |
| Corporate bonds | - | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | - | 125,937 | - | 125,937 |
| Municipal bonds | - | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | - | 16,533 | - | 16,533 |
| Total debt securities | - | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | - | 621 | 51,763 |
| Total other investments | 3,824 | - | - | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $ 661,333 |

Due to significant unobservable inputs into the valuation model for one corporate bond

as of September 30, 2018, we classified this investment as Level 3 in the fair value hierarchy. Due to significant unobservable inputs into the valuation model for certain municipal bonds, one corporate bond and one equity security as of December 31, 2017, we classified these investments as Level 3 in the fair value hierarchy. We used an income approach in order to derive an estimated fair value of the municipal bonds classified as Level 3, which included inputs such as expected holding period, benchmark swap rate, benchmark discount rate and a discount rate premium for illiquidity. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement. The equity security previously classified as Level 3 in the fair value hierarchy was transferred to Level 1 during the second quarter of 2018.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2018 and 2017 (in thousands):

| | | |
|---|---|---|
| Beginning balance as of January 1, 2018 | $ | 3,757 |
| Sales | | (2,925) |
| Settlements | | - |
| Purchases | | - |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | 114 |
| Net gains included in other comprehensive income | | - |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | (621) |
| Ending balance as of September 30, 2018 | $ | 325 |

| | | |
|---|---|---|
| Beginning balance as of January 1, 2017 | $ | 5,945 |
| Sales | | - |
| Settlements | | (150) |
| Purchases | | 775 |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | - |
| Net gains included in other comprehensive income | | 607 |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | - |
| Ending balance as of September 30, 2017 | $ | 7,177 |

**Investments**

| | 9 Months Ended |
|---|---|
| | **Sep. 30, 2018** |

**Investments [Abstract]**

Investments

### 4. Investments

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| As of September 30, 2018 | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 48,730 | $ - | $ (864) | $ 47,866 |
| Corporate bonds | 250,739 | 403 | (1,640) | 249,502 |
| Collateralized corporate bank loans | 134,807 | 642 | (140) | 135,309 |
| Municipal bonds | 122,053 | 6,126 | (1,135) | 127,044 |
| Mortgage-backed | 15,328 | 13 | (592) | 14,749 |
| Total debt securities | 571,657 | 7,184 | (4,371) | 574,470 |
| Total equity securities | 45,426 | 28,116 | (3,390) | 70,152 |
| Total other investments | 3,763 | - | (678) | 3,085 |
| Total investments | $ 620,846 | $ 35,300 | $ (8,439) | $ 647,707 |

| As of December 31, 2017 | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 50,088 | $ 7 | $ (148) | $ 49,947 |
| Corporate bonds | 278,611 | 1,204 | (742) | 279,073 |
| Collateralized corporate bank loans | 125,536 | 702 | (301) | 125,937 |
| Municipal bonds | 134,052 | 709 | (505) | 134,256 |
| Mortgage-backed | 16,712 | 37 | (216) | 16,533 |
| Total debt securities | 604,999 | 2,659 | (1,912) | 605,746 |
| Total equity securities | 30,253 | 23,014 | (1,504) | 51,763 |
| Total other investments | 3,763 | 61 | - | 3,824 |
| Total investments | $ 639,015 | $ 25,734 | $ (3,416) | $ 661,333 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ | - | $ | - | $ | - | $ | - |
| Corporate bonds | | (44) | | (107) | | (66) | | (125) |
| Collateralized corporate bank loans | | 23 | | 8 | | 70 | | 56 |
| Municipal bonds | | (145) | | 120 | | (164) | | 204 |
| Mortgage-backed | | - | | (1) | | 1 | | (1) |
| Realized (losses) gains on fixed maturities | | (166) | | 20 | | (159) | | 134 |
| Realized gains on equity securities | | - | | 3,168 | | 359 | | 5,545 |
| Realized (losses) gains on other investments | | - | | - | | - | | - |
| Total realized (losses) gains on investments | | (166) | | 3,188 | | 200 | | 5,679 |
| Other-than-temporary impairments | | - | | (850) | | - | | (4,257) |
| Unrealized gains (losses) on other investments | | 25 | | (228) | | (739) | | (731) |
| Unrealized gains (losses) on equity investments | | 7,121 | | - | | 3,217 | | - |
| Investment gains (losses), net | $ | 6,980 | $ | 2,110 | $ | 2,678 | $ | 691 |

We realized gross gains on investments of $0.3 million and $3.4 million during the three months ended September 30, 2018 and 2017, respectively, and $0.9 million and $6.4 million for the nine months ended September 30, 2018 and 2017, respectively. We realized gross losses on investments of $0.5 million and $0.2 million for the three months ended September 30, 2018 and 2017, respectively, and $0.7 million and $0.7 million for the nine months ended September 30, 2018 and 2017, respectively. We recorded proceeds from the sale of investment securities of $0.4 million and $11.4 million during the three months ended September 30, 2018 and 2017, respectively, and $14.6 million and $19.4 million for the nine months ended September 30, 2018 and 2017, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 46,868 | $ (864) | $ - | $ - | $ 46,868 | $ (864) |
| Corporate bonds | 181,467 | (1,313) | 47,968 | (327) | 229,435 | (1,640) |
| Collateralized corporate bank loans | 18,794 | (117) | 6,064 | (23) | 24,858 | (140) |
| Municipal bonds | 38,292 | (638) | 11,924 | (497) | 50,216 | (1,135) |
| Mortgage-backed | 5,862 | (63) | 5,454 | (529) | 11,316 | (592) |
| Total debt securities | 291,283 | (2,995) | 71,410 | (1,376) | 362,693 | (4,371) |
| Total equity securities | 3,017 | (2,654) | 3,359 | (736) | 6,376 | (3,390) |
| Total other investments | 3,085 | (678) | - | - | 3,085 | (678) |
| Total investments | $ 297,385 | $ (6,327) | $ 74,769 | $ (2,112) | $ 372,154 | $ (8,439) |

As of December 31, 2017

APP. 0212

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $  28,825 | $  (145) | $  1,997 | $  (3) | $  30,822 | $  (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | - | - | 8,375 | (1,504) |
| Total other investments | - | - | - | - | - | - |
| Total investments | $  284,888 | $  (3,162) | $  17,224 | $  (254) | $  302,112 | $  (3,416) |

At September 30, 2018, the gross unrealized losses more than twelve months old were attributable to 64 debt security positions and two equity securities. At December 31, 2017, the gross unrealized losses more than twelve months old were attributable to 25 debt security positions. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

**We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.**

**We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.**

**Details regarding the carrying value of the other investments portfolio as of September 30, 2018 and December 31, 2017 are as follows (in thousands):**

| | September 30, 2018 | December 31, 2017 |
|---|---|---|
| **Investment Type** | | |
| **Equity warrant** | $  3,085 | $  3,824 |
| **Total other investments** | $  3,085 | $  3,824 |

**We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.**

**The amortized cost and estimated fair value of debt securities at September 30,**

APP. 0213

2018 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|---|---|---|
|  | (in thousands) | |
| Due in one year or less | $ 120,070 | $ 120,698 |
| Due after one year through five years | 287,661 | 291,063 |
| Due after five years through ten years | 121,834 | 122,121 |
| Due after ten years | 26,764 | 25,839 |
| Mortgage-backed | 15,328 | 14,749 |
|  | $ 571,657 | $ 574,470 |

**Pledged Investments**

**9 Months Ended**

**Sep. 30, 2018**

**Pledged Investments**
**[Abstract]**

Pledged Investments

### 5. Pledged Investments

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.4 million and $26.2 million at September 30, 2018 and December 31, 2017, respectively.

| Reserves for Unpaid Losses and Loss Adjustment Expenses | 9 Months Ended |
| --- | --- |
| | **Sep. 30, 2018** |

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Reserves for Unpaid Losses and Loss Adjustment Expenses

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | September 30, 2018 | September 30, 2017 |
| --- | --- | --- |
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
| | | |
| Incurred related to: | | |
| Current year | 185,506 | 184,685 |
| Prior years | 6,062 | 20,240 |
| Total incurred | 191,568 | 204,925 |
| | | |
| Paid related to: | | |
| Current year | 56,687 | 61,288 |
| Prior years | 184,337 | 128,329 |
| Total paid | 241,024 | 189,617 |
| | | |
| Net balance at September 30 | 323,032 | 373,638 |
| Plus reinsurance recoverable | 207,784 | 157,861 |
| Balance at September 30 | $ 530,816 | $ 531,499 |

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | Nine Months Ended September 30, |
| --- | --- |

| | 2018 | 2017 |
|---|---|---|
| Specialty Commercial Segment | $ 15,730 | $ 17,824 |
| Standard Commercial Segment | (8,829) | 1,594 |
| Personal Segment | (839) | 822 |
| Corporate | - | - |
| Total unfavorable (favorable) net prior years' development | $ 6,062 | $ 20,240 |

The following describes the primary factors behind each segment's prior accident year reserve development for the nine months ended September 30, 2018 and 2017:

Nine months ended September 30, 2018:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto and general liability lines of business in the 2017 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation, commercial excess liability, satellite launch insurance products, primary/excess commercial property, professional liability and specialty risk programs lines of business.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. Our Workers Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

Nine months ended September 30, 2017:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development primarily in the commercial auto liability line of business in the 2015 and prior accident years, partially offset by favorable development in the 2016 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2010 accident year, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net unfavorable development in the 2016 and prior accident years in the occupational accident line of business, partially offset by net favorable development primarily in the general liability line of business in the 2016 and prior accident years.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014 and 2013 accident years, partially offset by favorable development in the 2015 accident year.

APP. 0217

| Share-Based Payment Arrangements | 9 Months Ended Sep. 30, 2018 |
|---|---|

**Share-Based Payment Arrangements [Abstract]**

Share-Based Payment Arrangements

## 7. Share-Based Payment Arrangements

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of September 30, 2018, there were outstanding incentive stock options to purchase 1,074 shares of our common stock and outstanding non-qualified stock options to purchase 244,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of September 30, 2018, restricted stock units representing the right to receive up to 508,345 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of September 30, 2018.

### Stock Options:

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vests in equal annual increments on each of the first seven anniversary dates and terminates ten years from the date of grant.

A summary of the status of our stock options as of September 30, 2018 and changes during the nine months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $ 7.85 | | |
| Granted | - | - | | |
| Exercised | (36,500) | $ 6.61 | | |
| Forfeited or expired | (125,000) | $ 10.60 | | |

APP. 0218

| | | | | |
|---|---|---|---|---|
| Outstanding at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |
| Exercisable at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Intrinsic value of options exercised | $ - | $ 9 | $ 122 | $ 110 |
| Cost of share-based payments (non-cash) | $ - | $ - | $ - | $ - |
| Income tax benefit of share-based payments recognized in income | $ - | $ - | $ - | $ - |

As of September 30, 2018, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first nine months of 2018 or 2017.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively. We incurred compensation expense of $36 thousand and $37 thousand related to restricted stock units during the three months and nine months ended September 30, 2018, respectively. We incurred compensation expense of $51 thousand and $97 thousand

related to restricted stock units during the three months and nine months ended September 30, 2017, respectively.  We recorded income tax benefit of $8 thousand related to restricted stock units during both the three months and nine months ended September 30, 2018.  We recorded income tax benefit of $18 thousand and $34 thousand related to restricted stock units during the three months and nine months ended September 30, 2017, respectively.

The following table details the status of our restricted stock units as of and for the nine months ended September 30, 2018 and 2017:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | 2018 | 2017 |
| Non-vested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Non-vested at September 30 | 338,897 | 385,779 |

As of September 30, 2018, there was $2.4 million of unrecognized grant date compensation cost related to unvested restricted stock units.  Based on the current performance estimate, we expect to recognize $1.9 million of compensation cost related to unvested restricted stock units, of which $0.2 million is expected to be recognized during the remainder of 2018, $0.8 million is expected to be recognized in 2019, $0.7 million is expected to be recognized in 2020 and $0.2 million is expected to be recognized in 2021.

**Segment Information**

**Segment Information
[Abstract]**

Segment Information

### 8. Segment Information

The following is business segment information for the three and nine months ended September 30, 2018 and 2017 (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| Revenues: | | | | |
| Specialty Commercial Segment | $ 68,302 | $ 69,721 | $ 213,507 | $ 205,057 |
| Standard Commercial Segment | 19,857 | 17,401 | 57,979 | 52,449 |
| Personal Segment | 9,355 | 9,404 | 24,891 | 31,951 |
| Corporate | 5,432 | 1,197 | (1,965) | (1,311) |
| Consolidated | $ 102,946 | $ 97,723 | $ 294,412 | $ 288,146 |
| | | | | |
| Pre-tax income (loss): | | | | |
| Specialty Commercial Segment | $ 2,452 | $ 1,288 | $ 20,980 | $ 13,018 |
| Standard Commercial Segment | 7,264 | 229 | 11,239 | 881 |
| Personal Segment | 684 | (661) | 661 | (2,311) |
| Corporate | 1,675 | (2,381) | (13,624) | (12,193) |
| Consolidated | $ 12,075 | $ (1,525) | $ 19,256 | $ (605) |

The following is additional business segment information as of the dates indicated (in thousands):

|  | September 30, 2018 | December 31, 2017 |
|---|---|---|
| Assets: | | |
| Specialty Commercial Segment | $ 854,360 | $ 810,133 |
| Standard Commercial Segment | 163,478 | 162,152 |
| Personal Segment | 230,397 | 232,441 |
| Corporate | 22,556 | 26,400 |
|  | $ 1,270,791 | $ 1,231,126 |

**Reinsurance**

**Reinsurance [Abstract]**

Reinsurance

**9. Reinsurance**

     We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of September 30, 2018 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Ceded earned premiums | $ 73,038 | $ 54,769 | $ 203,302 | $ 151,370 |
| Reinsurance recoveries | $ 48,962 | $ 45,122 | $ 142,389 | $ 103,552 |

**Revolving Credit Facility**

**9 Months Ended**

**Sep. 30, 2018**

**Revolving Credit Facility [Abstract]**

Revolving Credit Facility

## 10. Revolving Credit Facility

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of September 30, 2018, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of September 30, 2018, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

**Subordinated Debt Securities**

**9 Months Ended**

**Sep. 30, 2018**

**Subordinated Debt Securities [Abstract]**

Subordinated Debt Securities

**11.  Subordinated Debt Securities**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035.  To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities.  The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate.  Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity.  The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.58% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037.  To effect the transaction, we formed Trust II as a Delaware statutory trust.  Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us.  Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points.  Trust II pays dividends on its preferred securities at the same rate.  Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity.  The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of September 30, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.23% per annum.

**Deferred Policy Acquisition Costs**

**9 Months Ended**

**Sep. 30, 2018**

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Policy Acquisition Costs

### 12. Deferred Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| Deferred | $ 11,001 | $ 9,759 | $ 27,672 | $ 31,472 |
| Amortized | (11,909) | (9,849) | (30,524) | (31,420) |
| Net | $ (908) | $ (90) | $ (2,852) | $ 52 |

APP. 0225

**Earnings per Share**

**9 Months Ended**

**Sep. 30, 2018**

**Earnings per Share [Abstract]**

Earnings per Share

**13. Earnings per Share**

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Weighted average shares - basic | 18,059 | 18,180 | 18,097 | 18,404 |
| Effect of dilutive securities | 108 | - | 106 | - |
| Weighted average shares - assuming dilution | 18,167 | 18,180 | 18,203 | 18,404 |

For the three and nine months ended September 30, 2018, no shares and 43,004 shares, respectively, of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.  For each of the three and nine months ended September 30, 2017, 417,830 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

APP. 0226

**Net Periodic Pension Cost**

**9 Months Ended**

**Sep. 30, 2018**

**Net Periodic Pension Cost [Abstract]**

Net Periodic Pension Cost

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Interest cost | $ 106 | $ 111 | $ 318 | $ 333 |
| Amortization of net loss | 26 | 37 | 79 | 107 |
| Expected return on plan assets | (173) | (164) | (520) | (487) |
| Net periodic pension cost | $ (41) | $ (16) | $ (123) | $ (47) |
| Contributed amount | $ - | $ - | $ - | $ - |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2017 for more discussion of our retirement plans.

**Income Taxes**

**9 Months Ended**

**Sep. 30, 2018**

**Income Taxes [Abstract]**

Income Taxes

**15.  Income Taxes**

**Our effective income tax rate for the nine months ended September 30, 2018 and 2017 was 19.9% and (52.7)%, respectively.  The effective tax rate for 2018 was favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act on December 22, 2017. The rate for 2017 varied from the statutory tax rate primarily due to a correction of an immaterial error in prior years' deferred tax on bond premium amortization, partially offset by the amount of tax exempt income in relation to total pre-tax income.**

| Supplemental Cash Flow Information | 9 Months Ended |
| --- | --- |
| | Sep. 30, 2018 |

**Supplemental Cash Flow Information [Abstract]**

Supplemental Cash Flow Information

## 16. Supplemental Cash Flow Information

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | As of September 30, | | | |
| --- | --- | --- | --- | --- |
| | | 2018 | | 2017 |
| Cash and cash equivalents | $ | 59,925 | $ | 89,770 |
| Restricted cash | | 3,519 | | 3,343 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ | 63,444 | $ | 93,113 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the nine months ended September 30, 2018 and 2017:

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | | 2018 | | 2017 |
| Interest paid | $ | 3,325 | $ | 3,505 |
| Income taxes (recovered) paid | $ | (4,287) | $ | 304 |
| Supplemental schedule of non-cash investing activities: | | | | |
| Change in receivable for securities related to investment disposals that settled after the balance sheet date | $ | 1,982 | $ | 1,338 |
| Change in payable for securities related to investment purchases that settled after the balance sheet date | $ | 211 | $ | (6,580) |

APP. 0229

| Commitments and Contingencies | 9 Months Ended |
| --- | --- |
| | Sep. 30, 2018 |

**Commitments and Contingencies [Abstract]**

Commitments and Contingencies

**17. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management.  The various legal proceedings to which we are a party are routine in nature and incidental to our business.

| Changes in Accumulated Other Comprehensive Income Balances | 9 Months Ended<br>Sep. 30, 2018 |
|---|---|

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Changes in Accumulated Other Comprehensive Income Balances

## 18. Changes in Accumulated Other Comprehensive Income Balances

**The changes in accumulated other comprehensive income balances as of September 30, 2018 and 2017 were as follows (in thousands):**

|  | Minimum Pension Liability | Unrealized Gains (Losses) | Accumulated Other Comprehensive Income |
|---|---|---|---|
| Balance at December 31, 2016 | $ (2,666) | $ 13,037 | $ 10,371 |
| Other comprehensive income: |  |  |  |
| Change in net actuarial gain | 107 | - | 107 |
| Tax effect on change in net actuarial gain | (37) | - | (37) |
| Net unrealized holding gains arising during the period | - | 8,208 | 8,208 |
| Tax effect on unrealized gains arising during the period | - | (2,873) | (2,873) |
| Reclassification adjustment for gains included in investment gains | - | (5,679) | (5,679) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 1,988 | 1,988 |
| Other comprehensive income, net of tax | 70 | 1,644 | 1,714 |
| Balance at September 30, 2017 | $ (2,596) | $ 14,681 | $ 12,085 |
|  |  |  |  |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: |  |  |  |
| Change in net actuarial gain | 80 | - | 80 |
| Tax effect on change in net actuarial gain | (17) | - | (17) |
| Net unrealized holding gains arising during the period | - | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | - | (401) | (401) |
| Reclassification adjustment for realized gains included in investment gains | - | 159 | 159 |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | - | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | - | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |

**Basis of Presentation (Policy)**

|  | 9 Months Ended |
|---|---|
|  | Sep. 30, 2018 |

**Basis of Presentation [Abstract]**

Reclassifications

### *Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

Income Taxes

### *Income Taxes*

We file a consolidated federal income tax return.  Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end.  Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

Use of Estimates in the Preparation of the Financial Statements

### *Use of Estimates in the Preparation of the Financial Statements*

**Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period.  Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2017 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.**

Fair Value of Financial Instruments

### *Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments.  Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk.  These estimates involve significant uncertainties and judgments and cannot be determined with precision.  As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument.  In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of September 30, 2018. The fair value is based on the lower of the discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 4.5% to 5.3% for each future payment date and 100.5% of par.  This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $47.4 million as of September 30, 2018.  The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows.  Our trust

APP. 0232

preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Variable Interest Entities

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

New Accounting Pronouncements

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business" (Topic 715). ASU 2017-01 is intended to assist entities with evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 was effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

On February 14, 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to

APP. 0233

an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

### *Recently Issued  Accounting Pronouncements*

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20).  ASU 2017-08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We are currently evaluating the impact that the adoption of ASU 2017-08 will have on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350).  ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's

goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases" (Topic 842). ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. We do not anticipate that this standard will have a material impact on our results of operations, but we anticipate an increase to the value of our assets and liabilities related to leases, with no material impact to equity.

APP. 0235

**Fair Value (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Fair Value [Abstract]**

Fair Value, Assets Measured on Recurring Basis

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 47,866 | $ - | $ 47,866 |
| Corporate bonds | - | 249,177 | 325 | 249,502 |
| Collateralized corporate bank loans | - | 135,309 | - | 135,309 |
| Municipal bonds | - | 127,044 | - | 127,044 |
| Mortgage-backed | - | 14,749 | - | 14,749 |
| Total debt securities | - | 574,145 | 325 | 574,470 |
| Total equity securities | 70,152 | - | - | 70,152 |
| Total other investments | 3,085 | - | - | 3,085 |
| Total investments | $ 73,237 | $ 574,145 | $ 325 | $ 647,707 |

| | As of December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ 49,947 | $ - | $ 49,947 |
| Corporate bonds | - | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | - | 125,937 | - | 125,937 |
| Municipal bonds | - | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | - | 16,533 | - | 16,533 |
| Total debt securities | - | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | - | 621 | 51,763 |
| Total other investments | 3,824 | - | - | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $ 661,333 |

Fair Value, Assets Measured on

The following table summarizes the changes in fair value for all financial assets

APP. 0236

Recurring Basis Unobservable Input Reconciliation

measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2018 and 2017 (in thousands):

| | | |
|---|---|---:|
| Beginning balance as of January 1, 2018 | $ | 3,757 |
| Sales | | (2,925) |
| Settlements | | - |
| Purchases | | - |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | 114 |
| Net gains included in other comprehensive income | | - |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | (621) |
| Ending balance as of September 30, 2018 | $ | 325 |

| | | |
|---|---|---:|
| Beginning balance as of January 1, 2017 | $ | 5,945 |
| Sales | | - |
| Settlements | | (150) |
| Purchases | | 775 |
| Issuances | | - |
| Total realized/unrealized gains included in net income | | - |
| Net gains included in other comprehensive income | | 607 |
| Transfers into Level 3 | | - |
| Transfers out of Level 3 | | - |
| Ending balance as of September 30, 2017 | $ | 7,177 |

APP. 0237

**Investments (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Investments [Abstract]**

Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| As of September 30, 2018 | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 48,730 | $ - | $ (864) | $ 47,866 |
| Corporate bonds | 250,739 | 403 | (1,640) | 249,502 |
| Collateralized corporate bank loans | 134,807 | 642 | (140) | 135,309 |
| Municipal bonds | 122,053 | 6,126 | (1,135) | 127,044 |
| Mortgage-backed | 15,328 | 13 | (592) | 14,749 |
| Total debt securities | 571,657 | 7,184 | (4,371) | 574,470 |
| Total equity securities | 45,426 | 28,116 | (3,390) | 70,152 |
| Total other investments | 3,763 | - | (678) | 3,085 |
| Total investments | $ 620,846 | $ 35,300 | $ (8,439) | $ 647,707 |

| As of December 31, 2017 | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 50,088 | $ 7 | $ (148) | $ 49,947 |
| Corporate bonds | 278,611 | 1,204 | (742) | 279,073 |
| Collateralized corporate bank loans | 125,536 | 702 | (301) | 125,937 |
| Municipal bonds | 134,052 | 709 | (505) | 134,256 |
| Mortgage-backed | 16,712 | 37 | (216) | 16,533 |
| Total debt securities | 604,999 | 2,659 | (1,912) | 605,746 |
| Total equity securities | 30,253 | 23,014 | (1,504) | 51,763 |
| Total other investments | 3,763 | 61 | - | 3,824 |
| Total investments | $ 639,015 | $ 25,734 | $ (3,416) | $ 661,333 |

Summary of Realized Gain (Loss) on Investments

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |

| | | | | |
|---|--:|--:|--:|--:|
| U.S. Treasury securities and obligations of U.S. Government | $ - | $ - | $ - | $ - |
| Corporate bonds | (44) | (107) | (66) | (125) |
| Collateralized corporate bank loans | 23 | 8 | 70 | 56 |
| Municipal bonds | (145) | 120 | (164) | 204 |
| Mortgage-backed | - | (1) | 1 | (1) |
| Realized (losses) gains on fixed maturities | (166) | 20 | (159) | 134 |
| Realized gains on equity securities | - | 3,168 | 359 | 5,545 |
| Realized (losses) gains on other investments | - | - | - | - |
| Total realized (losses) gains on investments | (166) | 3,188 | 200 | 5,679 |
| Other-than-temporary impairments | - | (850) | - | (4,257) |
| Unrealized gains (losses) on other investments | 25 | (228) | (739) | (731) |
| Unrealized gains (losses) on equity investments | 7,121 | - | 3,217 | - |
| Investment gains (losses), net | $ 6,980 | $ 2,110 | $ 2,678 | $ 691 |

**Summary of Gross Unrealized Losses for Investments that have been Continuously in Unrealized Loss Position**

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2018 and December 31, 2017 (in thousands):

| | As of September 30, 2018 | | | | | |
|---|--:|--:|--:|--:|--:|--:|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 46,868 | $ (864) | $ - | $ - | $ 46,868 | $ (864) |
| Corporate bonds | 181,467 | (1,313) | 47,968 | (327) | 229,435 | (1,640) |
| Collateralized corporate bank loans | 18,794 | (117) | 6,064 | (23) | 24,858 | (140) |
| Municipal bonds | 38,292 | (638) | 11,924 | (497) | 50,216 | (1,135) |
| Mortgage-backed | 5,862 | (63) | 5,454 | (529) | 11,316 | (592) |
| Total debt securities | 291,283 | (2,995) | 71,410 | (1,376) | 362,693 | (4,371) |
| Total equity securities | 3,017 | (2,654) | 3,359 | (736) | 6,376 | (3,390) |
| Total other investments | 3,085 | (678) | - | - | 3,085 | (678) |
| Total investments | $ 297,385 | $ (6,327) | $ 74,769 | $ (2,112) | $ 372,154 | $ (8,439) |

| | As of December 31, 2017 | | | | | |
|---|--:|--:|--:|--:|--:|--:|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | - | - | 8,375 | (1,504) |
| Total other investments | - | - | - | - | - | - |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

**Carrying Value of Other Invested Assets Portfolio**

Details regarding the carrying value of the other investments portfolio as of September 30, 2018 and December 31, 2017 are as follows (in thousands):

| | September 30, 2018 | December 31, 2017 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 3,085 | $ 3,824 |
| Total other investments | $ 3,085 | $ 3,824 |

**Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities**

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 120,070 | $ 120,698 |
| Due after one year through five years | 287,661 | 291,063 |
| Due after five years through ten years | 121,834 | 122,121 |
| Due after ten years | 26,764 | 25,839 |
| Mortgage-backed | 15,328 | 14,749 |
| | $ 571,657 | $ 574,470 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Tables) | 9 Months Ended Sep. 30, 2018 |
|---|---|

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Summary of Activity in Reserves for Unpaid Losses and LAE

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | September 30, 2018 | September 30, 2017 |
|---|---|---|
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
| Incurred related to: |  |  |
| Current year | 185,506 | 184,685 |
| Prior years | 6,062 | 20,240 |
| Total incurred | 191,568 | 204,925 |
| Paid related to: |  |  |
| Current year | 56,687 | 61,288 |
| Prior years | 184,337 | 128,329 |
| Total paid | 241,024 | 189,617 |
| Net balance at September 30 | 323,032 | 373,638 |
| Plus reinsurance recoverable | 207,784 | 157,861 |
| Balance at September 30 | $ 530,816 | $ 531,499 |

Impact of Net Prior Years Loss Development by Segment

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2018 | 2017 |
| Specialty Commercial Segment | $ 15,730 | $ 17,824 |
| Standard Commercial Segment | (8,829) | 1,594 |
| Personal Segment | (839) | 822 |
| Corporate | - | - |
| Total unfavorable (favorable) net prior years' development | $ 6,062 | $ 20,240 |

**Share-Based Payment Arrangements (Tables)**

**9 Months Ended**
**Sep. 30, 2018**

**Share-Based Payment Arrangements [Abstract]**

Summary of the Status of Stock Options

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $ 7.85 | | |
| Granted | - | - | | |
| Exercised | (36,500) | $ 6.61 | | |
| Forfeited or expired | (125,000) | $ 10.60 | | |
| Outstanding at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |
| Exercisable at September 30, 2018 | 245,231 | $ 6.63 | 0.7 | $ 1,071 |

Schedule of Options, Grants in Period and Grant Date Intrinsic Value

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Intrinsic value of options exercised | $ - | $ 9 | $ 122 | $ 110 |
| Cost of share-based payments (non-cash) | $ - | $ - | $ - | $ - |
| Income tax benefit of share-based payments recognized in income | $ - | $ - | $ - | $ - |

Summary of the Status of Restricted Stock Units

| | Number of Restricted Stock Units | |
|---|---|---|
| | 2018 | 2017 |
| Non-vested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Non-vested at September 30 | 338,897 | 385,779 |

APP. 0242

**Segment Information (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Segment Information [Abstract]**

Schedule of Business Segment Information

The following is business segment information for the three and nine months ended September 30, 2018 and 2017 (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|  | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
| **Revenues:** | | | | |
| Specialty Commercial Segment | $ 68,302 | $ 69,721 | $ 213,507 | $ 205,057 |
| Standard Commercial Segment | 19,857 | 17,401 | 57,979 | 52,449 |
| Personal Segment | 9,355 | 9,404 | 24,891 | 31,951 |
| Corporate | 5,432 | 1,197 | (1,965) | (1,311) |
| Consolidated | $ 102,946 | $ 97,723 | $ 294,412 | $ 288,146 |
| | | | | |
| **Pre-tax income (loss):** | | | | |
| Specialty Commercial Segment | $ 2,452 | $ 1,288 | $ 20,980 | $ 13,018 |
| Standard Commercial Segment | 7,264 | 229 | 11,239 | 881 |
| Personal Segment | 684 | (661) | 661 | (2,311) |
| Corporate | 1,675 | (2,381) | (13,624) | (12,193) |
| Consolidated | $ 12,075 | $ (1,525) | $ 19,256 | $ (605) |

Schedule of Additional Business Segment Information

The following is additional business segment information as of the dates indicated (in thousands):

|  | September 30, 2018 | December 31, 2017 |
|---|---|---|
| **Assets:** | | |
| Specialty Commercial Segment | $ 854,360 | $ 810,133 |
| Standard Commercial Segment | 163,478 | 162,152 |
| Personal Segment | 230,397 | 232,441 |
| Corporate | 22,556 | 26,400 |
| | $ 1,270,791 | $ 1,231,126 |

**Reinsurance (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Reinsurance [Abstract]**

Schedule of Reinsurance Ceded and Recoveries

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| Ceded earned premiums | $ 73,038 | $ 54,769 | $ 203,302 | $ 151,370 |
| Reinsurance recoveries | $ 48,962 | $ 45,122 | $ 142,389 | $ 103,552 |

APP. 0244

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 249 of 1227   PageID 667

**Deferred Policy Acquisition Costs (Tables)**

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Amortized Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Deferred | $ 11,001 | $ 9,759 | $ 27,672 | $ 31,472 |
| Amortized | (11,909) | (9,849) | (30,524) | (31,420) |
| Net | $ (908) | $ (90) | $ (2,852) | $ 52 |

APP. 0245

**Earnings per Share (Tables)**

**Earnings per Share [Abstract]**

Schedule of Weighted Average Number of Shares Outstanding

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2018 | 2017 | 2018 | 2017 |
| Weighted average shares - basic | 18,059 | 18,180 | 18,097 | 18,404 |
| Effect of dilutive securities | 108 | - | 106 | - |
| Weighted average shares - assuming dilution | 18,167 | 18,180 | 18,203 | 18,404 |

**Net Periodic Pension Cost (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Net Periodic Pension Cost [Abstract]**

Schedule of Net Benefit Costs

The following table details the net periodic pension cost incurred by period (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2017 | 2018 | 2017 |
| Interest cost | $ 106 | $ 111 | $ 318 | $ 333 |
| Amortization of net loss | 26 | 37 | 79 | 107 |
| Expected return on plan assets | (173) | (164) | (520) | (487) |
| Net periodic pension cost | $ (41) | $ (16) | $ (123) | $ (47) |
| Contributed amount | $ - | $ - | $ - | $ - |

| Supplemental Cash Flow Information (Tables) | 9 Months Ended Sep. 30, 2018 |
|---|---|

**Supplemental Cash Flow Information [Abstract]**

Reconciliation of Cash, Cash Equivalents and Restricted Cash in Balance Sheet to Cash Flows

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

|  | As of September 30, | |
|---|---|---|
|  | 2018 | 2017 |
| Cash and cash equivalents | $ 59,925 | $ 89,770 |
| Restricted cash | 3,519 | 3,343 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 63,444 | $ 93,113 |

Supplemental Cash Flow Information

The following table provides supplemental cash flow information for the nine months ended September 30, 2018 and 2017:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2018 | 2017 |
| Interest paid | $ 3,325 | $ 3,505 |
| Income taxes (recovered) paid | $ (4,287) | $ 304 |
| Supplemental schedule of non-cash investing activities: | | |
| Change in receivable for securities related to investment disposals that settled after the balance sheet date | $ 1,982 | $ 1,338 |
| Change in payable for securities related to investment purchases that settled after the balance sheet date | $ 211 | $ (6,580) |

**Changes in Accumulated Other Comprehensive Income Balances (Tables)**

**9 Months Ended**

**Sep. 30, 2018**

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Schedule of Changes in Accumulated Other Comprehensive Income

The changes in accumulated other comprehensive income balances as of September 30, 2018 and 2017 were as follows (in thousands):

| | Minimum Pension Liability | Unrealized Gains (Losses) | Accumulated Other Comprehensive Income |
|---|---|---|---|
| Balance at December 31, 2016 | $ (2,666) | $ 13,037 | $ 10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 107 | - | 107 |
| Tax effect on change in net actuarial gain | (37) | - | (37) |
| Net unrealized holding gains arising during the period | - | 8,208 | 8,208 |
| Tax effect on unrealized gains arising during the period | - | (2,873) | (2,873) |
| Reclassification adjustment for gains included in investment gains | - | (5,679) | (5,679) |
| Tax effect on reclassification adjustment for gains included in income tax expense | - | 1,988 | 1,988 |
| Other comprehensive income, net of tax | 70 | 1,644 | 1,714 |
| Balance at September 30, 2017 | $ (2,596) | $ 14,681 | $ 12,085 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 80 | - | 80 |
| Tax effect on change in net actuarial gain | (17) | - | (17) |
| Net unrealized holding gains arising during the period | - | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | - | (401) | (401) |
| Reclassification adjustment for realized gains included in investment gains | - | 159 | 159 |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | - | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | - | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |

| General (Narrative) (Details) | 9 Months Ended Sep. 30, 2018 segment |
|---|---|
| **General [Abstract]** | |
| Number of reportable segments | 3 |

APP. 0250

| Basis of Presentation (Narrative) (Details) - USD ($) $ in Millions | Jan. 01, 2018 | Aug. 23, 2007 | Jun. 21, 2005 | 9 Months Ended Sep. 30, 2018 |
|---|---|---|---|---|
| **Variable Interest Entity [Line Items]** | | | | |
| Reclassification out of AOCI as a result of Tax Act | $ (2.6) | | | |
| Accounting Standards Update 2016-01 [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Cumulative effect of new accounting principle in period of adoption | | | | $ 17.0 |
| Revolving Credit Facility [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Credit facility, amount outstanding | | | | 0.0 |
| Revolving Credit Facility B [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Credit facility, amount outstanding | | | | 30.0 |
| Credit facility, fair value | | | | $ 30.2 |
| Fair value inputs, discount rate as a percent of par | | | | 100.50% |
| Revolving Credit Facility B [Member] \| Minimum [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Fair value inputs, discount rate | | | | 4.50% |
| Revolving Credit Facility B [Member] \| Maximum [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Fair value inputs, discount rate | | | | 5.30% |
| Hallmark Statutory Trust I [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Proceeds from issuance of trust preferred securities | | | $ 30.0 | |
| Hallmark Statutory Trust II [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Proceeds from issuance of trust preferred securities | | $ 25.0 | | |
| Subordinated Debt [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Trust preferred securities, carrying value | | | | $ 55.8 |
| Trust preferred securities, fair value | | | | $ 47.4 |
| Current yield to maturity percentage | | | | 8.00% |
| Subordinated Debt [Member] \| Hallmark Statutory Trust I [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Payments to acquire trust preferred investments | | | $ 30.9 | |
| Subordinated Debt [Member] \| Hallmark Statutory Trust II [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Payments to acquire trust preferred investments | | $ 25.8 | | |

| Fair Value (Fair Value, Assets Measured on Recurring Basis) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | $ 574,470 | $ 605,746 |
| Total equity securities | 70,152 | 51,763 |
| Total other investments | 3,085 | 3,824 |
| Total investments | 647,707 | 661,333 |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 47,866 | 49,947 |
| Corporate Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 249,502 | 279,073 |
| Collateralized Corporate Bank Loans [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 135,309 | 125,937 |
| Municipal Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 127,044 | 134,256 |
| Mortgage Backed [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 14,749 | 16,533 |
| Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 70,152 | 51,142 |
| Total other investments | 3,085 | 3,824 |
| Total investments | 73,237 | 54,966 |
| Other Observable Inputs, Level 2 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 574,145 | 602,610 |
| Total investments | 574,145 | 602,610 |
| Other Observable Inputs, Level 2 [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 47,866 | 49,947 |

Other Observable Inputs, Level 2 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 249,177 | 278,760 |

Other Observable Inputs, Level 2 [Member] | Collateralized Corporate Bank Loans [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 135,309 | 125,937 |

Other Observable Inputs, Level 2 [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 127,044 | 131,433 |

Other Observable Inputs, Level 2 [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 14,749 | 16,533 |

Unobservable Inputs, Level 3 [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 325 | 3,136 |
| Total equity securities | | 621 |
| Total investments | 325 | 3,757 |

Unobservable Inputs, Level 3 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | $ 325 | 313 |

Unobservable Inputs, Level 3 [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | | $ 2,823 |

APP. 0253

| Fair Value (Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 |
| **Fair Value [Abstract]** | | |
| Beginning balance | $ 3,757 | $ 5,945 |
| Sales | (2,925) | |
| Settlements | | (150) |
| Purchases | | 775 |
| Issuances | | |
| Total realized/unrealized gains included in net income | 114 | |
| Net gains included in other comprehensive income | | 607 |
| Transfers into Level 3 | | |
| Transfers out of Level 3 | (621) | |
| Ending balance | $ 325 | $ 7,177 |

| Investments (Narrative) (Details) $ in Millions | 3 Months Ended | | 9 Months Ended | | |
| --- | --- | --- | --- | --- | --- |
| | Sep. 30, 2018 USD ($) security | Sep. 30, 2017 USD ($) | Sep. 30, 2018 USD ($) security | Sep. 30, 2017 USD ($) | Dec. 31, 2017 security |
| Gross gains on investments | $ 0.3 | $ 3.4 | $ 0.9 | $ 6.4 | |
| Gross losses on investments | 0.5 | 0.2 | 0.7 | 0.7 | |
| Proceeds from sale of investment securities | $ 0.4 | $ 11.4 | $ 14.6 | $ 19.4 | |
| Equity Securities [Member] | | | | | |
| Number of debt security positions, greater than 12 months \| security | 2 | | 2 | | |
| Debt Securities [Member] | | | | | |
| Number of debt security positions, greater than 12 months \| security | 64 | | 64 | | 25 |

| Investments (Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | $ 620,846 | $ 639,015 |
| Investments, Gross Unrealized Gains | 35,300 | 25,734 |
| Investments, Gross Unrealized Losses | (8,439) | (3,416) |
| Investments, Fair Value | 647,707 | 661,333 |
| Other Investments [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 3,763 | 3,763 |
| Investments, Gross Unrealized Gains | | 61 |
| Investments, Gross Unrealized Losses | (678) | |
| Investments, Fair Value | 3,085 | 3,824 |
| Equity Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 45,426 | 30,253 |
| Investments, Gross Unrealized Gains | 28,116 | 23,014 |
| Investments, Gross Unrealized Losses | (3,390) | (1,504) |
| Investments, Fair Value | 70,152 | 51,763 |
| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 571,657 | 604,999 |
| Investments, Gross Unrealized Gains | 7,184 | 2,659 |
| Investments, Gross Unrealized Losses | (4,371) | (1,912) |
| Investments, Fair Value | 574,470 | 605,746 |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] \| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 48,730 | 50,088 |
| Investments, Gross Unrealized Gains | | 7 |
| Investments, Gross Unrealized Losses | (864) | (148) |
| Investments, Fair Value | 47,866 | 49,947 |
| Corporate Bonds [Member] \| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 250,739 | 278,611 |
| Investments, Gross Unrealized Gains | 403 | 1,204 |
| Investments, Gross Unrealized Losses | (1,640) | (742) |
| Investments, Fair Value | 249,502 | 279,073 |
| Collateralized Corporate Bank Loans [Member] \| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 134,807 | 125,536 |
| Investments, Gross Unrealized Gains | 642 | 702 |

| | | |
|---|---|---|
| Investments, Gross Unrealized Losses | (140) | (301) |
| Investments, Fair Value | 135,309 | 125,937 |
| **Municipal Bonds [Member] \| Debt Securities [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 122,053 | 134,052 |
| Investments, Gross Unrealized Gains | 6,126 | 709 |
| Investments, Gross Unrealized Losses | (1,135) | (505) |
| Investments, Fair Value | 127,044 | 134,256 |
| **Mortgage Backed [Member] \| Debt Securities [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 15,328 | 16,712 |
| Investments, Gross Unrealized Gains | 13 | 37 |
| Investments, Gross Unrealized Losses | (592) | (216) |
| Investments, Fair Value | $ 14,749 | $ 16,533 |

APP. 0257

| Investments (Summary of Realized Gain (Loss) on Investments) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | $ (166) | $ 3,188 | $ 200 | $ 5,679 |
| Other-than-temporary impairment | | (850) | | (4,257) |
| Investment gains (losses), net | 6,980 | 2,110 | 2,678 | 691 |
| Other Investments [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | | | | |
| Unrealized gains (losses) on investments | 25 | (228) | (739) | (731) |
| Fixed Maturities [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | (166) | 20 | (159) | 134 |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | | | | |
| Corporate Bonds [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | (44) | (107) | (66) | (125) |
| Collateralized Corporate Bank Loans [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | 23 | 8 | 70 | 56 |
| Municipal Bonds [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | (145) | 120 | (164) | 204 |
| Mortgage Backed [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | | (1) | 1 | (1) |
| Equity Securities [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Realized (losses) gains on investments | | $ 3,168 | 359 | $ 5,545 |
| Equity Securities [Member] \| Other Investments [Member] | | | | |
| **Schedule of Investments [Line Items]** | | | | |
| Unrealized gains (losses) on investments | $ 7,121 | | $ 3,217 | |

**Investments (Summary of Gross Unrealized Losses for Investments that have been Continuously in Unrealized Loss Position) (Details) - USD ($)**
**$ in Thousands**

| | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | $ 297,385 | $ 284,888 |
| Unrealized Losses 12 months or less | (6,327) | (3,162) |
| Fair Value Longer than 12 months | 74,769 | 17,224 |
| Unrealized Losses Longer than 12 months | (2,112) | (254) |
| Total Fair Value | 372,154 | 302,112 |
| Total Unrealized Losses | (8,439) | (3,416) |
| **Other Investments [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 3,085 | |
| Unrealized Losses 12 months or less | (678) | |
| Total Fair Value | 3,085 | |
| Total Unrealized Losses | (678) | |
| **Equity Securities [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 3,017 | 8,375 |
| Unrealized Losses 12 months or less | (2,654) | (1,504) |
| Fair Value Longer than 12 months | 3,359 | |
| Unrealized Losses Longer than 12 months | (736) | |
| Total Fair Value | 6,376 | 8,375 |
| Total Unrealized Losses | (3,390) | (1,504) |
| **Debt Securities [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 291,283 | 276,513 |
| Unrealized Losses 12 months or less | (2,995) | (1,658) |
| Fair Value Longer than 12 months | 71,410 | 17,224 |
| Unrealized Losses Longer than 12 months | (1,376) | (254) |
| Total Fair Value | 362,693 | 293,737 |
| Total Unrealized Losses | (4,371) | (1,912) |
| **U.S. Treasury Securities and Obligations of U.S. Government [Member] \| Debt Securities [Member]** | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 46,868 | 28,825 |
| Unrealized Losses 12 months or less | (864) | (145) |
| Fair Value Longer than 12 months | | 1,997 |
| Unrealized Losses Longer than 12 months | | (3) |
| Total Fair Value | 46,868 | 30,822 |
| Total Unrealized Losses | (864) | (148) |
| **Corporate Bonds [Member] \| Debt Securities [Member]** | | |

## Schedule of Investments [Line Items]

| | | |
|---|---|---|
| Fair Value 12 months or less | 181,467 | 176,061 |
| Unrealized Losses 12 months or less | (1,313) | (736) |
| Fair Value Longer than 12 months | 47,968 | 2,378 |
| Unrealized Losses Longer than 12 months | (327) | (6) |
| Total Fair Value | 229,435 | 178,439 |
| Total Unrealized Losses | (1,640) | (742) |

Collateralized Corporate Bank Loans [Member] | Debt Securities [Member]

## Schedule of Investments [Line Items]

| | | |
|---|---|---|
| Fair Value 12 months or less | 18,794 | 30,008 |
| Unrealized Losses 12 months or less | (117) | (280) |
| Fair Value Longer than 12 months | 6,064 | 2,517 |
| Unrealized Losses Longer than 12 months | (23) | (21) |
| Total Fair Value | 24,858 | 32,525 |
| Total Unrealized Losses | (140) | (301) |

Municipal Bonds [Member] | Debt Securities [Member]

## Schedule of Investments [Line Items]

| | | |
|---|---|---|
| Fair Value 12 months or less | 38,292 | 35,200 |
| Unrealized Losses 12 months or less | (638) | (370) |
| Fair Value Longer than 12 months | 11,924 | 8,917 |
| Unrealized Losses Longer than 12 months | (497) | (135) |
| Total Fair Value | 50,216 | 44,117 |
| Total Unrealized Losses | (1,135) | (505) |

Mortgage Backed [Member] | Debt Securities [Member]

## Schedule of Investments [Line Items]

| | | |
|---|---|---|
| Fair Value 12 months or less | 5,862 | 6,419 |
| Unrealized Losses 12 months or less | (63) | (127) |
| Fair Value Longer than 12 months | 5,454 | 1,415 |
| Unrealized Losses Longer than 12 months | (529) | (89) |
| Total Fair Value | 11,316 | 7,834 |
| Total Unrealized Losses | $ (592) | $ (216) |

| Investments (Carrying Value of Other Invested Assets Portfolio) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 |
| --- | --- | --- |
| **Investments [Abstract]** | | |
| Equity warrant | $ 3,085 | $ 3,824 |
| Total other investments | $ 3,085 | $ 3,824 |

| Investments (Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Due in one year or less, Amortized Cost | $ 120,070 | |
| Due after one year through five years, Amortized Cost | 287,661 | |
| Due after five years through ten years, Amortized Cost | 121,834 | |
| Due after ten years, Amortized Cost | 26,764 | |
| Debt securities, available-for-sale, cost (in dollars) | 571,657 | $ 604,999 |
| Due in one year or less, Fair Value | 120,698 | |
| Due after one year through five years, Fair Value | 291,063 | |
| Due after five years through ten years, Fair Value | 122,121 | |
| Due after ten years, Fair Value | 25,839 | |
| Debt Securities, Fair Value | 574,470 | 605,746 |
| Mortgage Backed [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Debt securities, available-for-sale, cost (in dollars) | 15,328 | |
| Debt Securities, Fair Value | $ 14,749 | $ 16,533 |

APP. 0262

| **Pledged Investments (Narrative) (Details) - USD ($)** **$ in Millions** | **Sep. 30, 2018** | **Dec. 31, 2017** |
|---|---|---|
| **Pledged Investments [Abstract]** | | |
| Securities available-for-sale pledged, carrying value | $ 29.4 | $ 26.2 |

APP. 0263

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 |
| **Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]** | | |
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
| **Incurred related to:** | | |
| Current year | 185,506 | 184,685 |
| Prior years | 6,062 | 20,240 |
| Total incurred | 191,568 | 204,925 |
| **Paid related to:** | | |
| Current year | 56,687 | 61,288 |
| Prior years | 184,337 | 128,329 |
| Total paid | 241,024 | 189,617 |
| Net balance at September 30 | 323,032 | 373,638 |
| Plus reinsurance recoverable | 207,784 | 157,861 |
| Balance at September 30 | $ 530,816 | $ 531,499 |

APP. 0264

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Causes for Prior Accident Year Reserve Development by Segment) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (favorable) net prior years' development | $ 6,062 | $ 20,240 |
| Specialty Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (favorable) net prior years' development | 15,730 | 17,824 |
| Standard Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (favorable) net prior years' development | (8,829) | 1,594 |
| Personal Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (favorable) net prior years' development | $ (839) | $ 822 |

| Share-Based Payment Arrangements (Narrative) (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | | 9 Months Ended | | 12 Months Ended | | |
|---|---|---|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 | Dec. 31, 2017 | Dec. 31, 2016 | Dec. 31, 2015 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Stock options, Granted | | | 0 | 0 | | | |
| Long Term Incentive Plan 2005 [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Number of incentive stock options to purchase shares of common stock outstanding | | | 1,074 | | | | |
| Number of non-qualified stock options to purchase shares of common stock outstanding | | | 244,157 | | | | |
| Long Term Incentive Plan 2005 [Member] \| Option Issued Prior to 2009 [Member] \| Share-based Compensation Award, Tranche One [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Percentage of options vested or expected to vest | 10.00% | | 10.00% | | | | |
| Long Term Incentive Plan 2005 [Member] \| Option Issued Prior to 2009 [Member] \| Share-based Compensation Award, Tranche Two [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Percentage of options vested or expected to vest | 20.00% | | 20.00% | | | | |
| Long Term Incentive Plan 2005 [Member] \| Option Issued Prior to 2009 [Member] \| Share-based Compensation Award, Tranche Three [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Percentage of options vested or expected to vest | 30.00% | | 30.00% | | | | |
| Long Term Incentive Plan 2005 [Member] \| Option Issued Prior to 2009 [Member] \| Share-based Compensation Award, Tranche Four [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Percentage of options vested or expected to vest | 40.00% | | 40.00% | | | | |
| Long Term Incentive Plan 2005 [Member] \| Minimum [Member] \| Option Issued Prior to 2009 [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |
| Incentive stock options termination period | | | 5 years | | | | |
| Long Term Incentive Plan 2005 [Member] \| Maximum [Member] \| Option Issued Prior to 2009 [Member] | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | |

APP. 0266

| | | |
|---|---|---|
| Incentive stock options vesting distribution period | | 4 years |
| **Long Term Incentive Plan 2015 [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Stock compensation plan, number of shares authorized | 2,000,000 | 2,000,000 |
| Number of restricted stock units to receive shares of common stock | | 508,345 |
| Stock options, Granted | | 0 |
| **Long Term Incentive Plan 2005 and 2015 [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Total unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 0 | $ 0 |
| **Incentive Stock Options 2009 [Member] \| Long Term Incentive Plan 2005 [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Incentive stock options termination period | | 10 years |
| Share-based payment award vesting rights | | vest in equal annual increments on each of the first seven anniversary dates |
| **Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Share-based compensation arrangement by share-based payment award, award vesting rights, percentage | | 100.00% |
| Incentive stock options termination period | | 10 years |
| Share-based payment, award vesting period | | 6 months |
| **Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| 200,000 Grant [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Incentive stock options termination period | | 10 years |
| Number of options vested or expected to vest | 200,000 | 200,000 |
| Share-based payment award vesting rights | | vests in equal annual increments on each of the first seven anniversary dates |
| **Restricted Stock Units (RSUs) [Member]** | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Total unrecognized compensation cost related to | | |

| | | | | |
|---|---|---|---|---|
| non-vested share-based compensation arrangements | $ 2,400 | | $ 2,400 | |
| Compensation cost related to unvested stock units expected to be recognized | 1,900 | | 1,900 | |
| Compensation costs expected to be recognized during remainder of the fiscal period | 200 | | 200 | |
| Compensation costs expected to be recognized during next fiscal year | 800 | | 800 | |
| Compensation costs expected to be recognized in second future fiscal year | 700 | | 700 | |
| Compensation costs expected to be recognized in third future fiscal year | 200 | | $ 200 | |
| Other than options, granted | | | 144,059 | 138,712 |
| Other than options, forfeited | | | 182,743 | 43,509 |
| Vested | | | 8,198 | 5,998 |
| Allocated share-based compensation expense | 36 | $ 51 | $ 37 | $ 97 |
| Income tax benefit of share-based payments recognized in income | $ 8 | $ 18 | $ 8 | $ 34 |
| Restricted Stock Units (RSUs) [Member] \| Minimum [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 50.00% | | 50.00% | |
| Restricted Stock Units (RSUs) [Member] \| Maximum [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 150.00% | | 150.00% | |
| Restricted Stock Units (RSUs) [Member] \| Long Term Incentive Plan 2015 [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Other than options, grant date fair value | | $ 10.87 | $ 10.20 | $ 11.41 $ 11.10 |

| Share-Based Payment Arrangements (Summary of the Status of Stock Options) (Details) - USD ($) $ / shares in Units, $ in Thousands | 9 Months Ended | |
|---|---|---|
| | **Sep. 30, 2018** | **Sep. 30, 2017** |
| **Share-Based Payment Arrangements [Abstract]** | | |
| Stock Options, Outstanding at January 1, 2018 | 406,731 | |
| Stock options, Granted | 0 | 0 |
| Stock Options, Exercised | (36,500) | |
| Stock Options, Forfeited or Expired | (125,000) | |
| Stock Options, Outstanding at September 30, 2018 | 245,231 | |
| Stock Options, Exercisable at September 30, 2018 | 245,231 | |
| Weighted Average Exercise Price, Outstanding at January 1, 2018 | $ 7.85 | |
| Weighted Average Exercise Price, Exercised | 6.61 | |
| Weighted Average Exercise Price, Forfeited or Expired | 10.60 | |
| Weighted Average Exercise Price, Outstanding at September 30, 2018 | 6.63 | |
| Weighted Average Exercise Price, Exercisable at September 30, 2018 | $ 6.63 | |
| Average Remaining Contractual Term, Outstanding at September 30, 2018 | 8 months 12 days | |
| Average Remaining Contractual Term, Exercisable at September 30, 2018 | 8 months 12 days | |
| Aggregate Intrinsic Value, Outstanding at September 30, 2018 | $ 1,071 | |
| Aggregate Intrinsic Value, Exercisable at September 30, 2018 | $ 1,071 | |

| **Share-Based Payment Arrangements (Schedule of Options, Grants in Period and Grant Date Intrinsic Value) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | | **9 Months Ended** | |
| --- | --- | --- | --- | --- |
| | **Sep. 30, 2018** | **Sep. 30, 2017** | **Sep. 30, 2018** | **Sep. 30, 2017** |
| Cost of share-based payments (non-cash) | | | $ 37 | $ 97 |
| Employee Stock Option [Member] | | | | |
| Intrinsic value of options exercised | $ 9 | $ 122 | $ 110 | |
| Cost of share-based payments (non-cash) | | | | |
| Income tax benefit of share-based payments recognized in income | | | | |

| Share-Based Payment Arrangements (Summary of the Status of Restricted Stock Units) (Details) - Restricted Stock Units (RSUs) [Member] - shares | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 |
| Nonvested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Nonvested at September 30 | 338,897 | 385,779 |

APP. 0271

| Segment Information (Schedule of Business Segment Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Revenues [Abstract]** | | | | |
| Revenues | $ 102,946 | $ 97,723 | $ 294,412 | $ 288,146 |
| **Pre-tax income (loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 12,075 | (1,525) | 19,256 | (605) |
| Specialty Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 68,302 | 69,721 | 213,507 | 205,057 |
| **Pre-tax income (loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 2,452 | 1,288 | 20,980 | 13,018 |
| Standard Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 19,857 | 17,401 | 57,979 | 52,449 |
| **Pre-tax income (loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 7,264 | 229 | 11,239 | 881 |
| Personal Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 9,355 | 9,404 | 24,891 | 31,951 |
| **Pre-tax income (loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 684 | (661) | 661 | (2,311) |
| Corporate [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 5,432 | 1,197 | (1,965) | (1,311) |
| **Pre-tax income (loss) [Abstract]** | | | | |
| Pre-tax income (loss) | $ 1,675 | $ (2,381) | $ (13,624) | $ (12,193) |

APP. 0272

| Segment Information (Schedule of Additional Business Segment Information) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 1,270,791 | $ 1,231,126 |
| Specialty Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 854,360 | 810,133 |
| Standard Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 163,478 | 162,152 |
| Personal Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 230,397 | 232,441 |
| Corporate [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 22,556 | $ 26,400 |

APP. 0273

| Reinsurance (Schedule of Reinsurance Ceded and Recoveries) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Reinsurance [Abstract]** | | | | |
| Ceded earned premiums | $ 73,038 | $ 54,769 | $ 203,302 | $ 151,370 |
| Reinsurance recoveries | $ 48,962 | $ 45,122 | $ 142,389 | $ 103,552 |

| Revolving Credit Facility (Narrative) (Details) $ in Millions | 9 Months Ended Sep. 30, 2018 USD ($) |
|---|---|
| Revolving Credit Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 15.0 |
| Credit facility, amount outstanding | $ 0.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Revolving Credit Facility [Member] \| London Interbank Offered Rate (LIBOR) [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, interest rate during period | 2.50% |
| Revolving Credit Facility B [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 30.0 |
| Credit facility, amount outstanding | $ 30.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Revolving Credit Facility B [Member] \| London Interbank Offered Rate (LIBOR) [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, unused capacity, commitment fee percentage | 3.00% |
| Letter of Credit [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 5.0 |
| Line of credit facility, commitment fee percentage | 1.00% |

| Subordinated Debt Securities (Narrative) (Details) - USD ($) $ in Millions | Jun. 16, 2015 | Aug. 23, 2007 | Jun. 21, 2005 | 9 Months Ended Sep. 30, 2018 |
|---|---|---|---|---|
| Subordinated Debt Due In 2035 [Member] \| Trust I [Member] | | | | |
| **Subordinated Borrowing [Line Items]** | | | | |
| Long-term debt, gross | | | $ 30.9 | $ 30.9 |
| Proceeds from issuance of trust preferred securities | | | 30.0 | |
| Proceeds from issuance of common stock | | | $ 0.9 | |
| Subordinated borrowing, interest rate | | | 7.725% | |
| Debt instrument, interest rate fixed to floating date | | | Jun. 15, 2015 | |
| Debt instrument, maturity date | | | Jun. 15, 2035 | |
| Debt instrument, description of variable rate basis | | | | interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points |
| Debt instrument, interest rate, effective percentage | | | | 5.58% |
| Subordinated Debt Due In 2035 [Member] \| London Interbank Offered Rate (LIBOR) [Member] \| Trust I [Member] | | | | |
| **Subordinated Borrowing [Line Items]** | | | | |
| Debt instrument, basis spread on variable rate | 3.25% | | | |
| Subordinated Debt Due In 2037 [Member] \| Trust II [Member] | | | | |
| **Subordinated Borrowing [Line Items]** | | | | |
| Long-term debt, gross | | $ 25.8 | | $ 25.8 |
| Proceeds from issuance of trust preferred securities | | 25.0 | | |
| Proceeds from issuance of common stock | | $ 0.8 | | |
| Subordinated borrowing, interest rate | | 8.28% | | |
| Debt instrument, interest rate fixed to floating date | | Sep. 15, 2017 | | |
| Debt instrument, maturity date | | Sep. 15, 2037 | | |
| Debt instrument, description of variable rate basis | | | | three-month LIBOR rate plus 2.90 percentage |
| Debt instrument, interest rate, effective percentage | | | | 5.23% |
| Subordinated Debt Due In 2037 [Member] \| London Interbank Offered Rate (LIBOR) [Member] \| Trust II [Member] | | | | |
| **Subordinated Borrowing [Line Items]** | | | | |
| Debt instrument, basis spread on variable rate | | 2.90% | | |

APP. 0276

| **Deferred Policy Acquisition Costs (Deferred Amortized Policy Acquisition Costs) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | | **9 Months Ended** | |
|---|---|---|---|---|
| | **Sep. 30, 2018** | **Sep. 30, 2017** | **Sep. 30, 2018** | **Sep. 30, 2017** |
| **Document and Entity Information [Abstract]** | | | | |
| Deferred | $ 11,001 | $ 9,759 | $ 27,672 | $ 31,472 |
| Amortized | (11,909) | (9,849) | (30,524) | (31,420) |
| Deferred policy acquisition costs, net | $ (908) | $ (90) | $ (2,852) | $ 52 |

APP. 0277

| Earnings per Share (Narrative) (Details) - shares | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Earnings per Share [Abstract]** | | | | |
| Antidilutive securities excluded from computation of earnings per share | 0 | 417,830 | 43,004 | 417,830 |

APP. 0278

| Earnings per Share (Schedule of Weighted Average Number of Shares Outstanding) (Details) - shares shares in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Earnings per Share [Abstract]** | | | | |
| Weighted average shares - basic | 18,059 | 18,180 | 18,097 | 18,404 |
| Effect of dilutive securities | 108 | | 106 | |
| Weighted average shares - assuming dilution | 18,167 | 18,180 | 18,203 | 18,404 |

| Net Periodic Pension Cost (Schedule of Net Benefit Costs) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
| --- | --- | --- | --- | --- |
| | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Net Periodic Pension Cost [Abstract]** | | | | |
| Interest cost | $ 106 | $ 111 | $ 318 | $ 333 |
| Amortization of net loss | 26 | 37 | 79 | 107 |
| Expected return on plan assets | (173) | (164) | (520) | (487) |
| Net periodic pension cost | (41) | (16) | (123) | (47) |
| Contributed amount | | | | |

**Income Taxes (Narrative) (Details)**

| | 9 Months Ended | |
|---|---|---|
| | **Sep. 30, 2018** | **Sep. 30, 2017** |

**Income Taxes [Abstract]**

| | | |
|---|---|---|
| Effective income tax rate, continuing operations | 19.90% | (52.70%) |

| Supplemental Cash Flow Information (Reconciliation of Cash, Cash Equivalents and Restricted Cash to Statement of Cash Flows) (Details) - USD ($) $ in Thousands | Sep. 30, 2018 | Dec. 31, 2017 | Sep. 30, 2017 | Dec. 31, 2016 |
|---|---|---|---|---|
| **Supplemental Cash Flow Information [Abstract]** | | | | |
| Cash and cash equivalents | $ 59,925 | $ 64,982 | $ 89,770 | |
| Restricted cash | 3,519 | 2,651 | 3,343 | |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 63,444 | $ 67,633 | $ 93,113 | $ 86,959 |

APP. 0282

| Supplemental Cash Flow Information (Supplemental Cash Flow Information) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
| --- | --- | --- |
| | Sep. 30, 2018 | Sep. 30, 2017 |
| **Supplemental Cash Flow Information [Abstract]** | | |
| Interest paid | $ 3,325 | $ 3,505 |
| Income taxes (recovered) paid | (4,287) | 304 |
| Change in receivable for securities related to investment disposals that settled after the balance sheet date | 1,982 | 1,338 |
| Change in payable for securities related to investment purchases that settled after the balance sheet date | $ 211 | $ (6,580) |

APP. 0283

| Changes in Accumulated Other Comprehensive Income Balances (Schedule of Changes in Accumulated Other Comprehensive Income) (Details) - USD ($) $ in Thousands | Jan. 01, 2018 | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|---|
| | | Sep. 30, 2018 | Sep. 30, 2017 | Sep. 30, 2018 | Sep. 30, 2017 |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | |
| Beginning Balance | $ 12,234 | | | $ 12,234 | |
| **Other comprehensive income:** | | | | | |
| Change in net actuarial gain | | $ 27 | $ 37 | 80 | $ 107 |
| Tax effect on change in net actuarial gain | | (6) | (13) | (17) | (37) |
| Net unrealized holding gains (losses) arising during the period | | 342 | 308 | 1,909 | 8,208 |
| Tax effect on unrealized gains arising during the period | | (72) | (108) | (401) | (2,873) |
| Reclassification adjustment for realized gains included in investment gains | | 166 | (3,188) | 159 | (5,679) |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | | (35) | 1,116 | (33) | 1,988 |
| Other comprehensive income, net of tax | | 422 | (1,848) | 1,697 | 1,714 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (2,600) | | | | |
| Ending Balance | | (443) | | (443) | |
| **Minimum Pension Liability [Member]** | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | |
| Beginning Balance | (2,310) | | | (2,310) | (2,666) |
| **Other comprehensive income:** | | | | | |
| Change in net actuarial gain | | | | 80 | 107 |
| Tax effect on change in net actuarial gain | | | | (17) | (37) |
| Other comprehensive income, net of tax | | | | 63 | 70 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | | | | (569) | |
| Ending Balance | | (2,816) | (2,596) | (2,816) | (2,596) |
| **Unrealized Gain (Loss) [Member]** | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | |
| Beginning Balance | 14,544 | | | 14,544 | 13,037 |
| **Other comprehensive income:** | | | | | |
| Net unrealized holding gains (losses) arising during the period | | | | 1,909 | 8,208 |
| Tax effect on unrealized gains arising during the period | | | | (401) | (2,873) |
| Reclassification adjustment for realized gains included in investment gains | | | | 159 | (5,679) |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | | | | (33) | 1,988 |
| Other comprehensive income, net of tax | | | | 1,634 | 1,644 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | | | | 3,188 | |

| | | | | |
|---|---|---|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | | (16,993) | | (16,993) |
| Ending Balance | | 2,373 | 14,681 | 2,373 | 14,681 |
| Accumulated Other Comprehensive Income [Member] | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | |
| Beginning Balance | $ 12,234 | | | 12,234 | 10,371 |
| **Other comprehensive income:** | | | | | |
| Change in net actuarial gain | | | | 80 | 107 |
| Tax effect on change in net actuarial gain | | | | (17) | (37) |
| Net unrealized holding gains (losses) arising during the period | | | | 1,909 | 8,208 |
| Tax effect on unrealized gains arising during the period | | | | (401) | (2,873) |
| Reclassification adjustment for realized gains included in investment gains | | | | 159 | (5,679) |
| Tax effect on reclassification adjustment for realized gains included in income tax expense | | | | (33) | 1,988 |
| Other comprehensive income, net of tax | | | | 1,697 | 1,714 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | | | | 2,619 | |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | | (16,993) | | (16,993) | |
| Ending Balance | | $ (443) | $ 12,085 | $ (443) | $ 12,085 |

APP. 0285

# Exhibit 5

APP. 0286

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

# FORM 8-K

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):  **November 7, 2018**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **777 Main Street, Suite 1000, Fort Worth, Texas** | **76102** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

○  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

○  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

○  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

○  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ○

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ○

APP. 0287

**Item 2.02**          **Results of Operations and Financial Condition**

On November 7, 2018, the Registrant issued a press release announcing its financial results for the three months and nine months ended September 30, 2018. A copy of the Registrant's press release is attached as Exhibit 99.1 to this Current Report.

**Item 9.01**          **Financial Statements and Exhibits**

(c)      Exhibits.

99.1      Press release dated November 7, 2018.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

                                        HALLMARK FINANCIAL SERVICES, INC.

Date: November 7, 2018                    By:  /s/ Jeffrey R. Passmore
                                              Jeffrey R. Passmore, Chief Accounting Officer



Hallmark Financial Services, Inc.
777 Main Street, Suite 1000,
Fort Worth, TX 76102
817.348.1600
hallmarkgrp.com

**FOR IMMEDIATE RELEASE**

**HALLMARK FINANCIAL SERVICES, INC.**
**ANNOUNCES THIRD QUARTER 2018 EARNINGS RESULTS**

FORT WORTH, Texas, (November 7, 2018) - Hallmark Financial Services, Inc. (NASDAQ: HALL) today announced results for its third quarter and year-to-date ended September 30, 2018, including the following highlights:

- 3rd quarter 2018 net income of $9.7 million, or $0.53 per diluted share, versus a net loss of $1.6 million, or $0.09 per diluted share, for 3rd quarter 2017.
- Year-to-date 2018 net income of $15.4 million, or $0.85 per diluted share, versus a net loss of $0.9 million, or $0.05 per diluted share, for prior year-to-date.
- 3rd quarter 2018 operating earnings [1] of $4.2 million, or $0.23 per diluted share, versus ($2.9) million, or ($0.16) per diluted share, for 3rd quarter 2017.
- Year-to-date 2018 operating earnings [1] of $13.3 million, or $0.73 per diluted share, versus ($1.4) million, or ($0.07) per diluted share, for prior year-to-date.
- 3rd quarter 2018 net combined ratio of 98.1% versus 108.6% for 3rd quarter 2017.
- Year-to-date 2018 net combined ratio of 97.5% versus 104.2% for prior year-to-date.
- Year-to-date 2018 gross premiums written of $495.8 million increased 8% from $458.3 million for prior year-to-date.
- Year-to-date 2018 net premiums written of $269.3 million declined 5% from $284.5 million for prior year-to-date.

[1] See "Non-GAAP Financial Measures" below

Naveen Anand, President and Chief Executive Officer, stated, "Our net combined ratio reflects improvement in our underwriting results in comparison to last year on both a quarter and year-to-date basis. These results are trending favorably despite catastrophe losses and net adverse prior year reserve development, which collectively contributed 4.0% for the quarter and 4.1% on a year-to-date basis to the net combined ratio.

"Rate momentum continues to be strong through the third quarter and on a year-to-date basis. However, we have seen retention dip slightly as we have held firm on pricing. Primary commercial auto gross premium decreased by 20% over the last four quarters, following targeted rate increases and underwriting actions. Just as we did in our Personal Segment, we have developed a proprietary predictive pricing model to support the underwriting process for this portfolio and are seeing positive results from these actions.

"Our Personal Segment produced a welcome result of a 96.0% net combined ratio for the third quarter of 2018. The loss ratio results had stabilized over the last several quarters and, as projected, our expense ratio came more in line with our run rate expectations. The actions taken on the personal auto business are similar to what we are executing in commercial auto from an underwriting, pricing and claims perspective," said Mr. Anand.

"Our Standard Commercial Segment gross premiums written grew by 10.4% for year-to-date 2018 compared to the prior year. We have been executing our strategy to add states to our footprint and expand our distribution, as well as focusing on a limited group of classes that offer us profitable growth opportunities and where we have expertise.

APP. 0289

"Losses from catastrophes contributed 2.2% to the net combined ratio in the third quarter of 2018 and 1.8% on a year-to-date basis, with current quarter catastrophe losses being driven by Hurricane Florence. Although losses from Hurricane Michael are too early to project, we do not presently expect it to have a significant impact on our portfolio based on our exposure and modeled loss information. However, this is subject to change as claims are reported and more information becomes available. Our retention on our catastrophe reinsurance program is $5 million," concluded Mr. Anand.

Mark E. Schwarz, Executive Chairman of Hallmark, stated, "Book value per share at September 30, 2018 was $14.79, a year-to-date increase of 7% compared to $13.82 at December 31, 2017. Year-to-date 2018 net investment income was $13.7 million, a 5% decline compared to the prior year-to-date. Total cash and investments was $711.2 million, or $39.38 per share, as of September 30, 2018, a decrease of 2% from $40.12 per share as of December 31, 2017."

| | Third Quarter | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| | 2018 | 2017 | % Change | 2018 | 2017 | % Change |
| *($ in thousands, unaudited)* | | | | | | |
| Gross premiums written | 169,112 | 161,151 | 5% | 495,836 | 458,319 | 8% |
| Net premiums written | 88,012 | 95,049 | -7% | 269,291 | 284,462 | -5% |
| Net premiums earned | 88,862 | 88,788 | 0% | 271,787 | 268,718 | 1% |
| Investment income, net of expenses | 4,860 | 5,295 | -8% | 13,706 | 14,361 | -5% |
| Investment gains, net | 6,980 | 2,960 | 136% | 2,678 | 4,948 | -46% |
| Other-than-temporary impairments | - | (850) | 100% | - | (4,257) | 100% |
| Net income (loss) | 9,685 | (1,560) | 721% | 15,422 | (924) | 1769% |
| Operating earnings (loss) | 4,170 | (2,931) | 242% | 13,306 | (1,373) | 1069% |
| Net income (loss) per share - basic | $ 0.54 | $ (0.09) | 700% | $ 0.85 | $ (0.05) | 1800% |
| Net income (loss) per share - diluted | $ 0.53 | $ (0.09) | 689% | $ 0.85 | $ (0.05) | 1800% |
| Operating earnings per share - diluted | $ 0.23 | $ (0.16) | 244% | $ 0.73 | $ (0.07) | 1143% |
| Book value per share | | | | $ 14.79 | $ 14.40 | 3% |

**Third Quarter 2018 Commentary**

Hallmark reported net income of $9.7 million and $15.4 million for the three months and nine months ended September 30, 2018, respectively, as compared to a net loss of $1.6 million and $0.9 million for the three months and nine months ended September 30, 2017, respectively. On a diluted basis per share, the Company reported net income of $0.53 per share and $0.85 per share for the three months and nine months ended September 30, 2018, respectively, as compared to a net loss of $0.09 per share and $0.05 per share for the three months and nine months ended September 30, 2017, respectively.

Hallmark's consolidated net loss ratio was 72.3% and 70.5% for the three months and nine months ended September 30, 2018, respectively, as compared to 81.5% and 76.3% for the three months and nine months ended September 30, 2017, respectively. Hallmark's net expense ratio was 25.8% and 27.0% for the three months and nine months ended September 30, 2018, respectively, as compared to 27.1% and 27.9% for the three months and nine months ended September 30, 2017, respectively. Hallmark's net combined ratio was 98.1% and 97.5% for the three months and nine months ended September 30, 2018, respectively, as compared to 108.6% and 104.2% for the three months and nine months ended September 30, 2017, respectively.

During the three months and nine months ended September 30, 2018, Hallmark's gross premiums written were $169.1 million and $495.8 million, representing an increase of 5% and 8%, respectively from the $161.2 million and $458.3 million in gross premiums written for the same periods in 2017. Hallmark's net premiums written were $88.0 million and $269.3 million, representing a decrease of 7% and 5%, respectively from the $95.0 million and $284.5 million in net premiums written for the same periods of 2017. The decline in net premiums written was driven by an intentional shift in the mix of business away from a commercial auto concentration in the portfolio towards targeted growth in the Specialty Commercial operating unit, a larger portion of which is ceded to reinsurers. Hallmark's net premiums earned were $88.9 million and $271.8 million for the three months and nine months ended September 30, 2018, respectively, as compared to $88.8 million and $268.7 million for the same periods in 2017. During the three months and nine months ended September 30, 2018, Hallmark's income before tax was $12.1 million and $19.3 million, respectively, as compared to a loss before tax of $1.5 million and $0.6 million reported during the same periods in 2017.

The stable net premiums earned for the three months ended September 30, 2018 was due to net premium growth in the Standard Commercial Segment, offset by lower net premiums earned in the Specialty Commercial and Personal Segments. The modest increase in net premiums earned for the nine months ended September 30, 2018 was driven by improvements in both the Specialty Commercial and Standard Commercial Segments, partially offset by lower net premiums earned in the Personal Segment. The increase in income before tax for the three months and nine months ended September 30, 2018 was largely due to increased investment gains and decreased losses and loss adjustment expenses. The investment gain during the nine months ended September 30, 2018 included $3.2 million in gain attributable to the adoption effective January 1, 2018 of Accounting Standards Update No. 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" which requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. The decrease in loss and LAE was primarily the result of unfavorable net prior year loss reserve development of $1.6 million and $6.1 million for the three and nine months ended September 30, 2018, respectively, as compared to unfavorable net prior year loss reserve development of $10.6 million and $20.2 million during the same periods of 2017. Higher commissions, fees and finance charges, partially offset by lower investment income, further contributed to the increase in income before tax for the three months and nine months ended September 30, 2018. The decrease in net investment income for the three and nine months ended September 30, 2018 was primarily the result of the final distribution on a fixed income security during the third quarter of the prior year.

**Non-GAAP Financial Measures**

The Company's financial statements are prepared in accordance with United States generally accepted accounting principles ("GAAP"). However, the Company also presents and discusses certain non-GAAP financial measures that it believes are useful to investors as measures of operating performance. Management may also use such non-GAAP financial measures in evaluating the effectiveness of business strategies and for planning and budgeting purposes. However, these non-GAAP financial measures should not be viewed as an alternative or substitute for the results reflected in the Company's GAAP financial statements. In addition, our definitions of these items may not be comparable to the definitions used by other companies.

Operating earnings and operating earnings per share are calculated by excluding net investment gains and losses from GAAP net income. Management believes that operating earnings and operating earnings per share provide useful information to investors about the performance of and underlying trends in the Company's core insurance operations. Net income and net income per share are the GAAP measures that are most directly comparable to operating earnings and operating earnings per share. A reconciliation of operating earnings and operating earnings per share to the most comparable GAAP financial measures is presented below.

APP. 0291

| ($ in thousands) | Income Before Tax | | Less Tax Effect | | Net After Tax | | Weighted Average Shares Diluted | Diluted Per Share | |
|---|---|---|---|---|---|---|---|---|---|
| **Third Quarter 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | 12,075 | $ | 2,390 | $ | **9,685** | 18,167 | $ | **0.53** |
| Excluded investment losses/gains | $ | (6,980) | $ | (1,465) | $ | (5,515) | 18,167 | $ | (0.30) |
| **Operating earnings** | $ | 5,095 | $ | 925 | $ | **4,170** | 18,167 | $ | **0.23** |
| | | | | | | | | | |
| **Third Quarter 2017** | | | | | | | | | |
| **Reported GAAP measures** | $ | (1,525) | $ | 35 | $ | **(1,560)** | 18,180 | $ | **(0.09)** |
| Excluded investment losses/gains | $ | (2,110) | $ | (739) | $ | (1,371) | 18,180 | $ | (0.07) |
| **Operating loss** | $ | (3,635) | $ | (704) | $ | **(2,931)** | 18,180 | $ | **(0.16)** |
| | | | | | | | | | |
| **Year-to-Date 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | 19,256 | $ | 3,834 | $ | **15,422** | 18,203 | $ | **0.85** |
| Excluded investment losses/gains | $ | (2,678) | $ | (562) | $ | (2,116) | 18,203 | $ | (0.12) |
| **Operating earnings** | $ | 16,578 | $ | 3,272 | $ | **13,306** | 18,203 | $ | **0.73** |
| | | | | | | | | | |
| **Year-to-Date 2017** | | | | | | | | | |
| **Reported GAAP measures** | $ | (605) | $ | 319 | $ | **(924)** | 18,404 | $ | **(0.05)** |
| Excluded investment losses/gains | $ | (691) | $ | (242) | $ | (449) | 18,404 | $ | (0.02) |
| **Operating earnings** | $ | (1,296) | $ | 77 | $ | **(1,373)** | 18,404 | $ | **(0.07)** |

**About Hallmark Financial Services, Inc.**

Hallmark Financial Services, Inc. is a diversified specialty property/casualty insurer with offices in Dallas-Fort Worth, San Antonio, Chicago, Atlanta and Jersey City. Hallmark markets, underwrites and services over half a billion dollars annually in commercial and personal insurance premiums in select markets. Hallmark is headquartered in Fort Worth, Texas and its common stock is listed on NASDAQ under the symbol "HALL."

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ substantially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

For further information, please contact:
Mr. Naveen Anand, President and Chief Executive Officer at 817.348.1600
www.hallmarkgrp.com

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
*($ in thousands, except par value)*

| | | Sept. 30 | | Dec. 31 |
|---|---|---|---|---|
| **ASSETS** | | **2018** | | **2017** |
| Investments: | | *(unaudited)* | | |
| Debt securities, available-for-sale, at fair value (amortized cost: $571,657 in 2018 and $604,999 in 2017) | $ | 574,470 | $ | 605,746 |
| Equity securities (cost: $45,426 in 2018 and $30,253 in 2017) | | 70,152 | | 51,763 |
| Other investment (cost: $3,763 in 2018 and 2017) | | 3,085 | | 3,824 |
| Total investments | | 647,707 | | 661,333 |
| Cash and cash equivalents | | 59,925 | | 64,982 |
| Restricted cash | | 3,519 | | 2,651 |
| Ceded unearned premiums | | 135,567 | | 112,323 |
| Premiums receivable | | 111,366 | | 104,373 |
| Accounts receivable | | 1,464 | | 1,513 |
| Receivable for securities | | 3,253 | | 5,235 |
| Reinsurance recoverable | | 225,932 | | 182,928 |
| Deferred policy acquisition costs | | 13,150 | | 16,002 |
| Goodwill | | 44,695 | | 44,695 |
| Intangible assets, net | | 8,174 | | 10,023 |
| Deferred federal income taxes, net | | 1,042 | | 1,937 |
| Federal income tax recoverable | | - | | 7,532 |
| Prepaid expenses | | 2,526 | | 1,743 |
| Other assets | | 12,471 | | 13,856 |
| Total Assets | $ | 1,270,791 | $ | 1,231,126 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Liabilities: | | | | |
| Revolving credit facility payable | $ | 30,000 | $ | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $911 in 2018 and $949 in 2017) | | 55,791 | | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | | 530,816 | | 527,100 |
| Unearned premiums | | 297,389 | | 276,642 |
| Reinsurance balances payable | | 55,830 | | 52,487 |
| Current federal income tax payable | | 144 | | - |
| Pension liability | | 1,403 | | 1,605 |
| Payable for securities | | 7,699 | | 7,488 |
| Accounts payable and other accrued expenses | | 24,667 | | 28,933 |
| Total Liabilities | | 1,003,739 | | 980,008 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | | 3,757 | | 3,757 |
| Additional paid-in capital | | 123,053 | | 123,180 |
| Retained earnings | | 166,270 | | 136,474 |
| Accumulated other comprehensive income | | (443) | | 12,234 |
| Treasury stock (2,814,155 shares in 2018 and 2,703,803 shares in 2017), at cost | | (25,585) | | (24,527) |
| Total Stockholders' Equity | | 267,052 | | 251,118 |
| Total Liabilities & Stockholders' Equity | $ | 1,270,791 | $ | 1,231,126 |

APP. 0293

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
(*$ in thousands, except share amounts*)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (*unaudited*) | | (*unaudited*) | |
| Gross premiums written | $ 169,112 | $ 161,151 | $ 495,836 | $ 458,319 |
| Ceded premiums written | (81,100) | (66,102) | (226,545) | (173,857) |
| Net premiums written | 88,012 | 95,049 | 269,291 | 284,462 |
| Change in unearned premiums | 850 | (6,261) | 2,496 | (15,744) |
| Net premiums earned | 88,862 | 88,788 | 271,787 | 268,718 |
| | | | | |
| Investment income, net of expenses | 4,860 | 5,295 | 13,706 | 14,361 |
| Investment gains, net | 6,980 | 2,110 | 2,678 | 691 |
| Finance charges | 1,347 | 892 | 3,548 | 2,881 |
| Commission and fees | 869 | 570 | 2,604 | 1,295 |
| Other income | 28 | 68 | 89 | 200 |
| Total revenues | 102,946 | 97,723 | 294,412 | 288,146 |
| | | | | |
| Losses and loss adjustment expenses | 64,245 | 72,379 | 191,568 | 204,925 |
| Operating expenses | 24,829 | 25,071 | 78,402 | 78,445 |
| Interest expense | 1,180 | 1,181 | 3,335 | 3,530 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| Total expenses | 90,871 | 99,248 | 275,156 | 288,751 |
| | | | | |
| Income (loss) before tax | 12,075 | (1,525) | 19,256 | (605) |
| Income tax expense (benefit) | 2,390 | 35 | 3,834 | 319 |
| Net income (loss) | $ 9,685 | $ (1,560) | $ 15,422 | $ (924) |
| | | | | |
| Net income (loss) per share: | | | | |
| Basic | $ 0.54 | $ (0.09) | $ 0.85 | $ (0.05) |
| Diluted | $ 0.53 | $ (0.09) | $ 0.85 | $ (0.05) |

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Three Months Ended Sept. 30**

| ($ in thousands) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 |
| Gross premiums written | $ 125,599 | $ 127,062 | $ 21,560 | $ 19,240 | $ 21,953 | $ 14,849 | $ - | $ - | $ 169,112 | $ 161,151 |
| Ceded premiums written | (66,404) | (56,200) | (2,398) | (2,889) | (12,298) | (7,013) | - | - | (81,100) | (66,102) |
| Net premiums written | 59,195 | 70,862 | 19,162 | 16,351 | 9,655 | 7,836 | - | - | 88,012 | 95,049 |
| Change in unearned premiums | 3,203 | (6,274) | (449) | (420) | (1,904) | 433 | - | - | 850 | (6,261) |
| Net premiums earned | 62,398 | 64,588 | 18,713 | 15,931 | 7,751 | 8,269 | - | - | 88,862 | 88,788 |
| Total revenues | 68,302 | 69,721 | 19,857 | 17,401 | 9,355 | 9,404 | 5,432 | 1,197 | 102,946 | 97,723 |
| Losses and loss adjustment expenses | 52,106 | 53,899 | 6,261 | 11,760 | 5,878 | 6,720 | - | - | 64,245 | 72,379 |
| Pre-tax income (loss) | 2,452 | 1,288 | 7,264 | 229 | 684 | (661) | 1,675 | (2,381) | 12,075 | (1,525) |
| Net loss ratio (1) | 83.5% | 83.5% | 33.5% | 73.8% | 75.8% | 81.3% | | | 72.3% | 81.5% |
| Net expense ratio (1) | 22.4% | 21.9% | 34.1% | 34.2% | 20.2% | 31.2% | | | 25.8% | 27.1% |
| Net combined ratio (1) | 105.9% | 105.4% | 67.6% | 108.0% | 96.0% | 112.5% | | | 98.1% | 108.6% |
| Favorable (Unfavorable) Prior Year Development | (8,869) | (9,492) | 7,269 | (1,330) | (9) | 266 | - | - | (1,609) | (10,556) |

1   The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
**Nine Months Ended Sept. 30**

| ($ in thousands) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 |
| Gross premiums written | $ 376,491 | $ 350,374 | $ 65,931 | $ 59,702 | $ 53,414 | $ 48,243 | $ - | $ - | $ 495,836 | $ 458,319 |
| Ceded premiums written | (189,145) | (144,510) | (7,598) | (6,816) | (29,802) | (22,531) | - | - | (226,545) | (173,857) |
| Net premiums written | 187,346 | 205,864 | 58,333 | 52,886 | 23,612 | 25,712 | - | - | 269,291 | 284,462 |
| Change in unearned premiums | 9,071 | (14,563) | (3,648) | (3,859) | (2,927) | 2,678 | - | - | 2,496 | (15,744) |
| Net premiums earned | 196,417 | 191,301 | 54,685 | 49,027 | 20,685 | 28,390 | - | - | 271,787 | 268,718 |
| Total revenues | 213,507 | 205,057 | 57,979 | 52,449 | 24,891 | 31,951 | (1,965) | (1,311) | 294,412 | 288,146 |
| Losses and loss adjustment expenses | 148,001 | 146,018 | 28,562 | 34,669 | 15,005 | 24,238 | - | - | 191,568 | 204,925 |
| Pre-tax income (loss) | 20,980 | 13,018 | 11,239 | 881 | 661 | (2,311) | (13,624) | (12,193) | 19,256 | (605) |
| Net loss ratio (1) | 75.4% | 76.3% | 52.2% | 70.7% | 72.5% | 85.4% | | | 70.5% | 76.3% |
| Net expense ratio (1) | 22.8% | 23.6% | 33.5% | 34.9% | 29.2% | 27.7% | | | 27.0% | 27.9% |
| Net combined ratio (1) | 98.2% | 99.9% | 85.7% | 105.6% | 101.7% | 113.1% | | | 97.5% | 104.2% |
| Favorable (Unfavorable) Prior Year Development | (15,730) | (17,824) | 8,829 | (1,594) | 839 | (822) | - | - | (6,062) | (20,240) |

1   The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

APP. 0296

# Exhibit 6

APP. 0297

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10‑K

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended **DECEMBER 31, 2018**

Or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number **001‑11252**

# Hallmark Financial Services, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **87‑0447375** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **777 Main Street, Suite 1000, Fort Worth, Texas** | **76102** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code: **(817) 348‑1600**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock $.00 par value** | **Nasdaq Global Market** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10‑K or any amendment to this Form 10‑K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definition of "accelerated filer", "large accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b‑2 of the Exchange Act.:

Large accelerated filer ☐          Accelerated filer ☒          Non-accelerated filer ☐          Smaller reporting company ☒

Emerging growth company      ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act). Yes ☐ No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter. $129.5million

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date. 18,123,093 shares of common stock, $.18 par value per share, outstanding as of March 14, 2019.

APP. 0298

The information required by Part III is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

*Unless the context requires otherwise, in this Form 10‑K the term "Hallmark" refers solely to Hallmark Financial Services, Inc. and the terms "we," "our," "us" and the "Company" refer to Hallmark and its subsidiaries. The direct and indirect subsidiaries of Hallmark are referred to in this Form 10‑K in the manner identified in the chart under "Item 1. Business – Operational Structure."*

## Risks Associated with Forward-Looking Statements Included in this Form 10‑K

This Form 10‑K contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are intended to be covered by the safe harbors created thereby. Forward-looking statements include statements which are predictive in nature, which depend upon or refer to future events or conditions, or which include words such as "expect," "anticipate," "intend," "plan," "believe," "estimate" or similar expressions. These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. Statements regarding the following subjects are forward-looking by their nature:

> our business and growth strategies;
>
> our performance goals;
>
> our projected financial condition and operating results;
>
> our understanding of our competition;
>
> industry and market trends;
>
> the impact of technology on our products, operations and business; and
>
> any other statements or assumptions that are not historical facts.

The forward-looking statements included in this Form 10‑K are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to these forward-looking statements involve judgments with respect to, among other things, future economic, competitive and market conditions, legislative initiatives, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying these forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10‑K will prove to be accurate. In light of the significant uncertainties inherent in these forward-looking statements, the inclusion of such information should not be regarded as a representation that our objectives and plans will be achieved.

APP. 0299

PART I

**Item 1. Business.**

**Who We Are**

We are a diversified property/casualty insurance group that serves businesses and individuals in specialty and niche markets.

We offer specialty commercial insurance, standard commercial insurance and personal insurance in selected market subcategories that are characteristically low-severity and predominately short-tailed risks. We focus on marketing, distributing, underwriting and servicing property/casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit offers commercial insurance products and services in the excess and surplus lines market. Our Specialty Commercial operating unit offers general aviation and satellite launch insurance products and services, low and middle market commercial umbrella and primary/excess liability insurance, medical professional liability insurance products and services, financial professional liability insurance products and services and primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Our Standard Commercial P&C operating unit offers industry-specific commercial insurance products and services in the standard market. Our Workers Compensation operating unit specializes in small and middle market workers compensation business. Effective July 1, 2015, the Workers Compensation operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit offers non-standard personal automobile and renters insurance products and services.

Each operating unit has its own management team with significant experience in distributing products to its target markets and proven success in achieving underwriting profitability. Each operating unit is responsible for marketing, distribution and underwriting while we provide capital management, claims management, reinsurance, actuarial, investment, financial reporting, technology and legal services and other administrative support at the parent level. We believe this approach optimizes our operating results by allowing us to effectively penetrate our selected specialty and niche markets while maintaining operational controls, managing risks, controlling overhead and efficiently allocating our capital across operating units. We expect future growth to be derived from organic growth in the premium production of our existing operating units and selected opportunistic acquisitions that meet our criteria.

**What We Do**

We market commercial and personal lines property/casualty insurance products which are tailored to the risks and coverages required by the insured. We believe that most of our target markets are underserved by larger property/casualty insurers because of the specialized nature of the underwriting required. We are able to offer these products profitably as a result of the expertise of our experienced underwriters. We also believe our long-standing relationships with independent general agencies and retail agents and the service we provide differentiate us from larger property/casualty insurers.

Our Contract Binding operating unit primarily offers commercial property/casualty insurance products in the excess and surplus lines market. Excess and surplus lines insurance provides coverage for difficult to place risks that do not fit the underwriting criteria of insurers operating in the standard market. Our Contract Binding operating unit focuses on middle market commercial risks that do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. Our Contract Binding operating unit primarily writes commercial automobile, general liability, commercial property and excess casualty

3

coverages. Our Contract Binding operating unit markets its products in 37 states through 11 wholesale brokers and 114 general agency offices, as well as 27 independent retail agents in Texas.

Our Specialty Commercial operating unit offers small and middle market commercial excess liability, umbrella, general liability and public entity excess liability insurance on both an admitted and non-admitted basis; general aviation property/casualty insurance primarily for private and small commercial aircraft and airports; satellite launch property/casualty insurance products; medical and financial professional liability insurance on an excess and surplus lines basis; and primary/excess commercial property coverages on an excess and surplus lines basis for both catastrophe and non-catastrophe exposures. The principal focus of the excess and umbrella insurance products offered is transportation (trucking for hire and specialty automobile coverage). The Specialty Commercial operating unit also provides excess liability coverage for small to midsize businesses in class categories such as contracting, manufacturing, hospitality and service (non-transportation). Typical risks range from one power unit to fleets of up to 1000 power units and up to $150 million in receipts (non-construction) or $200 million in receipts (construction) from operations. Public entity excess coverage is also offered on an insurance and reinsurance basis for cities, counties and other public entities with populations up to 1,000,000. Our Specialty Commercial operating unit markets these excess and umbrella products through 124 wholesale brokers in all 50 states. The aircraft liability and hull insurance products underwritten by our Specialty Commercial operating unit target standard general aviation aircraft risks. Airport liability insurance is marketed to smaller, regional airports. Our Specialty Commercial operating unit markets these general aviation insurance products through 186 independent specialty brokers in 48 states. The satellite launch property/casualty policies produced by our Specialty Commercial operating unit are marketed through underwriting agencies with technical knowledge of space insurance. We retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months.

The medical professional liability insurance is underwritten on an excess and surplus lines basis by our Specialty Commercial operating unit and focuses on physicians, mid-level providers, miscellaneous medical facilities, hospitals and healthcare organizations and senior care/nursing homes. The physicians and mid-level providers are generally hard to place or non-standard risks. These are individuals who do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. In addition to healthcare professionals, our Specialty Commercial operating unit also underwrites medical professional liability for standard medical facilities, hospitals and healthcare systems and senior care/nursing homes. The medical facilities are generally outpatient facilities such as surgery centers, imaging centers, labs, home health agencies and other non-hospital facilities providing medical services. The hospitals and healthcare systems are generally stand-alone acute care facilities, multi-hospital systems, integrated delivery systems, critical access hospitals and others specialty hospitals and healthcare systems providing medical services. Our Specialty Commercial operating unit markets these products through 34 wholesale and retail brokers in 49 states. The Specialty Commercial operating unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria. The financial professional liability insurance underwritten on an excess and surplus lines basis by our Specialty Commercial operating unit focuses on management and professional liability products that include directors & officers, employment practices and retirement and benefit plan fiduciary services for private, public and non-profit entities as well as miscellaneous professional liability insurance for most non-financial institution service industries. Our Specialty Commercial operating unit distributes its financial professional liability insurance products through 30 wholesale brokers in 49 states. The primary/excess commercial property coverages underwritten by our Specialty Commercial operating unit specialize in shared and layered accounts on a non-admitted basis which target regional and national property programs. Our Specialty Commercial operating unit markets these products through 22 wholesale brokers in 50 states.

Our Standard Commercial P&C operating unit primarily underwrites low-severity, short-tailed commercial property/casualty insurance products in the standard market. These products have historically produced stable loss results and include general liability, commercial automobile, commercial property and umbrella coverages. Our Standard Commercial P&C operating unit currently markets its products through a network of 166 independent agency groups primarily serving businesses in the non-urban areas of 14 states predominately in the southwest and northwest regions. In addition, our Standard Commercial P&C operating unit provides occupational accident coverage in Texas through an underwriting agency that specializes in the occupational accident insurance market. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies.

4

Our Specialty Personal Lines operating unit primarily offers non-standard personal automobile policies, which generally provide the minimum limits of liability coverage mandated by state law to drivers who find it difficult to obtain insurance from standard carriers due to various factors including age, driving record, claims history or limited financial resources. Our Specialty Personal Lines operating unit also provides a renters insurance product that complements our non-standard auto offering and fits well in our distribution channel. Our Specialty Personal Lines operating unit markets and services these non-standard auto and renters insurance policies through 4,305 independent retail agent locations in 10 and 12 states, respectively.

Our insurance company subsidiaries are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC").  AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best Company ("A.M. Best"), a nationally recognized insurance industry rating service and publisher, has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and Specialty Commercial operating unit. The Standard Commercial Segment consists of the Standard Commercial P&C operating unit and the Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit. The following table displays the gross premiums written and net premiums written by these reportable segments for affiliated and unaffiliated insurers for the years ended December 31, 2018, 2017 and 2016.

|  | Year Ended December 31, | | | | | |
|  | 2018 | | 2017 | | 2016 | |
|  | (dollars in thousands) | | | | | |
| Gross Premiums Written: | | | | | | |
| Specialty Commercial Segment | $ | 501,806 | $ | 464,714 | $ | 388,914 |
| Standard Commercial Segment | | 86,121 | | 78,228 | | 76,891 |
| Personal Segment | | 75,088 | | 61,214 | | 83,272 |
| Total | $ | 663,015 | $ | 604,156 | $ | 549,077 |
| Net Premiums Written: | | | | | | |
| Specialty Commercial Segment | $ | 251,731 | $ | 265,022 | $ | 249,072 |
| Standard Commercial Segment | | 69,222 | | 69,288 | | 68,490 |
| Personal Segment | | 42,845 | | 31,273 | | 44,267 |
| Total | $ | 363,798 | $ | 365,583 | $ | 361,829 |

5

APP. 0302

**Operational Structure**

Our insurance company subsidiaries retain a portion of the premiums produced by our operating units. The following chart reflects the operational structure of our organization, including the subsidiaries comprising our operating units and the operating units included in each reportable segment as of December 31, 2018.



**Specialty Commercial Segment**

The Specialty Commercial Segment of our business includes our Contract Binding operating unit and our Specialty Commercial operating unit. During 2018, our Contract Binding operating unit accounted for 34% and our Specialty Commercial operating unit accounted for 66% of the aggregate premiums produced by the Specialty Commercial Segment.

**Contract Binding operating unit.** Our Contract Binding operating unit markets, underwrites, finances and services commercial lines insurance in 37 states with a particular emphasis on commercial automobile, general liability and commercial property risks produced on an excess and surplus lines basis. Excess and surplus lines insurance provides coverage for difficult to place risks that do not fit the underwriting criteria of insurers operating in the standard market. During the second quarter of 2018 we discontinued offering premium financing through PAAC for both the Contract Binding operating unit as well as unaffiliated general and retail agents. During 2018 our Contract Binding operating unit accounts for 77% of the premium volume financed by PAAC.

Our Contract Binding operating unit focuses on middle market commercial risks that do not meet the underwriting requirements of traditional standard insurers due to issues such as loss history, number of years in business, minimum premium size and types of business operation. During 2018, commercial automobile, general liability and all other property/casualty accounted for 86%, 11% and 3%, respectively, of the premiums produced by our Contract Binding operating unit. Target risks for commercial automobile insurance are business auto and trucking for hire fleets, excluding

6

hazardous or flammable materials haulers. Target risks for general liability insurance are small business risk exposures including artisan contractors, sales and service organizations, and building and premises liability exposures. Target risks for commercial property insurance are low- to mid-value structures including office buildings, mercantile shops, restaurants and rental dwellings, in each case with aggregate property limits of less than $1,000,000. The commercial insurance products offered by our Contract Binding operating unit include the following:

> *Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

> *General liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

> *Commercial property.* Commercial property insurance provides first-party coverage for the insured's real property, business personal property, theft and business interruption losses caused by fire, wind, hail, water damage, vandalism and other insured perils. Windstorm, hurricane and hail are generally excluded in coastal areas.

> *Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury, personal and advertising injury, or property damage losses above the primary layer of commercial automobile, general liability and employer's liability insurance. The excess insurance does not begin until the limits of liability in the primary layer have been exhausted. The excess layer provides not only higher limits, but catastrophic protection from large losses.

> *Commercial umbrella.* Commercial umbrella insurance protects businesses for bodily injury, personal and advertising injury, or property damage claims in excess of the limits of their primary commercial automobile, general liability and employers liability policies, and for some claims excluded by their primary policies (subject to a deductible). Umbrella insurance provides not only higher limits, but catastrophic protection for large losses.

Our Contract Binding operating unit markets its products in 37 states through 11 wholesale brokers and 114 general agency offices, as well as 27 independent retail agents in Texas. Our Contract Binding operating unit strives to simplify the placement of its excess and surplus lines policies by providing our general agents with a web rating portal which allows for instantaneous quoting and signature-ready applications which can be emailed or faxed to its independent retail agents. During 2018, general agents produced 84%, retail agents produced 2% and wholesale brokers produced 14% of total premiums produced by our Contract Binding operating unit. During 2018, the top ten general agents produced 41%, the eleven wholesale brokers produced 14% and no general agent produced more than 8%, of the total premium volume of our Contract Binding operating unit. During the same period, the top ten retail agents produced 2%, and no retail agent produced more than 1%, of the total premium volume of our Contract Binding operating unit.

The majority of the commercial policies written by our Contract Binding operating unit are for a term of 12 months. Exceptions include certain commercial automobile policies that are written for a term that coincides with the annual harvest of crops and special event general liability policies that are written for the term of the event, which is generally one to two days. Commercial lines policies are paid in full up front or financed with various premium finance companies, including PAAC.

**Specialty Commercial operating unit.** Our Specialty Commercial operating unit offers small and middle market commercial excess liability, umbrella and general liability insurance on both an admitted and non-admitted basis focused primarily on trucking, specialty automobile and non-fleet automobile coverage, excess liability for most classes of public entity risks, general aviation property/casualty insurance primarily for private and small commercial aircraft and airports, satellite launch insurance products, medical and financial professional liability insurance on an excess and surplus lines basis and primary/excess commercial property coverage for both catastrophe and non-catastrophe exposures on an excess and surplus lines basis. Certain specialty programs are also managed by our Specialty Commercial operating unit.

7

The small and middle market commercial excess liability, umbrella and general liability insurance underwritten by our Specialty Commercial operating unit is offered on an admitted and non-admitted basis in all 50 states plus the District of Columbia. Limits of liability offered are from $1,000,000 to $6,000,000 (transportation) and $1,000,000 to $10,000,000 (non-transportation) in coverage in excess of the primary carrier's limits of liability. The majority of the excess, umbrella and general liability insurance policies written by our Specialty Commercial operating unit are on an annual basis. However, exceptions are common in an attempt to have policy effective dates coincide with those of the primary insurance policies. Policy premiums are due in full 30 days from the inception date of the policy. During 2018, the top ten wholesale brokers accounted for 42% of our primary and excess casualty premium volume, with no single wholesale broker accounting for more than 9%. During 2018, commercial transportation excess liability risks accounted for 68% of the premiums, with the remaining 32% coming from non-transportation commercial excess, public entity and general liability risks.

The commercial excess, umbrella, general liability and public entity excess liability insurance products offered by our Specialty Commercial operating unit include the following:

> *Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury, personal and advertising injury, or property damage losses above the primary layer of commercial automobile, general liability and employer's liability insurance. The excess insurance does not begin until the limits of liability in the primary layer have been exhausted. The excess layer provides not only higher limits, but catastrophic protection from large losses.

> *Commercial umbrella.* Commercial umbrella insurance protects businesses for bodily injury, personal and advertising injury, or property damage claims in excess of the limits of their primary commercial automobile, general liability and employer's liability policies, and for some claims excluded by their primary policies (subject to a deductible). Umbrella insurance provides not only higher limits, but catastrophic protection for large losses.

> *Commercial general liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

> *Public entity excess liability.* Public entity excess liability is designed to provide an extra layer of protection for target classes of public entities for auto liability, general liability, public officials' liability, wrongful acts, employment practices liability, law enforcement liability, educators' legal liability and related coverages.

Our Specialty Commercial operating unit markets, underwrites and services general aviation property/casualty insurance in 48 states. The marketing strategy of our Specialty Commercial operating unit is similar to only a few competitors in the U.S. and focuses on developing a well-defined niche centering on transitional pilots, older aircraft and small airports and aviation-related businesses. In addition, our Specialty Commercial operating unit offers satellite launch property/casualty policies marketed through underwriting agencies with technical knowledge of space insurance. The general aviation and satellite launch products offered by our Specialty Commercial operating unit include the following:

> *Aircraft.* Aircraft insurance provides third-party bodily injury and property damage coverage and first-party hull damage coverage against losses resulting from the ownership, maintenance or use of aircraft.

> *Airport liability.* Airport liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on airport premises or from their operations.

> *Satellite.* We retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months.

Our Specialty Commercial operating unit distributes its general aviation insurance products through 186 aviation specialty brokers. These specialty brokers submit requests for aviation insurance quotations received from the states in which we operate and our Specialty Commercial operating unit selectively determines the risks fitting its target niche for which it

8

APP. 0305

will prepare a quote. During 2018, the top ten independent specialty brokers produced 39%, and no broker produced more than 9%, of the total general aviation premium volume of our Specialty Commercial operating unit. Our Specialty Commercial operating unit independently develops, underwrites and prices each general aviation coverage written. We target standard general aviation risks for both commercial (non-airline) and non-commercial uses. We do not accept aircraft that are used for hazardous purposes such as crop dusting or heli-skiing. Liability limits are controlled, with 93% of the aircraft written in 2018 bearing per-occurrence limits of $1,000,000 and per-passenger limits of $100,000 or less. The average insured aircraft hull value for aircraft written in 2018 was approximately $169,000. All general aviation policies produced by our Specialty Commercial operating unit are written through our insurance company subsidiaries.

Our Specialty Commercial operating unit markets medical professional liability insurance on an excess and surplus lines basis. Medical professional liability insurance provides coverage for third-party bodily injury claims resulting from professional services provided by physicians, surgeons, podiatrists and medical entities, as well as outpatient medical facilities and hospitals and healthcare systems. Our Specialty Commercial operating unit distributes its medical professional liability insurance products through 34 wholesale and retail brokers in 49 states. The Specialty Commercial operating unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria.

Our Specialty Commercial operating unit markets financial professional liability insurance on an excess and surplus lines basis. Financial professional liability insurance provides liability insurance for management liability and professional liability on a claims-made basis. Our financial professional liability products target miscellaneous professional liability classes. Our Specialty Commercial operating unit distributes its financial professional liability insurance products through 30 wholesale brokers in 49 states. Our Specialty Commercial operating unit markets primary/excess commercial property coverages, on a non-admitted basis, for both catastrophe and non-catastrophe exposures. Our Specialty Commercial operating unit distributes its primary/excess commercial property insurance products through 22 wholesale brokers in 50 states. The specialty programs within our Specialty Commercial operating unit consist of fronting and agency arrangements, as well as a program underwriter. The specialty programs business presently consists primarily of a fronting arrangement in Texas for a third party insurance company, a program underwriter writing primarily commercial auto liability and physical damage risk in 16 states and a program underwriter writing primarily commercial auto coverage for risks specializing in daily rental operations in 45 states.

**Standard Commercial Segment**

The Standard Commercial Segment of our business includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. Effective July 1, 2015, our Workers Compensation operating unit ceased marketing or retaining any risk on new or renewal policies. During 2018, our Standard Commercial P&C operating unit accounted for all of the premiums produced by the Standard Commercial Segment.

**Standard Commercial P&C operating unit.** Our Standard Commercial P&C operating unit markets, underwrites and services standard commercial lines insurance primarily in the non-urban areas of 14 states predominately in the southwest and northwest regions. Our Standard Commercial P&C operating unit targets customers that are in low-severity classifications in the standard commercial market, which as a group have relatively stable loss results. The typical customer is a small to midsize business with a policy that covers property, general liability and automobile exposures. Our Standard Commercial P&C operating unit underwriting criteria exclude lines of business and classes of risks that are considered to be high-severity or volatile, or which involve significant latent injury potential or other long-tailed liability exposures. In addition, our Standard Commercial P&C operating unit previously provided occupational accident coverage in Texas through an underwriting agency that is a specialist in the occupational accident insurance market. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Products offered by our Standard Commercial P&C operating unit include the following:

> *Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

9

*General liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

*Umbrella.* Umbrella insurance provides coverage for third-party liability claims where the loss amount exceeds coverage limits provided by the insured's underlying general liability and commercial automobile policies.

*Commercial property.* Commercial property insurance provides first-party coverage for the insured's real property, business personal property, and business interruption losses caused by fire, wind, hail, water damage, theft, vandalism and other insured perils.

*Commercial multi-peril.* Commercial multi-peril insurance provides a combination of property and liability coverage that can include commercial automobile coverage on a single policy.

*Business owner's.* Business owner's insurance provides a package of coverage designed for small to midsize businesses with homogeneous risk profiles. Coverage includes general liability, commercial property and commercial automobile.

Our Standard Commercial P&C operating unit markets its property/casualty insurance products through 166 independent agency groups operating in its target markets. Our Standard Commercial P&C operating unit applies a strict agent selection process and seeks to provide its independent agents some degree of non-contractual geographic exclusivity. Our Standard Commercial P&C operating unit also strives to provide its independent agents with convenient access to product information and personalized service. As a result, the Standard Commercial P&C operating unit has historically maintained excellent relationships with its producing agents, as evidenced by the 21 year average tenure of the 25 agency groups that each produced more than $1.0 million in premium during the year ended December 31, 2018. During 2018, the top ten agency groups produced 37%, and no individual agency group produced more than 7%, of the total premium volume of our Standard Commercial P&C operating unit.

Our Standard Commercial P&C operating unit writes most risks on a package basis using a commercial multi-peril policy or a business owner's policy. Umbrella policies are written only when our Standard Commercial P&C operating unit also writes the insured's underlying general liability and commercial automobile coverage.

All of the commercial policies written by our Standard Commercial P&C operating unit are for a term of 12 months. If the insured is unable or unwilling to pay for the entire premium in advance, we provide an installment payment plan that requires the insured to pay 20% or 25% down and the remaining payments over eight months. We charge installment fees of up to $7.50 per payment for the installment payment plan.

**Workers Compensation operating unit.** Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. The run-off of existing policies issued by our Workers Compensation operating unit is being administered by an independent third party.

**Personal Segment / Specialty Personal Lines operating unit**

The Personal Segment of our business consists solely of our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit markets and services non-standard personal automobile policies and renters insurance in 10 and 12 states, respectively. Our non-standard personal automobile insurance generally provides for the minimum limits of liability coverage mandated by state laws to drivers who find it difficult to purchase automobile insurance from standard carriers as a result of various factors, including driving record, vehicle, age, claims history, or limited financial resources. Products offered by our Specialty Personal Lines operating unit include the following:

*Personal automobile.* Personal automobile insurance is the primary product offered by our Specialty Personal Lines operating unit. Our policies typically provide third-party coverage to individuals for bodily injury and property damage at the minimum limits required by law, and for physical damage to an insured's own vehicle

APP. 0307

from collision and various other perils. In addition, many states require policies to provide for first party personal injury protection, frequently referred to as no-fault coverage.

> **Renters.** Renters insurance provides coverage for the contents of a renter's home or apartment and for liability. Renter's policies are similar to homeowners insurance, except they do not cover the structure.

Our Specialty Personal Lines operating unit markets its products through 4,305 independent retail agent locations operating in its target geographic markets. Non-standard automobile represented 96% of the premiums produced during 2018. Our Specialty Personal Lines operating unit qualifies new agent appointments in order to establish an efficient network of independent agents to effectively penetrate its highly competitive markets. Our Specialty Personal Lines operating unit periodically evaluates its independent agents and discontinues the appointment of agents whose production history does not satisfy certain standards. During 2018, the top ten independent agency locations produced 36%, and no individual agency location produced more than 6%, of the total premium volume of our Specialty Personal Lines operating unit.

During 2018, personal automobile liability coverage accounted for 72% and personal automobile physical damage coverage accounted for the remaining 28% of the total non-standard automobile premiums produced by our Specialty Personal Lines operating unit. Our most common policy term is a six month policy. We offer additional terms of one-month policies on a limited basis. Our typical non-standard personal automobile customer is unable or unwilling to pay a full or half year premium in advance. Accordingly, we currently offer a direct bill program where the premiums are directly billed to the insured on a monthly basis. We charge installment fees for each payment under the direct bill program.

**Our Competitive Strengths**

We believe that we enjoy the following competitive strengths:

> **Specialized market knowledge and underwriting expertise.** All of our operating units possess extensive knowledge of the specialty and niche markets in which they operate, which we believe allows them to effectively structure and market their property/casualty insurance products. Our Contract Binding operating unit and Specialty Commercial operating unit have developed specialized underwriting expertise which enhances their ability to profitably underwrite non-standard property/casualty insurance coverages. Our Standard Commercial P&C operating unit has significant underwriting experience in its target market for standard commercial property/casualty insurance products. In addition, our Specialty Personal Lines operating unit has a thorough understanding of the unique characteristics of the non-standard personal automobile market.

> **Tailored market strategies.** Each of our operating units has developed its own customized strategy for penetrating the specialty or niche markets in which it operates. These strategies include distinctive product structuring, marketing, distribution, underwriting and servicing approaches by each operating unit. As a result, we are able to structure our property/casualty insurance products to serve the unique risk and coverage needs of our insureds. We believe these market-specific strategies enable us to provide policies tailored to the target customer that are appropriately priced and fit our risk profile.

> **Superior agent and customer service.** We believe performing the underwriting, billing, customer service and claims management functions tailored to the needs of each operating unit allows us to provide superior service to both our independent agents and insured customers. The easy-to-use interfaces and responsiveness of our operating units enhance their relationships with the independent agents who sell our policies. We also believe our consistency in offering our insurance products through hard and soft markets helps to build and maintain the loyalty of our independent agents. Our customized products, flexible payment plans and prompt claims processing are similarly beneficial to our insureds.

> **Market diversification.** We believe operating in various specialty and niche segments of the property/casualty insurance market diversifies both our revenues and our risks. We also believe our operating units generally operate on different market cycles, producing more earnings stability than if we focused entirely on one product. As a result of the pooling arrangement among four of our insurance company subsidiaries, we are able to

11

efficiently allocate our capital among these various specialty and niche markets in response to market conditions and expansion opportunities. We believe this market diversification reduces our risk profile and enhances our profitability.

*Experienced management team.* Our senior corporate management team has extensive insurance experience. In addition, our operating units have strong management and underwriting teams, that also have extensive insurance industry experience. Our management has significant experience in all aspects of property/casualty insurance, including underwriting, claims management, actuarial analysis, reinsurance and regulatory compliance. In addition, Hallmark's senior management has a strong track record of acquiring businesses that expand our product offerings and improve our profitability profile.

**Our Strategy**

We strive to become a "Best in Class" specialty insurance company offering products in specialty and niche markets through the following strategies:

*Focusing on underwriting discipline and operational efficiency.* We seek to consistently generate an underwriting profit on the business we write in hard and soft markets. Our operating units have a strong track record of underwriting discipline and operational efficiency, which we seek to continue. We believe that in soft markets our competitors often offer policies at a low or negative underwriting profit in order to maintain or increase their premium volume and market share. In contrast, we seek to write business based on its profitability rather than focusing solely on premium production. To that end, we provide financial incentives to many of our underwriters and independent agents based on underwriting profitability.

*Achieving organic growth in our existing business lines.* We believe we can achieve organic growth in our existing business lines by consistently providing our insurance products through market cycles, expanding geographically, expanding our product offerings, expanding our agency relationships and further penetrating our existing customer base. We believe our extensive market knowledge and strong agency relationships position us to compete effectively in our various specialty and niche markets. We also believe there is a significant opportunity to expand some of our existing business lines into new geographical areas and through new agency relationships while maintaining our underwriting discipline and operational efficiency. In addition, we believe there is an opportunity for some of our operating units to further penetrate their existing customer bases with additional products offered by other operating units.

*Pursuing selected, opportunistic acquisitions.* We seek to opportunistically acquire insurance organizations that operate in specialty or niche property/casualty insurance markets that are complementary to our existing operations. We seek to acquire companies with experienced management teams, stable loss results and strong track records of underwriting profitability and operational efficiency. Where appropriate, we intend to ultimately retain profitable business produced by the acquired companies that would otherwise be retained by unaffiliated insurers. Our management has significant experience in evaluating potential acquisition targets, structuring transactions to ensure continued success and integrating acquired companies into our operational structure.

*Maintaining a strong balance sheet.* We seek to maintain a strong balance sheet by employing conservative investment, reinsurance and reserving practices and to measure our performance based on long-term growth in book value per share.

**Distribution**

We market our property/casualty insurance products predominately through independent general agents, retail agents and specialty brokers. Therefore, our relationships with independent agents and brokers are critical to our ability to identify, attract and retain profitable business. Each of our operating units has developed its own tailored approach to establishing and maintaining its relationships with these independent distributors of our products. These strategies focus on providing excellent service to our agents and brokers, maintaining a consistent presence in our target niche and specialty markets

12

through hard and soft market cycles and fairly compensating the agents and brokers who market our products. Our operating units also regularly evaluate independent general and retail agents based on the underwriting profitability of the business they produce and their performance in relation to our objectives.

Except for the products of our Specialty Commercial Segment, the distribution of property/casualty insurance products by our operating units is geographically concentrated. For the twelve months ended December 31, 2018, five states accounted for approximately 54% of the gross premiums written by our insurance company subsidiaries. The following table reflects the geographic distribution of our insured risks, as represented by direct and assumed premiums written by our business segments for the twelve months ended December 31, 2018.

| State | Specialty Commercial Segment | Standard Commercial Segment | Personal Segment | Total | Percent of Total |
|---|---|---|---|---|---|
| | (dollars in thousands) | | | | |
| Texas | $ 177,410 | $ 21,558 | $ 18,163 | $ 217,131 | 32.8 % |
| California | 56,591 | — | — | 56,591 | 8.5 % |
| Arizona | 3,319 | 1,136 | 28,249 | 32,704 | 4.9 % |
| Florida | 26,057 | — | — | 26,057 | 3.9 % |
| Oklahoma | 15,023 | — | 7,836 | 22,859 | 3.5 % |
| All other states | 223,406 | 63,427 | 20,840 | 307,673 | 46.4 % |
| Total gross premiums written | $ 501,806 | $ 86,121 | $ 75,088 | $ 663,015 | |
| Percent of total | 75.7 % | 13.0 % | 11.3 % | 100.0 % | |

**Underwriting**

The underwriting process employed by our operating units involves securing an adequate level of underwriting information, identifying and evaluating risk exposures and then pricing the risks we choose to accept. Each of our operating units offering commercial, healthcare professional, aviation or public entity insurance products employs its own underwriters with in-depth knowledge of the specific niche and specialty markets targeted by that operating unit. We employ a disciplined underwriting approach that seeks to provide policies appropriately tailored to the specified risks and to adopt price structures that will be supported in the applicable market. Our experienced commercial, healthcare professional, aviation and public entity underwriters have developed underwriting principles and processes appropriate to the coverages offered by their respective operating units.

We believe that managing the underwriting process through our operating units capitalizes on the knowledge and expertise of their personnel in specific markets and results in better underwriting decisions. All of our underwriters have established limits of underwriting authority based on their level of experience. We also provide financial incentives to many of our underwriters based on underwriting profitability.

To better diversify our revenue sources and manage our risk, we seek to maintain an appropriate business mix among our operating units. At the beginning of each year, we establish a target net loss ratio for each operating unit. We continually monitor actual net loss ratios against targets. If any line of business fails to meet its target net loss ratio, we seek input from our underwriting, actuarial and claims management personnel to develop a corrective action plan. Depending on the particular circumstances, that plan may involve tightening underwriting guidelines, increasing rates, modifying product structure, re-evaluating independent agency relationships or discontinuing unprofitable coverages or classes of risk.

An insurance company's underwriting performance is traditionally measured by its statutory loss and loss adjustment expense ratio, its statutory expense ratio and its statutory combined ratio. The statutory loss and loss adjustment expense ratio, which is calculated as the ratio of net losses and loss adjustment expenses ("LAE") incurred to net premiums earned, helps to assess the adequacy of the insurer's rates, the propriety of its underwriting guidelines and the performance of its claims department. The statutory expense ratio, which is calculated as the ratio of underwriting and operating expenses to net premiums written, assists in measuring the insurer's cost of processing and managing the business. The statutory combined ratio, which is the sum of the statutory loss and LAE ratio and the statutory expense ratio, is indicative of the

13

APP. 0310

overall profitability of an insurer's underwriting activities, with a combined ratio of less than 100% indicating profitable underwriting results.

The following table shows, for the periods indicated, (i) our gross premiums written (in thousands); and (ii) our underwriting results as measured by the net statutory loss and LAE ratio, the net statutory expense ratio, and the net statutory combined ratio of our insurance company subsidiaries.

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2018 | 2017 | 2016 |
| Gross premiums written | $ 663,015 | $ 604,156 | $ 549,077 |
| Net statutory loss & LAE ratio | 69.8 % | 79.1 % | 71.2 % |
| Net statutory expense ratio | 25.5 % | 27.0 % | 29.4 % |
| Net statutory combined ratio | 95.3 % | 106.1 % | 100.6 % |

These statutory ratios do not reflect the deferral of policy acquisition costs, investment income, premium finance revenues, or the elimination of inter-company transactions required by U.S. generally accepted accounting principles ("GAAP").

The premium-to-surplus percentage measures the relationship between net premiums written in a given period (premiums written, less returned premiums and reinsurance ceded to other carriers) to policyholders surplus (admitted assets less liabilities), determined on the basis of statutory accounting practices prescribed or permitted by insurance regulatory authorities. State insurance department regulators expect insurance companies to maintain a premium-to-surplus percentage of not more than 300%. For the years ended December 31, 2018, 2017 and 2016, our consolidated premium-to-surplus ratios were 147%, 157% and 146%, respectively.

**Claims Management and Administration**

We believe that effective claims management is critical to our success and that our claims management process is cost-effective, delivers the appropriate level of claims service and produces superior claims results. Our claims management philosophy emphasizes the delivery of courteous, prompt and effective claims handling and embraces responsiveness to policyholders and agents. Our claims strategy focuses on thorough investigation, timely evaluation and fair settlement of covered claims while consistently maintaining appropriate case reserves. We seek to compress the cycle time of claim resolution in order to control both loss and claim handling cost. We also strive to control legal expenses by negotiating competitive rates with defense counsel and vendors, establishing litigation budgets and monitoring invoices.

Each of our operating units maintains its own dedicated staff of specialized claims personnel to manage and administer claims arising under policies produced through their respective operations. The claims process is managed centrally through a combination of experienced claims managers, seasoned claims supervisors, trained staff adjusters and independent adjustment or appraisal services, when appropriate. All adjusters are licensed in those jurisdictions for which they handle claims that require licensing. Limits on settlement authority are established for each claims supervisor and staff adjuster based on their level of experience. Certain independent adjusters have limited authority to settle claims. Claim exposures are periodically and systematically reviewed by claim supervisors and managers as a method of quality and loss control. Large loss exposures are reviewed at least quarterly with senior management of the operating unit and monitored by Hallmark senior management.

Claims personnel receive in-house training and are required to attend various continuing education courses pertaining to topics such as best practices, fraud awareness, legal environment, legislative changes and litigation management. Depending on the criteria of each operating unit, our claims adjusters are assigned a variety of claims to enhance their knowledge and ensure their continued development in efficiently handling claims. As of December 31, 2018, we had a total of 92 claims managers, supervisors and adjusters with an average experience of approximately 16 years.

14

**Analysis of Losses and LAE**

Our consolidated financial statements include an estimated reserve for unpaid losses and LAE. We estimate our reserve for unpaid losses and LAE by using case-basis evaluations and statistical projections, which include inferences from both losses paid and losses incurred. We also use recent historical cost data and periodic reviews of underwriting standards and claims management practices to modify the statistical projections. We give consideration to the impact of inflation in determining our loss reserves, but do not discount reserve balances.

The amount of reserves represents our estimate of the ultimate cost of all unpaid losses and LAE incurred. These estimates are subject to the effect of trends in claim severity and frequency. We regularly review the estimates and adjust them as claims experience develops and new information becomes known. Such adjustments are included in current operations, including increases and decreases, net of reinsurance, in the estimate of ultimate liabilities for insured events of prior years.

Changes in loss development patterns and claim payments can significantly affect the ability of insurers to estimate reserves for unpaid losses and related expenses. We seek to continually improve our loss estimation process by refining our ability to analyze loss development patterns, claim payments and other information within a legal and regulatory environment that affects development of ultimate liabilities. Future changes in estimates of claim costs may adversely affect future period operating results. However, such effects cannot be reasonably estimated currently.

Additional information relating to our loss reserve development is included under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations," and Note 6, "Reserves for Losses and Loss Adjustment Expenses," in the Notes to Consolidated Financial Statements.

**Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2018 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for each of the last three years (in thousands).

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | **2018** | **2017** | **2016** |
| Gross premiums written | $ 663,015 | $ 604,156 | $ 549,077 |
| Ceded premiums written | (299,217) | (238,573) | (187,248) |
| Net premiums written | $ 363,798 | $ 365,583 | $ 361,829 |
| Gross premiums earned | $ 641,596 | $ 568,769 | $ 524,229 |
| Ceded premiums earned | (278,509) | (207,732) | (170,859) |
| Net premiums earned | $ 363,087 | $ 361,037 | $ 353,370 |
|  |  |  |  |
| Reinsurance recoveries | $ 199,690 | $ 144,948 | $ 116,057 |

15

APP. 0312

**Investment Portfolio**

Our investment objective is to maximize current yield while maintaining safety of capital together with sufficient liquidity for ongoing insurance operations. Our investment portfolio is composed of fixed-income securities, equity securities and other investments. As of December 31, 2018, we had total invested assets of $627.9 million. If market rates were to increase by 1%, the fair value of our fixed-income securities as of December 31, 2018 would decrease by approximately $7.6 million. The following table shows the fair values of various categories of fixed-income securities, the percentage of the total fair value of our invested assets represented by each category and the tax equivalent book yield of each category of invested assets as of December 31, 2018 and 2017.

| | As of December 31, 2018 | | | As of December 31, 2017 | | |
| | Fair Value | Percent of Total | Yield | Fair Value | Percent of Total | Yield |
| | | (in thousands) | | | (in thousands) | |
|---|---|---|---|---|---|---|
| Category: | | | | | | |
| Corporate bonds | $ 242,152 | 44.4 % | 2.8 % | $ 279,073 | 46.1 % | 2.5 % |
| Collateralized corporate bank loans | 126,528 | 23.2 % | 5.0 % | 125,937 | 20.8 % | 3.9 % |
| Municipal bonds | 115,527 | 21.1 % | 3.6 % | 134,256 | 22.2 % | 2.9 % |
| US Treasury securities and obligations of U.S. Government | 48,106 | 8.8 % | 1.9 % | 49,947 | 8.2 % | 1.8 % |
| Mortgage backed | 13,557 | 2.5 % | 3.1 % | 16,533 | 2.7 % | 2.6 % |
| Total | $ 545,870 | 100.0 % | 3.4 % | $ 605,746 | 100.0 % | 2.9 % |

The weighted average credit rating for our fixed-income portfolio was BBB+ at December 31, 2018. The following table shows the distribution of our fixed-income portfolio by rating as a percentage of total fair value as of December 31, 2018 and 2017:

| | As of December 31, 2018 | As of December 31, 2017 |
|---|---|---|
| Rating: | | |
| "AAA" | 13.6 % | 4.3 % |
| "AA" | 6.7 % | 20.3 % |
| "A" | 11.8 % | 8.4 % |
| "BBB" | 44.3 % | 46.3 % |
| "BB" | 19.1 % | 15.0 % |
| "B" | 0.3 % | 1.3 % |
| "CCC" | 0.2 % | 0.1 % |
| "CC" | 1.0 % | — % |
| "D" | — % | 0.7 % |
| "NR" | 3.0 % | 3.6 % |
| Total | 100.0 % | 100.0 % |

16

APP. 0313

The following table shows the composition of our fixed-income portfolio by remaining time to maturity as of December 31, 2018 and 2017.

| | As of December 31, 2018 | | As of December 31, 2017 | |
| | Fair Value | Percentage of Total Fair Value | Fair Value | Percentage of Total Fair Value |
| | (in thousands) | | (in thousands) | |
|---|---|---|---|---|
| Remaining time to maturity: | | | | |
| Less than one year | $ 120,127 | 22.0 % | $ 116,060 | 19.2 % |
| One to five years | 284,947 | 52.2 % | 308,829 | 51.0 % |
| Five to ten years | 102,047 | 18.7 % | 124,168 | 20.5 % |
| More than ten years | 25,192 | 4.6 % | 40,156 | 6.6 % |
| Mortgage-backed | 13,557 | 2.5 % | 16,533 | 2.7 % |
| Total | $ 545,870 | 100.0 % | $ 605,746 | 100.0 % |

Our investment strategy is to conservatively manage our investment portfolio by investing primarily in readily marketable, investment-grade, fixed-income securities. As of December 31, 2018, 13% of our investment portfolio was invested in equity securities. Our investment portfolio is managed internally. We regularly review our portfolio for declines in value. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

The following table details the net unrealized gain balance by invested asset category as of December 31, 2018.

| | Net Unrealized Gain Balance |
| | (in thousands) |
|---|---|
| Category | |
| U.S. Treasury securities and obligations of U.S. Government | $ (503) |
| Corporate bonds | (1,162) |
| Collateralized corporate bank loans | (5,251) |
| Municipal bonds | 2,953 |
| Mortgage-backed | (435) |
| Equity securities | 12,187 |
| Other investments | (2,615) |
| Total | $ 5,174 |

As part of our overall investment strategy, we also maintain an integrated cash management system utilizing on-line banking services and daily overnight investment accounts to maximize investment earnings on all available cash.

**Technology**

The majority of our technology systems are based on products licensed from insurance-specific technology vendors that have been substantially customized to meet the unique needs of our various operating units. Our technology systems primarily consist of integrated central processing computers, a series of server-based computer networks and communications systems that allow our various operations to share systems solutions and communicate to the corporate office in a timely, secure and consistent manner. We maintain backup facilities and systems through a contract with a leading provider of computer disaster recovery services. Each operating unit bears the information services expenses specific to its operations as well as a portion of the corporate services expenses. Increases to vendor license and service fees are capped per annum.

17

We believe the implementation of our various technology systems has increased our efficiency in the processing of our business, resulting in lower operating costs. Additionally, our systems enable us to provide a high level of service to our agents and policyholders by processing our business in a timely and efficient manner, communicating and sharing data with our agents and providing a variety of methods for the payment of premiums. We believe these systems have also improved the accumulation and analysis of information for our management.

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology systems. Publicly reported cybersecurity intrusions have increased recently and the insurance sector as a whole is more exposed than in the past. Cybersecurity threats extend from individual attempts to gain unauthorized access to our information technology systems through coordinated, elaborate and targeted activity. We retain highly trained staff committed to the development and maintenance of our information technology systems. We maintain and regularly review recovery plans which are intended to enable us to restore critical systems with minimal disruption. We have established an information security committee to oversee and steer risk management plans to manage these exposures on an ongoing basis. We also employ comprehensive employee engagement and training programs to guard against the potential for malicious attempts to extort sensitive information from our systems using social engineering techniques (also known as "phishing") and have increased our cyber liability insurance to seek to minimize our post-event financial impacts.

We recognize the potential for new risks arising alongside the benefits we derive from technological and digital development. We employ technological security measures to prevent, detect and mitigate such threats, including independent and in-house vulnerability assessments, access controls, data encryption, continuous monitoring of our information technology networks and systems and maintenance of backup and protective systems. Nonetheless, the infrastructure may be vulnerable to security incidents which could result in the disruption of business operations and the corruption, unavailability, misappropriation or destruction of critical data and confidential information (both our own and of third parties). The compromise of personal and confidential information could lead to legal liability or regulatory action under evolving cybersecurity, data protection and privacy laws and regulations enacted in the various jurisdictions in which we operate. In this respect on March 1, 2017, new cybersecurity rules were implemented by the New York Department of Financial Services (the "NYS Cybersecurity Regulation"). These NYS Cybersecurity Regulations impose additional regulatory requirements that seek to protect confidentiality, integrity and availability of information systems.  We also anticipate additional NAIC regulations as a result of the Insurance Data Security Model Law which will require insurers to meet state requirements beyond those imposed by New York. The implementation of these various regulations impose additional compliance obligations which have necessitated ongoing review of our policies and procedures.

**Ratings**

Many insurance buyers, agents and brokers use the ratings assigned by A.M. Best and other rating agencies to assist them in assessing the financial strength and overall quality of the companies from which they are considering purchasing insurance. A.M. Best has pooled its ratings of our AHIC, HIC, HSIC and HNIC subsidiaries and assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by the four insurance company subsidiaries. A.M. Best has also assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC. An "A–" rating is the fourth highest of 15 rating categories used by A.M. Best. In evaluating an insurer's financial and operating performance, A.M. Best reviews the company's profitability, indebtedness and liquidity, as well as its book of business, the adequacy and soundness of its reinsurance, the quality and estimated fair value of its assets, the adequacy of its loss reserves, the adequacy of its surplus, its capital structure, the experience and competence of its management and its market presence. A.M. Best's ratings reflect its opinion of an insurer's financial strength, operating performance and ability to meet its obligations to policyholders and are not an evaluation directed at investors or recommendations to buy, sell or hold an insurer's stock.

**Competition**

The property/casualty insurance market, our primary source of revenue, is highly competitive and, except for regulatory considerations, has very few barriers to entry. According to A.M. Best, there were 2,994 property/casualty insurance companies and 2,060 property/casualty insurance groups operating in North America as of July 2, 2018. The primary

18

competition for our Contract Binding operating unit includes such carriers as American Millennium Insurance Company, Canal Insurance Company, Clear Blue Insurance Company, Commercial Alliance Insurance Company, National Casualty Company, National Liability & Fire Insurance Company, Northland Insurance Company, Progressive County Mutual, State National Insurance Company, Prime Insurance Company, Underwriters at Lloyds of London, and Wilshire Insurance Company.  Our Specialty Commercial operating unit considers its primary competition for our excess, umbrella and general liability insurance products to include such carriers as American International Group, Inc., First Mercury Insurance Company, Axis Insurance Company, Berkshire Hathaway Companies, Endurance American Specialty Insurance Company,XL Specialty Insurance, Navigators, and W.R. Berkley Corporation and, to a lesser extent, a number of national standard lines carriers such as Travelers Companies, Inc. and Liberty Mutual Group. The primary competitors for our general aviation insurance products produced by our Specialty Commercial operating unit are Old Republic Aviation Managers, Starr Aviation, American International Group, Inc., United States Specialty Insurance Company, W. Brown & Company, United States Aircraft Insurance Group, Global Aerospace and Allianz Aviation Managers. The primary competition for the medical professional liability insurance products produced by our Specialty Commercial operating unit includes such carriers as Admiral Insurance Company, Aspen, Beazley, CNA Financial Corporation, Iron Health, Kinsale Insurance Company, Markel, Medical Protective Insurance Company,  ProAssurance Corporation, RSUI Group and TDC Companies. The primary competition for the financial professional liability insurance products produced by our Specialty Commercial operating unit are Admiral Insurance Company, American International Group Companies, Argonaut Insurance Company, Chubb Group of Insurance Companies, Euclid Executive Liability Managers, Berkley Insurance Company, CNA Financial Corporation, Evanston Insurance Company, Kinsale Insurance Company, RSUI Group, Hiscox USA, and XL Catlin Insurance Company.   The primary competition for our primary/excess commercial property insurance products includes such carriers as Chubb Westchester, Aspen Insurance, Everst National Insurance Company, RSUI Group, Navigators Specialty Insurance Company, Starr Surplus Lines, Ironshore Specialty Insurance Company, Axis Insurance Company, and Markel Insurance Company. Our Standard Commercial P&C operating unit competes with a variety of large national standard commercial lines carriers such as Liberty Mutual Group, Travelers Companies, Inc., Cincinnati Financial Corporation and The Hartford Financial Services Group, as well as numerous smaller regional companies. Although our Specialty Personal Lines operating unit competes with large national insurers such as Allstate Corporation, GEICO Corporation and Progressive Insurance Company, as a participant in the non-standard personal automobile marketplace its competition is most directly associated with numerous regional companies and managing general agencies. Our competitors include entities that have, or are affiliated with entities that have, greater financial and other resources than we have.  Generally, we compete on price, customer service, coverages offered, claims handling, financial stability, agent commission and support, customer recognition and geographic coverage. We compete with companies who use independent agents, captive agent networks, direct marketing channels or a combination thereof.

**Insurance Regulation**

AHIC, HCM and TBIC are domiciled in Texas, HIC and HNIC are domiciled in Arizona and HSIC is domiciled in Oklahoma. Therefore, our insurance operations are regulated by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department, as well as the applicable insurance department of each state in which we issue policies. Our insurance company subsidiaries are required to file quarterly and annual statements of their financial condition prepared in accordance with statutory accounting practices with the insurance departments of their respective states of domicile and the applicable insurance department of each state in which they write business. The financial conditions of our insurance company subsidiaries, including the adequacy of surplus, loss reserves and investments, are subject to review by the insurance department of their respective states of domicile.

*Periodic financial and market conduct examinations.* The insurance departments of the states of domicile for our insurance company subsidiaries have broad authority to enforce insurance laws and regulations through examinations, administrative orders, civil and criminal enforcement proceedings, and suspension or revocation of an insurer's certificate of authority or an agent's license. The state insurance departments that have jurisdiction over our insurance company subsidiaries may conduct on-site visits and examinations of the insurance companies' affairs, especially as to their financial condition, ability to fulfill their obligations to policyholders, market conduct, claims practices and compliance with other laws and applicable regulations. Typically, these examinations are conducted every three to five years. In addition, if circumstances dictate, regulators are authorized to conduct special or target examinations of insurance companies to address particular concerns or issues. The results of these examinations can give rise to injunctive relief, regulatory orders

19

requiring remedial or other corrective action on the part of the company that is the subject of the examination, assessment of fines, or other penalties against that company. In extreme cases, including actual or pending insolvency, the insurance department may take over, or appoint a receiver to take over, the management or operations of an insurer or an agent's business or assets.

*Guaranty funds.* All insurance companies are subject to assessments for state-administered funds that cover the claims and expenses of insolvent or impaired insurers. The size of the assessment is determined each year by the total claims on the fund that year. Each insurer is assessed a pro rata share based on its direct premiums written in that state. Payments to the fund may generally be recovered by the insurer through deductions from its premium taxes over a specified period of years.

*Transactions between insurance companies and their affiliates.* Hallmark is also regulated as an insurance holding company by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department. Financial transactions between Hallmark or any of its affiliates and our insurance company subsidiaries are subject to regulation. Transactions between our insurance company subsidiaries and their affiliates generally must be disclosed to state regulators, and prior regulatory approval generally is required before any material or extraordinary transaction may be consummated or any management agreement, services agreement, expense sharing arrangement or other contract providing for the rendering of services on a regular, systematic basis is implemented. State regulators may refuse to approve or may delay approval of such a transaction, which may impact our ability to innovate or operate efficiently.

*Dividends.* Dividends and distributions to Hallmark by our insurance company subsidiaries are restricted by the insurance regulations of the respective state in which each insurance company subsidiary is domiciled. As property/casualty insurance companies domiciled in the state of Texas, AHIC and TBIC may only pay dividends from unassigned surplus funds. In addition, AHIC and TBIC must obtain the approval of the Texas Department of Insurance before the payment of extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) statutory net income as of the prior December 31 or (2) 10% of statutory policyholders' surplus as of the prior December 31. HIC and HNIC, both domiciled in Arizona, may pay dividends out of that part of their available surplus funds that is derived from realized net profits on their business. Without prior written approval from the Arizona Department of Insurance, HIC and HNIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the lesser of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) net income as of the prior December 31. HSIC, domiciled in Oklahoma, may only pay dividends out of that part of its available surplus funds that is derived from realized net profits on its business. Without prior written approval from the Oklahoma Insurance Department, HSIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) statutory net income as of the prior December 31, not including realized capital gains. As a county mutual, dividends from HCM are payable to policyholders.

*Risk-based capital requirements.* The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2018, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

*Required licensing.* Our non-insurance company subsidiaries are subject to and in compliance with the licensing requirements of the department of insurance in each state in which they produce business. These licenses govern, among other things, the types of insurance coverages, agency and claims services and products that we may offer consumers in these states. Such licenses typically are issued only after we file an appropriate application and satisfy prescribed criteria.

20

Generally, each state requires one officer to maintain an agent license. Claims adjusters employed by us are also subject to the licensing requirements of each state in which they conduct business. Each employed claim adjuster either holds or has applied for the required licenses. Our premium finance subsidiaries are subject to licensing, financial reporting and certain financial requirements imposed by the Texas Department of Insurance, as well as regulations promulgated by the Texas Office of Consumer Credit Commissioner.

*Regulation of insurance rates and approval of policy forms.* The insurance laws of most states in which our subsidiaries operate require insurance companies to file insurance rate schedules and insurance policy forms for review and approval. State insurance regulators have broad discretion in judging whether our rates are adequate, not excessive and not unfairly discriminatory and whether our policy forms comply with law. The speed at which we can change our rates depends, in part, on the method by which the applicable state's rating laws are administered. Generally, state insurance regulators have the authority to disapprove our rates or request changes in our rates.

*Restrictions on cancellation, non-renewal or withdrawal.* Many states have laws and regulations that limit an insurance company's ability to exit a market. For example, certain states limit an automobile insurance company's ability to cancel or not renew policies. Some states prohibit an insurance company from withdrawing from one or more lines of business in the state, except pursuant to a plan approved by the state insurance department. In some states, this applies to significant reductions in the amount of insurance written, not just to a complete withdrawal. State insurance departments may disapprove a plan that may lead to market disruption.

*Investment restrictions.* We are subject to state laws and regulations that require diversification of our investment portfolios and that limit the amount of investments in certain categories. Failure to comply with these laws and regulations would cause non-conforming investments to be treated as non-admitted assets for purposes of measuring statutory surplus and, in some instances, would require divestiture.

*Trade practices.* The manner in which we conduct the business of insurance is regulated by state statutes in an effort to prohibit practices that constitute unfair methods of competition or unfair or deceptive acts or practices. Prohibited practices include disseminating false information or advertising; defamation; boycotting, coercion and intimidation; false statements or entries; unfair discrimination; rebating; improper tie-ins with lenders and the extension of credit; failure to maintain proper records; failure to maintain proper complaint handling procedures; and making false statements in connection with insurance applications for the purpose of obtaining a fee, commission or other benefit.

*Unfair claims practices.* Generally, insurance companies, adjusting companies and individual claims adjusters are prohibited by state statutes from engaging in unfair claims practices on a flagrant basis or with such frequency to indicate a general business practice. Examples of unfair claims practices include:

misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies;

failing to adopt and implement reasonable standards for the prompt investigation and settlement of claims arising under insurance policies;

failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

attempting to settle a claim for less than the amount to which a reasonable person would have believed such person was entitled;

attempting to settle claims on the basis of an application that was altered without notice to, or knowledge and consent of, the insured;

21

compelling insureds to institute suits to recover amounts due under policies by offering substantially less than the amounts ultimately recovered in suits brought by them;

refusing to pay claims without conducting a reasonable investigation;

making claim payments to an insured without indicating the coverage under which each payment is being made;

delaying the investigation or payment of claims by requiring an insured, claimant or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, both of which submissions contain substantially the same information;

failing, in the case of claim denials or offers of compromise or settlement, to promptly provide a reasonable and accurate explanation of the basis for such actions; and

not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear.

## Employees

As of December 31, 2018, we employed 439 people on a full-time basis. None of our employees are represented by labor unions. We consider our employee relations to be good.

## Available Information

The Company's executive offices are located at 777 Main Street, Suite 1000 Fort Worth, Texas 76102. The Company's mailing address is 777 Main Street, Suite 1000 Fort Worth, Texas 76102. Its telephone number is (817) 348‑1600. The Company's website address is www.hallmarkgrp.com. The Company files annual, quarterly and current reports, proxy statements and other information and documents with the U.S. Securities and Exchange Commission (the "SEC"), which are made available to read and copy at the SEC's Public Reference Room at 100 F Street, N.E., Washington, D.C. 20549. You may obtain information on the operation of the Public Reference Room by contacting the SEC at 1‑800‑SEC‑0330. Reports filed with the SEC are also made available at www.sec.gov. The Company makes available free of charge on its website its annual report on Form 10‑K, quarterly reports on Form 10‑Q, current reports on Form 8‑K and amendments to those reports filed with or furnished to the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 as soon as reasonably practical after it electronically files them with or furnishes them to the SEC.

## Item 1A. Risk Factors.

**Our success depends on our ability to price accurately the risks we underwrite.**

Our results of operations and financial condition depend on our ability to underwrite and set premium rates accurately for a wide variety of risks. Adequate rates are necessary to generate premiums sufficient to pay losses, loss settlement expenses and underwriting expenses and to earn a profit. To price our products accurately, we must collect and properly analyze a substantial amount of data; develop, test and apply appropriate pricing techniques; closely monitor and timely recognize changes in trends; and project both severity and frequency of losses with reasonable accuracy. Our ability to undertake these efforts successfully, and as a result price our products accurately, is subject to a number of risks and uncertainties, some of which are outside our control, including:

the availability of sufficient reliable data and our ability to properly analyze available data;

the uncertainties that inherently characterize estimates and assumptions;

our selection and application of appropriate pricing techniques; and

APP. 0319

changes in applicable legal liability standards and in the civil litigation system generally.

Consequently, we could underprice risks, which would adversely affect our profit margins, or we could overprice risks, which could reduce our sales volume and competitiveness. In either case, our profitability could be materially and adversely affected.

**Our results may fluctuate as a result of cyclical changes in the property/casualty insurance industry.**

Our revenue is primarily attributable to property/casualty insurance, which as an industry is cyclical in nature and has historically been characterized by soft markets followed by hard markets. A soft market is a period of relatively high levels of price competition, less restrictive underwriting standards and generally low premium rates. A hard market is a period of capital shortages resulting in lack of insurance availability, relatively low levels of competition, more selective underwriting of risks and relatively high premium rates. If we find it necessary to reduce premiums or limit premium increases due to competitive pressures on pricing in a softening market, we may experience a reduction in our premiums written and in our profit margins and revenues, which could adversely affect our financial results.

**Estimating reserves is inherently uncertain. If our loss reserves are not adequate, it will have an unfavorable impact on our results.**

We maintain loss reserves to cover our estimated ultimate liability for unpaid losses and LAE for reported and unreported claims incurred as of the end of each accounting period. Reserves represent management's estimates of what the ultimate settlement and administration of claims will cost and are not reviewed by an independent actuary. These estimates, which generally involve actuarial projections, are based on management's assessment of facts and circumstances then known, as well as estimates of future trends in claim severity and frequency, judicial theories of liability, and other factors. These variables are affected by both internal and external events, such as changes in claims handling procedures, inflation, judicial trends and legislative changes. Many of these factors are not quantifiable. Additionally, there may be a significant lag between the occurrence of an event and the time it is reported to us. The inherent uncertainties of estimating reserves are greater for certain types of liabilities, particularly those in which the various considerations affecting the type of claim are subject to change and in which long periods of time may elapse before a definitive determination of liability is made. Reserve estimates are continually refined in a regular and ongoing process as experience develops and further claims are reported and settled. Adjustments to reserves are reflected in the results of the periods in which such estimates are changed. For example, a 1% change in December 31, 2018 unpaid losses and LAE would have produced a $5.3 million change to pretax earnings. Our gross loss and LAE reserves totaled $527.2 million at December 31, 2018. Our loss and LAE reserves, net of reinsurance recoverable on unpaid loss and LAE, were $305.5 million at that date. Because setting reserves is inherently uncertain, there can be no assurance that the current reserves will prove adequate.

**Our failure to maintain favorable financial strength ratings could negatively impact our ability to compete successfully.**

Third-party rating agencies assess and rate the claims-paying ability of insurers based upon criteria established by the agencies. AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned HCM a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-". A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC.

These financial strength ratings are used by policyholders, insurers, reinsurers and insurance and reinsurance intermediaries as an important means of assessing the financial strength and quality of insurers. These ratings are not evaluations directed to potential purchasers of our common stock and are not recommendations to buy, sell or hold our common stock. Our ratings are subject to change at any time and could be revised downward or revoked at the sole

23

discretion of the rating agencies. We believe that the ratings assigned by A.M. Best are an important factor in marketing our products. Our ability to retain our existing business and to attract new business in our insurance operations depends largely on these ratings. Our failure to maintain our ratings, or any other adverse development with respect to our ratings, could cause our current and future independent agents and insureds to choose to transact their business with more highly rated competitors. If A.M. Best downgrades our ratings or publicly indicates that our ratings are under review, it is likely that we would not be able to compete as effectively with our competitors, and our ability to sell insurance policies could decline. If that happened, our sales and earnings would decrease. For example, many of our agencies and insureds have guidelines that require us to have an A.M. Best financial strength rating of "A-" (Excellent) or higher. A reduction of our A.M. Best rating below "A-" would prevent us from issuing policies to insureds or potential insureds with such ratings requirements.

Lenders and reinsurers also use our A.M. Best ratings as a factor in deciding whether to transact business with us. The failure of our insurance company subsidiaries to maintain their current ratings could dissuade a lender or reinsurance company from conducting business with us or might increase our interest or reinsurance costs. In addition, a ratings downgrade by A.M. Best below "A-" would require us to post collateral in support of our obligations under certain of our reinsurance agreements pursuant to which we assume business.

**The loss of key executives could disrupt our business.**

Our success will depend in part upon the continued service of certain key executives. Our success will also depend on our ability to attract and retain additional executives and personnel. The loss of key personnel, or our inability to recruit and retain additional qualified personnel, could cause disruption in our business and could prevent us from fully implementing our business strategies, which could materially and adversely affect our business, growth and profitability.

**Our industry is very competitive, which may unfavorably impact our results of operations.**

The property/casualty insurance market, our primary source of revenue, is highly competitive and, except for regulatory considerations, has very few barriers to entry. According to A.M. Best, there were 2,994 property/casualty insurance companies and 2,060 property/casualty insurance groups operating in North America as of July 2, 2018. Our competitors include entities that have, or are affiliated with entities that have, greater financial and other resources than we have. In addition, competitors may attempt to increase market share by lowering rates. In that case, we could experience reductions in our underwriting margins, or sales of our insurance policies could decline as customers purchase lower-priced products from our competitors. Losing business to competitors offering similar products at lower prices, or having other competitive advantages, could adversely affect our results of operations.

**Our results may be unfavorably impacted if we are unable to obtain adequate reinsurance.**

As part of our overall risk and capacity management strategy, we purchase reinsurance for significant amounts of risk, especially catastrophe risks that we and our insurance company subsidiaries underwrite. Our catastrophe and non-catastrophe reinsurance facilities are generally subject to annual renewal. We may be unable to maintain our current reinsurance facilities or to obtain other reinsurance facilities in adequate amounts and at favorable rates. The amount, availability and cost of reinsurance are subject to prevailing market conditions beyond our control, and may affect our ability to write additional premiums as well as our profitability. If we are unable to obtain adequate reinsurance protection for the risks we have underwritten, we will either be exposed to greater losses from these risks or be required to reduce the level of business that we underwrite, which will reduce our revenue.

**If the companies that provide our reinsurance do not pay our claims in a timely manner, we could incur severe losses.**

We purchase reinsurance by transferring, or ceding, part of the risk we have assumed to a reinsurance company in exchange for part of the premium we receive in connection with the risk. Although reinsurance makes the reinsurer liable to us to the extent the risk is transferred or ceded to the reinsurer, it does not relieve us of our liability to our policyholders. Accordingly, we bear credit risk with respect to our reinsurers. We cannot assure that our reinsurers will pay all of our

24

reinsurance claims, or that they will pay our claims on a timely basis. At December 31, 2018, we had a total of $385.0 million due us from reinsurers, including $252.0 million of recoverables from losses and $133.0 million in ceded unearned premiums. The largest amount due us from a single reinsurer as of December 31, 2018 was $71.8 million reinsurance and premium recoverable from Swiss Reinsurance America Corporation. If any of our reinsurers are unable or unwilling to pay amounts they owe us in a timely fashion, we could suffer a significant loss or a shortage of liquidity, which would have a material adverse effect on our business and results of operations.

**Catastrophic losses are unpredictable and may adversely affect our results of operations, liquidity and financial condition.**

Property/casualty insurance companies are subject to claims arising out of catastrophes that may have a significant effect on their results of operations, liquidity and financial condition. Catastrophes can be caused by various events, including hurricanes, windstorms, earthquakes, hail storms, explosions, severe winter weather and fires, and may include man-made events, such as terrorist attacks. The incidence, frequency, and severity of catastrophes are inherently unpredictable. The extent of losses from a catastrophe is a function of both the total amount of insured exposure in the area affected by the event and the severity of the event.

Claims from catastrophic events could reduce our net income, cause substantial volatility in our financial results for any fiscal quarter or year or otherwise adversely affect our financial condition, liquidity or results of operations. Catastrophes may also negatively affect our ability to write new business. Increases in the value and geographic concentration of insured property and the effects of inflation could increase the severity of claims from catastrophic events in the future.

**Catastrophe models may not accurately predict future losses.**

Along with other insurers in the industry, we use models developed by third-party vendors in assessing our exposure to catastrophe losses that assume various conditions and probability scenarios. However, these models do not necessarily accurately predict future losses or accurately measure losses currently incurred. Catastrophe models, which have been evolving since the early 1990s, use historical information about various catastrophes and detailed information about our in-force business. While we use this information in connection with our pricing and risk management activities, there are limitations with respect to their usefulness in predicting losses in any reporting period. Examples of these limitations are significant variations in estimates between models and modelers and material increases and decreases in model results due to changes and refinements of the underlying data elements and assumptions. Such limitations lead to questionable predictive capability and post-event measurements that have not been well understood or proven to be sufficiently reliable. In addition, the models are not necessarily reflective of company or state-specific policy language, demand surge for labor and materials or loss settlement expenses, all of which are subject to wide variation by catastrophe. Because the occurrence and severity of catastrophes are inherently unpredictable and may vary significantly from year to year, historical results of operations may not be indicative of future results of operations.

**We are subject to comprehensive regulation, and our results may be unfavorably impacted by these regulations.**

We are subject to comprehensive governmental regulation and supervision. Most insurance regulations are designed to protect the interests of policyholders rather than of the stockholders and other investors of the insurance companies. These regulations, generally administered by the department of insurance in each state in which we do business, relate to, among other things:

approval of policy forms and rates;

standards of solvency, including risk-based capital measurements, which are a measure developed by the National Association of Insurance Commissioners and used by the state insurance regulators to identify insurance companies that potentially are inadequately capitalized;

licensing of insurers and their agents;

25

restrictions on the nature, quality and concentration of investments;

restrictions on the ability of insurance company subsidiaries to pay dividends;

restrictions on transactions between insurance company subsidiaries and their affiliates;

requiring certain methods of accounting;

periodic examinations of operations and finances;

the use of non-public consumer information and related privacy issues;

the use of credit history in underwriting and rating;

limitations on the ability to charge policy fees;

the acquisition or disposition of an insurance company or of any company controlling an insurance company;

involuntary assignments of high-risk policies, participation in reinsurance facilities and underwriting associations, assessments and other governmental charges;

restrictions on the cancellation or non-renewal of policies and, in certain jurisdictions, withdrawal from writing certain lines of business;

prescribing the form and content of records of financial condition to be filed;

requiring reserves for unearned premium, losses and other purposes; and

with respect to premium finance business, the federal Truth-in-Lending Act and similar state statutes. In states where specific statutes have not been enacted, premium finance is generally subject to state usury laws that are applicable to consumer loans.

State insurance departments also conduct periodic examinations of the affairs of insurance companies and require filing of annual and other reports relating to the financial condition of insurance companies, holding company issues and other matters. Our business depends on compliance with applicable laws and regulations and our ability to maintain valid licenses and approvals for our operations. Regulatory authorities may deny or revoke licenses for various reasons, including violations of regulations. Changes in the level of regulation of the insurance industry or changes in laws or regulations themselves or interpretations by regulatory authorities could have a material adverse affect on our operations. In addition, we could face individual, group and class-action lawsuits by our policyholders and others for alleged violations of certain state laws and regulations. Each of these regulatory risks could have an adverse effect on our profitability.

**State statutes limit the aggregate amount of dividends that our subsidiaries may pay Hallmark, thereby limiting its funds to pay expenses and dividends.**

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company without significant operations of its own, Hallmark's principal sources of funds are dividends and other sources of funds from its subsidiaries. State insurance laws limit the ability of Hallmark's insurance company subsidiaries to pay dividends and require our insurance company subsidiaries to maintain specified minimum levels of statutory capital and surplus. The aggregate maximum amount of dividends permitted by law to be paid by an insurance company does not necessarily define an insurance company's actual ability to pay dividends. The actual ability to pay dividends may be further constrained by business and regulatory considerations, such as the impact of dividends on surplus, by our competitive position and by the amount of premiums that we can write. Without regulatory approval, the aggregate maximum amount of dividends that

26

could be paid to Hallmark in 2019 by our insurance company subsidiaries is $22.9 million. State insurance regulators have broad discretion to limit the payment of dividends by insurance companies and Hallmark's right to participate in any distribution of assets of any one of our insurance company subsidiaries is subject to prior claims of policyholders and creditors except to the extent that its rights, if any, as a creditor are recognized. Consequently, Hallmark's ability to pay debts, expenses and cash dividends to our stockholders may be limited.

**Our insurance company subsidiaries are subject to minimum capital and surplus requirements. Failure to meet these requirements could subject us to regulatory action.**

Our insurance company subsidiaries are subject to minimum capital and surplus requirements imposed under the laws of their respective states of domicile and each state in which they issue policies. Any failure by one of our insurance company subsidiaries to meet minimum capital and surplus requirements imposed by applicable state law will subject it to corrective action, which may include requiring adoption of a comprehensive financial plan, revocation of its license to sell insurance products or placing the subsidiary under state regulatory control. Any new minimum capital and surplus requirements adopted in the future may require us to increase the capital and surplus of our insurance company subsidiaries, which we may not be able to do.

**We are subject to assessments and other surcharges from state guaranty funds, mandatory reinsurance arrangements and state insurance facilities, which may reduce our profitability.**

Virtually all states require insurers licensed to do business therein to bear a portion of the unfunded obligations of impaired or insolvent insurance companies. These obligations are funded by assessments, which are levied by guaranty associations within the state, up to prescribed limits, on all member insurers in the state on the basis of the proportionate share of the premiums written by member insurers in the lines of business in which the impaired, insolvent or failed insurer was engaged. Accordingly, the assessments levied on us by the states in which we are licensed to write insurance may increase as we increase our premiums written. In addition, as a condition to the ability to conduct business in certain states, insurance companies are required to participate in mandatory reinsurance funds. The effect of these assessments and mandatory reinsurance arrangements, or changes in them, could reduce our profitability in any given period or limit our ability to grow our business.

We monitor developments with respect to various state facilities, such as the Texas FAIR Plan and the Texas Windstorm Insurance Association. The impact of any catastrophe experience on these facilities could result in the facilities recognizing a financial deficit or a financial deficit greater than the level currently estimated. They may, in turn, have the ability to assess participating insurers when financial deficits occur, adversely affecting our results of operations. While these facilities are generally designed so that the ultimate cost is borne by policyholders, the exposure to assessments and the availability of recoupments or premium rate increases from these facilities may not offset each other in our financial statements. Moreover, even if they do offset each other, they may not offset each other in financial statements for the same fiscal period due to the ultimate timing of the assessments and recoupments or premium rate increases, as well as the possibility of policies not being renewed in subsequent years.

**Adverse securities market conditions can have a significant and negative impact on our investment portfolio.**

Our results of operations depend in part on the performance of our invested assets. As of December 31, 2018, 87% of our investment portfolio was invested in fixed-income securities. Certain risks are inherent in connection with fixed-income securities, including loss upon default and price volatility in reaction to changes in interest rates and general market factors. In general, the fair value of a portfolio of fixed-income securities increases or decreases inversely with changes in the market interest rates, while net investment income realized from future investments in fixed-income securities increases or decreases along with interest rates. In addition, 29% of our fixed-income securities have call or prepayment options. This subjects us to reinvestment risk should interest rates fall and issuers call their securities. Furthermore, actual net investment income and/or cash flows from investments that carry prepayment risk, such as mortgage-backed and other asset-backed securities, may differ from those anticipated at the time of investment as a result of interest rate fluctuations. An investment has prepayment risk when there is a risk that cash flows from the repayment of principal might occur earlier than anticipated because of declining interest rates or later than anticipated because of rising interest rates. The fair value

27

of our fixed-income securities as of December 31, 2018 was $545.9 million. If market interest rates were to increase 1%, the fair value of our fixed-income securities would decrease by approximately $7.6 million as of December 31, 2018. The calculated change in fair value was determined using duration modeling assuming no prepayments.

In addition to the general risks described above, although 76% of our portfolio is investment-grade, our fixed-income securities are nonetheless subject to credit risk. If any of the issuers of our fixed-income securities suffer financial setbacks, the ratings on the fixed-income securities could fall (with a concurrent fall in market value) and, in a worst case scenario, the issuer could default on its obligations. As of December 31, 2018, Hallmark had $50 thousand in its investment portfolio exposed to sub-prime mortgages and $13.6 million total exposure in mortgage-backed securities.

Future changes in the fair value of our available-for-sale fixed income securities will be reflected in other comprehensive income. Similar treatment is not available for liabilities. Therefore, interest rate fluctuations could adversely affect our stockholders' equity, total comprehensive income and/or cash flows.

**We rely on independent agents and specialty brokers to market our products and their failure to do so would have a material adverse effect on our results of operations.**

We market and distribute our insurance products exclusively through independent insurance agents and specialty insurance brokers. As a result, our business depends in large part on the marketing efforts of these agents and brokers and on our ability to offer insurance products and services that meet the requirements of the agents, the brokers and their customers. However, these agents and brokers are not obligated to sell or promote our products and many sell or promote competitors' insurance products in addition to our products. Some of our competitors have higher financial strength ratings, offer a larger variety of products, set lower prices for insurance coverage and/or offer higher commissions than we do. Therefore, we may not be able to continue to attract and retain independent agents and brokers to sell our insurance products. The failure or inability of independent agents and brokers to market our insurance products successfully could have a material adverse impact on our business, financial condition and results of operations.

**We may experience difficulty in integrating acquisitions into our operations.**

The successful integration of any newly acquired business into our operations will require, among other things, the retention and assimilation of their key management, sales and other personnel; the coordination of their lines of insurance products and services; the adaptation of their technology, information systems and other processes; and the retention and transition of their customers. Unexpected difficulties in integrating any acquisition could result in increased expenses and the diversion of management time and resources. If we do not successfully integrate any acquired business into our operations, we may not realize the anticipated benefits of the acquisition, which could have a material adverse impact on our financial condition and results of operations. Further, any potential acquisition may require significant capital outlay and, if we issue equity or convertible debt securities to pay for an acquisition, the issuance may be dilutive to our existing stockholders.

**Our internal controls are not fail-safe.**

We continually enhance our operating procedures and internal controls to effectively support our business and comply with our regulatory and financial reporting requirements. As a result of the inherent limitations in all control systems, no system of controls can provide absolute assurance that all control objectives have been or will be met, and that every instance of error or fraud has been or will be detected. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by individual acts or by collusion of two or more persons. The design of any system of controls is based in part upon assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Internal controls may also become inadequate because of changes in conditions, or the degree of compliance with policies or procedures may deteriorate. Further, the design of a control system must reflect resource constraints, and the benefits of controls must be considered relative to their costs. As a result of the inherent limitations in a cost-effective control

28

system, misstatement due to error or fraud may occur and not be detected. Accordingly, our internal controls and procedures are designed to provide reasonable, not absolute, assurance that the control objectives are met.

**Our geographic concentration ties our performance to the business, economic and regulatory conditions of certain states.**

The following states accounted for approximately 54% of our gross written premiums for 2018: Texas (33%), California (9%), Arizona (5%), Florida (4%) and Oklahoma (3%). Our revenues and profitability are subject to the prevailing regulatory, legal, economic, political, demographic, competitive, weather and other conditions in the principal states in which we do business. Changes in any of these conditions could make it less attractive for us to do business in such states and would have a more pronounced effect on us compared to companies that are more geographically diversified. In addition, our exposure to severe losses from localized natural perils, such as windstorms or hailstorms, is increased in those areas where we have written significant numbers of property/casualty insurance policies.

**The exclusions and limitations in our policies may not be enforceable.**

Many of the policies we issue include exclusions or other conditions that define and limit coverage, which exclusions and conditions are designed to manage our exposure to certain types of risks and expanding theories of legal liability. In addition, many of our policies limit the period during which a policyholder may bring a claim under the policy, which period in many cases is shorter than the statutory period under which these claims can be brought by our policyholders. While these exclusions and limitations help us assess and control our loss exposure, it is possible that a court or regulatory authority could nullify or void an exclusion or limitation, or legislation could be enacted modifying or barring the use of these exclusions and limitations. This could result in higher than anticipated losses and LAE by extending coverage beyond our underwriting intent or increasing the number or size of claims, which could have a material adverse effect on our operating results. In some instances, these changes may not become apparent until sometime after we have issued the insurance policies that are affected by the changes. As a result, the full extent of liability under our insurance contracts may not be known for many years after a policy is issued.

**We rely on our information technology and telecommunications systems and the failure or disruption of these systems could disrupt our operations and adversely affect our results of operations.**

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology and telecommunications systems. We rely on these systems to perform accounting, policy administration, actuarial and other modeling functions necessary for underwriting business, as well as to process and make claims and other payments. Our systems could fail of their own accord or might be disrupted by factors such as natural disasters, power disruptions or surges, cybersecurity intrusions or terrorist attacks. Failure or disruption of these systems for any reason could interrupt our business and adversely affect our results of operations.

Cybersecurity risks in particular are evolving and include malicious software, unauthorized access to data and other electronic security breaches. We have not experienced successful cybersecurity attacks in the past and believe that we have adopted appropriate measures to mitigate potential risks to our information technology systems. However, the timing, nature and scope of cybersecurity attacks are difficult to predict and prevent. Therefore, we could be subject to operational delays, compromised confidential or proprietary information, destruction or corruption of data, manipulation or improper use of our systems and networks, financial losses from remedial actions and/or damage to our reputation from cybersecurity attacks. A cybersecurity attack on our information technology systems could disrupt our business and adversely affect our results of operations and financial position.

**Global climate change may have an adverse effect on our financial statements.**

Although uncertainty remains as to the nature and effect of greenhouse gas emissions, we could suffer losses if global climate change results in an increase in the frequency and severity of natural disasters. As with traditional natural disasters, claims arising from these incidents could increase our exposure to losses and have a material adverse impact on our business, results of operations, and/or financial condition.

APP. 0326

**Item 1B. Unresolved Staff Comments.**

Not applicable

**Item 2. Properties.**

Our corporate headquarters and Standard Commercial P&C operating unit are currently located at 777 Main Street, Suite 1000, Fort Worth, Texas. The suite is located in a high-rise office building and contains 27,808 square feet of space. The rent is currently $53,299 per month pursuant to a lease which terminates June 30, 2019 pursuant to our exercise of an early termination option.

Our Contract Binding operating unit is presently located at 7550 IH‑10 West, San Antonio, Texas. These leased premises consist of a 16,599 square foot office suite and 800 square feet of storage space. The rent is currently $34,798 per month pursuant to a lease that expires November 30, 2020.

Our Specialty Commercial operating unit is currently located at 13727 Noel Road, Dallas, Texas. These leased premises consist of 15,072 square feet of office space. The rent is currently $29,830 per month pursuant to a lease that expires November 30, 2022. Our Specialty Commercial operating unit also maintains branch offices in the following locations:

| Location | Monthly Rent | Lease Expiration |
|---|---|---|
| Chicago, Illinois | $ 12,471 | June 30, 2020 |
| Atlanta, Georgia | $ 12,305 | November 30, 2026 |
| Jersey City, New Jersey | $ 5,136 | December 31, 2020 |
| Glendale, California | $ 2,627 | July 31, 2020 |

Our Specialty Personal Lines operating unit is located at 6500 Pinecrest, Suite 100, Plano, Texas. The suite is located in a one story office building and contains 23,941 square feet of space. The rent is currently $30,525 per month pursuant to a lease that expires December 31, 2020.

We have entered into a lease for new office space in a high-rise office building commonly known as Two Lincoln Centre located at 5420 LBJ Freeway, Dallas, Texas. We intend to relocate our corporate headquarters, our Standard Commercial P&C and our Specialty Commercial operating units. The leased premises consist of 47,172 square feet of office space ("Suite 1100") and approximately 3,000 square feet of storage space ("Suite 380"). The initial term of the lease commences June 1, 2019 and expires May 31, 2032, and we have the right to renew the lease for up to ten years at market rental rates prevailing at the time of renewal. The initial base rent for Suite 1100 of $121,861 per month is waived for the first 12 months of the lease and the initial base rent for Suite 380 of $4,250 per month is waived for the first 48 months of the lease. We estimate that additional rent based on a share of certain expenses of the building will initially be approximately $5,000 per month.

**Item 3. Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, likely to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 4. Mine Safety Disclosures.**

Not applicable.

30

APP. 0327

PART II

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

**Market for Common Stock**

Our common stock is currently traded on the Nasdaq Global Market under the symbol "HALL." The following table shows the high and low sales prices of our common stock on the Nasdaq Global Market for each quarter since January 1, 2017.

| Period | High Sale | | Low Sale | |
|---|---|---|---|---|
| **Year Ended December 31, 2018:** | | | | |
| First quarter | $ | 10.70 | $ | 8.62 |
| Second quarter | | 10.54 | | 8.85 |
| Third quarter | | 11.31 | | 9.49 |
| Fourth quarter | | 11.58 | | 9.82 |
| | | | | |
| **Year Ended December 31, 2017:** | | | | |
| First quarter | $ | 11.98 | $ | 10.14 |
| Second quarter | | 11.62 | | 9.94 |
| Third quarter | | 11.83 | | 9.91 |
| Fourth quarter | | 11.76 | | 9.95 |

**Holders**

As of March 1, 2019,  there were 1,649 shareholders of record of our common stock.

**Dividends**

Hallmark has never paid dividends on its common stock. Our board of directors intends to continue this policy for the foreseeable future in order to retain earnings for development of our business.

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to pay dividends and make other payments. State insurance laws limit the ability of our insurance company subsidiaries to pay dividends to Hallmark. As property/casualty insurance companies domiciled in the state of Texas, AHIC and TBIC are limited in the payment of dividends to Hallmark in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. As a county mutual, dividends from HCM are payable to policyholders.

31

APP. 0328

**Equity Compensation Plan Information**

The following table sets forth information regarding shares of our common stock authorized for issuance under our equity compensation plans as of December 31, 2018.

| Plan Category | Number of securities to be issued upon exercise of outstanding options, warrants and rights | Weighted-average exercise price of outstanding options, warrants and rights | Number of securities remaining available for future issuance under equity compensation plans [excluding securities reflected in column (a)](1) |
|---|---|---|---|
| | (a) | (b) | (c) |
| Equity compensation plans approved by security holders | 244,157 | $        6.63 | 1,491,655 |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 244,157 | $        6.63 | 1,491,655 |

(1)  Securities remaining available for future issuance are net of a maximum of 508,345 shares of common stock issuable pursuant to outstanding restricted stock units, subject to applicable vesting requirements and performance criteria. See Note 13 to the audited consolidated financial statements included in this report.

**Issuer Repurchases**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares.  The Stock Repurchase Plan does not have an expiration date.

The following table furnishes information for purchases made pursuant to the Stock Repurchase Plan during the quarter ended December 31, 2018:

| Period | Total Number of Shares Purchased | Average Price Paid Per Share | Cumulative Number of Shares Purchased as Part of Publicly Announced Plan | Maximum Number of Shares that May Yet Be Purchased Under the Plan |
|---|---|---|---|---|
| October 1st- October 31st | - | $          - | 3,229,135 | 770,865 |
| November 1st - November 30th | - | $          - | 3,229,135 | 770,865 |
| December 1st - December 31st | 31,976 | $      10.71 | 3,261,111 | 738,889 |

**Item 6.  Selected Financial Data**

Not required for smaller reporting company.

32

APP. 0329

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto. This discussion contains forward-looking statements. Please see "Risks Associated with Forward-Looking Statements in this Form 10‑K" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Overview**

Hallmark is an insurance holding company which, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services. We pursue our business activities primarily through subsidiaries whose operations are organized into operating units and are supported by our insurance carrier subsidiaries.

Our insurance activities are organized by operating units into the following reportable segments:

> ***Specialty Commercial Segment.*** Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Contract Binding operating unit is comprised of our HSU, PAAC and TGASRI subsidiaries. Our Specialty Commercial operating unit is comprised of our Aerospace Insurance Managers, ASRI, ACMG, HXS and HDS subsidiaries.

> ***Standard Commercial Segment.*** The Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies. Our Standard Commercial P&C operating unit is comprised of our American Hallmark Insurance Services and ECM subsidiaries. Our Workers Compensation operating unit is comprised of our TBIC Holdings, TBIC and TBICRM subsidiaries.

> ***Personal Segment***. Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit is comprised of our AHGA and HCS subsidiaries.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas, Hallmark Specialty Insurance Company, Hallmark Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company insurance subsidiaries. In addition, control and management of Hallmark County Mutual is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

APP. 0330

**Critical Accounting Estimates and Judgments**

The significant accounting policies requiring our estimates and judgments are discussed below. Such estimates and judgments are based on historical experience, changes in laws and regulations, observation of industry trends and information received from third parties. While the estimates and judgments associated with the application of these accounting policies may be affected by different assumptions or conditions, we believe the estimates and judgments associated with the reported consolidated financial statement amounts are appropriate in the circumstances. For additional discussion of our accounting policies, see Note 1 to the audited consolidated financial statements included in this report.

***Impairment of investments.*** We complete a detailed analysis each quarter to assess whether any decline in the fair value of any investment below cost is deemed other-than-temporary. All securities with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities".  ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income each reporting period.  As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary-impairment.

Prior to the adoption of ASU 2016-01, some of the factors considered in evaluating whether a decline in fair value for an equity investment is other-than-temporary include: (1) our ability and intent to retain the investment for a period of time sufficient to allow for an anticipated recovery in value; (2) the recoverability of cost; (3) the length of time and extent to which the fair value has been less than cost; and (4) the financial condition and near-term and long-term prospects for the issuer, including the relevant industry conditions and trends, and implications of rating agency actions and offering prices. When it was determined that an equity investment was other-than-temporarily impaired, the security was written down to fair value, and the amount of the impairment was included in earnings as a realized investment loss. The fair value then became the new cost basis of the investment, and any subsequent recoveries in fair value were recognized at disposition. We recognized a realized loss when impairment was deemed to be other-than-temporary even if a decision to sell an equity investment had not been made. If we decided to sell a temporarily impaired available-for-sale equity investment and we did not expect the fair value of the equity investment to fully recover prior to the expected time of sale, the investment was deemed to be other-than-temporarily impaired in the period in which the decision to sell was made.

***Fair values of financial instruments.*** Accounting Standards Codification ("ASC") 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

34

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common stock, preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use a third party pricing service to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing service and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third-party pricing sources.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

***Deferred policy acquisition costs.*** Policy acquisition costs (mainly commission, underwriting and marketing expenses) that vary with and are primarily related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. Ceding commissions from reinsurers, which include expense allowances, are deferred and recognized over the period premiums are earned for the underlying policies reinsured.

The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. A premium deficiency exists if the sum of expected claim costs and claim adjustment expenses, unamortized acquisition costs, and maintenance costs exceeds related unearned premiums and expected investment income on those unearned premiums, as computed on a product line basis. We routinely evaluate the realizability of deferred policy acquisition costs. At December 31, 2018 and 2017, there was no premium deficiency related to deferred policy acquisition costs.

***Goodwill.*** Goodwill is tested for impairment at the reporting unit level (operating unit or one level below an operating unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our operating units except for the Specialty Commercial operating unit for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2018 includes goodwill of acquired businesses of $44.7 million that is assigned to our

operating units as follows: Standard Commercial P&C operating unit - $2.1 million; Contract Binding operating unit - $19.9 million; Specialty Commercial operating unit - $17.4 million (comprised of $7.7 million for the primary/excess and umbrella component and $9.7 million for the general aviation and satellite component); and Specialty Personal Lines operating unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles - Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2018 and determined that there was no impairment.

A significant amount of judgment is required in performing goodwill impairment tests. Such tests include estimating the fair value of our reporting units. As required by ASC 350, we compare the estimated fair value of each reporting unit with its carrying amount, including goodwill. Under ASC 350, fair value refers to the amount for which the entire reporting unit may be bought or sold.

The determination of fair value was based on an income approach utilizing discounted cash flows. The valuation methodology utilized is subject to key judgments and assumptions. Estimates of fair value are inherently uncertain and represent management's reasonable expectation regarding future developments. These estimates and the judgments and assumptions upon which the estimates are based will, in all likelihood, differ in some respects from actual future results. Declines in estimated fair value could result in goodwill impairments in future periods which could materially adversely affect our results of operations or financial position.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit is expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model include income projections, discount rates and terminal growth values. The income projections reflect an improved premium rate environment across most of our lines of business that continued throughout 2018. The income projections also include loss and LAE assumptions which reflect recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also include assumptions for expense growth and investment yields which are based on business plans for each of our operating units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

The fair values of each of our operating units were in excess of their respective carrying values, including goodwill, as a result of our annual test for impairment during the fourth quarter 2018. However, a 13% decline in the fair value of our Standard Commercial P&C operating unit, a 5% decline in the fair value of our Contract Binding operating unit, a 20% decline in the fair value of our Specialty Personal Lines operating unit, a 61% decline in the fair value of our excess and umbrella component or a 29% decline in the fair value of our general aviation and satellite component would have caused the carrying value of the respective reporting unit to be in excess of its fair value, resulting in the need to perform the second step of impairment testing prescribed by ASC 350, which could have resulted in an impairment to our goodwill.

The market capitalization of Hallmark's common stock has been below book value during 2018. We consider our market capitalization in assessing the reasonableness of the fair values estimated for our operating units in connection with our goodwill impairment testing. We believe the limited daily trading volume of Hallmark shares has resulted in a decrease in our market capitalization that is not representative of a long-term decrease in value. The valuation analysis discussed above supports our view that goodwill was not impaired at October 1, 2018. Through December 31, 2018, there were no indicators of impairment.

While we believe the estimates and assumptions used in determining the fair value of our operating units were reasonable, actual results could vary materially. If our actual results are not consistent with our estimates and assumptions used to calculate fair value, we may be required to perform the second step of impairment testing prescribed by ASC 350 in future periods and impairment of goodwill could result. We cannot predict future events that might impact the fair value of our

36

operating units and goodwill impairment. Such events include, but are not limited to, increased competition in insurance markets and global economic changes.

***Deferred income tax assets and liabilities.*** We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes. A valuation allowance is provided against our deferred tax assets to the extent that we do not believe it is more likely than not that future taxable income will be adequate to realize these future tax benefits.

***Reserves for unpaid losses and LAE.*** Reserves for unpaid losses and LAE are established for claims that have already been incurred by the policyholder but which we have not yet paid. Unpaid losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through each balance sheet date. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These reserves are revised periodically and are subject to the effects of trends in loss severity and frequency. (See "Item 1. Business – Analysis of Losses and LAE" and Note 6 to the audited consolidated financial statements included in this report.)

Although considerable variability is inherent in such estimates, we believe that our reserves for unpaid losses and LAE are adequate. Due to the inherent uncertainty in estimating unpaid losses and LAE, the actual ultimate amounts may differ from the recorded amounts. A small percentage change could result in a material effect on reported earnings. For example, a 1% change in December 31, 2018 reserves for unpaid losses and LAE would have produced a $5.3 million change to pretax earnings. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

An actuarial range of ultimate unpaid losses and LAE is developed independent of management's best estimate and is only used to assess the reasonableness of that estimate. There is no exclusive method for determining this range, and judgment enters into the process. The primary actuarial technique utilized is a loss development analysis in which ultimate losses are projected based upon historical development patterns. The primary assumption underlying this loss development analysis is that the historical development patterns will be a reasonable predictor of the future development of losses for accident years which are less mature. An alternate actuarial technique, known as the Bornhuetter-Ferguson method, combines an analysis of loss development patterns with an initial estimate of expected losses or loss ratios. This approach is most useful for recent accident years. In addition to assuming the stability of loss development patterns, this technique is heavily dependent on the accuracy of the initial estimate of expected losses or loss ratios. Consequently, the Bornhuetter-Ferguson method is primarily used to confirm the results derived from the loss development analysis.

The range of unpaid losses and LAE estimated by our actuary as of December 31, 2018 was $426.5 million to $538.8 million. Our best estimate of unpaid losses and LAE as of December 31, 2018 is $527.2 million. Our carried reserve for unpaid losses and LAE as of December 31, 2018 is comprised of $242.3 million in case reserves and $284.9 million in incurred but not reported reserves. In setting this estimate of unpaid losses and LAE, we have assumed, among other things, that current trends in loss frequency and severity will continue and that the actuarial analysis was empirically valid. We have established a best estimate of unpaid losses and LAE which is $44.6 million higher than the midpoint, or 97.8% of the high end, of the actuarial range at December 31, 2018 as compared to $39.9 million above the midpoint, or 96.3% of the high end, of the actuarial range at December 31, 2017. We expect our best estimate to move within the actuarial range from year to year due to changes in our operations and changes within the marketplace. Due to the inherent uncertainty in reserve estimates, there can be no assurance that the actual losses ultimately experienced will fall within the actuarial range. However, because of the breadth of the actuarial range, we believe that it is reasonably likely that actual losses will fall within such range.

Our reserve requirements are also interrelated with product pricing and profitability. We must price our products at a level sufficient to fund our policyholder benefits and still remain profitable. Because claim expenses represent the single largest category of our expenses, inaccuracies in the assumptions used to estimate the amount of such benefits can result in our failing to price our products appropriately and to generate sufficient premiums to fund our operations.

*Results of Operations*

*Comparison of Years ended December 31, 2018 and December 31, 2017*

*Management overview.* During fiscal 2018, our total revenues were $379.3 million, which was $6.2 million less than the $385.5 million in total revenues for fiscal 2017. During the year ended December 31, 2018, we reported net income before tax of $12.8 million as compared to a  net loss before tax of $16.6 million during the same period of 2017.

This decrease in revenue was largely due to investment losses of $10.2 million during the year ended December 31, 2018 as compared to investment losses of $0.2 million during the same period of 2017, as well as lower net investment income and lower other income, partially offset by higher net earned premiums, higher commissions and fees and higher finance charges. The investment losses for the year ended December 31, 2018 included $9.3 million in loss attributable to the adoption effective January 1, 2018 of Accounting Standards Update No. 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" ("ASU 2016-01") which requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. We adopted ASU 2016-01 using the modified-retrospective approach pursuant to which we recorded a cumulative effect adjustment to retained earnings of $17.0 million as of January 1, 2018 and decreased accumulated other comprehensive income by the same amount and did not restate prior periods.

The increase in income before tax for the year ended December 31, 2018 was due primarily to decreased losses and loss adjustment expenses ("LAE") of $32.3 million and lower operating expenses of $3.4 million as compared to the same periods in 2017, partially offset by the decrease in revenue discussed. The decrease in losses and LAE was primarily the result of unfavorable net prior year loss reserve development of $40.1 million for the year ended December 31, 2017 as compared to $6.0 million of unfavorable net prior year loss reserve development for the year ended December 31, 2018.    The decrease in operating expenses was primarily due to lower production related expenses due primarily to increased ceding commission in our Specialty Commercial Segment, partially offset by increased salary and related expenses, professional service fees and other operating expenses during the year ended December 31, 2018 as compared to the same period during 2017.

We reported net income of $10.3 million for the year ended December 31, 2018, as compared to a  net loss of $11.6 million for the year ended December 31, 2017. On a diluted per share basis, net income was $0.57 per share for fiscal 2018 as compared to a  net loss of $0.63 per share for fiscal 2017. Our effective tax rate was 19.2% for the  year ended December 31, 2018 as compared to 30.3% for the same period in 2017. The effective tax rate for 2018 was favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act ("TCJA") on December 22, 2017. The rate for 2017 varied from the statutory tax rate primarily due to a $1.3 million charge from the revaluation of deferred tax balances from a 35% statutory rate to the new 21% statutory tax rate under the TCJA as well as a correction of an immaterial error in prior years' deferred tax on bond premium amortization, partially offset by the amount of tax exempt income in relation to total pre-tax income.

APP. 0335

*Segment information*

The following is additional business segment information for the years ended December 31, 2018 and 2017 (in thousands):

| | Year Ended December 31, | | | | | | | | | |
| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
| | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 501,806 | $ 464,714 | $ 86,121 | $78,228 | $ 75,088 | $ 61,214 | $ — | $ — | $ 663,015 | $ 604,156 |
| Ceded premiums written | (250,075) | (199,692) | (16,899) | (8,940) | (32,243) | (29,941) | — | — | (299,217) | (238,573) |
| Net premiums written | 251,731 | 265,022 | 69,222 | 69,288 | 42,845 | 31,273 | — | — | 363,798 | 365,583 |
| Change in unearned premiums | 6,455 | (5,936) | 3,099 | (3,070) | (10,265) | 4,460 | — | — | (711) | (4,546) |
| Net premiums earned | 258,186 | 259,086 | 72,321 | 66,218 | 32,580 | 35,733 | — | — | 363,087 | 361,037 |
| Total revenues | 280,283 | 277,946 | 76,548 | 70,302 | 38,623 | 40,462 | (16,186) | (3,189) | 379,268 | 385,521 |
| Losses and loss adjustment expenses | 194,268 | 213,050 | 39,396 | 45,227 | 22,364 | 30,031 | — | — | 256,028 | 288,308 |
| Pre-tax income (loss) | 28,780 | 2,012 | 13,090 | 2,440 | 3,061 | (3,058) | (32,128) | (17,966) | 12,803 | (16,572) |
| Net loss ratio (1) | 75.2 % | 82.2 % | 54.5 % | 68.3 % | 68.6 % | 84.0 % | | | 70.5 % | 79.9 % |
| Net expense ratio (1) | 22.6 % | 23.7 % | 33.5 % | 34.5 % | 26.3 % | 29.3 % | | | 26.6 % | 28.0 % |
| Net combined ratio (1) | 97.8 % | 105.9 % | 88.0 % | 102.8 % | 94.9 % | 113.3 % | | | 97.1 % | 107.9 % |
| Favorable (Unfavorable) Prior Year Development | (16,457) | (40,477) | 8,993 | 970 | 1,511 | (598) | | | (5,953) | (40,105) |

1    The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

*Specialty Commercial Segment.*

Gross premiums written for the Specialty Commercial Segment were $501.8 million for the year ended December 31, 2018, which was $37.1 million, or 8%, more than the $464.7 million reported for the same period in 2017. The increase in gross premiums written were primarily the result of increased premium production in our Specialty Commercial operating unit, partially offset by lower premium production in our Contract Binding operating unit. Net premiums written were $251.7 million for the year ended December 31, 2018 as compared to $265.0 million reported for the same period in 2017. The decrease in net premiums written was due to a change in mix towards business with higher ceded premium as a percentage of the gross premium.

The $280.3 million of total revenue for the year ended December 31, 2018 was $2.4 million higher than the $277.9 million reported for 2017. This increase in revenue was primarily due to higher net investment income of $2.5 million and higher commission and fees of $1.0 million, partially offset by lower other income of $0.2 million and lower net premiums earned of $0.9 million due to decreased premium production in our Contract Binding operating unit, partially offset by increased premium production in our Specialty Commercial operating unit.

Pre-tax income for the Specialty Commercial Segment of $28.8 million for the year ended December 31, 2018 was $26.8 million higher than the $2.0 million reported for the same period in 2017. This increase in pre-tax income was primarily due to lower loss and LAE expenses of $18.8 million, lower operating expense of $5.6 million and the increased revenue discussed above.

Our Contract Binding operating unit reported a $44.9 million decrease in loss and LAE due primarily to $11.2 million of unfavorable prior year net loss reserve development recognized during the year ended December 31, 2018 as compared to $38.6 million of unfavorable prior year net loss reserve development recognized for the prior year. Our Specialty Commercial operating unit reported a $26.1 million increase in loss and LAE which consisted of (a) a $9.3 million increase in losses and LAE attributable to our professional liability insurance products due primarily to increased net earned

39

APP. 0336

premiums as well as net unfavorable prior year loss reserve development as compared to favorable prior year loss development during the same period of 2017, (b) a $7.7 million increase in losses and LAE attributable to our primary/excess property insurance products due primarily to increased premium production and higher net catastrophe losses, (c) a $3.9 million increase in losses and LAE in our commercial umbrella and primary/excess liability line of business due primarily to increased net earned premiums as well as increased net unfavorable prior year loss reserve development as compared to the same period during 2017, (d) a $3.8 million increase in losses and LAE in our specialty programs due primarily to increased net earned premiums, (e) a $1.1 million increase in losses and LAE in our satellite launch insurance line of business due to higher current accident year loss trends as well as net unfavorable prior year loss reserve development during 2018,  and (f) a $0.3 million increase in losses and LAE in our general aviation line of business  due primarily to higher current accident year loss trends, partially offset by lower unfavorable prior year loss development as compared to the same period during 2017. The $5.6 million decrease in operating expense was primarily the result of lower production related expenses of $9.2 million due primarily to increased ceding commissions in our Specialty Commercial operating unit, partially offset by increased salary and related expenses of $2.0 million, increased professional services of $0.8 million,  increased occupancy and other operating expenses of $0.7 million and increased travel and related expenses of $0.1 million.

The Specialty Commercial Segment reported a net loss ratio of 75.2% for the year ended December 31, 2018 as compared to 82.2% for the same period during 2017. The gross loss ratio before reinsurance was 73.4% for the year ended December 31, 2018 as compared to 76.5% for the same period in 2017. The lower gross and net loss ratios were largely the result of $16.5 million of unfavorable prior year net loss reserve development for the year ended December 31, 2018 as compared to unfavorable prior year net loss reserve development of $40.5 million for the same period of 2017, as well as lower gross current accident year loss trends during the year ended December 31, 2018 as compared to the same period during 2017. The Specialty Commercial Segment reported $6.0 million of net catastrophe losses during the year ended December 31, 2018 as compared to $3.8 million of net catastrophe losses during the same period of 2017. The Specialty Commercial Segment reported a net expense ratio of 22.6% for the year ended December 31, 2018 as compared to 23.7% for the same period of 2017. The decrease in the expense ratio was due predominately to increased ceding commissions in our Specialty Commercial operating unit.

***Standard Commercial Segment.***

Gross premiums written for the Standard Commercial Segment were $86.1 million for the year ended December 31, 2018, which was $7.9 million, or 10%, more than the $78.2 million reported for the same period in 2017. The gross premiums written for the Standard Commercial P&C operating unit increased $8.2 million, offset by a decrease of $0.3 million due to the discontinued marketing of new and renewal occupational accident policies. Net premiums written were $69.2 million for the year ended December 31, 2018 as compared to $69.3 million reported for the same period in 2017. The net premiums written include a $0.2 million increase in our Standard Commercial P&C operating unit for the year ended December 31, 2018 as compared to the same period during 2017, offset by a decrease in premium volume of $0.2 million due to the discontinued marketing of new and renewal occupational accident policies and a $0.1 million decrease due to the discontinued marketing of workers compensation policies.

Total revenue for the Standard Commercial Segment of $76.5 million for the year ended December 31, 2018 was $6.2 million more than the $70.3 million reported during the year ended December 31, 2017. This 9%  increase was primarily due to higher net premiums earned of $6.1 million primarily as a result of increased net premiums earned of $6.6 million in our Standard Commercial P&C operating unit and higher commissions and fees of $0.3 million, partially offset by lower net investment income and finance charges of $0.2 million for the year ended December 31, 2018 as compared to the same period in 2017.

Our Standard Commercial Segment reported pre-tax income of $13.1 million for the year ended December 31, 2018, which was $10.7 million higher than the $2.4 million reported for the same period of 2017. The increase in pre-tax income was the result of the increased revenue discussed above and lower losses and LAE of $5.8 million, partially offset by higher operating expenses of $1.3 million primarily as the result of higher production related expenses.

40

The net loss ratio for the year ended December 31, 2018 was 54.5% as compared to the 68.3% reported for the year ended December 31, 2017. The gross loss ratio before reinsurance was 61.9% for the year ended December 31, 2018 as compared to 63.3% for the prior year. The decreases in the gross and net loss ratios were due predominantly to favorable prior year net loss reserve development of $9.0 million during the year ended December 31, 2018 as compared to $1.0 million of favorable prior year net loss reserve development for the same period of 2017. Further contributing to the lower gross and net loss ratios were lower catastrophe losses during the year ended December 31, 2018 as compared to the same period of 2017. The Standard Commercial Segment reported $3.3 million of net catastrophe losses during the year ended December 31, 2018 as compared to $3.6 million of net catastrophe losses during the same period of 2017. The Standard Commercial Segment reported a net expense ratio of 33.5% during the year ended December 31, 2018 as compared to 34.5% for the same period of 2017. The decrease in the expense ratio was primarily due to the increased earned premium.

*Personal Segment.*

Gross premiums written for the Personal Segment were $75.1 million for the year ended December 31, 2018, which was $13.9 million more than the $61.2 million reported for the same period in 2017. Net premiums written for our Personal Segment were $42.8 million for the year ended December 31, 2018, which was an increase of $11.5 million from the $31.3 million reported for the same period of 2017. The increase in gross written premiums was due primarily to increased production in our current geographical footprint.  The increase in net written premiums was also due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment decreased 5% to $38.6 million for the year ended December 31, 2018 from $40.4 million for the same period during 2017. The $1.8 million decrease in revenue was primarily the result of lower net premiums earned of $3.1 million due to the earning impact of intentionally reducing certain underperforming portions of this business to address loss ratio performance early in 2018 and the deferred earning impact of the subsequent growth later in 2018, partially offset by higher finance charges of $1.3 million reported during the year ended December 31, 2018 as compared to the same period during 2017.

Our Personal Segment reported pre-tax income of $3.1 million for the year ended December 31, 2018 as compared to a  pre-tax loss of $3.1 million for the same period of 2017. The pre-tax income was primarily the result of decreased losses and LAE of $7.7 million and lower operating expenses of $0.3 million for the year ended December 31, 2018 as compared to the same period during 2017, partially offset by the decreased revenue discussed above.

The Personal Segment reported a net loss ratio of 68.6% for the year ended December 31, 2018 as compared to 84.0% for the same period of 2017. The gross loss ratio before reinsurance was 66.7% for the year ended December 31, 2018 as compared to 80.1% for the same period in 2017. The lower gross and net loss ratios were primarily the result of favorable prior year net loss reserve development of $1.5 million during the year ended December 31, 2018 as compared to unfavorable net loss reserve development of $0.6 million reported during the same period of 2017, as well as lower current accident year loss trends. The Personal Segment reported a net expense ratio of 26.3% for the year ended December 31, 2018 as compared to 29.3% for the same period of 2017. The decrease in the expense ratio was due predominately to higher finance charges, partially offset by lower net premiums earned.

*Corporate.*

Total revenue for Corporate decreased by $13.0 million for the year ended December 31, 2018 as compared to the same period the prior year. This decrease in total revenue was due predominately to investment losses of $10.2 million during the year ended December 31, 2018 as compared to investment losses of $0.2 million reported for the same period of 2017 and lower net investment income of $3.0 million for the year ended December 31, 2018 as compared to the same period during 2017. The investment losses during 2018 include $9.3 million in loss attributable to the adoption of ASU 2016-01 effective January 1, 2018.

Corporate pre-tax loss was $32.1 million for the year ended December 31, 2018 as compared to a pre-tax loss of $18.0 million for the same period of 2017. The increase in pre-tax loss was primarily due to the lower revenue discussed above and higher operating expenses of $1.1 million.

41

Operating expenses increased $1.1 million primarily as a result of higher salary and related expenses of $0.9 million due primarily to higher incentive compensation accruals during the year ending December 31, 2018 as compared to the same period during 2017. Further contributing to the higher operating expenses were increased occupancy and related expenses of $0.4 million primarily related to the early termination of our Ft. Worth office lease. These increases to operating expenses were partially offset by lower professional service fees and other expenses of $0.2 million.

**Liquidity and Capital Resources**

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of December 31, 2018, we had $15.6 million in unrestricted cash and cash equivalents, as well as $0.8 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $20.0 million of unrestricted cash and cash equivalents as well as $545.1 million in debt securities with an average modified duration of 1.4 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2018 and 2017 our insurance company subsidiaries paid $5.5 million and $11.4 million, respectively, in dividends to Hallmark.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. During 2018 and 2017 our insurance subsidiaries did not pay management fees to Hallmark or our non-insurance company subsidiaries.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2018, our insurance company subsidiaries reported statutory capital and surplus of $247.0 million, substantially greater than the minimum requirements for each state. Each of our insurance company subsidiaries is also required to satisfy certain risk-based capital requirements. (See, "Item 1. Business – Insurance Regulation – Risk-based Capital Requirements.") As of December 31, 2018, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements. Our total statutory net premium-to-surplus percentage for the years ended December 31, 2018 and 2017 was 147% and 157%, respectively.

*Comparison of December 31, 2018 to December 31, 2017*

On a consolidated basis, our cash and investments, excluding restricted cash and investments, at December 31, 2018 were $663.5 million compared to $726.3 million at December 31, 2017. The primary reasons for this decrease in unrestricted cash and investments were cash used by operations, a decrease in investment fair values, purchases of property and equipment and repurchases of our common stock.

APP. 0339

*Comparison of Years Ended December 31, 2018 and December 31, 2017*

Net cash used by our consolidated operating activities was $32.9 million for the year ended December 31, 2018 compared to net cash flow provided by operations of $7.2 million for the year ended December 31, 2017. The decrease in operating cash flow was driven by a temporary acceleration of paid claims as we improved our claims practices to address the increase in frequency and severity in our commercial auto portfolio as well as increased paid operating expenses. These decreases in operating cash flow were partially offset by higher collected net premiums, higher collected finance charges and collected income tax recoverable during the year ended December 31, 2018 as compared to the same period the prior year.

Net cash provided by investing activities during the year ended December 31, 2018 was $7.3 million as compared to net cash used in investing activities of $21.4 million for the prior year. The cash provided by investing activities during the year ended December 31, 2018 was comprised of a decrease in purchases of debt and equity securities of $83.2 million and a decrease of $0.6 million in purchases of property and equipment, partially offset by a decrease of $55.1 million in maturities, sales and redemptions of investment securities.

Net cash used in financing activities during the year ended December 31, 2018 was $1.6 million as a result of $1.8 million related to the repurchase of our common stock, partially offset by $0.2 million related to proceeds from the exercise of employee stock options. Cash used in financing activities during the year ended December 31, 2017 was $5.1 million as a result of $5.3 million related to the repurchase of our common stock, partially offset by $0.2 million related to proceeds from the exercise of employee stock options.

*Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of December 31, 2018, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of December 31, 2018, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

*Subordinated Debt Securities*

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Hallmark Statutory Trust I ("Trust I") as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated

43

debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 6.04% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Hallmark Statutory Trust II ("Trust II") as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. Our Trust II subordinated debt securities bore an initial interest rate of 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollateralized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.69% per annum.

### Effects of Inflation

We do not believe that inflation has a material effect on our results of operations, except for the effect that inflation may have on interest rates and claim costs. The effects of inflation are considered in pricing and estimating reserves for unpaid losses and LAE. The actual effects of inflation on results of operations are not known until claims are ultimately settled. In addition to general price inflation, we are exposed to the upward trend in the judicial awards for damages. We attempt to mitigate the effects of inflation in the pricing of policies and establishing reserves for losses and LAE.

### Item 7A.  Quantitative and Qualitative Disclosures About Market Risk.

Not required for smaller reporting company.

44

**Item 8. Financial Statements and Supplementary Data.**

The following consolidated financial statements of Hallmark and its subsidiaries are filed as part of this report.

| Description | Page Number |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-2 |
| Consolidated Balance Sheets at December 31, 2018 and 2017 | F-3 |
| Consolidated Statements of Operations for the Years Ended December 31, 2018 and 2017 | F-4 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2018 and 2017 | F-5 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2018 and 2017 | F-6 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2018 and 2017 | F-7 |
| Notes to Consolidated Financial Statements | F-8 |
| Financial Statement Schedules | F-43 |

45

APP. 0342

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure.**

None.

**Item 9A. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure.

During the three month period ended December 31, 2018, there were no changes in internal control over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate "internal control over financial reporting," as such phrase is defined in Exchange Act Rule 13a‑15(f). Under the supervision and with the participation of management, including our Chief Executive Officer and Chief Accounting Officer, an evaluation of the effectiveness of our internal control over financial reporting was conducted based upon the framework in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 Framework). Based upon that evaluation, management has concluded that our internal control over financial reporting was effective as of December 31, 2018.

BDO USA, LLP, the independent registered public accounting firm that audited our consolidated financial statements as of December 31, 2018 included in this Annual Report on Form 10‑K, has issued an attestation report on our internal control over financial reporting as of December 31, 2018. The BDO USA, LLP attestation report, which expresses an unqualified opinion on the effectiveness of our internal control over financial reporting as of December 31, 2018, is included in this Item under the heading "Report of Independent Registered Public Accounting Firm."

46

APP. 0343

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

**Opinion on Internal Control over Financial Reporting**

We have audited Hallmark Financial Services, Inc. and subsidiaries' (the "Company's") internal control over financial reporting as of December 31, 2018, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (the "COSO criteria"). In our opinion the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2018, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the consolidated balance sheets of the Company as of December 31, 2018 and 2017, the related consolidated statements of operations, comprehensive income (loss), stockholders' equity, and cash flows for the years then ended and the related notes and financial statement schedules listed in the accompanying index and our report dated March 14, 2019 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Item 9A, "Management's Report on Internal Control over Financial Reporting". Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit of internal control over financial reporting in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ BDO USA, LLP
Dallas, Texas
March 14, 2019

47

**Item 9B. Other Information.**

None.

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance.**

The information required by Item 10 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 11. Executive Compensation.**

The information required by Item 11 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The information required by Item 12 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 13. Certain Relationships and Related Transactions, and Director Independence.**

The information required by Item 13 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

**Item 14. Principal Accounting Fees and Services.**

The information required by Item 14 is incorporated by reference from the Registrant's definitive proxy statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A not later than 120 days after the end of the fiscal year covered by this report.

48

APP. 0345

PART IV

**Item 15. Exhibits, Financial Statement Schedules.**

(a)(1)    Financial Statements
The following consolidated financial statements, notes thereto and related information are included in Item 8 of this report:
Report of Independent Registered Public Accounting Firm
Consolidated Balance Sheets at December 31, 2018 and 2017
Consolidated Statements of Operations for the Years Ended December 31, 2018 and 2017 Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2018 and 2017 Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2018 and 2017 Consolidated Statements of Cash Flows for the Years Ended December 31, 2018 and 2017
Notes to Consolidated Financial Statements

(a)(2)    Financial Statement Schedules
The following financial statement schedules are included in this report:
Schedule II – Condensed Financial Information of Registrant (Parent Company Only)
Schedule III – Supplemental Insurance Information
Schedule IV – Reinsurance
Schedule VI – Supplemental Information Concerning Property-Casualty Insurance Operations

(a)(3)    Exhibit Index

The following exhibits are either filed with this report or incorporated by reference:

| Exhibit Number | Description |
|---|---|
| 3.1 | Restated Articles of Incorporation of the registrant (incorporated by reference to Exhibit 3.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 3.2 | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed March 28, 2017). |
| 4.1 | Specimen certificate for common stock, $0.18 par value, of the registrant (incorporated by reference to Exhibit 4.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 4.2 | Indenture dated June 21, 2005, between Hallmark Financial Services, Inc. and JPMorgan Chase Bank, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.3 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust I dated as of June 21, 2005, among Hallmark Financial Services, Inc., as sponsor, Chase Bank USA, National Association, as Delaware trustee, and JPMorgan Chase Bank, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.4 | Form of Junior Subordinated Debt Security Due 2035 (included in Exhibit 4.2 above). |
| 4.5 | Form of Capital Security Certificate (included in Exhibit 4.3 above). |

49

APP. 0346

| | |
|---|---|
| 4.6 | Indenture dated as of August 23, 2007, between Hallmark Financial Services, Inc. and The Bank of New York Trust Company, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8‑K filed August 24, 2007). |
| 4.7 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust II dated as of August 23, 2007, among Hallmark Financial Services, Inc., as sponsor, The Bank of New York (Delaware), as Delaware trustee, and The Bank of New York Trust Company, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8‑K filed August 24, 2007). |
| 4.8 | Form of Junior Subordinated Debt Security Due 2037 (included in Exhibit 4.7 above). |
| 4.9 | Form of Capital Security Certificate (included in Exhibit 4.8 above). |
| 4.10 | Second Restated Credit Agreement among Hallmark Financial Services, Inc., American Hallmark Insurance Company of Texas, Hallmark Insurance Company and Frost Bank dated June 30, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed July 2, 2015). |
| 4.11 | First Amendment to Second Restated Credit Agreement among Hallmark Financial Services, Inc., American Hallmark Insurance Company of Texas, Hallmark Insurance Company and Frost Bank dated December 17, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed December 21, 2015). |
| 4.12 | Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 17, 2015 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8‑K filed December 21, 2015). |
| 4.13 | First Amendment to Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated November 1, 2016 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed November 2, 2016). |
| 4.14 | Second Amendment to Second Restated Credit Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 20, 2017 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed December 20, 2017). |
| 4.15 | Second Amendment to Revolving Facility B Agreement between Hallmark Financial Services, Inc. and Frost Bank dated December 20, 2017 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8‑K filed December 20, 2017). |
| 4.16 | Third Amendment to Second Restated Credit Agreement between Hallmark Financial Services, Inc. and Frost Bank dated March 15, 2018 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed March 15, 2018). |
| 4.17 | Fourth Amendment to Second Restated Credit Agreement between Hallmark Financial Services, Inc. and Frost Bank dated June 19, 2018 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 20, 2018). |
| 10.1 | Office Lease for 6500 Pinecrest, Plano, Texas, dated July 22, 2008, between Hallmark Financial Services, Inc. and Legacy Tech IV Associates, Limited Partnership (incorporated by reference to Exhibit 99.1 to the registrant's Current Report on Form 8‑K filed July 29, 2008). |

APP. 0347

10.2    First Amendment to Lease Agreement between BRI 1849 Legacy, LLC and Hallmark Financial Services, Inc. dated January 1, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed January 21, 2015).

10.3    Lease Agreement for 777 Main Street, Fort Worth, Texas, dated June 12, 2003 between Hallmark Financial Services, Inc. and Crescent Real Estate Funding I, L.P. (incorporated by reference to Exhibit 10(a) to the registrant's Quarterly Report on Form 10‑QSB for the quarter ended June 30, 2003).

10.4    Office Lease by and between SAOP Northwest Center, L.P. and Hallmark Specialty Underwriters, Inc. dated January 29, 2010 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed February 2, 2010).

10.5    First Amendment to Office Lease between MS Crescent One SPV, LLC and Hallmark Financial Services, Inc., dated February 28, 2011 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed March 1, 2011).

10.6    Assignment and Assumption of Lease Agreement and Bill of Sale between Equitymetrix, LLC and Hallmark Financial Services, Inc. dated March 1, 2016 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed March 2, 2016).

10.7    Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated March 25, 2009, as amended by First Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 3, 2010, Second Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated July 2, 2013, and Third Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 25, 2014 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8‑K filed March 2, 2016).

10.8    Office Lease between Hallmark Financial Services, Inc. and Teachers Insurance and Annuity Association of America dated August 6, 2018 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 8, 2018).

10.9*    Form of Indemnification Agreement between Hallmark Financial Services, Inc. and its officers and directors, adopted July 19, 2002 (incorporated by reference to Exhibit 10(c) to the registrant's Quarterly Report on Form 10‑QSB for the quarter ended September 30, 2002).

10.10*    Hallmark Financial Services, Inc. Amended and Restated 2005 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed June 3, 2013).

10.11*    Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8‑K filed June 3, 2005).

10.12*    Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8‑K filed June 3, 2005).

10.13*    Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.13 to the registrant's Form 10‑K for the year ended December 31, 2013).

10.14*    Hallmark Financial Services, Inc. 2015 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed June 2, 2015).

10.15*    Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8‑K filed June 2, 2015).

51

APP. 0348

| | |
|---|---|
| 10.16* | Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8‑K filed June 2, 2015). |
| 10.17* | Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.4 to the registrant's Form 8‑K filed June 2, 2015). |
| 10.18 | Guarantee Agreement dated as of June 21, 2005, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed June 27, 2005). |
| 10.19 | Guarantee Agreement dated as of August 23, 2007, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed August 24, 2007). |
| 10.20* | Letter agreement dated August 13, 2014, between Hallmark Financial Services, Inc. and Naveen Anand (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8‑K filed August 15, 2014). |
| 10.21* | Form of Confidentiality and Non-Solicitation Agreement dated May 29, 2015, between Hallmark Financial Services, Inc. and certain employees of the Company (incorporated by reference to Exhibit 10.23 to the registrant's Form 10‑K for the year ended December 31, 2015). |
| 21+ | List of subsidiaries of the registrant. |
| 23 (a)+ | Consent of Independent Registered Public Accounting Firm. |
| 31(a)+ | Certification of principal executive officer required by Rule 13a‑14(a) or Rule 15d‑14(b). |
| 31(b)+ | Certification of principal financial officer required by Rule 13a‑14(a) or Rule 15d‑14(b). |
| 32(a)+ | Certification of principal executive officer pursuant to 18 U.S.C. 1350. |
| 32(b)+ | Certification of principal financial officer pursuant to 18 U.S.C. 1350. |
| 101 INS+ | XBRL Instance Document. |
| 101 SCH+ | XBRL Taxonomy Extension Schema Document. |
| 101 CAL+ | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101 LAB+ | XBRL Taxonomy Extension Label Linkbase Document. |
| 101 PRE+ | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101 DEF+ | XBRL Taxonomy Extension Definition Linkbase Document. |

\* Management contract or compensatory plan or arrangement.

+ Filed herewith.

52

APP. 0349

**Item 16. Form 10–K Summary.**

Not applicable.

Exhibit 23(a)

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

We hereby consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-140000), Form S-8 (No. 333-160050) and Form S-8 (No. 333-210078) of Hallmark Financial Services, Inc. of our reports dated March 14, 2019, relating to the consolidated financial statements and financial statement schedules and the effectiveness of Hallmark Financial Services Inc.'s internal control over financial reporting, which appear in this Form 10-K.

/s/ BDO USA, LLP

Dallas, Texas
March 14, 2019

APP. 0350

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**HALLMARK FINANCIAL SERVICES, INC.**
(Registrant)

Date:    March 14, 2019                    By:/s/ Naveen Anand
                                               Naveen Anand, Chief Executive Officer and
                                               President

Date:    March 14, 2019                    By:/s/ Jeffrey R. Passmore
                                               Jeffrey R. Passmore, Chief Accounting Officer and
                                               Senior Vice President

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

Date:    March 14, 2019                    /s/ Naveen Anand
                                           Naveen Anand, Chief Executive Officer and
                                           President (Principal Executive Officer)

Date:    March 14, 2019                    /s/ Jeffrey R. Passmore
                                           Jeffrey R. Passmore, Chief Accounting Officer and
                                           Senior Vice President (Principal Financial Officer and
                                           Principal Accounting Officer)

Date:    March 14, 2019                    /s/ Mark E. Schwarz
                                           Mark E. Schwarz, Executive Chairman

Date:    March 14, 2019                    /s/ James H. Graves
                                           James H. Graves, Director

Date:    March 14, 2019                    /s/ Mark E. Pape
                                           Mark E. Pape, Director

Date:    March 14, 2019                    /s/ Scott T. Berlin
                                           Scott T. Berlin, Director

APP. 0351

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| Description | Page Number |
|---|---|
| Report of Independent Registered Public Accounting Firm | F‑2 |
| Consolidated Balance Sheets at December 31, 2018 and 2017 | F‑3 |
| Consolidated Statements of Operations for the Years Ended December 31, 2018 and 2017 | F‑4 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2018 and 2017 | F‑5 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2018 and 2017 | F‑6 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2018 and 2017 | F‑7 |
| Notes to Consolidated Financial Statements | F‑8 |
| Financial Statement Schedules | F‑43 |

F-1

APP. 0352

Case 3:20-cv-01130-X Document 41-1 Filed 12/04/20 Page 357 of 1227 PageID 775

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated balance sheets of Hallmark Financial Services, Inc. and subsidiaries (the "Company") as of December 31, 2018 and 2017, the related consolidated statements of operations, comprehensive income (loss), stockholders' equity, and cash flows for the years then ended and the related notes and financial statement schedules listed in the accompanying index (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2018 and 2017, and the results of their operations and their cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of December 31, 2018, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO") and our report dated March 14, 2019 expressed an unqualified opinion thereon.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provides a reasonable basis for our opinion.

/s/ BDO USA, LLP

We have served as the Company's auditor since 2017.

Dallas, Texas
March 14, 2019

F-2

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**December 31, 2018 and 2017**
**($ in thousands)**

| | 2018 | 2017 |
|---|---|---|
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $550,268 in 2018 and $604,999 in 2017) | $ 545,870 | $ 605,746 |
| Equity securities (cost; $68,709 in 2018 and $30,253 in 2017) | 80,896 | 51,763 |
| Other investments (cost; $3,763 in 2018 and $3,763 in 2017) | 1,148 | 3,824 |
| Total investments | 627,914 | 661,333 |
| Cash and cash equivalents | 35,594 | 64,982 |
| Restricted cash | 4,877 | 2,651 |
| Ceded unearned premiums | 133,031 | 112,323 |
| Premiums receivable | 119,778 | 104,373 |
| Accounts receivable | 1,619 | 1,513 |
| Receivable for securities | 3,369 | 5,235 |
| Reinsurance recoverable | 252,029 | 182,928 |
| Deferred policy acquisition costs | 14,291 | 16,002 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 7,555 | 10,023 |
| Deferred federal income taxes, net | 4,983 | 1,937 |
| Federal income tax recoverable | — | 7,532 |
| Prepaid expenses | 2,588 | 1,743 |
| Other assets | 12,571 | 13,856 |
| Total assets | $ 1,264,894 | $ 1,231,126 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $898 in 2018 and $949 in 2017) | 55,804 | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | 527,247 | 527,100 |
| Unearned premiums | 298,061 | 276,642 |
| Reinsurance balances payable | 67,328 | 52,487 |
| Pension liability | 2,018 | 1,605 |
| Payable for securities | 698 | 7,488 |
| Federal income tax payable | 4 | — |
| Accounts payable and other accrued expenses | 28,202 | 28,933 |
| Total liabilities | 1,009,362 | 980,008 |
| Commitments and contingencies (Note 17) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,168 | 123,180 |
| Retained earnings | 161,195 | 136,474 |
| Accumulated other comprehensive (loss) income | (6,660) | 12,234 |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 in 2017), at cost | (25,928) | (24,527) |
| Total stockholders' equity | 255,532 | 251,118 |
| Total liabilities and stockholders' equity | $ 1,264,894 | $ 1,231,126 |

The accompanying notes are an integral part of the consolidated financial statements

APP. 0354

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2018 and 2017**
**($ in thousands, except per share amounts)**

|  | 2018 | 2017 |
|---|---|---|
| Gross premiums written | $ 663,015 | $ 604,156 |
| Ceded premiums written | (299,217) | (238,573) |
| Net premiums written | 363,798 | 365,583 |
| Change in unearned premiums | (711) | (4,546) |
| Net premiums earned | 363,087 | 361,037 |
|  |  |  |
| Investment income, net of expenses | 18,232 | 18,874 |
| Investment losses, net | (10,195) | (205) |
| Finance charges | 5,115 | 3,867 |
| Commission and fees | 2,928 | 1,679 |
| Other income | 101 | 269 |
|  |  |  |
| Total revenues | 379,268 | 385,521 |
|  |  |  |
| Losses and loss adjustment expenses | 256,028 | 288,308 |
| Operating expenses | 103,424 | 106,805 |
| Interest expense | 4,545 | 4,512 |
| Amortization of intangible assets | 2,468 | 2,468 |
|  |  |  |
| Total expenses | 366,465 | 402,093 |
|  |  |  |
| Income (loss) before tax | 12,803 | (16,572) |
| Income tax expense (benefit) | 2,456 | (5,019) |
| Net income (loss) | $ 10,347 | $ (11,553) |
|  |  |  |
| Net income (loss) per share: |  |  |
| Basic | $ 0.57 | $ (0.63) |
| Diluted | $ 0.57 | $ (0.63) |

The accompanying notes are an integral part of the consolidated financial statements

F-4

APP. 0355

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**For the years ended December 31, 2018 and 2017**
**($ In thousands)**

|  | 2018 | 2017 |
|---|---|---|
| Net income (loss) | $ 10,347 | $ (11,553) |
| Other comprehensive income (loss): |  |  |
| Change in net actuarial (loss) gain | (576) | 548 |
| Tax effect on change in net actuarial (loss) gain | 121 | (192) |
| Unrealized holding (losses) gains arising during the period | (3,343) | 9,117 |
| Tax effect on unrealized holding (losses) gains arising during the period | 702 | (3,191) |
| Reclassification adjustment for gains included in net income | (1,803) | (6,799) |
| Tax effect on reclassification adjustment for gains included in net income | 379 | 2,380 |
| Other comprehensive (loss) income, net of tax | (4,520) | 1,863 |
| Comprehensive income (loss) | $ 5,827 | $ (9,690) |

The accompanying notes are an integral part of the consolidated financial statements

F-5

APP. 0356

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**For the years ended December 31, 2018 and 2017**
**(In thousands)**

| | Number of Shares | Par Value | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income (loss) | Treasury Stock | Number of Shares | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2017 | 20,873 | $ 3,757 | $ 123,166 | $148,027 | $ 10,371 | $(19,585) | 2,261 | $ 265,736 |
| Acquisition of treasury stock | — | — | — | — | — | (5,308) | 484 | (5,308) |
| Equity incentive plan activity | — | — | 149 | — | — | — | — | 149 |
| Shares issued under employee benefit plans | — | — | (135) | — | — | 366 | (41) | 231 |
| Net loss | — | — | — | (11,553) | — | — | — | (11,553) |
| Other comprehensive income, net of tax | — | — | — | — | 1,863 | — | — | 1,863 |
| Balance at December 31, 2017 | 20,873 | $ 3,757 | $ 123,180 | $136,474 | $ 12,234 | $(24,527) | 2,704 | $ 251,118 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | 16,993 | (16,993) | — | | — |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | (2,619) | 2,619 | — | | — |
| Acquisition of treasury stock | — | — | — | — | — | (1,807) | 187 | (1,807) |
| Equity incentive plan activity | — | — | 152 | — | — | — | — | 152 |
| Shares issued under employee benefit plans | — | — | (164) | — | — | 406 | (45) | 242 |
| Net income | — | — | — | 10,347 | — | — | — | 10,347 |
| Other comprehensive loss, net of tax | — | — | — | — | (4,520) | — | — | (4,520) |
| Balance at December 31, 2018 | 20,873 | $ 3,757 | $ 123,168 | $161,195 | $ (6,660) | $(25,928) | 2,846 | $ 255,532 |

The accompanying notes are an integral part of the consolidated financial statements

F-6

APP. 0357

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2018 and 2017**
**($ in thousands)**

| | 2018 | 2017 |
|---|---:|---:|
| Cash flows from operating activities: | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| | | |
| Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities: | | |
| Depreciation and amortization expense | 5,141 | 4,715 |
| Deferred federal income taxes | (1,844) | (1,575) |
| Investment losses, net | 10,195 | 205 |
| Share-based payments expense | 152 | 149 |
| Change in ceded unearned premiums | (20,708) | (30,841) |
| Change in premiums receivable | (15,405) | (14,658) |
| Change in accounts receivable | (106) | 756 |
| Change in deferred policy acquisition costs | 1,711 | 3,191 |
| Change in unpaid losses and loss adjustment expenses | 147 | 45,533 |
| Change in unearned premiums | 21,419 | 35,388 |
| Change in reinsurance recoverable | (69,101) | (35,107) |
| Change in reinsurance balances payable | 14,841 | 5,999 |
| Change in current federal income tax recoverable | 7,536 | (3,581) |
| Change in all other liabilities | (267) | 3,091 |
| Change in all other assets | 3,007 | 5,487 |
| Net cash (used in) provided by operating activities | (32,935) | 7,199 |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (2,101) | (2,705) |
| Purchases of investment securities | (222,642) | (305,930) |
| Maturities, sales and redemptions of investment securities | 232,081 | 287,187 |
| Net cash provided by (used in) investing activities | 7,338 | (21,448) |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| Decrease in cash and cash equivalents and restricted cash | (27,162) | (19,326) |
| Cash and cash equivalents and restricted cash at beginning of year | 67,633 | 86,959 |
| Cash and cash equivalents and restricted cash at end of year | $ 40,471 | $ 67,633 |

The accompanying notes are an integral part of the consolidated financial statements

F-7

APP. 0358

1.    **Accounting Policies:**

General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, the "Company", "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit handles primarily commercial insurance products and services and is comprised of Hallmark Specialty Underwriters, Inc. ("HSU"), Pan American Acceptance Corporation ("PAAC") and TGA Special Risk, Inc. ("TGASRI"). Our Specialty Commercial operating unit offers (i) general aviation insurance products and services, (ii) low and middle market commercial umbrella and excess liability insurance, (iii) medical and financial professional liability insurance products and services, (iv) satellite launch insurance products, and (v) primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Specialty Commercial operating unit is comprised of Aerospace Insurance Managers, Inc. ("Aerospace Insurance Managers"), Aerospace Special Risk, Inc. ("ASRI"), Aerospace Claims Management Group, Inc. ("ACMG"), Heath XS, LLC ("HXS") and Hardscrabble Data Solutions, LLC ("HDS"). Our Standard Commercial P&C operating unit handles commercial insurance products and services and is comprised of American Hallmark Insurance Services, Inc. ("American Hallmark Insurance Services") and Effective Claims Management, Inc. ("ECM"). Our Workers Compensation operating unit specializes in small and middle market workers compensation business and is comprised of TBIC Holding Corporation, Inc. ("TBIC Holding"), Texas Builders Insurance Company ("TBIC") and TBIC Risk Management ("TBICRM"). Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit handles personal insurance products and services and is comprised of American Hallmark General Agency, Inc. ("AHGA") and Hallmark Claims Services, Inc. ("HCS"). Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

Basis of Presentation

The accompanying consolidated financial statements include the accounts and operations of Hallmark and its subsidiaries. Intercompany accounts and transactions have been eliminated. The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP") which, as to our insurance company subsidiaries, differ from statutory accounting practices prescribed or permitted for insurance companies by insurance regulatory authorities.

Use of Estimates in the Preparation of Financial Statements

Our preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect our reported amounts of assets and liabilities at the dates of the financial statements and our reported amounts of revenues and expenses during the reporting periods. Management evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors, including the current economic environment, which management believes to be reasonable under the circumstances. We adjust such estimates and assumptions when facts and circumstances dictate. Since future events and their effects cannot be determined with

F-8

APP. 0359

precision, actual results could differ significantly from these estimates. Changes in estimates resulting from continuing changes in the economic environment may be reflected in the financial statements in future periods.

Fair Value of Financial Instruments

Fair value estimates are made at a point in time, based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: Our revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of December 31, 2018 and December 31, 2017. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated debt securities: Our trust preferred securities are reported at carry value of $55.8 million and $55.8 million, and had a fair value of $45.6 million and $43.7 million, as of December 31, 2018 and 2017, respectively, and would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Investments

Debt securities available for sale are reported at fair value. Unrealized gains and losses are recorded as a component of stockholders' equity, net of related tax effects. Debt securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations for the portion that is related to credit deterioration with the remaining portion recognized in other comprehensive income. Debt security premiums and discounts are amortized into earnings using the effective interest method. Maturities of debt securities and sales of equity securities are recorded in receivable for securities until the cash is settled. Purchases of debt and equity securities are recorded in payable for securities until the cash is settled.

Equity securities are reported at fair value. On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity securities to be measured at fair value with changes in fair value recognized in net income. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary impairment. Prior to the adoption of ASU 2016-01, unrealized gains and losses on equity securities were recorded as a component of stockholders' equity, net of related tax effects.

Other investments consists of an equity warrant which is reported at fair value. Unrealized gains and losses are reported in the statement of operations as a component of net realized gains (losses).

Realized investment gains and losses are recognized in operations on the first in-first out method.

F-9

Cash and Cash Equivalents

We consider all highly liquid investments with an original maturity of three months or less to be cash equivalents.

Restricted Cash

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

Premiums Receivable

Premiums receivable represent amounts due from policyholders or independent agents for premiums written and uncollected. These balances are carried at net realizable value.

Reinsurance

We are routinely involved in reinsurance transactions with other companies. Reinsurance premiums, losses and loss adjustment expenses ("LAE") are accounted for on bases consistent with those used in accounting for the original policies issued and the terms of the reinsurance contracts. (See Note 7.)

Deferred Policy Acquisition Costs

Policy acquisition costs (mainly commission, underwriting and marketing expenses) that are directly related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. In determining estimated realizable value, the computation gives effect to the premium to be earned, expected investment income, losses and LAE and certain other costs expected to be incurred as the premiums are earned. If the computation results in an estimated net realizable value less than zero, a liability will be accrued for the premium deficiency. During 2018 and 2017, we deferred $35.7 million and $31.1 million of policy acquisition costs and amortized $37.4 million and $34.3 million of deferred policy acquisition costs, respectively. Therefore, the net (amortization) deferrals of policy acquisition costs were ($1.7) million and ($3.2) million for 2018 and 2017, respectively.

Business Combinations

We account for business combinations using the acquisition method of accounting pursuant to Accounting Standards Codification ("ASC") 805, "Business Combinations." The base cash purchase price plus the estimated fair value of any non-cash or contingent consideration given for an acquired business is allocated to the assets acquired (including identified intangible assets) and liabilities assumed based on the estimated fair values of such assets and liabilities. The excess of the fair value of the total consideration given for an acquired business over the aggregate net fair values assigned to the assets acquired and liabilities assumed is recorded as goodwill. Contingent consideration is recognized as a liability at fair value as of the acquisition date with subsequent fair value adjustments recorded in the consolidated statements of operations. The valuation of contingent consideration requires assumptions regarding anticipated cash flows, probabilities of cash flows, discount rates and other factors. Significant judgment is employed in determining the propriety of these assumptions as of the acquisition date and for each subsequent period. Accordingly, future business and economic conditions, as well as changes in any of the assumptions, can materially impact the amount of contingent consideration expense we record in any given period. Indirect and general expenses related to business combinations are expensed as incurred.

Goodwill and Intangible Assets, net

We account for our goodwill and intangible assets according to ASC 350, "Intangibles – Goodwill and Other." Under ASC 350, intangible assets with a finite life are amortized over the estimated useful life of the asset. Goodwill and intangible assets with an indefinite useful life are not amortized. Goodwill and intangible assets are tested for impairment on an

F-10

annual basis or more frequently if events or changes in circumstances indicate that the carrying amount may not be recoverable. For goodwill, we may perform a qualitative test to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative goodwill impairment test. The first step of the quantitative test is to identify if a potential impairment exists by comparing the fair value of a reporting unit with its carrying amount, including goodwill ("Step 1"). If the fair value of a reporting unit exceeds its carrying value amount, goodwill of the reporting unit is not considered to have a potential impairment and the second step is not necessary. However, if the carrying amount of the reporting unit exceeds its fair value, the second step ("Step 2") is performed to determine if goodwill is impaired and to measure the amount of impairment loss to recognize, if any. Step 2 compares the implied fair value of goodwill with the carrying amount of goodwill. If the implied value of goodwill is less than the carrying amount of goodwill, it is written down to its fair value with a corresponding expense reflected in the Consolidated Statements of Income. The implied goodwill is calculated based on a hypothetical purchase price allocation, similar to the requirements in the accounting guidance for business combinations, whereby the implied fair value of the reporting unit is allocated to the fair value of the assets and liabilities of the reporting unit. We have elected to perform our goodwill impairment test on the first day of the fourth quarter, October 1, of each year.

Leases

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Some of these leases include rent escalation provisions throughout the term of the lease. We expense the average annual cost of the lease with the difference to the actual rent invoices recorded as deferred rent which is classified in accounts payable and other accrued expenses on our consolidated balance sheets.

Property and Equipment

Property and equipment (including leasehold improvements), aggregating $27.0 million and $24.9 million, at December 31, 2018 and 2017, respectively, which is included in other assets, is recorded at cost and is depreciated using the straight-line method over the estimated useful lives of the assets (three to ten years) or the life of the lease, whichever is shorter. Depreciation expense for 2018 and 2017 was $2.7 million and $2.2 million, respectively. Accumulated depreciation was $20.0 million and $17.3 million at December 31, 2018 and 2017, respectively.

Variable Interest Entities

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively, the "Trusts") and we do not have variable interests in the Trusts. Therefore, the Trusts are not consolidated in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party variable interest entities. The maximum exposure to loss with respect to these investments is limited to the investment carrying values included in the consolidated balance sheets.

Losses and Loss Adjustment Expenses

Losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through December 31, 2018 and 2017. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These estimates are subject to the effects of trends in loss severity and frequency. Although considerable variability is inherent in such estimates, we believe that the reserves for unpaid losses and LAE are adequate. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Recognition of Premium Revenues

Insurance premiums are earned pro rata over the terms of the policies. Insurance policy fees are earned as of the effective date of the policy. Upon cancellation, any unearned premium is refunded to the insured. Insurance premiums written include gross policy fees of $6.5 million and $7.6 million for the years ended December 31, 2018 and 2017, respectively. Insurance premiums on monthly reporting workers' compensation policies are earned on the conclusion of the monthly coverage period. Deposit premiums for workers' compensation policies are earned upon the expiration of the policy.

Finance Charges

We receive premium installment fees for each direct bill payment from policyholders. Installment fee income is classified as finance charges on the consolidated statement of operations and is recognized as the fee is invoiced.

Agent Commissions

We pay monthly commissions to agents based on written premium produced, but generally recognize the expense pro rata over the term of the policy. If the policy is cancelled prior to its expiration, the unearned portion of the agent commission is refundable to us. The unearned portion of commissions paid to agents is included in deferred policy acquisition costs. We annually pay a profit sharing commission to our independent agency force based upon the results of the business produced by each agent. We estimate and accrue this liability to commission expense in the year the business is produced.

Commission expense is classified as operating expenses in the consolidated statements of operations.

Income Taxes

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted. Among many changes resulting from TCJA, the new law (i) reduces the corporate tax rate to 21% effective January 1, 2018, (ii) eliminates the corporate alternative minimum tax for tax years beginning after December 31, 2017, (iii) allows businesses to immediately expense, for tax purposes, the cost of new investments in certain qualified depreciable assets, (iv) modifies the computation of loss reserve discounting for tax purposes, (v) modifies the recognition of income rules by requiring the recognition of income for certain items no later than the tax year in which an item is taken into account as income on an applicable financial statement and (vi) significantly modifies the United States international tax system. Net loss for the year ended December 31, 2017 included a charge of $1.3 million from the revaluation of deferred tax balances from a 35% statutory tax rate to the new 21% statutory tax rate as a result of TCJA.

APP. 0363

Earnings Per Share

The computation of earnings per share is based upon the weighted average number of common shares outstanding during the period plus the effect of common shares potentially issuable (in periods in which they have a dilutive effect), primarily from stock options. (See Notes 11 and 13.)

Adoption of New Accounting Pronouncements

On February 14, 2018, the FASB issued ASU 2018‑02, "Income Statement- Reporting Comprehensive Income (Topic 220)" providing updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the TCJA. Prior guidance required the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that included the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would have included the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI is recognized or at the beginning of the period of adoption. The Company adopted the updated guidance effective January 1, 2018. The reclassification of the stranded tax effects out of AOCI and into retained earnings was $2.6 million. The adoption did not affect the Company's results of operations, financial position, or liquidity.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities (Subtopic 825-10)". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company reports changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments (Topic 230)". ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1,

F-13

APP. 0364

2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

Recently Issued Accounting Pronouncements

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities (Subtopic 310‑20)". ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We have evaluated the impact of adopting ASU 2017‑08 and have determined that it will be immaterial to our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment (Topic 350)". ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments (Topic 326)". ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease with the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We plan to adopt the standard on its effective date of January 1, 2019. We will also elect certain practical expedients that allow us not to reassess existing leases under the new guidance. Based on our analysis, the majority of the Company's lease obligation pertain to office leases utilized in the operation of our businesses. We expect the primary impact of adoption to be the recognition of a right of use asset and a lease liability for operating leases representing approximately two percent of the Company's total assets and total

F-14

liabilities, respectively. We do not expect the standard to have a material effect on our reported consolidated results of operations, cash flows or required disclosures.

2.   **Investments:**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| As of December 31, 2018 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |
| | | | | |
| As of December 31, 2017 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 50,088 | $ 7 | $ (148) | $ 49,947 |
| Corporate bonds | 278,611 | 1,204 | (742) | 279,073 |
| Collateralized corporate bank loans | 125,536 | 702 | (301) | 125,937 |
| Municipal bonds | 134,052 | 709 | (505) | 134,256 |
| Mortgage-backed | 16,712 | 37 | (216) | 16,533 |
| Total debt securities | 604,999 | 2,659 | (1,912) | 605,746 |
| Total equity securities | 30,253 | 23,014 | (1,504) | 51,763 |
| Total other investments | 3,763 | 61 | — | 3,824 |
| Total investments | $ 639,015 | $ 25,734 | $ (3,416) | $ 661,333 |

Major categories of net investment income are summarized as follows (in thousands):

| | Twelve Months Ended December 31, | |
|---|---|---|
| | 2018 | 2017 |
| U.S. Treasury securities and obligations of U.S. Government | $ 902 | $ 566 |
| Corporate bonds | 6,696 | 7,839 |
| Collateralized corporate bank loans | 5,658 | 4,302 |
| Municipal bonds | 3,757 | 4,633 |
| Mortgage-backed | 521 | 1,049 |
| Equity securities | 1,151 | 871 |
| Other investments | — | — |
| Cash and cash equivalents | 518 | 706 |
| | 19,203 | 19,966 |
| Investment expenses | (971) | (1,092) |
| Investment income, net of expenses | $ 18,232 | $ 18,874 |

No investments in any entity or its affiliates exceeded 10% of stockholders' equity at December 31, 2018 or 2017.

F-15

APP. 0366

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Twelve Months Ended December 31, | |
| | 2018 | 2017 |
|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — |
| Corporate bonds | (83) | (468) |
| Collateralized corporate bank loans | 90 | 79 |
| Municipal bonds | 1,435 | 195 |
| Mortgage-backed | 2 | (9) |
| Equity securities | 359 | 7,002 |
| Gain on investments | 1,803 | 6,799 |
| Unrealized loss on other investments | (2,676) | (1,127) |
| Other-than-temporary impairments | — | (5,877) |
| Unrealized losses on equity investments | (9,322) | — |
| Investment losses, net | $ (10,195) | $ (205) |

We realized gross gains on investments of $2.5 million and $8.0 million during the years ended December 31, 2018 and 2017, respectively, of which $1.5 million and $7.2 million were from the sales of securities during the years ended December 31, 2018 and 2017, respectively. We realized gross losses on investments of $0.7 million and $1.2 million during the years ended December 31, 2018 and 2017, respectively, of which none were from the sales of securities during the years ended December 31, 2018 and 2017, respectively. We recorded proceeds from the sale of investment securities of $17.7 million, and $29.1 million during the years ended December 31, 2018 and 2017, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of December 31, 2018 and December 31, 2017 (in thousands):

| | As of December 31, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

F-16

| | As of December 31, 2017 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | — | — | 8,375 | (1,504) |
| Total other investments | — | — | — | — | — | — |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

We held a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We held a total of 224 debt securities with an unrealized loss, of which 199 were in an unrealized loss position for less than one year and 25 were in an unrealized loss position for a period of one year or greater, as of December 31, 2017. We held a total of 20 equity securities with an unrealized loss, of which 17 were in an unrealized loss position for less than one year and 3 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We held a total of 4 equity securities with an unrealized loss, of which all were in an unrealized loss position for less than one year as of December 31, 2017. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. The gross unrealized losses on the debt security positions at December 31, 2018 were due predominately to normal market and interest rate fluctuations and we see no other indications that the decline in values of these securities is other-than-temporary.

Based on evidence gathered through our normal credit evaluation process, we presently expect that all debt securities held in our investment portfolio will be paid in accordance with their contractual terms. Nonetheless, it is at least reasonably possible that the performance of certain issuers of these debt securities will be worse than currently expected resulting in future write-downs within our portfolio of debt securities.

Also, as a result of the challenging market conditions, we expect the volatility in the valuation of our equity securities to continue in the foreseeable future. This volatility may lead to changes regarding retention strategies for certain equity securities.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any debt security below cost is deemed other-than-temporary. All debt securities with an unrealized loss are reviewed. We recognize an impairment loss when a debt security's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary. We did not recognize an impairment loss during 2018. We recognized other-than-temporary losses on our debt securities portfolio of $5.9 million during 2017, all related to credit losses on certain senior and subordinated municipal bonds concentrated in Puerto Rico. The fair value of the impaired securities was $6.1 million and $4.4 million at December 31, 2018 and 2017, respectively. During 2018 we sold one security with a realized loss of $0.1 million and recognized a change in unrealized gain of $1.8 million on the remaining securities.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference

F-17

APP. 0368

between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income each reporting period. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary-impairment.

Prior to the adoption of ASU 2016-01,some of the factors considered in evaluating whether a decline in fair value for an equity investment is other-than-temporary include: (1) our ability and intent to retain the investment for a period of time sufficient to allow for an anticipated recovery in value; (2) the recoverability of cost; (3) the length of time and extent to which the fair value has been less than cost; and (4) the financial condition and near-term and long-term prospects for the issuer, including the relevant industry conditions and trends, and implications of rating agency actions and offering prices. When it was determined that an equity investment was other-than-temporarily impaired, the security was written down to fair value, and the amount of the impairment was included in earnings as a realized investment loss. The fair value then became the new cost basis of the investment, and any subsequent recoveries in fair value were recognized at disposition. We recognized a realized loss when impairment was deemed to be other-than-temporary even if a decision to sell an equity investment had not been made. If we decided to sell a temporarily impaired available-for-sale equity investment and we did not expect the fair value of the equity investment to fully recover prior to the expected time of sale, the investment was deemed to be other-than-temporarily impaired in the period in which the decision to sell was made.

Details regarding the carrying value of the other invested assets portfolio as of December 31, 2018 and 2017 were as follows:

|  | 2018 | 2017 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 1,148 | $ 3,824 |
| Total other investments | $ 1,148 | $ 3,824 |

We acquired this equity warrant in an active market and it entitles us to buy the underlying common stock of a publicly traded company at a fixed exercise price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at December 31, 2018 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|---|---|---|
|  | (in thousands) | |
| Due in one year or less | $ 119,771 | $ 120,127 |
| Due after one year through five years | 284,992 | 284,947 |
| Due after five years through ten years | 105,656 | 102,047 |
| Due after ten years | 25,857 | 25,192 |
| Mortgage-backed | 13,992 | 13,557 |
|  | $ 550,268 | $ 545,870 |

We have certain of our securities pledged for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.5 million at December 31, 2018 and a carrying value of $26.2 million at December 31, 2017.

F-18

**3.   Fair Value:**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing services. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

F-19

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

| | As of December 31, 2017 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 49,947 | $ — | $ 49,947 |
| Corporate bonds | — | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | — | 125,937 | — | 125,937 |
| Municipal bonds | — | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | — | 16,533 | — | 16,533 |
| Total debt securities | — | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | — | 621 | 51,763 |
| Total other investments | 3,824 | — | — | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $661,333 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of December 31, 2018 and certain municipal bonds, one corporate bond and one equity security as of December 31, 2017, we classified these as level 3 in the fair value hierarchy. The corporate bond classified as level 3 in 2018 and 2017 is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. In 2017, we used an income approach in order to derive an estimated fair value of the municipal bonds classified as Level 3, which included inputs such as expected holding period, benchmark swap rate, benchmark discount rate and a discount rate premium for illiquidity. The equity security classified as Level 3 in the fair value hierarchy in 2017 was an investment in a non-public entity. Given the size of this investment and since there was not an observable market for the security, we estimated its fair value as the fair value on the date we acquired the investment. Significant changes in the unobservable inputs in the fair value measurement of these securities could result in a significant change in the fair value measurement.

F-20

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the year ended December 31, 2018 and 2017 (in thousands).

|  | 2018 | 2017 |
|---|---|---|
| Beginning balance as of January 1 | $ 3,757 | $ 5,945 |
| Sales | — | — |
| Settlements | (2,925) | (579) |
| Purchases | — | 775 |
| Issuances | — | — |
| Total realized/unrealized gains included in net income | 80 | 616 |
| Net gain included in other comprehensive income | — | — |
| Transfers into Level 3 | — | — |
| Transfers out of Level 3 | (621) | (3,000) |
| Ending balance as of December 31 | $ 291 | $ 3,757 |

The transfer out of Level 3 into Level 1 during 2018 was due to the conversion of a private equity holding to a preferred stock traded on a public exchange. The transfer out of Level 3 into Level 2 during 2017 was due to the successful auction of one auction rate municipal bond that previously had not had a successful auction.  We account for transfers as they occur.

**4.   Acquisitions, Goodwill and Intangible Assets:**

Goodwill is tested for impairment at the reporting unit level (operating unit or one level below an operating unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our operating units except for the Specialty Commercial operating unit for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2018 includes goodwill of acquired businesses of $44.7 million that is assigned to our operating units as follows: Standard Commercial P&C operating unit - $2.1 million; Contract Binding operating unit - $19.9 million; Specialty Commercial operating unit- $17.4 million (comprised of $7.7 million for the primary/excess and umbrella component and $9.7 million for the general aviation and satellite component); and Specialty Personal Lines operating unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles- Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2018 and determined that there was no impairment.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit was expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model included income projections, discount rates and terminal growth values. The income projections reflected an improved premium rate environment across most of our lines of business that continued throughout 2018. The income projections also included loss and LAE assumptions which reflected recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also included assumptions for expense growth and investment yields which were based on business plans for each of our operating units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

During 2018 and 2017, we completed the first step prescribed by ASC 350 for testing for impairment and determined that there was no impairment.

F-21

APP. 0372

We have obtained various intangible assets from several acquisitions. The table below details the gross and net carrying amounts of these assets by major category (in thousands):

|  | December 31 | |
|---|---|---|
|  | 2018 | 2017 |
| Gross Carrying Amount: | | |
| Customer/agent relationships | $ 32,177 | $ 32,177 |
| Tradename | 3,440 | 3,440 |
| Management agreement | 3,232 | 3,232 |
| Non-compete & employment agreements | 4,235 | 4,235 |
| Insurance licenses | 1,300 | 1,300 |
| Total gross carrying amount | 44,384 | 44,384 |
| | | |
| Accumulated Amortization: | | |
| Customer/agent relationships | (26,515) | (24,276) |
| Tradename | (2,847) | (2,618) |
| Management agreement | (3,232) | (3,232) |
| Non-compete & employment agreements | (4,235) | (4,235) |
| Total accumulated amortization | (36,829) | (34,361) |
| Total net carrying amount | $ 7,555 | $ 10,023 |

Insurance licenses are not amortized because they have an indefinite life. We amortize definite-lived intangible assets straight line over their respective lives. The estimated aggregate amortization expense for definite-lived intangible assets for the next five years is as follows (in thousands):

| | |
|---|---|
| 2019 | $ 2,467 |
| 2020 | $ 2,467 |
| 2021 | $ 503 |
| 2022 | $ 501 |
| 2023 | $ 317 |

The weighted average amortization period for definite-lived intangible assets by major class is as follows:

| | Years |
|---|---|
| Tradename | 15 |
| Customer/ agent relationships | 15 |
| Management agreement | 4 |
| Non-compete agreements | 5 |

The aggregate weighted average period to amortize these assets is approximately 13 years.

APP. 0373

**5.    Other Assets:**

The following table details our other assets as of December 31, 2018 and 2017 (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Profit sharing commission receivable | $   246 | $   252 |
| Credit Facility B issuance costs | 106 | 122 |
| Accrued investment income | 4,175 | 4,859 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 6,154 | 6,726 |
| Other assets | 188 | 195 |
|  | $  12,571 | $  13,856 |

**6.    Reserves for Losses and Loss Adjustment Expenses:**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Balance at January 1 | $  527,100 | $  481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 250,075 | 248,203 |
| Prior years | 5,953 | 40,105 |
| Total incurred | 256,028 | 288,308 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 90,640 | 92,873 |
| Prior years | 232,345 | 181,277 |
| Total paid | 322,985 | 274,150 |
|  |  |  |
| Net balance at December 31 | 305,531 | 372,488 |
| Plus reinsurance recoverable | 221,716 | 154,612 |
| Balance at December 31 | $  527,247 | $  527,100 |

The $6.0 million unfavorable net development and $40.1 million unfavorable net development in prior accident years recognized in 2018 and 2017, respectively, represent changes in our loss reserve estimates. In 2018 and 2017, the aggregate loss reserve estimates for prior years were increased to reflect unfavorable loss development when the available information indicated a reasonable likelihood that the ultimate losses would be more than the previous estimates. The unfavorable prior year reserve development during the twelve months ended December 31, 2018 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Contract Binding operating unit, which was representative of industry trends, partially offset by net favorable development in our general liability lines within our Contract Binding and Standard Commercial P&C operating units. Generally, changes in reserves are caused by variations between actual experience and previous expectations and by reduced emphasis on the Bornhuetter-Ferguson method due to the aging of the accident years.

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | December 31, | |
|  | 2018 | 2017 |
| --- | --- | --- |
| Specialty Commercial Segment | $ 16,457 | $ 40,477 |
| Standard Commercial Segment | (8,993) | (970) |
| Personal Segment | (1,511) | 598 |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 5,953 | $ 40,105 |

The following describes the primary factors behind each segment's prior accident year loss reserve development for the years ended December 31, 2018 and 2017:

### Year ended December 31, 2018:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto and general liability lines of business in the 2017 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation, commercial excess liability, satellite launch insurance products, primary/excess commercial property, professional liability and specialty risk programs lines of business.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. Our Workers Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

### Year ended December 31, 2017:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily driven by the continued emergence of increased frequency and severity trends in the commercial auto lines of business. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2016, 2013 and 2011 and prior accident years, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2016 and prior accident years, partially offset by unfavorable development in the 2016 and prior accident years in the occupational accident line of business.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014, 2013 and 2010 and prior accident years, partially offset by favorable development in the 2015 and 2011 accident years.

F-24

APP. 0375

In the opinion of management, our reserves represent the best estimate of our ultimate liabilities, based on currently known facts, current law, current technology and assumptions considered reasonable where facts are not known. Due to the significant uncertainties and related management judgments, there can be no assurance that future favorable or unfavorable loss development, which may be material, will not occur.

*Short-Duration Contract Disclosures*

ASU 2015‑09, "Disclosures about Short-Duration Contracts (Topic 944)", requires insurers to make disclosures about their liability for unpaid claims and claim adjustment expenses for short-duration insurance contracts. These disclosures include tables showing incurred and paid claims development information (net of reinsurance and excluding unallocated loss adjustment expenses) which are disaggregated based on the characteristics of the insurance contracts that the insurer writes and other factors specific to the reporting entity. The information should be disclosed by accident year for the number of years claims typically remain outstanding, but need not be more than 10 years, including a reconciliation of the disaggregated information to the consolidated statement of financial position. We have evaluated the disaggregation criteria and concluded that the basis for our disaggregation of this information is by each of our three reportable segments. See Note 10, "Segment Information," for additional information regarding our three reportable segments.

*Reserves for Incurred But Not Reported ("IBNR") Claims*

Reserves for IBNR claims are based on the estimated ultimate cost of settling claims, including the effects of inflation and other social and economic factors, using past experience adjusted for current trends and any other factors that would modify past experience. We use a variety of statistical and actuarial techniques to analyze current claims costs, including frequency and severity data and prevailing economic, social and legal factors. Each such method has its own set of assumptions and outputs, and each has strengths and weaknesses in different areas. Since no single estimation method is superior to another method in all situations, the methods and assumptions used to project loss reserves will vary by coverage and product. We use what we believe to be the most appropriate set of actuarial methods and assumptions for each product line grouping and coverage. While the loss projection methods may vary by product line and coverage, the general approach for calculating IBNR remains the same: ultimate losses are forecasted first, and that amount is reduced by the amount of cumulative paid claims and case reserves. Reserves established in prior years are adjusted as loss experience develops and new information becomes available. Adjustments to previously estimated reserves are reflected in the results of operations in the year in which they are made.

As described above, various actuarial methods are utilized to determine the reserves for losses and LAE recorded in our consolidated balance sheets. Weightings of methods at a detailed level may change from evaluation to evaluation based on a number of observations, measures, and time elements.

*Methodology for Determining Cumulative Number of Reported Claims*

A claim file is created when the Company is notified of an actual demand for payment, notified of an event that may lead to a demand for payment or when it is determined that a demand for payment could possibly lead to a future demand for payment on another coverage on the same policy or on another policy. The cumulative number of reported claims is predominately measured at a coverage level by occurrence, with the exception of our Specialty Commercial operating unit which is predominately measured at the claim level. Reported occurrences that do not result in a liability are included in reported claims. The Company does not generate claim counts for ceded business.

*Incurred & Paid Claims Development Disclosures*

The following tables provide information about incurred and cumulative paid losses and allocated loss adjustment expenses ("ALAE"), net of reinsurance for our three reportable segments, our Specialty Commercial Segment, our Standard Commercial Segment and our Personal Segment. The incurred and paid losses by accident year information presented for all segments in the below tables for calendar years prior to 2016 is required supplementary information and is unaudited.

F-25

The following tables also include IBNR reserves plus expected development on reported claims and the cumulative number of reported claims as of December 31, 2018 ($ in thousands):

## Specialty Commercial Segment

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | | | Cumulative Number of Reported |
| Accident | Unaudited | | | | | | | | | | IBNR | Claims |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2018 | 2018 |
| 2009 | $60,950 | $62,679 | $61,196 | $59,471 | $59,831 | $59,635 | $59,988 | $61,361 | $61,761 | $62,509 | $ — | 5,389 |
| 2010 | | 74,187 | 78,089 | 75,695 | 77,593 | 78,003 | 77,972 | 77,631 | 78,253 | 77,647 | 231 | 5,071 |
| 2011 | | | 88,679 | 87,558 | 91,059 | 90,713 | 89,737 | 87,793 | 87,833 | 89,815 | 98 | 5,852 |
| 2012 | | | | 106,371 | 111,253 | 111,841 | 115,709 | 116,320 | 117,925 | 117,469 | (172) | 7,424 |
| 2013 | | | | | 140,546 | 135,114 | 137,230 | 143,983 | 150,177 | 151,471 | 336 | 9,294 |
| 2014 | | | | | | 144,996 | 133,464 | 138,842 | 144,728 | 152,025 | (800) | 10,242 |
| 2015 | | | | | | | 147,304 | 146,610 | 162,616 | 171,315 | 854 | 11,057 |
| 2016 | | | | | | | | 151,494 | 157,836 | 164,570 | 5,527 | 11,750 |
| 2017 | | | | | | | | | 170,622 | 162,193 | 17,247 | 11,806 |
| 2018 | | | | | | | | | | 170,926 | 87,288 | 9,702 |
| | | | | | | | | | Total | $1,319,942 | | |

| | Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | |
| Accident | Unaudited | | | | | | | | | |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 21,259 | $ 34,411 | $ 45,757 | $ 53,135 | $ 56,791 | $ 57,641 | $ 59,149 | $ 60,785 | $ 61,202 | $ 61,397 |
| 2010 | | 24,818 | 45,234 | 58,139 | 68,625 | 73,398 | 74,513 | 75,787 | 76,906 | 77,075 |
| 2011 | | | 27,454 | 53,509 | 71,697 | 80,004 | 83,787 | 84,936 | 85,845 | 87,200 |
| 2012 | | | | 37,655 | 60,923 | 82,066 | 97,680 | 109,060 | 113,909 | 116,607 |
| 2013 | | | | | 40,475 | 76,366 | 101,725 | 126,025 | 139,759 | 148,706 |
| 2014 | | | | | | 42,097 | 73,631 | 99,521 | 123,649 | 146,290 |
| 2015 | | | | | | | 39,515 | 74,906 | 125,514 | 159,707 |
| 2016 | | | | | | | | 41,397 | 84,616 | 143,685 |
| 2017 | | | | | | | | | 45,477 | 109,220 |
| 2018 | | | | | | | | | | 42,359 |
| | | | | | | | | | Total | $ 1,092,246 |
| | | | | | | All outstanding liabilities before 2009, net of reinsurance | | | | 693 |
| | | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | $ 228,389 |

## Standard Commercial Segment

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | | | Cumulative Number of Reported |
| Accident | Unaudited | | | | | | | | | | IBNR | Claims |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2018 | 2018 |
| 2009 | $ 44,719 | $ 45,674 | $ 46,772 | $ 46,778 | $ 45,970 | $ 44,159 | $ 43,851 | $ 43,107 | $ 42,168 | $ 41,513 | $ 139 | 2,644 |
| 2010 | | 45,263 | 45,235 | 44,847 | 43,164 | 43,459 | 42,426 | 42,175 | 42,880 | 42,427 | 146 | 2,920 |
| 2011 | | | 60,236 | 56,489 | 55,156 | 49,268 | 47,266 | 47,423 | 46,841 | 45,244 | 478 | 3,583 |
| 2012 | | | | 51,998 | 52,554 | 48,222 | 45,990 | 44,272 | 42,986 | 41,421 | 736 | 3,228 |
| 2013 | | | | | 55,482 | 57,528 | 56,703 | 53,174 | 52,076 | 49,039 | 596 | 3,924 |
| 2014 | | | | | | 55,488 | 55,808 | 53,568 | 53,882 | 54,125 | 1,990 | 3,571 |
| 2015 | | | | | | | 49,571 | 49,857 | 50,053 | 47,277 | 1,873 | 3,181 |
| 2016 | | | | | | | | 46,880 | 48,182 | 46,348 | 1,900 | 2,822 |
| 2017 | | | | | | | | | 41,393 | 43,169 | 8,000 | 2,556 |
| 2018 | | | | | | | | | | 42,898 | 16,384 | 2,165 |
| | | | | | | | | | Total | $453,461 | | |

F-26

APP. 0377

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 15,242 | $ 28,313 | $ 32,075 | $ 35,818 | $ 38,316 | $ 40,389 | $ 40,575 | $ 40,629 | $ 40,835 | $ 40,991 |
| 2010 | | 21,302 | 28,342 | 30,957 | 33,428 | 37,166 | 39,115 | 39,706 | 40,937 | 42,063 |
| 2011 | | | 24,899 | 35,119 | 38,909 | 40,301 | 41,140 | 42,441 | 43,680 | 43,794 |
| 2012 | | | | 23,445 | 32,203 | 34,789 | 37,191 | 38,526 | 40,408 | 40,646 |
| 2013 | | | | | 23,123 | 36,411 | 41,809 | 44,575 | 46,756 | 47,853 |
| 2014 | | | | | | 24,255 | 37,122 | 41,514 | 45,779 | 48,395 |
| 2015 | | | | | | | 19,085 | 34,245 | 38,302 | 43,287 |
| 2016 | | | | | | | | 21,508 | 32,006 | 38,778 |
| 2017 | | | | | | | | | 16,755 | 28,984 |
| 2018 | | | | | | | | | | 19,233 |
| | | | | | | | | | Total | $ 394,024 |

All outstanding liabilities before 2009, net of reinsurance    2,499

Liabilities for claims and claim adjustment expenses, net of reinsurance    $ 61,936

## Personal Segment

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance** | **As of December 31,**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | | IBNR 2018 | Cumulative Number of Reported Claims 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| 2009 | $ 40,436 | $ 42,092 | $ 46,244 | $ 47,977 | $ 48,930 | $ 49,694 | $ 49,772 | $ 49,891 | $ 49,971 | $ 50,005 | $ — | 21,056 |
| 2010 | | 63,862 | 78,294 | 80,765 | 84,724 | 83,903 | 84,252 | 84,591 | 84,808 | 84,867 | — | 30,180 |
| 2011 | | | 75,746 | 77,652 | 87,810 | 86,757 | 86,804 | 86,948 | 86,853 | 87,199 | — | 31,615 |
| 2012 | | | | 58,604 | 73,795 | 70,552 | 71,513 | 72,042 | 72,037 | 72,076 | — | 23,939 |
| 2013 | | | | | 55,706 | 59,132 | 60,100 | 60,211 | 60,379 | 60,328 | — | 23,471 |
| 2014 | | | | | | 5,452 | 5,340 | 6,243 | 6,699 | 6,504 | — | 19,293 |
| 2015 | | | | | | | 23,104 | 25,682 | 25,307 | 25,136 | 120 | 23,370 |
| 2016 | | | | | | | | 32,260 | 32,893 | 32,728 | 129 | 23,745 |
| 2017 | | | | | | | | | 23,342 | 21,968 | 208 | 16,748 |
| 2018 | | | | | | | | | | 18,334 | 2,613 | 14,248 |
| | | | | | | | | | Total | $459,145 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 23,306 | $ 37,621 | $ 44,689 | $ 47,967 | $ 49,287 | $ 49,539 | $ 49,704 | $ 49,853 | $ 49,957 | $ 49,992 |
| 2010 | | 38,643 | 67,755 | 75,199 | 82,624 | 83,511 | 84,111 | 84,556 | 84,717 | 84,768 |
| 2011 | | | 46,416 | 67,939 | 83,497 | 85,533 | 86,217 | 86,593 | 86,660 | 86,989 |
| 2012 | | | | 37,860 | 64,278 | 68,849 | 70,807 | 71,995 | 72,055 | 72,094 |
| 2013 | | | | | 45,901 | 54,514 | 58,047 | 59,775 | 60,277 | 60,297 |
| 2014 | | | | | | 2,515 | 4,418 | 5,631 | 6,428 | 6,566 |
| 2015 | | | | | | | 11,570 | 22,281 | 24,262 | 25,243 |
| 2016 | | | | | | | | 21,669 | 30,646 | 32,260 |
| 2017 | | | | | | | | | 15,776 | 21,061 |
| 2018 | | | | | | | | | | 11,137 |
| | | | | | | | | | Total | $ 450,406 |

All outstanding liabilities before 2009, net of reinsurance    5

Liabilities for claims and claim adjustment expenses, net of reinsurance    $ 8,743

F-27

APP. 0378

The reconciliation of the net incurred and paid development tables to the liability for unpaid losses and LAE in our consolidated balance sheets is as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Net outstanding liabilities for losses and LAE | | |
| Specialty Commercial Segment | $ 228,389 | $ 275,436 |
| Standard Commercial Segment | 61,936 | 78,119 |
| Personal Segment | 8,743 | 11,505 |
| Liabilities for unpaid losses and allocated loss adjustment expenses, net of reinsurance | 299,068 | 365,060 |
| | | |
| Reinsurance recoverable on unpaid losses and LAE | | |
| Specialty Commercial Segment | 198,802 | 137,975 |
| Standard Commercial Segment | 9,783 | 6,051 |
| Personal Segment | 13,131 | 10,586 |
| Total reinsurance recoverable on unpaid losses and LAE | 221,716 | 154,612 |
| | | |
| Unallocated loss adjustment expenses | | |
| Specialty Commercial Segment | 2,550 | 3,377 |
| Standard Commercial Segment | 2,958 | 3,153 |
| Personal Segment | 955 | 898 |
| Total unallocated loss adjustment expenses | 6,463 | 7,428 |
| Total reserves for unpaid losses and loss adjustment expenses | $ 527,247 | $ 527,100 |

*Claims Duration*

The following table provides supplementary unaudited information about the annual percentage payout of incurred losses and ALAE, net of reinsurance, as of December 31, 2018:

| | Average Annual Percentage Payout of Incurred Claims by Age, Net of Reinsurance (1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Specialty Commercial Segment | 27.1 % | 24.0 % | 20.5 % | 13.6 % | 7.9 % | 2.7 % | 1.7 % | 1.8 % | 0.4 % | 0.3 % |
| Standard Commercial Segment | 45.3 % | 25.2 % | 9.2 % | 6.9 % | 4.8 % | 3.7 % | 1.3 % | 1.0 % | 1.4 % | 1.2 % |
| Personal Segment | 53.7 % | 28.0 % | 10.2 % | 5.4 % | 1.5 % | 0.3 % | 0.3 % | 0.3 % | 0.1 % | 0.2 % |

(1) The average annual percentage payout is calculated from a paid losses and ALAE development pattern based on an actuarial analysis of the paid losses and ALAE movements by accident year for each disaggregation category. The paid losses and ALAE development pattern provides the expected percentage of ultimate losses and ALAE to be paid in each year. The pattern considers all accident years included in the claims development tables.

**7.   Reinsurance:**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit

APP. 0379

risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2018 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for the last two years (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Premium Written : |  |  |
| Direct | $ 660,298 | $ 601,780 |
| Assumed | 2,717 | 2,376 |
| Ceded | (299,217) | (238,573) |
|  | $ 363,798 | $ 365,583 |
|  |  |  |
| Premium Earned: |  |  |
| Direct | $ 639,437 | $ 567,089 |
| Assumed | 2,159 | 1,680 |
| Ceded | (278,509) | (207,732) |
|  | $ 363,087 | $ 361,037 |
|  |  |  |
| Reinsurance recoveries | $ 199,690 | $ 144,948 |

Included in reinsurance recoverable on the consolidated balance sheets are paid loss recoverables of $29.7 million and $28.2 million as of December 31, 2018 and 2017, respectively.

**8.    Revolving Credit Facility and Notes Payable:**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of December 31, 2018, we had no outstanding borrowings under Facility A.

 The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of December 31, 2018, we had $30.0 million outstanding under Facility B.

 The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC.  Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

F-29

**9.    Subordinated Debt Securities:**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Hallmark Statutory Trust I ("Trust I") as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 6.04% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Hallmark Statutory Trust II ("Trust II") as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. Our Trust II subordinated debt securities bore an initial interest rate of 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollateralized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.69% per annum.

**10.    Segment Information:**

We pursue our business activities primarily through subsidiaries whose operations are organized into producing units and are supported by our insurance carrier subsidiaries. Our non-carrier insurance activities are organized by operating units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Contract Binding operating unit is comprised of our HSU, PAAC and TGASRI subsidiaries. Our Specialty Commercial operating unit is comprised of our Aerospace Insurance Managers, ASRI, ACMG, HXS and HDS subsidiaries.

*Standard Commercial Segment.* The Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies. Our Standard Commercial P&C operating unit is comprised of our American Hallmark Insurance Services and ECM subsidiaries. Our Workers Compensation operating unit is comprised of our TBIC Holdings, TBIC and TBICRM subsidiaries.

*Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit is comprised of AHGA and HCS.

F-30

APP. 0381

The retained premium produced by these reportable segments is supported by our AHIC, HSIC, HIC, HNIC and TBIC insurance company subsidiaries. In addition, control and management of HCM is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

The following is additional business segment information for the twelve months ended December 31, 2018 and 2017 (in thousands):

| | 2018 | 2017 |
|---|---|---|
| **Revenues** | | |
| Specialty Commercial Segment | $ 280,283 | $ 277,946 |
| Standard Commercial Segment | 76,548 | 70,302 |
| Personal Segment | 38,623 | 40,462 |
| Corporate | (16,186) | (3,189) |
| Consolidated | $ 379,268 | $ 385,521 |
| | | |
| **Depreciation and Amortization Expense** | | |
| Specialty Commercial Segment | $ 2,986 | $ 2,796 |
| Standard Commercial Segment | 390 | 294 |
| Personal Segment | 1,312 | 1,258 |
| Corporate | 453 | 367 |
| Consolidated | $ 5,141 | $ 4,715 |
| | | |
| **Interest Expense** | | |
| Specialty Commercial Segment | $ — | $ — |
| Standard Commercial Segment | — | — |
| Personal Segment | — | — |
| Corporate | 4,545 | 4,512 |
| Consolidated | $ 4,545 | $ 4,512 |
| | | |
| **Tax Expense (Benefit)** | | |
| Specialty Commercial Segment | $ 5,521 | $ (4,382) |
| Standard Commercial Segment | 2,511 | 3,849 |
| Personal Segment | 587 | (676) |
| Corporate | (6,163) | (3,810) |
| Consolidated | $ 2,456 | $ (5,019) |
| | | |
| **Pre-tax income (loss)** | | |
| Specialty Commercial Segment | $ 28,780 | $ 2,012 |
| Standard Commercial Segment | 13,090 | 2,440 |
| Personal Segment | 3,061 | (3,058) |
| Corporate | (32,128) | (17,966) |
| Consolidated | $ 12,803 | $ (16,572) |

APP. 0382

The following is additional business segment information as of the following dates (in thousands):

|  | December 31 | |
|---|---|---|
|  | **2018** | **2017** |
| Assets: | | |
| Specialty Commercial Segment | $ 858,262 | $ 810,133 |
| Standard Commercial Segment | 158,881 | 162,152 |
| Personal Segment | 226,431 | 232,441 |
| Corporate | 21,320 | 26,400 |
| Consolidated | $ 1,264,894 | $ 1,231,126 |

### 11.  Earnings Per Share:

We have adopted the provisions of ASC 260, "Earnings Per Share," requiring presentation of both basic and diluted earnings per share. A reconciliation of the numerators and denominators of the basic and diluted per share calculations is presented below (in thousands, except per share amounts):

|  | **2018** | **2017** |
|---|---|---|
| Numerator for both basic and diluted earnings per share: | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
|  | | |
| Denominator, basic shares | 18,086 | 18,343 |
| Effect of dilutive securities: | | |
| Stock-based compensation awards | 115 | — |
| Denominator, diluted shares | 18,201 | 18,343 |
|  | | |
| Basic earnings per share: | $ 0.57 | $ (0.63) |
|  | | |
| Diluted earnings per share: | $ 0.57 | $ (0.63) |

We had 32,164 and 406,731 shares of common stock potentially issuable upon exercise of employee stock options for years ended December 31, 2018 and 2017, respectively, that were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive. These instruments expire at varying times from 2019 to 2021.

### 12.  Regulatory Capital Restrictions:

Hallmark, as a holding company, is dependent on dividend payments and management fees from its subsidiaries to fund its operating expenses, debt obligations and capital needs, including the ability to pay dividends to its stockholders. Hallmark has never paid dividends on its common stock. Hallmark intends to continue this policy for the foreseeable future in order to retain earnings for development of its business. There are no regulatory or contractual restrictions on the ability of Hallmark to pay dividends other than customary default provisions and the impact of any dividend payment on financial ratio covenants in certain credit agreements. However, there are restrictions on the ability of Hallmark's insurance carrier subsidiaries to transfer funds to the holding company. The amount of retained earnings that is unrestricted for the payment of dividends by Hallmark to its shareholders was $59.7 million as of December 31, 2018.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net

F-32

APP. 0383

income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2018 and 2017 our insurance company subsidiaries paid $5.5 million and $11.4 million, respectively, in dividends to Hallmark. The total restricted net assets of our insurance company subsidiaries as of December 31, 2018, was $195.9 million.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. Our insurance subsidiaries did not pay management fees to Hallmark and our non-insurance company subsidiaries during 2018 and 2017.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2018 and 2017, our insurance company subsidiaries reported statutory capital and surplus of $247.0 million and $233.3 million, respectively, substantially greater than the minimum requirements for each state. For the years ended December 31, 2018, and 2017, respectively, our insurance company subsidiaries reported statutory net income of $35.9 million and $1.9 million, respectively.

The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2018, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

**13.   Share-based Payment Arrangements:**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015.  As of December 31, 2018, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 244,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015.  There are 2,000,000 shares authorized for issuance under the 2015 LTIP.  As of December 31, 2018, restricted stock units representing the right to receive up to 508,345 shares of our common stock were outstanding under the 2015 LTIP.  There were no stock option awards granted under the 2015 LTIP as of December 31, 2018.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%,  20%,  30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant.  Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant.  Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant.  One grant of 200,000 non-qualified stock options in 2009 vests in equal annual increments on each of the first seven anniversary dates and terminates ten years from the date of grant.

F-33

A summary of the status of our stock options as of December 31, 2018 and changes during the year then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $ 7.85 | | |
| Granted | — | — | | |
| Exercised | (36,500) | $ 6.61 | | |
| Forfeited or expired | (126,074) | $ 10.57 | | |
| Outstanding at December 31, 2018 | 244,157 | $ 6.63 | 0.4 | $ 991 |
| Exercisable at December 31, 2018 | 244,157 | $ 6.63 | 0.4 | $ 991 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Intrinsic value of options exercised | $ 122 | $ 163 |
| Cost of share-based payments (non-cash) | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — |

As of December 31, 2018, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during 2018 or 2017.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share".

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively. We incurred compensation expense of $152 thousand and $149 thousand related to restricted stock units during the years

F-34

ended December 31, 2018 and 2017. We recorded income tax benefit of $32 thousand and $52 thousand related to restricted stock units during the years ended December 31, 2018 and 2017.

The following table details the status of our restricted stock units as of and for the years ended December 31, 2018 and 2017:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | **2018** | **2017** |
| Nonvested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Nonvested at December 31 | 338,897 | 385,779 |

As of December 31, 2018, there was $2.0 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $1.6 million of compensation cost related to unvested restricted stock units, of which $0.7 million is expected to be recognized in 2019, $0.7 million is expected to be recognized in 2020 and $0.2 million is expected to be recognized in 2021.

**14.  Retirement Plans:**

Certain employees of the Standard Commercial Segment were participants in a defined cash balance plan covering all full-time employees who had completed at least 1,000 hours of service. This plan was frozen in March 2001 in anticipation of distribution of plan assets to members upon plan termination. All participants were vested when the plan was frozen.

F-35

APP. 0386

The following tables provide detail of the changes in benefit obligations, components of benefit costs, weighted-average assumptions, and plan assets for the retirement plan as of and for the twelve months ending December 31, 2018 and 2017 (in thousands) using a measurement date of December 31.

|  | 2018 | 2017 |
|---|---|---|
| **Assumptions (end of period):** | | |
| Discount rate used in determining benefit obligation | 4.05 % | 3.45 % |
| Rate of compensation increase | N/A | N/A |
| | | |
| **Reconciliation of funded status (end of period):** | | |
| Accumulated benefit obligation | $ (11,687) | $ (12,758) |
| | | |
| Projected benefit obligation | $ (11,687) | $ (12,758) |
| Fair value of plan assets | 9,669 | 11,153 |
| Funded status | $ (2,018) | $ (1,605) |
| | | |
| Net actuarial loss | (4,130) | (3,554) |
| Accumulated other comprehensive loss | (4,130) | (3,554) |
| Prepaid pension cost | 2,112 | 1,949 |
| Net amount recognized as of December 31 | $ (2,018) | $ (1,605) |
| | | |
| **Changes in projected benefit obligation:** | | |
| Benefit obligation as of beginning of period | $ 12,758 | $ 12,618 |
| Interest cost | 424 | 471 |
| Actuarial liability (gain)/loss | (628) | 554 |
| Benefits paid | (867) | (885) |
| Benefit obligation as of end of period | $ 11,687 | $ 12,758 |
| | | |
| **Change in plan assets:** | | |
| Fair value of plan assets as of beginning of period | $ 11,153 | $ 10,415 |
| Actual return on plan assets (net of expenses) | (617) | 1,623 |
| Employer contributions | — | — |
| Benefits paid | (867) | (885) |
| Fair value of plan assets as of end of period | $ 9,669 | $ 11,153 |
| | | |
| **Net periodic pension cost:** | | |
| Service cost - benefits earned during the period | $ — | $ — |
| Interest cost on projected benefit obligation | 424 | 471 |
| Expected return on plan assets | (694) | (646) |
| Recognized actuarial loss | 106 | 126 |
| Net periodic pension cost | $ (164) | $ (49) |
| | | |
| Discount rate | 3.45 % | 3.88 % |
| Expected return on plan assets | 6.50 % | 6.50 % |
| Rate of compensation increase | N/A | N/A |

F-36

Estimated future benefit payments by fiscal year (in thousands):

| | | |
|---|---|---|
| 2019 | $ | 881 |
| 2020 | $ | 870 |
| 2021 | $ | 875 |
| 2022 | $ | 861 |
| 2023 | $ | 843 |
| 2024-2028 | $ | 3,941 |

As of December 31, 2018, the fair value of the plan assets was composed of cash and cash equivalents of $0.3 million, debt securities of $3.5 million and equity securities of $5.9 million.

Our investment objectives are to preserve capital and to achieve long-term growth through a favorable rate of return equal to or greater than 5% over the long-term (60 year) average inflation rate as measured by the consumer price index. The objective of the equity portion of the portfolio is to achieve a return in excess of the Standard & Poor's 500 index. The objective of the fixed income portion of the portfolio is to add stability, consistency, safety and total return to the total fund portfolio.

We prohibit investments in options, futures, precious metals, short sales and purchase on margin. We also restrict the investment in fixed income securities to "A" rated or better by Moody's or Standard & Poor's rating services and restrict investments in common stocks to only those that are listed and actively traded on one or more of the major United States stock exchanges, including NASDAQ. We manage to an asset allocation of 45% to 75% in equity securities. An investment in any single stock issue is restricted to 5% of the total portfolio value and 90% of the securities held in mutual or commingled funds must meet the criteria for common stocks.

To develop the expected long-term rate of return on assets assumption, we consider the historical returns and the future expectations for returns for each asset class, as well as the target asset allocation of the pension portfolio. This resulted in the selection of the 6.5% long-term rate of return on assets assumption. The expected return on plan assets uses the fair market value as of December 31, 2018. To develop the discount rate used in determining the benefit obligation we used the Findley AA Pension Discount Curve at the measurement date to match the timing and amounts of projected future benefits.  A corridor approach is used to amortize actuarial gains and losses.  We are applying the 10% threshold set forth in ASC 715. In addition, since all accrued benefits under the plan are frozen, we are amortizing the unrecognized gains and losses outside of the corridor by the average life expectancy of the plan participants.

We expect that we will not be required to make a contribution to the defined benefit cash balance plan during 2019. We expect our 2019 net periodic pension cost to be zero, the components of which are interest cost of $454 thousand, expected return on plan assets of ($597) thousand and amortization of actuarial loss of $143 thousand.

The following table shows the weighted-average asset allocation for the defined benefit cash balance plan held as of December 31, 2018 and 2017.

| | December 31 | |
|---|---|---|
| | **2018** | **2017** |
| Asset Category: | | |
| Debt securities | 36 % | 32 % |
| Equity securities | 61 % | 64 % |
| Other | 3 % | 4 % |
| Total | 100 % | 100 % |

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. (See Note 3.)

F-37

APP. 0388

The following table presents, for each of the fair value hierarchy levels, our plan assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| Debt securities | $ — | $ 3,468 | $ — | $3,468 |
| Equity securities | 5,913 | — | — | 5,913 |
| Total | $ 5,913 | $ 3,468 | $ — | $9,381 |

| | As of December 31, 2017 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| Debt securities | $ — | $ 3,586 | $ — | $ 3,586 |
| Equity securities | 7,156 | — | — | 7,156 |
| Total | $ 7,156 | $ 3,586 | $ — | $10,742 |

Our plan assets also include cash and cash equivalents of $0.3 million and $0.4 million at December 31, 2018 and 2017, respectively, that are carried at cost which approximates fair value.

We sponsor a defined contribution plan. Under this plan, employees may contribute a portion of their compensation on a tax-deferred basis, and we may contribute a discretionary amount each year. We contributed $0.2 million for each of the years ended December 31, 2018 and 2017.

F-38

**15.    Income Taxes:**

The composition of deferred tax assets and liabilities and the related tax effects as of December 31, 2018 and 2017, are as follows (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Deferred tax liabilities: | | |
| Deferred policy acquisition costs | $ (3,001) | $ (3,361) |
| Net unrealized holding gain on investments | (1,087) | (4,688) |
| Agency relationship | (22) | (28) |
| Intangible assets | (2,179) | (2,476) |
| Goodwill | (357) | (357) |
| Bond amortization | (72) | (111) |
| Fixed assets | (992) | (860) |
| Other | (279) | (303) |
| Total deferred tax liabilities | (7,989) | (12,184) |
| | | |
| Deferred tax assets: | | |
| Unearned premiums | 6,931 | 6,901 |
| Amortization of non-compete agreements | 71 | 107 |
| Pension liability | 867 | 746 |
| Net operating loss carry-forward | 93 | 200 |
| Unpaid loss and loss adjustment expense | 2,505 | 3,422 |
| Rent reserve | 54 | 158 |
| Bonus accrual | 632 | 302 |
| Investment impairments | 1,446 | 1,956 |
| Other | 373 | 329 |
| Total deferred tax assets | 12,972 | 14,121 |
| | | |
| Deferred federal income taxes, net | $ 4,983 | $ 1,937 |

We concluded that no valuation allowance was necessary to provide against our deferred tax assets as of December 31, 2018.

F-39

APP. 0390

A reconciliation of the income tax provisions based on the applicable statutory tax rates of 21% and 35% to the provisions reflected in the consolidated financial statements for the years ended December 31, 2018 and 2017, respectively, is as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Computed expected income tax expense (benefit) at statutory tax rate | $ 2,689 | $ (5,800) |
| Meals and entertainment | 75 | 81 |
| Tax exempt interest | (435) | (987) |
| Dividends received deduction | (94) | (196) |
| State taxes (net of federal benefit) | 266 | 165 |
| Tax law change | — | 1,276 |
| True up bond amortization | — | 464 |
| Other | (45) | (22) |
| Income tax expense (benefit) | $ 2,456 | $ (5,019) |
|  |  |  |
| Current income tax expense (benefit) | $ 4,300 | $ (3,444) |
| Deferred tax benefit | (1,844) | (1,575) |
| Income tax expense (benefit) | $ 2,456 | $ (5,019) |

We have available, for federal income tax purposes, unused net operating loss of $0.4 million at December 31, 2018. The losses were acquired as part of the HIC and HCM acquisitions and may be used to offset future taxable income. Utilization of the losses is limited under Internal Revenue Code Section 382. The Internal Revenue Code provides that effective with tax years beginning September 1997, the carry-back and carry-forward periods are 2 years and 20 years, respectively, with respect to newly generated operating losses. The net operating losses will expire if unused, as follows (in thousands):

| Year |  |
|---|---|
| 2022 | $ — |
| 2028 | 2 |
| 2029 | 25 |
| 2031 | 45 |
| 2032 | 77 |
| 2033 | 73 |
| 2034 | 59 |
| 2035 | 33 |
| 2036 | 50 |
| 2037 | 29 |
| 2038 | 49 |
|  | $ 442 |

We are no longer subject to U.S. federal, state, local or non-U.S. income tax examinations by tax authorities for years prior to 2015. The Company recognizes interest and penalties related to uncertain tax positions in income tax expense. There were no uncertain tax positions at December 31, 2018.

## 16.   Supplemental Cash Flow Information

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

APP. 0391

| | As of December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Cash and cash equivalents | $ 35,594 | $ 64,982 |
| Restricted cash | 4,877 | 2,651 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 40,471 | $ 67,633 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the years ended December 31, 2018 and 2017:

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Interest paid | $ 4,842 | $ 4,506 |
| Income taxes (recovered) paid | $ (3,236) | $ 137 |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 3,369 | $ 5,235 |
| Payable for securities related to investment purchases | $ 698 | $ 7,488 |

## 17.   Commitments and Contingencies:

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Certain of these leases contain renewal options. Rental expense amounted to $3.1 million and $2.8 million for the years ended December 31, 2018 and 2017.

Future minimum lease payments under non-cancelable operating leases as of December 31, 2018 are as follows (in thousands):

| Year | |
| --- | --- |
| 2019 | $ 2,269 |
| 2020 | 2,491 |
| 2021 | 2,172 |
| 2022 | 2,171 |
| 2023 | 1,885 |
| 2024 and thereafter | 15,266 |
| Total minimum lease payments | $ 26,254 |

From time to time, assessments are levied on us by the guaranty association of the states where we offer our insurance products. Such assessments are made primarily to cover the losses of policyholders of insolvent or rehabilitated insurers. Since these assessments can generally be recovered through a reduction in future premium taxes paid, we capitalize the

assessments that can be recovered as they are paid and amortize the capitalized balance against our premium tax expense. We did not pay an assessment during 2018.  During 2017 we paid $36 thousand in assessments.

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

### 18.   Changes in Accumulated Other Comprehensive Income Balances:

The changes in accumulated other comprehensive income balances as of December 31, 2018 and 2017 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at January 1, 2017 | $ (2,666) | $ 13,037 | $ 10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 548 | — | 548 |
| Tax effect on change in net actuarial gain | (192) | — | (192) |
| Unrealized holding gains arising during the period | — | 9,117 | 9,117 |
| Tax effect on unrealized gains arising during the period | — | (3,191) | (3,191) |
| Reclassification adjustment for gains included in net realized gains | — | (6,799) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 2,380 | 2,380 |
| Other comprehensive income, net of tax | 356 | 1,507 | 1,863 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | (576) | — | (576) |
| Tax effect on change in net actuarial gain | 121 | — | 121 |
| Unrealized holding losses arising during the period | — | (3,343) | (3,343) |
| Tax effect on unrealized losses arising during the period | — | 702 | 702 |
| Reclassification adjustment for gains included in net realized gains | — | (1,803) | (1,803) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 379 | 379 |
| Other comprehensive loss, net of tax | (455) | (4,065) | (4,520) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |

### 19.   Concentrations of Credit Risk:

We maintain cash and cash equivalents in accounts with four financial institutions in excess of the amount insured by the Federal Deposit Insurance Corporation. We monitor the financial stability of the depository institutions regularly and do not believe excessive risk of depository institution failure existed at December 31, 2018.

We are also subject to credit risk with respect to reinsurers to whom we have ceded underwriting risk. Although a reinsurer is liable for losses to the extent of the coverage it assumes, we remain obligated to our policyholders in the event that the reinsurers do not meet their obligations under the reinsurance agreements. In order to mitigate credit risk to reinsurance companies, we monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Most of our reinsurance recoverable balances as of December 31, 2018 were with reinsurers that had an A.M. Best rating of "A-" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

APP. 0393

**Schedule II – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**BALANCE SHEETS**
**December 31, 2018 and 2017**
**(In thousands)**

|  | 2018 | 2017 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $150 in 2018 and $150 in 2017) | $ 786 | $ 150 |
| Cash and cash equivalents | 10,159 | 12,194 |
| Investment in subsidiaries | 344,904 | 344,496 |
| Deferred federal income taxes | 442 | 493 |
| Federal income tax recoverable | 6,133 | 3,914 |
| Other assets | 3,784 | 3,571 |
| Total assets | $ 366,208 | $ 364,818 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $898 in 2018 and $949 in 2017) | 55,804 | 55,753 |
| Accounts payable and other accrued expenses | 24,872 | 27,947 |
| Total liabilities | 110,676 | 113,700 |
| | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and in 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,168 | 123,180 |
| Retained earnings | 161,195 | 136,474 |
| Accumulated other comprehensive income | (6,660) | 12,234 |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 in 2017), at cost | (25,928) | (24,527) |
| | | |
| Total stockholders' equity | 255,532 | 251,118 |
| Total liabilities and stockholders' equity | $ 366,208 | $ 364,818 |

See accompanying report of independent registered public accounting firm.

F-43

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2018 and 2017**
**(In thousands)**

|  | 2018 | 2017 |
|---|---:|---:|
| Investment income, net of expenses | $ 290 | $ 210 |
| Dividend income from subsidiaries | 5,525 | 11,375 |
| Net realized losses | — | (759) |
| Management fee income | 14,736 | 11,896 |
| Total revenues | 20,551 | 22,722 |
| | | |
| Operating expenses | 11,395 | 10,265 |
| Interest expense | 4,545 | 4,512 |
| | | |
| Total expenses | 15,940 | 14,777 |
| | | |
| Income before equity in undistributed earnings (loss) of subsidiaries and income tax benefit | 4,611 | 7,945 |
| | | |
| Income tax benefit | (306) | (947) |
| | | |
| Income before equity in undistributed earnings (loss) of subsidiaries | 4,917 | 8,892 |
| Equity in undistributed share of earnings (loss) in subsidiaries | 5,430 | (20,445) |
| | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| | | |
| Comprehensive income (loss) | $ 5,827 | $ (9,690) |

See accompanying report of independent registered public accounting firm.

F-44

APP. 0395

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2018 and 2017**
**(In thousands)**

|  | 2018 | 2017 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| | | |
| Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities: | | |
| Depreciation and amortization expense | 377 | 367 |
| Deferred income tax expense (benefit) | 51 | (160) |
| Net realized losses | — | 759 |
| Undistributed share of (earnings) loss of subsidiaries | (5,430) | 20,445 |
| Change in current federal income tax recoverable | (2,219) | (1,158) |
| Change in all other liabilities | (3,075) | 306 |
| Change in all other assets | (466) | 632 |
| Net cash (used in) provided by operating activities | (415) | 9,638 |
| | | |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (55) | (97) |
| Purchase of investment securities | — | (1,304) |
| Net cash used in investing activities | (55) | (1,401) |
| | | |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| | | |
| (Decrease) increase in cash and cash equivalents | (2,035) | 3,160 |
| Cash and cash equivalents at beginning of year | 12,194 | 9,034 |
| Cash and cash equivalents at end of year | $ 10,159 | $ 12,194 |
| | | |
| Supplemental cash flow information: | | |
| Interest paid | $ 4,842 | $ 4,506 |
| | | |
| Income taxes paid | $ 1,996 | $ 372 |

See accompanying report of independent registered public accounting firm.

F-45

APP. 0396

FINANCIAL STATEMENT SCHEDULES

**Schedule III - Supplementary Insurance Information**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|
| Segment | Deferred Policy Acquisition Costs | Future Policy Benefits, Losses, Claims, and Loss Adjustment Expenses | Unearned Premiums | Other Policy Claims and Benefits Payable | Premium Revenue | Net Investment Income | Benefits, Claims, Losses and Settlement Expenses | Amortization of Deferred Policy Acquisition Costs | Other Operating Expenses | Net Premiums Written |
| **2018** | | | | | | | | | | |
| Specialty Commercial Segment | $ 5,637 | $ 429,741 | $ 234,563 | $ — | $ 258,186 | $ 19,302 | $ 194,268 | $ 21,133 | $ 52,071 | $ 251,731 |
| Standard Commercial Segment | 5,212 | 74,677 | 40,813 | — | 72,321 | 3,736 | 39,396 | 13,415 | 22,825 | 69,222 |
| Personal Segment | 3,442 | 22,829 | 22,685 | — | 32,580 | 1,185 | 22,364 | 2,888 | 15,420 | 42,845 |
| Corporate | — | — | — | — | — | (5,991) | — | — | 11,396 | — |
| Consolidated | $ 14,291 | $ 527,247 | $ 298,061 | $ — | $ 363,087 | $ 18,232 | $ 256,028 | $ 37,436 | $ 101,712 | $ 363,798 |
| **2017** | | | | | | | | | | |
| Specialty Commercial Segment | $ 8,668 | $ 416,788 | $ 224,903 | $ — | $ 259,086 | $ 16,809 | $ 213,050 | $ 21,600 | $ 57,458 | $ 265,022 |
| Standard Commercial Segment | 6,421 | 87,323 | 37,574 | — | 66,218 | 3,855 | 45,227 | 10,890 | 23,180 | 69,288 |
| Personal Segment | 913 | 22,989 | 14,165 | — | 35,733 | 1,194 | 30,031 | 1,775 | 12,712 | 31,273 |
| Corporate | — | — | — | — | — | (2,984) | — | — | 10,265 | — |
| Consolidated | $ 16,002 | $ 527,100 | $ 276,642 | $ — | $ 361,037 | $ 18,874 | $ 288,308 | $ 34,265 | $ 103,615 | $ 365,583 |

See accompanying report of independent registered public accounting firm.

F-46

APP. 0397

FINANCIAL STATEMENT SCHEDULES

**Schedule IV – Reinsurance**

*(In thousands)*

|  | Column B<br>Gross<br>Amount | Column C<br>Ceded to<br>Other<br>Companies | Column D<br>Assumed from<br>Other<br>Companies | Column E<br>Net<br>Amount | Column F<br>Percentage of<br>Amount<br>Assumed to Net |
|---|---|---|---|---|---|
| **Year Ended December 31, 2018** |  |  |  |  |  |
| Life insurance in force | $ — | $ — | $ — | $ — |  |
|  |  |  |  |  |  |
| Premiums |  |  |  |  |  |
| Life insurance | $ — | $ — | $ — | $ — |  |
| Accident and health insurance | — | — | — | — |  |
| Property and liability insurance | 639,437 | (278,509) | 2,159 | 363,087 | 0.59 % |
| Title Insurance | — | — | — | — |  |
| Total premiums | $ 639,437 | $ (278,509) | $ 2,159 | $ 363,087 | 0.59 % |
|  |  |  |  |  |  |
| **Year Ended December 31, 2017** |  |  |  |  |  |
| Life insurance in force | $ — | $ — | $ — | $ — |  |
|  |  |  |  |  |  |
| Premiums |  |  |  |  |  |
| Life insurance | $ — | $ — | $ — | $ — |  |
| Accident and health insurance | — | — | — | — |  |
| Property and liability insurance | 567,089 | (207,732) | 1,680 | 361,037 | 0.47 % |
| Title Insurance | — | — | — | — |  |
| Total premiums | $ 567,089 | $ (207,732) | $ 1,680 | $ 361,037 | 0.47 % |

See accompanying report of independent registered public accounting firm.

F-47

APP. 0398

FINANCIAL STATEMENT SCHEDULES

**Schedule VI - Supplemental Information Concerning Property-Casualty Insurance Operations**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reserves for Unpaid Claims and Claim | Discount if any, | | | | Claims and Claim Adjustment Expenses Incurred Related to | | Amortization of Deferred Policy | Paid Claims and Claims | |
| | Deferred Policy | | | | | Net | | | | | Net |
| Affiliation With Registrant | Acquisition Costs | Adjustment Expenses | Deducted In Column C | Unearned Premiums | Earned Premiums | Investment Income | (1) Current Year | (2) Prior Years | Acquisitions Costs | Adjustment Expenses | Premiums Written |
| (a) Consolidated property-casualty Entities | | | | | | | | | | | |
| 2018 | $ 14,291 | $ 527,247 | $ — | $298,061 | $363,087 | $ 18,232 | $ 250,075 | $ 5,953 | $ 37,436 | $ 322,985 | $363,798 |
| 2017 | $ 16,002 | $ 527,100 | $ — | $276,642 | $361,037 | $ 18,874 | $ 248,203 | $40,105 | $ 34,265 | $ 274,150 | $365,583 |

See accompanying report of independent registered public accounting firm.

F-48

Exhibit 21

Subsidiaries of Hallmark Financial Services, Inc.

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| o   Aerospace Claims Management Group, Inc. | Texas |
| o   Aerospace Flight, Inc. | Texas |
| o   Aerospace Holdings, LLC | Texas |
| o   Aerospace Insurance Managers, Inc. | Texas |
| o   Aerospace Special Risk, Inc. | Texas |
| o   American Hallmark General Agency, Inc. | Texas |
|     o   d/b/a Hallmark Specialty Personal Lines | |
| o   American Hallmark Insurance Company of Texas | Texas |
| o   American Hallmark Insurance Services, Inc. | Texas |
|     o   d/b/a Hallmark Commercial Insurance Solutions | |
| o   CYR Insurance Management Company | Texas |
| o   Effective Claims Management, Inc. | Texas |
| o   Hallmark Claims Service, Inc. | Texas |
| o   Hallmark County Mutual Insurance Company* | Texas |
| o   Hallmark Finance Corporation | Texas |
| o   Hallmark Insurance Company | Arizona |
|     o   d/b/a Hallmark American Insurance Company | |
| o   Hallmark National Insurance Company | Arizona |
| o   Hallmark Specialty Insurance Company | Oklahoma |
| o   Hardscrabble Data Solutions, LLC | New Jersey |
| o   Heath XS, LLC | New Jersey |
|     o   d/b/a Hallmark E&S | |
|     o   d/b/a Hallmark E&S Insurance Services, LLC | |
| o   Pan American Acceptance Corporation | Texas |
| o   TBIC Holding Corporation, Inc. | Texas |
| o   TBIC Risk Management, Inc. | Texas |
| o   Texas Builders Insurance Company | Texas |
| o   Hallmark Specialty Underwriters, Inc. | Texas |
| o   TGA Special Risk, Inc. | Texas |

\* Controlled through a management agreement.

APP. 0400

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Fort Worth, Texas

We hereby consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-140000), Form S-8 (No. 333-160050) and Form S-8 (No. 333-210078) of Hallmark Financial Services, Inc. of our reports dated March 14, 2019, relating to the consolidated financial statements and financial statement schedules and the effectiveness of Hallmark Financial Services Inc.'s internal control over financial reporting, which appear in this Form 10-K.

/s/ BDO USA, LLP

Dallas, Texas
March 14, 2019

APP. 0401

**CERTIFICATIONS**

I, Naveen Anand, certify that:

1.    I have reviewed this annual report on Form 10-K of  Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 14, 2019

/s/ Naveen Anand
Naveen Anand, Chief Executive Officer

**CERTIFICATIONS**

I, Jeffrey R. Passmore, certify that:

1.  I have reviewed this annual report on Form 10-K of Hallmark Financial Services, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.  The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

   a)  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)  evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d)  disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.  The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

   a)  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

   b)  any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 14, 2019

/s/ Jeffrey R. Passmore
Jeffrey R. Passmore, Chief Accounting Officer

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2018, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    March 14, 2019

/s/ Naveen Anand

Naveen Anand,
Chief Executive Officer

APP. 0404

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

       I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2018, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    March 14, 2019

                                       /s/ Jeffrey R. Passmore

                                     Jeffrey R. Passmore,
                                     Chief Accounting Officer

| Document and Entity Information - USD ($)<br>$ in Millions | 12 Months Ended<br>Dec. 31, 2018 | Mar. 14, 2019 | Jun. 30, 2018 |
|---|---|---|---|
| **Document and Entity Information [Abstract]** | | | |
| Entity Registrant Name | HALLMARK FINANCIAL SERVICES INC | | |
| Entity Central Index Key | 0000819913 | | |
| Current Fiscal Year End Date | --12-31 | | |
| Entity Filer Category | Accelerated Filer | | |
| Trading Symbol | hall | | |
| Document Type | 10-K | | |
| Amendment Flag | false | | |
| Document Period End Date | Dec. 31, 2018 | | |
| Document Fiscal Period Focus | FY | | |
| Document Fiscal Year Focus | 2018 | | |
| Entity Well-known Seasoned Issuer | No | | |
| Entity Voluntary Filers | No | | |
| Entity Current Reporting Status | Yes | | |
| Entity Common Stock, Shares Outstanding | | 18,123,093 | |
| Entity Public Float | | | $ 129.5 |

| Consolidated Balance Sheets - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $550,268 in 2018 and $604,999 in 2017) | $ 545,870 | $ 605,746 |
| Equity securities (cost; $68,709 in 2018 and $30,253 in 2017) | 80,896 | 51,763 |
| Other investments (cost; $3,763 in 2018 and $3,763 in 2017) | 1,148 | 3,824 |
| Total investments | 627,914 | 661,333 |
| Cash and cash equivalents | 35,594 | 64,982 |
| Restricted cash | 4,877 | 2,651 |
| Ceded unearned premiums | 133,031 | 112,323 |
| Premiums receivable | 119,778 | 104,373 |
| Accounts receivable | 1,619 | 1,513 |
| Receivable for securities | 3,369 | 5,235 |
| Reinsurance recoverable | 252,029 | 182,928 |
| Deferred policy acquisition costs | 14,291 | 16,002 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 7,555 | 10,023 |
| Deferred federal income taxes, net | 4,983 | 1,937 |
| Federal income tax recoverable | | 7,532 |
| Prepaid expenses | 2,588 | 1,743 |
| Other assets | 12,571 | 13,856 |
| Total assets | 1,264,894 | 1,231,126 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Revolving credit facility payable | 30,000 | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $898 in 2018 and $949 in 2017) | 55,804 | 55,753 |
| Reserves for unpaid losses and loss adjustment expenses | 527,247 | 527,100 |
| Unearned premiums | 298,061 | 276,642 |
| Reinsurance balances payable | 67,328 | 52,487 |
| Pension liability | 2,018 | 1,605 |
| Payable for securities | 698 | 7,488 |
| Federal income tax payable | 4 | |
| Accounts payable and other accrued expenses | 28,202 | 28,933 |
| Total liabilities | 1,009,362 | 980,008 |
| Commitments and contingencies (Note 17) | | |
| **Stockholders' equity:** | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,168 | 123,180 |
| Retained earnings | 161,195 | 136,474 |
| Accumulated other comprehensive (loss) income | (6,660) | 12,234 |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 shares in 2017), at cost | (25,928) | (24,527) |
| Total stockholders equity | 255,532 | 251,118 |
| Liabilities and equity, total | $ 1,264,894 | $ 1,231,126 |

| Consolidated Balance Sheets (Parenthetical) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| Debt securities, available-for-sale, cost (in dollars) | $ 550,268 | $ 604,999 |
| Equity securities, cost (in dollars) | 68,709 | 30,253 |
| Investments, available-for-sale, cost (in dollars) | 622,740 | 639,015 |
| Unamortized debt issuance cost (in dollars) | $ 898 | $ 949 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,846,131 | 2,703,803 |
| Other Investments [Member] | | |
| Investments, available-for-sale, cost (in dollars) | $ 3,763 | $ 3,763 |

APP. 0408

| Consolidated Statements of Operations - USD ($)<br>$ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Consolidated Statements of Operations [Abstract]** | | |
| Gross premiums written | $ 663,015 | $ 604,156 |
| Ceded premiums written | (299,217) | (238,573) |
| Net premiums written | 363,798 | 365,583 |
| Change in unearned premiums | (711) | (4,546) |
| Net premiums earned | 363,087 | 361,037 |
| Investment income, net of expenses | 18,232 | 18,874 |
| Investment losses, net | (10,195) | (205) |
| Finance charges | 5,115 | 3,867 |
| Commissions and fees | 2,928 | 1,679 |
| Other income | 101 | 269 |
| Total revenues | 379,268 | 385,521 |
| Losses and loss adjustment expenses | 256,028 | 288,308 |
| Operating expenses | 103,424 | 106,805 |
| Interest expense | 4,545 | 4,512 |
| Amortization of intangible assets | 2,468 | 2,468 |
| Total expenses | 366,465 | 402,093 |
| Income (loss) before tax | 12,803 | (16,572) |
| Income tax expense (benefit) | 2,456 | (5,019) |
| Net income (loss) | $ 10,347 | $ (11,553) |
| **Net income (loss) per share:** | | |
| Basic (in dollars per share) | $ 0.57 | $ (0.63) |
| Diluted (in dollars per share) | $ 0.57 | $ (0.63) |

| Consolidated Statements of Comprehensive Income (Loss) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Consolidated Statements of Comprehensive Income (Loss) [Abstract]** | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| **Other comprehensive income (loss):** | | |
| Change in net actuarial (loss) gain | (576) | 548 |
| Tax effect on change in net actuarial (loss) gain | 121 | (192) |
| Unrealized holding (losses) gains arising during the period | (3,343) | 9,117 |
| Tax effect on unrealized holding (losses) gains arising during the period | 702 | (3,191) |
| Reclassification adjustment for gains included in net realized gains | (1,803) | (6,799) |
| Tax effect on reclassification adjustment for gains included in net income | 379 | 2,380 |
| Other comprehensive (loss) income, net of tax | (4,520) | 1,863 |
| Comprehensive income (loss) | $ 5,827 | $ (9,690) |

APP. 0410

| Consolidated Statements of Stockholders' Equity - USD ($) shares in Thousands, $ in Thousands | Common Stock [Member] | Additional Paid-In Capital [Member] | Retained Earnings [Member] | Accumulated Other Comprehensive Income (Loss) [Member] | Treasury Stock [Member] | Total |
|---|---|---|---|---|---|---|
| Beginning balance at Dec. 31, 2016 | $ 3,757 | $ 123,166 | $ 148,027 | $ 10,371 | $ (19,585) | $ 265,736 |
| Beginning balance (in shares) at Dec. 31, 2016 | 20,873 | | | | 2,261 | |
| Acquisition of treasury shares | | | | | $ (5,308) | (5,308) |
| Acquisition of treasury shares (in shares) | | | | | 484 | |
| Equity incentive plan activity | | 149 | | | | 149 |
| Shares issued under employee benefit plans | | (135) | | | $ 366 | 231 |
| Shares issued under employee benefit plans, shares | | | | | (41) | |
| Net income (loss) | | | (11,553) | | | (11,553) |
| Other comprehensive (loss) income, net of tax | | | | 1,863 | | 1,863 |
| Ending balance at Dec. 31, 2017 | $ 3,757 | 123,180 | 136,474 | 12,234 | $ (24,527) | 251,118 |
| Ending balance (in shares) at Dec. 31, 2017 | 20,873 | | | | 2,704 | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | (2,619) | 2,619 | | |
| Acquisition of treasury shares | | | | | $ (1,807) | (1,807) |
| Acquisition of treasury shares (in shares) | | | | | 187 | |
| Equity incentive plan activity | | 152 | | | | 152 |
| Shares issued under employee benefit plans | | (164) | | | $ 406 | 242 |
| Shares issued under employee benefit plans, shares | | | | | (45) | |
| Net income (loss) | | | 10,347 | | | 10,347 |
| Other comprehensive (loss) income, net of tax | | | | (4,520) | | (4,520) |
| Ending balance at Dec. 31, 2018 | $ 3,757 | $ 123,168 | 161,195 | (6,660) | $ (25,928) | $ 255,532 |
| Ending balance (in shares) at Dec. 31, 2018 | 20,873 | | | | 2,846 | |
| Cumulative effect of adoption of updated accounting guindance for equity financial instruments at January 1, 2018 | | | $ 16,993 | $ (16,993) | | |

| Consolidated Statements of Cash Flows - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| **Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities:** | | |
| Depreciation and amortization expense | 5,141 | 4,715 |
| Deferred federal income taxes | (1,844) | (1,575) |
| Investment losses, net | 10,195 | 205 |
| Share-based payments expense | 152 | 149 |
| Change in ceded unearned premiums | (20,708) | (30,841) |
| Change in premiums receivable | (15,405) | (14,658) |
| Change in accounts receivable | (106) | 756 |
| Change in deferred policy acquisition costs | 1,711 | 3,191 |
| Change in unpaid losses and loss adjustment expenses | 147 | 45,533 |
| Change in unearned premiums | 21,419 | 35,388 |
| Change in reinsurance recoverable | (69,101) | (35,107) |
| Change in reinsurance balances payable | 14,841 | 5,999 |
| Change in current federal income tax (recoverable)/payable | 7,536 | (3,581) |
| Change in all other liabilities | (267) | 3,091 |
| Change in all other assets | 3,007 | 5,487 |
| Net cash (used in) provided by operating activities | (32,935) | 7,199 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (2,101) | (2,705) |
| Purchases of investment securities | (222,642) | (305,930) |
| Maturities, sales and redemptions of investment securities | 232,081 | 287,187 |
| Net cash provided by (used in) investing activities | 7,338 | (21,448) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| Decrease in cash and cash equivalents and restricted cash | (27,162) | (19,326) |
| Cash and cash equivalents and restricted cash at beginning of year | 67,633 | 86,959 |
| Cash and cash equivalents and restricted cash at end of year | $ 40,471 | $ 67,633 |

**Accounting Policies**

**12 Months Ended**

**Dec. 31, 2018**

**Accounting Policies [Abstract]**

Accounting Policies

**1.Accounting Policies:**

General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, the "Company", "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit handles primarily commercial insurance products and services and is comprised of Hallmark Specialty Underwriters, Inc. ("HSU"), Pan American Acceptance Corporation ("PAAC") and TGA Special Risk, Inc. ("TGASRI"). Our Specialty Commercial operating unit offers (i) general aviation insurance products and services, (ii) low and middle market commercial umbrella and excess liability insurance, (iii) medical and financial professional liability insurance products and services, (iv) satellite launch insurance products, and (v) primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Specialty Commercial operating unit is comprised of Aerospace Insurance Managers, Inc. ("Aerospace Insurance Managers"), Aerospace Special Risk, Inc. ("ASRI"), Aerospace Claims Management Group, Inc. ("ACMG"), Heath XS, LLC ("HXS") and Hardscrabble Data Solutions, LLC ("HDS"). Our Standard Commercial P&C operating unit handles commercial insurance products and services and is comprised of American Hallmark Insurance Services, Inc. ("American Hallmark Insurance Services") and Effective Claims Management, Inc. ("ECM"). Our Workers Compensation operating unit specializes in small and middle market workers compensation business and is comprised of TBIC Holding Corporation, Inc. ("TBIC Holding"), Texas Builders Insurance Company ("TBIC") and TBIC Risk Management ("TBICRM"). Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit handles personal insurance products and services and is comprised of American Hallmark General Agency, Inc. ("AHGA") and Hallmark Claims Services, Inc. ("HCS"). Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

Basis of Presentation

The accompanying consolidated financial statements include the accounts and operations of Hallmark and its subsidiaries. Intercompany accounts and transactions have been eliminated. The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP") which, as to our insurance company subsidiaries, differ from statutory accounting practices prescribed or permitted for insurance companies by insurance regulatory authorities.

Use of Estimates in the Preparation of Financial Statements

Our preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect our reported amounts of assets and liabilities at the dates of the financial statements and our reported amounts of revenues and expenses during the reporting periods. Management evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors, including the current economic environment, which management believes to be reasonable under the circumstances. We adjust such estimates and assumptions when facts and circumstances dictate. Since future events and their effects cannot be determined with precision, actual results could differ significantly from these estimates. Changes in estimates resulting from continuing changes in the economic environment may be reflected in the financial statements in future periods.

Fair Value of Financial Instruments

Fair value estimates are made at a point in time, based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for

APP. 0413

which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: Our revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of December 31, 2018 and December 31, 2017. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated debt securities: Our trust preferred securities are reported at carry value of $55.8 million and $55.8 million, and had a fair value of $45.6 million and $43.7 million, as of December 31, 2018 and 2017, respectively, and would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Investments

Debt securities available for sale are reported at fair value. Unrealized gains and losses are recorded as a component of stockholders' equity, net of related tax effects. Debt securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations for the portion that is related to credit deterioration with the remaining portion recognized in other comprehensive income. Debt security premiums and discounts are amortized into earnings using the effective interest method. Maturities of debt securities and sales of equity securities are recorded in receivable for securities until the cash is settled. Purchases of debt and equity securities are recorded in payable for securities until the cash is settled.

Equity securities are reported at fair value. On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity securities to be measured at fair value with changes in fair value recognized in net income. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary impairment. Prior to the adoption of ASU 2016-01, unrealized gains and losses on equity securities were recorded as a component of stockholders' equity, net of related tax effects.

Other investments consists of an equity warrant which is reported at fair value. Unrealized gains and losses are reported in the statement of operations as a component of net realized gains (losses).

Realized investment gains and losses are recognized in operations on the first in-first out method.

Cash and Cash Equivalents

We consider all highly liquid investments with an original maturity of three months or less to be cash equivalents.

Restricted Cash

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

Premiums Receivable

Premiums receivable represent amounts due from policyholders or independent agents for premiums written and uncollected. These balances are carried at net realizable value.

Reinsurance

We are routinely involved in reinsurance transactions with other companies. Reinsurance premiums, losses and loss adjustment expenses ("LAE") are accounted for on bases consistent with those used in accounting for the original policies issued and the terms of the reinsurance contracts. (See Note 7.)

Deferred Policy Acquisition Costs

APP. 0414

Policy acquisition costs (mainly commission, underwriting and marketing expenses) that are directly related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. In determining estimated realizable value, the computation gives effect to the premium to be earned, expected investment income, losses and LAE and certain other costs expected to be incurred as the premiums are earned. If the computation results in an estimated net realizable value less than zero, a liability will be accrued for the premium deficiency. During 2018 and 2017, we deferred $35.7 million and $31.1 million of policy acquisition costs and amortized $37.4 million and $34.3 million of deferred policy acquisition costs, respectively. Therefore, the net (amortization) deferrals of policy acquisition costs were ($1.7) million and ($3.2) million for 2018 and 2017, respectively.

Business Combinations

We account for business combinations using the acquisition method of accounting pursuant to Accounting Standards Codification ("ASC") 805, "Business Combinations." The base cash purchase price plus the estimated fair value of any non-cash or contingent consideration given for an acquired business is allocated to the assets acquired (including identified intangible assets) and liabilities assumed based on the estimated fair values of such assets and liabilities. The excess of the fair value of the total consideration given for an acquired business over the aggregate net fair values assigned to the assets acquired and liabilities assumed is recorded as goodwill. Contingent consideration is recognized as a liability at fair value as of the acquisition date with subsequent fair value adjustments recorded in the consolidated statements of operations. The valuation of contingent consideration requires assumptions regarding anticipated cash flows, probabilities of cash flows, discount rates and other factors. Significant judgment is employed in determining the propriety of these assumptions as of the acquisition date and for each subsequent period. Accordingly, future business and economic conditions, as well as changes in any of the assumptions, can materially impact the amount of contingent consideration expense we record in any given period. Indirect and general expenses related to business combinations are expensed as incurred.

Goodwill and Intangible Assets, net

We account for our goodwill and intangible assets according to ASC 350, "Intangibles – Goodwill and Other." Under ASC 350, intangible assets with a finite life are amortized over the estimated useful life of the asset. Goodwill and intangible assets with an indefinite useful life are not amortized. Goodwill and intangible assets are tested for impairment on an annual basis or more frequently if events or changes in circumstances indicate that the carrying amount may not be recoverable. For goodwill, we may perform a qualitative test to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative goodwill impairment test. The first step of the quantitative test is to identify if a potential impairment exists by comparing the fair value of a reporting unit with its carrying amount, including goodwill ("Step 1"). If the fair value of a reporting unit exceeds its carrying value amount, goodwill of the reporting unit is not considered to have a potential impairment and the second step is not necessary. However, if the carrying amount of the reporting unit exceeds its fair value, the second step ("Step 2") is performed to determine if goodwill is impaired and to measure the amount of impairment loss to recognize, if any. Step 2 compares the implied fair value of goodwill with the carrying amount of goodwill. If the implied value of goodwill is less than the carrying amount of goodwill, it is written down to its fair value with a corresponding expense reflected in the Consolidated Statements of Income. The implied goodwill is calculated based on a hypothetical purchase price allocation, similar to the requirements in the accounting guidance for business combinations, whereby the implied fair value of the reporting unit is allocated to the fair value of the assets and liabilities of the reporting unit. We have elected to perform our goodwill impairment test on the first day of the fourth quarter, October 1, of each year.

Leases

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Some of these leases include rent escalation provisions throughout the term of the lease. We expense the average annual cost of the lease with the difference to the actual rent invoices recorded as deferred rent which is classified in accounts payable and other accrued expenses on our consolidated balance sheets.

Property and Equipment

Property and equipment (including leasehold improvements), aggregating $27.0 million and $24.9 million, at December 31, 2018 and 2017, respectively, which is included in other assets, is recorded at cost and is depreciated using the straight-line method over the estimated useful lives of the assets (three to ten years) or the life of the lease, whichever is shorter. Depreciation expense for 2018 and 2017 was $2.7 million and $2.2 million, respectively. Accumulated depreciation was $20.0 million and $17.3 million at December 31, 2018 and 2017, respectively.

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively, the "Trusts") and we do not have variable interests in the Trusts. Therefore, the Trusts are not consolidated in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party variable interest entities. The maximum exposure to loss with respect to these investments is limited to the investment carrying values included in the consolidated balance sheets.

Losses and Loss Adjustment Expenses

Losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through December 31, 2018 and 2017. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These estimates are subject to the effects of trends in loss severity and frequency. Although considerable variability is inherent in such estimates, we believe that the reserves for unpaid losses and LAE are adequate. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Recognition of Premium Revenues

Insurance premiums are earned pro rata over the terms of the policies. Insurance policy fees are earned as of the effective date of the policy. Upon cancellation, any unearned premium is refunded to the insured. Insurance premiums written include gross policy fees of $6.5 million and $7.6 million for the years ended December 31, 2018 and 2017, respectively. Insurance premiums on monthly reporting workers' compensation policies are earned on the conclusion of the monthly coverage period. Deposit premiums for workers' compensation policies are earned upon the expiration of the policy.

Finance Charges

We receive premium installment fees for each direct bill payment from policyholders. Installment fee income is classified as finance charges on the consolidated statement of operations and is recognized as the fee is invoiced.

Agent Commissions

We pay monthly commissions to agents based on written premium produced, but generally recognize the expense pro rata over the term of the policy. If the policy is cancelled prior to its expiration, the unearned portion of the agent commission is refundable to us. The unearned portion of commissions paid to agents is included in deferred policy acquisition costs. We annually pay a profit sharing commission to our independent agency force based upon the results of the business produced by each agent. We estimate and accrue this liability to commission expense in the year the business is produced.

Commission expense is classified as operating expenses in the consolidated statements of operations.

Income Taxes

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted. Among many changes resulting from TCJA, the new law (i) reduces the corporate tax rate to 21% effective January 1, 2018, (ii) eliminates the corporate alternative minimum tax for tax years beginning after December 31, 2017, (iii) allows businesses to immediately expense, for tax purposes, the cost of new investments in certain qualified depreciable assets, (iv) modifies the computation of loss reserve discounting for tax purposes, (v) modifies the recognition of income rules by requiring the recognition of income for certain items no later than the tax year in which an item is taken into account as income on an applicable financial statement and (vi) significantly modifies the United States international tax system. Net loss for the year ended December 31, 2017 included a charge of $1.3 million from the revaluation of deferred tax balances from a 35% statutory tax rate to the new 21% statutory tax rate as a result of TCJA.

Earnings Per Share

The computation of earnings per share is based upon the weighted average number of common shares outstanding during the period plus the effect of common shares potentially issuable (in periods in which they have a dilutive effect), primarily from stock options. (See Notes 11 and 13.)

Adoption of New Accounting Pronouncements

On February 14, 2018, the FASB issued ASU 2018‑02, "Income Statement- Reporting Comprehensive Income (Topic 220)" providing updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the TCJA. Prior guidance required the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that included the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would have included the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI is recognized or at the beginning of the period of adoption. The Company adopted the updated guidance effective January 1, 2018. The reclassification of the stranded tax effects out of AOCI and into retained earnings was $2.6 million. The adoption did not affect the Company's results of operations, financial position, or liquidity.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities (Subtopic 825-10)". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company reports changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments (Topic 230)". ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective

January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

Recently Issued Accounting Pronouncements

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities (Subtopic 310‑20)". ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We have evaluated the impact of adopting ASU 2017‑08 and have determined that it will be immaterial to our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment (Topic 350)". ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments (Topic 326)". ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease with the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We plan to adopt the standard on its effective date of January 1, 2019. We will also elect certain practical expedients that allow us not to reassess existing leases under the new guidance. Based on our analysis, the majority of the Company's lease obligation pertain to office leases utilized in the operation of our businesses. We expect the primary impact of adoption to be the recognition of a right of use asset and a lease liability for operating leases representing approximately two percent of the Company's total assets and total liabilities, respectively. We do not expect the standard to have a material effect on our reported consolidated results of operations, cash flows or required disclosures.

**Investments**

|  | 12 Months Ended Dec. 31, 2018 |
|---|---|

**Investments [Abstract]**

Investments

**2.  Investments:**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| **As of December 31, 2018** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |
| | | | | |
| **As of December 31, 2017** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 50,088 | $ 7 | $ (148) | $ 49,947 |
| Corporate bonds | 278,611 | 1,204 | (742) | 279,073 |
| Collateralized corporate bank loans | 125,536 | 702 | (301) | 125,937 |
| Municipal bonds | 134,052 | 709 | (505) | 134,256 |
| Mortgage-backed | 16,712 | 37 | (216) | 16,533 |
| Total debt securities | 604,999 | 2,659 | (1,912) | 605,746 |
| Total equity securities | 30,253 | 23,014 | (1,504) | 51,763 |
| Total other investments | 3,763 | 61 | — | 3,824 |
| Total investments | $ 639,015 | $ 25,734 | $ (3,416) | $ 661,333 |

Major categories of net investment income are summarized as follows (in thousands):

| | Twelve Months Ended December 31, | |
|---|---|---|
| | 2018 | 2017 |
| U.S. Treasury securities and obligations of U.S. Government | $ 902 | $ 566 |
| Corporate bonds | 6,696 | 7,839 |
| Collateralized corporate bank loans | 5,658 | 4,302 |
| Municipal bonds | 3,757 | 4,633 |
| Mortgage-backed | 521 | 1,049 |
| Equity securities | 1,151 | 871 |
| Other investments | — | — |
| Cash and cash equivalents | 518 | 706 |
| | 19,203 | 19,966 |
| Investment expenses | (971) | (1,092) |
| Investment income, net of expenses | $ 18,232 | $ 18,874 |

No investments in any entity or its affiliates exceeded 10% of stockholders' equity at December 31, 2018 or 2017.

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Twelve Months Ended December 31, | |
|---|---|---|
| | 2018 | 2017 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — |
| Corporate bonds | (83) | (468) |
| Collateralized corporate bank loans | 90 | 79 |
| Municipal bonds | 1,435 | 195 |
| Mortgage-backed | 2 | (9) |
| Equity securities | 359 | 7,002 |
| Gain on investments | 1,803 | 6,799 |
| Unrealized loss on other investments | (2,676) | (1,127) |

| | | |
|---|---:|---:|
| Other-than-temporary impairments | | (5,877) |
| Unrealized losses on equity investments | | (9,322) | — |
| Investment losses, net | $ (10,195) | $ (205) |

We realized gross gains on investments of $2.5 million and $8.0 million during the years ended December 31, 2018 and 2017, respectively, of which $1.5 million and $7.2 million were from the sales of securities during the years ended December 31, 2018 and 2017, respectively. We realized gross losses on investments of $0.7 million and $1.2 million during the years ended December 31, 2018 and 2017, respectively, of which none were from the sales of securities during the years ended December 31, 2018 and 2017, respectively. We recorded proceeds from the sale of investment securities of $17.7 million, and $29.1 million during the years ended December 31, 2018 and 2017, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of December 31, 2018 and December 31, 2017 (in thousands):

| | As of December 31, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

| | As of December 31, 2017 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | — | — | 8,375 | (1,504) |
| Total other investments | — | — | — | — | — | — |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

We held a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We held a total of 224 debt securities with an unrealized loss, of which 199 were in an unrealized loss position for less than one year and 25 were in an unrealized loss position for a period of one year or greater, as of December 31, 2017. We held a total of 20 equity securities with an unrealized loss, of which 17 were in an unrealized loss position for less than one year and 3 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We held a total of 4 equity securities with an unrealized loss, of which all were in an unrealized loss position for less than one year as of December 31, 2017. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. The gross unrealized losses on the debt security positions at December 31, 2018 were due predominately to normal market and interest rate fluctuations and we see no other indications that the decline in values of these securities is other-than-temporary.

Based on evidence gathered through our normal credit evaluation process, we presently expect that all debt securities held in our investment portfolio will be paid in accordance with their contractual terms. Nonetheless, it is at least reasonably possible that the performance of certain issuers of these debt

securities will be worse than currently expected resulting in future write-downs within our portfolio of debt securities.

Also, as a result of the challenging market conditions, we expect the volatility in the valuation of our equity securities to continue in the foreseeable future. This volatility may lead to changes regarding retention strategies for certain equity securities.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any debt security below cost is deemed other-than-temporary. All debt securities with an unrealized loss are reviewed. We recognize an impairment loss when a debt security's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary. We did not recognize an impairment loss during 2018. We recognized other-than-temporary losses on our debt securities portfolio of $5.9 million during 2017, all related to credit losses on certain senior and subordinated municipal bonds concentrated in Puerto Rico.  The fair value of the impaired securities was $6.1 million and $4.4 million at December 31, 2018 and 2017, respectively.  During 2018 we sold one security with a realized loss of $0.1 million and recognized a change in unrealized gain of $1.8 million on the remaining securities.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities".  ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income each reporting period.  As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary-impairment.

Prior to the adoption of ASU 2016-01,some of the factors considered in evaluating whether a decline in fair value for an equity investment is other-than-temporary include: (1) our ability and intent to retain the investment for a period of time sufficient to allow for an anticipated recovery in value; (2) the recoverability of cost; (3) the length of time and extent to which the fair value has been less than cost; and (4) the financial condition and near-term and long-term prospects for the issuer, including the relevant industry conditions and trends, and implications of rating agency actions and offering prices. When it was determined that an equity investment was other-than-temporarily impaired, the security was written down to fair value, and the amount of the impairment was included in earnings as a realized investment loss. The fair value then became the new cost basis of the investment, and any subsequent recoveries in fair value were recognized at disposition. We recognized a realized loss when impairment was deemed to be other-than-temporary even if a decision to sell an equity investment had not been made. If we decided to sell a temporarily impaired available-for-sale equity investment and we did not expect the fair value of the equity investment to fully recover prior to the expected time of sale, the investment was deemed to be other-than-temporarily impaired in the period in which the decision to sell was made.

Details regarding the carrying value of the other invested assets portfolio as of December 31, 2018 and 2017 were as follows:

| Investment Type | 2018 | 2017 |
|---|---|---|
| Equity warrant | $  1,148 | $  3,824 |
| Total other investments | $  1,148 | $  3,824 |

We acquired this equity warrant in an active market and it entitles us to buy the underlying common stock of a publicly traded company at a fixed exercise price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at December 31, 2018 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $       119,771 | $ 120,127 |
| Due after one year through five years | 284,992 | 284,947 |
| Due after five years through ten years | 105,656 | 102,047 |

| | | |
|---|---|---|
| Due after ten years | 25,857 | 25,192 |
| Mortgage-backed | 13,992 | 13,557 |
| | $ 550,268 | $ 545,870 |

We have certain of our securities pledged for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.5 million at December 31, 2018 and a carrying value of $26.2 million at December 31, 2017.

**Fair Value**

|  | 12 Months Ended Dec. 31, 2018 |
|---|---|

**Fair Value [Abstract]**

Fair Value

**3. Fair Value:**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing services. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $              — | $         48,106 | $              — | $ 48,106 |

APP. 0423

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | | 126,528 | | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

| | As of December 31, 2017 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 49,947 | $ — | $ 49,947 |
| Corporate bonds | — | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | — | 125,937 | — | 125,937 |
| Municipal bonds | — | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | — | 16,533 | — | 16,533 |
| Total debt securities | — | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | | 621 | 51,763 |
| Total other investments | 3,824 | — | — | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $661,333 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of December 31, 2018 and certain municipal bonds, one corporate bond and one equity security as of December 31, 2017, we classified these as level 3 in the fair value hierarchy. The corporate bond classified as level 3 in 2018 and 2017 is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. In 2017, we used an income approach in order to derive an estimated fair value of the municipal bonds classified as Level 3, which included inputs such as expected holding period, benchmark swap rate, benchmark discount rate and a discount rate premium for illiquidity. The equity security classified as Level 3 in the fair value hierarchy in 2017 was an investment in a non-public entity. Given the size of this investment and since there was not an observable market for the security, we estimated its fair value as the fair value on the date we acquired the investment. Significant changes in the unobservable inputs in the fair value measurement of these securities could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the year ended December 31, 2018 and 2017 (in thousands).

| | 2018 | 2017 |
|---|---|---|
| Beginning balance as of January 1 | $ 3,757 | $ 5,945 |
| Sales | — | — |
| Settlements | (2,925) | (579) |
| Purchases | — | 775 |
| Issuances | — | — |
| Total realized/unrealized gains included in net income | 80 | 616 |
| Net gain included in other comprehensive income | — | — |
| Transfers into Level 3 | — | — |
| Transfers out of Level 3 | (621) | (3,000) |
| Ending balance as of December 31 | $ 291 | $ 3,757 |

The transfer out of Level 3 into Level 1 during 2018 was due to the conversion of a private equity holding to a preferred stock traded on a public exchange. The transfer out of Level 3 into Level 2 during 2017 was due to the successful auction of one auction rate municipal bond that previously had not had a successful auction. We account for transfers as they occur.

APP. 0424

| Acquisitions, Goodwill and Intangible Assets | 12 Months Ended Dec. 31, 2018 |
|---|---|

**Acquisitions, Goodwill and Intangible Assets [Abstract]**

Acquisitions, Goodwill and Intangible Assets

**4.    Acquisitions, Goodwill and Intangible Assets:**

Goodwill is tested for impairment at the reporting unit level (operating unit or one level below an operating unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our operating units except for the Specialty Commercial operating unit for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2018 includes goodwill of acquired businesses of $44.7 million that is assigned to our operating units as follows: Standard Commercial P&C operating unit - $2.1 million; Contract Binding operating unit - $19.9 million; Specialty Commercial operating unit- $17.4 million (comprised of $7.7 million for the primary/excess and umbrella component and $9.7 million for the general aviation and satellite component); and Specialty Personal Lines operating unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles-Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2018 and determined that there was no impairment.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit was expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model included income projections, discount rates and terminal growth values. The income projections reflected an improved premium rate environment across most of our lines of business that continued throughout 2018. The income projections also included loss and LAE assumptions which reflected recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also included assumptions for expense growth and investment yields which were based on business plans for each of our operating units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

During 2018 and 2017, we completed the first step prescribed by ASC 350 for testing for impairment and determined that there was no impairment.

We have obtained various intangible assets from several acquisitions. The table below details the gross and net carrying amounts of these assets by major category (in thousands):

| | December 31 | |
|---|---|---|
| | **2018** | **2017** |
| Gross Carrying Amount: | | |
| Customer/agent relationships | $ 32,177 | $ 32,177 |
| Tradename | 3,440 | 3,440 |
| Management agreement | 3,232 | 3,232 |
| Non-compete & employment agreements | 4,235 | 4,235 |
| Insurance licenses | 1,300 | 1,300 |
| Total gross carrying amount | 44,384 | 44,384 |
| | | |
| Accumulated Amortization: | | |
| Customer/agent relationships | (26,515) | (24,276) |
| Tradename | (2,847) | (2,618) |
| Management agreement | (3,232) | (3,232) |
| Non-compete & employment agreements | (4,235) | (4,235) |
| Total accumulated amortization | (36,829) | (34,361) |
| Total net carrying amount | $  7,555 | $ 10,023 |

Insurance licenses are not amortized because they have an indefinite life. We amortize definite-lived intangible assets straight line over their respective lives. The estimated aggregate amortization expense for definite-lived intangible assets for the next five years is as follows (in thousands):

| | |
|---|---|
| 2019 | $  2,467 |

| | | |
|---|---|---|
| 2020 | $ | 2,467 |
| 2021 | $ | 503 |
| 2022 | $ | 501 |
| 2023 | $ | 317 |

The weighted average amortization period for definite-lived intangible assets by major class is as follows:

| | Years |
|---|---|
| Tradename | 15 |
| Customer/ agent relationships | 15 |
| Management agreement | 4 |
| Non-compete agreements | 5 |

The aggregate weighted average period to amortize these assets is approximately 13 years.

**Other Assets**

**12 Months Ended**

**Dec. 31, 2018**

**Other Assets [Abstract]**

Other Assets

5.   **Other Assets:**

The following table details our other assets as of December 31, 2018 and 2017 (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Profit sharing commission receivable | $    246 | $    252 |
| Credit Facility B issuance costs | 106 | 122 |
| Accrued investment income | 4,175 | 4,859 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 6,154 | 6,726 |
| Other assets | 188 | 195 |
|  | $12,571 | $13,856 |

APP. 0427

**Reserves for Losses and
Loss Adjustment Expenses**

**Reserves for Losses and
Loss Adjustment Expenses**

Reserves for Losses and Loss
Adjustment Expenses

**12 Months Ended**

**Dec. 31, 2018**

**6.   Reserves for Losses and Loss Adjustment Expenses:**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 250,075 | 248,203 |
| Prior years | 5,953 | 40,105 |
| Total incurred | 256,028 | 288,308 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 90,640 | 92,873 |
| Prior years | 232,345 | 181,277 |
| Total paid | 322,985 | 274,150 |
|  |  |  |
| Net balance at December 31 | 305,531 | 372,488 |
| Plus reinsurance recoverable | 221,716 | 154,612 |
| Balance at December 31 | $ 527,247 | $ 527,100 |

The $6.0 million unfavorable net development and $40.1 million unfavorable net development in prior accident years recognized in 2018 and 2017, respectively, represent changes in our loss reserve estimates. In 2018 and 2017, the aggregate loss reserve estimates for prior years were increased to reflect unfavorable loss development when the available information indicated a reasonable likelihood that the ultimate losses would be more than the previous estimates. The unfavorable prior year reserve development during the twelve months ended December 31, 2018 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Contract Binding operating unit, which was representative of industry trends, partially offset by net favorable development in our general liability lines within our Contract Binding and Standard Commercial P&C operating units. Generally, changes in reserves are caused by variations between actual experience and previous expectations and by reduced emphasis on the Bornhuetter-Ferguson method due to the aging of the accident years.

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Specialty Commercial Segment | $16,457 | $40,477 |
| Standard Commercial Segment | (8,993) | (970) |
| Personal Segment | (1,511) | 598 |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 5,953 | $40,105 |

The following describes the primary factors behind each segment's prior accident year loss reserve development for the years ended December 31, 2018 and 2017:

### Year ended December 31, 2018:

*Specialty Commercial Segment.* Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto and general liability lines of business in the 2017 accident year. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation, commercial excess liability, satellite launch insurance products, primary/excess commercial property, professional liability and specialty risk programs lines of business.

*Standard Commercial Segment.* Our Standard Commercial P&C operating unit experienced net

APP. 0428

favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. Our Workers Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

**Personal Segment.**  Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

### Year ended December 31, 2017:

**Specialty Commercial Segment.** Our Contract Binding operating unit experienced net unfavorable development in the 2016 and prior accident years primarily driven by the continued emergence of increased frequency and severity trends in the commercial auto lines of business. Our Specialty Commercial operating unit experienced net unfavorable development in general aviation primarily in the 2016, 2013 and 2011 and prior accident years, commercial excess liability primarily in the 2013 accident year and specialty risk programs primarily in the 2015 and prior accident years, partially offset by net favorable development in the medical professional liability and primary/excess commercial property lines of business primarily in the 2016 accident years.

**Standard Commercial Segment.** Our Standard Commercial P&C operating unit experienced net favorable development primarily in the general liability line of business in the 2016 and prior accident years, partially offset by unfavorable development in the 2016 and prior accident years in the occupational accident line of business.

**Personal Segment.**   Net unfavorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2016, 2014, 2013 and 2010 and prior accident years, partially offset by favorable development in the 2015 and 2011 accident years.

In the opinion of management, our reserves represent the best estimate of our ultimate liabilities, based on currently known facts, current law, current technology and assumptions considered reasonable where facts are not known. Due to the significant uncertainties and related management judgments, there can be no assurance that future favorable or unfavorable loss development, which may be material, will not occur.

#### Short-Duration Contract Disclosures

ASU 2015‑09, "Disclosures about Short-Duration Contracts (Topic 944)", requires insurers to make disclosures about their liability for unpaid claims and claim adjustment expenses for short-duration insurance contracts. These disclosures include tables showing incurred and paid claims development information (net of reinsurance and excluding unallocated loss adjustment expenses) which are disaggregated based on the characteristics of the insurance contracts that the insurer writes and other factors specific to the reporting entity. The information should be disclosed by accident year for the number of years claims typically remain outstanding, but need not be more than 10 years, including a reconciliation of the disaggregated information to the consolidated statement of financial position. We have evaluated the disaggregation criteria and concluded that the basis for our disaggregation of this information is by each of our three reportable segments. See Note 10, "Segment Information," for additional information regarding our three reportable segments.

#### Reserves for Incurred But Not Reported ("IBNR") Claims

Reserves for IBNR claims are based on the estimated ultimate cost of settling claims, including the effects of inflation and other social and economic factors, using past experience adjusted for current trends and any other factors that would modify past experience. We use a variety of statistical and actuarial techniques to analyze current claims costs, including frequency and severity data and prevailing economic, social and legal factors. Each such method has its own set of assumptions and outputs, and each has strengths and weaknesses in different areas. Since no single estimation method is superior to another method in all situations, the methods and assumptions used to project loss reserves will vary by coverage and product. We use what we believe to be the most appropriate set of actuarial methods and assumptions for each product line grouping and coverage. While the loss projection methods may vary by product line and coverage, the general approach for calculating IBNR remains the same: ultimate losses are forecasted first, and that amount is reduced by the amount of cumulative paid claims and case reserves. Reserves established in prior years are adjusted as loss experience develops and new information becomes available. Adjustments to previously estimated reserves are reflected in the results of operations in the year in which they are made.

As described above, various actuarial methods are utilized to determine the reserves for losses and LAE recorded in our consolidated balance sheets. Weightings of methods at a detailed level may change from

evaluation to evaluation based on a number of observations, measures, and time elements.

### Methodology for Determining Cumulative Number of Reported Claims

A claim file is created when the Company is notified of an actual demand for payment, notified of an event that may lead to a demand for payment or when it is determined that a demand for payment could possibly lead to a future demand for payment on another coverage on the same policy or on another policy. The cumulative number of reported claims is predominately measured at a coverage level by occurrence, with the exception of our Specialty Commercial operating unit which is predominately measured at the claim level. Reported occurrences that do not result in a liability are included in reported claims. The Company does not generate claim counts for ceded business.

### Incurred & Paid Claims Development Disclosures

The following tables provide information about incurred and cumulative paid losses and allocated loss adjustment expenses ("ALAE"), net of reinsurance for our three reportable segments, our Specialty Commercial Segment, our Standard Commercial Segment and our Personal Segment. The incurred and paid losses by accident year information presented for all segments in the below tables for calendar years prior to 2016 is required supplementary information and is unaudited. The following tables also include IBNR reserves plus expected development on reported claims and the cumulative number of reported claims as of December 31, 2018 ($ in thousands):

### Specialty Commercial Segment

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | For the Years Ended December 31, | | | | | | | | Cumulative Number of Reported Claims |
| Accident | | | | Unaudited | | | | | | | IBNR | Claims |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2018 | 2018 |
| 2009 | $60,950 | $62,679 | $61,196 | $59,471 | $59,831 | $59,635 | $59,988 | $61,361 | $61,761 | $62,509 | $ — | 5,389 |
| 2010 | | 74,187 | 78,089 | 75,695 | 77,593 | 78,003 | 77,972 | 77,631 | 78,253 | 77,647 | 231 | 5,071 |
| 2011 | | | 88,679 | 87,558 | 91,059 | 90,713 | 89,737 | 87,793 | 87,833 | 89,815 | 98 | 5,852 |
| 2012 | | | | 106,371 | 111,253 | 111,841 | 115,709 | 116,320 | 117,925 | 117,469 | (172) | 7,424 |
| 2013 | | | | | 140,546 | 135,114 | 137,230 | 143,983 | 150,177 | 151,471 | 336 | 9,294 |
| 2014 | | | | | | 144,996 | 133,464 | 138,842 | 144,728 | 152,025 | (800) | 10,242 |
| 2015 | | | | | | | 147,304 | 146,610 | 162,616 | 171,315 | 854 | 11,057 |
| 2016 | | | | | | | | 151,494 | 157,836 | 164,570 | 5,527 | 11,750 |
| 2017 | | | | | | | | | 170,622 | 162,193 | 17,247 | 11,806 |
| 2018 | | | | | | | | | | 170,926 | 87,288 | 9,702 |
| | | | | | | | | | Total | $1,319,942 | | |

| | Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | For the Years Ended December 31, | | | | | | |
| Accident | | | | Unaudited | | | | | | |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $21,259 | $34,411 | $45,757 | $53,135 | $56,791 | $57,641 | $59,149 | $60,785 | $61,202 | $61,397 |
| 2010 | | 24,818 | 45,234 | 58,139 | 68,625 | 73,398 | 74,513 | 75,787 | 76,906 | 77,075 |
| 2011 | | | 27,454 | 53,509 | 71,697 | 80,004 | 83,787 | 84,936 | 85,845 | 87,200 |
| 2012 | | | | 37,655 | 60,923 | 82,066 | 97,680 | 109,060 | 113,909 | 116,607 |
| 2013 | | | | | 40,475 | 76,366 | 101,725 | 126,025 | 139,759 | 148,706 |
| 2014 | | | | | | 42,097 | 73,631 | 99,521 | 123,649 | 146,290 |
| 2015 | | | | | | | 39,515 | 74,906 | 125,514 | 159,707 |
| 2016 | | | | | | | | 41,397 | 84,616 | 143,685 |
| 2017 | | | | | | | | | 45,477 | 109,220 |
| 2018 | | | | | | | | | | 42,359 |
| | | | | | | | | | Total | $1,092,246 |
| | | | | | | All outstanding liabilities before 2009, net of reinsurance | | | | 693 |
| | | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | $ 228,389 |

### Standard Commercial Segment

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | For the Years Ended December 31, | | | | | | | | Cumulative Number of Reported Claims |
| Accident | | | | Unaudited | | | | | | | IBNR | Claims |
| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2018 | 2018 |
| 2009 | $44,719 | $45,674 | $46,772 | $46,778 | $45,970 | $44,159 | $43,851 | $43,107 | $42,168 | $41,513 | $139 | 2,644 |

APP. 0430

| Accident Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | IBNR 2018 | Reported Claims 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | | 45,263 | 45,235 | 44,847 | 43,164 | 43,459 | 42,426 | 42,175 | 42,880 | 42,427 | 146 | 2,920 |
| 2011 | | | 60,236 | 56,489 | 55,156 | 49,268 | 48,266 | 47,424 | 46,641 | 45,244 | 478 | 3,583 |
| 2012 | | | | 51,998 | 52,554 | 48,222 | 45,990 | 44,272 | 42,986 | 41,421 | 736 | 3,228 |
| 2013 | | | | | 55,482 | 57,528 | 56,703 | 53,174 | 52,076 | 49,039 | 596 | 3,924 |
| 2014 | | | | | | 55,488 | 55,808 | 53,568 | 53,882 | 54,125 | 1,990 | 3,571 |
| 2015 | | | | | | | 49,571 | 49,857 | 50,053 | 47,277 | 1,873 | 3,181 |
| 2016 | | | | | | | | 46,880 | 48,182 | 46,348 | 1,900 | 2,822 |
| 2017 | | | | | | | | | 41,393 | 43,169 | 8,000 | 2,556 |
| 2018 | | | | | | | | | | 42,898 | 16,384 | 2,165 |
| Total | | | | | | | | | | $453,461 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | For the Years Ended December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Accident Year | Unaudited | | | | | | | | | |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 15,242 | $ 28,313 | $ 32,075 | $ 35,818 | $ 38,316 | $ 40,389 | $ 40,575 | $ 40,629 | $ 40,835 | $ 40,991 |
| 2010 | | 21,302 | 28,342 | 30,957 | 33,428 | 37,166 | 39,115 | 39,706 | 40,937 | 42,063 |
| 2011 | | | 24,899 | 35,119 | 38,909 | 40,301 | 41,140 | 42,441 | 43,680 | 43,794 |
| 2012 | | | | 23,445 | 32,203 | 34,789 | 37,191 | 38,526 | 40,408 | 40,646 |
| 2013 | | | | | 23,123 | 36,411 | 41,809 | 44,575 | 46,756 | 47,853 |
| 2014 | | | | | | 24,255 | 37,122 | 41,514 | 45,779 | 48,395 |
| 2015 | | | | | | | 19,085 | 34,245 | 38,302 | 43,287 |
| 2016 | | | | | | | | 21,508 | 32,006 | 38,778 |
| 2017 | | | | | | | | | 16,755 | 28,984 |
| 2018 | | | | | | | | | | 19,233 |
| Total | | | | | | | | | | $ 394,024 |
| All outstanding liabilities before 2009, net of reinsurance | | | | | | | | | | 2,499 |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | | | | | | | $ 61,936 |

## Personal Segment

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | For the Years Ended December 31, | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Cumulative Number of Reported |
| Accident Year | Unaudited | | | | | | | | | | IBNR | Claims |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2018 | 2018 |
| 2009 | $40,436 | $42,092 | $46,244 | $47,977 | $48,930 | $49,694 | $49,772 | $49,891 | $49,971 | $ 50,005 | $ — | 21,056 |
| 2010 | | 63,862 | 78,294 | 80,765 | 84,724 | 83,903 | 84,252 | 84,591 | 84,808 | 84,867 | — | 30,180 |
| 2011 | | | 75,746 | 77,652 | 87,810 | 86,757 | 86,804 | 86,948 | 86,853 | 87,199 | — | 31,615 |
| 2012 | | | | 58,604 | 73,795 | 70,552 | 71,513 | 72,042 | 72,037 | 72,076 | — | 23,939 |
| 2013 | | | | | 55,706 | 59,132 | 60,100 | 60,211 | 60,379 | 60,328 | — | 23,471 |
| 2014 | | | | | | 5,452 | 5,340 | 6,243 | 6,699 | 6,504 | — | 19,293 |
| 2015 | | | | | | | 23,104 | 25,682 | 25,307 | 25,136 | 120 | 23,370 |
| 2016 | | | | | | | | 32,260 | 32,893 | 32,728 | 129 | 23,745 |
| 2017 | | | | | | | | | 23,342 | 21,968 | 208 | 16,748 |
| 2018 | | | | | | | | | | 18,334 | 2,613 | 14,248 |
| Total | | | | | | | | | | $459,145 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | For the Years Ended December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Accident Year | Unaudited | | | | | | | | | |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 23,306 | $ 37,621 | $ 44,689 | $ 47,967 | $ 49,287 | $ 49,539 | $ 49,704 | $ 49,853 | $ 49,957 | $ 49,992 |
| 2010 | | 38,643 | 67,755 | 75,199 | 82,624 | 83,511 | 84,111 | 84,556 | 84,717 | 84,768 |
| 2011 | | | 46,416 | 67,939 | 83,497 | 85,533 | 86,217 | 86,593 | 86,660 | 86,989 |
| 2012 | | | | 37,860 | 64,278 | 68,849 | 70,807 | 71,995 | 72,055 | 72,094 |
| 2013 | | | | | 45,901 | 54,514 | 58,047 | 59,775 | 60,277 | 60,297 |
| 2014 | | | | | | 2,515 | 4,418 | 5,631 | 6,428 | 6,566 |
| 2015 | | | | | | | 11,570 | 22,281 | 24,262 | 25,243 |
| 2016 | | | | | | | | 21,669 | 30,646 | 32,260 |
| 2017 | | | | | | | | | 15,776 | 21,061 |
| 2018 | | | | | | | | | | 11,137 |
| Total | | | | | | | | | | $ 450,406 |
| All outstanding liabilities before 2009, net of reinsurance | | | | | | | | | | 5 |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | | | | | | | $ 8,743 |

The reconciliation of the net incurred and paid development tables to the liability for unpaid losses and LAE in our consolidated balance sheets is as follows (in thousands):

APP. 0431

Net outstanding liabilities for losses and LAE

| | 2018 | 2017 |
|---|---|---|
| Specialty Commercial Segment | $228,389 | $275,436 |
| Standard Commercial Segment | 61,936 | 78,119 |
| Personal Segment | 8,743 | 11,505 |
| Liabilities for unpaid losses and allocated loss adjustment expenses, net of reinsurance | 299,068 | 365,060 |
| | | |
| Reinsurance recoverable on unpaid losses and LAE | | |
| Specialty Commercial Segment | 198,802 | 137,975 |
| Standard Commercial Segment | 9,783 | 6,051 |
| Personal Segment | 13,131 | 10,586 |
| Total reinsurance recoverable on unpaid losses and LAE | 221,716 | 154,612 |
| | | |
| Unallocated loss adjustment expenses | | |
| Specialty Commercial Segment | 2,550 | 3,377 |
| Standard Commercial Segment | 2,958 | 3,153 |
| Personal Segment | 955 | 898 |
| Total unallocated loss adjustment expenses | 6,463 | 7,428 |
| Total reserves for unpaid losses and loss adjustment expenses | $527,247 | $527,100 |

*Claims Duration*

The following table provides supplementary unaudited information about the annual percentage payout of incurred losses and ALAE, net of reinsurance, as of December 31, 2018:

| | Average Annual Percentage Payout of Incurred Claims by Age, Net of Reinsurance (1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Specialty Commercial Segment | 27.1 % | 24.0 % | 20.5 % | 13.6 % | 7.9 % | 2.7 % | 1.7 % | 1.8 % | 0.4 % | 0.3 % |
| Standard Commercial Segment | 45.3 % | 25.2 % | 9.2 % | 6.9 % | 4.8 % | 3.7 % | 1.3 % | 1.0 % | 1.4 % | 1.2 % |
| Personal Segment | 53.7 % | 28.0 % | 10.2 % | 5.4 % | 1.5 % | 0.3 % | 0.3 % | 0.3 % | 0.1 % | 0.2 % |

(1)  The average annual percentage payout is calculated from a paid losses and ALAE development pattern based on an actuarial analysis of the paid losses and ALAE movements by accident year for each disaggregation category. The paid losses and ALAE development pattern provides the expected percentage of ultimate losses and ALAE to be paid in each year. The pattern considers all accident years included in the claims development tables.

APP. 0432

**Reinsurance**

**12 Months Ended**

**Dec. 31, 2018**

**Reinsurance [Abstract]**

Reinsurance

7.    **Reinsurance:**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2018 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for the last two years (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Premium Written : | | |
| Direct | $ 660,298 | $ 601,780 |
| Assumed | 2,717 | 2,376 |
| Ceded | (299,217) | (238,573) |
|  | $ 363,798 | $ 365,583 |
| | | |
| Premium Earned: | | |
| Direct | $ 639,437 | $ 567,089 |
| Assumed | 2,159 | 1,680 |
| Ceded | (278,509) | (207,732) |
|  | $ 363,087 | $ 361,037 |
| | | |
| Reinsurance recoveries | $ 199,690 | $ 144,948 |

Included in reinsurance recoverable on the consolidated balance sheets are paid loss recoverables of $29.7 million and $28.2 million as of December 31, 2018 and 2017, respectively.

APP. 0433

**Revolving Credit Facility and Notes Payable**

**12 Months Ended**

**Dec. 31, 2018**

**Revolving Credit Facility and Notes Payable [Abstract]**

Revolving Credit Facility and Notes Payable

8.    **Revolving Credit Facility and Notes Payable:**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of December 31, 2018, we had no outstanding borrowings under Facility A.

 The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of December 31, 2018, we had $30.0 million outstanding under Facility B.

 The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC.  Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

**Subordinated Debt Securities**

**12 Months Ended**

**Dec. 31, 2018**

**Subordinated Debt Securities [Abstract]**

Subordinated Debt Securities

**9.   Subordinated Debt Securities:**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Hallmark Statutory Trust I ("Trust I") as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 6.04% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Hallmark Statutory Trust II ("Trust II") as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. Our Trust II subordinated debt securities bore an initial interest rate of 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollateralized and do not require maintenance of minimum financial covenants. As of December 31, 2018, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.69% per annum.

**Segment Information**

|  | 12 Months Ended |
| --- | --- |
|  | Dec. 31, 2018 |

**Segment Information [Abstract]**

Segment Information

### 10.   Segment Information:

We pursue our business activities primarily through subsidiaries whose operations are organized into producing units and are supported by our insurance carrier subsidiaries. Our non-carrier insurance activities are organized by operating units into the following reportable segments:

> *Specialty Commercial Segment.* Our Specialty Commercial Segment includes the excess and surplus lines commercial property/casualty insurance products and services handled by our Contract Binding operating unit and the general aviation, satellite launch, commercial umbrella and primary/excess liability, medical and financial professional liability and primary/excess commercial property insurance products and services handled by our Specialty Commercial operating unit. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Contract Binding operating unit is comprised of our HSU, PAAC and TGASRI subsidiaries. Our Specialty Commercial operating unit is comprised of our Aerospace Insurance Managers, ASRI, ACMG, HXS and HDS subsidiaries.

> *Standard Commercial Segment.* The Standard Commercial Segment includes the standard lines commercial property/casualty and occupational accident insurance products and services handled by our Standard Commercial P&C operating unit and the workers compensation insurance products handled by our Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the Workers Compensation operating unit ceased retaining any risk on new or renewal policies. Our Standard Commercial P&C operating unit is comprised of our American Hallmark Insurance Services and ECM subsidiaries. Our Workers Compensation operating unit is comprised of our TBIC Holdings, TBIC and TBICRM subsidiaries.

> *Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines operating unit. Our Specialty Personal Lines operating unit is comprised of AHGA and HCS.

The retained premium produced by these reportable segments is supported by our AHIC, HSIC, HIC, HNIC and TBIC insurance company subsidiaries. In addition, control and management of HCM is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 34% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 24% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

The following is additional business segment information for the twelve months ended December 31, 2018 and 2017 (in thousands):

|  | 2018 | 2017 |
| --- | --- | --- |
| **Revenues** |  |  |
| Specialty Commercial Segment | $  280,283 | $  277,946 |
| Standard Commercial Segment | 76,548 | 70,302 |
| Personal Segment | 38,623 | 40,462 |
| Corporate | (16,186) | (3,189) |
| Consolidated | $  379,268 | $  385,521 |
|  |  |  |
| **Depreciation and Amortization Expense** |  |  |
| Specialty Commercial Segment | $  2,986 | $  2,796 |
| Standard Commercial Segment | 390 | 294 |
| Personal Segment | 1,312 | 1,258 |
| Corporate | 453 | 367 |
| Consolidated | $  5,141 | $  4,715 |
|  |  |  |
| **Interest Expense** |  |  |
| Specialty Commercial Segment | $        — | $        — |

APP. 0436

| | | |
|---|---:|---:|
| Standard Commercial Segment | | |
| Personal Segment | | |
| Corporate | 4,545 | 4,512 |
| Consolidated | $ 4,545 | $ 4,512 |
| | | |
| Tax Expense (Benefit) | | |
| Specialty Commercial Segment | $ 5,521 | $ (4,382) |
| Standard Commercial Segment | 2,511 | 3,849 |
| Personal Segment | 587 | (676) |
| Corporate | (6,163) | (3,810) |
| Consolidated | $ 2,456 | $ (5,019) |
| | | |
| Pre-tax income (loss) | | |
| Specialty Commercial Segment | $ 28,780 | $ 2,012 |
| Standard Commercial Segment | 13,090 | 2,440 |
| Personal Segment | 3,061 | (3,058) |
| Corporate | (32,128) | (17,966) |
| Consolidated | $ 12,803 | $ (16,572) |

The following is additional business segment information as of the following dates (in thousands):

| | December 31 | |
|---|---|---|
| | 2018 | 2017 |
| Assets: | | |
| Specialty Commercial Segment | $ 858,262 | $ 810,133 |
| Standard Commercial Segment | 158,881 | 162,152 |
| Personal Segment | 226,431 | 232,441 |
| Corporate | 21,320 | 26,400 |
| Consolidated | $1,264,894 | $1,231,126 |

**Earnings Per Share**

| | 12 Months Ended |
| --- | --- |
| | **Dec. 31, 2018** |

**Earnings Per Share [Abstract]**

Earnings Per Share

**11.  Earnings Per Share:**

We have adopted the provisions of ASC 260, "Earnings Per Share," requiring presentation of both basic and diluted earnings per share. A reconciliation of the numerators and denominators of the basic and diluted per share calculations is presented below (in thousands, except per share amounts):

| | 2018 | 2017 |
| --- | --- | --- |
| Numerator for both basic and diluted earnings per share: | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| | | |
| Denominator, basic shares | 18,086 | 18,343 |
| Effect of dilutive securities: | | |
| Stock-based compensation awards | 115 | — |
| Denominator, diluted shares | 18,201 | 18,343 |
| | | |
| Basic earnings per share: | $ 0.57 | $ (0.63) |
| | | |
| Diluted earnings per share: | $ 0.57 | $ (0.63) |

We had 32,164 and 406,731 shares of common stock potentially issuable upon exercise of employee stock options for years ended December 31, 2018 and 2017, respectively, that were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive. These instruments expire at varying times from 2019 to 2021.

APP. 0438

**Regulatory Capital Restrictions**

**12 Months Ended**

**Dec. 31, 2018**

**Regulatory Capital Restrictions [Abstract]**

Regulatory Capital Restrictions

**12.    Regulatory Capital Restrictions:**

Hallmark, as a holding company, is dependent on dividend payments and management fees from its subsidiaries to fund its operating expenses, debt obligations and capital needs, including the ability to pay dividends to its stockholders. Hallmark has never paid dividends on its common stock. Hallmark intends to continue this policy for the foreseeable future in order to retain earnings for development of its business. There are no regulatory or contractual restrictions on the ability of Hallmark to pay dividends other than customary default provisions and the impact of any dividend payment on financial ratio covenants in certain credit agreements. However, there are restrictions on the ability of Hallmark's insurance carrier subsidiaries to transfer funds to the holding company. The amount of retained earnings that is unrestricted for the payment of dividends by Hallmark to its shareholders was $59.7 million as of December 31, 2018.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2018 and 2017 our insurance company subsidiaries paid $5.5 million and $11.4 million, respectively, in dividends to Hallmark. The total restricted net assets of our insurance company subsidiaries as of December 31, 2018, was $195.9 million.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. Our insurance subsidiaries did not pay management fees to Hallmark and our non-insurance company subsidiaries during 2018 and 2017.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2018 and 2017, our insurance company subsidiaries reported statutory capital and surplus of $247.0 million and $233.3 million, respectively, substantially greater than the minimum requirements for each state. For the years ended December 31, 2018,  and 2017, respectively, our insurance company subsidiaries reported statutory net income of $35.9 million and $1.9 million, respectively.

The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2018, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

**Share-based Payment Arrangements**

**Share-based Payment Arrangements [Abstract]**

Share-based Payment Arrangements

**13.   Share-based Payment Arrangements:**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015.  As of December 31, 2018, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 244,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015.  There are 2,000,000 shares authorized for issuance under the 2015 LTIP.  As of December 31, 2018, restricted stock units representing the right to receive up to 508,345 shares of our common stock were outstanding under the 2015 LTIP.  There were no stock option awards granted under the 2015 LTIP as of December 31, 2018.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%,  20%,  30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant.  Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant.  Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant.  One grant of 200,000 non-qualified stock options in 2009 vests in equal annual increments on each of the first seven anniversary dates and terminates ten years from the date of grant.

A summary of the status of our stock options as of December 31, 2018 and changes during the year then ended is presented below:

|  | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $  7.85 | | |
| Granted | — | — | | |
| Exercised | (36,500) | $  6.61 | | |
| Forfeited or expired | (126,074) | $  10.57 | | |
| Outstanding at December 31, 2018 | 244,157 | $  6.63 | 0.4 | $  991 |
| Exercisable at  December 31, 2018 | 244,157 | $  6.63 | 0.4 | $  991 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Intrinsic value of options exercised | $  122 | $  163 |
| Cost of share-based payments (non-cash) | $  — | $  — |
| Income tax benefit of share-based payments recognized in income | $  — | $  — |

As of December 31, 2018, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during 2018 or 2017.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share".

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively. We incurred compensation expense of $152 thousand and $149 thousand related to restricted stock units during the years ended December 31, 2018 and 2017. We recorded income tax benefit of $32 thousand and $52 thousand related to restricted stock units during the years ended December 31, 2018 and 2017.

The following table details the status of our restricted stock units as of and for the years ended December 31, 2018 and 2017:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | **2018** | **2017** |
| Nonvested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Nonvested at December 31 | 338,897 | 385,779 |

As of December 31, 2018, there was $2.0 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $1.6 million of compensation cost related to unvested restricted stock units, of which $0.7 million is expected to be recognized in 2019, $0.7 million is expected to be recognized in 2020 and $0.2 million is expected to be recognized in 2021.

APP. 0441

**Retirement Plans**

**Retirement Plans [Abstract]**

Retirement Plans

|  | 12 Months Ended |
|---|---|
|  | Dec. 31, 2018 |

14.  **Retirement Plans:**

Certain employees of the Standard Commercial Segment were participants in a defined cash balance plan covering all full-time employees who had completed at least 1,000 hours of service. This plan was frozen in March 2001 in anticipation of distribution of plan assets to members upon plan termination. All participants were vested when the plan was frozen.

The following tables provide detail of the changes in benefit obligations, components of benefit costs, weighted-average assumptions, and plan assets for the retirement plan as of and for the twelve months ending December 31, 2018 and 2017  (in thousands) using a measurement date of December 31.

|  | 2018 | 2017 |
|---|---|---|
| Assumptions (end of period): |  |  |
| Discount rate used in determining benefit obligation | 4.05 % | 3.45 % |
| Rate of compensation increase | N/A | N/A |
|  |  |  |
| Reconciliation of funded status (end of period): |  |  |
| Accumulated benefit obligation | $ (11,687) | $ (12,758) |
|  |  |  |
| Projected benefit obligation | $ (11,687) | $ (12,758) |
| Fair value of plan assets | 9,669 | 11,153 |
| Funded status | $ (2,018) | $ (1,605) |
|  |  |  |
| Net actuarial loss | (4,130) | (3,554) |
| Accumulated other comprehensive loss | (4,130) | (3,554) |
| Prepaid pension cost | 2,112 | 1,949 |
| Net amount recognized as of December 31 | $ (2,018) | $ (1,605) |
|  |  |  |
| Changes in projected benefit obligation: |  |  |
| Benefit obligation as of beginning of period | $ 12,758 | $ 12,618 |
| Interest cost | 424 | 471 |
| Actuarial liability (gain)/loss | (628) | 554 |
| Benefits paid | (867) | (885) |
| Benefit obligation as of end of period | $ 11,687 | $ 12,758 |
|  |  |  |
| Change in plan assets: |  |  |
| Fair value of plan assets as of beginning of period | $ 11,153 | $ 10,415 |
| Actual return on plan assets (net of expenses) | (617) | 1,623 |
| Employer contributions | — | — |
| Benefits paid | (867) | (885) |
| Fair value of plan assets as of end of period | $ 9,669 | $ 11,153 |
|  |  |  |
| Net periodic pension cost: |  |  |
| Service cost - benefits earned during the period | $ — | $ — |
| Interest cost on projected benefit obligation | 424 | 471 |
| Expected return on plan assets | (694) | (646) |
| Recognized actuarial loss | 106 | 126 |
| Net periodic pension cost | $ (164) | $ (49) |
|  |  |  |
| Discount rate | 3.45 % | 3.88 % |
| Expected return on plan assets | 6.50 % | 6.50 % |
| Rate of compensation increase | N/A | N/A |

Estimated future benefit payments by fiscal year (in thousands):

| | |
|---|---|
| 2019 | $ 881 |
| 2020 | $ 870 |
| 2021 | $ 875 |
| 2022 | $ 861 |
| 2023 | $ 843 |
| 2024-2028 | $ 3,941 |

As of December 31, 2018, the fair value of the plan assets was composed of cash and cash equivalents of

APP. 0442

$0.3 million, debt securities of $3.5 million and equity securities of $5.9 million.

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 447 of 1227    PageID 865

Our investment objectives are to preserve capital and to achieve long-term growth through a favorable rate of return equal to or greater than 5% over the long-term (60 year) average inflation rate as measured by the consumer price index. The objective of the equity portion of the portfolio is to achieve a return in excess of the Standard & Poor's 500 index. The objective of the fixed income portion of the portfolio is to add stability, consistency, safety and total return to the total fund portfolio.

We prohibit investments in options, futures, precious metals, short sales and purchase on margin. We also restrict the investment in fixed income securities to "A" rated or better by Moody's or Standard & Poor's rating services and restrict investments in common stocks to only those that are listed and actively traded on one or more of the major United States stock exchanges, including NASDAQ. We manage to an asset allocation of 45% to 75% in equity securities. An investment in any single stock issue is restricted to 5% of the total portfolio value and 90% of the securities held in mutual or commingled funds must meet the criteria for common stocks.

To develop the expected long-term rate of return on assets assumption, we consider the historical returns and the future expectations for returns for each asset class, as well as the target asset allocation of the pension portfolio. This resulted in the selection of the 6.5% long-term rate of return on assets assumption. The expected return on plan assets uses the fair market value as of December 31, 2018. To develop the discount rate used in determining the benefit obligation we used the Findley AA Pension Discount Curve at the measurement date to match the timing and amounts of projected future benefits.  A corridor approach is used to amortize actuarial gains and losses.  We are applying the 10% threshold set forth in ASC 715. In addition, since all accrued benefits under the plan are frozen, we are amortizing the unrecognized gains and losses outside of the corridor by the average life expectancy of the plan participants.

We expect that we will not be required to make a contribution to the defined benefit cash balance plan during 2019. We expect our 2019 net periodic pension cost to be zero, the components of which are interest cost of $454 thousand, expected return on plan assets of ($597) thousand and amortization of actuarial loss of $143 thousand.

The following table shows the weighted-average asset allocation for the defined benefit cash balance plan held as of December 31, 2018 and 2017.

| | December 31 | |
| | 2018 | 2017 |
|---|---|---|
| Asset Category: | | |
| Debt securities | 36 % | 32 % |
| Equity securities | 61 % | 64 % |
| Other | 3 % | 4 % |
| Total | 100 % | 100 % |

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. (See Note 3.)

The following table presents, for each of the fair value hierarchy levels, our plan assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| Debt securities | $ — | $ 3,468 | $ — | $3,468 |
| Equity securities | 5,913 | — | — | 5,913 |
| Total | $ 5,913 | $ 3,468 | $ — | $9,381 |

| | As of December 31, 2017 | | | |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| Debt securities | $ — | $ 3,586 | $ — | $ 3,586 |
| Equity securities | 7,156 | — | — | 7,156 |
| Total | $ 7,156 | $ 3,586 | $ — | $10,742 |

Our plan assets also include cash and cash equivalents of $0.3 million and $0.4 million at December 31, 2018 and 2017, respectively, that are carried at cost which approximates fair value.

APP. 0443

We sponsor a defined contribution plan. Under this plan employees may contribute a portion of their compensation on a tax-deferred basis, and we may contribute a discretionary amount each year. We contributed $0.2 million for each of the years ended December 31, 2018 and 2017.

**Income Taxes**

| | 12 Months Ended |
|---|---|
| | **Dec. 31, 2018** |

**Income Taxes [Abstract]**

Income Taxes

### 15.  Income Taxes:

The composition of deferred tax assets and liabilities and the related tax effects as of December 31, 2018 and 2017, are as follows (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Deferred tax liabilities: | | |
| Deferred policy acquisition costs | $ (3,001) | $ (3,361) |
| Net unrealized holding gain on investments | (1,087) | (4,688) |
| Agency relationship | (22) | (28) |
| Intangible assets | (2,179) | (2,476) |
| Goodwill | (357) | (357) |
| Bond amortization | (72) | (111) |
| Fixed assets | (992) | (860) |
| Other | (279) | (303) |
| Total deferred tax liabilities | (7,989) | (12,184) |
| | | |
| Deferred tax assets: | | |
| Unearned premiums | 6,931 | 6,901 |
| Amortization of non-compete agreements | 71 | 107 |
| Pension liability | 867 | 746 |
| Net operating loss carry-forward | 93 | 200 |
| Unpaid loss and loss adjustment expense | 2,505 | 3,422 |
| Rent reserve | 54 | 158 |
| Bonus accrual | 632 | 302 |
| Investment impairments | 1,446 | 1,956 |
| Other | 373 | 329 |
| Total deferred tax assets | 12,972 | 14,121 |
| | | |
| Deferred federal income taxes, net | $ 4,983 | $ 1,937 |

We concluded that no valuation allowance was necessary to provide against our deferred tax assets as of December 31, 2018.

A reconciliation of the income tax provisions based on the applicable statutory tax rates of 21% and 35% to the provisions reflected in the consolidated financial statements for the years ended December 31, 2018 and 2017, respectively, is as follows (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Computed expected income tax expense (benefit) at statutory tax rate | $  2,689 | $  (5,800) |
| Meals and entertainment | 75 | 81 |
| Tax exempt interest | (435) | (987) |
| Dividends received deduction | (94) | (196) |
| State taxes (net of federal benefit) | 266 | 165 |
| Tax law change | — | 1,276 |
| True up bond amortization | — | 464 |
| Other | (45) | (22) |
| Income tax expense (benefit) | $  2,456 | $  (5,019) |
| | | |
| Current income tax expense (benefit) | $  4,300 | $  (3,444) |
| Deferred tax benefit | (1,844) | (1,575) |
| Income tax expense (benefit) | $  2,456 | $  (5,019) |

We have available, for federal income tax purposes, unused net operating loss of $0.4 million at December 31, 2018. The losses were acquired as part of the HIC and HCM acquisitions and may be used to offset future taxable income. Utilization of the losses is limited under Internal Revenue Code Section 382. The Internal Revenue Code provides that effective with tax years beginning September 1997, the carry-back and carry-forward periods are 2 years and 20 years, respectively, with respect to newly generated operating losses. The net operating losses will expire if unused, as follows (in thousands):

| Year | |
|---|---|
| 2022 | $  — |

APP. 0445

| | |
|---|---|
| 2028 | 25 |
| 2029 | |
| 2031 | 45 |
| 2032 | 77 |
| 2033 | 73 |
| 2034 | 59 |
| 2035 | 33 |
| 2036 | 50 |
| 2037 | 29 |
| 2038 | 49 |
| | $   442 |

We are no longer subject to U.S. federal, state, local or non-U.S. income tax examinations by tax authorities for years prior to 2015. The Company recognizes interest and penalties related to uncertain tax positions in income tax expense. There were no uncertain tax positions at December 31, 2018.

| Supplemental Cash Flow Information | 12 Months Ended Dec. 31, 2018 |
|---|---|

**Additional Cash Flow Elements and Supplemental Cash Flow Information [Abstract]**

Supplemental Cash Flow Information

16.  **Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

|  | As of December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Cash and cash equivalents | $ 35,594 | $64,982 |
| Restricted cash | 4,877 | 2,651 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 40,471 | $67,633 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the years ended December 31, 2018 and 2017:

|  | Decembe 2018 |
|---|---|
| Interest paid | $ 4,842  $ |
| Income taxes (recovered) paid | $(3,236) $ |
| Supplemental schedule of non-cash investing activities: | |
| Receivable for securities related to investment disposals | $ 3,369  $ |
| Payable for securities related to investment purchases | $   698  $ |

APP. 0447

**Commitments and Contingencies**

**12 Months Ended**

**Dec. 31, 2018**

**Commitments and Contingencies [Abstract]**

Commitments and Contingencies

**17.  Commitments and Contingencies:**

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Certain of these leases contain renewal options. Rental expense amounted to $3.1 million and $2.8 million for the years ended December 31, 2018 and 2017.

Future minimum lease payments under non-cancelable operating leases as of December 31, 2018 are as follows (in thousands):

| Year | | |
|------|---|---|
| 2019 | $ | 2,269 |
| 2020 | | 2,491 |
| 2021 | | 2,172 |
| 2022 | | 2,171 |
| 2023 | | 1,885 |
| 2024 and thereafter | | 15,266 |
| Total minimum lease payments | $ | 26,254 |

From time to time, assessments are levied on us by the guaranty association of the states where we offer our insurance products. Such assessments are made primarily to cover the losses of policyholders of insolvent or rehabilitated insurers. Since these assessments can generally be recovered through a reduction in future premium taxes paid, we capitalize the assessments that can be recovered as they are paid and amortize the capitalized balance against our premium tax expense. We did not pay an assessment during 2018.  During 2017 we paid $36 thousand in assessments.

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

**Changes in Accumulated Other Comprehensive Income Balances**

| | **12 Months Ended** |
| --- | --- |
| | **Dec. 31, 2018** |

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Changes in Accumulated Other Comprehensive Income Balances

18.    **Changes in Accumulated Other Comprehensive Income Balances:**

The changes in accumulated other comprehensive income balances as of December 31, 2018 and 2017 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
| --- | --- | --- | --- |
| Balance at January 1, 2017 | $ (2,666) | $    13,037 | $               10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 548 | — | 548 |
| Tax effect on change in net actuarial gain | (192) | — | (192) |
| Unrealized holding gains arising during the period | — | 9,117 | 9,117 |
| Tax effect on unrealized gains arising during the period | — | (3,191) | (3,191) |
| Reclassification adjustment for gains included in net realized gains | — | (6,799) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 2,380 | 2,380 |
| Other comprehensive income, net of tax | 356 | 1,507 | 1,863 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $    14,544 | $               12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | (576) | — | (576) |
| Tax effect on change in net actuarial gain | 121 | — | 121 |
| Unrealized holding losses arising during the period | — | (3,343) | (3,343) |
| Tax effect on unrealized losses arising during the period | — | 702 | 702 |
| Reclassification adjustment for gains included in net realized gains | — | (1,803) | (1,803) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 379 | 379 |
| Other comprehensive loss, net of tax | (455) | (4,065) | (4,520) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at December 31, 2018 | $ (3,334) | $    (3,326) | $               (6,660) |

**Concentrations of Credit Risk**

|  | 12 Months Ended |
| --- | --- |
|  | Dec. 31, 2018 |

**Concentrations of Credit Risk [Abstract]**

Concentrations of Credit Risk

19. **Concentrations of Credit Risk:**

We maintain cash and cash equivalents in accounts with four financial institutions in excess of the amount insured by the Federal Deposit Insurance Corporation. We monitor the financial stability of the depository institutions regularly and do not believe excessive risk of depository institution failure existed at December 31, 2018.

We are also subject to credit risk with respect to reinsurers to whom we have ceded underwriting risk. Although a reinsurer is liable for losses to the extent of the coverage it assumes, we remain obligated to our policyholders in the event that the reinsurers do not meet their obligations under the reinsurance agreements. In order to mitigate credit risk to reinsurance companies, we monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Most of our reinsurance recoverable balances as of December 31, 2018 were with reinsurers that had an A.M. Best rating of "A-" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

APP. 0450

**Schedule II - Condensed Financial Information of Registrant (Parent Company Only)**

**Condensed Financial Information Of Parent Company Only Disclosure [Abstract]**

Condensed Financial Information of Parent Company Only Disclosure

**12 Months Ended**

**Dec. 31, 2018**

Schedule II – Condensed Financial Information of Registrant (Parent Company Only)

### HALLMARK FINANCIAL SERVICES, INC.
### BALANCE SHEETS
### December 31, 2018 and 2017
### (In thousands)

| | 2018 | 2017 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $150 in 2018 and $150 in 2017) | $ 786 | $ 150 |
| Cash and cash equivalents | 10,159 | 12,194 |
| Investment in subsidiaries | 344,904 | 344,496 |
| Deferred federal income taxes | 442 | 493 |
| Federal income tax recoverable | 6,133 | 3,914 |
| Other assets | 3,784 | 3,571 |
| Total assets | $366,208 | $364,818 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $898 in 2018 and $949 in 2017) | 55,804 | 55,753 |
| Accounts payable and other accrued expenses | 24,872 | 27,947 |
| Total liabilities | 110,676 | 113,700 |
| | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and in 2017 | 3,757 | 3,757 |
| Additional paid-in capital | 123,168 | 123,180 |
| Retained earnings | 161,195 | 136,474 |
| Accumulated other comprehensive income | (6,660) | 12,234 |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 in 2017), at cost | (25,928) | (24,527) |
| | | |
| Total stockholders' equity | 255,532 | 251,118 |
| Total liabilities and stockholders' equity | $366,208 | $364,818 |

See accompanying report of independent registered public accounting firm.

Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)

### HALLMARK FINANCIAL SERVICES, INC.
### STATEMENTS OF OPERATIONS
### For the years ended December 31, 2018 and 2017
### (In thousands)

| | 2018 | 2017 |
|---|---|---|
| Investment income, net of expenses | $ 290 | $ 210 |
| Dividend income from subsidiaries | 5,525 | 11,375 |
| Net realized losses | — | (759) |
| Management fee income | 14,736 | 11,896 |
| Total revenues | 20,551 | 22,722 |

| | | |
|---|---|---|
| Operating expenses | 11,395 | 10,265 |
| Interest expense | 4,545 | 4,512 |
| | | |
| Total expenses | 15,940 | 14,777 |
| | | |
| Income before equity in undistributed earnings (loss) of subsidiaries and income tax benefit | 4,611 | 7,945 |
| | | |
| Income tax benefit | (306) | (947) |
| | | |
| Income before equity in undistributed earnings (loss) of subsidiaries | 4,917 | 8,892 |
| Equity in undistributed share of earnings (loss) in subsidiaries | 5,430 | (20,445) |
| | | |
| Net income (loss) | $10,347 | $(11,553) |
| | | |
| Comprehensive income (loss) | $ 5,827 | $ (9,690) |

See accompanying report of independent registered public accounting firm.

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2018 and 2017**
**(In thousands)**

| | 2018 | 2017 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income (loss) | $10,347 | $(11,553) |
| | | |
| Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities: | | |
| Depreciation and amortization expense | 377 | 367 |
| Deferred income tax expense (benefit) | 51 | (160) |
| Net realized losses | — | 759 |
| Undistributed share of (earnings) loss of subsidiaries | (5,430) | 20,445 |
| Change in current federal income tax recoverable | (2,219) | (1,158) |
| Change in all other liabilities | (3,075) | 306 |
| Change in all other assets | (466) | 632 |
| Net cash (used in) provided by operating activities | (415) | 9,638 |
| | | |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (55) | (97) |
| Purchase of investment securities | — | (1,304) |
| Net cash used in investing activities | (55) | (1,401) |
| | | |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| | | |
| (Decrease) increase in cash and cash equivalents | (2,035) | 3,160 |
| Cash and cash equivalents at beginning of year | 12,194 | 9,034 |
| Cash and cash equivalents at end of year | $10,159 | $ 12,194 |
| | | |
| Supplemental cash flow information: | | |
| Interest paid | $ 4,842 | $ 4,506 |
| | | |
| Income taxes paid | $ 1,996 | $ 372 |

See accompanying report of independent registered public accounting firm.

APP. 0452

**Schedule III -Supplementary Insurance Information**

**12 Months Ended**

**Dec. 31, 2018**

**Schedule III - Supplementary Insurance Information [Abstract]**

Supplementary Insurance Information

### FINANCIAL STATEMENT SCHEDULES

**Schedule III - Supplementary Insurance Information**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|
| Segment | Deferred Policy Acquisition Costs | Future Policy Benefits, Losses, Claims, and Loss Adjustment Expenses | Unearned Premiums | Other Policy Claims and Benefits Payable | Premium Revenue | Net Investment Income | Benefits, Claims, Losses and Settlement Expenses | Amortization of Deferred Policy Acquisition Costs | Other Operating Expenses | Net Premiums Written |
| **2018** | | | | | | | | | | |
| Specialty Commercial Segment | $ 5,637 | $ 429,741 | $ 234,563 | $ — | $ 258,186 | $ 19,302 | $ 194,268 | $ 21,133 | $ 52,071 | $ 251,731 |
| Standard Commercial Segment | 5,212 | 74,677 | 40,813 | — | 72,321 | 3,736 | 39,396 | 13,415 | 22,825 | 69,222 |
| Personal Segment | 3,442 | 22,829 | 22,685 | — | 32,580 | 1,185 | 22,364 | 2,888 | 15,420 | 42,845 |
| Corporate | — | — | — | — | — | (5,991) | — | — | 11,396 | — |
| Consolidated | $ 14,291 | $ 527,247 | $ 298,061 | $ — | $ 363,087 | $ 18,232 | $ 256,028 | $ 37,436 | $ 101,712 | $ 363,798 |
| **2017** | | | | | | | | | | |
| Specialty Commercial Segment | $ 8,668 | $ 416,788 | $ 224,903 | $ — | $ 259,086 | $ 16,809 | $ 213,050 | $ 21,600 | $ 57,458 | $ 265,022 |
| Standard Commercial Segment | 6,421 | 87,323 | 37,574 | — | 66,218 | 3,855 | 45,227 | 10,890 | 23,180 | 69,288 |
| Personal Segment | 913 | 22,989 | 14,165 | — | 35,733 | 1,194 | 30,031 | 1,775 | 12,712 | 31,273 |
| Corporate | — | — | — | — | — | (2,984) | — | — | 10,265 | — |
| Consolidated | $ 16,002 | $ 527,100 | $ 276,642 | $ — | $ 361,037 | $ 18,874 | $ 288,308 | $ 34,265 | $ 103,615 | $ 365,583 |

See accompanying report of independent registered public accounting firm.

APP. 0453

**Schedule IV -Reinsurance**

**12 Months Ended**

**Dec. 31, 2018**

**Supplemental Schedule of Reinsurance Premiums For Insurance Companies [Abstract]**

Reinsurance

**FINANCIAL STATEMENT SCHEDULES**

**Schedule IV – Reinsurance**

*(In thousands)*

| | Column B Gross Amount | Column C Ceded to Other Companies | Column D Assumed from Other Companies | Column E Net Amount | Column F Percentage of Amount Assumed to Net |
|---|---|---|---|---|---|
| **Year Ended December 31, 2018** | | | | | |
| Life insurance in force | $ — | $ — | $ — | $ — | |
| | | | | | |
| Premiums | | | | | |
| Life insurance | $ — | $ — | $ — | $ — | |
| Accident and health insurance | — | — | — | — | |
| Property and liability insurance | 639,437 | (278,509) | 2,159 | 363,087 | 0.59 % |
| Title Insurance | — | — | — | — | |
| Total premiums | $639,437 | $ (278,509) | $ 2,159 | $363,087 | 0.59 % |
| | | | | | |
| **Year Ended December 31, 2017** | | | | | |
| Life insurance in force | $ — | $ — | $ — | $ — | |
| | | | | | |
| Premiums | | | | | |
| Life insurance | $ — | $ — | $ — | $ — | |
| Accident and health insurance | — | — | — | — | |
| Property and liability insurance | 567,089 | (207,732) | 1,680 | 361,037 | 0.47 % |
| Title Insurance | — | — | — | — | |
| Total premiums | $567,089 | $ (207,732) | $ 1,680 | $361,037 | 0.47 % |

See accompanying report of independent registered public accounting firm.

APP. 0454

**Schedule VI-Supplemental Information Concerning Property-Casualty Insurance Operations**

**Supplemental Information For Property, Casualty Insurance Underwriters [Abstract]**

Supplemental Information Concerning Property-Casualty Insurance Operations

**12 Months Ended**

**Dec. 31, 2018**

**FINANCIAL STATEMENT SCHEDULES**

**Schedule VI - Supplemental Information Concerning Property-Casualty Insurance Operations**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reserves for Unpaid | | | | | Claims and Claim | | | | |
| | Deferred Policy | Claims and Claim | Discount if any, | | | Net | Adjustment Expenses Incurred Related to | | Amortization of Deferred Policy | Paid Claims and Claims | Net |
| Affiliation With Registrant | Acquisition Costs | Adjustment Expenses | Deducted In Column C | Unearned Premiums | Earned Premiums | Investment Income | (1) Current Year | (2) Prior Years | Acquisitions Costs | Adjustment Expenses | Premiums Written |
| (a) Consolidated property-casualty Entities | | | | | | | | | | | |
| 2018 | $ 14,291 | $ 527,247 | $ — | $ 298,061 | $ 363,087 | $ 18,232 | $ 250,075 | $ 5,953 | $ 37,436 | $ 322,985 | $ 363,798 |
| 2017 | $ 16,002 | $ 527,100 | $ — | $ 276,642 | $ 361,037 | $ 18,874 | $ 248,203 | $ 40,105 | $ 34,265 | $ 274,150 | $ 365,583 |

See accompanying report of independent registered public accounting firm.

**Accounting Policies (Policies)**

|  | 12 Months Ended |
| --- | --- |
|  | **Dec. 31, 2018** |

**Accounting Policies [Abstract]**

General

### General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, the "Company", "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We market, distribute, underwrite and service our property/casualty insurance products primarily through subsidiaries whose operations are organized into product-specific operating units that are supported by our insurance company subsidiaries. Our Contract Binding operating unit handles primarily commercial insurance products and services and is comprised of Hallmark Specialty Underwriters, Inc. ("HSU"), Pan American Acceptance Corporation ("PAAC") and TGA Special Risk, Inc. ("TGASRI"). Our Specialty Commercial operating unit offers (i) general aviation insurance products and services, (ii) low and middle market commercial umbrella and excess liability insurance, (iii) medical and financial professional liability insurance products and services, (iv) satellite launch insurance products, and (v) primary/excess commercial property coverages for both catastrophe and non-catastrophe exposures. Certain specialty programs are also managed by our Specialty Commercial operating unit. Our Specialty Commercial operating unit is comprised of Aerospace Insurance Managers, Inc. ("Aerospace Insurance Managers"), Aerospace Special Risk, Inc. ("ASRI"), Aerospace Claims Management Group, Inc. ("ACMG"), Heath XS, LLC ("HXS") and Hardscrabble Data Solutions, LLC ("HDS"). Our Standard Commercial P&C operating unit handles commercial insurance products and services and is comprised of American Hallmark Insurance Services, Inc. ("American Hallmark Insurance Services") and Effective Claims Management, Inc. ("ECM"). Our Workers Compensation operating unit specializes in small and middle market workers compensation business and is comprised of TBIC Holding Corporation, Inc. ("TBIC Holding"), Texas Builders Insurance Company ("TBIC") and TBIC Risk Management ("TBICRM"). Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. Our Specialty Personal Lines operating unit handles personal insurance products and services and is comprised of American Hallmark General Agency, Inc. ("AHGA") and Hallmark Claims Services, Inc. ("HCS"). Our insurance company subsidiaries supporting these operating units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and TBIC.

These operating units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Contract Binding operating unit and our Specialty Commercial operating unit. The Standard Commercial Segment includes our Standard Commercial P&C operating unit and our Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines operating unit.

Basis of Presentation

### Basis of Presentation

The accompanying consolidated financial statements include the accounts and operations of Hallmark and its subsidiaries. Intercompany accounts and transactions have been eliminated. The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP") which, as to our insurance company subsidiaries, differ from statutory accounting practices prescribed or permitted for insurance companies by insurance regulatory authorities.

Use of Estimates in the Preparation of Financial Statements

### Use of Estimates in the Preparation of Financial Statements

Our preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect our reported amounts of assets and liabilities at the dates of the financial statements and our reported amounts of revenues and expenses during the reporting periods. Management evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors, including the current economic environment, which management believes to be reasonable under the circumstances. We adjust such estimates and assumptions when facts and circumstances dictate. Since future events and their effects cannot be determined with precision, actual results could differ significantly from these estimates. Changes in estimates resulting from continuing changes in the economic environment may be reflected in the financial statements in future periods.

Fair Value of Financial Instruments

### Fair Value of Financial Instruments

Fair value estimates are made at a point in time, based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for

APP. 0456

which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: Our revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of December 31, 2018 and December 31, 2017. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated debt securities: Our trust preferred securities are reported at carry value of $55.8 million and $55.8 million, and had a fair value of $45.6 million and $43.7 million, as of December 31, 2018 and 2017, respectively, and would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Investments

Investments

Debt securities available for sale are reported at fair value. Unrealized gains and losses are recorded as a component of stockholders' equity, net of related tax effects. Debt securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations for the portion that is related to credit deterioration with the remaining portion recognized in other comprehensive income. Debt security premiums and discounts are amortized into earnings using the effective interest method. Maturities of debt securities and sales of equity securities are recorded in receivable for securities until the cash is settled. Purchases of debt and equity securities are recorded in payable for securities until the cash is settled.

Equity securities are reported at fair value. On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity securities to be measured at fair value with changes in fair value recognized in net income. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary impairment. Prior to the adoption of ASU 2016-01, unrealized gains and losses on equity securities were recorded as a component of stockholders' equity, net of related tax effects.

Other investments consists of an equity warrant which is reported at fair value. Unrealized gains and losses are reported in the statement of operations as a component of net realized gains (losses).

Realized investment gains and losses are recognized in operations on the first in-first out method.

Cash and Cash Equivalents

Cash and Cash Equivalents

We consider all highly liquid investments with an original maturity of three months or less to be cash equivalents.

Restricted Cash

Restricted Cash

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

Premiums Receivable

Premiums Receivable

Premiums receivable represent amounts due from policyholders or independent agents for premiums written and uncollected. These balances are carried at net realizable value.

Reinsurance

Reinsurance

We are routinely involved in reinsurance transactions with other companies. Reinsurance premiums, losses and loss adjustment expenses ("LAE") are accounted for on bases consistent with those used in

APP. 0457

accounting for the original policies issued and the terms of the reinsurance contracts. (See Note 7.)

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 462 of 1227    PageID 880

Deferred Policy Acquisition Costs

## Deferred Policy Acquisition Costs

Policy acquisition costs (mainly commission, underwriting and marketing expenses) that are directly related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. In determining estimated realizable value, the computation gives effect to the premium to be earned, expected investment income, losses and LAE and certain other costs expected to be incurred as the premiums are earned. If the computation results in an estimated net realizable value less than zero, a liability will be accrued for the premium deficiency. During 2018 and 2017, we deferred $35.7 million and $31.1 million of policy acquisition costs and amortized $37.4 million and $34.3 million of deferred policy acquisition costs, respectively. Therefore, the net (amortization) deferrals of policy acquisition costs were ($1.7) million and ($3.2) million for 2018 and 2017, respectively.

Business Combinations

## Business Combinations

We account for business combinations using the acquisition method of accounting pursuant to Accounting Standards Codification ("ASC") 805, "Business Combinations." The base cash purchase price plus the estimated fair value of any non-cash or contingent consideration given for an acquired business is allocated to the assets acquired (including identified intangible assets) and liabilities assumed based on the estimated fair values of such assets and liabilities. The excess of the fair value of the total consideration given for an acquired business over the aggregate net fair values assigned to the assets acquired and liabilities assumed is recorded as goodwill. Contingent consideration is recognized as a liability at fair value as of the acquisition date with subsequent fair value adjustments recorded in the consolidated statements of operations. The valuation of contingent consideration requires assumptions regarding anticipated cash flows, probabilities of cash flows, discount rates and other factors. Significant judgment is employed in determining the propriety of these assumptions as of the acquisition date and for each subsequent period. Accordingly, future business and economic conditions, as well as changes in any of the assumptions, can materially impact the amount of contingent consideration expense we record in any given period. Indirect and general expenses related to business combinations are expensed as incurred.

Goodwill and Intangible Assets, net

## Goodwill and Intangible Assets, net

We account for our goodwill and intangible assets according to ASC 350, "Intangibles – Goodwill and Other." Under ASC 350, intangible assets with a finite life are amortized over the estimated useful life of the asset. Goodwill and intangible assets with an indefinite useful life are not amortized. Goodwill and intangible assets are tested for impairment on an annual basis or more frequently if events or changes in circumstances indicate that the carrying amount may not be recoverable. For goodwill, we may perform a qualitative test to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative goodwill impairment test. The first step of the quantitative test is to identify if a potential impairment exists by comparing the fair value of a reporting unit with its carrying amount, including goodwill ("Step 1"). If the fair value of a reporting unit exceeds its carrying value amount, goodwill of the reporting unit is not considered to have a potential impairment and the second step is not necessary. However, if the carrying amount of the reporting unit exceeds its fair value, the second step ("Step 2") is performed to determine if goodwill is impaired and to measure the amount of impairment loss to recognize, if any. Step 2 compares the implied fair value of goodwill with the carrying amount of goodwill. If the implied value of goodwill is less than the carrying amount of goodwill, it is written down to its fair value with a corresponding expense reflected in the Consolidated Statements of Income. The implied goodwill is calculated based on a hypothetical purchase price allocation, similar to the requirements in the accounting guidance for business combinations, whereby the implied fair value of the reporting unit is allocated to the fair value of the assets and liabilities of the reporting unit. We have elected to perform our goodwill impairment test on the first day of the fourth quarter, October 1, of each year.

Leases

## Leases

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Some of these leases include rent escalation provisions throughout the term of the lease. We expense the average annual cost of the lease with the difference to the actual rent invoices recorded as deferred rent which is classified in accounts payable and other accrued expenses on our consolidated balance sheets.

Property and Equipment

## Property and Equipment

Property and equipment (including leasehold improvements), aggregating $27.0 million and $24.9 million, at

December 31, 2018 and 2017, respectively, which is included in other assets, is recorded at cost and is depreciated using the straight-line method over the estimated useful lives of the assets (three to ten years) or the life of the lease, whichever is shorter. Depreciation expense for 2018 and 2017 was $2.7 million and $2.2 million, respectively. Accumulated depreciation was $20.0 million and $17.3 million at December 31, 2018 and 2017, respectively.

Variable Interest Entities

Variable Interest Entities

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively, the "Trusts") and we do not have variable interests in the Trusts. Therefore, the Trusts are not consolidated in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party variable interest entities. The maximum exposure to loss with respect to these investments is limited to the investment carrying values included in the consolidated balance sheets.

Losses and Loss Adjustment Expenses

Losses and Loss Adjustment Expenses

Losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through December 31, 2018 and 2017. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These estimates are subject to the effects of trends in loss severity and frequency. Although considerable variability is inherent in such estimates, we believe that the reserves for unpaid losses and LAE are adequate. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Recognition of Premium Revenues

Recognition of Premium Revenues

Insurance premiums are earned pro rata over the terms of the policies. Insurance policy fees are earned as of the effective date of the policy. Upon cancellation, any unearned premium is refunded to the insured. Insurance premiums written include gross policy fees of $6.5 million and $7.6 million for the years ended December 31, 2018 and 2017, respectively. Insurance premiums on monthly reporting workers' compensation policies are earned on the conclusion of the monthly coverage period. Deposit premiums for workers' compensation policies are earned upon the expiration of the policy.

Finance Charges

Finance Charges

We receive premium installment fees for each direct bill payment from policyholders. Installment fee income is classified as finance charges on the consolidated statement of operations and is recognized as the fee is invoiced.

Agent Commissions

Agent Commissions

We pay monthly commissions to agents based on written premium produced, but generally recognize the expense pro rata over the term of the policy. If the policy is cancelled prior to its expiration, the unearned portion of the agent commission is refundable to us. The unearned portion of commissions paid to agents is included in deferred policy acquisition costs. We annually pay a profit sharing commission to our independent agency force based upon the results of the business produced by each agent. We estimate and accrue this liability to commission expense in the year the business is produced.

Commission expense is classified as operating expenses in the consolidated statements of operations.

Income Taxes

Income Taxes

APP. 0459

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted. Among many changes resulting from TCJA, the new law (i) reduces the corporate tax rate to 21% effective January 1, 2018, (ii) eliminates the corporate alternative minimum tax for tax years beginning after December 31, 2017, (iii) allows businesses to immediately expense, for tax purposes, the cost of new investments in certain qualified depreciable assets, (iv) modifies the computation of loss reserve discounting for tax purposes, (v) modifies the recognition of income rules by requiring the recognition of income for certain items no later than the tax year in which an item is taken into account as income on an applicable financial statement and (vi) significantly modifies the United States international tax system. Net loss for the year ended December 31, 2017 included a charge of $1.3 million from the revaluation of deferred tax balances from a 35% statutory tax rate to the new 21% statutory tax rate as a result of TCJA.

## Earnings Per Share

Earnings Per Share

The computation of earnings per share is based upon the weighted average number of common shares outstanding during the period plus the effect of common shares potentially issuable (in periods in which they have a dilutive effect), primarily from stock options. (See Notes 11 and 13.)

## Adoption of New Accounting Pronouncements

Adoption of New Accounting Pronouncements

On February 14, 2018, the FASB issued ASU 2018‐02, "Income Statement- Reporting Comprehensive Income (Topic 220)" providing updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the TCJA. Prior guidance required the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that included the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would have included the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI is recognized or at the beginning of the period of adoption. The Company adopted the updated guidance effective January 1, 2018. The reclassification of the stranded tax effects out of AOCI and into retained earnings was $2.6 million. The adoption did not affect the Company's results of operations, financial position, or liquidity.

In January 2017, the FASB issued ASU 2017‐01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‐01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‐01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities (Subtopic 825-10)". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company reports changes in the fair value of equity investments in investment gains and (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments (Topic 230)". ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. Effective January 1, 2018, we adopted this new guidance, which did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in

restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. Effective January 1, 2018, we adopted this new guidance which did not have a material impact on our financial results or disclosures.

Recently Issued Accounting Pronouncements

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities (Subtopic 310‑20)". ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. We have evaluated the impact of adopting ASU 2017‑08 and have determined that it will be immaterial to our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment (Topic 350)". ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments (Topic 326)". ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease with the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We plan to adopt the standard on its effective date of January 1, 2019. We will also elect certain practical expedients that allow us not to reassess existing leases under the new guidance. Based on our analysis, the majority of the Company's lease obligation pertain to office leases utilized in the operation of our businesses. We expect the primary impact of adoption to be the recognition of a right of use asset and a lease liability for operating leases representing approximately two percent of the Company's total assets and total liabilities, respectively. We do not expect the standard to have a material effect on our reported consolidated results of operations, cash flows or required disclosures.

**Investments (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Investments [Abstract]**

**Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| **As of December 31, 2018** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |
| | | | | |
| **As of December 31, 2017** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 50,088 | $ 7 | $ (148) | $ 49,947 |
| Corporate bonds | 278,611 | 1,204 | (742) | 279,073 |
| Collateralized corporate bank loans | 125,536 | 702 | (301) | 125,937 |
| Municipal bonds | 134,052 | 709 | (505) | 134,256 |
| Mortgage-backed | 16,712 | 37 | (216) | 16,533 |
| Total debt securities | 604,999 | 2,659 | (1,912) | 605,746 |
| Total equity securities | 30,253 | 23,014 | (1,504) | 51,763 |
| Total other investments | 3,763 | 61 | — | 3,824 |
| Total investments | $ 639,015 | $ 25,734 | $ (3,416) | $ 661,333 |

**Major Categories of Investment Income**

Major categories of net investment income are summarized as follows (in thousands):

| | Twelve Months Ended December 31, 2018 | 2017 |
|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 902 | $ 566 |
| Corporate bonds | 6,696 | 7,839 |
| Collateralized corporate bank loans | 5,658 | 4,302 |
| Municipal bonds | 3,757 | 4,633 |
| Mortgage-backed | 521 | 1,049 |
| Equity securities | 1,151 | 871 |
| Other investments | — | — |
| Cash and cash equivalents | 518 | 706 |
| | 19,203 | 19,966 |
| Investment expenses | (971) | (1,092) |
| Investment income, net of expenses | $ 18,232 | $ 18,874 |

**Major Categories of Net Realized Gains on Investments**

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Twelve Months Ended December 31, 2018 | 2017 |
|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — |
| Corporate bonds | (83) | (468) |
| Collateralized corporate bank loans | 90 | 79 |
| Municipal bonds | 1,435 | 195 |
| Mortgage-backed | 2 | (9) |
| Equity securities | 359 | 7,002 |
| Gain on investments | 1,803 | 6,799 |
| Unrealized loss on other investments | (2,676) | (1,127) |
| Other-than-temporary impairments | — | (5,877) |
| Unrealized losses on equity investments | (9,322) | — |
| Investment losses, net | $ (10,195) | $ (205) |

APP. 0462

**Summary of Gross Unrealized Loss Position**

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of December 31, 2018 and December 31, 2017 (in thousands):

|  | As of December 31, 2018 | | | | | |
|  | 12 months or less | | Longer than 12 months | | Total | |
|  | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

|  | As of December 31, 2017 | | | | | |
|  | 12 months or less | | Longer than 12 months | | Total | |
|  | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 28,825 | $ (145) | $ 1,997 | $ (3) | $ 30,822 | $ (148) |
| Corporate bonds | 176,061 | (736) | 2,378 | (6) | 178,439 | (742) |
| Collateralized corporate bank loans | 30,008 | (280) | 2,517 | (21) | 32,525 | (301) |
| Municipal bonds | 35,200 | (370) | 8,917 | (135) | 44,117 | (505) |
| Mortgage-backed | 6,419 | (127) | 1,415 | (89) | 7,834 | (216) |
| Total debt securities | 276,513 | (1,658) | 17,224 | (254) | 293,737 | (1,912) |
| Total equity securities | 8,375 | (1,504) | — | — | 8,375 | (1,504) |
| Total other investments | — | — | — | — | — | — |
| Total investments | $ 284,888 | $ (3,162) | $ 17,224 | $ (254) | $ 302,112 | $ (3,416) |

**Carrying Value of Other Invested Assets Portfolio**

Details regarding the carrying value of the other invested assets portfolio as of December 31, 2018 and 2017 were as follows:

|  | 2018 | 2017 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 1,148 | $ 3,824 |
| Total other investments | $ 1,148 | $ 3,824 |

**Schedule of Amortized Cost and Estimated Fair Value of Debt Securities**

The amortized cost and estimated fair value of debt securities at December 31, 2018 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|  | (in thousands) | |
|---|---|---|
| Due in one year or less | $ 119,771 | $ 120,127 |
| Due after one year through five years | 284,992 | 284,947 |
| Due after five years through ten years | 105,656 | 102,047 |
| Due after ten years | 25,857 | 25,192 |
| Mortgage-backed | 13,992 | 13,557 |
|  | $ 550,268 | $ 545,870 |

**Fair Value (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Fair Value [Abstract]**

Fair Value of Assets Measured on a Recurring Basis

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

| | As of December 31, 2017 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 49,947 | $ — | $ 49,947 |
| Corporate bonds | — | 278,760 | 313 | 279,073 |
| Collateralized corporate bank loans | — | 125,937 | — | 125,937 |
| Municipal bonds | — | 131,433 | 2,823 | 134,256 |
| Mortgage-backed | — | 16,533 | — | 16,533 |
| Total debt securities | — | 602,610 | 3,136 | 605,746 |
| Total equity securities | 51,142 | — | 621 | 51,763 |
| Total other investments | 3,824 | — | — | 3,824 |
| Total investments | $ 54,966 | $ 602,610 | $ 3,757 | $661,333 |

Fair Value, Assets Measured on Recurring Basis Using Significant Unobservable Inputs (Level 3)

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the year ended December 31, 2018 and 2017 (in thousands).

| | 2018 | 2017 |
|---|---|---|
| Beginning balance as of January 1 | $ 3,757 | $ 5,945 |
| Sales | — | — |
| Settlements | (2,925) | (579) |
| Purchases | — | 775 |
| Issuances | — | — |
| Total realized/unrealized gains included in net income | 80 | 616 |
| Net gain included in other comprehensive income | — | — |
| Transfers into Level 3 | — | — |
| Transfers out of Level 3 | (621) | (3,000) |
| Ending balance as of December 31 | $ 291 | $ 3,757 |

APP. 0464

**Acquisitions, Goodwill and Intangible Assets (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

## Acquisitions, Goodwill and Intangible Assets [Abstract]

Schedule of Acquired Intangible Assets by Major Category

We have obtained various intangible assets from several acquisitions. The table below details the gross and net carrying amounts of these assets by major category (in thousands):

|  | December 31 | |
|---|---|---|
|  | 2018 | 2017 |
| Gross Carrying Amount: | | |
| Customer/agent relationships | $ 32,177 | $ 32,177 |
| Tradename | 3,440 | 3,440 |
| Management agreement | 3,232 | 3,232 |
| Non-compete & employment agreements | 4,235 | 4,235 |
| Insurance licenses | 1,300 | 1,300 |
| Total gross carrying amount | 44,384 | 44,384 |
|  | | |
| Accumulated Amortization: | | |
| Customer/agent relationships | (26,515) | (24,276) |
| Tradename | (2,847) | (2,618) |
| Management agreement | (3,232) | (3,232) |
| Non-compete & employment agreements | (4,235) | (4,235) |
| Total accumulated amortization | (36,829) | (34,361) |
| Total net carrying amount | $ 7,555 | $ 10,023 |

Schedule of Estimated Aggregate Amortization Expense for Definite-Lived Intangible Assets

Insurance licenses are not amortized because they have an indefinite life. We amortize definite-lived intangible assets straight line over their respective lives. The estimated aggregate amortization expense for definite-lived intangible assets for the next five years is as follows (in thousands):

| | |
|---|---|
| 2019 | $ 2,467 |
| 2020 | $ 2,467 |
| 2021 | $ 503 |
| 2022 | $ 501 |
| 2023 | $ 317 |

Schedule of Weighted Average Amortization Period for Definite Lived Intangible Assets by Major Cass

The weighted average amortization period for definite-lived intangible assets by major class is as follows:

| | Years |
|---|---|
| Tradename | 15 |
| Customer/ agent relationships | 15 |
| Management agreement | 4 |
| Non-compete agreements | 5 |

**Other Assets (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Other Assets [Abstract]**

Schedule of Other Assets

The following table details our other assets as of December 31, 2018 and 2017 (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Profit sharing commission receivable | $ 246 | $ 252 |
| Credit Facility B issuance costs | 106 | 122 |
| Accrued investment income | 4,175 | 4,859 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 6,154 | 6,726 |
| Other assets | 188 | 195 |
|  | $12,571 | $13,856 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Tables) | 12 Months Ended Dec. 31, 2018 |
|---|---|

## Reserves for Losses and Loss Adjustment Expenses

### Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net balance at January 1 | 372,488 | 358,330 |
|  |  |  |
| Incurred related to: |  |  |
|   Current year | 250,075 | 248,203 |
|   Prior years | 5,953 | 40,105 |
| Total incurred | 256,028 | 288,308 |
|  |  |  |
| Paid related to: |  |  |
|   Current year | 90,640 | 92,873 |
|   Prior years | 232,345 | 181,277 |
| Total paid | 322,985 | 274,150 |
|  |  |  |
| Net balance at December 31 | 305,531 | 372,488 |
|   Plus reinsurance recoverable | 221,716 | 154,612 |
| Balance at December 31 | $ 527,247 | $ 527,100 |

### Schedule Of Net Prior Years' Loss Development On Each Reporting Segment

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Specialty Commercial Segment | $ 16,457 | $ 40,477 |
| Standard Commercial Segment | (8,993) | (970) |
| Personal Segment | (1,511) | 598 |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 5,953 | $ 40,105 |

### Schedule of Incurred and Paid Claims Development

The following tables also include IBNR reserves plus expected development on reported claims and the cumulative number of reported claims as of December 31, 2018 ($ in thousands):

**Specialty Commercial Segment**

Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance — As of December 31,

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | | IBNR 2018 | Cumulative Number of Reported Claims 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |  |  |
| 2009 | $60,950 | $62,679 | $61,196 | $ 59,471 | $ 59,831 | $ 59,635 | $ 59,988 | $ 61,361 | $ 61,761 | $ 62,509 | $ — | 5,389 |
| 2010 |  | 74,187 | 78,089 | 75,695 | 77,593 | 78,003 | 77,972 | 77,631 | 78,253 | 77,647 | 231 | 5,071 |
| 2011 |  |  | 88,679 | 87,558 | 91,059 | 90,713 | 89,737 | 87,793 | 87,833 | 89,815 | 98 | 5,852 |
| 2012 |  |  |  | 106,371 | 111,253 | 111,841 | 115,709 | 116,320 | 117,925 | 117,469 | (172) | 7,424 |
| 2013 |  |  |  |  | 140,546 | 135,114 | 137,230 | 143,983 | 150,177 | 151,471 | 336 | 9,294 |
| 2014 |  |  |  |  |  | 144,996 | 133,464 | 138,842 | 144,728 | 152,025 | (800) | 10,242 |
| 2015 |  |  |  |  |  |  | 147,304 | 146,610 | 162,616 | 171,315 | 854 | 11,057 |
| 2016 |  |  |  |  |  |  |  | 151,494 | 157,836 | 164,570 | 5,527 | 11,750 |
| 2017 |  |  |  |  |  |  |  |  | 170,622 | 162,193 | 17,247 | 11,806 |
| 2018 |  |  |  |  |  |  |  |  |  | 170,926 | 87,288 | 9,702 |
|  |  |  |  |  |  |  |  |  | Total | $1,319,942 |  |  |

Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance

| Accident Year | For the Years Ended December 31, Unaudited | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 21,259 | $ 34,411 | $ 45,757 | $ 53,135 | $ 56,791 | $ 57,641 | $ 59,149 | $ 60,785 | $ 61,202 | $ 61,397 |
| 2010 |  | 24,818 | 45,234 | 58,139 | 68,625 | 73,398 | 74,513 | 75,787 | 76,906 | 77,075 |
| 2011 |  |  | 27,454 | 53,509 | 71,697 | 80,004 | 83,787 | 84,936 | 85,845 | 87,200 |
| 2012 |  |  |  | 37,655 | 60,923 | 82,066 | 97,680 | 109,060 | 113,909 | 116,607 |

| Accident Year | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | 40,475 | 76,366 | 101,725 | 126,025 | 139,759 | 148,706 |
| 2014 | | | | | | 22,697 | 73,634 | 99,521 | 128,649 | 146,290 |
| 2015 | | | | | | | 39,515 | 74,906 | 125,514 | 159,707 |
| 2016 | | | | | | | | 41,397 | 84,616 | 143,685 |
| 2017 | | | | | | | | | 45,477 | 109,220 |
| 2018 | | | | | | | | | | 42,359 |

| | |
|---|---|
| Total | $ 1,092,246 |
| All outstanding liabilities before 2009, net of reinsurance | 693 |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 228,389 |

## Standard Commercial Segment

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

As of December 31,

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | | IBNR 2018 | Cumulative Number of Reported Claims 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| 2009 | $44,719 | $45,674 | $46,772 | $46,778 | $45,970 | $44,159 | $43,851 | $43,107 | $42,168 | $ 41,513 | $ 139 | 2,644 |
| 2010 | | 45,263 | 45,235 | 44,847 | 43,164 | 43,459 | 42,426 | 42,175 | 42,880 | 42,427 | 146 | 2,920 |
| 2011 | | | 60,236 | 56,489 | 55,156 | 49,268 | 47,266 | 47,423 | 46,841 | 45,244 | 478 | 3,583 |
| 2012 | | | | 51,998 | 52,554 | 48,222 | 45,990 | 44,272 | 42,986 | 41,421 | 736 | 3,228 |
| 2013 | | | | | 55,482 | 57,528 | 56,703 | 53,174 | 52,076 | 49,039 | 596 | 3,924 |
| 2014 | | | | | | 55,488 | 55,808 | 53,568 | 53,882 | 54,125 | 1,990 | 3,571 |
| 2015 | | | | | | | 49,571 | 49,857 | 50,053 | 47,277 | 1,873 | 3,181 |
| 2016 | | | | | | | | 46,880 | 48,182 | 46,348 | 1,900 | 2,822 |
| 2017 | | | | | | | | | 41,393 | 43,169 | 8,000 | 2,556 |
| 2018 | | | | | | | | | | 42,898 | 16,384 | 2,165 |
| | | | | | | | | | Total | $453,461 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2009 | $ 15,242 | $ 28,313 | $ 32,075 | $ 35,818 | $ 38,316 | $ 40,389 | $ 40,575 | $ 40,629 | $ 40,835 | $ 40,991 |
| 2010 | | 21,302 | 28,342 | 30,957 | 33,428 | 37,166 | 39,115 | 39,706 | 40,937 | 42,063 |
| 2011 | | | 24,899 | 35,119 | 38,909 | 40,301 | 41,140 | 42,441 | 43,680 | 43,794 |
| 2012 | | | | 23,445 | 32,203 | 34,789 | 37,191 | 38,526 | 40,408 | 40,646 |
| 2013 | | | | | 23,123 | 36,411 | 41,809 | 44,575 | 46,756 | 47,853 |
| 2014 | | | | | | 24,255 | 37,122 | 41,514 | 45,779 | 48,395 |
| 2015 | | | | | | | 19,085 | 34,245 | 38,302 | 43,287 |
| 2016 | | | | | | | | 21,508 | 32,006 | 38,778 |
| 2017 | | | | | | | | | 16,755 | 28,984 |
| 2018 | | | | | | | | | | 19,233 |

| | |
|---|---|
| Total | $ 394,024 |
| All outstanding liabilities before 2009, net of reinsurance | 2,499 |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 61,936 |

## Personal Segment

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

As of December 31,

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | | IBNR 2018 | Cumulative Number of Reported Claims 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | | |
| 2009 | $40,436 | $42,092 | $46,244 | $47,977 | $48,930 | $49,694 | $49,772 | $49,891 | $49,971 | $ 50,005 | $ — | 21,056 |
| 2010 | | 63,862 | 78,294 | 80,765 | 84,724 | 83,903 | 84,252 | 84,591 | 84,808 | 84,867 | — | 30,180 |
| 2011 | | | 75,746 | 77,652 | 87,810 | 86,757 | 86,804 | 86,948 | 86,853 | 87,199 | — | 31,615 |
| 2012 | | | | 58,604 | 73,795 | 70,552 | 71,513 | 72,042 | 72,037 | 72,076 | — | 23,939 |
| 2013 | | | | | 55,706 | 59,132 | 60,100 | 60,211 | 60,379 | 60,328 | — | 23,471 |
| 2014 | | | | | | 5,452 | 5,340 | 6,243 | 6,699 | 6,504 | — | 19,293 |
| 2015 | | | | | | | 23,104 | 25,682 | 25,307 | 25,136 | 120 | 23,370 |
| 2016 | | | | | | | | 32,260 | 32,893 | 32,728 | 129 | 23,745 |
| 2017 | | | | | | | | | 23,342 | 21,968 | 208 | 16,748 |
| 2018 | | | | | | | | | | 18,334 | 2,613 | 14,248 |
| | | | | | | | | | Total | $459,145 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

For the Years Ended December 31,

| Accident Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | $ 23,306 | $ 37,621 | $ 44,689 | $ 47,967 | $ 49,287 | $ 49,539 | $ 49,704 | $ 49,853 | $ 49,957 | $ 49,992 |
| 2010 | | 38,643 | 67,755 | 75,199 | 82,624 | 83,511 | 84,111 | 84,556 | 84,717 | 84,768 |
| 2011 | | | 46,416 | 67,939 | 83,497 | 85,533 | 86,217 | 86,593 | 86,660 | 86,989 |
| 2012 | | | | 37,860 | 64,278 | 68,849 | 70,807 | 71,995 | 72,055 | 72,094 |
| 2013 | | | | | 45,901 | 54,514 | 58,047 | 59,775 | 60,277 | 60,297 |
| 2014 | | | | | | 2,515 | 4,418 | 5,631 | 6,428 | 6,566 |
| 2015 | | | | | | | 11,570 | 22,281 | 24,262 | 25,243 |
| 2016 | | | | | | | | 21,669 | 30,646 | 32,260 |
| 2017 | | | | | | | | | 15,776 | 21,061 |
| 2018 | | | | | | | | | | 11,137 |
| | | | | | | | | | Total | $ 450,406 |
| | | | | | | | | All outstanding liabilities before 2009, net of reinsurance | | 5 |
| | | | | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | $   8,743 |

## Reconciliation of Claims Development to Liability for Unpaid Losses

The reconciliation of the net incurred and paid development tables to the liability for unpaid losses and LAE in our consolidated balance sheets is as follows (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Net outstanding liabilities for losses and LAE | | |
| Specialty Commercial Segment | $228,389 | $275,436 |
| Standard Commercial Segment | 61,936 | 78,119 |
| Personal Segment | 8,743 | 11,505 |
| Liabilities for unpaid losses and allocated loss adjustment expenses, net of reinsurance | 299,068 | 365,060 |
| | | |
| Reinsurance recoverable on unpaid losses and LAE | | |
| Specialty Commercial Segment | 198,802 | 137,975 |
| Standard Commercial Segment | 9,783 | 6,051 |
| Personal Segment | 13,131 | 10,586 |
| Total reinsurance recoverable on unpaid losses and LAE | 221,716 | 154,612 |
| | | |
| Unallocated loss adjustment expenses | | |
| Specialty Commercial Segment | 2,550 | 3,377 |
| Standard Commercial Segment | 2,958 | 3,153 |
| Personal Segment | 955 | 898 |
| Total unallocated loss adjustment expenses | 6,463 | 7,428 |
| Total reserves for unpaid losses and loss adjustment expenses | $527,247 | $527,100 |

## Annual percentage payout of incurred losses and ALAE

The following table provides supplementary unaudited information about the annual percentage payout of incurred losses and ALAE, net of reinsurance, as of December 31, 2018:

| | Average Annual Percentage Payout of Incurred Claims by Age, Net of Reinsurance (1) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Specialty Commercial Segment | 27.1 % | 24.0 % | 20.5 % | 13.6 % | 7.9 % | 2.7 % | 1.7 % | 1.8 % | 0.4 % | 0.3 % |
| Standard Commercial Segment | 45.3 % | 25.2 % | 9.2 % | 6.9 % | 4.8 % | 3.7 % | 1.3 % | 1.0 % | 1.4 % | 1.2 % |
| Personal Segment | 53.7 % | 28.0 % | 10.2 % | 5.4 % | 1.5 % | 0.3 % | 0.3 % | 0.3 % | 0.1 % | 0.2 % |

The average annual percentage payout is calculated from a paid losses and ALAE development pattern based on an actuarial analysis of the paid losses and ALAE movements by accident year for each disaggregation category. The paid losses and ALAE development pattern provides the expected percentage of ultimate losses and ALAE to be paid in each year. The pattern considers all accident years included in the claims development tables.

**Reinsurance (Tables)**

| | 12 Months Ended |
| --- | --- |
| | **Dec. 31, 2018** |

**Reinsurance [Abstract]**

Schedule of Reinsurance Ceded and Recoveries

The following table presents our gross and net premiums written and earned and reinsurance recoveries for the last two years (in thousands):

| | **2018** | **2017** |
| --- | --- | --- |
| Premium Written : | | |
| Direct | $ 660,298 | $ 601,780 |
| Assumed | 2,717 | 2,376 |
| Ceded | (299,217) | (238,573) |
| | $ 363,798 | $ 365,583 |
| | | |
| Premium Earned: | | |
| Direct | $ 639,437 | $ 567,089 |
| Assumed | 2,159 | 1,680 |
| Ceded | (278,509) | (207,732) |
| | $ 363,087 | $ 361,037 |
| | | |
| Reinsurance recoveries | $ 199,690 | $ 144,948 |

APP. 0470

**Segment Information (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Segment Information [Abstract]**

Schedule of Segment Reporting, by Segment

The following is additional business segment information for the twelve months ended December 31, 2018 and 2017 (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Revenues |  |  |
| Specialty Commercial Segment | $280,283 | $277,946 |
| Standard Commercial Segment | 76,548 | 70,302 |
| Personal Segment | 38,623 | 40,462 |
| Corporate | (16,186) | (3,189) |
| Consolidated | $379,268 | $385,521 |
|  |  |  |
| Depreciation and Amortization Expense |  |  |
| Specialty Commercial Segment | $ 2,986 | $ 2,796 |
| Standard Commercial Segment | 390 | 294 |
| Personal Segment | 1,312 | 1,258 |
| Corporate | 453 | 367 |
| Consolidated | $ 5,141 | $ 4,715 |
|  |  |  |
| Interest Expense |  |  |
| Specialty Commercial Segment | $ — | $ — |
| Standard Commercial Segment | — | — |
| Personal Segment | — | — |
| Corporate | 4,545 | 4,512 |
| Consolidated | $ 4,545 | $ 4,512 |
|  |  |  |
| Tax Expense (Benefit) |  |  |
| Specialty Commercial Segment | $ 5,521 | $ (4,382) |
| Standard Commercial Segment | 2,511 | 3,849 |
| Personal Segment | 587 | (676) |
| Corporate | (6,163) | (3,810) |
| Consolidated | $ 2,456 | $ (5,019) |
|  |  |  |
| Pre-tax income (loss) |  |  |
| Specialty Commercial Segment | $ 28,780 | $ 2,012 |
| Standard Commercial Segment | 13,090 | 2,440 |
| Personal Segment | 3,061 | (3,058) |
| Corporate | (32,128) | (17,966) |
| Consolidated | $ 12,803 | $ (16,572) |

Schedule of Segment Reporting Additional Information by Segment

The following is additional business segment information as of the following dates (in thousands):

|  | December 31 | |
|---|---|---|
|  | 2018 | 2017 |
| Assets: |  |  |
| Specialty Commercial Segment | $ 858,262 | $ 810,133 |
| Standard Commercial Segment | 158,881 | 162,152 |
| Personal Segment | 226,431 | 232,441 |
| Corporate | 21,320 | 26,400 |
| Consolidated | $1,264,894 | $1,231,126 |

**Earnings Per Share (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Earnings Per Share [Abstract]**

Schedule of Earnings Per Share, Basic and Diluted

A reconciliation of the numerators and denominators of the basic and diluted per share calculations is presented below (in thousands, except per share amounts):

|  | 2018 | 2017 |
|---|---|---|
| Numerator for both basic and diluted earnings per share: | | |
| Net income (loss) | $10,347 | $(11,553) |
| | | |
| Denominator, basic shares | 18,086 | 18,343 |
| Effect of dilutive securities: | | |
| Stock-based compensation awards | 115 | — |
| Denominator, diluted shares | 18,201 | 18,343 |
| | | |
| Basic earnings per share: | $ 0.57 | $ (0.63) |
| | | |
| Diluted earnings per share: | $ 0.57 | $ (0.63) |

APP. 0472

**Share-based Payment Arrangements (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Share-based Payment Arrangements [Abstract]**

Summary of the Status of Stock Options

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2018 | 406,731 | $ 7.85 | | |
| Granted | — | — | | |
| Exercised | (36,500) | $ 6.61 | | |
| Forfeited or expired | (126,074) | $ 10.57 | | |
| Outstanding at December 31, 2018 | 244,157 | $ 6.63 | 0.4 | $ 991 |
| Exercisable at December 31, 2018 | 244,157 | $ 6.63 | 0.4 | $ 991 |

Schedule of Options, Grants in Period, Grant Date Intrinsic Value

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | 2018 | 2017 |
|---|---|---|
| Intrinsic value of options exercised | $ 122 | $ 163 |
| Cost of share-based payments (non-cash) | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — |

Schedule of Nonvested Restricted Stock Units Activity

| | Number of Restricted Stock Units | |
|---|---|---|
| | 2018 | 2017 |
| Nonvested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Nonvested at December 31 | 338,897 | 385,779 |

**Retirement Plans (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

## Retirement Plans [Abstract]

Changes in Benefit Obligations, Components of Benefit Costs, Weighted-Average Assumptions, and Plan Assets

The following tables provide detail of the changes in benefit obligations, components of benefit costs, weighted-average assumptions, and plan assets for the retirement plan as of and for the twelve months ending December 31, 2018 and 2017  (in thousands) using a measurement date of December 31.

|  | 2018 | 2017 |
|---|---|---|
| Assumptions (end of period): | | |
| Discount rate used in determining benefit obligation | 4.05 % | 3.45 % |
| Rate of compensation increase | N/A | N/A |
| | | |
| Reconciliation of funded status (end of period): | | |
| Accumulated benefit obligation | $ (11,687) | $ (12,758) |
| | | |
| Projected benefit obligation | $ (11,687) | $ (12,758) |
| Fair value of plan assets | 9,669 | 11,153 |
| Funded status | $  (2,018) | $  (1,605) |
| | | |
| Net actuarial loss | (4,130) | (3,554) |
| Accumulated other comprehensive loss | (4,130) | (3,554) |
| Prepaid pension cost | 2,112 | 1,949 |
| Net amount recognized as of December 31 | $  (2,018) | $  (1,605) |
| | | |
| Changes in projected benefit obligation: | | |
| Benefit obligation as of beginning of period | $ 12,758 | $ 12,618 |
| Interest cost | 424 | 471 |
| Actuarial liability (gain)/loss | (628) | 554 |
| Benefits paid | (867) | (885) |
| Benefit obligation as of end of period | $ 11,687 | $ 12,758 |
| | | |
| Change in plan assets: | | |
| Fair value of plan assets as of beginning of period | $ 11,153 | $ 10,415 |
| Actual return on plan assets (net of expenses) | (617) | 1,623 |
| Employer contributions | — | — |
| Benefits paid | (867) | (885) |
| Fair value of plan assets as of end of period | $  9,669 | $ 11,153 |
| | | |
| Net periodic pension cost: | | |
| Service cost - benefits earned during the period | $    — | $    — |
| Interest cost on projected benefit obligation | 424 | 471 |
| Expected return on plan assets | (694) | (646) |
| Recognized actuarial loss | 106 | 126 |
| Net periodic pension cost | $   (164) | $    (49) |
| | | |
| Discount rate | 3.45 % | 3.88 % |
| Expected return on plan assets | 6.50 % | 6.50 % |
| Rate of compensation increase | N/A | N/A |

Estimated Future Benefit Payments

Estimated future benefit payments by fiscal year (in thousands):

| | |
|---|---|
| 2019 | $    881 |
| 2020 | $    870 |
| 2021 | $    875 |
| 2022 | $    861 |
| 2023 | $    843 |
| 2024-2028 | $  3,941 |

Weighted-Average Asset Allocation for the Defined Benefit Cash Balance Plan

The following table shows the weighted-average asset allocation for the defined benefit cash balance plan held as of December 31, 2018 and 2017.

| | December 31 | |
|---|---|---|
| | 2018 | 2017 |
| Asset Category: | | |

APP. 0474

| | | |
|---|---|---|
| Debt securities | 36 % | 32 % |
| Equity securities | 61 % | 64 % |
| Other | 3 % | 4 % |
| Total | 100 % | 100 % |

**Schedule of Fair Value, Assets Measured on Recurring Basis**

The following table presents, for each of the fair value hierarchy levels, our plan assets that are measured at fair value on a recurring basis at December 31, 2018 and December 31, 2017 (in thousands).

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ — | $ 3,468 | $ — | $3,468 |
| Equity securities | 5,913 | — | — | 5,913 |
| Total | $ 5,913 | $ 3,468 | $ — | $9,381 |

| | As of December 31, 2017 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ — | $ 3,586 | $ — | $ 3,586 |
| Equity securities | 7,156 | — | — | 7,156 |
| Total | $ 7,156 | $ 3,586 | $ — | $10,742 |

APP. 0475

**Income Taxes (Tables)**

## Income Taxes [Abstract]

Schedule of Deferred Tax Assets and Liabilities

The composition of deferred tax assets and liabilities and the related tax effects as of December 31, 2018 and 2017, are as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Deferred tax liabilities: | | |
| Deferred policy acquisition costs | $ (3,001) | $ (3,361) |
| Net unrealized holding gain on investments | (1,087) | (4,688) |
| Agency relationship | (22) | (28) |
| Intangible assets | (2,179) | (2,476) |
| Goodwill | (357) | (357) |
| Bond amortization | (72) | (111) |
| Fixed assets | (992) | (860) |
| Other | (279) | (303) |
| Total deferred tax liabilities | (7,989) | (12,184) |
| | | |
| Deferred tax assets: | | |
| Unearned premiums | 6,931 | 6,901 |
| Amortization of non-compete agreements | 71 | 107 |
| Pension liability | 867 | 746 |
| Net operating loss carry-forward | 93 | 200 |
| Unpaid loss and loss adjustment expense | 2,505 | 3,422 |
| Rent reserve | 54 | 158 |
| Bonus accrual | 632 | 302 |
| Investment impairments | 1,446 | 1,956 |
| Other | 373 | 329 |
| Total deferred tax assets | 12,972 | 14,121 |
| | | |
| Deferred federal income taxes, net | $ 4,983 | $ 1,937 |

Schedule of Effective Income Tax Rate Reconciliation

A reconciliation of the income tax provisions based on the applicable statutory tax rates of 21% and 35% to the provisions reflected in the consolidated financial statements for the years ended December 31, 2018 and 2017, respectively, is as follows (in thousands):

|  | 2018 | 2017 |
|---|---|---|
| Computed expected income tax expense (benefit) at statutory tax rate | $ 2,689 | $ (5,800) |
| Meals and entertainment | 75 | 81 |
| Tax exempt interest | (435) | (987) |
| Dividends received deduction | (94) | (196) |
| State taxes (net of federal benefit) | 266 | 165 |
| Tax law change | — | 1,276 |
| True up bond amortization | — | 464 |
| Other | (45) | (22) |
| Income tax expense (benefit) | $ 2,456 | $ (5,019) |
| | | |
| Current income tax expense (benefit) | $ 4,300 | $ (3,444) |
| Deferred tax benefit | (1,844) | (1,575) |
| Income tax expense (benefit) | $ 2,456 | $ (5,019) |

Summary of Operating Loss Carryforwards

The net operating losses will expire if unused, as follows (in thousands):

| Year | |
|---|---|
| 2022 | $ — |
| 2028 | 2 |
| 2029 | 25 |
| 2031 | 45 |
| 2032 | 77 |
| 2033 | 73 |
| 2034 | 59 |
| 2035 | 33 |
| 2036 | 50 |
| 2037 | 29 |
| 2038 | 49 |

APP. 0477

| **Supplemental Cash Flow Information (Tables)** | **12 Months Ended** |
| --- | --- |
| | **Dec. 31, 2018** |

**Additional Cash Flow Elements and Supplemental Cash Flow Information [Abstract]**

Schedule of Cash, Cash Equivalents, Restricted Cash And Cash Equivalents [Table Text Block]

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | | As of December 31, | |
| --- | --- | --- | --- |
| | | **2018** | **2017** |
| Cash and cash equivalents | $ | 35,594 | $64,982 |
| Restricted cash | | 4,877 | 2,651 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ | 40,471 | $67,633 |

Schedule of Cash Flow, Supplemental Disclosures [Table Text Block]

The following table provides supplemental cash flow information for the years ended December 31, 2018 and 2017:

| | Decembe |
| --- | --- |
| | **2018** |
| Interest paid | $ 4,842 $ |
| Income taxes (recovered) paid | $(3,236) $ |
| Supplemental schedule of non-cash investing activities: | |
| Receivable for securities related to investment disposals | $ 3,369 $ |
| Payable for securities related to investment purchases | $ 698 $ |

APP. 0478

**Commitments and Contingencies (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Commitments and Contingencies [Abstract]**

Schedule of Future Minimum Rental Payments for Operating Leases

Future minimum lease payments under non-cancelable operating leases as of December 31, 2018 are as follows (in thousands):

| Year | | |
|---|---|---|
| 2019 | $ | 2,269 |
| 2020 | | 2,491 |
| 2021 | | 2,172 |
| 2022 | | 2,171 |
| 2023 | | 1,885 |
| 2024 and thereafter | | 15,266 |
| Total minimum lease payments | $ | 26,254 |

**Changes in Accumulated Other Comprehensive Income Balances (Tables)**

**12 Months Ended**

**Dec. 31, 2018**

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Schedule of Accumulated Other Comprehensive Income (Loss)

The changes in accumulated other comprehensive income balances as of December 31, 2018 and 2017 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at January 1, 2017 | $ (2,666) | $    13,037 | $            10,371 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 548 | — | 548 |
| Tax effect on change in net actuarial gain | (192) | — | (192) |
| Unrealized holding gains arising during the period | — | 9,117 | 9,117 |
| Tax effect on unrealized gains arising during the period | — | (3,191) | (3,191) |
| Reclassification adjustment for gains included in net realized gains | — | (6,799) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 2,380 | 2,380 |
| Other comprehensive income, net of tax | 356 | 1,507 | 1,863 |
| | | | |
| Balance at December 31, 2017 | $ (2,310) | $    14,544 | $            12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | (576) | — | (576) |
| Tax effect on change in net actuarial gain | 121 | — | 121 |
| Unrealized holding losses arising during the period | — | (3,343) | (3,343) |
| Tax effect on unrealized losses arising during the period | — | 702 | 702 |
| Reclassification adjustment for gains included in net realized gains | — | (1,803) | (1,803) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 379 | 379 |
| Other comprehensive loss, net of tax | (455) | (4,065) | (4,520) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at December 31, 2018 | $ (3,334) | $    (3,326) | $            (6,660) |

| Accounting Policies (Narrative) (Details) $ in Millions | Jan. 01, 2018 USD ($) | Aug. 23, 2007 USD ($) | Jun. 21, 2005 USD ($) | 12 Months Ended | |
|---|---|---|---|---|---|
| | | | | Dec. 31, 2018 USD ($) segment | Dec. 31, 2017 USD ($) |
| Number of reportable segments | segment | | | | 3 | |
| Deferred policy acquisition costs, additions | | | | $ 35.7 | $ 31.1 |
| Deferred policy acquisition costs, amortized | | | | 37.4 | 34.3 |
| Deferred policy acquisition cost, (amortization) deferrals | | | | (1.7) | (3.2) |
| Property and equipment, gross | | | | $ 27.0 | 24.9 |
| Property and equipment, depreciation method | | | | straight-line method | |
| Depreciation | | | | $ 2.7 | 2.2 |
| Property and equipment, accumulated depreciation | | | | 20.0 | 17.3 |
| Policy fees | | | | $ 6.5 | $ 7.6 |
| Corporate tax rate | | | | 21.00% | 35.00% |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | $ 2.6 | | | | |
| Charge from revaluation of deferred tax balances as a result of Tax Cuts and Jobs Act | | | | | $ 1.3 |
| Hallmark Statutory Trust I [Member] | | | | | |
| Long-term debt, gross | | | $ 30.9 | | |
| Proceeds from issuance of trust preferred securities | | | $ 30.0 | | |
| Hallmark Statutory Trust I I [Member] | | | | | |
| Long-term debt, gross | | $ 25.8 | | | |
| Proceeds from issuance of trust preferred securities | | $ 25.0 | | | |
| Facility B Revolving Credit Facility [Member] | | | | | |
| Credit facility, carried value | | | | $ 30.0 | |
| Credit facility, fair value | | | | | $ 30.2 |
| Minimum [Member] | | | | | |
| Property and equipment, estimated useful lives | | | | 3 years | 3 years |
| Maximum [Member] | | | | | |
| Property and equipment, estimated useful lives | | | | 10 years | 10 years |
| Accounting Standards Update 2016-01 [Member] | | | | | |
| Net after-tax unrealized gains on equity investments | | | | $ 17.0 | |
| Subordinated Debt [Member] | | | | | |
| Long-term debt, gross | | | | 55.8 | $ 55.8 |
| Trust Preferred Securities, fair value | | | | $ 45.6 | $ 43.7 |

APP. 0481

| Investments (Narrative) (Details) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 USD ($) | Dec. 31, 2017 USD ($) |
| Investments exceeding 10% of stockholder's equity | 0 | 0 |
| Gross realized gains on investments | $ 2,500 | $ 8,000 |
| Gross realized gains on sale of investments | 1,500 | 7,200 |
| Gross realized losses on investments | 700 | 1,200 |
| Gross realized losses on sale of investments | 0 | 0 |
| Proceeds from sale of available-for-sale securities | 17,700 | 29,100 |
| Other-than-temporary impairments | 0 | 5,877 |
| Gain (Loss) On Investments, Excluding Other Than Temporary Impairments | 1,803 | 6,799 |
| Securities pledged for the benefit of various state insurance departments and reinsurers | 29,500 | 26,200 |
| Fair value of impaired debt securities | $ 6,100 | $ 4,400 |
| Equity Securities [Member] | | |
| Number of securities with unrealized loss | 20 | |
| Number of securities with unrealized loss, less than 12 months | 17 | 4 |
| Number of securities with unrealized loss, greater than 12 months | 3 | |
| Debt Securities [Member] | | |
| Gross realized losses on investments | $ 100 | |
| Number of securities with unrealized loss | 328 | 224 |
| Number of securities with unrealized loss, less than 12 months | 221 | 199 |
| Number of securities with unrealized loss, greater than 12 months | 107 | 25 |

APP. 0482

| Investments (Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | $ 622,740 | $ 639,015 |
| Investments, Gross Unrealized Gains | 24,959 | 25,734 |
| Investments, Gross Unrealized Losses | (19,785) | (3,416) |
| Total investments | 627,914 | 661,333 |
| Other Investments [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 3,763 | 3,763 |
| Investments, Gross Unrealized Gains | | 61 |
| Investments, Gross Unrealized Losses | (2,615) | |
| Total investments | 1,148 | 3,824 |
| Equity Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 68,709 | 30,253 |
| Investments, Gross Unrealized Gains | 20,693 | 23,014 |
| Investments, Gross Unrealized Losses | (8,506) | (1,504) |
| Total investments | 80,896 | 51,763 |
| Debt Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 550,268 | 604,999 |
| Investments, Gross Unrealized Gains | 4,266 | 2,659 |
| Investments, Gross Unrealized Losses | (8,664) | (1,912) |
| Total investments | 545,870 | 605,746 |
| U.S. Treasury securities and obligations of U.S. Government [Member] \| Debt Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 48,609 | 50,088 |
| Investments, Gross Unrealized Gains | 5 | 7 |
| Investments, Gross Unrealized Losses | (508) | (148) |
| Total investments | 48,106 | 49,947 |
| Corporate Bonds [Member] \| Debt Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 243,314 | 278,611 |
| Investments, Gross Unrealized Gains | 440 | 1,204 |
| Investments, Gross Unrealized Losses | (1,602) | (742) |
| Total investments | 242,152 | 279,073 |
| Collateralized Corporate Bank Loans [Member] \| Debt Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investments, Amortized Cost | 131,779 | 125,536 |
| Investments, Gross Unrealized Gains | 19 | 702 |

| | | |
|---|---|---|
| Investments, Gross Unrealized Losses | (5,270) | (301) |
| Total investments | 126,528 | 125,937 |

**Municipal Bonds [Member] | Debt Securities [Member]**

**Schedule of Available-for-sale Securities [Line Items]**

| | | |
|---|---|---|
| Investments, Amortized Cost | 112,574 | 134,052 |
| Investments, Gross Unrealized Gains | 3,791 | 709 |
| Investments, Gross Unrealized Losses | (838) | (505) |
| Total investments | 115,527 | 134,256 |

**Collateralized Mortgage Backed Securities [Member] | Debt Securities [Member]**

**Schedule of Available-for-sale Securities [Line Items]**

| | | |
|---|---|---|
| Investments, Amortized Cost | 13,992 | 16,712 |
| Investments, Gross Unrealized Gains | 11 | 37 |
| Investments, Gross Unrealized Losses | (446) | (216) |
| Total investments | 13,557 | 16,533 |

**Equity Securities All Others [Member]**

**Schedule of Available-for-sale Securities [Line Items]**

| | | |
|---|---|---|
| Investments, Gross Unrealized Losses | $ (2,676) | $ (1,127) |

| Investments (Major Categories of Investment Income) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | $ 19,203 | $ 19,966 |
| Investment expenses | (971) | (1,092) |
| Investment income, net of expenses | 18,232 | 18,874 |
| U.S. Treasury securities and obligations of U.S. Government [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | 902 | 566 |
| Corporate Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | 6,696 | 7,839 |
| Collateralized Corporate Bank Loans [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | 5,658 | 4,302 |
| Municipal Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | 3,757 | 4,633 |
| Collateralized Mortgage Backed Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | 521 | 1,049 |
| Cash and Cash Equivalents [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | | 706 |
| Investment loss | 518 | |
| Parent Company [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income, net of expenses | 290 | 210 |
| Equity Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Investment income | $ 1,151 | $ 871 |

APP. 0485

| Investments (Major Categories of Net Investment Gains (Losses) on Investments) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
| --- | --- | --- |
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | $ 1,803 | $ 6,799 |
| Unrealized gain on investment | 24,959 | 25,734 |
| Unrealized loss on investment | 19,785 | 3,416 |
| Other-than-temporary impairments | 0 | (5,877) |
| Gain (Loss) on Investments, Total | (10,195) | (205) |
| Other Investments [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Unrealized gain on investment | | 61 |
| Unrealized loss on investment | 2,615 | |
| Corporate Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | (83) | (468) |
| Collateralized Corporate Bank Loans [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | 90 | 79 |
| Municipal Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | 1,435 | 195 |
| Collateralized Mortgage Backed Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | 2 | (9) |
| Equity Securities All Others [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Unrealized loss on investment | 2,676 | 1,127 |
| Equity Securities [Member] \| Other Investments [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Unrealized loss on investment | 9,322 | |
| Equity Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Gain on investments | 359 | 7,002 |
| Unrealized gain on investment | 20,693 | 23,014 |
| Unrealized loss on investment | $ 8,506 | $ 1,504 |

APP. 0486

| Investments (Summary of Gross Unrealized Loss Position) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | $ 309,764 | $ 284,888 |
| Unrealized Losses 12 months or less | (12,496) | (3,162) |
| Fair Value Longer than 12 months | 169,544 | 17,224 |
| Unrealized Losses Longer than 12 months | (7,289) | (254) |
| Fair Value Total | 479,308 | 302,112 |
| Unrealized Losses Total | (19,785) | (3,416) |
| Other Investments [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 1,148 | |
| Unrealized Losses 12 months or less | (2,615) | |
| Fair Value Longer than 12 months | | |
| Unrealized Losses Longer than 12 months | | |
| Fair Value Total | 1,148 | |
| Unrealized Losses Total | (2,615) | |
| Debt Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 277,635 | 276,513 |
| Unrealized Losses 12 months or less | (6,182) | (1,658) |
| Fair Value Longer than 12 months | 165,069 | 17,224 |
| Unrealized Losses Longer than 12 months | (2,482) | (254) |
| Fair Value Total | 442,704 | 293,737 |
| Unrealized Losses Total | (8,664) | (1,912) |
| Equity Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 30,981 | 8,375 |
| Unrealized Losses 12 months or less | (3,699) | (1,504) |
| Fair Value Longer than 12 months | 4,475 | |
| Unrealized Losses Longer than 12 months | (4,807) | |
| Fair Value Total | 35,456 | 8,375 |
| Unrealized Losses Total | (8,506) | (1,504) |
| U.S. Treasury securities and obligations of U.S. Government [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 18,902 | 28,825 |
| Unrealized Losses 12 months or less | (181) | (145) |
| Fair Value Longer than 12 months | 28,201 | 1,997 |
| Unrealized Losses Longer than 12 months | (327) | (3) |
| Fair Value Total | 47,103 | 30,822 |
| Unrealized Losses Total | (508) | (148) |
| Corporate Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 117,450 | 176,061 |

APP. 0487

| | | |
|---|---|---|
| Unrealized Losses 12 months or less | | |
| Fair Value Longer than 12 months | 100,060 | 2,378 |
| Unrealized Losses Longer than 12 months | (695) | (6) |
| Fair Value Total | 217,510 | 178,439 |
| Unrealized Losses Total | (1,602) | (742) |
| Collateralized Corporate Bank Loans [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 120,410 | 30,008 |
| Unrealized Losses 12 months or less | (4,938) | (280) |
| Fair Value Longer than 12 months | 4,931 | 2,517 |
| Unrealized Losses Longer than 12 months | (332) | (21) |
| Fair Value Total | 125,341 | 32,525 |
| Unrealized Losses Total | (5,270) | (301) |
| Municipal Bonds [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 14,281 | 35,200 |
| Unrealized Losses 12 months or less | (96) | (370) |
| Fair Value Longer than 12 months | 25,891 | 8,917 |
| Unrealized Losses Longer than 12 months | (742) | (135) |
| Fair Value Total | 40,172 | 44,117 |
| Unrealized Losses Total | (838) | (505) |
| Collateralized Mortgage Backed Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Fair Value 12 months or less | 6,592 | 6,419 |
| Unrealized Losses 12 months or less | (60) | (127) |
| Fair Value Longer than 12 months | 5,986 | 1,415 |
| Unrealized Losses Longer than 12 months | (386) | (89) |
| Fair Value Total | 12,578 | 7,834 |
| Unrealized Losses Total | $ (446) | $ (216) |

| Investments (Carrying Value of Other Invested Assets Portfolio) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Investments [Abstract]** | | |
| Equity warrant | $ 1,148 | $ 3,824 |
| Other investments | $ 1,148 | $ 3,824 |

| Investments (Schedule of Amortized Cost and Estimated Fair Value of Debt Securities) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Amortized Cost, Due in one year or less | $ 119,771 | |
| Amortized Cost, Due after one year through five years | 284,992 | |
| Amortized Cost, Due after five years through ten years | 105,656 | |
| Amortized Cost, Amortized Cost Due after ten years | 25,857 | |
| Debt Maturities, Amortized Cost | 550,268 | $ 604,999 |
| Fair Value, Due in one year or less | 120,127 | |
| Fair Value, Due after one year through five years | 284,947 | |
| Fair Value, Due after five years through ten years | 102,047 | |
| Fair Value, Due after ten years | 25,192 | |
| Debt securities | 545,870 | 605,746 |
| Collateralized Mortgage Backed Securities [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Debt Maturities, Amortized Cost | 13,992 | |
| Debt securities | 13,557 | 16,533 |
| Parent Company [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Debt Maturities, Amortized Cost | 150 | 150 |
| Debt securities | $ 786 | $ 150 |

**Fair Value (Narrative) (Details) $ in Millions**

| | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 USD ($) | Dec. 31, 2017 |
| **Fair Value [Abstract]** | | |
| Available-For-Sale Securities, Number Of Debt Securities With Unobservable Inputs | 1 | 1 |
| Available-For-Sale Securities, Number Of Equity Securities With Unobservable Inputs | | 1 |
| Fair Value, Assets, Level 1 to Level 2 Transfers, Amount | $ 0.0 | |
| Fair Value, Assets, Level 2 to Level 1 Transfers, Amount | $ 0.0 | |
| Fair Value, Measurement With Unobservable Inputs Reconciliation, Recurring Basis, Instruments Classified In Shareholders' Equity, Number Of Transfers Out Of Level 3 | 0 | |
| Fair Value, Measurement With Unobservable Inputs Reconciliation, Recurring Basis, Asset, Number Of Transfers Out Of Level 3 | | 1 |

| Fair Value (Fair Value of Assets Measured on a Recurring Basis) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | $ 545,870 | $ 605,746 |
| Equity securities | 80,896 | 51,763 |
| Other investments | 1,148 | 3,824 |
| Debt and equity securities | 627,914 | 661,333 |
| U.S. Treasury securities and obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 48,106 | 49,947 |
| Corporate Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 242,152 | 279,073 |
| Collateralized Corporate Bank Loans [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 126,528 | 125,937 |
| Municipal Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 115,527 | 134,256 |
| Collateralized Mortgage Backed Securities [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 13,557 | 16,533 |
| Parent Company [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 786 | 150 |
| Fair Value, Inputs, Level 1 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Equity securities | 80,896 | 51,142 |
| Other investments | 1,148 | 3,824 |
| Debt and equity securities | 82,044 | 54,966 |
| Fair Value, Inputs, Level 2 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Debt securities | 545,579 | 602,610 |
| Debt and equity securities | 545,579 | 602,610 |
| Fair Value, Inputs, Level 2 [Member] \| U.S. Treasury securities and obligations of U.S. | | |

APP. 0492

Goverament [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 48,106 | 49,947 |

Fair Value, Inputs, Level 2 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 241,861 | 278,760 |

Fair Value, Inputs, Level 2 [Member] | Collateralized Corporate Bank Loans [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 126,528 | 125,937 |

Fair Value, Inputs, Level 2 [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 115,527 | 131,433 |

Fair Value, Inputs, Level 2 [Member] | Collateralized Mortgage Backed Securities [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 13,557 | 16,533 |

Fair Value, Inputs, Level 3 [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | 291 | 3,136 |
| Equity securities | | 621 |
| Debt and equity securities | 291 | 3,757 |

Fair Value, Inputs, Level 3 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | $ 291 | 313 |

Fair Value, Inputs, Level 3 [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Debt securities | | $ 2,823 |

APP. 0493

| Fair Value (Fair Value, Assets Measured on Recurring Basis Using Significant Unobservable Inputs (Level 3)) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Fair Value [Abstract]** | | |
| Beginning balance as of January 1 | $ 3,757 | $ 5,945 |
| Settlements | (2,925) | (579) |
| Purchases | | 775 |
| Issuances | | |
| Total realized/unrealized gains included in net income | 80 | 616 |
| Transfers into Level 3 | | |
| Transfers out of Level 3 | (621) | (3,000) |
| Ending balance as of December 31 | $ 291 | $ 3,757 |

APP. 0494

| **Acquisitions, Goodwill and Intangible Assets (Narrative) (Details) - USD ($)** **$ in Thousands** | **12 Months Ended** | |
| --- | --- | --- |
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | $ 44,695 | $ 44,695 |
| Impairment of goodwill | $ 0 | $ 0 |
| Weighted average period to amortize acquired intangible assets | 13 years | |
| Standard Commercial P & C Business Unit [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | $ 2,100 | |
| Specialty Commercial Segment Member | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | 17,400 | |
| MGA Commercial Products [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | 19,900 | |
| Excess and Umbrella Business Unit [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | 7,700 | |
| General Aviation and Satellite Component [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | 9,700 | |
| Personal Lines Business Unit [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Goodwill | $ 5,300 | |

APP. 0495

| Acquisitions, Goodwill and Intangible Assets (Schedule of Acquired Intangible Assets by Major Category) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | $ 44,384 | $ 44,384 |
| Total accumulated amortization | (36,829) | (34,361) |
| Total net carrying amount | 7,555 | 10,023 |
| Customer Relationships [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | 32,177 | 32,177 |
| Total accumulated amortization | (26,515) | (24,276) |
| Trade Names [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | 3,440 | 3,440 |
| Total accumulated amortization | (2,847) | (2,618) |
| Management Agreement [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | 3,232 | 3,232 |
| Total accumulated amortization | (3,232) | (3,232) |
| Non-compete & Employment Agreements [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | 4,235 | 4,235 |
| Total accumulated amortization | (4,235) | (4,235) |
| Insurance Licenses [Member] | | |
| **Acquired Finite-Lived Intangible Assets [Line Items]** | | |
| Total gross carrying amount | $ 1,300 | $ 1,300 |

APP. 0496

| Acquisitions, Goodwill and Intangible Assets (Schedule of Estimated Aggregate Amortization Expense for Finite-Lived Intangible Assets) (Details) $ in Thousands | Dec. 31, 2018 USD ($) |
|---|---|
| **Acquisitions, Goodwill and Intangible Assets [Abstract]** | |
| 2019 | $ 2,467 |
| 2020 | 2,467 |
| 2021 | 503 |
| 2022 | 501 |
| 2023 | $ 317 |

APP. 0497

| Acquisitions, Goodwill and Intangible Assets (Schedule of Weighted Average Amortization Period for Definite Lived Intangible Assets by Major Class) (Details) | 12 Months Ended |
|---|---|
| | **Dec. 31, 2018** |

**Finite-Lived Intangible Assets [Line Items]**

Weighted average period to amortize acquired intangible assets    13 years

Trade Names [Member]

**Finite-Lived Intangible Assets [Line Items]**

Weighted average period to amortize acquired intangible assets    15 years

Customer Relationships [Member]

**Finite-Lived Intangible Assets [Line Items]**

Weighted average period to amortize acquired intangible assets    15 years

Management Agreement [Member]

**Finite-Lived Intangible Assets [Line Items]**

Weighted average period to amortize acquired intangible assets    4 years

Non-compete & Employment Agreements [Member]

**Finite-Lived Intangible Assets [Line Items]**

Weighted average period to amortize acquired intangible assets    5 years

APP. 0498

**Other Assets (Schedule of Other Assets) (Details) - USD ($)**
**$ in Thousands**

| | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Other Assets [Abstract]** | | |
| Profit sharing commission receivable | $ 246 | $ 252 |
| Credit Facility B issuance costs | 106 | 122 |
| Accrued investment income | 4,175 | 4,859 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 6,154 | 6,726 |
| Other assets | 188 | 195 |
| Other Assets, Total | $ 12,571 | $ 13,856 |

APP. 0499

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Narrative) (Details) $ in Thousands | | 12 Months Ended | |
|---|---|---|---|
| | | Dec. 31, 2018 USD ($) segment | Dec. 31, 2017 USD ($) |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | | $ 5,953 | $ 40,105 |
| Prior years | | $ 5,953 | 40,105 |
| Number of Reportable Segments | segment | | 3 | |
| Specialty Commercial Segment Member | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | | $ 16,457 | 40,477 |
| Standard Commercial Segment [Member] | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | | (8,993) | (970) |
| Personal Segment [Member] | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | | $ (1,511) | $ 598 |

APP. 0500

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Reserves for Losses and Loss Adjustment Expenses** | | |
| Balance at January 1 | $ 527,100 | $ 481,567 |
| Less reinsurance recoverable | 154,612 | 123,237 |
| Net Balance at January 1 | 372,488 | 358,330 |
| **Incurred related to:** | | |
| Current year | 250,075 | 248,203 |
| Prior years | 5,953 | 40,105 |
| Total incurred | 256,028 | 288,308 |
| **Paid related to:** | | |
| Current year | 90,640 | 92,873 |
| Prior years | 232,345 | 181,277 |
| Total paid | 322,985 | 274,150 |
| Net Balance at December 31 | 305,531 | 372,488 |
| Plus reinsurance recoverable | 221,716 | 154,612 |
| Balance at December 31 | $ 527,247 | $ 527,100 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Impact from Unfavorable Prior Years' Loss Development by Reporting Segment) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | $ 5,953 | $ 40,105 |
| Specialty Commercial Segment Member | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | 16,457 | 40,477 |
| Standard Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | (8,993) | (970) |
| Personal Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Unfavorable (Favorable) Adjustment To Prior Years Liability For Unpaid Claims And Claims Adjustment Expense | $ (1,511) | $ 598 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Incurred and Paid Claims Development - Specialty Commercial Segment) (Details) $ in Thousands | 12 Months Ended | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dec. 31, 2018 USD ($) claim | Dec. 31, 2017 USD ($) | Dec. 31, 2016 USD ($) | Dec. 31, 2015 USD ($) | Dec. 31, 2014 USD ($) | Dec. 31, 2013 USD ($) | Dec. 31, 2012 USD ($) | Dec. 31, 2011 USD ($) | Dec. 31, 2010 USD ($) | Dec. 31, 2009 USD ($) |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Incurred claims and claim adjustment expenses related to prior years | $ 5,953 | $ 40,105 | | | | | | | | |
| Incurred claims and claim adjustment expenses related to current year | 250,075 | 248,203 | | | | | | | | |
| Total incurred | 256,028 | 288,308 | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to prior years | 232,345 | 181,277 | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to current year | 90,640 | 92,873 | | | | | | | | |
| Total paid | 322,985 | 274,150 | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 305,531 | 372,488 | $ 358,330 | | | | | | | |
| **Specialty Commercial Segment Member** | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Total incurred | 1,319,942 | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Total paid | 1,092,246 | | | | | | | | | |
| All outstanding liabilities before 2009, net of reinsurance | 693 | | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 228,389 | | | | | | | | | |
| **Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2009 [Member]** | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense,** | | | | | | | | | | |

**Incurred Claims [Abstract]**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | $ 62,509 | 61,761 | 61,361 | $ 59,988 | $ 59,635 | $ 59,831 | $ 59,471 | $ 61,196 | $ 62,679 | $ 60,950 |
| Cumulative number of reported claims \| claim | 5,389 | | | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 61,397 | 61,202 | 60,785 | 59,149 | 57,641 | 56,791 | 53,135 | 45,757 | 34,411 $ 21,259 |

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2010 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 77,647 | 78,253 | 77,631 | 77,972 | 78,003 | 77,593 | 75,695 | 78,089 | 74,187 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 231 | | | | | | | | |
| Cumulative number of reported claims \| claim | 5,071 | | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 77,075 | 76,906 | 75,787 | 74,513 | 73,398 | 68,625 | 58,139 | 45,234 | $ 24,818 |

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2011 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 89,815 | 87,833 | 87,793 | 89,737 | 90,713 | 91,059 | 87,558 | 88,679 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 98 | | | | | | | |
| Cumulative number of reported claims \| claim | 5,852 | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

APP. 0504

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 87,200 | 85,845 | 84,936 | 83,787 | 80,004 | 71,697 | 53,509 | $ 27,454 |

**Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2012 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 117,469 | 117,925 | 116,320 | 115,709 | 111,841 | 111,253 | 106,371 |

| | |
|---|---|
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ (172) |
| Cumulative number of reported claims | claim | 7,424 |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 116,607 | 113,909 | 109,060 | 97,680 | 82,066 | 60,923 | $ 37,655 |

**Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2013 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 151,471 | 150,177 | 143,983 | 137,230 | 135,114 | 140,546 |

| | |
|---|---|
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 336 |
| Cumulative number of reported claims | claim | 9,294 |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 148,706 | 139,759 | 126,025 | 101,725 | 76,366 | $ 40,475 |

**Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2014 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

APP. 0505

Incurred claims and claim adjustment expenses related to prior years — 152,025   144,728  138,842  133,464  144,996

Total of incurred-but-not-reported liabilities plus expected development on reported claims — $ (800)

Cumulative number of reported claims | claim — 10,242

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

Paid claims and allocated claim adjustment expenses related to prior years — $ 146,290  123,649  99,521  73,631  $ 42,097

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized in 2015 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

Incurred claims and claim adjustment expenses related to prior years — 171,315   162,616  146,610  147,304

Total of incurred-but-not-reported liabilities plus expected development on reported claims — $ 854

Cumulative number of reported claims | claim — 11,057

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

Paid claims and allocated claim adjustment expenses related to prior years — $ 159,707  125,514  74,906  $ 39,515

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized in 2016 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

Incurred claims and claim adjustment expenses related to prior years — 164,570   157,836  151,494

Total of incurred-but-not-reported liabilities plus expected development on reported claims — $ 5,527

Cumulative number of reported claims | claim — 11,750

**Liability For Unpaid Claims and**

**Claims Adjustment Expense,
Claims Paid [Abstract]**

| | | | |
|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 143,685 | 84,616 | $ 41,397 |

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized in 2017 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | |
|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 162,193 | 170,622 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 17,247 | |
| Cumulative number of reported claims | claim | 11,806 | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | |
|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 109,220 | $ 45,477 |
| Paid claims and allocated claim adjustment expenses related to current year | 42,359 | |

Specialty Commercial Segment Member | Loss Adjustment Expenses Recognized In 2018 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | |
|---|---|
| Incurred claims and claim adjustment expenses related to current year | 170,926 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 87,288 |
| Cumulative number of reported claims | claim | 9,702 |

APP. 0507

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Incurred and Paid Claims Development - Standard Commercial Segment) (Details) $ in Thousands | 12 Months Ended | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dec. 31, 2018 USD ($) claim | Dec. 31, 2017 USD ($) | Dec. 31, 2016 USD ($) | Dec. 31, 2015 USD ($) | Dec. 31, 2014 USD ($) | Dec. 31, 2013 USD ($) | Dec. 31, 2012 USD ($) | Dec. 31, 2011 USD ($) | Dec. 31, 2010 USD ($) | Dec. 31, 2009 USD ($) |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Incurred claims and claim adjustment expenses related to prior years | $ 5,953 | $ 40,105 | | | | | | | | |
| Incurred claims and claim adjustment expenses related to current year | 250,075 | 248,203 | | | | | | | | |
| Total incurred | 256,028 | 288,308 | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to prior years | 232,345 | 181,277 | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to current year | 90,640 | 92,873 | | | | | | | | |
| Total paid | 322,985 | 274,150 | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 305,531 | 372,488 | $ 358,330 | | | | | | | |
| **Standard Commercial Segment [Member]** | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Total incurred | 453,461 | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Total paid | 394,024 | | | | | | | | | |
| All outstanding liabilities before 2009, net of reinsurance | 2,499 | | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 61,936 | | | | | | | | | |
| **Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2009 [Member]** | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 41,513 | 42,168 | 43,407 | 43,851 | 44,159 | 45,970 | 46,778 | 46,772 | 45,674 | 44,719 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 139 | | | | | | | | | |
| Cumulative number of reported claims \| claim | 2,644 | | | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 40,991 | 40,835 | 40,629 | 40,575 | 40,389 | 38,316 | 35,818 | 32,075 | 28,313 | $ 15,242 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2010 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 42,427 | 42,880 | 42,175 | 42,426 | 43,459 | 43,164 | 44,847 | 45,235 | 45,263 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 146 | | | | | | | | |
| Cumulative number of reported claims \| claim | 2,920 | | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 42,063 | 40,937 | 39,706 | 39,115 | 37,166 | 33,428 | 30,957 | 28,342 | $ 21,302 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2011 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 45,244 | 46,841 | 47,423 | 47,266 | 49,268 | 55,156 | 56,489 | 60,236 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 478 | | | | | | | |
| Cumulative number of reported claims \| claim | 3,583 | | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

APP. 0509

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 43,794 | 43,680 | 42,441 | 41,140 | 40,301 | 38,909 | 35,119 | $ 24,899 |

**Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2012 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 41,421 | 42,986 | 44,272 | 45,990 | 48,222 | 52,554 | 51,998 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 736 | | | | | | |
| Cumulative number of reported claims \| claim | 3,228 | | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 40,646 | 40,408 | 38,526 | 37,191 | 34,789 | 32,203 | $ 23,445 |

**Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2013 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 49,039 | 52,076 | 53,174 | 56,703 | 57,528 | 55,482 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 596 | | | | | |
| Cumulative number of reported claims \| claim | 3,924 | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 47,853 | 46,756 | 44,575 | 41,809 | 36,411 | $ 23,123 |

**Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2014 [Member]**

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | |
|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 54,125 | 53,882 | 53,568 | 55,808 | 55,488 |

| | | | | | |
|---|---|---|---|---|---|
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 1,990 | | | | |
| Cumulative number of reported claims \| claim | 3,571 | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | |
|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 48,395 | 45,779 | 41,514 | 37,122 | $ 24,255 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized in 2015 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | |
|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 47,277 | 50,053 | 49,857 | 49,571 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 1,873 | | | |
| Cumulative number of reported claims \| claim | 3,181 | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | |
|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 43,287 | 38,302 | 34,245 | $ 19,085 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized in 2016 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | |
|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 46,348 | 48,182 | 46,880 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 1,900 | | |
| Cumulative number of reported claims \| claim | 2,822 | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | |
|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 38,778 | 32,006 | $ 21,508 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized in 2017 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | |
|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 43,169 | 41,393 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 8,000 | |
| Cumulative number of reported claims \| claim | 2,556 | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | |
|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 28,984 | $ 16,755 |

Standard Commercial Segment [Member] | Loss Adjustment Expenses Recognized In 2018 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | |
|---|---|
| Incurred claims and claim adjustment expenses related to current year | 42,898 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 16,384 |
| Cumulative number of reported claims \| claim | 2,165 |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | |
|---|---|
| Paid claims and allocated claim adjustment expenses related to current year | $ 19,233 |

APP. 0512

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Incurred and Paid Claims Development - Personal Segment) (Details) $ in Thousands | 12 Months Ended | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec. 31, 2018 USD ($) claim | Dec. 31, 2017 USD ($) | Dec. 31, 2016 USD ($) | Dec. 31, 2015 USD ($) | Dec. 31, 2014 USD ($) | Dec. 31, 2013 USD ($) | Dec. 31, 2012 USD ($) | Dec. 31, 2011 USD ($) | Dec. 31, 2010 USD ($) | Dec. 31, 2009 USD ($) |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Incurred claims and claim adjustment expenses related to prior years | $ 5,953 | $ 40,105 | | | | | | | | |
| Incurred claims and claim adjustment expenses related to current year | 250,075 | 248,203 | | | | | | | | |
| Total incurred | 256,028 | 288,308 | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to prior years | 232,345 | 181,277 | | | | | | | | |
| Paid claims and allocated claim adjustment expenses related to current year | 90,640 | 92,873 | | | | | | | | |
| Total paid | 322,985 | 274,150 | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 305,531 | 372,488 | $ 358,330 | | | | | | | |
| Personal Segment [Member] | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Total incurred | 459,145 | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]** | | | | | | | | | | |
| Total paid | 450,406 | | | | | | | | | |
| All outstanding liabilities before 2009, net of reinsurance | 5 | | | | | | | | | |
| Liabilities for unpaid claims and claim adjustment expenses, net of reinsurance | 8,743 | | | | | | | | | |
| Personal Segment [Member] \| Loss Adjustment Expenses Recognized In 2009 [Member] | | | | | | | | | | |
| **Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]** | | | | | | | | | | |
| Incurred claims and claim adjustment expenses related to prior years | $ 50,005 | 49,971 | 49,891 | $ 49,772 | $ 49,694 | $ 48,930 | $ 47,977 | $ 46,244 | $ 42,092 | $ 40,436 |

APP. 0513

Cumulative number of reported claims | claim — 21,050

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| Paid claims and allocated claim adjustment expenses related to prior years | $49,992 | 49,957 | 49,853 | 49,704 | 49,539 | 49,287 | 47,967 | 44,689 | 37,621 | $23,306 |
|---|---|---|---|---|---|---|---|---|---|---|

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2010 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| Incurred claims and claim adjustment expenses related to prior years | $84,867 | 84,808 | 84,591 | 84,252 | 83,903 | 84,724 | 80,765 | 78,294 | 63,862 | |
|---|---|---|---|---|---|---|---|---|---|---|

Cumulative number of reported claims | claim — 30,180

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| Paid claims and allocated claim adjustment expenses related to prior years | $84,768 | 84,717 | 84,556 | 84,111 | 83,511 | 82,624 | 75,199 | 67,755 | $38,643 |
|---|---|---|---|---|---|---|---|---|---|

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2011 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| Incurred claims and claim adjustment expenses related to prior years | $87,199 | 86,853 | 86,948 | 86,804 | 86,757 | 87,810 | 77,652 | 75,746 |
|---|---|---|---|---|---|---|---|---|

Cumulative number of reported claims | claim — 31,615

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| Paid claims and allocated claim adjustment expenses related to prior years | $86,989 | 86,660 | 86,593 | 86,217 | 85,533 | 83,497 | 67,939 | $46,416 |
|---|---|---|---|---|---|---|---|---|

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2012 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| Incurred claims and claim adjustment expenses related to prior years | $72,076 | 72,037 | 72,042 | 71,513 | 70,552 | 73,795 | 58,604 |
|---|---|---|---|---|---|---|---|

Cumulative number of reported claims | claim — 23,939

**Liability For Unpaid Claims and**

APP. 0514

**Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 72,094 | 72,055 | 71,995 | 70,807 | 68,849 | 64,278 | $ 37,860 |

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2013 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | $ 60,328 | 60,379 | 60,211 | 60,100 | 59,132 | 55,706 |
| Cumulative number of reported claims \| claim | 23,471 | | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 60,297 | 60,277 | 59,775 | 58,047 | 54,514 | $ 45,901 | |

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2014 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | | |
|---|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | $ 6,504 | 6,699 | 6,243 | 5,340 | 5,452 |
| Cumulative number of reported claims \| claim | 19,293 | | | | |

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

| | | | | | |
|---|---|---|---|---|---|
| Paid claims and allocated claim adjustment expenses related to prior years | $ 6,566 | 6,428 | 5,631 | 4,418 | $ 2,515 |

Personal Segment [Member] | Loss Adjustment Expenses Recognized in 2015 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

| | | | | |
|---|---|---|---|---|
| Incurred claims and claim adjustment expenses related to prior years | 25,136 | 25,307 | 25,682 | 23,104 |
| Total of incurred-but-not-reported liabilities plus expected development on reported claims | $ 120 | | | |
| Cumulative number of reported claims \| claim | 23,370 | | | |

**Liability For Unpaid Claims and**

APP. 0515

Claims Adjustment Expense, Claims Paid [Abstract]

Paid claims and allocated claim adjustment expenses related to prior years   $ 25,243   24,262   22,281   $ 11,570

Personal Segment [Member] | Loss Adjustment Expenses Recognized in 2016 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

Incurred claims and claim adjustment expenses related to prior years   32,728   32,893   32,260

Total of incurred-but-not-reported liabilities plus expected development on reported claims   $ 129

Cumulative number of reported claims | claim   23,745

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

Paid claims and allocated claim adjustment expenses related to prior years   $ 32,260   30,646   $ 21,669

Personal Segment [Member] | Loss Adjustment Expenses Recognized in 2017 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

Incurred claims and claim adjustment expenses related to prior years   21,968   23,342

Total of incurred-but-not-reported liabilities plus expected development on reported claims   $ 208

Cumulative number of reported claims | claim   16,748

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

Paid claims and allocated claim adjustment expenses related to prior years   $ 21,061   $ 15,776

Personal Segment [Member] | Loss Adjustment Expenses Recognized In 2018 [Member]

**Liability For Unpaid Claims and Claims Adjustment Expense, Incurred Claims [Abstract]**

Incurred claims and claim adjustment expenses related to prior years   18,334

Total of incurred but-not-reported liabilities plus expected development on reported claims    $ 2,613

Cumulative number of reported claims | claim    14,248

**Liability For Unpaid Claims and Claims Adjustment Expense, Claims Paid [Abstract]**

Paid claims and allocated claim adjustment expenses related to current year    $ 11,137

APP. 0517

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Reconciliation of Incurred and Paid Claims to Liability for Unpaid Losses and LAE) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 |
|---|---|---|---|
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Liabilities for unpaid losses and allocated loss adjustment expense, net of reinsurance | $ 299,068 | $ 365,060 | |
| Reinsurance recoverable on unpaid claims | 221,716 | 154,612 | |
| Unallocated claims adjustment expenses | 6,463 | 7,428 | |
| Total gross liability for unpaid claims and claim adjustment expenses | 527,247 | 527,100 | $ 481,567 |
| Specialty Commercial Segment Member | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Liabilities for unpaid losses and allocated loss adjustment expense, net of reinsurance | 228,389 | 275,436 | |
| Reinsurance recoverable on unpaid claims | 198,802 | 137,975 | |
| Unallocated claims adjustment expenses | 2,550 | 3,377 | |
| Standard Commercial Segment [Member] | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Liabilities for unpaid losses and allocated loss adjustment expense, net of reinsurance | 61,936 | 78,119 | |
| Reinsurance recoverable on unpaid claims | 9,783 | 6,051 | |
| Unallocated claims adjustment expenses | 2,958 | 3,153 | |
| Personal Segment [Member] | | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | | |
| Liabilities for unpaid losses and allocated loss adjustment expense, net of reinsurance | 8,743 | 11,505 | |
| Reinsurance recoverable on unpaid claims | 13,131 | 10,586 | |
| Unallocated claims adjustment expenses | $ 955 | $ 898 | |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Average Annual Percentage Payout of Incurred Claims) (Details) | Dec. 31, 2018 |
|---|---|
| Specialty Commercial Segment Member | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | |
| Average annual percentage payout of incurred claims, year one | 27.10% |
| Average annual percentage payout of incurred claims, year two | 24.00% |
| Average annual percentage payout of incurred claims, year three | 20.50% |
| Average annual percentage payout of incurred claims, year four | 13.60% |
| Average annual percentage payout of incurred claims, year five | 7.90% |
| Average annual percentage payout of incurred claims, year six | 2.70% |
| Average annual percentage payout of incurred claims, year seven | 1.70% |
| Average annual percentage payout of incurred claims, year eight | 1.80% |
| Average annual percentage payout of incurred claims, year nine | 0.40% |
| Average annual percentage payout of incurred claims, year ten | 0.30% |
| Standard Commercial Segment [Member] | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | |
| Average annual percentage payout of incurred claims, year one | 45.30% |
| Average annual percentage payout of incurred claims, year two | 25.20% |
| Average annual percentage payout of incurred claims, year three | 9.20% |
| Average annual percentage payout of incurred claims, year four | 6.90% |
| Average annual percentage payout of incurred claims, year five | 4.80% |
| Average annual percentage payout of incurred claims, year six | 3.70% |
| Average annual percentage payout of incurred claims, year seven | 1.30% |
| Average annual percentage payout of incurred claims, year eight | 1.00% |
| Average annual percentage payout of incurred claims, year nine | 1.40% |
| Average annual percentage payout of incurred claims, year ten | 1.20% |
| Personal Segment [Member] | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | |
| Average annual percentage payout of incurred claims, year one | 53.70% |
| Average annual percentage payout of incurred claims, year two | 28.00% |
| Average annual percentage payout of incurred claims, year three | 10.20% |
| Average annual percentage payout of incurred claims, year four | 5.40% |
| Average annual percentage payout of incurred claims, year five | 1.50% |
| Average annual percentage payout of incurred claims, year six | 0.30% |
| Average annual percentage payout of incurred claims, year seven | 0.30% |
| Average annual percentage payout of incurred claims, year eight | 0.30% |
| Average annual percentage payout of incurred claims, year nine | 0.10% |
| Average annual percentage payout of incurred claims, year ten | 0.20% |

| Reinsurance (Narrative) (Details) - USD ($) $ in Millions | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Reinsurance [Abstract]** | | |
| Paid loss recoverable | $ 29.7 | $ 28.2 |

| Reinsurance (Schedule of Reinsurance Ceded and Recoveries) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Premium Written :** | | |
| Direct | $ 660,298 | $ 601,780 |
| Assumed | 2,717 | 2,376 |
| Ceded premiums written | (299,217) | (238,573) |
| Net premiums written | 363,798 | 365,583 |
| **Premium Earned:** | | |
| Direct | 639,437 | 567,089 |
| Assumed | 2,159 | 1,680 |
| Ceded | (278,509) | (207,732) |
| Premiums Earned, Net, Property and Casualty | 363,087 | 361,037 |
| Reinsurance recoveries | $ 199,690 | $ 144,948 |

APP. 0521

| Revolving Credit Facility and Notes Payable (Narrative) (Details) | 12 Months Ended Dec. 31, 2018 USD ($) |
|---|---|
| Facility A Revolving Credit Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 15,000,000 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 0 |
| Facility A Revolving Credit Sub-Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 5,000,000 |
| Line of credit facility, unused capacity, commitment fee percentage | 1.00% |
| Facility B Revolving Credit Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 30,000,000 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 30,000,000 |
| London Interbank Offered Rate (LIBOR) [Member] \| Facility A Revolving Credit Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of Credit Facility, Interest Rate During Period | 2.50% |
| London Interbank Offered Rate (LIBOR) [Member] \| Facility B Revolving Credit Facility [Member] | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, unused capacity, commitment fee percentage | 3.00% |

| Subordinated Debt Securities (Narrative) (Details) - USD ($) $ in Millions | Jun. 16, 2015 | Aug. 23, 2007 | Jul. 21, 2005 | Jun. 21, 2005 | Jun. 21, 2005 | 12 Months Ended Dec. 31, 2018 |
|---|---|---|---|---|---|---|
| Hallmark Statutory Trust I [Member] | | | | | | |
| **Subordinated Borrowing [Line Items]** | | | | | | |
| Long-term debt, gross | | | | $ 30.9 | $ 30.9 | |
| Proceeds from issuance of trust preferred securities | | | | | 30.0 | |
| Hallmark Statutory Trust I [Member] | Subordinated Debt Due In 2035 Member | | | | | | |
| **Subordinated Borrowing [Line Items]** | | | | | | |
| Long-term debt, gross | | | | 30.9 | 30.9 | $ 30.9 |
| Proceeds from issuance of trust preferred securities | | | | $ 30.0 | | |
| Proceeds from issuance of common stock | | | | | $ 0.9 | |
| Subordinated borrowing, interest rate | | | 7.725% | | | 6.04% |
| Debt instrument interest rate fixed to floating date | | | | | Jun. 15, 2015 | |
| Debt Instrument, Maturity Date | | | | | Jun. 15, 2015 | |
| Debt instrument, description of variable rate basis | | | | | | interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points |
| Hallmark Statutory Trust I I [Member] | | | | | | |
| **Subordinated Borrowing [Line Items]** | | | | | | |
| Long-term debt, gross | | $ 25.8 | | | | |
| Proceeds from issuance of trust preferred securities | | 25.0 | | | | |
| Hallmark Statutory Trust I I [Member] | Subordinated Debt Due In 2037 Member | | | | | | |
| **Subordinated Borrowing [Line Items]** | | | | | | |
| Long-term debt, gross | | 25.8 | | | | $ 25.8 |
| Proceeds from issuance of trust preferred securities | | 25.0 | | | | |
| Proceeds from issuance of common stock | | $ 0.8 | | | | |
| Subordinated borrowing, interest rate | | 8.28% | | | | 5.69% |
| Debt instrument interest rate fixed to floating date | | Sep. 15, 2017 | | | | |
| Debt Instrument, Maturity Date | | Sep. 15, 2037 | | | | |
| Debt instrument, description of variable rate basis | | | | | | three-month LIBOR rate plus 2.90 percentage points |
| London Interbank Offered Rate (LIBOR) [Member] | Hallmark Statutory Trust I [Member] | Subordinated Debt Due In 2035 Member | | | | | | |
| **Subordinated Borrowing [Line Items]** | | | | | | |
| Debt instrument, basis spread on variable rate | 3.25% | | | | | |

APP. 0523

London Interbank Offered Rate (LIBOR) [Member] | Hallmark Statutory Trust I I [Member] | Subordinated Debt Due In 2037 Member

**Subordinated Borrowing [Line Items]**

Subordinated borrowing, interest rate    2.90%

APP. 0524

| Segment Information (Narrative) (Details) | 12 Months Ended Dec. 31, 2018 |
|---|---|
| American Hallmark Insurance Company [Member] | |
| Net premiums written, percentage | 34.00% |
| Hallmark Insurance Company (Payer) [Member] | |
| Net premiums written, percentage | 32.00% |
| Hallmark Specialty Insurance Company [Member] | |
| Net premiums written, percentage | 24.00% |
| Hallmark National Insurance Company [Member] | |
| Net premiums written, percentage | 10.00% |

APP. 0525

| Segment Information (Schedule of Segment Reporting, by Segment) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Revenues [Abstract]** | | |
| Revenues | $ 379,268 | $ 385,521 |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 5,141 | 4,715 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | 4,545 | 4,512 |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | 2,456 | (5,019) |
| **Pre-tax income (loss) [Abstract]** | | |
| Consolidated pre-tax income (loss), net of non-controlling interest | 12,803 | (16,572) |
| Specialty Commercial Segment Member | | |
| **Revenues [Abstract]** | | |
| Revenues | 280,283 | 277,946 |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 2,986 | 2,796 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | | |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | 5,521 | (4,382) |
| **Pre-tax income (loss) [Abstract]** | | |
| Consolidated pre-tax income (loss), net of non-controlling interest | 28,780 | 2,012 |
| Standard Commercial Segment [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 76,548 | 70,302 |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 390 | 294 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | | |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | 2,511 | 3,849 |
| **Pre-tax income (loss) [Abstract]** | | |
| Consolidated pre-tax income (loss), net of non-controlling interest | 13,090 | 2,440 |
| Personal Segment [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 38,623 | 40,462 |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 1,312 | 1,258 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | | |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | 587 | (676) |

APP. 0526

**Pre-tax income (loss) [Abstract]**

| | | |
|---|---|---|
| Consolidated pre-tax income (loss), net of non-controlling interest | 3,061 | (3,058) |
| **Corporate [Member]** | | |
| **Revenues [Abstract]** | | |
| Revenues | (16,186) | (3,189) |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 453 | 367 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | 4,545 | 4,512 |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | (6,163) | (3,810) |
| **Pre-tax income (loss) [Abstract]** | | |
| Consolidated pre-tax income (loss), net of non-controlling interest | (32,128) | (17,966) |
| **Parent Company [Member]** | | |
| **Revenues [Abstract]** | | |
| Revenues | 20,551 | 22,722 |
| **Depreciation and Amortization Expense [Abstract]** | | |
| Depreciation and Amortization Expense | 377 | 367 |
| **Interest Expense [Abstract]** | | |
| Interest Expense | 4,545 | 4,512 |
| **Tax Expense (Benefit) [Abstract]** | | |
| Income tax expense (benefit) | $ (306) | $ (947) |

APP. 0527

| Segment Information (Schedule of Segment Reporting Additional Information by Segment) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| Assets | $ 1,264,894 | $ 1,231,126 |
| Specialty Commercial Segment Member | | |
| Assets | 858,262 | 810,133 |
| Standard Commercial Segment [Member] | | |
| Assets | 158,881 | 162,152 |
| Personal Segment [Member] | | |
| Assets | 226,431 | 232,441 |
| Corporate [Member] | | |
| Assets | 21,320 | 26,400 |
| Parent Company [Member] | | |
| Assets | $ 366,208 | $ 364,818 |

| Earnings Per Share (Narrative) (Details) - shares | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Earnings Per Share [Abstract]** | | |
| Antidilutive securities excluded from computation of earnings per share | 32,164 | 406,731 |

| Earnings Per Share (Schedule of Earnings Per Share, Basic and Diluted) (Details) - USD ($) | 12 Months Ended | |
|---|---|---|
| $ / shares in Units, shares in Thousands, $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
| **Numerator for both basic and diluted earnings per share:** | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| Denominator, basic shares | 18,086 | 18,343 |
| **Effect of dilutive securities:** | | |
| Stock-based compensation awards | 115 | |
| Denominator, diluted shares | 18,201 | 18,343 |
| Basic earnings per share: (in dollars per share) | $ 0.57 | $ (0.63) |
| Diluted earnings per share: (in dollars per share) | $ 0.57 | $ (0.63) |

| Regulatory Capital Restrictions (Narrative) (Details) - USD ($) $ in Millions | 12 Months Ended | | |
|---|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2019 |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Retained earnings, unappropriated | $ 59.7 | | |
| Aggregate amount of shareholder dividends, maximum available next current fiscal year | | | $ 22.9 |
| **Hallmark (Payee) [Member]** | | | |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Dividends paid by subsidiaries | $ 5.5 | $ 11.4 | |
| **Subsidiaries [Member]** | | | |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Statutory Accounting Practices, Future Dividend Payments Restrictions | lesser of 10% of prior year policyholders' surplus or prior year's net income | | |
| Aggregate amount of shareholder dividends, maximum available next current fiscal year | | | $ 33.9 |
| **American Hallmark Insurance Company and Texas Builders Insurance Company [Member]** | | | |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Statutory Accounting Practices, Future Dividend Payments Restrictions | greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end | | |
| **Hallmark Specialty Insurance Company [Member]** | | | |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Statutory Accounting Practices, Future Dividend Payments Restrictions | greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains | | |
| **Hallmark Insurance Company Subsidiaries [Member]** | | | |
| **Regulatory Capital Restrictions [Line Items]** | | | |
| Amount of restricted net assets for consolidated and unconsolidated subsidiaries | $ 195.9 | | |
| Statutory accounting practices, statutory capital and surplus, balance | 247.0 | 233.3 | |
| Statutory accounting practices, statutory net income amount | $ 35.9 | $ 1.9 | |

| Share-based Payment Arrangements (Narrative) (Details) - USD ($) | 12 Months Ended | | | |
|---|---|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 | Dec. 31, 2015 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Stock options, Granted | 0 | 0 | | |
| Options contractual term | 4 months 24 days | | | |
| Long Term Incentive Plan 2005 [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Number of incentive stock options outstanding | 0 | | | |
| Share-based compensation arrangement by share-based payment award, non-qualified stock options to purchase number of shares | 244,157 | | | |
| Long Term Incentive Plan 2015 [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Share-based compensation arrangement by share-based payment award, number of shares authorized | 2,000,000 | | | |
| Share-based compensation arrangement by share-based payment award, restricted stock options to purchase number of shares | 508,345 | | | |
| Stock options, Granted | 0 | | | |
| Long Term Incentive Plan 2005 and 2015 [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Unrecognized compensation cost related to non-vested awards | $ 0 | | | |
| Prior to 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| First Anniversary [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 10.00% | | | |
| Prior to 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Second Anniversary [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 20.00% | | | |
| Prior to 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Third Anniversary [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 30.00% | | | |
| Prior to 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Fourth Anniversary [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |

| | |
|---|---|
| Share-based Compensation Arrangement by Share-based Payment Award Options, Vested and Expected to Vest, Percentage | 40.00% |
| **Prior to 2009 Incentive Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | Minimum [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 5 years |
| **Prior to 2009 Incentive Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | Maximum [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| **Incentive Stock Options 2010 [Member] | Long Term Incentive Plan 2005 [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| **Non Qualified Stock Options [Member] | Long Term Incentive Plan 2005 [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Share-based compensation arrangement by share-based payment award, award vesting rights, percentage | 100.00% |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| Share-based compensation arrangement by share-based payment award, award vesting period | 6 months |
| **Non Qualified Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | 200,000 Grant [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| Share-based compensation arrangement by share based payment award options vested and expected to vest number | 200,000 |
| **Restricted Stock Units (RSUs) [Member]** | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | |
| Unrecognized compensation cost related to non-vested awards | $ 2,000,000 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Not Yet Recognized Next Twelve Months | 700,000 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Remainder of Year Two | 700,000 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Remainder of Year Three | 200,000 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognized | 1,600,000 |

APP. 0533

| | | |
|---|---|---|
| Allocated share-based compensation expense | 152,000 | $ 149,000 |
| Income tax benefit of share-based payments recognized in income | $ 32,000 | $ 52,000 |

**Restricted Stock Units (RSUs) [Member] | Minimum [Member]**

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Percentage of restricted stock units granted as result of meeting growth rates | 50.00% |

**Restricted Stock Units (RSUs) [Member] | Maximum [Member]**

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Percentage of restricted stock units granted as result of meeting growth rates | 150.00% |

**Restricted Stock Units (RSUs) [Member] | Long Term Incentive Plan 2015 [Member]**

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | | | | |
|---|---|---|---|---|
| Other than options granted, weighted average grant date fair value | $ 10.87 | $ 10.20 | $ 11.41 | $ 11.10 |

APP. 0534

| Share-based Payment Arrangements (Summary of the Status of Stock Options) (Details) - USD ($) $ / shares in Units, $ in Thousands | 12 Months Ended | |
| --- | --- | --- |
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Share-based Payment Arrangements [Abstract]** | | |
| Stock options, Outstanding at January 1, 2018 | 406,731 | |
| Stock options, Granted | 0 | 0 |
| Stock options, exercised (in shares) | (36,500) | |
| Stock options, forfeited or expired | (126,074) | |
| Stock options, Outstanding at December 31, 2018 | 244,157 | 406,731 |
| Stock options, Exercisable at December 31, 2018 | 244,157 | |
| Weighted Average Exercise Price, Outstanding at January 1, 2018 | $ 7.85 | |
| Weighted Average Exercise Price, Exercised | 6.61 | |
| Weighted Average Exercise Price, Forfeited or expired | 10.57 | |
| Weighted Average Exercise Price, Outstanding at December 31, 2018 | 6.63 | $ 7.85 |
| Weighted Average Exercise Price, Exercisable at December 31, 2018 | $ 6.63 | |
| Average Remaining Contractual Term, Outstanding at December 31, 2018 (in years) | 4 months 24 days | |
| Average Remaining Contractual Term, Exercisable at December 31, 2018 (in years) | 4 months 24 days | |
| Aggregate Intrinsic Value, Outstanding at December 31, 2018 | $ 991 | |
| Aggregate Intrinsic Value, Exercisable at December 31, 2018 | $ 991 | |

| **Share-based Payment Arrangements (Schedule of Options, Grants in Period, Grant Date Intrinsic Value) (Details) - USD ($)** $ in Thousands | **12 Months Ended** | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Cost of share-based payments (non-cash) | $ 152 | $ 149 |
| Employee Stock Option [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Intrinsic value of options exercised | 122 | 163 |
| Cost of share-based payments (non-cash) | | |
| Income tax benefit of share-based payments recognized in income | | |

APP. 0536

| **Share-Based Payment Arrangements (Summary of the Status of Restricted Stock Units) (Details) - Restricted Stock Units (RSUs) [Member] - shares** | **12 Months Ended** | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Nonvested at January 1 | 385,779 | 296,574 |
| Granted | 144,059 | 138,712 |
| Vested | (8,198) | (5,998) |
| Forfeited | (182,743) | (43,509) |
| Nonvested at December 31 | 338,897 | 385,779 |

| Retirement Plans (Narrative) (Details) - USD ($) $ in Thousands | | 12 Months Ended | | |
| --- | --- | --- | --- | --- |
| | Dec. 31, 2019 | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, fair value of plan assets | | $ 9,669 | $ 11,153 | $ 10,415 |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | | $ 9,381 | $ 10,742 | |
| Favorable rate of return equal to or greater than average inflation rate | | 5.00% | | |
| Investment objective achievement period | | 60 years | | |
| Single stock issue restricted among total portfolio value | | 5.00% | | |
| Securities held in mutual or commingled funds | | 90.00% | | |
| Expected return on plan assets | | 6.50% | 6.50% | 6.50% |
| Net periodic pension cost | | $ (164) | $ (49) | |
| Interest cost on projected benefit obligation | | 424 | 471 | |
| Defined benefit plan, expected return on plan assets | | (694) | (646) | |
| Defined contribution plan, employer discretionary contribution amount | | 200 | | |
| Scenario, Forecast for 2017 [Member] | | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Net periodic pension cost | $ 0 | | | |
| Interest cost on projected benefit obligation | 454 | | | |
| Defined benefit plan, expected return on plan assets | (597) | | | |
| Defined benefit plan, amortization of losses (gains) | $ 143 | | | |
| Cash and Cash Equivalents [Member] | | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, fair value of plan assets | | 300 | 400 | |
| Equity Securities [Member] | | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, fair value of plan assets | | 5,900 | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | | $ 5,913 | 7,156 | |
| Equity Securities [Member] | Minimum [Member] | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, target plan asset allocations range | | 45.00% | | |
| Equity Securities [Member] | Maximum [Member] | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, target plan asset allocations range | | 75.00% | | |
| Debt Securities [Member] | | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Defined benefit plan, fair value of plan assets | | $ 3,500 | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | | $ 3,468 | $ 3,586 | |
| Standard Commercial P & C Business Unit [Member] | | | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | | | |
| Minimum hours of service to participate within defined benefit plan | | 1000 hours | | |

APP. 0538

| Retirement Plans (Changes in Benefit Obligations, Components of Benefit Costs, Weighted-Average Assumptions, and Plan Assets) (Details) - USD ($) $ in Thousands | 12 Months Ended | | |
|---|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 |
| **Assumptions (end of period):** | | | |
| Discount rate used in determining benefit obligation | 4.05% | 3.45% | |
| **Reconciliation of funded status (end of period):** | | | |
| Accumulated benefit obligation | $ (11,687) | $ (12,758) | |
| Projected benefit obligation | (11,687) | (12,758) | |
| Fair value of plan assets | 9,669 | 11,153 | |
| Defined benefit plan, funded status of plan, total | (2,018) | (1,605) | |
| Net actuarial loss | (4,130) | (3,554) | |
| Accumulated other comprehensive loss | (4,130) | (3,554) | |
| Prepaid pension cost | 2,112 | 1,949 | |
| Net amount recognized as of December 31 | (2,018) | (1,605) | |
| **Changes in projected benefit obligation:** | | | |
| Benefit obligation as of beginning of period | 12,758 | 12,618 | |
| Interest cost | 424 | 471 | |
| Actuarial liability (gain)/loss | (628) | 554 | |
| Benefits paid | (867) | (885) | |
| Benefit obligation as of end of period | 11,687 | 12,758 | $ 12,618 |
| **Change in plan assets:** | | | |
| Fair value of plan assets as of beginning of period | 11,153 | 10,415 | |
| Actual return on plan assets (net of expenses) | (617) | 1,623 | |
| Benefits Paid | (867) | (885) | |
| Fair value of plan assets as of end of period | 9,669 | 11,153 | 10,415 |
| **Net periodic pension cost:** | | | |
| Service cost - benefits earned during the period | | | |
| Interest cost on projected benefit obligation | 424 | 471 | |
| Expected return on plan assets | (694) | (646) | |
| Recognized actuarial loss | 106 | 126 | |
| Net periodic pension cost | $ (164) | $ (49) | |
| Discount rate | 3.45% | 3.88% | |
| Expected return on plan assets | 6.50% | 6.50% | 6.50% |

| Retirement Plans (Estimated Future Benefit Payments) (Details) $ in Thousands | Dec. 31, 2018 USD ($) |
|---|---|
| **Retirement Plans [Abstract]** | |
| 2019 | $ 881 |
| 2020 | 870 |
| 2021 | 875 |
| 2022 | 861 |
| 2023 | 843 |
| 2024-2028 | $ 3,941 |

APP. 0540

| **Retirement Plans (Weighted-Average Asset Allocation for the Defined Benefit Cash Balance Plan) (Details)** | **Dec. 31, 2018** | **Dec. 31, 2017** |
|---|---|---|
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, actual plan asset allocations | 100.00% | 100.00% |
| Debt Securities [Member] | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, actual plan asset allocations | 36.00% | 32.00% |
| Equity Securities [Member] | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, actual plan asset allocations | 61.00% | 64.00% |
| Other Liabilities [Member] | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, actual plan asset allocations | 3.00% | 4.00% |

| **Retirement Plans (Schedule of Fair Value, Assets Measured on Recurring Basis) (Details) - USD ($) $ in Thousands** | **Dec. 31, 2018** | **Dec. 31, 2017** |
|---|---|---|
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | $ 9,381 | $ 10,742 |
| **Debt Securities [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | 3,468 | 3,586 |
| **Equity Securities [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | 5,913 | 7,156 |
| **Fair Value, Inputs, Level 1 [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | 5,913 | 7,156 |
| **Fair Value, Inputs, Level 1 [Member] | Equity Securities [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | 5,913 | 7,156 |
| **Fair Value, Inputs, Level 2 [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | 3,468 | 3,586 |
| **Fair Value, Inputs, Level 2 [Member] | Debt Securities [Member]** | | |
| **Defined Benefit Plan Disclosure [Line Items]** | | |
| Defined benefit plan, fair value of plan assets, excluding cash and cash equivalents | $ 3,468 | $ 3,586 |

APP. 0542

**Income Taxes (Narrative) (Details) - USD ($)**
**$ in Thousands**

| | 12 Months Ended | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Income Taxes [Abstract]** | | |
| Statutory tax rates | 21.00% | 35.00% |
| Operating loss carryforwards | $ 442 | |
| Income tax carryback period | 2 years | |
| Income tax carryforward period | 20 years | |
| Uncertain tax positions | $ 0 | |
| Valuation allowance | $ 0 | |

APP. 0543

| Income Taxes (Schedule of Deferred Tax Assets and Liabilities) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| **Deferred tax liabilities:** | | |
| Deferred policy acquisition costs | $ (3,001) | $ (3,361) |
| Net unrealized holding gain on investments | (1,087) | (4,688) |
| Agency relationship | (22) | (28) |
| Intangible assets | (2,179) | (2,476) |
| Goodwill | (357) | (357) |
| Bond amortization | (72) | (111) |
| Fixed assets | (992) | (860) |
| Other | (279) | (303) |
| Total deferred tax liabilities | (7,989) | (12,184) |
| **Deferred tax assets:** | | |
| Unearned premiums | 6,931 | 6,901 |
| Amortization of non-compete agreements | 71 | 107 |
| Pension liability | 867 | 746 |
| Net operating loss carry-forward | 93 | 200 |
| Unpaid loss and loss adjustment expense | 2,505 | 3,422 |
| Rent reserve | 54 | 158 |
| Bonus accrual | 632 | 302 |
| Investment impairments | 1,446 | 1,956 |
| Other | 373 | 329 |
| Total deferred tax assets | 12,972 | 14,121 |
| Deferred federal income taxes, net | $ 4,983 | $ 1,937 |

APP. 0544

**Income Taxes (Schedule of Effective Income Tax Rate Reconciliation) (Details) - USD ($)**
**$ in Thousands**

|  | 12 Months Ended | |
| --- | --- | --- |
|  | Dec. 31, 2018 | Dec. 31, 2017 |
| **Income Taxes [Abstract]** | | |
| Computed expected income tax expense (benefit) at statutory regulatory tax rate | $ 2,689 | $ (5,800) |
| Meals and entertainment | 75 | 81 |
| Tax exempt interest | (435) | (987) |
| Dividends received deduction | (94) | (196) |
| State taxes (net of federal benefit) | 266 | 165 |
| Tax law change |  | 1,276 |
| True up bond amortization |  | 464 |
| Other | (45) | (22) |
| Income tax expense (benefit) | 2,456 | (5,019) |
| Current income tax expense (benefit) | 4,300 | (3,444) |
| Deferred income tax expense (benefit) | $ (1,844) | $ (1,575) |

APP. 0545

| **Income Taxes (Summary of Operating Loss Carryforwards) (Details) $ in Thousands** | **Dec. 31, 2018 USD ($)** |
|---|---|
| Net Operating Loss | $ 442 |
| Operating Loss Expires In 2028 [Member] | |
| Net Operating Loss | 2 |
| Operating Loss Expires in 2029 [Member] | |
| Net Operating Loss | 25 |
| Operating Loss Expires In 2031 [Member] | |
| Net Operating Loss | 45 |
| Operating Loss Expires In 2032 [Member] | |
| Net Operating Loss | 77 |
| Operating Loss Expires In 2033 [Member] | |
| Net Operating Loss | 73 |
| Operating Loss Expires In 2034 [Member] | |
| Net Operating Loss | 59 |
| Operating Loss Expires in 2035 [Member] | |
| Net Operating Loss | 33 |
| Operating Loss Expires in 2036 [Member] | |
| Net Operating Loss | 50 |
| Operating Loss Expires in 2037 [Member] | |
| Net Operating Loss | 29 |
| Operating Loss Expires in 2038 [Member] | |
| Net Operating Loss | $ 49 |

APP. 0546

| Supplemental Cash Flow Information (Reconciliation of Cash, Cash Equivalents and Restricted Cash to Statement of Cash Flows) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 |
|---|---|---|---|
| **Additional Cash Flow Elements and Supplemental Cash Flow Information [Abstract]** | | | |
| Cash and cash equivalents | $ 35,594 | $ 64,982 | |
| Restricted cash | 4,877 | 2,651 | |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 40,471 | $ 67,633 | $ 86,959 |

APP. 0547

| **Supplemental Cash Flow Information (Supplemental Cash Flow Information) (Details) - USD ($) $ in Thousands** | **12 Months Ended** | |
|---|---|---|
| | **Dec. 31, 2018** | **Dec. 31, 2017** |
| **Additional Cash Flow Elements and Supplemental Cash Flow Information [Abstract]** | | |
| Interest paid | $ 4,842 | $ 4,506 |
| Income taxes (recovered) paid | (3,236) | 137 |
| Receivable for securities related to investment disposals | 3,369 | 5,235 |
| Payable for securities related to investment purchases | $ 698 | $ 7,488 |

| Commitments and Contingencies (Narrative) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Commitments and Contingencies [Abstract]** | | |
| Operating leases, rent expense, net | $ 3,100 | $ 2,800 |
| Guaranty association assessments | $ 0 | $ 36,000 |

| Commitments and Contingencies (Schedule of Future Minimum Rental Payments for Operating Leases) (Details) $ in Thousands | Dec. 31, 2018 USD ($) |
|---|---|
| **Commitments and Contingencies [Abstract]** | |
| 2019 | $ 2,269 |
| 2020 | 2,491 |
| 2021 | 2,172 |
| 2022 | 2,171 |
| 2023 | 1,885 |
| 2024 and thereafter | 15,266 |
| Total minimum lease payments | $ 26,254 |

| Changes in Accumulated Other Comprehensive Income Balances (Schedule of Accumulated Other Comprehensive Income (Loss)) (Details) - USD ($) $ in Thousands | 12 Months Ended | | |
|---|---|---|---|
| | Jan. 01, 2018 | Dec. 31, 2018 | Dec. 31, 2017 |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | |
| Beginning Balance | $ 12,234 | $ 12,234 | |
| **Other comprehensive income (loss):** | | | |
| Change in net actuarial gain | | (576) | $ 548 |
| Tax effect on change in net actuarial gain | | 121 | (192) |
| Unrealized holding gains arising during the period | | (3,343) | 9,117 |
| Tax effect on unrealized gains arising during the period | | 702 | (3,191) |
| Reclassification adjustment for gains included in net realized gains | | (1,803) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | | 379 | 2,380 |
| Other comprehensive (loss) income, net of tax | | (4,520) | 1,863 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | 2,600 | | |
| Ending Balance | | (6,660) | 12,234 |
| Pension Liability [Member] | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | |
| Beginning Balance | (2,310) | (2,310) | (2,666) |
| **Other comprehensive income (loss):** | | | |
| Change in net actuarial gain | | (576) | 548 |
| Tax effect on change in net actuarial gain | | 121 | (192) |
| Other comprehensive (loss) income, net of tax | | (455) | 356 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | (569) | |
| Ending Balance | | (3,334) | (2,310) |
| Unrealized Gains (Loss) [Member] | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | |
| Beginning Balance | 14,544 | 14,544 | 13,037 |
| **Other comprehensive income (loss):** | | | |
| Unrealized holding gains arising during the period | | (3,343) | 9,117 |
| Tax effect on unrealized gains arising during the period | | 702 | (3,191) |
| Reclassification adjustment for gains included in net realized gains | | (1,803) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | | 379 | 2,380 |
| Other comprehensive (loss) income, net of tax | | (4,065) | 1,507 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | 3,188 | |
| Cumulative effect of adoption of updated accounting guindance for equity financial instruments at January 1, 2018 | | (16,993) | |
| Ending Balance | | (3,326) | 14,544 |
| Accumulated Other Comprehensive Income (Loss) [Member] | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | |
| Beginning Balance | 12,234 | 12,234 | 10,371 |

**Other comprehensive income (loss):**

| | | |
|---|---:|---:|
| Change in net actuarial gain | (576) | 548 |
| Tax effect on change in net actuarial gain | 121 | (192) |
| Unrealized holding gains arising during the period | (3,343) | 9,117 |
| Tax effect on unrealized gains arising during the period | 702 | (3,191) |
| Reclassification adjustment for gains included in net realized gains | (1,803) | (6,799) |
| Tax effect on reclassification adjustment for gains included in income tax expense | 379 | 2,380 |
| Other comprehensive (loss) income, net of tax | (4,520) | 1,863 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | 2,619 | |
| Cumulative effect of adoption of updated accounting guindance for equity financial instruments at January 1, 2018 | (16,993) | |
| Ending Balance | (6,660) | 12,234 |
| Parent Company [Member] | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | |
| Beginning Balance | $ 12,234 | 12,234 |
| **Other comprehensive income (loss):** | | |
| Ending Balance | $ (6,660) | $ 12,234 |

**Other comprehensive income (loss):**

| | | |
|---|---:|---:|
| Change in net actuarial gain | (576) | 548 |
| Tax effect on change in net actuarial gain | 121 | (192) |

APP. 0552

| Schedule II - Condensed Financial Information of Registrant (Parent Company Only) (Balance Sheet) (Details) - USD ($) $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 |
|---|---|---|---|
| **ASSETS** | | | |
| Debt securities | $ 545,870 | $ 605,746 | |
| Cash and cash equivalents | 35,594 | 64,982 | |
| Investment in subsidiaries | 1,702 | 1,702 | |
| Deferred federal income taxes | 4,983 | 1,937 | |
| Federal income tax recoverable | | 7,532 | |
| Other assets | 12,571 | 13,856 | |
| Total assets | 1,264,894 | 1,231,126 | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Revolving credit facility payable | 30,000 | 30,000 | |
| Subordinated debt securities | 55,804 | 55,753 | |
| Accounts payable and other accrued expenses | 28,202 | 28,933 | |
| Total liabilities | 1,009,362 | 980,008 | |
| **Stockholders' equity:** | | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 | |
| Additional paid-in capital | 123,168 | 123,180 | |
| Retained earnings | 161,195 | 136,474 | |
| Accumulated other comprehensive income | (6,660) | 12,234 | |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 in 2017), at cost | (25,928) | (24,527) | |
| Total stockholders equity | 255,532 | 251,118 | $ 265,736 |
| Total liabilities and stockholders' equity | 1,264,894 | 1,231,126 | |
| **Parent Company [Member]** | | | |
| **ASSETS** | | | |
| Debt securities | 786 | 150 | |
| Cash and cash equivalents | 10,159 | 12,194 | $ 9,034 |
| Investment in subsidiaries | 344,904 | 344,496 | |
| Deferred federal income taxes | 442 | 493 | |
| Federal income tax recoverable | 6,133 | 3,914 | |
| Other assets | 3,784 | 3,571 | |
| Total assets | 366,208 | 364,818 | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Revolving credit facility payable | 30,000 | 30,000 | |
| Subordinated debt securities | 55,804 | 55,753 | |
| Accounts payable and other accrued expenses | 24,872 | 27,947 | |
| Total liabilities | 110,676 | 113,700 | |
| **Stockholders' equity:** | | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2018 and 2017 | 3,757 | 3,757 | |
| Additional paid-in capital | 123,168 | 123,180 | |

| | | |
|---|---|---|
| Retained earnings | 161,195 | 136,474 |
| Accumulated other comprehensive income | (6,660) | 12,234 |
| Treasury stock (2,846,131 shares in 2018 and 2,703,803 in 2017), at cost | (25,928) | (24,527) |
| Total stockholders equity | 255,532 | 251,118 |
| Total liabilities and stockholders' equity | $ 366,208 | $ 364,818 |

APP. 0554

| Schedule II - Condensed Financial Information of Registrant (Parent Company Only) (Balance Sheet Extra) (Details) - USD ($) $ / shares in Units, $ in Thousands | Dec. 31, 2018 | Dec. 31, 2017 |
|---|---|---|
| Debt securities, available-for-sale, cost (in dollars) | $ 550,268 | $ 604,999 |
| Unamortized debt issuance cost (in dollars) | $ 898 | $ 949 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,846,131 | 2,703,803 |
| Parent Company [Member] | | |
| Debt securities, available-for-sale, cost (in dollars) | $ 150 | $ 150 |
| Unamortized debt issuance cost (in dollars) | $ 898 | $ 949 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |

| Schedule II - Condensed Financial Information of Registrant (Parent Company Only) (Statements of Operations) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
| --- | --- | --- |
| | Dec. 31, 2018 | Dec. 31, 2017 |
| Investment income, net of expenses | $ 18,232 | $ 18,874 |
| Management fee income | 5,115 | 3,867 |
| Total revenues | 379,268 | 385,521 |
| Interest expense | 4,545 | 4,512 |
| Amortization of intangible assets | 2,468 | 2,468 |
| Total expenses | 366,465 | 402,093 |
| Income before equity in undistributed earnings (loss) of subsidiaries and income tax benefit | 12,803 | (16,572) |
| Income tax benefit | 2,456 | (5,019) |
| Net income (loss) | 10,347 | (11,553) |
| Parent Company [Member] | | |
| Investment income, net of expenses | 290 | 210 |
| Dividend income from subsidiaries | 5,525 | 11,375 |
| Net realized losses | | (759) |
| Management fee income | 14,736 | 11,896 |
| Total revenues | 20,551 | 22,722 |
| Operating expenses | 11,395 | 10,265 |
| Interest expense | 4,545 | 4,512 |
| Total expenses | 15,940 | 14,777 |
| Income before equity in undistributed earnings (loss) of subsidiaries and income tax benefit | 4,611 | 7,945 |
| Income tax benefit | (306) | (947) |
| Income before equity in undistributed earnings (loss) of subsidiaries | 4,917 | 8,892 |
| Equity in undistributed share of earnings (loss) in subsidiaries | 5,430 | (20,445) |
| Net income (loss) | 10,347 | (11,553) |
| Comprehensive income (loss) | $ 5,827 | $ (9,690) |

APP. 0556

| Schedule II - Condensed Financial Information of Registrant (Parent Company Only) (Cash Flows) (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ 10,347 | $ (11,553) |
| **Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities:** | | |
| Depreciation and amortization expense | 5,141 | 4,715 |
| Deferred income tax expense (benefit) | (1,844) | (1,575) |
| Change in current federal income tax recoverable | 7,536 | (3,581) |
| Change in all other liabilities | (267) | 3,091 |
| Change in all other assets | 3,007 | 5,487 |
| Net cash (used in) provided by operating activities | (32,935) | 7,199 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (2,101) | (2,705) |
| Purchase of investment securities | (222,642) | (305,930) |
| Maturities and redemptions of investment securities | 232,081 | 287,187 |
| Net cash provided by (used in) investing activities | 7,338 | (21,448) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| Cash and cash equivalents at beginning of year | 64,982 | |
| Cash and cash equivalents at end of year | 35,594 | 64,982 |
| **Supplemental cash flow information:** | | |
| Interest paid | 4,842 | 4,506 |
| Income taxes paid | (3,236) | 137 |
| Parent Company [Member] | | |
| **Cash flows from operating activities:** | | |
| Net income (loss) | 10,347 | (11,553) |
| **Adjustments to reconcile net income (loss) to cash (used in) provided by operating activities:** | | |
| Depreciation and amortization expense | 377 | 367 |
| Deferred income tax expense (benefit) | 51 | (160) |
| Net realized losses | | (759) |
| Undistributed share of (earnings) loss of subsidiaries | (5,430) | 20,445 |
| Change in current federal income tax recoverable | (2,219) | (1,158) |
| Change in all other liabilities | (3,075) | 306 |
| Change in all other assets | (466) | 632 |
| Net cash (used in) provided by operating activities | (415) | 9,638 |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (55) | (97) |
| Purchase of investment securities | | (1,304) |

| | | |
|---|---|---|
| Net cash provided by (used in) investing activities | (55) | (1,401) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 242 | 231 |
| Purchase of treasury shares | (1,807) | (5,308) |
| Net cash used in financing activities | (1,565) | (5,077) |
| Decrease in cash and cash equivalents and restricted cash | (2,035) | 3,160 |
| Cash and cash equivalents at beginning of year | 12,194 | 9,034 |
| Cash and cash equivalents at end of year | 10,159 | 12,194 |
| **Supplemental cash flow information:** | | |
| Interest paid | 4,842 | 4,506 |
| Income taxes paid | $ 1,996 | $ 372 |

APP. 0558

**Schedule III - Supplementary Insurance Information (Details) - USD ($)**
**$ in Thousands**

|  | 12 Months Ended | |
|---|---|---|
|  | Dec. 31, 2018 | Dec. 31, 2017 |
| **Supplementary Insurance Information, by Segment [Line Items]** | | |
| Deferred Policy Acquisition Costs | $ 14,291 | $ 16,002 |
| Future Policy Benefits, Losses, Claims and Loss Adjustment Expenses | 527,247 | 527,100 |
| Unearned Premiums | 298,061 | 276,642 |
| Premium Revenue | 363,087 | 361,037 |
| Net Investment Income | 18,232 | 18,874 |
| Benefits Claims, Losses and Settlement Expenses | 256,028 | 288,308 |
| Amortization of Deferred Policy Acquisition Costs | 37,436 | 34,265 |
| Other Operating Expenses | 101,712 | 103,615 |
| Net Premiums Written | 363,798 | 365,583 |
| **Specialty Commercial Segment Member** | | |
| **Supplementary Insurance Information, by Segment [Line Items]** | | |
| Deferred Policy Acquisition Costs | 5,637 | 8,668 |
| Future Policy Benefits, Losses, Claims and Loss Adjustment Expenses | 429,741 | 416,788 |
| Unearned Premiums | 234,563 | 224,903 |
| Premium Revenue | 258,186 | 259,086 |
| Net Investment Income | 19,302 | 16,809 |
| Benefits Claims, Losses and Settlement Expenses | 194,268 | 213,050 |
| Amortization of Deferred Policy Acquisition Costs | 21,133 | 21,600 |
| Other Operating Expenses | 52,071 | 57,458 |
| Net Premiums Written | 251,731 | 265,022 |
| **Standard Commercial Segment [Member]** | | |
| **Supplementary Insurance Information, by Segment [Line Items]** | | |
| Deferred Policy Acquisition Costs | 5,212 | 6,421 |
| Future Policy Benefits, Losses, Claims and Loss Adjustment Expenses | 74,677 | 87,323 |
| Unearned Premiums | 40,813 | 37,574 |
| Premium Revenue | 72,321 | 66,218 |
| Net Investment Income | 3,736 | 3,855 |
| Benefits Claims, Losses and Settlement Expenses | 39,396 | 45,227 |
| Amortization of Deferred Policy Acquisition Costs | 13,415 | 10,890 |
| Other Operating Expenses | 22,825 | 23,180 |
| Net Premiums Written | 69,222 | 69,288 |
| **Personal Segment [Member]** | | |
| **Supplementary Insurance Information, by Segment [Line Items]** | | |
| Deferred Policy Acquisition Costs | 3,442 | 913 |
| Future Policy Benefits, Losses, Claims and Loss Adjustment Expenses | 22,829 | 22,989 |
| Unearned Premiums | 22,685 | 14,165 |
| Premium Revenue | 32,580 | 35,733 |
| Net Investment Income | 1,185 | 1,194 |
| Benefits Claims, Losses and Settlement Expenses | 22,364 | 30,031 |
| Amortization of Deferred Policy Acquisition Costs | 2,888 | 1,775 |
| Other Operating Expenses | 15,420 | 12,712 |

Net Premiums Written, Corporate [Member]

**Supplementary Insurance Information, by Segment [Line Items]**

| | | |
|---|---|---|
| Net Investment Income, Corporate | (5,991) | (2,984) |
| Other Operating Expenses | $ 11,396 | $ 10,265 |

| Schedule IV - Reinsurance (Details) - USD ($) $ in Thousands | 12 Months Ended | |
|---|---|---|
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Premium Earned:** | | |
| Gross amount | $ 639,437 | $ 567,089 |
| Ceded to other companies | (278,509) | (207,732) |
| Assumed from other companies | 2,159 | 1,680 |
| Net premiums earned | $ 363,087 | $ 361,037 |
| Percentage of amount assumed to net | 0.59% | 0.47% |
| Property, Liability and Casualty Insurance Segment [Member] | | |
| **Premium Earned:** | | |
| Gross amount | $ 639,437 | $ 567,089 |
| Ceded to other companies | (278,509) | (207,732) |
| Assumed from other companies | 2,159 | 1,680 |
| Net premiums earned | $ 363,087 | $ 361,037 |
| Percentage of amount assumed to net | 0.59% | 0.47% |

| Schedule VI - Supplemental Information Concerning Property-Casualty Insurance Operations (Details) - USD ($) $ in Thousands | 12 Months Ended | |
| --- | --- | --- |
| | Dec. 31, 2018 | Dec. 31, 2017 |
| **Supplemental Information For Property, Casualty Insurance Underwriters [Abstract]** | | |
| Deferred Policy Acquisition Costs | $ 14,291 | $ 16,002 |
| Reserves for Unpaid Claims and Claim Adjustment Expenses | 527,247 | 527,100 |
| Unearned Premiums | 298,061 | 276,642 |
| Earned Premiums | 363,087 | 361,037 |
| Net Investment Income | 18,232 | 18,874 |
| Current year | 250,075 | 248,203 |
| Prior years | 5,953 | 40,105 |
| Amortization of Deferred Policy Acquisition Costs | 37,436 | 34,265 |
| Paid Claims and Claims Adjustment Expenses | 322,985 | 274,150 |
| Premiums Written | $ 363,798 | $ 365,583 |

# Exhibit 7

APP. 0563

**SCHEDULE 14A INFORMATION**

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934

Filed by the Registrant ✕
Filed by a Party other than the Registrant ¨

Check the appropriate box:
¨   Preliminary Proxy Statement
¨   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
✕   Definitive Proxy Statement
¨   Definitive Additional Materials
¨   Soliciting Material under Rule 14a-12

# HALLMARK FINANCIAL SERVICES, INC.

(Name of the Registrant as Specified In Its Charter)

_____
(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

✕   No fee required.

¨   Fee computed on table below per Exchange Act Rules 14a-6(i)(4) and 0-11.

    1.   Title of each class of securities to which transaction applies:

       _____

    2.   Aggregate number of securities to which transaction applies:

       _____

    3.   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11
       (Set forth the amount on which the filing fee is calculated and state how it was determined):

       _____

    4.   Proposed maximum aggregate value of transaction:

       _____

    5.   Total fee paid:

       _____

¨   Fee paid previously with preliminary materials.

¨   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    1.   Amount Previously Paid:

       _____

    2.   Form, Schedule or Registration Statement No.:

       _____

    3.   Filing Party:

       _____

    4.   Date Filed:

       _____

**HALLMARK FINANCIAL SERVICES, INC.**
**777 Main Street, Suite 1000**
**Fort Worth, Texas 76102**

**NOTICE OF ANNUAL MEETING OF SHAREHOLDERS**
**TO BE HELD MAY 30, 2019**

To Our Shareholders:

NOTICE IS HEREBY GIVEN that the 2019 Annual Meeting of Shareholders of Hallmark Financial Services, Inc. (the "Company") will be held in the Training Center on the Concourse Level at 777 Main Street, Fort Worth, Texas, at 10:00 a.m., Central Daylight Time, on Thursday, May 30, 2019, for the following purposes:

1. To elect four directors to serve until the next annual meeting of shareholders or until their successors are duly elected and qualified;

2. To conduct an advisory vote approving the Company's compensation of its named executive officers; and

3. To transact such other business that may properly come before the meeting or any adjournment thereof.

Shareholders of record at the close of business on April 10, 2019, are entitled to notice of and to vote at the Annual Meeting or any adjournment thereof.

All shareholders of the Company are cordially invited to attend the Annual Meeting.

BY ORDER OF THE BOARD OF DIRECTORS

*/s/  JEFFREY R. PASSMORE*

Jeffrey R. Passmore, Secretary

Dated: April 26, 2019

**Whether or not you plan to attend the meeting, please sign, date and return the enclosed proxy card or voting instruction card in the envelope provided, or submit your proxy by telephone or over the Internet in accordance with the instructions on the enclosed proxy card or voting instruction card. If you attend the meeting, you may revoke your proxy and vote in person.**

---

**Important Notice Regarding the Availability of Proxy Materials for the Shareholders Meeting To Be Held on May 30, 2019**

The 2019 Proxy Statement and Annual Report to Shareholders for the year ended December 31, 2018 are available at
https://www.hallmarkgrp.com/investors/annual-report-proxy-information/.

APP. 0565

# HALLMARK FINANCIAL SERVICES, INC.

**777 Main Street, Suite 1000**
**Fort Worth, Texas 76102**

**PROXY STATEMENT**
**FOR**
**ANNUAL MEETING OF SHAREHOLDERS**
**TO BE HELD MAY 30, 2019**

_____

### SOLICITATION AND REVOCABILITY OF PROXIES

This Proxy Statement is furnished in connection with the solicitation of proxies by the Board of Directors (the "Board") of Hallmark Financial Services, Inc., a Nevada corporation (the "Company"), to be voted at the 2019 Annual Meeting of Shareholders (the "Annual Meeting") to be held on Thursday, May 30, 2019, at the time and place and for the purposes set forth in the accompanying Notice of Annual Meeting of Shareholders (the "Notice"), and at any adjournment thereof. When proxies in the accompanying form are properly executed and received, the shares represented thereby will be voted at the Annual Meeting in accordance with the directions noted thereon. If no direction is indicated on the proxy, the shares represented thereby will be voted FOR the election of each of the nominees for director, FOR the approval of the Say-On-Pay Resolution (defined below), and in the discretion of the proxy holder on any other matter that may properly come before the meeting.

Submitting a proxy will not affect a shareholder's right to vote in person at the Annual Meeting. Any shareholder who gives a proxy may revoke it at any time before it is exercised by delivering written notice of revocation to the Company, by substituting a new proxy executed on a later date, or by making a written request in person at the Annual Meeting that the proxy be returned. However, mere attendance at the Annual Meeting will not revoke the proxy.

All expenses of preparing, assembling and mailing this Proxy Statement and the enclosed materials and all costs of soliciting proxies will be paid by the Company. In addition to solicitation by mail, proxies may be solicited by officers and regular employees of the Company by telephone or in person. Such officers and employees who solicit proxies will receive no compensation for their services other than their regular salaries. Arrangements will also be made with brokerage houses and other custodians, nominees and fiduciaries to forward solicitation materials to the beneficial owners of shares they hold, and the Company may reimburse them for reasonable out-of-pocket expenses they incur in forwarding these materials.

The principal executive offices of the Company are located at 777 Main Street, Suite 1000, Fort Worth, Texas 76102. The Company's mailing address is the same as that of its principal executive offices.

This Proxy Statement and the accompanying form of proxy are first being mailed or given to shareholders on or about April 26, 2019. A copy of the Company's Annual Report to Shareholders for the fiscal year ended December 31, 2018, is enclosed herewith. Such Annual Report does not constitute a part of the materials used for the solicitation of proxies.

APP. 0566

**PURPOSES OF THE MEETING**

At the Annual Meeting, the shareholders of the Company will consider the following matters:

1.  Election of four directors to serve until the next annual meeting of shareholders or until their successors are duly elected and qualified;

2.  An advisory vote on a resolution approving the Company's compensation of its executive officers (the "Say-On-Pay Resolution"); and

3.  Such other business as may properly come before the meeting or any adjournment thereof.

**QUORUM AND VOTING**

The record date for the determination of shareholders entitled to notice of and to vote at the Annual Meeting was the close of business on April 10, 2019 (the "Record Date"). On the Record Date, there were 18,123,093 shares of common stock of the Company, par value $0.18 per share (the "Common Stock"), issued and outstanding, each of which is entitled to one vote on all matters to be acted upon at the Annual Meeting. There are no cumulative voting rights. The presence, in person or by proxy, of holders of one-third of the outstanding shares of Common Stock entitled to vote at the meeting is necessary to constitute a quorum to transact business. If the number of nominees exceeds the number of directors to be elected, then directors will be elected by a plurality of the votes cast. Otherwise, the election of each director will require the affirmative vote of the holders of a majority of the shares of Common Stock actually voted. The affirmative vote of the holders of a majority of the shares actually voted will also be required for approval of the Say-On-Pay Resolution and all other matters to come before the Annual Meeting.

Abstentions and broker non-votes will be counted solely for purposes of determining whether a quorum is present at the Annual Meeting. Pursuant to the Bylaws of the Company, abstentions and broker non-votes will not be counted in determining the number of shares voted on any matter. Therefore, abstentions and broker non-votes will have no effect on the election of directors or the approval of any other matter submitted to a vote of the shareholders at the Annual Meeting.

**ELECTION OF DIRECTORS**
**(Item 1)**

At the Annual Meeting, four directors will be elected for a term expiring at the 2020 annual meeting of the Company's shareholders or when their successors are elected and qualify. Cumulative voting is not permitted in the election of directors. If the number of nominees exceeds the number of directors to be elected, then directors will be elected by a plurality of the votes cast. Otherwise, the election of each director will require the affirmative vote of the holders of a majority of the shares of Common Stock actually voted. An incumbent director who is nominated but does not receive the affirmative vote of a majority of the shares actually voted will continue to serve as a director until deemed removed on the earlier of (a) ninety (90) days following the date of the Annual Meeting, or (b) the date on which the remaining directors select an individual to fill the prospective vacancy.

The Board has proposed the following slate of nominees for election as directors at the Annual Meeting. None of the nominees was selected on the basis of any special arrangement or understanding with any other person. None of the nominees bears any family relationship to any other nominee or to any executive officer of the Company. The Board has determined that all of its nominees other than Mark E. Schwarz meet the current independence requirements of The Nasdaq Stock Market ("Nasdaq").

-2-

In the absence of instructions to the contrary, shares represented by proxy will be voted for the election of each nominee named below. Each nominee has accepted nomination and agreed to serve if elected. If any nominee becomes unable to serve before election, shares represented by proxy may be voted for the election of a substitute nominee designated by the Board.

**The Board recommends a vote FOR election of each nominee below.**

| Name | Age | Director Since | Current Position(s) with the Company |
|------|-----|-----|-----|
| Mark E. Schwarz | 58 | 2001 | Director and Executive Chairman |
| Scott T. Berlin | 49 | 2001 | Director |
| James H. Graves | 70 | 1995 | Director |
| Mark E. Pape | 68 | 2016 | Director |

**Mark E. Schwarz** was elected Executive Chairman of the Company in August, 2006. He served as Chief Executive Officer of the Company from January, 2003 until August, 2006, and as President from November, 2003 through March, 2006. Since 1993, Mr. Schwarz has indirectly controlled Newcastle Partners, L.P., a private investment firm. Mr. Schwarz presently serves as Chairman of the boards of directors of Rave Restaurant Group, Inc., an operator and franchisor of pizza restaurants; and Wilhelmina International, Inc., a model management and talent representation company. Within the past five years, Mr. Schwarz has served as a director of SL Industries, Inc., a developer of power systems used in a variety of aerospace, computer, datacom, industrial, medical, telecom, transportation and utility equipment applications. He also serves as a director of various privately held companies. The Board believes that Mr. Schwarz should serve as a director of the Company due to his extensive business and investment expertise, broad director experience and significant direct and indirect shareholdings in the Company. (See, *Principal Shareholders and Stock Ownership of Management.*)

**Scott T. Berlin** has since June, 2017 served as the President of Mason Structural Steel, LLC, a fabricator of structural steel and distributor of building products. From 2016 to 2017, he was the Director of Business Development of Ullman Oil Company, LLC, a supplier of heating oil, commercial fuels, industrial lubricants, greases and coolants. During portions of 2015, Mr. Berlin served in a financial restructuring role as President of JC Fodale Energy Services, LLC, an oilfield services company. Subsequently, in February 2016, JC Fodale Energy Services, LLC filed a voluntary petition for liquidation under Chapter 7 of the United States Bankruptcy Code. From 1997 to 2015, he was a Managing Director and principal of Brown, Gibbons, Lang & Company, an investment banking firm serving middle market companies, where he focused on the corporate finance and mergers/acquisitions practice. Prior to joining Brown, Gibbons, Lang & Company, Mr. Berlin was a lending officer in the Middle Market Group at The Northern Company. The Board believes that Mr. Berlin should serve as a director of the Company due to his general background in investment banking and his particular experience in advising public and private companies and their boards in merger, acquisition and financing transactions.

**James H. Graves** has been a Partner of Erwin, Graves & Jones, LP, a management consulting firm, since 2002. He has also served as Chairman and a director of Medaxion, Inc., a healthcare technology company providing real-time anesthesia intelligence solutions, since 2010; and as a director and partner of BankCap Partners, a private equity firm focused on the U.S. financial services sector, since 2006. From 2002 until 2006, Mr. Graves was a director, Vice Chairman and Chief Operating Officer of Detwiler, Mitchell & Co., a securities research firm. Prior to 2002, he served as a senior executive in Dean Witter Reynolds Investment Banking Division and as the Chief Operating Officer of J.C. Bradford & Company. Mr. Graves also presently serves as a director of FirstCash, Inc., a leading operator of retail-based pawn stores; and Atlantic Capital Bancshares, Inc., a bank holding company. Within the past five years, Mr. Graves has served as a director of Cash America International, Inc., a company operating pawn shops and jewelry stores which merged with FirstCash during 2016; and TriState Capital Holdings, Inc., a bank holding company. The Board believes Mr. Graves should serve as a director due to his executive leadership and management experience in several businesses, including large corporations and businesses within the financial services industry, his over 30 years of experience analyzing financial statements, and his experience as a director of both private and public companies, including his service as chairman of the audit committee of another public company.

-3-

APP. 0568

**Mark E. Pape** has served as the Chairman of the boards of directors of H2Options, Inc., a water conservation design/installation firm, since 2009, and U.S. Rain Group, Inc., a private equity company investing in water conservation opportunities, since 2013. He is also currently a director and chairman of the audit committee of Wilhelmina International, Inc., a model management and talent representation company; and of Interface Special Holdings, Inc., a provider of bundled, managed internet protocol physical and network security services. He served as the Chief Financial Officer of Oryon Technologies, Inc., a lighting technology company, from 2010 to 2014, and as a director from 2012 to January, 2014. Oryon Technologies, Inc. filed a petition under Chapter 11 of the federal Bankruptcy Code in May 2014. Mr. Pape served as a partner at Tatum LLC, an executive services firm, from 2008 to 2009. From 2005 to 2007, he served as Executive Vice President and Chief Financial Officer at Affirmative Insurance Holdings, Inc., a property/casualty insurance company specializing in non-standard automobile insurance, and served on its board of directors and audit committee from 2004 to 2005. Mr. Pape served as the Chief Financial Officer of HomeVestors of America, Inc., a franchisor of home acquisition services, during 2005; as President and Chief Executive Officer of R.E. Technologies, Inc., a provider of software tools to the housing industry, from 2002 to 2005; as Senior Vice President and Chief Financial Officer of LoanCity.com, a start-up e-commerce mortgage bank, from 1999 to 2001; as Vice President-Planning for Torchmark Corporation, a life/health insurance holding company, from 1998 to 1999; as Senior Vice President and Chief Financial Officer of United Dental Care, Inc., a dental benefits insurance company, from 1995 to 1997; and as Executive Vice President and Chief Financial Officer of American Income Holding, Inc., a life insurance company, from 1991 to 1994. Previously, Mr. Pape was engaged in investment banking from 1979 to 1991 with First City National Bank of Houston, Merrill Lynch Capital Markets Group, the First Boston Corporation and then Bear, Stearns & Co. He began his career in 1974 as an auditor with KPMG LLP. He is a certified public accountant licensed in Texas. The Board believes that Mr. Pape should serve as a director due to his leadership and operational skills developed as a business executive, his background in finance and financial services, and his experience as a director of both private and public companies.

## ADVISORY VOTE ON SAY-ON-PAY RESOLUTION
### (Item 2)

Section 14A of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and Rule 14a-21 promulgated by the Securities and Exchange Commission ("SEC") thereunder, require the Company to (i) at least once every three years, present to the shareholders a non-binding, advisory vote on a resolution approving the compensation of certain executive officers, and (ii) at least once every six years, present to the shareholders a non-binding, advisory vote on the frequency of future resolutions to approve executive compensation. In accordance with the majority vote at the Company's 2017 Annual Meeting of Shareholders, the Board has determined to provide the shareholders an opportunity to approve executive compensation every year. Accordingly, at the 2019 Annual Meeting the Board will submit to the shareholders for a non-binding, advisory vote the following Say-On-Pay Resolution:

"RESOLVED, that the shareholders hereby approve the compensation paid to the Company's executive officers as disclosed pursuant to Item 402 of Regulation S-K under the heading 'EXECUTIVE COMPENSATION' in the Company's 2019 Proxy Statement, including the compensation tables and narrative discussion."

-4-

APP. 0569

The advisory vote on the Say-On-Pay Resolution is intended to address the overall compensation of the Company's executive officers rather than any specific element or amount of compensation. This advisory vote on the Say-On-Pay Resolution is not binding on the Board or the Company. However, the Compensation Committee will take into account the results of the advisory vote on the Say-On-Pay Resolution when considering future executive compensation arrangements.

**The Board recommends a vote FOR approval of the Say-On-Pay Resolution.**

A vote on the frequency of future such resolutions to approve executive compensation will be submitted to the shareholders not later than the 2023 Annual Meeting of Shareholders.

## OTHER BUSINESS
### (Item 3)

The Board knows of no other business to be brought before the Annual Meeting. If, however, any other business should properly come before the Annual Meeting, the persons named in the accompanying proxy will vote the proxy as they in their discretion may deem appropriate, unless they are directed by the proxy to do otherwise.

## BOARD OF DIRECTORS

**Leadership Structure and Risk Oversight**

Mark E. Schwarz serves as the Executive Chairman of the Company. In such capacity, he functions as both the chairman of the Board and an executive officer with responsibilities for corporate strategy, capital allocation and management of the Company's investment portfolio. Naveen Anand serves as the President and Chief Executive Officer of the Company but is not a director. The Board believes that this leadership structure is appropriate because it permits Mr. Schwarz to provide Board leadership independent of operational management, while still providing the Company the benefit of his business and investment expertise. As a result, the Board believes that all directors are able to objectively evaluate the management and operations of the Company. The Board also believes that, as a result of his significant beneficial ownership of Common Stock, Mr. Schwarz's role as Executive Chairman enhances the focus of the Board on building shareholder value. (See, *Principal Shareholders and Stock Ownership of Management.*)

The Board is responsible for providing general oversight over all of the Company's strategies, operations and affairs, including its management of risk. The Board and its standing committees regularly discuss material risk exposures, the potential impact of such exposures on the Company and the efforts of management to mitigate the identified risks. The Company has adopted enterprise risk management policies based on the Integrated Framework of the Committee of Sponsoring Organizations. Executive management periodically report on the Company's risk management policies and practices to the Board and relevant standing committees. The Audit Committee reviews the Company's major financial risk exposures and a number of operational, compliance and strategic risks, including steps to monitor and manage those risks. The Nomination and Governance Committee also monitors the Company's corporate governance and certain compliance risks, while the Compensation Committee is primarily responsible for oversight of risks associated with employee relations and compensation strategy. The Board believes that its leadership structure supports the ability of the Board to effectively oversee the risk management policies and procedures of the Company.

-5-

**Board Composition**

The Board is presently composed of Mark E. Schwarz, Scott T. Berlin, James H. Graves and Mark E. Pape. None of these directors was selected on the basis of any special arrangement or understanding with any other person. None of these directors bears any family relationship to any other director or to any executive officer of the Company. The Board has determined that all of these directors other than Mr. Schwarz meet the current Nasdaq independence requirements. Information concerning the business experience of each of the director nominees is provided under *Election of Directors*.

**Board Committees**

Standing committees of the Board of the Company include the Audit Committee, the Nomination and Governance Committee, and the Compensation Committee. Messrs. Berlin, Graves and Pape presently serve on the standing committees set forth below. Mr. Schwarz does not presently serve on any of these standing committees.

| | Audit Committee | Nomination and Governance Committee | Compensation Committee |
|---|---|---|---|
| Scott T. Berlin | X | X | X |
| James H. Graves | X | X | X |
| Mark E. Pape | X | | X |

Audit Committee. James H. Graves currently serves as chairman of the Audit Committee. The Board has determined that all members of the Audit Committee satisfy the current independence and experience requirements of Nasdaq and the SEC. The Board has also determined that Mr. Graves satisfies the requirements for an "audit committee financial expert" under applicable rules of the SEC and has designated Mr. Graves as its "audit committee financial expert."

The Audit Committee oversees the conduct of the financial reporting processes of the Company, including (i) reviewing with management and the outside auditors the audited financial statements included in the Company's Annual Report, (ii) reviewing with management and the outside auditors the interim financial results included in the Company's quarterly reports filed with the SEC, (iii) discussing with management and the outside auditors the quality and adequacy of internal controls, and (iv) reviewing the independence of the outside auditors. (See, *Audit Committee Report*.) A copy of the Amended and Restated Audit Committee Charter is available for review on the Company's website at www.hallmarkgrp.com. The Audit Committee met nine times during 2018.

Nomination and Governance Committee. Scott T. Berlin currently serves as chairman of the Nomination and Governance Committee. The Nomination and Governance Committee is responsible for advising the Board about the appropriate composition of the Board and its committees, identifying and evaluating candidates for Board service, recommending director nominees for election at annual meetings of shareholders or for appointment to fill vacancies, and recommending the directors to serve on each committee of the Board. The Nomination and Governance Committee is also responsible for periodically reviewing and making recommendations to the Board regarding corporate governance policies and responses to shareholder proposals. A copy of the Nomination and Governance Committee Charter is available for review on the Company's website at www.hallmarkgrp.com. The Nomination and Governance Committee did not meet during 2018.

-6-

APP. 0571

The Nomination and Governance Committee strives to identify and attract director nominees of personal integrity whose diversity of business background and experience will represent the interests of all shareholders. The Nomination and Governance Committee has not established any policy regarding specific minimum qualifications that must be met by a director nominee. However, factors considered in evaluating potential candidates include educational achievement, managerial experience, business acumen, financial sophistication, insurance industry expertise and strategic planning and policy-making skills. Depending upon the current needs of the Board, some factors may be weighed more or less heavily than others in the deliberations. The Nomination and Governance Committee evaluates the suitability of a potential director nominee on the basis of written information concerning the candidate, discussions with persons familiar with the background and character of the candidate and personal interviews with the candidate.

The Nomination and Governance Committee will consider candidates for nomination to the Board from any reasonable source, including shareholder recommendations. The Nomination and Governance Committee does not evaluate candidates differently based on the source of the proposal. The Nomination and Governance Committee has not, and has no present intention to, use consultants or search firms to assist in the process of identifying and evaluating director candidates.

Shareholders may recommend director candidates for consideration by the Nomination and Governance Committee by writing to its chairman in care of the Company's headquarters in Fort Worth, Texas, giving the candidate's name, contact information, biographical data and qualifications. A written statement from the candidate consenting to be named as a candidate and, if nominated and elected, to serve as a director should accompany any such recommendation. The Nomination and Governance Committee has not implemented any formal procedures for consideration of director nominees submitted by shareholders of the Company. The Nomination and Governance Committee has not received any recommendations of nominees for election to the Board at the 2019 Annual Meeting from any person or group beneficially owning more than five percent of the Common Stock.

Compensation Committee. Mark E. Pape currently serves as chairman of the Compensation Committee. The Compensation Committee reviews, evaluates and recommends to the Board compensation policies of the Company with respect to directors, executive officers and senior management. The Compensation Committee also administers the Company's 2005 Long Term Incentive Plan (the "2005 LTIP") and 2015 Long Term Incentive Plan (the "2015 LTIP"). A copy of the Compensation Committee Charter is available for review on the Company's website at www.hallmarkgrp.com. The Compensation Committee met twice during 2018.

The Compensation Committee has the authority to approve the compensation of the directors, executive officers and senior management of the Company. The Compensation Committee also has the authority to grant equity awards under the 2015 LTIP. The Compensation Committee does not delegate any of its authority to any other person. The Executive Chairman and Chief Executive Officer of the Company provide recommendations to the Compensation Committee concerning most of these compensation decisions. Neither the Company nor the Compensation Committee currently engages any consultant to assist in the review of director or executive officer compensation.

**Attendance at Meetings**

The Board held four meetings during 2018. Various matters were also approved by the unanimous written consent of the directors during the last fiscal year. Each director attended at least 75% of the aggregate of (i) the total number of meetings of the Board, and (ii) the total number of meetings held by all committees of the Board on which such director served. The Company has no formal policy with respect to the attendance of Board members at the Annual Meeting, but encourages all incumbent directors and all director nominees to attend each annual meeting of shareholders. All of the incumbent directors attended the Company's 2018 Annual Meeting of Shareholders.

-7-

**Compensation of Directors in 2018 Fiscal Year**

The Company's standard compensation arrangement for each non-employee director is currently a $30,000 annual retainer plus a fee of $1,500 for each Board meeting attended in person or telephonically and a fee of $750 for each committee meeting attended in person or telephonically. The chairman of the Audit Committee also receives an additional $7,500 annual retainer. No other cash compensation was paid to any non-employee director during 2018. The Compensation Committee also periodically grants stock options to the directors of the Company. However, no stock options were granted to any of the non-employee directors of the Company during 2018.

The following table sets forth information concerning the compensation of the non-employee directors of the Company for the fiscal year ended December 31, 2018.

| Name | Fees Earned or Paid in Cash ($) | Option Awards ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|
| Scott T. Berlin | 44,250 | —[1] | — | 44,250 |
| James H. Graves | 51,750 | —[1] | — | 51,750 |
| Mark E. Pape | 44,250 | — | — | 44,250 |

[1] As of December 31, 2018, exercisable options to purchase 15,000 shares of Common Stock were outstanding to each of Messrs. Berlin and Graves.

**Shareholder Communications**

The Board believes that, in light of the accessibility of its directors to informal communications, a formal process for shareholders to communicate with directors is unnecessary. Any shareholder communication sent to the Board, either generally or in care of the Executive Chairman, will be forwarded to members of the Board without screening. Any shareholder communication to the Board should be addressed in care of the Executive Chairman and transmitted to the Company's headquarters in Fort Worth, Texas. In order to assure proper handling, the transmittal envelope should include a notation indicating "Board Communication" or "Director Communication." All such correspondence should identify the author as a shareholder and clearly state whether the intended recipients are all members of the Board or only specified directors. The Executive Chairman will circulate all such correspondence to the appropriate directors.

**EXECUTIVE OFFICERS**

The following persons are currently the only executive officers of the Company:

| Name | Age | Position(s) with the Company |
|---|---|---|
| Mark E. Schwarz | 58 | Executive Chairman and Director |
| Naveen Anand | 51 | President and Chief Executive Officer |
| Jeffrey R. Passmore | 51 | Senior Vice President, Chief Financial Officer and Secretary |

Each executive officer serves at the will of the Board. No executive officer was selected on the basis of any special arrangement or understanding with any other person. No executive officer bears any family relationship to any other executive officer or to any director or nominee for director of the Company. No director, nominee for director or executive officer of the Company has been involved in any legal proceedings that would be material to an evaluation of the management of the Company. Information concerning the business experience of Mark E. Schwarz is provided under *Election of Directors*.

APP. 0573

**Naveen Anand** became President and Chief Executive Officer of the Company in September, 2014. Mr. Anand was an executive with Torus Insurance Holdings Limited from 2009 to 2013, serving first as the Global Chief Operating Officer for Torus Group before being promoted to Chief Executive Officer of Torus Americas. Previously, Mr. Anand was employed by CNA Financial Corporation where he served as Vice President from 2002 to 2005, as Senior Vice President and President of the Central Region from 2005 to 2006, as Senior Vice President and President and Chief Underwriting Officer for Commercial Insurance from 2006 to 2009, and as Chairman and President of CNA Claim Plus from 2008 to 2009. From 1988 to 2002, he was employed by Chubb Group of Insurance Companies where he began in the commercial underwriting department, was promoted to Regional Underwriting Manager in 1993, became Assistant Vice President for Commercial Lines in 1995, and rose to Vice President for Commercial Lines, New York Zone, in 1998. Mr. Anand began his insurance career in 1987 as a trainee underwriter with St. Paul Insurance Companies.

**Jeffrey R. Passmore** was appointed Senior Vice President and Chief Financial Officer of the Company in April, 2019. He had previously served as Senior Vice President and Chief Accounting Officer of the Company since June, 2003, and as Vice President of Business Development since November, 2002. Prior to joining the Company, Mr. Passmore had since 2000 served as Vice President and Controller of Benfield Blanch, Inc. and its predecessor E.W. Blanch Holdings, Inc., a reinsurance intermediary. From 1998 to 1999, he served E.W. Blanch Holdings, Inc. as Assistant Vice President of Financial Reporting. From 1994 to 1998, he was a senior financial analyst with TIG Holdings, Inc., a property/casualty insurance holding company. Mr. Passmore began his career as an accountant for Gulf Insurance Group from 1990 to 1993. Mr. Passmore is a certified public accountant licensed in Texas.

## EXECUTIVE COMPENSATION

### Summary Compensation Table

The following table sets forth information for the fiscal years ended December 31, 2018 and 2017 concerning the compensation of the Chief Executive Officer, Chief Accounting Officer and every other person who served as an executive officer of the Company at any time during 2018 (the "Named Executive Officers").

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($)[1] | All Other Compensation ($)[2] | Total ($) |
|---|---|---|---|---|---|---|
| Mark E. Schwarz | 2018 | 195,000 | — | — | 15,893 | 210,893 |
| Executive Chairman; Director | 2017 | 195,000 | — | — | 15,569 | 210,569 |
| Naveen Anand | 2018 | 500,000 | 225,000 | 300,000 | 3,566 | 1,028,566 |
| President; Chief Executive Officer | 2017 | 500,000 | — | 300,002 | 257,066 | 1,057,068 |
| Jeffrey R. Passmore | 2018 | 250,518 | 55,000 | 87,682 | 16,691 | 409,891 |
| Senior Vice President; Chief Accounting Officer | 2017 | 247,018 | 32,500 | 87,679 | 16,155 | 383,352 |

[1]   Reflects the fair value of restricted stock unit awards estimated on the date of grant based on the probable outcome of certain performance conditions. Assumptions used in calculating the grant date fair value are included in Note 13 to the Company's audited financial statements included in its Annual Report on Form 10-K for the year ended December 31, 2018. Assuming that the highest level of performance conditions will be achieved, the grant date fair value of the awards would be (i) $450,000 and $450,004 for Mr. Anand's 2018 and 2017 awards, respectively; and (ii) $131,523 and $131,519 for Mr. Passmore's 2018 and 2017 awards, respectively.

-9-

APP. 0574

[2] Represents the employee portion of life, disability and health insurance premiums paid by the Company and the Company's matching contributions to employee 401(k) accounts. For Mr. Anand, also represents reimbursement of relocation expenses of $252,647 in 2017.

**Employment Agreements**

In connection with the grant of restricted stock units during 2015, the Company entered into a Confidentiality and Non-Solicitation Agreement with Messrs. Anand and Passmore pursuant to which severance is payable in an amount equal to at least six months of base salary in the event such executive officer is terminated from employment without cause. The Company does not otherwise have employment agreements with any of its executive officers.

**Outstanding Equity Awards at 2018 Fiscal Year-End**

The following table sets forth information concerning all equity awards to the Named Executive Officers which were outstanding as of December 31, 2018, consisting of unexercised stock options and unvested restricted stock units granted under the 2005 LTIP and the 2015 LTIP.

| | Option Awards | | | | Stock Awards | | |
|---|---|---|---|---|---|---|---|
| Name | **Number of Securities Underlying Unexercised Options** | | Option | Option | Award Date[1] | Number of Unearned Shares Underlying Restricted Stock Units That Have | Market Value of Unearned Shares Underlying Restricted Stock Units That Have |
| | Exer-cisable (#) | Unexer-cisable (#) | Exercise Price ($) | Expiration Date | | Not Vested (#)[2] | Not Vested ($)[2] |
| Mark E. Schwarz | 200,000 | — | 6.61 | 04/01/2019 | — | — | — |
| | 14,157 | — | 6.99 | 12/30/2021 | | | |
| Naveen Anand | — | — | — | — | 08/23/2016 | 13,147 | 137,123 |
| | | | | | 09/05/2017 | 14,706 | 153,384 |
| | | | | | 09/24/2018 | 13,800 | 147,522 |
| Jeffrey R. Passmore | — | — | — | — | 08/23/2016 | 3,628 | 37,840 |
| | | | | | 09/05/2017 | 4,298 | 44,828 |
| | | | | | 09/24/2018 | 4,033 | 43,113 |

[1] Restricted stock units awarded in 2016, 2017 and 2018 vest March 31, 2019, 2020 and 2021, respectively.

[2] Based on achieving the threshold performance criteria and the closing market price of the Company's common stock of $10.69 on December 31, 2018.

**Equity Compensation Plan Information**

The following table sets forth information regarding shares of the Common Stock authorized for issuance under the Company's equity compensation plans as of December 31, 2018.

APP. 0575

| Plan Category | Number of securities to be issued upon exercise of outstanding options, warrants and rights | Weighted-average exercise price of outstanding options, warrants and rights | Number of securities remaining available for future issuance under equity compensation plans [excluding securities reflected in column (a)][1] |
|---|---|---|---|
| | (a) | (b) | (c) |
| Equity compensation plans approved by security holders | 244,157 | $ 6.63 | 1,491,655 |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 244,157 | $ 6.63 | 1,491,655 |

[1] Securities remaining available for future issuance are net of a maximum of 508,345 shares of common stock issuable pursuant to outstanding restricted stock units, subject to applicable vesting requirements and performance criteria.

## CERTAIN RELATIONSHIPS AND TRANSACTIONS

The Executive Chairman of the Company, Mark E. Schwarz, is the sole trustee of the Schwarz 2012 Family Trust ("Schwarz Trust"), which entity is the sole shareholder of NCM Services, Inc. ("NCMS"), which entity is the sole member of Newcastle Capital Group, L.L.C. ("NCG"), which entity is the sole general partner of Newcastle Capital Management, L.P. ("NCM"), which entity is the sole general partner of Newcastle Partners, L.P. ("Newcastle Fund"). As a result of these relationships, Mr. Schwarz has sole investment and voting control over the shares of Common Stock beneficially owned by NCMS, NCM and the Newcastle Fund, which collectively are the largest holders of the Common Stock of the Company. (See, *Principal Shareholders and Stock Ownership of Management*.)

Also as a result of these relationships, the Company, Mr. Schwarz, NCG, NCM and the Newcastle Fund may be deemed a "group" for purposes of Section 13(d)(3) of the Securities Exchange Act of 1934 with respect to their respective investments in Rave Restaurant Group, Inc., an operator and franchisor of pizza restaurants in which Mr. Schwarz serves as Chairman of the board of directors. The Company presently owns $346,200 principal amount of 4% Convertible Senior Notes due 2022 issued by Rave Restaurant Group, Inc. at par value in connection with a shareholder rights offering, which notes are convertible to common stock at the rate of $2.00 per share. The Company also presently owns an aggregate of 2,246,086 shares of the common stock of Rave Restaurant Group which it acquired at an average price of $1.52 per share in the open market, in shareholder rights offerings and upon conversion of 4% Convertible Senior Notes due 2022. As a result, the Company currently beneficially owns approximately 15.9% of the total outstanding common stock of Rave Restaurant Group. The Company has no other financial transactions, arrangements or relationships with Rave Restaurant Group.

## CODE OF ETHICS

The Board has adopted a Code of Ethics applicable to all of the Company's employees, officers and directors. The Code of Ethics covers compliance with law; fair and honest dealings with the Company, its competitors and others; full, fair and accurate disclosure to the public; and procedures for compliance with the Code of Ethics. This Code of Ethics is posted on the Company's website at www.hallmarkgrp.com.

**SECTION 16(a) BENEFICIAL OWNERSHIP REPORTING COMPLIANCE**

The Company's executive officers, directors and beneficial owners of more than 10% of the Company's Common Stock are required to file reports of ownership and changes in ownership of the Common Stock with the SEC. Based solely upon information provided to the Company by individual directors, executive officers and beneficial owners, the Company believes that all such reports were timely filed during and with respect to the year ended December 31, 2018, except that Messrs. Anand and Passmore were each late filing one Form 4 reporting the grant of restricted stock units.

**PRINCIPAL SHAREHOLDERS AND STOCK OWNERSHIP OF MANAGEMENT**

The following table and the notes thereto set forth certain information regarding the beneficial ownership of the Common Stock as of the Record Date by (i) each current executive officer and director of the Company, (ii) all current executive officers and directors of the Company as a group; and (iii) each other person known to the Company to own beneficially more than five percent of the presently outstanding Common Stock. Except as otherwise indicated, (a) the persons identified in the table have sole voting and dispositive power with respect to the shares shown as beneficially owned by them, (b) the mailing address for all persons is the same as that of the Company, and (c) the current directors and executive officers have not pledged any of such shares as security.

| Shareholder | No. of Shares Beneficially Owned | Percent of Class Beneficially Owned |
|---|---|---|
| Mark E. Schwarz[1] | 5,069,647 | 28.0 |
| Naveen Anand | 70,900 | * |
| Jeffrey R. Passmore | 7,000 | * |
| Scott T. Berlin | 15,250 | * |
| James H. Graves | 23,498 | * |
| Mark E. Pape | — | — |
| All current executive officers and directors, as a group (6 persons)[2] | 5,186,295 | 28.6 |
| Newcastle Partners, L.P.[3] | 3,730,432 | 20.6 |
| NCM Services, Inc.[4] | 949,702 | 5.2 |
| Newcastle Capital Management, L.P. [5] | 172,776 | 1.0 |
| Cove Street Capital, LLC [6] | 1,662,608 | 9.2 |
| Dimensional Fund Advisors LP[7] | 1,513,715 | 8.4 |
| Intrepid Capital Management, Inc.[8] | 975,810 | 5.4 |

\*    Represents less than 1%.

[1]    Includes 130,805 shares owned by Mr. Schwarz, 949,702 shares owned by NCMS, 172,776 shares owned by NCM and 3,730,432 shares owned by the Newcastle Fund. (See *Certain Relationships and Transactions* and Note 5, below.) Also includes 14,157 shares which may be acquired by Mr. Schwarz pursuant to stock options exercisable on or within 60 days after the Record Date.

[2]    Includes 14,157 shares which may be acquired pursuant to stock options exercisable on or within 60 days after the Record Date.

[3]    Does not include shares directly owned by Mark E. Schwarz, NCMS or NCM. (See *Certain Relationships and Transaction* and Note 1, above.)

[4]    Does not include shares directly owned by Mark E. Schwarz, NCM or the Newcastle Fund. (See *Certain Relationships and Transaction* and Note 1, above.)

APP. 0577

5    Does not include shares directly owned by Mark E. Schwarz, NCMS or the Newcastle Fund. (See *Certain Relationships and Transaction* and Note 1, above.)

6    Per Schedule 13G/A filed February 13, 2019 Cove Street Capital, LLC shares voting and dispositive power, except for 170,000 shares over which it has no voting power. The address of Cove Street Capital, LLC is 2101 East El Segundo Boulevard, Suite 302, El Segundo, California 90245.

7    Per Schedule 13G/A filed February 8, 2019. Includes 62,116 shares over which Dimensional Fund Advisors LP has no voting power. The address of Dimensional Fund Advisors LP is Building One, 6300 Bee Cave Road, Austin, Texas 78746.

8    Per Schedule 13G filed February 12, 2019. The address of Intrepid Capital Management, Inc. is 1400 Marsh Landing Parkway, Suite 106, Jacksonville Beach, Florida 32250.

## AUDIT COMMITTEE REPORT

The Audit Committee is composed of three independent directors and operates under a written charter adopted by the Board in accordance with applicable rules of the SEC and Nasdaq. A copy of the Amended and Restated Audit Committee Charter is posted on the Company's website at www.hallmarkgrp.com.

The primary purpose of the Audit Committee is to assist the Board in fulfilling its responsibility to oversee management's conduct of the Company's financial reporting process. In discharging its oversight role, the Audit Committee is empowered to investigate any matter brought to its attention with full access to all books, records, facilities and personnel of the Company and is authorized to retain outside counsel, auditors or other experts for this purpose. Subject to any action that may be taken by the full Board, the Audit Committee also has the authority and responsibility to select, evaluate and, where appropriate, replace the Company's independent registered public accountants.

The Company's management is responsible for preparing the Company's financial statements and the independent registered public accountants are responsible for auditing those financial statements. The role of the Audit Committee is to monitor and oversee these processes.

In this context, the Audit Committee has reviewed and discussed the consolidated financial statements with both management and the independent registered public accountants. The Audit Committee also discussed with the independent registered public accountants the matters required to be discussed under Public Company Accounting Oversight Board ("PCAOB") AS 1301, *Communications with Audit Committees*. The Audit Committee received from the independent registered public accountants the written disclosures regarding independence required by PCAOB Rule 3526, *Communication with Audit Committees Concerning Independence*, and the Audit Committee discussed with the independent registered public accountants their independence.

Based on the Audit Committee's review and discussions with management and the independent registered public accountants, the Audit Committee recommended to the Board that the audited financial statements be included in the Company's Annual Report on Form 10-K filed with the SEC for the year ended December 31, 2018.

> Respectfully submitted by the Audit Committee:
> James H. Graves (chairman)
> Scott T. Berlin
> Mark E. Pape

-13-

**INDEPENDENT REGISTERED PUBLIC ACCOUNTANTS**

Ernst & Young LLP ("EY") was previously the independent registered public accounting firm for the Company. Effective August 18, 2017, EY was dismissed as the Company's independent registered public accounting firm. The decision to change accountants was approved by the Audit Committee. During the two fiscal years ended December 31, 2016, and the subsequent interim periods preceding August 18, 2017, there were no (1) disagreements with EY on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedures, which disagreements if not resolved to EY's satisfaction would have caused EY to make reference in connection with their opinion to the subject matter of the disagreement, or (2) "reportable events" (within the meaning of Item 304(a)(1)(v) of Regulation S-K). EY's audit reports on the Company's consolidated financial statements as of and for the years ended December 31, 2016 and 2015 did not contain any adverse opinion or disclaimer of opinion, and were not qualified or modified as to uncertainty, audit scope or accounting principles. The Company provided EY with a copy of the foregoing disclosures and requested that EY furnish to the Company a letter addressed to the SEC stating whether EY agreed with such disclosures and, if not, stating the respects in which it did not agree. A copy of EY's letter concurring with the foregoing disclosures was attached as Exhibit 16.1 to the Form 8-K filed by the Company on August 22, 2017.

On August 18, 2017, the Audit Committee engaged BDO USA, LLP ("BDO") as the Company's independent registered public accounting firm for the fiscal year ending December 31, 2017. During the fiscal years ended December 31, 2016 and 2015, and through the subsequent interim periods preceding such appointment, the Company had not consulted with BDO regarding either (i) the application of accounting principles to a specified transaction, either completed or proposed, or the type of audit opinion that might be rendered on the Company's financial statements, or (ii) any matter that was either the subject of a "disagreement" (as defined in Item 304(a)(1)(iv) of Regulation S-K and the related instructions) or a "reportable event" (within the meaning of Item 304(a)(1)(v) of Regulation S-K). BDO also reported on the Company's consolidated financial statements for the fiscal year ended December 31, 2018.

The Audit Committee has selected BDO as the independent registered public accounting firm to audit the consolidated financial statements of the Company for the 2019 fiscal year. Representatives of BDO are expected to be present at the Annual Meeting, will have the opportunity to make a statement if they so desire, and are expected to be available to respond to appropriate questions from shareholders.

The following table presents fees for professional services rendered by BDO for the fiscal year ended December 31, 2018, and for BDO and EY for the audit or review of the Company's consolidated financial statements for the fiscal year ended December 31, 2017, as well as fees billed for other services rendered by BDO and EY during the respective periods.

| | BDO in Fiscal 2018 | BDO in Fiscal 2017 | EY in Fiscal 2017 |
|---|---|---|---|
| Audit Fees[1] | $ 830,000 | $ 800,000 | $ 171,845 |
| Audit-Related Fees | — | — | — |
| Tax Fees[2] | — | — | $ 16,830 |
| All Other Fees[3] | — | — | $ 2,160 |

[1] Reflects fees for audit services attributable to the indicated fiscal year, a portion of which fees were paid in the subsequent fiscal year.

[2] Tax fees pertain to services in connection with the review of the Company's tax return for the prior fiscal year.

[3] All other fees in fiscal 2017 pertained primarily to subscription to EY's online accounting research tool year.

-14-

The current policy of the Audit Committee is to review and approve all proposed audit and non-audit services prior to the engagement of independent registered public accountants to perform such services. Review and approval of such services generally occur at the Audit Committee's regularly scheduled quarterly meetings. In situations where it is impractical to wait until the next regularly scheduled quarterly meeting, the Audit Committee has delegated to its chairman the authority to approve audit and non-audit services. Any audit or non-audit services approved pursuant to such delegation of authority must be reported to the full Audit Committee at its next regularly scheduled meeting. During fiscal 2018 and 2017, all audit and non-audit services performed by BDO and EY, respectively, were in accordance with the policies and procedures established by the Audit Committee.

## SHAREHOLDER PROPOSALS FOR 2020 ANNUAL MEETING

Any shareholder desiring to submit a proposal for inclusion in the proxy material relating to the 2020 annual meeting of shareholders must do so in writing. The proposal must be received at the Company's principal executive offices by December 28, 2019. In addition, with respect to any matter proposed by a shareholder at the 2020 annual meeting but not included in the Company's proxy materials, the proxy holders designated by the Company may exercise discretionary voting authority if appropriate notice of the shareholder proposal is not received by the Company at its principal executive office by March 12, 2020.

By Order of the Board of Directors,

/s/ JEFFREY R. PASSMORE

Jeffrey R. Passmore, Secretary

April 26, 2019
Fort Worth, Texas

-15-

APP. 0580

**THIS PROXY IS SOLICITED ON BEHALF OF THE BOARD OF DIRECTORS**

**PROXY**
**FOR THE ANNUAL MEETING OF SHAREHOLDERS OF**
**HALLMARK FINANCIAL SERVICES, INC.**
**TO BE HELD MAY 30, 2019**

The undersigned hereby appoints Mark E. Schwarz, Naveen Anand and Jeffrey R. Passmore, and each of them individually, as the lawful agents and Proxies of the undersigned, with full power of substitution, and hereby authorizes each of them to represent and vote, as designated below, all shares of Common Stock of Hallmark Financial Services, Inc. held of record by the undersigned as of April 10, 2019, at the Annual Meeting of Shareholders to be held on May 30, 2019, or at any adjournment thereof. The undersigned hereby revokes all previous proxies relating to the shares covered hereby and confirms all that said Proxies may do by virtue hereof.

1.    **ELECTION OF DIRECTORS (Item 1):**

¨    **FOR** all nominees listed below          ¨    **WITHHOLD AUTHORITY** to vote for all nominees listed below
(except as marked to the contrary)

**Instructions:** To *withhold* authority to vote for any nominee, mark the space beside the nominee's name with an "X".

Mark E. Schwarz  _____          Scott T. Berlin  _____          James H. Graves  _____          Mark E. Pape  _____

2.    **ADVISORY VOTE ON RESOLUTION TO APPROVE EXECUTIVE COMPENSATION (Item 2):**

¨  **FOR**                    ¨  **AGAINST**                    ¨  **ABSTAIN**

3.    **OTHER BUSINESS (Item 3):** In their discretion, the Proxies are authorized to vote on any other matter which may properly come before the Annual Meeting or any adjournment thereof.

When properly executed, this proxy will be voted in the manner directed herein by the undersigned shareholder. IF NO DIRECTION IS SPECIFIED, THIS PROXY WILL BE VOTED **FOR** THE ELECTION OF ALL DIRECTORS PROPOSED IN ITEM 1 AND **FOR** THE ADVISORY RESOLUTION TO APPROVE EXECUTIVE COMPENSATION.

*Please sign below exactly as your shares are held of record. When shares are held by joint tenants, both should sign. When signing as attorney, executor, administrator, trustee or guardian, please give full title as such. If a corporation, please sign in full corporate name by President or other authorized officer. If a partnership, please sign in partnership name by authorized person.*

Date: _____, 2019

_____
Signature

_____
Title

_____
Signature, if held jointly:

**PLEASE MARK, SIGN, DATE AND RETURN THIS PROXY PROMPTLY, USING THE ENCLOSED ENVELOPE. PLEASE CHECK THIS BOX IF YOU INTEND TO BE PRESENT AT THE ANNUAL MEETING OF SHAREHOLDERS.** ¨

APP. 0581

# Exhibit 8

APP. 0582

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**WASHINGTON, D.C. 20549**

**FORM 10‑Q**

Quarterly report pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

For the quarterly period ended March 31, 2019

Commission file number 001‑11252

**Hallmark Financial Services, Inc.**

(Exact name of registrant as specified in its charter)

| Nevada | 87-0447375 |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (I.R.S. Employer Identification No.) |

| 777 Main Street, Suite 1000, Fort Worth, Texas | 76102 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (817) 348‑1600

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.18 par value | HALL | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes  ☒ X    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer,  a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer,"  "smaller reporting company" and "emerging growth company" in Rule 12b‑2 of the Exchange Act.

Large accelerated filer ☐                    Accelerated filer ☒

Non-accelerated filer ☐            Smaller reporting company ☒        Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 15(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act).  Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: Common Stock, par value $.18 per share –18,123,093 shares outstanding as of May 8, 2019.

APP. 0583

**PART I**
**FINANCIAL INFORMATION**

**Item 1.   Financial Statements**

### INDEX TO FINANCIAL STATEMENTS

|  | Page Number |
|---|---|
| Consolidated Balance Sheets at March 31, 2019 (unaudited) and December 31, 2018 | 3 |
| Consolidated Statements of Operations (unaudited) for the three months ended March 31, 2019 and March 31, 2018 | 4 |
| Consolidated Statements of Comprehensive Income (unaudited) for the three months ended March 31, 2019 and March 31, 2018 | 5 |
| Consolidated Statements of Stockholders' Equity (unaudited) for the three months ended March 31, 2019 and March 31, 2018 | 6 |
| Consolidated Statements of Cash Flows (unaudited) for the three months ended March 31, 2019 and March 31, 2018 | 7 |
| Notes to Consolidated Financial Statements (unaudited) | 8 |

2

APP. 0584

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
($ in thousands, except par value)

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| | (unaudited) | |
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $523,745 in 2019 and $550,268 in 2018) | $ 522,977 | $ 545,870 |
| Equity securities (cost; $68,709 in 2019 and $68,709 in 2018) | 88,656 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 1,184 | 1,148 |
| Total investments | 612,817 | 627,914 |
| Cash and cash equivalents | 65,490 | 35,594 |
| Restricted cash | 3,322 | 4,877 |
| Ceded unearned premiums | 132,799 | 133,031 |
| Premiums receivable | 132,025 | 119,778 |
| Accounts receivable | 1,851 | 1,619 |
| Receivable for securities | 2,292 | 3,369 |
| Reinsurance recoverable | 268,648 | 252,029 |
| Deferred policy acquisition costs | 19,225 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 6,940 | 7,555 |
| Deferred federal income taxes, net | 1,727 | 4,983 |
| Prepaid expenses | 4,128 | 2,588 |
| Other assets | 32,772 | 12,571 |
| Total assets | $ 1,328,731 | $ 1,264,894 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $885 in 2019 and $898 in 2018) | 55,817 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 530,226 | 527,247 |
| Unearned premiums | 316,201 | 298,061 |
| Reinsurance balances payable | 68,681 | 67,328 |
| Pension liability | 1,982 | 2,018 |
| Payable for securities | 1,503 | 698 |
| Federal income tax payable | 1,411 | 4 |
| Accounts payable and other accrued expenses | 49,258 | 28,202 |
| Total liabilities | 1,055,079 | 1,009,362 |
| Commitments and contingencies (Note 17) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 122,638 | 123,168 |
| Retained earnings | 176,220 | 161,195 |
| Accumulated other comprehensive loss | (3,762) | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 273,652 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,328,731 | $ 1,264,894 |

The accompanying notes are an integral part of the consolidated financial statements

3

APP. 0585

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
(Unaudited)
($ in thousands, except per share amounts)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Gross premiums written | $ 187,316 | $ 153,505 |
| Ceded premiums written | (69,913) | (62,072) |
| Net premiums written | 117,403 | 91,433 |
| Change in unearned premiums | (18,373) | 514 |
| Net premiums earned | 99,030 | 91,947 |
| | | |
| Investment income, net of expenses | 5,111 | 4,440 |
| Investment gains (losses), net | 11,937 | (4,835) |
| Finance charges | 1,734 | 1,040 |
| Commission and fees | 293 | 703 |
| Other income | 16 | 46 |
| | | |
| Total revenues | 118,121 | 93,341 |
| | | |
| Losses and loss adjustment expenses | 70,087 | 63,675 |
| Operating expenses | 27,246 | 27,213 |
| Interest expense | 1,253 | 1,027 |
| Amortization of intangible assets | 617 | 617 |
| | | |
| Total expenses | 99,203 | 92,532 |
| | | |
| Income before tax | 18,918 | 809 |
| Income tax expense | 3,893 | 162 |
| Net income | $ 15,025 | $ 647 |
| | | |
| Net income per share: | | |
| Basic | $ 0.83 | $ 0.04 |
| Diluted | $ 0.83 | $ 0.04 |

The accompanying notes are an integral part of the consolidated financial statements

4

APP. 0586

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Comprehensive Income**
(Unaudited)
($ in thousands)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Net income | $ 15,025 | $ 647 |
| Other comprehensive income (loss): | | |
| Change in net actuarial gain | 35 | 27 |
| Tax effect on change in net actuarial gain | (7) | (6) |
| Unrealized holding gains (losses) arising during the period | 7,773 | (395) |
| Tax effect on unrealized holding gains (losses) arising during the period | (1,632) | 83 |
| Reclassification adjustment for (gains) losses included in net income | (4,141) | 15 |
| Tax effect on reclassification adjustment for (gains) losses included in net income | 870 | (3) |
| Other comprehensive income (loss), net of tax | 2,898 | (279) |
| Comprehensive income | $ 17,923 | $ 368 |

The accompanying notes are an integral part of the consolidated financial statements

5

APP. 0587

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Stockholders' Equity**
(Unaudited)
($ in thousands)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| **Common Stock** | | |
| Balance, beginning of period | $ 3,757 | $ 3,757 |
| | | |
| Balance, end of period | 3,757 | 3,757 |
| | | |
| **Additional Paid-In Capital** | | |
| Balance, beginning of period | 123,168 | 123,180 |
| Equity based compensation | 57 | 44 |
| Shares issued under employee benefit plans | (587) | — |
| Balance, end of period | 122,638 | 123,224 |
| | | |
| **Retained Earnings** | | |
| Balance, beginning of period | 161,195 | 136,474 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | 16,993 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | (2,619) |
| Net income | 15,025 | 647 |
| Balance, end of period | 176,220 | 151,495 |
| | | |
| **Accumulated Other Comprehensive Income** | | |
| Balance, beginning of period | (6,660) | 12,234 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | (16,993) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | 2,619 |
| Additional minimum pension liability, net of tax | 28 | 21 |
| Unrealized holding gains (losses) arising during period, net of tax | 6,141 | (312) |
| Reclassification adjustment for (gains) losses included in net income, net of tax | (3,271) | 12 |
| Balance, end of period | (3,762) | (2,419) |
| | | |
| **Treasury Stock** | | |
| Balance, beginning of period | (25,928) | (24,527) |
| Acquisition of treasury stock | (1,380) | (377) |
| Shares issued under employee benefit plans | 2,107 | — |
| Balance, end of period | (25,201) | (24,904) |
| | | |
| **Total Stockholders' Equity** | $ 273,652 | $ 251,153 |

The accompanying notes are an integral part of the consolidated financial statements

6

APP. 0588

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Cash Flows**
(Unaudited)
($ in thousands)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Cash flows from operating activities: | | |
| Net income | $ 15,025 | $ 647 |
| | | |
| Adjustments to reconcile net income to cash used in operating activities: | | |
| Depreciation and amortization expense | 1,283 | 1,238 |
| Deferred federal income taxes | 2,486 | (1,146) |
| Investment (gains) losses, net | (11,937) | 4,835 |
| Share-based payments expense | 57 | 44 |
| Change in ceded unearned premiums | 232 | (442) |
| Change in premiums receivable | (12,247) | (4,114) |
| Change in accounts receivable | (232) | (296) |
| Change in deferred policy acquisition costs | (4,934) | 8 |
| Change in unpaid losses and loss adjustment expenses | 2,979 | 2,584 |
| Change in unearned premiums | 18,140 | (72) |
| Change in reinsurance recoverable | (16,619) | (31,441) |
| Change in reinsurance balances payable | 1,353 | 3,511 |
| Change in current federal income tax payable | 1,407 | 1,398 |
| Change in all other liabilities | (553) | 3,701 |
| Change in all other assets | 1,600 | 330 |
| Net cash used in operating activities | (1,960) | (19,215) |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (1,847) | (570) |
| Purchases of investment securities | (43,841) | (38,619) |
| Maturities, sales and redemptions of investment securities | 75,849 | 48,822 |
| Net cash provided by investing activities | 30,161 | 9,633 |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 1,520 | — |
| Purchase of treasury shares | (1,380) | (377) |
| Net cash provided by (used in) financing activities | 140 | (377) |
| Increase (decrease) in cash and cash equivalents and restricted cash | 28,341 | (9,959) |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 68,812 | $ 57,674 |

The accompanying notes are an integral part of the consolidated financial statements

7

APP. 0589

**Hallmark Financial Services, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements (Unaudited)**

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets. We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies. Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10‑K filed with the SEC.

The interim financial data as of March 31, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the period ended March 31, 2019 are not necessarily indicative of the operating results to be expected for the full year.

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

### *Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

### *Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

### *Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of March 31, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $44.5 million as of March 31, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities

9

and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### *Adoption of New Accounting Pronouncements*

In February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20). ASU 2017-08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017-08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017-01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the

10

recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of March 31, 2019, $17.7 million of right-of-use assets and $18.0 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‑15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‑15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‑18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‑18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‑09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### _Recently Issued Accounting Pronouncements_

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework-Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements. The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the

11

reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016‑13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**3. Fair Value**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive

12

environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at March 31, 2019 and December 31, 2018 (in thousands):

| | As of March 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,209 | $ - | $ 48,209 |
| Corporate bonds | — | 218,544 | 291 | 218,835 |
| Collateralized corporate bank loans | — | 128,840 | - | 128,840 |
| Municipal bonds | — | 114,359 | - | 114,359 |
| Mortgage-backed | — | 12,734 | - | 12,734 |
| Total debt securities | — | 522,686 | 291 | 522,977 |
| Total equity securities | 88,656 | — | — | 88,656 |
| Total other investments | 1,184 | — | — | 1,184 |
| Total investments | $ 89,840 | $ 522,686 | $ 291 | $612,817 |

13

As of December 31, 2018

| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of March 31, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the three months ended March 31, 2019 and 2018 (in thousands):

| | |
|---|---|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of March 31, 2019 | $ 291 |
| | |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 65 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of March 31, 2018 | $ 3,822 |

14

APP. 0596

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| As of March 31, 2019 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,490 | $ 7 | $ (288) | $ 48,209 |
| Corporate bonds | 217,979 | 1,296 | (440) | 218,835 |
| Collateralized corporate bank loans | 130,526 | 66 | (1,752) | 128,840 |
| Municipal bonds | 113,812 | 845 | (298) | 114,359 |
| Mortgage-backed | 12,938 | 14 | (218) | 12,734 |
| Total debt securities | 523,745 | 2,228 | (2,996) | 522,977 |
| Total equity securities | 68,709 | 25,549 | (5,602) | 88,656 |
| Total other investments | 3,763 | — | (2,579) | 1,184 |
| Total investments | $ 596,217 | $ 27,777 | $ (11,177) | $ 612,817 |
| | | | | |
| As of December 31, 2018 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended March 31, | |
|---|---|---|
| | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — |
| Corporate bonds | 23 | (8) |
| Collateralized corporate bank loans | 17 | 12 |
| Municipal bonds | 4,101 | (21) |
| Mortgage-backed | — | 2 |
| Equity securities | — | — |
| Gain (loss) on investments | 4,141 | (15) |
| Unrealized gains (losses) on other investments | 36 | (363) |
| Unrealized gains (losses) on equity investments | 7,760 | (4,457) |
| Investment gains (losses), net | $ 11,937 | $ (4,835) |

We realized gross gains on investments of $4.2 million and $60 thousand during the three months ended March 31, 2019 and 2018, respectively. We realized gross losses on investments of $0.1 million and $75 thousand for the three months ended March 31, 2019 and 2018, respectively. We had no proceeds from the sale of investment securities during the three months ended March 31, 2019 or 2018. Realized investment gains and losses are recognized in operations on the first in-first out method.

15

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of March 31, 2019 and December 31, 2018 (in thousands):

| | As of March 31, 2019 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 47,205 | $ (288) | $ 47,205 | $ (288) |
| Corporate bonds | 13,462 | (72) | 85,392 | (368) | 98,854 | (440) |
| Collateralized corporate bank loans | 115,083 | (1,660) | 4,832 | (92) | 119,915 | (1,752) |
| Municipal bonds | 11,463 | (79) | 25,229 | (219) | 36,692 | (298) |
| Mortgage-backed | 769 | - | 8,825 | (218) | 9,594 | (218) |
| Total debt securities | 140,777 | (1,811) | 171,483 | (1,185) | 312,260 | (2,996) |
| Total equity securities | 16,082 | (1,518) | 5,537 | (4,084) | 21,619 | (5,602) |
| Total other investments | 914 | (1,873) | 270 | (706) | 1,184 | (2,579) |
| Total investments | $ 157,773 | $ (5,202) | $ 177,290 | $ (5,975) | $ 335,063 | $ (11,177) |

| | As of December 31, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 232 debt securities with an unrealized loss, of which 137 were in an unrealized loss position for less than one year and 95 were in an unrealized loss position for a period of one year or greater, as of March 31, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

16

Details regarding the carrying value of the other investments portfolio as of March 31, 2019 and December 31, 2018 are as follows (in thousands):

| Investment Type | 2019 | | 2018 | |
|---|---|---|---|---|
| Equity warrant | $ | 1,184 | $ | 1,148 |
| Total other investments | $ | 1,184 | $ | 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at March 31, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | | Fair Value | |
|---|---|---|---|---|
| | (in thousands) | | | |
| Due in one year or less | $ | 122,350 | $ | 121,972 |
| Due after one year through five years | | 264,476 | | 265,022 |
| Due after five years through ten years | | 92,907 | | 91,964 |
| Due after ten years | | 31,074 | | 31,285 |
| Mortgage-backed | | 12,938 | | 12,734 |
| | $ | 523,745 | $ | 522,977 |

## 5. Pledged Investments

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.4 million and $29.5 million at March 31, 2019 and December 31, 2018, respectively.

17

APP. 0599

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | March 31, 2019 | March 31, 2018 |
|---|---|---|
| Balance at January 1 | $ 527,247 | $ 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| | | |
| Incurred related to: | | |
| Current year | 70,153 | 64,205 |
| Prior years | (66) | (530) |
| Total incurred | 70,087 | 63,675 |
| | | |
| Paid related to: | | |
| Current year | 12,633 | 13,829 |
| Prior years | 60,581 | 72,432 |
| Total paid | 73,214 | 86,261 |
| | | |
| Net balance at March 31 | 302,404 | 349,902 |
| Plus reinsurance recoverable | 227,822 | 179,782 |
| Balance at March 31 | $ 530,226 | $ 529,684 |

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | March 31, 2019 | March 31, 2018 |
|---|---|---|
| Specialty Commercial Segment | $ 1,926 | $ 1,012 |
| Standard Commercial Segment | (1,805) | (1,053) |
| Personal Segment | (187) | (489) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ (66) | $ (530) |

The following describes the primary factors behind each segment's prior accident year reserve development for the three months ended March 31, 2019 and 2018:

Three months ended March 31, 2019:

> ***Specialty Commercial Segment.*** Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by favorable development in the 2018 accident year. We experienced net unfavorable development in our E&S Property and Aerospace & Programs business units, partially offset by favorable development in our Professional liability business unit.

> ***Standard Commercial Segment.*** Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2015, 2014 and 2013 accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2016 accident year and commercial auto liability in the 2012 and prior

18

APP. 0600

accident years. Our Commercial Accounts business unit experienced net favorable development in the 2017 and 2015 accident years in the occupational accident line of business, partially offset by unfavorable development in the 2016 accident year. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2017, 2015 and 2013 accident years, partially offset by unfavorable development in the 2016, 2014 and 2012 and prior accident years.

Three months ended March 31, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development primarily in the 2015 and prior accident years. Our E&S Casualty business unit experienced net favorable development in our E&S package insurance products in the 2017 and 2016 accident years We experienced net unfavorable development in our E&S Property and Aerospace & Programs business units.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2017, 2016, 2014 and 2013 accident years, partially offset by unfavorable development in the 2015 accident year and 2012 and prior accident years.

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of March 31, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of March 31, 2019, restricted stock units representing the right to receive up to 383,530 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of March 31, 2019.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

19

A summary of the status of our stock options as of March 31, 2019 and changes during the three months then ended is presented below:

| | Number of Shares | | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ | 6.63 | | | |
| Granted | — | | — | | | |
| Exercised | (230,000) | $ | 6.61 | | | |
| Forfeited or expired | — | $ | — | | | |
| Outstanding at March 31, 2019 | 14,157 | $ | 6.99 | 2.8 | $ | 48 |
| Exercisable at March 31, 2019 | 14,157 | $ | 6.99 | 2.8 | $ | 48 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| Intrinsic value of options exercised | $ | 845 | $ | — |
| Cost of share-based payments (non-cash) | $ | — | $ | — |
| Income tax benefit of share-based payments recognized in income | $ | — | $ | — |

As of March 31, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first three months of 2019 or 2018.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value

20

of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $19.20 and $10.87 per unit respectively.  We incurred compensation expense of $57 thousand and $44 thousand related to restricted stock units during the three months ended March 31, 2019 and 2018, respectively.  We recorded income tax benefit of $12 thousand and $9 thousand related to restricted stock units during the three months ended March 31, 2019 and 2018, respectively.

The following table details the status of our restricted stock units as of and for the three months ended March 31, 2019 and 2018:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (161,288) |
| Nonvested at March 31 | 255,687 | 216,293 |

As of March 31, 2019, there was $1.7 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $1.1 million of compensation cost related to unvested restricted stock units, of which $0.4 million is expected to be recognized during the remainder of 2019, $0.6 million is expected to be recognized in 2020 and $0.1 million is expected to be recognized in 2021.

## 8. Segment Information

The following is business segment information for the three months ended March 31, 2019 and 2018 (in thousands):

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| **Revenues** | | | | |
| Specialty Commercial Segment | $ | 67,967 | $ | 73,124 |
| Standard Commercial Segment | | 18,373 | | 18,875 |
| Personal Segment | | 19,483 | | 7,620 |
| Corporate | | 12,298 | | (6,278) |
| Consolidated | $ | 118,121 | $ | 93,341 |
| | | | | |
| **Pre-tax income (loss)** | | | | |
| Specialty Commercial Segment | $ | 7,968 | $ | 9,758 |
| Standard Commercial Segment | | 1,507 | | 1,319 |
| Personal Segment | | 1,573 | | (22) |
| Corporate | | 7,870 | | (10,246) |
| Consolidated | $ | 18,918 | $ | 809 |

21

APP. 0603

The following is additional business segment information as of the dates indicated (in thousands):

| Assets: | March 31, 2019 | | December 31, 2018 |
|---|---|---|---|
| Specialty Commercial Segment | $ 936,876 | $ | 858,262 |
| Standard Commercial Segment | 183,344 | | 158,881 |
| Personal Segment | 167,406 | | 226,431 |
| Corporate | 41,105 | | 21,320 |
| Consolidated | $ 1,328,731 | $ | 1,264,894 |

## 9. Reinsurance

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of March 31, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| Ceded earned premiums | $ | 70,146 | $ | 61,629 |
| Reinsurance recoveries | $ | 48,589 | $ | 49,438 |

## 10. Revolving Credit Facility

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of March 31, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of March 31, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain

22

financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

## 11. Subordinated Debt Securities

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.86% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Trust II as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.51% per annum.

## 12. Deferred Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| Deferred | $ | (11,676) | $ | (10,365) |
| Amortized | | 6,742 | | 10,373 |
| Net | $ | (4,934) | $ | 8 |

## 13. Earnings per Share

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Weighted average shares - basic | 18,056 | 18,166 |
| Effect of dilutive securities | 137 | 127 |
| Weighted average shares - assuming dilution | 18,193 | 18,293 |

For the three months ended March 31, 2019, no shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis. For

23

the three months ended March 31, 2018, 70,000 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| Interest cost | $ | 113 | $ | 106 |
| Amortization of net loss | | 36 | | 26 |
| Expected return on plan assets | | (149) | | (173) |
| Net periodic pension cost | $ | — | $ | (41) |
| Contributed amount | $ | — | $ | — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2018 for more discussion of our retirement plans.

**15.  Income Taxes**

Our effective income tax rate for the three months ended March 31, 2019 and 2018 was 20.6% and 20.0%, respectively. The effective tax rates for 2019 and 2018 were both favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act in December 2017.

**16.  Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | As of March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| Cash and cash equivalents | $ | 65,490 | $ | 55,110 |
| Restricted cash | | 3,322 | | 2,564 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ | 68,812 | $ | 57,674 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

24

The following table provides supplemental cash flow information for the three months ended March 31, 2019 and 2018:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2019 | 2018 |
| Interest paid | $ 1,257 | $ 1,014 |
| Income taxes (recovered) paid | $ — | $ (90) |
| Supplemental schedule of non-cash investing activities: |  |  |
| Receivable for securities related to investment disposals | $ 2,292 | $ 1,218 |
| Payable for securities related to investment purchases | $ 1,503 | $ 10,848 |

## 17. Commitments and Contingencies

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

25

The changes in accumulated other comprehensive income balances as of March 31, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 27 | — | 27 |
| Tax effect on change in net actuarial gain | (6) | — | (6) |
| Unrealized holding losses arising during the period | — | (395) | (395) |
| Tax effect on unrealized losses arising during the period | — | 83 | 83 |
| Reclassification adjustment for realized losses included in investment gains and losses | — | 15 | 15 |
| Tax effect on reclassification adjustment for losses included in income tax expense | — | (3) | (3) |
| Other comprehensive loss, net of tax | 21 | (300) | (279) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at March 31, 2018 | $ (2,858) | $ 439 | $ (2,419) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 35 | — | 35 |
| Tax effect on change in net actuarial gain | (7) | — | (7) |
| Unrealized holding gains arising during the period | — | 7,773 | 7,773 |
| Tax effect on unrealized gains arising during the period | — | (1,632) | (1,632) |
| Reclassification adjustment for gains included in net realized gains | — | (4,141) | (4,141) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 870 | 870 |
| Other comprehensive income, net of tax | 28 | 2,870 | 2,898 |
| Balance at March 31, 2019 | $ (3,306) | $ (456) | $ (3,762) |

## 19. Leases

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

26

|  | Three Months Ended March 31, |
| --- | --- |
|  | 2019 |
| Operating lease cost | $ 540 |
| Cash paid for amounts included in the measurement of lease liabilities |  |
| Operating cash flows from operating leases | $ 551 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — |

We incurred $8 thousand in short-term lease payments not included in our lease liability during the three months ended March 31, 2019.

The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

|  | March 31, |
| --- | --- |
|  | 2019 |
| Operating lease right-of-use assets | $ 17,713 |
| Operating lease liabilities | $ 17,972 |
| Weighted-average remaining lease term - operating leases | 10.8 years |
| Weighted-average discount rate - operating leases | 5.88% |

Future minimum lease payments under non-cancellable leases as of March 31, 2019 and December 31, 2018 are as follows (in thousands):

|  | March 31, 2019 | December 31, 2018 |
| --- | --- | --- |
| 2019 | $ 1,338 | $ 1,889 |
| 2020 | 2,473 | 2,473 |
| 2021 | 2,172 | 2,172 |
| 2022 | 2,171 | 2,171 |
| 2023 | 1,885 | 1,885 |
| Thereafter | 15,266 | 15,266 |
| Total future minimum lease payments | $ 25,305 | $ 25,856 |
| Less imputed interest | $ (7,333) | $ N/A |
| Total operating lease liability | $ 17,972 | $ N/A |

27

APP. 0609

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto. This discussion contains forward-looking statements. Please see "Risks Associated with Forward-Looking Statements in this Form 10‑Q" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Introduction**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services. Our business is geographically concentrated in the south central and northwest regions of the United States, except for our Specialty Commercial business which is written on a national basis. We pursue our business activities through subsidiaries whose operations are organized into product-specific business units, which are supported by our insurance company subsidiaries.

Our non-carrier insurance activities are segregated by business units into the following reportable segments:

> *Specialty Commercial Segment.* Our Specialty Commercial Segment includes our Commercial Auto business unit which offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit which offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit which offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit which offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals; medical facilities and senior care facilities and our Aerospace & Programs business unit which offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products were previously reported as the Contract Binding and Specialty Commercial operating units.  This realignment did not impact our reportable segments.

> *Standard Commercial Segment.* Our Standard Commercial Segment includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit.  Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

> *Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines business unit.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark Insurance Company ("HIC"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC") insurance subsidiaries. In addition, control and management of Hallmark County Mutual ("HCM") is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 34% of the total net premiums written by any of them, HIC retains 32% of our total net premiums written by any of them, HSIC retains 24% of our total net premiums written by any of them and HNIC retains 10% of our total net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

**Results of Operations**

**Management overview.** During the three months ended March 31, 2019, our total revenues were $118.1 million, representing an increase of 27% from the $93.3 million in total revenues for the same period of 2018. During the three months ended March 31, 2019, our income before tax was $18.9 million, representing an increase of $18.1 million, from the $0.8 million reported during the same period the prior year.

The increase in revenue for the three months ended March 31, 2019 was largely due to investment gains of $11.9 million as compared to investment losses of $4.8 million during the same period of 2018. The investment gains for the three months ended March 31, 2019 were largely due to increased net unrealized gains on our equity and other investments of $7.8 million as compared to a decrease in net unrealized gains of $4.8 million reported for the same period in 2018. Also contributing to the increase in revenue was higher net earned premiums, higher finance charges and higher net investment income, partially offset by lower commission and fees and other income.

The increase in income before tax for the three months ended March 31, 2019 was due primarily to the increase in revenue discussed, partially offset by increased losses and loss adjustment expenses ("LAE") of $6.4 million, as compared to the same periods in 2018. The increase in losses and LAE was due primarily to increased net premiums earned. We reported $0.1 million of favorable net prior year loss reserve development during the three months ended March 31, 2019 as compared to $0.5 million during the same period of 2018.

We reported net income of $15.0 million for the three months ended March 31, 2019 as compared to $0.6 million for the same period in 2018. On a diluted basis per share, we reported net income of $0.83 per share for the three months ended March 31, 2019, as compared to $0.04 per share for the same period in 2018. Our effective tax rate was 20.6% for the first quarter of 2019 as compared to 20.0% for the same period in 2018.

29

The following is additional business segment information for the three months ended March 31, 2019 and 2018 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** |
| Gross premiums written | $134,399 | $114,813 | $25,528 | $22,797 | $27,389 | $15,895 | $ — | $ — | $187,316 | $153,505 |
| Ceded premiums written | (57,361) | (50,658) | (8,103) | (2,555) | (4,449) | (8,859) | — | — | (69,913) | (62,072) |
| Net premiums written | 77,038 | 64,155 | 17,425 | 20,242 | 22,940 | 7,036 | — | — | 117,403 | 91,433 |
| Change in unearned premiums | (12,850) | 3,535 | (51) | (2,375) | (5,472) | (646) | — | — | (18,373) | 514 |
| Net premiums earned | 64,188 | 67,690 | 17,374 | 17,867 | 17,468 | 6,390 | — | — | 99,030 | 91,947 |
| Total revenues | 67,967 | 73,124 | 18,373 | 18,875 | 19,483 | 7,620 | 12,298 | (6,278) | 118,121 | 93,341 |
| Losses and loss adjustment expenses | 45,949 | 47,543 | 11,651 | 11,680 | 12,487 | 4,452 | — | — | 70,087 | 63,675 |
| Pre-tax income (loss) | 7,968 | 9,758 | 1,507 | 1,319 | 1,573 | (22) | 7,870 | (10,246) | 18,918 | 809 |
| Net loss ratio (1) | 71.6 % | 70.2 % | 67.1 % | 65.4 % | 71.5 % | 69.7 % | | | 70.8 % | 69.3 % |
| Net expense ratio (1) | 22.3 % | 23.8 % | 30.4 % | 33.1 % | 22.2 % | 35.4 % | | | 25.7 % | 28.1 % |
| Net combined ratio (1) | 93.9 % | 94.0 % | 97.5 % | 98.5 % | 93.7 % | 105.1 % | | | 96.5 % | 97.4 % |
| Net Favorable (Unfavorable) Prior Year Development | (1,926) | (1,012) | 1,805 | 1,053 | 187 | 489 | | | 66 | 530 |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

### *Specialty Commercial Segment*

Gross premiums written for the Specialty Commercial Segment were $134.4 million for the three months ended March 31, 2019, which was $19.6 million, or 17%, more than the $114.8 million reported for the same period of 2018. Net premiums written were $77.0 million for the three months ended March 31, 2019 as compared to $64.2 million for the same period of 2018. The increase in gross premiums written was the result of increased premium production reflected in all business units. The increase in net premiums written was primarily the result of increased premium production reflected in all business units, as well as increased retention of business in the Commercial Auto business unit.

The $68.0 million of total revenue for the three months ended March 31, 2019 was $5.1 million less than the $73.1 million reported by the Specialty Commercial Segment for the same period in 2018. This decrease in revenue was primarily due to lower net premiums earned of $3.5 million due to lower premium production during 2018 and the related impact in 2019 to net earned premium in our Commercial Auto business unit, partially offset by increased premium production in our Professional Liability, E&S Property and E&S Casualty business units.  Further contributing to the decrease in revenue was lower net investment income of $1.2 million and lower commission and fees of $0.4 million for the three months ended March 31, 2019 as compared to the same period of 2018.

Pre-tax income for the Specialty Commercial Segment of $8.0 million for the first quarter of 2019 was $1.8 million lower than the $9.8 million reported for the same period in 2018. The decrease in pre-tax income was primarily the result of the decreased revenue discussed above, partially offset by lower losses and LAE of $1.6 million and lower operating expenses of $1.7 million during the three months ended March 31, 2019 as compared to the same period during 2018.

Our Specialty Commercial Segment reported a $1.6 million decrease in losses and LAE which consisted of (a) a $10.0 million decrease in losses and LAE in our Commercial Auto Business unit due largely to lower net earned premiums,

30

as well as $0.3 million of favorable prior year net loss reserve development recognized during the three months ended March 31, 2019 as compared to $3.5 million of unfavorable prior year net loss reserve development during the same period of 2018, partially offset by increased net current accident year loss trends, (b) a $4.1 million increase in our E&S Casualty business unit due primarily to $1.0 million of unfavorable prior year net loss reserve development during the first quarter of 2019 as compared to $3.6 million of favorable prior year net loss reserve development during the first quarter of 2018 partially offset by lower current accident year loss trends,  (c) a $3.7 million increase in losses and LAE in our E&S Property business unit due to increased net premiums earned  as well as $1.0 million of net unfavorable prior year loss reserve development during the first quarter of 2019 as compared to $0.3 million of favorable prior year net loss reserve development during the first quarter of 2018, (d) a $1.6 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, partially offset by lower current accident year loss trends and (e)  a $1.0 million decrease in losses and LAE in our Aerospace & Programs business unit due primarily to lower current accident year loss trends.

Operating expenses decreased $1.7 million primarily as the result of lower production related expenses of $2.8 million due primarily to decreased net premiums earned, partially offset by increased salary and related expenses of $0.6 million, increased professional services of $0.3 million, increased travel and related expenses of $0.1 million and increased occupancy and other operating expenses of $0.1 million.

The Specialty Commercial Segment reported a net loss ratio of 71.6% for the three months ended March 31, 2019 as compared to 70.2% for the same period in 2018. The gross loss ratio before reinsurance was 70.6% for the three months ended March 31, 2019 as compared to 75.1% for the same period in 2018. The increase in the net loss ratio was due to higher net catastrophe losses and higher net prior year development.  During the three months ended March 31, 2019 the Specialty Commercial Segment reported $1.6 million of net catastrophe losses as compared to $2 thousand during the same period of 2018. The Specialty Commercial Segment reported $1.9 million of unfavorable prior year net loss reserve development for the three months ended March 31, 2019 as compared to unfavorable prior year net loss reserve development of $1.0 million for the same period of 2018. The lower gross ratio was largely the result of lower gross current accident year loss trends. The Specialty Commercial Segment reported a net expense ratio of 22.3% for the first quarter of 2019 as compared to 23.8% for the same period of 2018. The decrease in the expense ratio was due predominately to the impact of increased ceding commissions.

*Standard Commercial Segment*

Gross premiums written for the Standard Commercial Segment were $25.5 million for the three months ended March 31, 2019, which was $2.7 million, or 12%, more than the $22.8 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit.  Net premiums written were $17.4 million for the three months ended March 31, 2019 as compared to $20.2 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $18.4 million for the three months ended March 31, 2019, was $0.5 million, or 3%, less than the $18.9 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $0.5 million due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018.

Our Standard Commercial Segment reported pre-tax income of $1.5 million for the three months ended March 31, 2019 as compared to $1.3 million reported for the same period of 2018. The increase in pre-tax income was the result of lower operating expenses of $0.7 million largely as the result of lower production related expenses due to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018, partially offset by the decreased revenue discussed above.

The Standard Commercial Segment reported a net loss ratio of 67.1% for the three months ended March 31, 2019 as compared to 65.4% for the same period of 2018. The gross loss ratio before reinsurance for the three months ended March 31, 2019 was 68.1% as compared to the 70.2% reported for the same period of 2018. The increase in the net loss

APP. 0613

ratio was due to higher current net accident year loss trends, partially offset by higher net favorable prior year reserve development. The decrease in the gross loss ratio was due mostly to unfavorable gross reserve development on prior accident years for the first quarter of 2018, partially offset by higher current accident year loss trends. During the three months ended March 31, 2019, the Standard Commercial Segment reported favorable net loss reserve development of $1.8 million as compared to favorable net loss reserve development of $1.1 million during the same period of 2018. The Standard Commercial Segment reported $0.5 million of net catastrophe losses during the first quarter of 2019 as compared to $1.0 million of net catastrophe losses during the same period of 2018.  The Standard Commercial Segment reported a net expense ratio of 30.4% for the first quarter of 2019 as compared to 33.1% for the same period of 2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

*Personal Segment*

Gross premiums written for the Personal Segment were $27.4 million for the three months ended March 31, 2019 as compared to $15.9 million for the same period in the prior year. Net premiums written for our Personal Segment were $22.9 million in the first quarter of 2019, which was an increase of $15.9 million, or 226%, from the $7.0 million reported for the first quarter of 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $19.5 million for the first quarter of 2019 as compared to $7.6 million for the same period in 2018. Net premiums earned increased $11.1 million, finance charges increased $0.7 million and investment income increased $0.1 million during the first quarter of 2019 as compared to the same period during 2018.

Pre-tax income for the Personal Segment was $1.6 million for the three months ended March 31, 2019 as compared to pre-tax loss of $22 thousand for the same period of 2018. The pre-tax income was primarily the result of the increased revenue discussed above, partially offset by increased losses and LAE of $8.0 million and increased operating expenses of $2.3 million for the three months ended March 31, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 71.5% for the three months ended March 31, 2019 as compared to 69.7% for the same period of 2018. The gross loss ratio before reinsurance was 70.8% for the three months ended March 31, 2019 as compared to 68.8% for the same period in 2018. The higher gross and net loss ratios were primarily the result of favorable prior year net loss reserve development of $0.2 million during the three months ended March 31, 2019 as compared to favorable net loss reserve development of $0.5 million reported during the same period of 2018, partially offset by lower current accident year loss trends. The Personal Segment reported a net expense ratio of 22.2% for the first quarter of 2019 as compared to 35.4% for the same period of 2018. The decrease in the expense ratio was due predominately to higher finance charges and higher net premiums earned, partially offset by higher production related expenses due to increased retention of business effective October 1, 2018.

*Corporate*

Total revenue for Corporate increased by $18.6 million for the three months ended March 31, 2019 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $11.9 million during the first quarter of 2019 as compared to investment losses of $4.8 million reported for the same period of 2018, as well as higher net investment income of $1.8 million for the three months ended March 31, 2019 as compared to the same period during 2018.

Corporate pre-tax income was $7.9 million for the three months ended March 31, 2019 as compared to a pre-tax loss of $10.2 million for the same period of 2018. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $0.2 million due primarily as a result of increased salary and related expenses and higher interest expense of $0.2 million.

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions, and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of March 31, 2019, we had $13.3 million in unrestricted cash and cash equivalents, as well as $0.9 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $52.2 million of unrestricted cash and cash equivalents, as well as $522.1 million in debt securities with an average modified duration of 1.7 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. Dividends may only be paid from unassigned surplus funds. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's statutory net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the first three months of 2019 and 2018, our insurance company subsidiaries paid $4.5 million and $1.6 million in dividends to Hallmark, respectively.

*Comparison of March 31, 2019 to December 31, 2018*

On a consolidated basis, our cash (excluding restricted cash) and investments at March 31, 2019 were $678.3 million compared to $663.5 million at December 31, 2018. The primary reasons for this increase in unrestricted cash and investments were increases in investment fair values and proceeds from the exercise of employee stock options, partially offset by cash used by operations, purchases of fixed assets and repurchases of our common stock.

*Comparison of Three Months Ended March 31, 2019 and March 31, 2018*

During the three months ended March 31, 2019, our cash flow used by operations was $2.0 million compared to cash flow used by operations of $19.2 million during the same period the prior year. The decrease in operating cash flow used was driven by an increase in collected net premiums, higher collected investment income, higher collected finance charges and lower paid claims. These increases in operating cash flow were partially offset by increased paid operating expense during the three months ended March 31, 2019 as compared to the same period the prior year.

Net cash provided by investing activities during the first three months of 2019 was $30.2 million as compared to net cash provided by investing activities of $9.6 million during the first three months of 2018. The cash provided by investing activities during the first three months of 2019 was primarily comprised of an increase of $27.0 million in maturities, sales and redemptions of investment securities, partially offset by an increase in purchases of debt and equity securities of $5.2 million and an increase of $1.2 million in purchases of fixed assets.

Cash provided by financing activities during the first three months of 2019 was $0.1 million primarily as a result of proceeds from the exercise of employee stock options of $1.5 million, partially offset by $1.4 million in repurchases of our common stock. Cash used in financing activities during the first three months of 2018 was $0.4 million primarily as a result of repurchases of our common stock.

APP. 0615

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of March 31, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of March 31, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

### *Subordinated Debt Securities*

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust I ("Trust I"). Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.86% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust II ("Trust II"). Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.51% per annum.

## Item 3. Quantitative and Qualitative Disclosures About Market Risk.

Not required for smaller reporting company.

**Item 4. Controls and Procedures.**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. During the most recent fiscal quarter, there have been no changes in our internal controls over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Risks Associated with Forward-Looking Statements Included in this Form 10‑Q**

This Form 10‑Q contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby. These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. The forward-looking statements included herein are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to the foregoing involve judgments with respect to, among other things, future economic, competitive and market conditions, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10‑Q will prove to be accurate. In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by us or any other person that our objectives and plans will be achieved.

35

**PART II**

**OTHER INFORMATION**

**Item 1.  Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 1A.  Risk Factors.**

There have been no material changes to the risk factors discussed in Item 1A to Part I of our Form 10-K for the fiscal year ended December 31, 2018.

**Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds.**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares. The Stock Repurchase Plan does not have an expiration date.

The following table furnishes information for purchases made pursuant to the Stock Repurchase Plan during the quarter ended March 31, 2019:

| Period | Total Number of Shares Purchased | Average Price Paid Per Share | Cumulative Number of Shares Purchased as Part of Publicly Announced Plan | Maximum Number of Shares that May Yet Be Purchased Under the Plan |
|---|---|---|---|---|
| January 1st- January 31st | 5,382 | $ 10.73 | 3,266,493 | 733,507 |
| February 1st - February 28th | - | $ - | 3,266,493 | 733,507 |
| March 1st - March 31st (1) | 128,225 | $ 10.31 | 3,266,493 | 733,507 |

(1)   Represents shares delivered in payment of the exercise price of an employee stock option.

**Item 3.  Defaults Upon Senior Securities.**

None.

**Item 4.  Mine Safety Disclosures.**

None.

**Item 5.  Other Information.**

None.

36

**Item 6. Exhibits.**

The following exhibits are filed herewith or incorporated herein by reference:

| Exhibit Number | Description |
| --- | --- |
| 3(a) | Restated Articles of Incorporation of the registrant, as amended (incorporated by reference to Exhibit 3.1 to the registrant's Registration Statement on Form S‑1 [Registration No. 333‑136414] filed September 8, 2006). |
| 3(b) | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8‑K filed March 28, 2017). |
| 31(a) | Certification of principal executive officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 31(b) | Certification of principal financial officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 32(a) | Certification of principal executive officer Pursuant to 18 U.S.C. § 1350. |
| 32(b) | Certification of principal financial officer Pursuant to 18 U.S.C. § 1350. |
| 101 INS+ | XBRL Instance Document. |
| 101 SCH+ | XBRL Taxonomy Extension Schema Document. |
| 101 CAL+ | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101 LAB+ | XBRL Taxonomy Extension Label Linkbase Document. |
| 101 PRE+ | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101 DEF+ | XBRL Taxonomy Extension Definition Linkbase Document. |
| + | Filed with this Quarterly Report on Form 10-Q and included in Exhibit 101 to this report are the following documents formatted in XBRL (Extensible Business Reporting Language): (i) Consolidated Balance Sheets as of March 31, 2019 and December 31, 2018, (ii) Consolidated Statements of Operations for the three months ended March 31, 2019 and 2018, (iii) Consolidated Statements of Comprehensive Income for the three months ended March 31, 2019 and 2018, (iv) Consolidated Statements of Stockholder's Equity for the three months ended March 31, 2019 and 2018, (v) Consolidated Statements of Cash Flows for the three months ended March 31, 2019 and 2018 and (vi) related notes. |

37

APP. 0619

SIGNATURES

In accordance with the requirements of the Exchange Act, the registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HALLMARK FINANCIAL SERVICES, INC.
(Registrant)

Date: May 8, 2019                           /s/ Naveen Anand
                                            Naveen Anand, Chief Executive Officer and President


Date: May 8, 2019                           /s/ Jeffrey R. Passmore
                                            Jeffrey R. Passmore, Chief Financial Officer and Senior Vice
                                            President

38

**CERTIFICATION**

I, Naveen Anand, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of  Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    May 8, 2019                                   /s/ Naveen Anand
                                                        _____
                                                        Naveen Anand,
                                                        Chief Executive Officer
                                                        (principal executive officer)

**CERTIFICATION**

I, Jeffrey R. Passmore, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    May 8, 2019                          /s/Jeffrey R. Passmore
                                             Jeffrey R. Passmore
                                             Chief Financial Officer
                                             (principal financial officer)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended March 31, 2019, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   May 8, 2019                          /s/ Naveen Anand
                                             Naveen Anand,
                                             Chief Executive Officer
                                             (principal executive officer)

APP. 0623

Exhibit 32(b)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

        I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended March 31, 2019 and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   May 8, 2019

/s/Jeffrey R. Passmore

Jeffrey R. Passmore
Chief Financial Officer
(principal financial officer)

APP. 0624

| **Document and Entity Information - shares** | **3 Months Ended** Mar. 31, 2019 | May 08, 2019 |
|---|---|---|
| **Document and Entity Information [Abstract]** | | |
| Entity Registrant Name | HALLMARK FINANCIAL SERVICES INC | |
| Entity Central Index Key | 0000819913 | |
| Current Fiscal Year End Date | --12-31 | |
| Entity Filer Category | Accelerated Filer | |
| Trading Symbol | hall | |
| Entity Common Stock, Shares Outstanding | | 18,123,093 |
| Entity Current Reporting Status | Yes | |
| Document Type | 10-Q | |
| Amendment Flag | false | |
| Document Period End Date | Mar. 31, 2019 | |
| Document Fiscal Period Focus | Q1 | |
| Document Fiscal Year Focus | 2019 | |

| Consolidated Balance Sheets - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $523,745 in 2019 and $550,268 in 2018) | $ 522,977 | $ 545,870 |
| Equity securities (cost; $68,709 in 2019 and $68,709 in 2018) | 88,656 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 1,184 | 1,148 |
| Total investments | 612,817 | 627,914 |
| Cash and cash equivalents | 65,490 | 35,594 |
| Restricted cash | 3,322 | 4,877 |
| Ceded unearned premiums | 132,799 | 133,031 |
| Premiums receivable | 132,025 | 119,778 |
| Accounts receivable | 1,851 | 1,619 |
| Receivable for securities | 2,292 | 3,369 |
| Reinsurance recoverable | 268,648 | 252,029 |
| Deferred policy acquisition costs | 19,225 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 6,940 | 7,555 |
| Deferred federal income taxes, net | 1,727 | 4,983 |
| Prepaid expenses | 4,128 | 2,588 |
| Other assets | 32,772 | 12,571 |
| Total assets | 1,328,731 | 1,264,894 |
| **Liabilities:** | | |
| Revolving credit facility payable | 30,000 | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $885 in 2019 and $898 in 2018) | 55,817 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 530,226 | 527,247 |
| Unearned premiums | 316,201 | 298,061 |
| Reinsurance balances payable | 68,681 | 67,328 |
| Pension liability | 1,982 | 2,018 |
| Payable for securities | 1,503 | 698 |
| Federal income tax payable | 1,411 | 4 |
| Accounts payable and other accrued expenses | 49,258 | 28,202 |
| Total liabilities | 1,055,079 | 1,009,362 |
| Commitments and Contingencies (Note 17) | | |
| **Stockholders' equity:** | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 122,638 | 123,168 |
| Retained earnings | 176,220 | 161,195 |
| Accumulated other comprehensive loss | (3,762) | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 shares in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 273,652 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,328,731 | $ 1,264,894 |

**Consolidated Balance Sheets (Parenthetical) - USD ($)**
**$ in Thousands**

| | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Consolidated Balance Sheets [Abstract]** | | |
| Debt securities, available-for-sale, cost (in dollars) | $ 523,745 | $ 550,268 |
| Equity securities, available for sale, cost (in dollars) | 68,709 | 68,709 |
| Other investments, cost | 3,763 | 3,763 |
| Subordinated debt securities, unamortized debt issuance cost (in dollars) | $ 885 | $ 898 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,749,738 | 2,846,131 |

APP. 0627

**Consolidated Statements of Operations - USD ($)**
**$ in Thousands**

| | 3 Months Ended | |
| --- | --- | --- |
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Consolidated Statements of Operations [Abstract]** | | |
| Gross premiums written | $ 187,316 | $ 153,505 |
| Ceded premiums written | (69,913) | (62,072) |
| Net premiums written | 117,403 | 91,433 |
| Change in unearned premiums | (18,373) | 514 |
| Net premiums earned | 99,030 | 91,947 |
| Investment income, net of expenses | 5,111 | 4,440 |
| Investment gains (losses), net | 11,937 | (4,835) |
| Finance charges | 1,734 | 1,040 |
| Commission and fees | 293 | 703 |
| Other income | 16 | 46 |
| Total revenues | 118,121 | 93,341 |
| Losses and loss adjustment expenses | 70,087 | 63,675 |
| Operating expenses | 27,246 | 27,213 |
| Interest expense | 1,253 | 1,027 |
| Amortization of intangible assets | 617 | 617 |
| Total expenses | 99,203 | 92,532 |
| Income before tax | 18,918 | 809 |
| Income tax expense | 3,893 | 162 |
| Net income | $ 15,025 | $ 647 |
| **Net income per share:** | | |
| Basic | $ 0.83 | $ 0.04 |
| Diluted | $ 0.83 | $ 0.04 |

APP. 0628

**Consolidated Statements of Comprehensive Income - USD ($)**
**$ in Thousands**

| | 3 Months Ended | |
| --- | --- | --- |
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Consolidated Statements of Comprehensive Income [Abstract]** | | |
| Net income | $ 15,025 | $ 647 |
| **Other comprehensive income (loss):** | | |
| Change in net actuarial gain | 35 | 27 |
| Tax effect on change in net actuarial gain | (7) | (6) |
| Unrealized holding gains (losses) arising during the period | 7,773 | (395) |
| Tax effect on unrealized holding gains (losses) arising during the period | (1,632) | 83 |
| Reclassification adjustment for (gains) losses included in net income | (4,141) | 15 |
| Tax effect on reclassification adjustment for (gains) losses included in net income | 870 | (3) |
| Other comprehensive income (loss), net of tax | 2,898 | (279) |
| Comprehensive income | $ 17,923 | $ 368 |

| Consolidated Statements of Stockholders' Equity - USD ($) $ in Thousands | Common Stock [Member] | Additional Paid-In Capital [Member] | Retained Earnings [Member] | Accumulated Other Comprehensive Income (Loss) [Member] | Treasury Stock [Member] | Total |
|---|---|---|---|---|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 \| Accounting Standards Update 2016-01 [Member] | | | $ 16,993 | $ (16,993) | | |
| Balance at Dec. 31, 2017 | $ 3,757 | $ 123,180 | 136,474 | 12,234 | $ (24,527) | |
| Equity based compensation | | 44 | | | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | (2,619) | 2,619 | | |
| Net income | | | 647 | | | $ 647 |
| Additional minimum pension liability, net of tax | | | | 21 | | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | (312) | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | 12 | | |
| Acquisition of treasury stock | | | | | (377) | |
| Balance at Mar. 31, 2018 | 3,757 | 123,224 | 151,495 | (2,419) | (24,904) | 251,153 |
| Balance at Dec. 31, 2018 | 3,757 | 123,168 | 161,195 | (6,660) | (25,928) | 255,532 |
| Equity based compensation | | 57 | | | | |
| Shares issued under employee benefit plans | | | | | 2,107 | |
| Shares issued under employee benefit plans (value) | | (587) | | | | |
| Net income | | | 15,025 | | | 15,025 |
| Additional minimum pension liability, net of tax | | | | 28 | | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | 6,141 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (3,271) | | |
| Acquisition of treasury stock | | | | | (1,380) | |
| Balance at Mar. 31, 2019 | $ 3,757 | $ 122,638 | $ 176,220 | $ (3,762) | $ (25,201) | $ 273,652 |

APP. 0630

**Consolidated Statements of Cash Flows - USD ($)**
**$ in Thousands**

| | 3 Months Ended | |
| --- | --- | --- |
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Cash flows from operating activities:** | | |
| Net income | $ 15,025 | $ 647 |
| **Adjustments to reconcile net income to cash used in operating activities:** | | |
| Depreciation and amortization expense | 1,283 | 1,238 |
| Deferred federal income taxes | 2,486 | (1,146) |
| Investment (gains) losses, net | (11,937) | 4,835 |
| Share-based payments expense | 57 | 44 |
| Change in ceded unearned premiums | 232 | (442) |
| Change in premiums receivable | (12,247) | (4,114) |
| Change in accounts receivable | (232) | (296) |
| Change in deferred policy acquisition costs | (4,934) | 8 |
| Change in unpaid losses and loss adjustment expenses | 2,979 | 2,584 |
| Change in unearned premiums | 18,140 | (72) |
| Change in reinsurance recoverable | (16,619) | (31,441) |
| Change in reinsurance balances payable | 1,353 | 3,511 |
| Change in current federal income tax payable | 1,407 | 1,398 |
| Change in all other liabilities | (553) | 3,701 |
| Change in all other assets | 1,600 | 330 |
| Net cash used in operating activities | (1,960) | (19,215) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (1,847) | (570) |
| Purchases of investment securities | (43,841) | (38,619) |
| Maturities, sales and redemptions of investment securities | 75,849 | 48,822 |
| Net cash provided by investing activities | 30,161 | 9,633 |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 1,520 | |
| Purchase of treasury shares | (1,380) | (377) |
| Net cash provided by (used in) financing activities | 140 | (377) |
| Increase (decrease) in cash and cash equivalents and restricted cash | 28,341 | (9,959) |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 68,812 | $ 57,674 |

APP. 0631

**General**

**3 Months Ended**

**Mar. 31, 2019**

**General [Abstract]**

General

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets.  We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies.  Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

**Basis of Presentation**

**3 Months Ended**

**Mar. 31, 2019**

**Basis of Presentation [Abstract]**

Basis of Presentation

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10‑K filed with the SEC.

The interim financial data as of March 31, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the period ended March 31, 2019 are not necessarily indicative of the operating results to be expected for the full year.

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10‑K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of March 31, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million

APP. 0633

and a fair value of $44.5 million as of March 31, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

*Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

*Adoption of New Accounting Pronouncements*

In February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with

APP. 0634

changes in fair value recognized in net income. ASU 2016–01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016–01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of March 31, 2019, $17.7 million of right-of-use assets and $18.0 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016–15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016–15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016–18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016–18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014–09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related our financial statements will not be materially impacted by this update.

APP. 0635

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016‑13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**Fair Value**

| | 3 Months Ended |
| --- | --- |
| | **Mar. 31, 2019** |

**Fair Value [Abstract]**

Fair Value

### 3. Fair Value

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at March 31, 2019 and December 31, 2018 (in thousands):

| | As of March 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and | | | | |

APP. 0637

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| obligations of U.S. Government | $ — | $ 48,209 | $ - | $ 48,209 |
| Corporate bonds | — | 218,544 | 291 | 218,835 |
| Collateralized corporate bank loans | — | 128,840 | - | 128,840 |
| Municipal bonds | — | 114,359 | - | 114,359 |
| Mortgage-backed | — | 12,734 | - | 12,734 |
| Total debt securities | — | 522,686 | 291 | 522,977 |
| Total equity securities | 88,656 | — | — | 88,656 |
| Total other investments | 1,184 | — | — | 1,184 |
| Total investments | $ 89,840 | $ 522,686 | $ 291 | $612,817 |

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of March 31, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the three months ended March 31, 2019 and 2018 (in thousands):

| | |
|---|---|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of March 31, 2019 | $ 291 |

| | |
|---|---|
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 65 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of March 31, 2018 | $ 3,822 |

**Investments**

| | 3 Months Ended |
|---|---|
| | **Mar. 31, 2019** |

**Investments [Abstract]**

Investments

### 4. Investments

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value | |
|---|---|---|---|---|---|---|---|---|
| **As of March 31, 2019** | | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,490 | $ | 7 | $ | (288) | $ | 48,209 |
| Corporate bonds | | 217,979 | | 1,296 | | (440) | | 218,835 |
| Collateralized corporate bank loans | | 130,526 | | 66 | | (1,752) | | 128,840 |
| Municipal bonds | | 113,812 | | 845 | | (298) | | 114,359 |
| Mortgage-backed | | 12,938 | | 14 | | (218) | | 12,734 |
| Total debt securities | | 523,745 | | 2,228 | | (2,996) | | 522,977 |
| Total equity securities | | 68,709 | | 25,549 | | (5,602) | | 88,656 |
| Total other investments | | 3,763 | | — | | (2,579) | | 1,184 |
| Total investments | $ | 596,217 | $ | 27,777 | $ | (11,177) | $ | 612,817 |
| | | | | | | | | |
| **As of December 31, 2018** | | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,609 | $ | 5 | $ | (508) | $ | 48,106 |
| Corporate bonds | | 243,314 | | 440 | | (1,602) | | 242,152 |
| Collateralized corporate bank loans | | 131,779 | | 19 | | (5,270) | | 126,528 |
| Municipal bonds | | 112,574 | | 3,791 | | (838) | | 115,527 |
| Mortgage-backed | | 13,992 | | 11 | | (446) | | 13,557 |
| Total debt securities | | 550,268 | | 4,266 | | (8,664) | | 545,870 |
| Total equity securities | | 68,709 | | 20,693 | | (8,506) | | 80,896 |
| Total other investments | | 3,763 | | — | | (2,615) | | 1,148 |
| Total investments | $ | 622,740 | $ | 24,959 | $ | (19,785) | $ | 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | | 2018 | |
| U.S. Treasury securities and obligations of U.S. Government | $ | — | $ | — |
| Corporate bonds | | 23 | | (8) |
| Collateralized corporate bank loans | | 17 | | 12 |
| Municipal bonds | | 4,101 | | (21) |
| Mortgage-backed | | — | | 2 |
| Equity securities | | — | | — |
| Gain (loss) on investments | | 4,141 | | (15) |
| Unrealized gains (losses) on other investments | | 36 | | (363) |
| Unrealized gains (losses) on equity investments | | 7,760 | | (4,457) |
| Investment gains (losses), net | $ | 11,937 | $ | (4,835) |

We realized gross gains on investments of $4.2 million and $60 thousand during the three months ended March 31, 2019 and 2018, respectively. We realized gross losses on investments of $0.1 million and $75 thousand for the three months ended March 31, 2019 and 2018, respectively. We had no proceeds from the sale of investment securities during the three months ended March 31, 2019 or 2018. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of March 31, 2019 and December 31, 2018 (in thousands):

| | As of March 31, 2019 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and | | | | | | |

APP. 0639

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 47,205 | $ (288) | $ 47,205 | $ (288) |
| Corporate bonds | 13,462 | (72) | 85,392 | (368) | 98,854 | (440) |
| Collateralized corporate bank loans | 115,083 | (1,660) | 4,832 | (92) | 119,915 | (1,752) |
| Municipal bonds | 11,463 | (79) | 25,229 | (219) | 36,692 | (298) |
| Mortgage-backed | 769 | - | 8,825 | (218) | 9,594 | (218) |
| Total debt securities | 140,777 | (1,811) | 171,483 | (1,185) | 312,260 | (2,996) |
| Total equity securities | 16,082 | (1,518) | 5,537 | (4,084) | 21,619 | (5,602) |
| Total other investments | 914 | (1,873) | 270 | (706) | 1,184 | (2,579) |
| Total investments | $ 157,773 | $ (5,202) | $ 177,290 | $ (5,975) | $ 335,063 | $ (11,177) |

| | As of December 31, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 232 debt securities with an unrealized loss, of which 137 were in an unrealized loss position for less than one year and 95 were in an unrealized loss position for a period of one year or greater, as of March 31, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Details regarding the carrying value of the other investments portfolio as of March 31, 2019 and December 31, 2018 are as follows (in thousands):

| | 2019 | | 2018 | |
|---|---|---|---|---|
| **Investment Type** | | | | |
| Equity warrant | $ | 1,184 | $ | 1,148 |
| Total other investments | $ | 1,184 | $ | 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at March 31, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | | Fair Value |
|---|---|---|---|
|  | (in thousands) | | |
| Due in one year or less | $ 122,350 | $ | 121,972 |
| Due after one year through five years | 264,476 | | 265,022 |
| Due after five years through ten years | 92,907 | | 91,964 |
| Due after ten years | 31,074 | | 31,285 |
| Mortgage-backed | 12,938 | | 12,734 |
|  | $ 523,745 | $ | 522,977 |

APP. 0641

**Pledged Investments**

**3 Months Ended**

**Mar. 31, 2019**

**Pledged Investments [Abstract]**

Pledged Investments

### 5. Pledged Investments

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.4 million and $29.5 million at March 31, 2019 and December 31, 2018, respectively.

**Reserves for Unpaid Losses and Loss Adjustment Expenses**

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Reserves for Unpaid Losses and Loss Adjustment Expenses

| | 3 Months Ended Mar. 31, 2019 |
|---|---|

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | March 31, 2019 | March 31, 2018 |
|---|---|---|
| Balance at January 1 | $527,247 | $527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| Incurred related to: | | |
| Current year | 70,153 | 64,205 |
| Prior years | (66) | (530) |
| Total incurred | 70,087 | 63,675 |
| Paid related to: | | |
| Current year | 12,633 | 13,829 |
| Prior years | 60,581 | 72,432 |
| Total paid | 73,214 | 86,261 |
| Net balance at March 31 | 302,404 | 349,902 |
| Plus reinsurance recoverable | 227,822 | 179,782 |
| Balance at March 31 | $530,226 | $529,684 |

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | March 31, 2019 | 2018 |
|---|---|---|
| Specialty Commercial Segment | $ 1,926 | $ 1,012 |
| Standard Commercial Segment | (1,805) | (1,053) |
| Personal Segment | (187) | (489) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ (66) | $ (530) |

The following describes the primary factors behind each segment's prior accident year reserve development for the three months ended March 31, 2019 and 2018:

Three months ended March 31, 2019:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by favorable development in the 2018 accident year. We experienced net unfavorable development in our E&S Property and Aerospace & Programs business units, partially offset by favorable development in our Professional liability business unit.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2015, 2014 and 2013 accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2016 accident year and commercial auto liability in the 2012 and prior accident years. Our Commercial Accounts business unit experienced net favorable development in the 2017 and 2015 accident years in the occupational accident line of business,

APP. 0643

partially offset by unfavorable development in the 2016 accident year. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2017, 2015 and 2013 accident years, partially offset by unfavorable development in the 2016, 2014 and 2012 and prior accident years.

Three months ended March 31, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development primarily in the 2015 and prior accident years. Our E&S Casualty business unit experienced net favorable development in our E&S package insurance products in the 2017 and 2016 accident years We experienced net unfavorable development in our E&S Property and Aerospace & Programs business units.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2017, 2016, 2014 and 2013 accident years, partially offset by unfavorable development in the 2015 accident year and 2012 and prior accident years.

| Share-Based Payment Arrangements | 3 Months Ended Mar. 31, 2019 |

**Share-Based Payment Arrangements [Abstract]**

Share-Based Payment Arrangements

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of March 31, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of March 31, 2019, restricted stock units representing the right to receive up to 383,530 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of March 31, 2019.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

A summary of the status of our stock options as of March 31, 2019 and changes during the three months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at March 31, 2019 | 14,157 | $ 6.99 | 2.8 | $ 48 |
| Exercisable at March 31, 2019 | 14,157 | $ 6.99 | 2.8 | $ 48 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
|---|---|---|
| | 2019 | 2018 |
| Intrinsic value of options exercised | $ 845 | $ — |
| Cost of share-based payments (non-cash) | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — |

As of March 31, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first three months of 2019 or 2018.

APP. 0645

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level.  The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10,  $11.41,  $10.20 and $10.87 per unit, respectively.  We incurred compensation expense of $57 thousand and $44 thousand related to restricted stock units during the three months ended March 31, 2019 and 2018, respectively.  We recorded income tax benefit of $12 thousand and $9 thousand related to restricted stock units during the three months ended March 31, 2019 and 2018, respectively.

The following table details the status of our restricted stock units as of and for the three months ended March 31, 2019 and 2018:

|  | Number of Restricted Stock Units | |
|---|---|---|
|  | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (161,288) |
| Nonvested at March 31 | 255,687 | 216,293 |

As of March 31, 2019, there was $1.7 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $1.1 million of compensation cost related to unvested restricted stock units, of which $0.4 million is expected to be recognized during the remainder of 2019, $0.6 million is expected to be recognized in 2020 and $0.1 million is expected to be recognized in 2021.

APP. 0646

**Segment Information**

| | 3 Months Ended |
|---|---|
| | Mar. 31, 2019 |

**Segment Information**
**[Abstract]**

Segment Information

**8. Segment Information**

The following is business segment information for the three months ended March 31, 2019 and 2018 (in thousands):

| | Three Months Ended | | | |
|---|---|---|---|---|
| | **2019** | | **2018** | |
| Revenues | | | | |
| Specialty Commercial Segment | $ | 67,967 | $ | 73,124 |
| Standard Commercial Segment | | 18,373 | | 18,875 |
| Personal Segment | | 19,483 | | 7,620 |
| Corporate | | 12,298 | | (6,278) |
| Consolidated | $ | 118,121 | $ | 93,341 |
| | | | | |
| Pre-tax income (loss) | | | | |
| Specialty Commercial Segment | $ | 7,968 | $ | 9,758 |
| Standard Commercial Segment | | 1,507 | | 1,319 |
| Personal Segment | | 1,573 | | (22) |
| Corporate | | 7,870 | | (10,246) |
| Consolidated | $ | 18,918 | $ | 809 |

The following is additional business segment information as of the dates indicated (in thousands):

| | March 31, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Assets: | | | | |
| Specialty Commercial Segment | $ | 936,876 | $ | 858,262 |
| Standard Commercial Segment | | 183,344 | | 158,881 |
| Personal Segment | | 167,406 | | 226,431 |
| Corporate | | 41,105 | | 21,320 |
| Consolidated | $ 1,328,731 | | $ 1,264,894 | |

APP. 0647

**Reinsurance**

**3 Months Ended**

**Mar. 31, 2019**

**Reinsurance [Abstract]**

Reinsurance

**9. Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of March 31, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Ceded earned premiums | $ 70,146 | $ 61,629 |
| Reinsurance recoveries | $ 48,589 | $ 49,438 |

APP. 0648

**Revolving Credit Facility**

**3 Months Ended**

**Mar. 31, 2019**

**Revolving Credit Facility [Abstract]**

Revolving Credit Facility

**10. Revolving Credit Facility**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of March 31, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of March 31, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

**Subordinated Debt Securities**

**3 Months Ended**

**Mar. 31, 2019**

**Subordinated Debt Securities [Abstract]**

Subordinated Debt Securities

**11. Subordinated Debt Securities**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.86% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Trust II as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of March 31, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.51% per annum.

| Deferred Policy Acquisition Costs | 3 Months Ended Mar. 31, 2019 |
|---|---|
| **Deferred Policy Acquisition Costs [Abstract]** | |
| Deferred Policy Acquisition Costs | |

**12. Deferred Policy Acquisition Costs**

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Deferred | $ (11,676) | $ (10,365) |
| Amortized | 6,742 | 10,373 |
| Net | $ (4,934) | $ 8 |

**Earnings per Share**

| | 3 Months Ended |
| --- | --- |
| | **Mar. 31, 2019** |

**Earnings per Share [Abstract]**

Earnings per Share

### 13. Earnings per Share

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| Weighted average shares - basic | 18,056 | 18,166 |
| Effect of dilutive securities | 137 | 127 |
| Weighted average shares - assuming dilution | 18,193 | 18,293 |

For the three months ended March 31, 2019, no shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis.  For  the three months ended March 31, 2018, 70,000 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

APP. 0652

**Net Periodic Pension Cost**

**Net Periodic Pension Cost [Abstract]**

Net Periodic Pension Cost

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended March 31, | |
| | 2019 | 2018 |
|---|---|---|
| Interest cost | $ 113 | $ 106 |
| Amortization of net loss | 36 | 26 |
| Expected return on plan assets | (149) | (173) |
| Net periodic pension cost | $ — | $ (41) |
| Contributed amount | $ — | $ — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2018 for more discussion of our retirement plans.

**Income Taxes**

**3 Months Ended**

**Mar. 31, 2019**

**Income Taxes [Abstract]**

Income Taxes

**15.  Income Taxes**

Our effective income tax rate for the three months ended March 31, 2019 and 2018 was 20.6% and 20.0%, respectively. The effective tax rates for 2019 and 2018 were both favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act in December 2017.

| | 3 Months Ended |
|---|---|
| | **Mar. 31, 2019** |

**Supplemental Cash Flow Information**

Supplemental Cash Flow Information

**16. Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | As of March 31, | |
|---|---|---|
| | **2019** | **2018** |
| Cash and cash equivalents | $ 65,490 | $ 55,110 |
| Restricted cash | 3,322 | 2,564 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 68,812 | $ 57,674 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the three months ended March 31, 2019 and 2018:

| | Three Months Ended March 31, | |
|---|---|---|
| | **2019** | **2018** |
| Interest paid | $ 1,257 | $ 1,014 |
| Income taxes (recovered) paid | $ — | $ (90) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 2,292 | $ 1,218 |
| Payable for securities related to investment purchases | $ 1,503 | $ 10,848 |

| Commitments and Contingencies | 3 Months Ended<br>Mar. 31, 2019 |
|---|---|
| **Commitments and Contingencies [Abstract]** | |
| Commitments and Contingencies | **17. Commitments and Contingencies**<br><br>We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business. |

| Changes in Accumulated Other Comprehensive Income Balances | 3 Months Ended |
| --- | --- |
| | Mar. 31, 2019 |

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Changes in Accumulated Other Comprehensive Income Balances

**18. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of March 31, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
| --- | --- | --- | --- |
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 27 | — | 27 |
| Tax effect on change in net actuarial gain | (6) | — | (6) |
| Unrealized holding losses arising during the period | — | (395) | (395) |
| Tax effect on unrealized losses arising during the period | — | 83 | 83 |
| Reclassification adjustment for realized losses included in investment gains and losses | — | 15 | 15 |
| Tax effect on reclassification adjustment for losses included in income tax expense | — | (3) | (3) |
| Other comprehensive loss, net of tax | 21 | (300) | (279) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at March 31, 2018 | $ (2,858) | $ 439 | $ (2,419) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 35 | — | 35 |
| Tax effect on change in net actuarial gain | (7) | — | (7) |
| Unrealized holding gains arising during the period | — | 7,773 | 7,773 |
| Tax effect on unrealized gains arising during the period | — | (1,632) | (1,632) |
| Reclassification adjustment for gains included in net realized gains | — | (4,141) | (4,141) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 870 | 870 |
| Other comprehensive income, net of tax | 28 | 2,870 | 2,898 |
| Balance at March 31, 2019 | $ (3,306) | $ (456) | $ (3,762) |

| Leases | 3 Months Ended |
| --- | --- |
| | Mar. 31, 2019 |

**Leases [Abstract]**

Leases

**19. Leases**

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

| | Three Months Ended March 31, 2019 |
| --- | --- |
| Operating lease cost | $ 540 |
| Cash paid for amounts included in the measurement of lease liabilities | |
| Operating cash flows from operating leases | $ 551 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — |

We incurred $8 thousand in short-term lease payments not included in our lease liability during the three months ended March 31, 2019.

The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

| | March 31, 2019 |
| --- | --- |
| Operating lease right-of-use assets | $ 17,713 |
| Operating lease liabilities | $ 17,972 |
| Weighted-average remaining lease term - operating leases | 10.8 years |
| Weighted-average discount rate - operating leases | 5.88% |

Future minimum lease payments under non-cancellable leases as of March 31, 2019 and December 31, 2018 are as follows (in thousands):

| | March 31, 2019 | December 31, 2018 |
| --- | --- | --- |
| 2019 | $ 1,338 | $ 1,889 |
| 2020 | 2,473 | 2,473 |
| 2021 | 2,172 | 2,172 |
| 2022 | 2,171 | 2,171 |
| 2023 | 1,885 | 1,885 |

APP. 0658

| | | | |
|---|---|---|---|
| Thereafter | 15,266 | | 15,266 |
| Total future minimum lease payments | $ 25,305 | $ | 25,856 |
| | | | |
| Less imputed interest | $ (7,333) | $ | N/A |
| Total operating lease liability | $ 17,972 | $ | N/A |

**Basis of Presentation (Policy)**

**3 Months Ended**

**Mar. 31, 2019**

**Basis of Presentation [Abstract]**

Income Taxes

### *Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

Reclassifications

### *Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

Use of Estimates in the Preparation of the Financial Statements

### *Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

Fair Value of Financial Instruments

### *Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of March 31, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $44.5 million as of March 31, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Variable Interest Entities

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

***Adoption of New Accounting Pronouncements***

In February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‑01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‑01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the

Adoption of New Accounting Pronouncements

earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of March 31, 2019, $17.7 million of right-of-use assets and $18.0 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‑15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‑15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‑18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‑18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‑09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of  this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016‑13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016‑13 requires a modified retrospective transition method and early

adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**Fair Value (Tables)**

|  | 3 Months Ended |
|---|---|
|  | **Mar. 31, 2019** |

**Fair Value [Abstract]**

Fair Value, Assets Measured on Recurring Basis

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at March 31, 2019 and December 31, 2018 (in thousands):

|  | **As of March 31, 2019** | | | |
|---|---|---|---|---|
|  | **Quoted Prices in Active Markets for Identical Assets (Level 1)** | **Other Observable Inputs (Level 2)** | **Unobservable Inputs (Level 3)** | **Total** |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,209 | $ - | $ 48,209 |
| Corporate bonds | — | 218,544 | 291 | 218,835 |
| Collateralized corporate bank loans | — | 128,840 | - | 128,840 |
| Municipal bonds | — | 114,359 | - | 114,359 |
| Mortgage-backed | — | 12,734 | - | 12,734 |
| Total debt securities | — | 522,686 | 291 | 522,977 |
| Total equity securities | 88,656 | — | — | 88,656 |
| Total other investments | 1,184 | — | — | 1,184 |
| Total investments | $ 89,840 | $ 522,686 | $ 291 | $612,817 |

|  | **As of December 31, 2018** | | | |
|---|---|---|---|---|
|  | **Quoted Prices in Active Markets for Identical Assets (Level 1)** | **Other Observable Inputs (Level 2)** | **Unobservable Inputs (Level 3)** | **Total** |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the three months ended March 31, 2019 and 2018 (in thousands):

|  |  |
|---|---|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of March 31, 2019 | $ 291 |
|  |  |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 65 |
| Transfers into Level 3 | — |

Transfers out of Level 3

Ending balance as of March 31, 2018                    $    3,822

APP. 0665

**Investments (Tables)**

**3 Months Ended**
**Mar. 31, 2019**

**Investments [Abstract]**

**Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| **As of March 31, 2019** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,490 | $ 7 | $ (288) | $ 48,209 |
| Corporate bonds | 217,979 | 1,296 | (440) | 218,835 |
| Collateralized corporate bank loans | 130,526 | 66 | (1,752) | 128,840 |
| Municipal bonds | 113,812 | 845 | (298) | 114,359 |
| Mortgage-backed | 12,938 | 14 | (218) | 12,734 |
| Total debt securities | 523,745 | 2,228 | (2,996) | 522,977 |
| Total equity securities | 68,709 | 25,549 | (5,602) | 88,656 |
| Total other investments | 3,763 | — | (2,579) | 1,184 |
| Total investments | $ 596,217 | $ 27,777 | $ (11,177) | $ 612,817 |
| | | | | |
| **As of December 31, 2018** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

**Summary of Realized Gain (Loss) on Investments**

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended March 31, 2019 | 2018 |
|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — |
| Corporate bonds | 23 | (8) |
| Collateralized corporate bank loans | 17 | 12 |
| Municipal bonds | 4,101 | (21) |
| Mortgage-backed | — | 2 |
| Equity securities | — | — |
| Gain (loss) on investments | 4,141 | (15) |
| Unrealized gains (losses) on other investments | 36 | (363) |
| Unrealized gains (losses) on equity investments | 7,760 | (4,457) |
| Investment gains (losses), net | $ 11,937 | $ (4,835) |

**Summary of Gross Unrealized Losses for Investments that have been Continuously in Unrealized Loss Position**

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of March 31, 2019 and December 31, 2018 (in thousands):

| | As of March 31, 2019 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 47,205 | $ (288) | $ 47,205 | $ (288) |
| Corporate bonds | 13,462 | (72) | 85,392 | (368) | 98,854 | (440) |
| Collateralized corporate bank loans | 115,083 | (1,660) | 4,832 | (92) | 119,915 | (1,752) |
| Municipal bonds | 11,463 | (79) | 25,229 | (219) | 36,692 | (298) |
| Mortgage-backed | 769 | - | 8,825 | (218) | 9,594 | (218) |

| | | | | | | |
|---|---|---|---|---|---|
| Total debt securities | 140,777 | (1,811) | 171,483 | (1,185) | 312,260 | (2,996) |
| Total equity securities | 16,082 | (1,518) | 5,537 | (4,084) | 21,619 | (5,602) |
| Total other investments | 914 | (1,873) | 270 | (706) | 1,184 | (2,579) |
| Total investments | $ 157,773 | $ (5,202) | $ 177,290 | $ (5,975) | $ 335,063 | $ (11,177) |

| | As of December 31, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

Carrying Value of Other Invested Assets Portfolio

Details regarding the carrying value of the other investments portfolio as of March 31, 2019 and December 31, 2018 are as follows (in thousands):

| Investment Type | 2019 | 2018 |
|---|---|---|
| Equity warrant | $ 1,184 | $ 1,148 |
| Total other investments | $ 1,184 | $ 1,148 |

Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 122,350 | $ 121,972 |
| Due after one year through five years | 264,476 | 265,022 |
| Due after five years through ten years | 92,907 | 91,964 |
| Due after ten years | 31,074 | 31,285 |
| Mortgage-backed | 12,938 | 12,734 |
| | $ 523,745 | $ 522,977 |

APP. 0667

| | 3 Months Ended |
|---|---|
| Reserves for Unpaid Losses and Loss Adjustment Expenses (Tables) | Mar. 31, 2019 |

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Summary of Activity in Reserves for Unpaid Losses and LAE

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | March 31, 2019 | March 31, 2018 |
|---|---|---|
| Balance at January 1 | $527,247 | $527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| | | |
| Incurred related to: | | |
| Current year | 70,153 | 64,205 |
| Prior years | (66) | (530) |
| Total incurred | 70,087 | 63,675 |
| | | |
| Paid related to: | | |
| Current year | 12,633 | 13,829 |
| Prior years | 60,581 | 72,432 |
| Total paid | 73,214 | 86,261 |
| | | |
| Net balance at March 31 | 302,404 | 349,902 |
| Plus reinsurance recoverable | 227,822 | 179,782 |
| Balance at March 31 | $530,226 | $529,684 |

Impact of Net Prior Years Loss Development by Segment

| | March 31, | |
|---|---|---|
| | 2019 | 2018 |
| Specialty Commercial Segment | $ 1,926 | $ 1,012 |
| Standard Commercial Segment | (1,805) | (1,053) |
| Personal Segment | (187) | (489) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ (66) | $ (530) |

**Share-Based Payment Arrangements (Tables)**

**3 Months Ended**

**Mar. 31, 2019**

**Share-Based Payment Arrangements [Abstract]**

Summary of the Status of Stock Options

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at March 31, 2019 | 14,157 | $ 6.99 | 2.8 | $ 48 |
| Exercisable at March 31, 2019 | 14,157 | $ 6.99 | 2.8 | $ 48 |

Schedule of Options, Grants in Period and Grant Date Intrinsic Value

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
|---|---|---|
| | 2019 | 2018 |
| Intrinsic value of options exercised | $ 845 | $ — |
| Cost of share-based payments (non-cash) | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — |

Summary of the Status of Restricted Stock Units

| | Number of Restricted Stock Units | |
|---|---|---|
| | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (161,288) |
| Nonvested at March 31 | 255,687 | 216,293 |

**Segment Information (Tables)**

**3 Months Ended**

**Mar. 31, 2019**

**Segment Information [Abstract]**

Schedule of Business Segment Information

The following is business segment information for the three months ended March 31, 2019 and 2018 (in thousands):

| | Three Months Ended | |
| --- | --- | --- |
| | 2019 | 2018 |
| Revenues | | |
| Specialty Commercial Segment | $ 67,967 | $ 73,124 |
| Standard Commercial Segment | 18,373 | 18,875 |
| Personal Segment | 19,483 | 7,620 |
| Corporate | 12,298 | (6,278) |
| Consolidated | $ 118,121 | $ 93,341 |
| | | |
| Pre-tax income (loss) | | |
| Specialty Commercial Segment | $ 7,968 | $ 9,758 |
| Standard Commercial Segment | 1,507 | 1,319 |
| Personal Segment | 1,573 | (22) |
| Corporate | 7,870 | (10,246) |
| Consolidated | $ 18,918 | $ 809 |

Schedule of Additional Business Segment Information

The following is additional business segment information as of the dates indicated (in thousands):

| Assets: | March 31, 2019 | December 31, 2018 |
| --- | --- | --- |
| Specialty Commercial Segment | $ 936,876 | $ 858,262 |
| Standard Commercial Segment | 183,344 | 158,881 |
| Personal Segment | 167,406 | 226,431 |
| Corporate | 41,105 | 21,320 |
| Consolidated | $1,328,731 | $1,264,894 |

**Reinsurance (Tables)**

**3 Months Ended**

**Mar. 31, 2019**

**Reinsurance [Abstract]**

Schedule of Reinsurance Ceded and Recoveries

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Ceded earned premiums | $ 70,146 | $ 61,629 |
| Reinsurance recoveries | $ 48,589 | $ 49,438 |

| Deferred Policy Acquisition Costs (Tables) | 3 Months Ended Mar. 31, 2019 |

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Amortized Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended March 31, | |
|  | 2019 | 2018 |
|---|---|---|
| Deferred | $ (11,676) | $ (10,365) |
| Amortized | 6,742 | 10,373 |
| Net | $ (4,934) | $ 8 |

**Earnings per Share (Tables)**

|  | 3 Months Ended |
|---|---|
|  | **Mar. 31, 2019** |

**Earnings per Share [Abstract]**

Schedule of Weighted Average Number of Shares Outstanding

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended March 31, | |
|---|---|---|
| | **2019** | **2018** |
| Weighted average shares - basic | 18,056 | 18,166 |
| Effect of dilutive securities | 137 | 127 |
| Weighted average shares - assuming dilution | 18,193 | 18,293 |

APP. 0673

**Net Periodic Pension Cost (Tables)**

**3 Months Ended**

**Mar. 31, 2019**

**Net Periodic Pension Cost [Abstract]**

Schedule of Net Benefit Costs

The following table details the net periodic pension cost incurred by period (in thousands):

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | **2019** | **2018** |
| Interest cost | $    113 | $    106 |
| Amortization of net loss | 36 | 26 |
| Expected return on plan assets | (149) | (173) |
| Net periodic pension cost | $    — | $    (41) |
| Contributed amount | $    — | $    — |

| **Supplemental Cash Flow Information (Tables)** | **3 Months Ended Mar. 31, 2019** |
|---|---|

## Supplemental Cash Flow Information

**Reconciliation of Cash, Cash Equivalents and Restricted Cash in Balance Sheet to Cash Flows**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

|  | As of March 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Cash and cash equivalents | $ 65,490 | $ 55,110 |
| Restricted cash | 3,322 | 2,564 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 68,812 | $ 57,674 |

**Supplemental Cash Flow Information**

The following table provides supplemental cash flow information for the three months ended March 31, 2019 and 2018:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Interest paid | $ 1,257 | $ 1,014 |
| Income taxes (recovered) paid | $ — | $ (90) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 2,292 | $ 1,218 |
| Payable for securities related to investment purchases | $ 1,503 | $ 10,848 |

**Changes in Accumulated Other Comprehensive Income Balances (Tables)**

|  | 3 Months Ended |
|---|---|
|  | **Mar. 31, 2019** |

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Schedule of Changes in Accumulated Other Comprehensive Income

The changes in accumulated other comprehensive income balances as of March 31, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 27 | — | 27 |
| Tax effect on change in net actuarial gain | (6) | — | (6) |
| Unrealized holding losses arising during the period | — | (395) | (395) |
| Tax effect on unrealized losses arising during the period | — | 83 | 83 |
| Reclassification adjustment for realized losses included in investment gains and losses | — | 15 | 15 |
| Tax effect on reclassification adjustment for losses included in income tax expense | — | (3) | (3) |
| Other comprehensive loss, net of tax | 21 | (300) | (279) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at March 31, 2018 | $ (2,858) | $ 439 | $ (2,419) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 35 | — | 35 |
| Tax effect on change in net actuarial gain | (7) | — | (7) |
| Unrealized holding gains arising during the period | — | 7,773 | 7,773 |
| Tax effect on unrealized gains arising during the period | — | (1,632) | (1,632) |
| Reclassification adjustment for gains included in net realized gains | — | (4,141) | (4,141) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 870 | 870 |
| Other comprehensive income, net of tax | 28 | 2,870 | 2,898 |
| Balance at March 31, 2019 | $ (3,306) | $ (456) | $ (3,762) |

**Leases (Tables)**

**Leases [Abstract]**

Summary of components of lease expense and other lease information

The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

| | Three Months Ended March 31, 2019 |
|---|---|
| Operating lease cost | $ 540 |
| Cash paid for amounts included in the measurement of lease liabilities | |
| Operating cash flows from operating leases | $ 551 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — |

Summary of balance sheet components

The components of lease expense and other lease information as of and during the three-month period ended March 31, 2019 are as follows (in thousands):

| | March 31, 2019 |
|---|---|
| Operating lease right-of-use assets | $ 17,713 |
| Operating lease liabilities | $ 17,972 |
| Weighted-average remaining lease term - operating leases | 10.8 years |
| Weighted-average discount rate - operating leases | 5.88% |

Summary of future minimum lease payments under non-cancellable leases as of March 31, 2019

| | March 31, 2019 | | December 31, 2018 |
|---|---|---|---|
| 2019 | $ 1,338 | $ | 1,889 |
| 2020 | 2,473 | | 2,473 |
| 2021 | 2,172 | | 2,172 |
| 2022 | 2,171 | | 2,171 |
| 2023 | 1,885 | | 1,885 |
| Thereafter | 15,266 | | 15,266 |
| Total future minimum lease payments | $ 25,305 | $ | 25,856 |
| Less imputed interest | $ (7,333) | $ | N/A |
| Total operating lease liability | $ 17,972 | $ | N/A |

APP. 0677

| **General (Narrative) (Details)** | **3 Months Ended** |
| --- | --- |
| | **Mar. 31, 2019** |
| | **segment** |
| | **subsidiary** |

**General [Abstract]**

| | |
| --- | --- |
| Number of subsidiaries \| subsidiary | 6 |
| Number of reportable segments \| segment | 3 |

| Basis of Presentation (Narrative) (Details) - USD ($) $ in Thousands | | | | 3 Months Ended |
|---|---|---|---|---|
| | Jan. 01, 2018 | Aug. 23, 2007 | Jun. 21, 2005 | Mar. 31, 2019 |
| **Variable Interest Entity [Line Items]** | | | | |
| Reclassification out of AOCI as a result of Tax Act | $ (2,600) | | | |
| Right-of-use assets | | | | $ 17,713 |
| Lease liabilities | | | | 17,972 |
| Revolving Credit Facility B [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Credit facility, amount outstanding | | | | 30,000 |
| Credit facility, fair value | | | | 30,200 |
| Hallmark Statutory Trust I [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Proceeds from issuance of trust preferred securities | | | $ 30,000 | |
| Hallmark Statutory Trust II [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Proceeds from issuance of trust preferred securities | | $ 25,000 | | |
| Subordinated Debt [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Trust preferred securities, carrying value | | | | 55,800 |
| Trust preferred securities, fair value | | | | $ 44,500 |
| Current yield to maturity percentage | | | | 8.00% |
| Subordinated Debt [Member] \| Hallmark Statutory Trust I [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Payments to acquire trust preferred investments | | | $ 30,900 | |
| Subordinated Debt [Member] \| Hallmark Statutory Trust II [Member] | | | | |
| **Variable Interest Entity [Line Items]** | | | | |
| Payments to acquire trust preferred investments | | $ 25,800 | | |

APP. 0679

**Fair Value (Narrative)
(Details)
$ in Thousands**

**Mar. 31, 2019
USD ($)**

**Fair Value [Abstract]**

| | |
|---|---|
| Transfer of assets from level 1 to level 2 | $ 0 |
| Transfer of assets from level 2 to level 1 | 0 |
| Transfer of liabilities from level 1 to level 2 | 0 |
| Transfer of liabilities from level 2 to level 1 | $ 0 |

APP. 0680

| Fair Value (Fair Value, Assets Measured on Recurring Basis) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | $ 522,977 | $ 545,870 |
| Total equity securities | 88,656 | 80,896 |
| Total other investments | 1,184 | 1,148 |
| Total investments | 612,817 | 627,914 |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 48,209 | 48,106 |
| Corporate Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 218,835 | 242,152 |
| Collateralized Corporate Bank Loans [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 128,840 | 126,528 |
| Municipal Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 114,359 | 115,527 |
| Mortgage Backed [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 12,734 | 13,557 |
| Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 88,656 | 80,896 |
| Total other investments | 1,184 | 1,148 |
| Total investments | 89,840 | 82,044 |
| Other Observable Inputs, Level 2 [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 522,686 | 545,579 |
| Total investments | 522,686 | 545,579 |
| Other Observable Inputs, Level 2 [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 48,209 | 48,106 |

Other Observable Inputs, Level 2 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 218,544 | 241,861 |

Other Observable Inputs, Level 2 [Member] | Collateralized Corporate Bank Loans [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 128,840 | 126,528 |

Other Observable Inputs, Level 2 [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 114,359 | 115,527 |

Other Observable Inputs, Level 2 [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 12,734 | 13,557 |

Unobservable Inputs, Level 3 [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 291 | 291 |
| Total investments | 291 | 291 |

Unobservable Inputs, Level 3 [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | $ 291 | $ 291 |

| Fair Value (Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Fair Value [Abstract]** | | |
| Beginning balance | $ 291 | $ 3,757 |
| Sales | | |
| Settlements | | |
| Purchases | | |
| Issuances | | |
| Total realized/unrealized gains included in net income | | |
| Net gains included in other comprehensive income | | 65 |
| Transfers into Level 3 | | |
| Transfers out of Level 3 | | |
| Ending balance | $ 291 | $ 3,822 |

**Investments (Narrative)**
**(Details)**
**$ in Thousands**

| | 3 Months Ended | | |
|---|---|---|---|
| | Mar. 31, 2019 USD ($) security | Mar. 31, 2018 USD ($) | Dec. 31, 2018 security |
| Gross gains on investments | $ 4,200 | $ 60 | |
| Gross losses on investments | 100 | 75 | |
| Proceeds from sale of investment securities | 0 | $ 0 | |
| Other-than-temporary impairment | $ 0 | | |
| Debt Securities [Member] | | | |
| Number of debt securities with unrealized loss | security | 232 | | 328 |
| Number of debt securities with unrealized loss, less than 12 months | security | 137 | | 221 |
| Number of debt securities with unrealized loss, greater than 12 months | security | 95 | | 107 |

APP. 0684

| Investments (Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | $ 596,217 | $ 622,740 |
| Investments, Gross Unrealized Gains | 27,777 | 24,959 |
| Investments, Gross Unrealized Losses | (11,177) | (19,785) |
| Investments, Fair Value | 612,817 | 627,914 |
| Other Investments [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 3,763 | 3,763 |
| Investments, Gross Unrealized Losses | (2,579) | (2,615) |
| Investments, Fair Value | 1,184 | 1,148 |
| Equity Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 68,709 | 68,709 |
| Investments, Gross Unrealized Gains | 25,549 | 20,693 |
| Investments, Gross Unrealized Losses | (5,602) | (8,506) |
| Investments, Fair Value | 88,656 | 80,896 |
| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 523,745 | 550,268 |
| Investments, Gross Unrealized Gains | 2,228 | 4,266 |
| Investments, Gross Unrealized Losses | (2,996) | (8,664) |
| Investments, Fair Value | 522,977 | 545,870 |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 48,490 | 48,609 |
| Investments, Gross Unrealized Gains | 7 | 5 |
| Investments, Gross Unrealized Losses | (288) | (508) |
| Investments, Fair Value | 48,209 | 48,106 |
| Corporate Bonds [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 217,979 | 243,314 |
| Investments, Gross Unrealized Gains | 1,296 | 440 |
| Investments, Gross Unrealized Losses | (440) | (1,602) |
| Investments, Fair Value | 218,835 | 242,152 |
| Collateralized Corporate Bank Loans [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Investments, Amortized Cost | 130,526 | 131,779 |
| Investments, Gross Unrealized Gains | 66 | 19 |
| Investments, Gross Unrealized Losses | (1,752) | (5,270) |

Investments, Fair Value ... 128,840    126,528

Municipal Bonds [Member] | Debt Securities [Member]

**Schedule of Investments [Line Items]**

| | | |
|---|---|---|
| Investments, Amortized Cost | 113,812 | 112,574 |
| Investments, Gross Unrealized Gains | 845 | 3,791 |
| Investments, Gross Unrealized Losses | (298) | (838) |
| Investments, Fair Value | 114,359 | 115,527 |

Mortgage Backed [Member] | Debt Securities [Member]

**Schedule of Investments [Line Items]**

| | | |
|---|---|---|
| Investments, Amortized Cost | 12,938 | 13,992 |
| Investments, Gross Unrealized Gains | 14 | 11 |
| Investments, Gross Unrealized Losses | (218) | (446) |
| Investments, Fair Value | $ 12,734 | $ 13,557 |

| Investments (Summary of Realized Gain (Loss) on Investments) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | $ 4,141 | $ (15) |
| Other-than-temporary impairment | 0 | |
| Gain (Loss) on Investments, Total | 11,937 | (4,835) |
| Other Investments [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Unrealized gain on investment | 36 | |
| Unrealized loss on investment | | (363) |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | | |
| Corporate Bonds [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | 23 | (8) |
| Collateralized Corporate Bank Loans [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | 17 | 12 |
| Municipal Bonds [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | 4,101 | (21) |
| Mortgage Backed [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Gain (loss) on investments | | 2 |
| Equity Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Unrealized gain on investment | $ 7,760 | |
| Unrealized loss on investment | | $ (4,457) |

| Investments (Summary of Gross Unrealized Losses for Investments that have been Continuously in Unrealized Loss Position) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | $ 157,773 | $ 309,764 |
| Unrealized Losses 12 months or less | (5,202) | (12,496) |
| Fair Value Longer than 12 months | 177,290 | 169,544 |
| Unrealized Losses Longer than 12 months | (5,975) | (7,289) |
| Total Fair Value | 335,063 | 479,308 |
| Total Unrealized Losses | (11,177) | (19,785) |
| Other Investments [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 914 | 1,148 |
| Unrealized Losses 12 months or less | (1,873) | (2,615) |
| Fair Value Longer than 12 months | 270 | |
| Unrealized Losses Longer than 12 months | (706) | |
| Total Fair Value | 1,184 | 1,148 |
| Total Unrealized Losses | (2,579) | (2,615) |
| Equity Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 16,082 | 30,981 |
| Unrealized Losses 12 months or less | (1,518) | (3,699) |
| Fair Value Longer than 12 months | 5,537 | 4,475 |
| Unrealized Losses Longer than 12 months | (4,084) | (4,807) |
| Total Fair Value | 21,619 | 35,456 |
| Total Unrealized Losses | (5,602) | (8,506) |
| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 140,777 | 277,635 |
| Unrealized Losses 12 months or less | (1,811) | (6,182) |
| Fair Value Longer than 12 months | 171,483 | 165,069 |
| Unrealized Losses Longer than 12 months | (1,185) | (2,482) |
| Total Fair Value | 312,260 | 442,704 |
| Total Unrealized Losses | (2,996) | (8,664) |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] \| Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | | 18,902 |
| Unrealized Losses 12 months or less | | (181) |
| Fair Value Longer than 12 months | 47,205 | 28,201 |
| Unrealized Losses Longer than 12 months | (288) | (327) |
| Total Fair Value | 47,205 | 47,103 |

| | | |
|---|---|---|
| Total Unrealized Losses | (288) | (508) |
| Corporate Bonds [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 13,462 | 117,450 |
| Unrealized Losses 12 months or less | (72) | (907) |
| Fair Value Longer than 12 months | 85,392 | 100,060 |
| Unrealized Losses Longer than 12 months | (368) | (695) |
| Total Fair Value | 98,854 | 217,510 |
| Total Unrealized Losses | (440) | (1,602) |
| Collateralized Corporate Bank Loans [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 115,083 | 120,410 |
| Unrealized Losses 12 months or less | (1,660) | (4,938) |
| Fair Value Longer than 12 months | 4,832 | 4,931 |
| Unrealized Losses Longer than 12 months | (92) | (332) |
| Total Fair Value | 119,915 | 125,341 |
| Total Unrealized Losses | (1,752) | (5,270) |
| Municipal Bonds [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 11,463 | 14,281 |
| Unrealized Losses 12 months or less | (79) | (96) |
| Fair Value Longer than 12 months | 25,229 | 25,891 |
| Unrealized Losses Longer than 12 months | (219) | (742) |
| Total Fair Value | 36,692 | 40,172 |
| Total Unrealized Losses | (298) | (838) |
| Mortgage Backed [Member] | Debt Securities [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Fair Value 12 months or less | 769 | 6,592 |
| Unrealized Losses 12 months or less | | (60) |
| Fair Value Longer than 12 months | 8,825 | 5,986 |
| Unrealized Losses Longer than 12 months | (218) | (386) |
| Total Fair Value | 9,594 | 12,578 |
| Total Unrealized Losses | $ (218) | $ (446) |

| Investments (Carrying Value of Other Invested Assets Portfolio) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Investments [Abstract]** | | |
| Equity warrant | $ 1,184 | $ 1,148 |
| Total other investments | $ 1,184 | $ 1,148 |

| Investments (Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Schedule of Investments [Line Items]** | | |
| Due in one year or less, Amortized Cost | $ 122,350 | |
| Due after one year through five years, Amortized Cost | 264,476 | |
| Due after five years through ten years, Amortized Cost | 92,907 | |
| Due after ten years, Amortized Cost | 31,074 | |
| Debt securities, available-for-sale, cost (in dollars) | 523,745 | $ 550,268 |
| Due in one year or less, Fair Value | 121,972 | |
| Due after one year through five years, Fair Value | 265,022 | |
| Due after five years through ten years, Fair Value | 91,964 | |
| Due after ten years, Fair Value | 31,285 | |
| Debt Securities, Fair Value | 522,977 | 545,870 |
| Mortgage Backed [Member] | | |
| **Schedule of Investments [Line Items]** | | |
| Debt securities, available-for-sale, cost (in dollars) | 12,938 | |
| Debt Securities, Fair Value | $ 12,734 | $ 13,557 |

| **Pledged Investments (Narrative) (Details) - USD ($) $ in Millions** | **Mar. 31, 2019** | **Dec. 31, 2018** |
| --- | --- | --- |
| **Pledged Investments [Abstract]** | | |
| Securities available-for-sale pledged, carrying value | $ 29.4 | $ 29.5 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]** | | |
| Balance at January 1 | $ 527,247 | $ 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| **Incurred related to:** | | |
| Current year | 70,153 | 64,205 |
| Prior years | (66) | (530) |
| Total incurred | 70,087 | 63,675 |
| **Paid related to:** | | |
| Current year | 12,633 | 13,829 |
| Prior years | 60,581 | 72,432 |
| Total paid | 73,214 | 86,261 |
| Net balance at March 31 | 302,404 | 349,902 |
| Plus reinsurance recoverable | 227,822 | 179,782 |
| Balance at March 31 | $ 530,226 | $ 529,684 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Causes for Prior Accident Year Reserve Development by Segment) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | $ (66) | $ (530) |
| Specialty Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | 1,926 | 1,012 |
| Standard Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | (1,805) | (1,053) |
| Personal Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | $ (187) | $ (489) |

APP. 0694

| Share-Based Payment Arrangements (Narrative) (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | | 12 Months Ended | | | |
|---|---|---|---|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 | Dec. 31, 2015 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Stock options, Granted | 0 | 0 | | | | |
| Other than options, forfeited | 83,210 | 161,288 | | | | |
| Vested | | 8,198 | | | | |
| Long Term Incentive Plan 2005 [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Number of incentive stock options outstanding | 0 | | | | | |
| Share-based compensation arrangement by share-based payment award, non-qualified stock options to purchase number of shares | 14,157 | | | | | |
| Long Term Incentive Plan 2015 [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Share-based compensation arrangement by share-based payment award, number of shares authorized | 2,000,000 | | | | | |
| Share-based compensation arrangement by share-based payment award, restricted stock options to purchase number of shares | 383,530 | | | | | |
| Stock options, Granted | 0 | | | | | |
| Long Term Incentive Plan 2005 and 2015 [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 0 | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| First Anniversary [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 10.00% | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Second Anniversary [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 20.00% | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Third Anniversary [Member] | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 30.00% | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Fourth Anniversary [Member] | | | | | | |

APP. 0695

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 40.00% |

Prior To 2009 Incentive Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | Minimum [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Stock-based compensation incentive stock options grant under incentive plan termination period | 5 years |

Prior To 2009 Incentive Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | Maximum [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |

Incentive Stock Options 2010 [Member] | Long Term Incentive Plan 2005 [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |

Non Qualified Stock Options [Member] | Long Term Incentive Plan 2005 [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Share-based compensation arrangement by share-based payment award, award vesting rights, percentage | 100.00% |
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| Share-based payment, award vesting period | 6 months |

Non Qualified Stock Options [Member] | Long Term Incentive Plan 2005 [Member] | 200,000 Grant [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Stock-based compensation incentive stock options grant under incentive plan termination period | 10 years |
| Number of options vested or expected to vest | 200,000 |

Restricted Stock Units (RSUs) [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | |
|---|---|
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 1,700 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Remainder of Year | 400 |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Remainder of Year Two | 600 |

Employee Service Share-based Compensation Nonvested Awards,

APP. 0696

| | | | | | |
|---|---|---|---|---|---|
| Total Compensation Cost Expected to Recognize During Year Three | 100 | | | | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognized | 1,100 | | | | |
| Allocated share-based compensation expense | 57 | $ 44 | | | |
| Income tax benefit of share-based payments recognized in income | $ 12 | $ 9 | | | |
| Restricted Stock Units (RSUs) [Member] \| Minimum [Member] | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 50.00% | | | | |
| Restricted Stock Units (RSUs) [Member] \| Maximum [Member] | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 150.00% | | | | |
| Restricted Stock Units (RSUs) [Member] \| Long Term Incentive Plan 2015 [Member] | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | |
| Other than options, grant date fair value | | | $ 10.87 | $ 10.20 | $ 11.41 | $ 11.10 |

| Share-Based Payment Arrangements (Summary of the Status of Stock Options) (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | |
|---|---|---|
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Share-Based Payment Arrangements [Abstract]** | | |
| Stock Options, Outstanding at January 1, 2019 | 244,157 | |
| Stock options, Granted | 0 | 0 |
| Stock Options, Exercised | (230,000) | |
| Stock Options, Forfeited or Expired | | |
| Stock Options, Outstanding at March 31, 2019 | 14,157 | |
| Stock Options, Exercisable at March 31, 2019 | 14,157 | |
| Weighted Average Exercise Price, Outstanding at January 1, 2019 | $ 6.63 | |
| Weighted Average Exercise Price, Exercised | 6.61 | |
| Weighted Average Exercise Price, Forfeited or Expired | | |
| Weighted Average Exercise Price, Outstanding at March 31, 2019 | 6.99 | |
| Weighted Average Exercise Price, Exercisable at March 31, 2019 | $ 6.99 | |
| Average Remaining Contractual Term, Outstanding at March 31, 2019 | 2 years 9 months 18 days | |
| Average Remaining Contractual Term, Exercisable at March 31, 2019 | 2 years 9 months 18 days | |
| Aggregate Intrinsic Value, Outstanding at March 31, 2019 | $ 48 | |
| Aggregate Intrinsic Value, Exercisable at March 31, 2019 | $ 48 | |

| **Share-Based Payment Arrangements (Schedule of Options, Grants in Period and Grant Date Intrinsic Value) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | |
| --- | --- | --- |
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| Cost of share-based payments (non-cash) | $ 57 | $ 44 |
| Employee Stock Option [Member] | | |
| Intrinsic value of options exercised | 845 | |
| Cost of share-based payments (non-cash) | | |
| Income tax benefit of share-based payments recognized in income | | |

APP. 0699

| **Share-Based Payment Arrangements (Summary of the Status of Restricted Stock Units) (Details) - shares** | **3 Months Ended** | |
|---|---|---|
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Share-Based Payment Arrangements [Abstract]** | | |
| Nonvested at January 1 | 338,897 | 385,779 |
| Vested | | (8,198) |
| Forfeited | (83,210) | (161,288) |
| Nonvested at March 31 | 255,687 | 216,293 |

| Segment Information (Schedule of Business Segment Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Revenues [Abstract]** | | |
| Revenues | $ 118,121 | $ 93,341 |
| **Pre-tax income (loss) [Abstract]** | | |
| Pre-tax income (loss) | 18,918 | 809 |
| Specialty Commercial Segment [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 67,967 | 73,124 |
| **Pre-tax income (loss) [Abstract]** | | |
| Pre-tax income (loss) | 7,968 | 9,758 |
| Standard Commercial Segment [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 18,373 | 18,875 |
| **Pre-tax income (loss) [Abstract]** | | |
| Pre-tax income (loss) | 1,507 | 1,319 |
| Personal Segment [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 19,483 | 7,620 |
| **Pre-tax income (loss) [Abstract]** | | |
| Pre-tax income (loss) | 1,573 | (22) |
| Corporate [Member] | | |
| **Revenues [Abstract]** | | |
| Revenues | 12,298 | (6,278) |
| **Pre-tax income (loss) [Abstract]** | | |
| Pre-tax income (loss) | $ 7,870 | $ (10,246) |

APP. 0701

| Segment Information (Schedule of Additional Business Segment Information) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 1,328,731 | $ 1,264,894 |
| Specialty Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 936,876 | 858,262 |
| Standard Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 183,344 | 158,881 |
| Personal Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 167,406 | 226,431 |
| Corporate [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 41,105 | $ 21,320 |

| Reinsurance (Schedule of Reinsurance Ceded and Recoveries) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Reinsurance [Abstract]** | | |
| Ceded earned premiums | $ 70,146 | $ 61,629 |
| Reinsurance recoveries | $ 48,589 | $ 49,438 |

| Revolving Credit Facility (Narrative) (Details) $ in Millions | 3 Months Ended Mar. 31, 2019 USD ($) |
|---|---|
| **Facility A Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 15.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 0.0 |
| **Facility A Revolving Credit Sub-Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 5.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 1.00% |
| **Facility B Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 30.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 30.0 |
| **London Interbank Offered Rate (LIBOR) [Member] \| Facility A Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, interest rate during period | 2.50% |
| **London Interbank Offered Rate (LIBOR) [Member] \| Facility B Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, unused capacity, commitment fee percentage | 3.00% |

APP. 0704

| Subordinated Debt Securities (Narrative) (Details) - USD ($) $ in Millions | Aug. 23, 2007 | Jun. 21, 2005 | 3 Months Ended Mar. 31, 2019 |
|---|---|---|---|
| Hallmark Statutory Trust I [Member] \| Subordinated Debt Due In 2035 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Long-term debt, gross | | $ 30.9 | $ 30.9 |
| Proceeds from issuance of trust preferred securities | | 30.0 | |
| Proceeds from issuance of common stock | | $ 0.9 | |
| Subordinated borrowing, interest rate | | 7.725% | 5.86% |
| Debt instrument, interest rate fixed to floating date | | Jun. 15, 2015 | |
| Debt instrument, maturity date | | Jun. 15, 2015 | |
| Debt instrument, description of variable rate basis | | | interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points |
| Hallmark Statutory Trust II [Member] \| Subordinated Debt Due In 2037 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Long-term debt, gross | $ 25.8 | | $ 25.8 |
| Proceeds from issuance of trust preferred securities | 25.0 | | |
| Proceeds from issuance of common stock | $ 0.8 | | |
| Subordinated borrowing, interest rate | 8.28% | | 5.51% |
| Debt instrument, interest rate fixed to floating date | Sep. 15, 2017 | | |
| Debt instrument, maturity date | Sep. 15, 2017 | | |
| Debt instrument, description of variable rate basis | | | three-month LIBOR rate plus 2.90 percentage points |
| London Interbank Offered Rate (LIBOR) [Member] \| Hallmark Statutory Trust I [Member] \| Subordinated Debt Due In 2035 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Debt instrument, basis spread on variable rate | | | 3.25% |
| London Interbank Offered Rate (LIBOR) [Member] \| Hallmark Statutory Trust II [Member] \| Subordinated Debt Due In 2037 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Subordinated borrowing, interest rate | | | 2.90% |

| **Deferred Policy Acquisition Costs (Deferred Amortized Policy Acquisition Costs) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | |
| --- | --- | --- |
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Document and Entity Information [Abstract]** | | |
| Deferred | $ (11,676) | $ (10,365) |
| Amortized | 6,742 | 10,373 |
| Deferred policy acquisition costs, net | $ (4,934) | $ 8 |

| **Earnings per Share (Narrative) (Details) - shares** | **3 Months Ended** | |
|---|---|---|
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Earnings per Share [Abstract]** | | |
| Antidilutive securities excluded from computation of earnings per share | 0 | 70,000 |

| **Earnings per Share (Schedule of Weighted Average Number of Shares Outstanding) (Details) - shares** shares in Thousands | **3 Months Ended** | |
|---|---|---|
| | **Mar. 31, 2019** | **Mar. 31, 2018** |
| **Earnings per Share [Abstract]** | | |
| Weighted average shares - basic | 18,056 | 18,166 |
| Effect of dilutive securities | 137 | 127 |
| Weighted average shares - assuming dilution | 18,193 | 18,293 |

| Net Periodic Pension Cost (Schedule of Net Benefit Costs) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
| --- | --- | --- |
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Net Periodic Pension Cost [Abstract]** | | |
| Interest cost | $ 113 | $ 106 |
| Amortization of net loss | 36 | 26 |
| Expected return on plan assets | (149) | (173) |
| Net periodic pension cost | | (41) |
| Contributed amount | | |

| Income Taxes (Narrative) (Details) | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Income Taxes [Abstract]** | | |
| Effective income tax rate, continuing operations | 20.60% | 20.00% |

| Supplemental Cash Flow Information (Reconciliation of Cash, Cash Equivalents and Restricted Cash to Statement of Cash Flows) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 | Mar. 31, 2018 | Dec. 31, 2017 |
|---|---|---|---|---|
| **Supplemental Cash Flow Information** | | | | |
| Cash and cash equivalents | $ 65,490 | $ 35,594 | $ 55,110 | |
| Restricted cash | 3,322 | 4,877 | 2,564 | |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 68,812 | $ 40,471 | $ 57,674 | $ 67,633 |

APP. 0711

| Supplemental Cash Flow Information (Supplemental Cash Flow Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | |
|---|---|---|
| | Mar. 31, 2019 | Mar. 31, 2018 |
| **Supplemental Cash Flow Information** | | |
| Interest paid | $ 1,257 | $ 1,014 |
| Income taxes (recovered) paid | | (90) |
| Receivable for securities related to investment disposals | 2,292 | 1,218 |
| Payable for securities related to investment purchases | $ 1,503 | $ 10,848 |

| Changes in Accumulated Other Comprehensive Income Balances (Schedule of Accumulated Other Comprehensive Income (Loss)) (Details) - USD ($) $ in Thousands | | 3 Months Ended | | 12 Months Ended |
| --- | --- | --- | --- | --- |
| | Jan. 01, 2018 | Mar. 31, 2019 | Mar. 31, 2018 | Dec. 31, 2017 |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | |
| Beginning Balance | | $ (6,660) | | |
| **Other comprehensive income (loss):** | | | | |
| Unrealized holding gains (losses) arising during the period | | 7,773 | $ (395) | |
| Tax effect on unrealized gains arising during the period | | (1,632) | 83 | |
| Other comprehensive income, net of tax | | 2,898 | (279) | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | $ (2,600) | | | |
| Ending Balance | | (3,762) | | |
| Pension Liability [Member] | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | |
| Beginning Balance | (2,310) | (3,334) | (2,310) | |
| **Other comprehensive income (loss):** | | | | |
| Change in net actuarial gain | | 35 | 27 | |
| Tax effect on change in net actuarial gain | | (7) | (6) | |
| Other comprehensive income, net of tax | | 28 | 21 | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | $ (569) |
| Ending Balance | | (3,306) | (2,858) | (2,310) |
| Unrealized Gain (Loss) [Member] | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | |
| Beginning Balance | 14,544 | (3,326) | 14,544 | |
| **Other comprehensive income (loss):** | | | | |
| Unrealized holding gains (losses) arising during the period | | 7,773 | (395) | |
| Tax effect on unrealized gains arising during the period | | (1,632) | 83 | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | | (4,141) | 15 | |
| Tax effect on reclassification adjustment for losses included in income tax expense | | 870 | (3) | |
| Other comprehensive income, net of tax | | 2,870 | (300) | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | 3,188 |
| Ending Balance | | (456) | 439 | 14,544 |
| Accumulated Other Comprehensive Income (Loss) [Member] | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | |
| Beginning Balance | $ 12,234 | (6,660) | 12,234 | |
| **Other comprehensive income (loss):** | | | | |
| Change in net actuarial gain | | 35 | 27 | |
| Tax effect on change in net actuarial gain | | (7) | (6) | |
| Unrealized holding gains (losses) arising during the period | | 7,773 | (395) | |

| | | | |
|---|---|---|---|
| Tax effect on unrealized gains arising during the period | (1,632) | 83 | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | (4,141) | 15 | |
| Tax effect on reclassification adjustment for losses included in income tax expense | 870 | (3) | |
| Other comprehensive income, net of tax | 2,898 | (279) | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | 2,619 |
| Ending Balance | $ (3,762) | $ (2,419) | 12,234 |
| Accounting Standards Update 2016-01 [Member] \| Unrealized Gain (Loss) [Member] | | | |
| **Other comprehensive income (loss):** | | | |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | | | (16,993) |
| Accounting Standards Update 2016-01 [Member] \| Accumulated Other Comprehensive Income (Loss) [Member] | | | |
| **Other comprehensive income (loss):** | | | |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | | | $ (16,993) |

APP. 0714

**Leases (Narrative) (Details)**

| | **3 Months Ended** |
| --- | --- |
| | **Mar. 31, 2019** |

**Lessee, Lease, Description [Line Items]**

| Options to extend | true |
| --- | --- |

Minimum [Member]

**Lessee, Lease, Description [Line Items]**

| Remaining lease term | 1 year |
| --- | --- |

Maximum [Member]

**Lessee, Lease, Description [Line Items]**

| Remaining lease term | 13 years |
| --- | --- |

| Leases (Components of Lease Expense and Other Lease Information) (Details) $ in Thousands | 3 Months Ended Mar. 31, 2019 USD ($) |
|---|---|
| **Leases [Abstract]** | |
| Operating Lease Cost | $ 540 |
| Cash paid for amounts included in the measurement of lease liabilities: Operating cash flows from operating leases | 551 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | |
| Short-term lease payments | $ 8 |

| Leases (Component of Lease and Other Information) (Details) $ in Thousands | 3 Months Ended Mar. 31, 2019 USD ($) |
|---|---|
| **Leases [Abstract]** | |
| Operating lease right-of-use assets | $ 17,713 |
| Operating lease liabilities | $ 17,972 |
| Weighted-average remaining lease term - operating leases | 10 years 9 months 18 days |
| Weighted-average discount rate - operating leases | 5.88% |

| Leases (Maturities) (Details) - USD ($) $ in Thousands | Mar. 31, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Future minimum lease payments under non-cancellable leases as of March 31, 2019** | | |
| 2019 | $ 1,338 | |
| 2020 | 2,473 | |
| 2021 | 2,172 | |
| 2022 | 2,171 | |
| 2023 | 1,885 | |
| Thereafter | 15,266 | |
| Total future minimum lease payments | 25,305 | |
| Less imputed interest | (7,333) | |
| Operating lease liabilities | $ 17,972 | |
| **Future minimum lease payments under non-cancellable leases as of December 31, 2018** | | |
| 2019 | | $ 1,889 |
| 2020 | | 2,473 |
| 2021 | | 2,172 |
| 2022 | | 2,171 |
| 2023 | | 1,885 |
| Thereafter | | 15,266 |
| Total future minimum lease payments | | $ 25,856 |

APP. 0718

# Exhibit 9

APP. 0719

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

## FORM 8-K

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):  **August 7, 2019**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

**Item 2.02**          **Results of Operations and Financial Condition**

On August 7, 2019, the Registrant issued a press release announcing its financial results for the three and six months ended June 30, 2019. A copy of the Registrant's press release is attached as Exhibit 99.1 to this Current Report.

**Item 7.01**          **Regulation FD Disclosure**

A copy of the Registrant's second quarter 2019 investor presentation is available on its website at www.hallmarkgrp.com.

**Item 9.01**          **Financial Statements and Exhibits**

(c)     Exhibits.

99.1      Press release dated August 7, 2019.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.

Date: August 7, 2019                    By:     /s/ Jeffrey R. Passmore
                                                Jeffrey R. Passmore, Chief Financial Officer

**Exhibit 99.1**

**FOR IMMEDIATE RELEASE**

**HALLMARK FINANCIAL REPORTS SECOND QUARTER 2019 RESULTS HIGHLIGHTED BY
SIGNIFICANTLY HIGHER EARNINGS AND BOOK VALUE PER SHARE GROWTH**

DALLAS, Texas, (August 7, 2019) - Hallmark Financial Services, Inc. ("Hallmark Financial") (NASDAQ: HALL) today announced financial results for the second quarter and six months ended June 30, 2019.

| *(Unaudited)* | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| **$ in millions:** | | | | |
| Net Income | $ 13.0 | $ 5.1 | $ 28.1 | $ 5.7 |
| Operating Earnings (1) | $ 7.6 | $ 4.7 | $ 13.2 | $ 9.1 |
| | | | | |
| **$ per diluted share:** | | | | |
| Net Income | $ 0.71 | $ 0.28 | $ 1.54 | $ 0.31 |
| Operating Earnings (1) | $ 0.42 | $ 0.26 | $ 0.73 | $ 0.50 |

(1)    See "Non-GAAP Financial Measures" below

**Second Quarter 2019 Highlights (all comparisons to same prior year period):**

Gross premiums written increased 26% to $218.2 million

Net premiums written increased 38% to $123.8 million

Net combined ratio improved to 94.5% compared to 97.0%

Net income of $13.0 million, or $0.71 per diluted share, compared to $5.1 million, or $0.28 per diluted share

Operating earnings of $7.6 million, or $0.42 per diluted share, compared to $4.7 million, or $0.26 per diluted share (see "Non-GAAP Financial Measures" below)

Net investment gains of $6.8 million, including $0.1 million in net realized gains and a $6.7 million increase in net unrealized gains, compared to net investment gains of $0.5 million

---

**Hallmark Financial Services, Inc.**
Two Lincoln Centre
5420 Lyndon B Johnson Freeway, Suite 1100
Dallas, Texas 75240-2345
www.hallmarkgrp.com

**Year-to-Date June 2019 Highlights (all comparisons to same prior year period):**

Gross premiums written increased 24% to $405.6 million

Net premiums written increased 33% to $241.2 million

Net combined ratio improved to 95.4% compared to 97.1%

Net income of $28.1 million, or $1.54 per diluted share, compared to $5.7 million, or $0.31 per diluted share

Operating earnings of $13.2 million, or $0.73 per diluted share, compared to $9.1 million, or $0.50 per diluted share (see "Non-GAAP Financial Measures" below)

Net investment gains of $18.8 million, including $4.2 million in net realized gains and a $14.6 million increase in net unrealized gains, compared to net investment losses of $4.3 million

Annualized return on beginning stockholders' equity of 22%

Annualized operating return on beginning tangible equity of 12.6%, driven by strong underwriting results (see "Non-GAAP Financial Measures" below)

Book value per share grew 12% over prior year and 13% year-to-date to $15.98

| | Second Quarter | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| | **2019** | **2018** | **% Change** | **2019** | **2018** | **% Change** |
| *($ in thousands, unaudited)* | | | | | | |
| Gross premiums written | 218,236 | 173,219 | 26% | 405,552 | 326,724 | 24% |
| Net premiums written | 123,843 | 89,846 | 38% | 241,246 | 181,279 | 33% |
| Net premiums earned | 106,499 | 90,978 | 17% | 205,529 | 182,925 | 12% |
| Investment income, net of expenses | 5,412 | 4,406 | 23% | 10,523 | 8,846 | 19% |
| Investment gains (losses), net | 6,817 | 533 | 1,179% | 18,754 | (4,302) | 536% |
| Net income | 13,029 | 5,090 | 156% | 28,054 | 5,737 | 389% |
| Operating earnings (1) | 7,644 | 4,669 | 64% | 13,238 | 9,136 | 45% |
| Net income per share - basic | $ 0.72 | $ 0.28 | 157% | $ 1.55 | $ 0.32 | 384% |
| Net income per share - diluted | $ 0.71 | $ 0.28 | 154% | $ 1.54 | $ 0.31 | 397% |
| Operating earnings per share - diluted (1) | $ 0.42 | $ 0.26 | 62% | $ 0.73 | $ 0.50 | 46% |
| Book value per share | $ 15.98 | $ 14.23 | 12% | | | |

(1)    See "Non-GAAP Financial Measures" below

**Management Commentary**

*Overview*

Naveen Anand, President and Chief Executive Officer, stated, "The second quarter 2019 results reflect our continued positive momentum as we effectively execute our strategy of building a national specialty business. Operating earnings increased by 64% over the comparable prior year period driven by continued improvement in underwriting results and increased premiums in our specialty markets. For the second quarter, our net combined ratio improved to 94.5% from 97.0% last year. Annualized operating return on tangible equity improved to 12.6%. Rate increases across most of our portfolio were strong and a key contributor to our growth in gross premiums written, along with new business, driven by sharp increase in submissions.

APP. 0723

*Premiums / Segment Overview*

Mr. Anand continued, "These rate increases materialized in our Specialty Commercial Segment, which grew second quarter gross premiums written by 27% over last year and achieved a second quarter net combined ratio of 91.8% versus 95.2% last year. For the quarter, we achieved written rate increases in the double digits, driven by commercial auto as well as most of our E&S lines. Submissions increased over 25% as compared to the first six months of 2018 in the Specialty Commercial Segment. E&S property, commercial auto, E&S casualty and professional liability product lines saw the largest increases in submissions reflecting the market dislocation in these lines. The environment in primary commercial auto remains challenging from a severity perspective and we continue to make strides in improving risk selection, culling our portfolio and increasing rates to exceed rising loss trends.

"Our Personal Segment produced a second quarter 91.5% net combined ratio compared to 105.1% last year. Our Standard Commercial Segment grew second quarter gross written premiums by $0.3 million compared to the prior year. This segment produced a second quarter net combined ratio of 94.2% which included 4.0% attributable to catastrophe losses," concluded Mr. Anand.

*Executive Chairman's Remarks*

Mark E. Schwarz, Executive Chairman of Hallmark Financial, stated, "Book value per share increased 13% to $15.98 during the first six months of 2019, a high-water mark for the Company, driven largely by an increase in the market valuation of our investment portfolio, particularly equities, as well as strong operating earnings. Our net investment income was $10.5 million for the first six months of 2019, representing a 19% increase compared to the prior year period. Our total investments and cash increased 5% during the first six months of 2019 to $700.9 million or $38.67 per share."

**Second Quarter and Year-to-Date 2019 Financial Review**

*Gross Premiums Written*

During the three and six months ended June 30, 2019, Hallmark Financial's gross premiums written were $218.2 million and $405.6 million, respectively, representing an increase of 26% and 24%, respectively, from the $173.2 million and $326.7 million in gross premiums written for the same periods in 2018.

*Net Premiums Written*

During the three and six months ended June 30, 2019, Hallmark Financial's net premiums written were $123.8 million and $241.2 million, respectively, representing an increase of 38% and 33%, respectively, from the $89.8 million and $181.3 million in net premiums written for the same periods of 2018. The increase in net premiums written for the three and six months ended June 30, 2019 was primarily due to premium growth in both the Specialty Commercial and Personal Segments, as well as increased net retention of business in the Personal Segment.

*Net Premiums Earned*
Hallmark Financial's net premiums earned were $106.5 million and $205.5 million for the three and six months ended June 30, 2019, respectively, as compared to $91.0 million and $182.9 million for the same periods in 2018.

*Pre-Tax Income*
Hallmark Financial had pre-tax income of $16.5 million and $35.4 million for the three and six months ended June 30, 2019, respectively, as compared to $6.4 million and $7.2 million reported during the same periods in 2018.

The improvement in income before tax for the three and six months ended June 30, 2019 was largely due to increased net unrealized gains on our equity and other investments of $6.7 million and $14.6 million, respectively, as compared to an increase in net unrealized gains of $0.2 million and a decrease in net unrealized gains of $4.7 million reported for the same periods in 2018. Also contributing to the improvement in income before tax for the quarter and year-to-date was increased net premiums earned, higher finance charges and higher net investment income. Year-to-date net realized gains of $4.2 million as compared to $0.4 million for the comparable prior year period also contributed to the improvement in year-to-date income before tax.

*Loss and Loss Adjustment Expenses ("LAE") and Net Combined Ratio*
These increases in revenue were partially offset by increased losses and LAE for the three and six months ended June 30, 2019 of $9.6 million and $16.0 million, respectively, as compared to the prior year periods due primarily to increased net premiums earned.

Hallmark Financial reported $1.5 million and $1.4 million, respectively, of unfavorable net prior year loss reserve development during the three and six months ended June 30, 2019 as compared to $5.0 million and $4.5 million, respectively, of unfavorable net prior year loss reserve development during the same periods of 2018.

Hallmark Financial had a net loss ratio of 68.8% and 69.7% for the three and six months ended June 30, 2019, respectively, as compared to 70.0% and 69.6% reported during the same periods in 2018. Catastrophe losses contributed 1.9% and 2.0% to the net loss ratios for the three and six months ended June 30, 2019, as compared to 2.2% and 1.6% for the same periods of the prior year.

The expense ratio was 25.7% for both the three and six months ended June 30, 2019, respectively, as compared to 27.0% and 27.5% reported during the same periods in 2018. The Company reported a net combined ratio of 94.5% and 95.4% for the three and six months ended June 30, 2019, compared to 97.0% and 97.1% during the same periods in 2018.

Page **4** of **11**

*Net Income*

Hallmark Financial reported net income of $13.0 million and $28.1 million for the three and six months ended June 30, 2019 as compared to $5.1 million and $5.7 million for the three and six months ended June 30, 2018.

On a diluted basis per share, the Company reported net income of $0.71 per share and $1.54 per share for the three and six months ended June 30, 2019 as compared to $0.28 per share and $0.31 per share for the three and six months ended June 30, 2018.

**Non-GAAP Financial Measures**

The Company's financial statements are prepared in accordance with United States generally accepted accounting principles ("GAAP"). However, the Company also presents and discusses certain non-GAAP financial measures that it believes are useful to investors as measures of operating performance. Management may also use such non-GAAP financial measures in evaluating the effectiveness of business strategies and for planning and budgeting purposes. However, these non-GAAP financial measures should not be viewed as an alternative or substitute for the results reflected in the Company's GAAP financial statements. In addition, the Company's definitions of these items may not be comparable to the definitions used by other companies.

Operating earnings and operating earnings per share are calculated by excluding net investment gains and losses from GAAP net income. Management believes that operating earnings and operating earnings per share provide useful information to investors about the performance of and underlying trends in the Company's core insurance operations. Net income and net income per share are the GAAP measures that are most directly comparable to operating earnings and operating earnings per share. A reconciliation of operating earnings and operating earnings per share to the most comparable GAAP financial measures is presented below.

APP. 0726

| ($ in thousands) | Income Before Tax | | Less Tax Effect | | Net After Tax | | Weighted Average Shares Diluted | Diluted Per Share | |
|---|---|---|---|---|---|---|---|---|---|
| **Second Quarter 2019** | | | | | | | | | |
| **Reported GAAP measures** | $ | 16,484 | $ | 3,455 | $ | **13,029** | 18,251 | $ | **0.71** |
| Excluded investment (gains)/losses | $ | (6,817) | $ | (1,432) | $ | (5,385) | 18,251 | $ | (0.30) |
| **Operating earnings** | $ | 9,667 | $ | 2,023 | $ | **7,644** | 18,251 | $ | **0.42** |
| | | | | | | | | | |
| **Second Quarter 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | 6,372 | $ | 1,282 | $ | **5,090** | 18,174 | $ | **0.28** |
| Excluded investment (gains)/losses | $ | (533) | $ | (112) | $ | (421) | 18,174 | $ | (0.02) |
| **Operating earnings** | $ | 5,839 | $ | 1,170 | $ | **4,669** | 18,174 | $ | **0.26** |
| | | | | | | | | | |
| **Year-to-Date 2019** | | | | | | | | | |
| **Reported GAAP measures** | $ | 35,402 | $ | 7,348 | $ | **28,054** | 18,250 | $ | **1.54** |
| Excluded investment (gains)/losses | $ | (18,754) | $ | (3,938) | $ | (14,816) | 18,250 | $ | (0.81) |
| **Operating earnings** | $ | 16,648 | $ | 3,410 | $ | **13,238** | 18,250 | $ | **0.73** |
| | | | | | | | | | |
| **Year-to-Date 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | 7,181 | $ | 1,444 | $ | **5,737** | 18,230 | $ | **0.31** |
| Excluded investment (gains)/losses | $ | 4,302 | $ | 903 | $ | 3,399 | 18,230 | $ | 0.19 |
| **Operating earnings** | $ | 11,483 | $ | 2,347 | $ | **9,136** | 18,230 | $ | **0.50** |

Operating return on beginning tangible equity is calculated as operating earnings divided by GAAP equity at the beginning of the period excluding goodwill. Management believes that operating return on beginning tangible equity provides useful information to investors about the performance of the Company's core insurance operations relative to its core shareholder equity exclusive of non-depreciable goodwill from prior acquisitions. Return on beginning equity is the GAAP measure that is most directly comparable to operating return on beginning tangible equity. A reconciliation of operating return on beginning tangible equity to return on beginning equity is presented below.

| | | |
|---|---|---|
| Year-to-date 2019 net income | 28,054 | a |
| Excluded investment gains, net of tax | (14,816) | |
| Year-to-date 2019 operating earnings | 13,238 | b |
| Annualized year-to-date 2019 net income | 56,108 | (a x 2) |
| Annualized year-to-date 2019 operating earnings | 26,476 | (b x 2) |
| | | |
| Beginning GAAP equity | 255,532 | c |
| Reverse goodwill | (44,695) | |
| Beginning tangible equity | 210,837 | d |
| | | |
| Annualized return on beginning GAAP equity | 22.0% | (a x 2) / c |
| Annualized operating return on beginning tangible equity | 12.6% | (b x 2) / d |

Page **6** of **11**

APP. 0727

**About Hallmark Financial**

Hallmark Financial is a specialty property and casualty insurance holding company with a diversified portfolio of insurance products written on a national platform. With six insurance subsidiaries and offices in Dallas/Fort Worth, San Antonio, Chicago, Jersey City and Atlanta, Hallmark Financial markets, underwrites and services over $650 million annually in commercial and personal insurance premiums in select markets. Hallmark Financial is headquartered in Dallas, Texas and its common stock is listed on NASDAQ under the symbol "HALL."

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ materially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

For further information, please contact:
Mr. Naveen Anand, President and Chief Executive Officer at 817.348.1600
www.hallmarkgrp.com

Page **7** of **11**

APP. 0728

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**

*($ in thousands, except par value)*

| | | Jun. 30 2019 | | Dec. 31 2018 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Investments: | | *(unaudited)* | | |
| Debt securities, available-for-sale, at fair value (amortized cost: $530,516 in 2019 and $550,268 in 2018) | $ | 533,148 | $ | 545,870 |
| Equity securities (cost: $68,709 in 2019 and $68,709 in 2018) | | 94,012 | | 80,896 |
| Other investment (cost: $3,763 in 2019 and $3,763 in 2018) | | 2,585 | | 1,148 |
| Total investments | | 629,745 | | 627,914 |
| Cash and cash equivalents | | 67,670 | | 35,594 |
| Restricted cash | | 3,486 | | 4,877 |
| Ceded unearned premiums | | 150,883 | | 133,031 |
| Premiums receivable | | 144,674 | | 119,778 |
| Accounts receivable | | 1,332 | | 1,619 |
| Receivable for securities | | 2,581 | | 3,369 |
| Reinsurance recoverable | | 300,155 | | 252,029 |
| Deferred policy acquisition costs | | 20,308 | | 14,291 |
| Goodwill | | 44,695 | | 44,695 |
| Intangible assets, net | | 6,323 | | 7,555 |
| Deferred federal income taxes, net | | - | | 4,983 |
| Prepaid expenses | | 3,282 | | 2,588 |
| Other assets | | 30,634 | | 12,571 |
| Total Assets | $ | 1,405,768 | $ | 1,264,894 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Liabilities: | | | | |
| Revolving credit facility payable | $ | 30,000 | $ | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $872 in 2019 and $898 in 2018) | | 55,830 | | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | | 551,543 | | 527,247 |
| Unearned premiums | | 351,630 | | 298,061 |
| Reinsurance balances payable | | 73,977 | | 67,328 |
| Current federal income tax payable | | 870 | | 4 |
| Deferred federal income taxes, net | | 143 | | - |
| Pension liability | | 1,946 | | 2,018 |
| Payable for securities | | 3,167 | | 698 |
| Accounts payable and other accrued expenses | | 47,126 | | 28,202 |
| Total Liabilities | | 1,116,232 | | 1,009,362 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | | 3,757 | | 3,757 |
| Additional paid-in capital | | 122,778 | | 123,168 |
| Retained earnings | | 189,249 | | 161,195 |
| Accumulated other comprehensive loss | | (1,047) | | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 shares in 2018), at cost | | (25,201) | | (25,928) |
| Total Stockholders' Equity | | 289,536 | | 255,532 |
| Total Liabilities & Stockholders' Equity | $ | 1,405,768 | $ | 1,264,894 |

Page **8** of **11**

APP. 0729

**Hallmark Financial Services, Inc. and Subsidiaries**

**Consolidated Statements of Operations**

*($ in thousands, except per share amounts)*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | *(unaudited)* | *(unaudited)* | *(unaudited)* | *(unaudited)* |
| Gross premiums written | $ 218,236 | $ 173,219 | $ 405,552 | $ 326,724 |
| Ceded premiums written | (94,393) | (83,373) | (164,306) | (145,445) |
| Net premiums written | 123,843 | 89,846 | 241,246 | 181,279 |
| Change in unearned premiums | (17,344) | 1,132 | (35,717) | 1,646 |
| Net premiums earned | 106,499 | 90,978 | 205,529 | 182,925 |
| | | | | |
| Investment income, net of expenses | 5,412 | 4,406 | 10,523 | 8,846 |
| Investment gains (losses), net | 6,817 | 533 | 18,754 | (4,302) |
| Finance charges | 1,797 | 1,161 | 3,531 | 2,201 |
| Commission and fees | 364 | 1,032 | 657 | 1,735 |
| Other income | 14 | 15 | 30 | 61 |
| Total revenues | 120,903 | 98,125 | 239,024 | 191,466 |
| | | | | |
| Losses and loss adjustment expenses | 73,226 | 63,648 | 143,313 | 127,323 |
| Operating expenses | 29,336 | 26,360 | 56,582 | 53,573 |
| Interest expense | 1,240 | 1,128 | 2,493 | 2,155 |
| Amortization of intangible assets | 617 | 617 | 1,234 | 1,234 |
| Total expenses | 104,419 | 91,753 | 203,622 | 184,285 |
| | | | | |
| Income before tax | 16,484 | 6,372 | 35,402 | 7,181 |
| Income tax expense | 3,455 | 1,282 | 7,348 | 1,444 |
| Net income | $ 13,029 | $ 5,090 | $ 28,054 | $ 5,737 |
| | | | | |
| Net income per share: | | | | |
| Basic | $ 0.72 | $ 0.28 | $ 1.55 | $ 0.32 |
| Diluted | $ 0.71 | $ 0.28 | $ 1.54 | $ 0.31 |

Page **9** of **11**

APP. 0730

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
Three Months Ended Jun. 30

| ($ in thousands, unaudited) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $ 172,940 | $ 136,079 | $ 21,835 | $ 21,574 | $ 23,461 | $ 15,566 | $ - | $ - | $218,236 | $173,219 |
| Ceded premiums written | (83,370) | (72,083) | (7,170) | (2,645) | (3,853) | (8,645) | - | - | (94,393) | (83,373) |
| Net premiums written | 89,570 | 63,996 | 14,665 | 18,929 | 19,608 | 6,921 | - | - | 123,843 | 89,846 |
| Change in unearned premiums | (20,216) | 2,333 | 1,611 | (824) | 1,261 | (377) | - | - | (17,344) | 1,132 |
| Net premiums earned | 69,354 | 66,329 | 16,276 | 18,105 | 20,869 | 6,544 | - | - | 106,499 | 90,978 |
| Total revenues | 73,592 | 72,081 | 17,310 | 19,247 | 23,116 | 7,916 | 6,885 | (1,119) | 120,903 | 98,125 |
| Losses and loss adjustment expenses | 48,374 | 48,352 | 10,613 | 10,621 | 14,239 | 4,675 | - | - | 73,226 | 63,648 |
| Pre-tax income (loss) | 10,427 | 8,770 | 2,057 | 2,656 | 2,441 | (1) | 1,559 | (5,053) | 16,484 | 6,372 |
| Net loss ratio (1) | 69.7% | 72.9% | 65.2% | 58.7% | 68.2% | 71.4% | | | 68.8% | 70.0% |
| Net expense ratio (1) | 22.1% | 22.3% | 29.0% | 33.2% | 23.3% | 33.7% | | | 25.7% | 27.0% |
| Net combined ratio (1) | 91.8% | 95.2% | 94.2% | 91.9% | 91.5% | 105.1% | | | 94.5% | 97.0% |
| Favorable (Unfavorable) Prior Year Development | (3,277) | (5,849) | 1,778 | 507 | 29 | 359 | - | - | (1,470) | (4,983) |

(1)    The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

Page **10** of **11**

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Segment Data**
Six Months Ended Jun. 30

| ($ in thousands, unaudited) | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $ 307,339 | $ 250,892 | $ 47,363 | $ 44,371 | $ 50,850 | $ 31,461 | $ - | $ - | $ 405,552 | $ 326,724 |
| Ceded premiums written | (140,731) | (122,741) | (15,273) | (5,200) | (8,302) | (17,504) | - | - | (164,306) | (145,445) |
| Net premiums written | 166,608 | 128,151 | 32,090 | 39,171 | 42,548 | 13,957 | - | - | 241,246 | 181,279 |
| Change in unearned premiums | (33,066) | 5,868 | 1,560 | (3,199) | (4,211) | (1,023) | - | - | (35,717) | 1,646 |
| Net premiums earned | 133,542 | 134,019 | 33,650 | 35,972 | 38,337 | 12,934 | - | - | 205,529 | 182,925 |
| Total revenues | 141,559 | 145,205 | 35,683 | 38,122 | 42,599 | 15,536 | 19,183 | (7,397) | 239,024 | 191,466 |
| Losses and loss adjustment expenses | 94,323 | 95,895 | 22,264 | 22,301 | 26,726 | 9,127 | - | - | 143,313 | 127,323 |
| Pre-tax income (loss) | 18,395 | 18,528 | 3,564 | 3,975 | 4,014 | (23) | 9,429 | (15,299) | 35,402 | 7,181 |
| Net loss ratio (1) | 70.6% | 71.6% | 66.2% | 62.0% | 69.7% | 70.6% | | | 69.7% | 69.6% |
| Net expense ratio (1) | 22.2% | 23.0% | 29.7% | 33.2% | 22.8% | 34.6% | | | 25.7% | 27.5% |
| Net combined ratio (1) | 92.8% | 94.6% | 95.9% | 95.2% | 92.5% | 105.2% | | | 95.4% | 97.1% |
| Net Favorable (Unfavorable) Prior Year Development | (5,203) | (6,861) | 3,583 | 1,560 | 216 | 848 | - | - | (1,404) | (4,453) |

(1) The net loss ratio is calculated as incurred losses and loss adjustment expenses divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. The net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

Page **11** of **11**

APP. 0732

# Exhibit 10

APP. 0733

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**WASHINGTON, D.C. 20549**

**FORM 10-Q**

Quarterly report pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

For the quarterly period ended June 30, 2019

Commission file number 001‑11252

**Hallmark Financial Services, Inc.**

(Exact name of registrant as specified in its charter)

| Nevada | 87-0447375 |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (I.R.S. Employer Identification No.) |

| 5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas | 75240 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (817) 348‑1600

777 Main Street, Suite 1000, Fort Worth, Texas 76102
(former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.18 par value | HALL | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes   ☒      No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer,  a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer,"  "smaller reporting company" and "emerging growth company" in Rule 12b‑2 of the Exchange Act.

Large accelerated filer ☐                Accelerated filer ☒

Non-accelerated filer ☐        Smaller reporting company ☒        Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 15(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b‑2 of the Exchange Act).  Yes ☐ No ☒

        Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: Common Stock, par value $.18 per share –18,123,093 shares outstanding as of August 9, 2019.

APP. 0735

**PART I**
**FINANCIAL INFORMATION**

**Item 1.  Financial Statements**

**INDEX TO FINANCIAL STATEMENTS**

|  | Page Number |
|---|---|
| Consolidated Balance Sheets at June 30, 2019 (unaudited) and December 31, 2018 | 3 |
| Consolidated Statements of Operations (unaudited) for the three months and six months ended June 30, 2019 and June 30, 2018 | 4 |
| Consolidated Statements of Comprehensive Income (unaudited) for the three months and six months ended June 30, 2019 and June 30, 2018 | 5 |
| Consolidated Statements of Stockholders' Equity (unaudited) for the three months and six months ended June 30, 2019 and June 30, 2018 | 6 |
| Consolidated Statements of Cash Flows (unaudited) for the six months ended June 30, 2019 and June 30, 2018 | 7 |
| Notes to Consolidated Financial Statements (unaudited) | 8 |

2

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
($ in thousands, except par value)

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| | (unaudited) | |
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $530,516 in 2019 and $550,268 in 2018) | $ 533,148 | $ 545,870 |
| Equity securities (cost; $68,709 in 2019 and $68,709 in 2018) | 94,012 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 2,585 | 1,148 |
| Total investments | 629,745 | 627,914 |
| Cash and cash equivalents | 67,670 | 35,594 |
| Restricted cash | 3,486 | 4,877 |
| Ceded unearned premiums | 150,883 | 133,031 |
| Premiums receivable | 144,674 | 119,778 |
| Accounts receivable | 1,332 | 1,619 |
| Receivable for securities | 2,581 | 3,369 |
| Reinsurance recoverable | 300,155 | 252,029 |
| Deferred policy acquisition costs | 20,308 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 6,323 | 7,555 |
| Deferred federal income taxes, net | — | 4,983 |
| Prepaid expenses | 3,282 | 2,588 |
| Other assets | 30,634 | 12,571 |
| Total assets | $ 1,405,768 | $ 1,264,894 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Revolving credit facility payable | $ 30,000 | $ 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $872 in 2019 and $898 in 2018) | 55,830 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 551,543 | 527,247 |
| Unearned premiums | 351,630 | 298,061 |
| Reinsurance balances payable | 73,977 | 67,328 |
| Pension liability | 1,946 | 2,018 |
| Payable for securities | 3,167 | 698 |
| Federal income tax payable | 870 | 4 |
| Deferred federal income taxes, net | 143 | — |
| Accounts payable and other accrued expenses | 47,126 | 28,202 |
| Total liabilities | 1,116,232 | 1,009,362 |
| Commitments and contingencies (Note 17) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 122,778 | 123,168 |
| Retained earnings | 189,249 | 161,195 |
| Accumulated other comprehensive loss | (1,047) | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 shares in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 289,536 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,405,768 | $ 1,264,894 |

The accompanying notes are an integral part of the consolidated financial statements

3

APP. 0737

Table of Contents

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
(Unaudited)
($ in thousands, except per share amounts)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $ 218,236 | $ 173,219 | $ 405,552 | $ 326,724 |
| Ceded premiums written | (94,393) | (83,373) | (164,306) | (145,445) |
| Net premiums written | 123,843 | 89,846 | 241,246 | 181,279 |
| Change in unearned premiums | (17,344) | 1,132 | (35,717) | 1,646 |
| Net premiums earned | 106,499 | 90,978 | 205,529 | 182,925 |
| | | | | |
| Investment income, net of expenses | 5,412 | 4,406 | 10,523 | 8,846 |
| Investment gains (losses), net | 6,817 | 533 | 18,754 | (4,302) |
| Finance charges | 1,797 | 1,161 | 3,531 | 2,201 |
| Commission and fees | 364 | 1,032 | 657 | 1,735 |
| Other income | 14 | 15 | 30 | 61 |
| | | | | |
| Total revenues | 120,903 | 98,125 | 239,024 | 191,466 |
| | | | | |
| Losses and loss adjustment expenses | 73,226 | 63,648 | 143,313 | 127,323 |
| Operating expenses | 29,336 | 26,360 | 56,582 | 53,573 |
| Interest expense | 1,240 | 1,128 | 2,493 | 2,155 |
| Amortization of intangible assets | 617 | 617 | 1,234 | 1,234 |
| | | | | |
| Total expenses | 104,419 | 91,753 | 203,622 | 184,285 |
| | | | | |
| Income before tax | 16,484 | 6,372 | 35,402 | 7,181 |
| Income tax expense | 3,455 | 1,282 | 7,348 | 1,444 |
| Net income | 13,029 | 5,090 | 28,054 | 5,737 |
| | | | | |
| Net income per share: | | | | |
| Basic | $ 0.72 | $ 0.28 | $ 1.55 | $ 0.32 |
| Diluted | $ 0.71 | $ 0.28 | $ 1.54 | $ 0.31 |

The accompanying notes are an integral part of the consolidated financial statements

4

APP. 0738

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Comprehensive Income**
(Unaudited)
($ in thousands)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Net income | $ 13,029 | $ 5,090 | $ 28,054 | $ 5,737 |
| Other comprehensive income: | | | | |
| Change in net actuarial gain | 37 | 26 | 72 | 53 |
| Tax effect on change in net actuarial gain | (8) | (5) | (15) | (11) |
| Unrealized holding gains arising during the period | 3,460 | 2,321 | 11,233 | 1,926 |
| Tax effect on unrealized holding gains arising during the period | (727) | (487) | (2,359) | (404) |
| Reclassification adjustment for gains included in net income | (60) | (381) | (4,201) | (366) |
| Tax effect on reclassification adjustment for gains included in net income | 13 | 80 | 883 | 77 |
| Other comprehensive income, net of tax | 2,715 | 1,554 | 5,613 | 1,275 |
| Comprehensive income | $ 15,744 | $ 6,644 | $ 33,667 | $ 7,012 |

The accompanying notes are an integral part of the consolidated financial statements

5

APP. 0739

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Stockholders' Equity**
(Unaudited)
($ in thousands)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| **Common Stock** | | | | |
| Balance, beginning of period | $ 3,757 | $ 3,757 | $ 3,757 | $ 3,757 |
| | | | | |
| Balance, end of period | 3,757 | 3,757 | 3,757 | 3,757 |
| | | | | |
| **Additional Paid-In Capital** | | | | |
| Balance, beginning of period | 122,638 | 123,224 | 123,168 | 123,180 |
| Equity based compensation | 140 | (43) | 197 | 1 |
| Shares issued under employee benefit plans | — | (164) | (587) | (164) |
| Balance, end of period | 122,778 | 123,017 | 122,778 | 123,017 |
| | | | | |
| **Retained Earnings** | | | | |
| Balance, beginning of period | 176,220 | 151,495 | 161,195 | 136,474 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | 16,993 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | (2,619) |
| Net income | 13,029 | 5,090 | 28,054 | 5,737 |
| Balance, end of period | 189,249 | 156,585 | 189,249 | 156,585 |
| | | | | |
| **Accumulated Other Comprehensive Income** | | | | |
| Balance, beginning of period | (3,762) | (2,419) | (6,660) | 12,234 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | (16,993) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | 2,619 |
| Additional minimum pension liability, net of tax | 29 | 21 | 57 | 42 |
| Unrealized holding gains arising during period, net of tax | 2,733 | 1,834 | 8,874 | 1,522 |
| Reclassification adjustment for gains included in net income, net of tax | (47) | (301) | (3,318) | (289) |
| Balance, end of period | (1,047) | (865) | (1,047) | (865) |
| | | | | |
| **Treasury Stock** | | | | |
| Balance, beginning of period | (25,201) | (24,904) | (25,928) | (24,527) |
| Acquisition of treasury stock | — | (1,087) | (1,380) | (1,464) |
| Shares issued under employee benefit plans | — | 406 | 2,107 | 406 |
| Balance, end of period | (25,201) | (25,585) | (25,201) | (25,585) |
| | | | | |
| **Total Stockholders' Equity** | $289,536 | $256,909 | $289,536 | $256,909 |

The accompanying notes are an integral part of the consolidated financial statements

6

APP. 0740

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Cash Flows**
(Unaudited)
($ in thousands)

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Cash flows from operating activities: | | |
| Net income | $ 28,054 | $ 5,737 |
| | | |
| Adjustments to reconcile net income to cash provided by (used in) operating activities: | | |
| Depreciation and amortization expense | 2,626 | 2,479 |
| Deferred federal income taxes | 3,634 | (988) |
| Investment (gains) losses, net | (18,754) | 4,302 |
| Share-based payments expense | 197 | 1 |
| Change in ceded unearned premiums | (17,852) | (15,181) |
| Change in premiums receivable | (24,896) | (7,815) |
| Change in accounts receivable | 287 | (538) |
| Change in deferred policy acquisition costs | (6,017) | 1,944 |
| Change in unpaid losses and loss adjustment expenses | 24,296 | (6,548) |
| Change in unearned premiums | 53,569 | 13,535 |
| Change in reinsurance recoverable | (48,126) | (32,117) |
| Change in reinsurance balances payable | 6,649 | 13,072 |
| Change in current federal income tax payable | 866 | 7,719 |
| Change in all other liabilities | (2,708) | 2,899 |
| Change in all other assets | 4,860 | 1,604 |
| Net cash provided by (used in) operating activities | 6,685 | (9,895) |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (2,447) | (1,118) |
| Purchases of investment securities | (97,292) | (97,610) |
| Maturities, sales and redemptions of investment securities | 123,599 | 124,873 |
| Net cash provided by investing activities | 23,860 | 26,145 |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Purchase of treasury shares | (1,380) | (1,464) |
| Net cash provided by (used in) financing activities | 140 | (1,222) |
| Increase in cash and cash equivalents and restricted cash | 30,685 | 15,028 |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 71,156 | $ 82,661 |

The accompanying notes are an integral part of the consolidated financial statements

7

APP. 0741

**Hallmark Financial Services, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements (Unaudited)**

### 1. General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets.  We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies.  Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

### 2. Basis of Presentation

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10-K filed with the SEC.

The interim financial data as of June 30, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the periods ended June 30, 2019 are not necessarily indicative of the operating results to be expected for the full year.

8

Table of Contents

## *Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

## *Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

## *Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10‑K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

## *Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of June 30, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $42.6 million as of June 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

## *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities

9

APP. 0744

and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### *Adoption of New Accounting Pronouncements*

In  February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑ 10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‑01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‑01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the

recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of June 30, 2019, $17.1 million of right-of-use assets and $17.6 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‐15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‐15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‐18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‐18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‐09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework-Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the

11

Table of Contents

reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016‑13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

### 3. Fair Value

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

APP. 0747

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at June 30, 2019 and December 31, 2018 (in thousands):

| | As of June 30, 2019 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,422 | $ - | $ 48,422 |
| Corporate bonds | — | 225,810 | 533 | 226,343 |
| Collateralized corporate bank loans | — | 132,678 | - | 132,678 |
| Municipal bonds | — | 115,849 | - | 115,849 |
| Mortgage-backed | — | 9,856 | - | 9,856 |
| Total debt securities | — | 532,615 | 533 | 533,148 |
| Total equity securities | 94,012 | — | — | 94,012 |
| Total other investments | 2,585 | — | — | 2,585 |
| Total investments | $ 96,597 | $ 532,615 | $ 533 | $629,745 |

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

13

APP. 0748

Table of Contents

Due to significant unobservable inputs into the valuation model for one corporate bond as of June 30, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the six months ended June 30, 2019 and 2018 (in thousands):

| | | |
|---|---|---|
| Beginning balance as of January 1, 2019 | $ | 291 |
| Sales | | — |
| Settlements | | — |
| Purchases | | — |
| Issuances | | — |
| Total realized/unrealized gains included in net income | | 242 |
| Net gain included in other comprehensive income | | — |
| Transfers into Level 3 | | — |
| Transfers out of Level 3 | | — |
| Ending balance as of June 30, 2019 | $ | 533 |
| | | |
| Beginning balance as of January 1, 2018 | $ | 3,757 |
| Sales | | (2,925) |
| Settlements | | — |
| Purchases | | — |
| Issuances | | — |
| Total realized/unrealized gains included in net income | | 104 |
| Net gains included in other comprehensive income | | — |
| Transfers into Level 3 | | — |
| Transfers out of Level 3 | | (621) |
| Ending balance as of June 30, 2018 | $ | 315 |

14

APP. 0749

**4. Investments**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| As of June 30, 2019 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,369 | $ 112 | $ (59) | $ 48,422 |
| Corporate bonds | 223,770 | 2,813 | (240) | 226,343 |
| Collateralized corporate bank loans | 133,840 | 59 | (1,221) | 132,678 |
| Municipal bonds | 114,638 | 1,304 | (93) | 115,849 |
| Mortgage-backed | 9,899 | 51 | (94) | 9,856 |
| Total debt securities | 530,516 | 4,339 | (1,707) | 533,148 |
| Total equity securities | 68,709 | 30,657 | (5,354) | 94,012 |
| Total other investments | 3,763 | — | (1,178) | 2,585 |
| Total investments | $ 602,988 | $ 34,996 | $ (8,239) | $ 629,745 |
| | | | | |
| As of December 31, 2018 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ — | $ — |
| Corporate bonds | (6) | (14) | 17 | (22) |
| Collateralized corporate bank loans | 21 | 35 | 38 | 47 |
| Municipal bonds | 46 | 2 | 4,147 | (19) |
| Mortgage-backed | (1) | (1) | (1) | 1 |
| Equity securities | — | 359 | — | 359 |
| Gain on investments | 60 | 381 | 4,201 | 366 |
| Unrealized gains (losses) on equity securities | 5,356 | 553 | 13,116 | (3,904) |
| Unrealized gains (losses) on other investments | 1,401 | (401) | 1,437 | (764) |
| Investment gains (losses), net | $ 6,817 | $ 533 | $ 18,754 | $ (4,302) |

We realized gross gains on investments of $0.2 million and $0.5 million during the three months ended June 30, 2019 and 2018, respectively and $4.4 million and $0.6 million for the six months ended June 30, 2019 and 2018, respectively. We realized gross losses on investments of $0.1 million and $0.1 million for the three months ended June 30, 2019 and 2018, respectively, and $0.2 million and $0.2 million for the six months ended June 30, 2019 and 2018, respectively. We recorded proceeds from the sale of investment securities of $0.1 million and $14.2 million during the three months ended June 30, 2019 and 2018, respectively, and $7.0 million and $14.2 million for the six months ended June 30, 2019 or 2018, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

15

APP. 0750

Table of Contents

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of June 30, 2019 and December 31, 2018 (in thousands):

| | As of June 30, 2019 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,216 | $ (59) | $ 23,216 | $ (59) |
| Corporate bonds | 18,143 | (144) | 36,011 | (96) | 54,154 | (240) |
| Collateralized corporate bank loans | 85,804 | (871) | 17,564 | (350) | 103,368 | (1,221) |
| Municipal bonds | 10,898 | (55) | 5,735 | (38) | 16,633 | (93) |
| Mortgage-backed | 3,518 | (6) | 3,911 | (88) | 7,429 | (94) |
| Total debt securities | 118,363 | (1,076) | 86,437 | (631) | 204,800 | (1,707) |
| Total equity securities | 7,952 | (1,588) | 4,524 | (3,766) | 12,476 | (5,354) |
| Total other investments | 28 | (10) | 2,557 | (1,168) | 2,585 | (1,178) |
| Total investments | $ 126,343 | $ (2,674) | $ 93,518 | $ (5,565) | $ 219,861 | $ (8,239) |

| | As of December 31, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 173 debt securities with an unrealized loss, of which 117 were in an unrealized loss position for less than one year and 56 were in an unrealized loss position for a period of one year or greater, as of June 30, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

16

APP. 0751

Details regarding the carrying value of the other investments portfolio as of June 30, 2019 and December 31, 2018 are as follows (in thousands):

| Investment Type | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| Equity warrant | $ | 2,585 | $ | 1,148 |
| Total other investments | $ | 2,585 | $ | 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at June 30, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | | Fair Value | |
|---|---|---|---|---|
| | (in thousands) | | | |
| Due in one year or less | $ | 117,306 | $ | 117,293 |
| Due after one year through five years | | 276,397 | | 278,718 |
| Due after five years through ten years | | 96,047 | | 95,636 |
| Due after ten years | | 30,867 | | 31,645 |
| Mortgage-backed | | 9,899 | | 9,856 |
| | $ | 530,516 | $ | 533,148 |

**5. Pledged Investments**

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.7 million and $29.5 million at June 30, 2019 and December 31, 2018, respectively.

17

APP. 0752

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | June 30, 2019 | June 30, 2018 |
|---|---|---|
| Balance at January 1 | $ 527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 141,909 | 122,870 |
| Prior years | 1,404 | 4,453 |
| Total incurred | 143,313 | 127,323 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 38,563 | 28,321 |
| Prior years | 107,899 | 140,339 |
| Total paid | 146,462 | 168,660 |
|  |  |  |
| Net balance at June 30 | 302,382 | 331,151 |
| Plus reinsurance recoverable | 249,161 | 189,401 |
| Balance at June 30 | $ 551,543 | $ 520,552 |

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | June 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Specialty Commercial Segment | $ 5,203 | $ 6,861 |
| Standard Commercial Segment | (3,583) | (1,560) |
| Personal Segment | (216) | (848) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ 1,404 | $ 4,453 |

The following describes the primary factors behind each segment's prior accident year reserve development for the six months ended June 30, 2019 and 2018:

Six months ended June 30, 2019:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by net favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by net favorable development in the 2018 accident year. We experienced net favorable development in our E&S Property and Professional Liability business units, partially offset by net unfavorable development in our Aerospace & Programs business unit.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2014 and 2012 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the general liability line of business in the 2016 and 2015 accident years. Our Commercial Accounts business unit experienced net

18

Table of Contents

favorable development in the 2017 and 2015 accident years in the occupational accident line of business, partially offset by net unfavorable development in the 2016 accident year. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and 2012 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2017, 2015,  2013 and prior accident years, partially offset by unfavorable development in the 2016 and 2014 accident years.

Six months ended June 30, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto liability line of business in the 2017 accident year. We experienced net unfavorable development in our E&S Property, Professional Liability, E&S Casualty and Aerospace& Programs business units.

*Standard Commercial Segment.* Our  Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015.  As of June 30, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015.  There are 2,000,000 shares authorized for issuance under the 2015 LTIP.  As of June 30, 2019, restricted stock units representing the right to receive up to 383,530 shares of our common stock were outstanding under the 2015 LTIP.  There were no stock option awards granted under the 2015 LTIP as of June 30, 2019.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%,  20%,  30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

19

A summary of the status of our stock options as of June 30, 2019 and changes during the six months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |
| Exercisable at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ 122 | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

As of June 30, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first six months of 2019 or 2018.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value

20

of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively.  We incurred compensation expense of $140 thousand and $197 thousand related to restricted stock units during the three months and six months ended June 30, 2019, respectively.  We incurred compensation (benefit) expense of ($43) thousand and $1 thousand related to restricted stock units during the three and six months ended June 30, 2018, respectively.  We recorded income tax benefit of $29 thousand and $41 thousand related to restricted stock units during the three months and six months ended June 30, 2019, respectively. We recorded income tax expense of $9 thousand related to restricted stock units during the three months ended June 30, 2018.  We recorded de-minimus income tax expense related to restricted stock units during the six months ended June 30, 2018.

The following table details the status of our restricted stock units as of and for the six months ended June 30, 2019 and 2018:

|  | Number of Restricted Stock Units | |
|---|---|---|
|  | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at June 30 | 255,687 | 194,838 |

As of June 30, 2019, there was $1.4 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $0.9 million of compensation cost related to unvested restricted stock units, of which $0.3 million is expected to be recognized during the remainder of 2019, $0.5 million is expected to be recognized in 2020 and $0.1 million is expected to be recognized in 2021.

**8. Segment Information**

The following is business segment information for the three and six months ended June 30, 2019 and 2018 (in thousands):

|  | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 |
| Revenues |  |  |  |  |
| Specialty Commercial Segment | $ 73,592 | $ 72,081 | $ 141,559 | $ 145,205 |
| Standard Commercial Segment | 17,310 | 19,247 | 35,683 | 38,122 |
| Personal Segment | 23,116 | 7,916 | 42,599 | 15,536 |
| Corporate | 6,885 | (1,119) | 19,183 | (7,397) |
| Consolidated | $ 120,903 | $ 98,125 | $ 239,024 | $ 191,466 |
|  |  |  |  |  |
| Pre-tax income (loss) |  |  |  |  |
| Specialty Commercial Segment | $ 10,427 | $ 8,770 | $ 18,395 | $ 18,528 |
| Standard Commercial Segment | 2,057 | 2,656 | 3,564 | 3,975 |
| Personal Segment | 2,441 | (1) | 4,014 | (23) |
| Corporate | 1,559 | (5,053) | 9,429 | (15,299) |
| Consolidated | $ 16,484 | $ 6,372 | $ 35,402 | $ 7,181 |

21

APP. 0756

The following is additional business segment information as of the dates indicated (in thousands):

| Assets: | | June 30, 2019 | | December 31, 2018 |
|---|---|---|---|---|
| Specialty Commercial Segment | $ | 1,005,810 | $ | 858,262 |
| Standard Commercial Segment | | 184,101 | | 158,881 |
| Personal Segment | | 170,348 | | 226,431 |
| Corporate | | 45,509 | | 21,320 |
| Consolidated | $ | 1,405,768 | $ | 1,264,894 |

## 9. Reinsurance

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of June 30, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Ceded earned premiums | $ 76,309 | $ 68,635 | $ 146,455 | $ 130,264 |
| Reinsurance recoveries | $ 58,975 | $ 43,989 | $ 107,564 | $ 93,427 |

## 10. Revolving Credit Facility

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of June 30, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of June 30, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain

22

APP. 0758

financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

## 11. Subordinated Debt Securities

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.66% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Trust II as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.31% per annum.

## 12. Deferred Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
| Deferred | $ (35,871) | $ 6,306 | $ (47,547) | $ 16,671 |
| Amortized | 34,788 | (8,242) | 41,530 | (18,615) |
| Net | $ (1,083) | $ (1,936) | $ (6,017) | $ (1,944) |

## 13. Earnings per Share

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
| Weighted average shares - basic | 18,123 | 18,067 | 18,090 | 18,116 |
| Effect of dilutive securities | 128 | 107 | 160 | 114 |
| Weighted average shares - assuming dilution | 18,251 | 18,174 | 18,250 | 18,230 |

For each of the three and six months ended June 30, 2019, no shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted

23

basis.  For each of the three and six months ended June 30, 2018, 62,500 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 114 | $ 106 | $ 227 | $ 212 |
| Amortization of net loss | 36 | 26 | 72 | 53 |
| Expected return on plan assets | (150) | (174) | (299) | (347) |
| Net periodic pension cost | $ — | $ (42) | $ — | $ (82) |
| Contributed amount | $ — | $ — | $ — | $ — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10‑K for the year ended December 31, 2018 for more discussion of our retirement plans.

**15.  Income Taxes**

Our effective income tax rate for the six months ended June 30, 2019 and 2018 was 20.8% and 20.1%, respectively. The effective tax rates for 2019 and 2018 were both favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act in December 2017.

**16.  Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

| | As of June 30, | |
|---|---|---|
| | 2019 | 2018 |
| Cash and cash equivalents | $ 67,670 | $ 79,583 |
| Restricted cash | 3,486 | 3,078 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 71,156 | $ 82,661 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

24

APP. 0760

The following table provides supplemental cash flow information for the six months ended June 30, 2019 and 2018:

|  | Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2019 | 2018 |
| Interest paid | $ 2,527 | $ 2,145 |
| Income taxes paid (recovered) | $ 2,848 | $ (5,287) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 2,581 | $ 3,780 |
| Payable for securities related to investment purchases | $ 3,167 | $ 6,706 |

**17. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

25

APP. 0761

**18. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of June 30, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 53 | — | 53 |
| Tax effect on change in net actuarial gain | (11) | — | (11) |
| Unrealized holding gains arising during the period | — | 1,926 | 1,926 |
| Tax effect on unrealized gains arising during the period | — | (404) | (404) |
| Reclassification adjustment for realized gains included in investment gains and losses | — | (366) | (366) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 77 | 77 |
| Other comprehensive income, net of tax | 42 | 1,233 | 1,275 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at June 30, 2018 | $ (2,837) | $ 1,972 | $ (865) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 72 | — | 72 |
| Tax effect on change in net actuarial gain | (15) | — | (15) |
| Unrealized holding gains arising during the period | — | 11,233 | 11,233 |
| Tax effect on unrealized gains arising during the period | — | (2,359) | (2,359) |
| Reclassification adjustment for gains included in net realized gains | — | (4,201) | (4,201) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 883 | 883 |
| Other comprehensive income, net of tax | 57 | 5,556 | 5,613 |
| Balance at June 30, 2019 | $ (3,277) | $ 2,230 | $ (1,047) |

**19. Leases**

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and going forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

APP. 0762

The Company's operating lease obligations pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three and six-month periods ended June 30, 2019 are as follows (in thousands):

| | Three Months Ended June 30, | Six Months Ended June 30, |
| --- | --- | --- |
| | 2019 | 2019 |
| Operating lease cost | $ 816 | $ 1,356 |
| | | |
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Operating cash flows from operating leases | $ 552 | $ 1,103 |
| | | |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — | $ — |

We incurred $16 thousand in short-term lease payments not included in our lease liability during the six months ended June 30, 2019.

The components of lease expense and other lease information as of and during the six-month period ended June 30, 2019 are as follows (in thousands):

| | June 30, |
| --- | --- |
| | 2019 |
| Operating lease right-of-use assets | $ 17,109 |
| Operating lease liabilities | $ 17,619 |
| Weighted-average remaining lease term - operating leases | 10.7 |
| Weighted-average discount rate - operating leases | 5.88% |

Future minimum lease payments under non-cancellable leases as of June 30, 2019 and December 31, 2018 are as follows (in thousands):

| | June 30, | December 31, |
| --- | --- | --- |
| | 2019 | 2018 |
| 2019 | $ 786 | $ 1,889 |
| 2020 | 2,473 | 2,473 |
| 2021 | 2,172 | 2,172 |
| 2022 | 2,171 | 2,171 |
| 2023 | 1,885 | 1,885 |
| Thereafter | 15,266 | 15,266 |
| Total future minimum lease payments | $ 24,753 | $ 25,856 |
| | | |
| Less imputed interest | $ (7,134) | $ N/A |
| Total operating lease liability | $ 17,619 | $ N/A |

27

**Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto.  This discussion contains forward-looking statements.  Please see "Risks Associated with Forward-Looking Statements in this Form 10‑Q" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Introduction**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.  Our business is geographically concentrated in the south central and northwest regions of the United States, except for our Specialty Commercial business which is written on a national basis.  We pursue our business activities through subsidiaries whose operations are organized into product-specific business units, which are supported by our insurance company subsidiaries.

Our non-carrier insurance activities are segregated by business units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes our Commercial Auto business unit which offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit which offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit which offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit which offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit which offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products were previously reported as the Contract Binding and Specialty Commercial operating units.  This realignment did not impact our reportable segments.

*Standard Commercial Segment.* Our Standard Commercial Segment includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit.  Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

*Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines business unit.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark Insurance Company ("HIC"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC") insurance subsidiaries. In addition, control and management of Hallmark County Mutual ("HCM") is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management

28

Table of Contents

agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 34% of the total net premiums written by any of them, HIC retains 32% of our total net premiums written by any of them, HSIC retains 24% of our total net premiums written by any of them and HNIC retains 10% of our total net premiums written by any of them.  Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

**Results of Operations**

**Management overview.** During the three and six months ended June 30, 2019, our total revenues were $120.9 million and $239.0 million,  representing an increase of 23% and 25%, respectively, from the $98.1 million and $191.5 million in total revenues for the same periods of 2018. During the three and six months ended June 30, 2019, our income before tax was $16.5 million and $35.4 million, respectively, representing an increase of $10.1 million and $28.2 million,  respectively, from the income before tax of $6.4 million and $7.2 million reported during the same periods the prior year.

The increase in revenue for the three and six months ended June 30, 2019 compared to the same periods of the prior year was largely due to increased net premiums earned of $15.5 million and $22.6 million, respectively.  In addition, investment gains were $6.8 million and $18.8 million for the three and six months ended June 30, 2019 compared to investment gains of $0.5 million during the three months ended June 30, 2018 and investment losses of $4.3 million during the six months ended June 30, 2018.   Higher finance charges and net investment income also contributed to the increase in revenue, partially offset by lower commission and fees and other income during the three and six months ended June 30, 2019 as compared to the same periods during 2018.

The increase in income before tax for the three and six months ended June 30, 2019 was due primarily to the increase in revenue, partially offset by increased losses and loss adjustment expenses ("LAE") of $9.6 million and $16.0 million, respectively,  as compared to the same periods in 2018. The increase in losses and LAE was due primarily to increased net premiums earned.  We reported $1.5 million and $1.4 million of unfavorable net prior year loss reserve development during the three and six months ended June 30, 2019 as compared to $5.0 million and $4.5 million during the same periods of 2018.

We reported net income of $13.0 million for the three months ended June 30, 2019 as compared to $5.1 million for the same period in 2018.  We reported net income of $28.1 million during the six months ended June 30, 2019 as compared to net income of $5.7 million for the same period during 2018. On a diluted basis per share, we reported net income of $0.71 per share for the three months ended June 30, 2019, as compared to $0.28 per share for the same period in 2018. On a diluted basis per share, we reported net income of $1.54 per share for the six months ended June 30, 2019, as compared to $0.31 per share for the same period in 2018. Our effective tax rate was 20.8% for the first six months of 2019 as compared to 20.1% for the same period in 2018.

29

**Second Quarter 2019 as Compared to Second Quarter 2018**

The following is additional business segment information for the three months ended June 30, 2019 and 2018 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Three Months Ended June 30,** | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $172,940 | $136,079 | $ 21,835 | $ 21,574 | $ 23,461 | $ 15,566 | $ — | $ — | $218,236 | $173,219 |
| Ceded premiums written | (83,370) | (72,083) | (7,170) | (2,645) | (3,853) | (8,645) | — | — | (94,393) | (83,373) |
| Net premiums written | 89,570 | 63,996 | 14,665 | 18,929 | 19,608 | 6,921 | — | — | 123,843 | 89,846 |
| Change in unearned premiums | (20,216) | 2,333 | 1,611 | (824) | 1,261 | (377) | — | — | (17,344) | 1,132 |
| Net premiums earned | 69,354 | 66,329 | 16,276 | 18,105 | 20,869 | 6,544 | — | — | 106,499 | 90,978 |
| Total revenues | 73,592 | 72,081 | 17,310 | 19,247 | 23,116 | 7,916 | 6,885 | (1,119) | 120,903 | 98,125 |
| Losses and loss adjustment expenses | 48,374 | 48,352 | 10,613 | 10,621 | 14,239 | 4,675 | — | — | 73,226 | 63,648 |
| Pre-tax income (loss) | 10,427 | 8,770 | 2,057 | 2,656 | 2,441 | (1) | 1,559 | (5,053) | 16,484 | 6,372 |
| Net loss ratio (1) | 69.7 % | 72.9 % | 65.2 % | 58.7 % | 68.2 % | 71.4 % | | | 68.8 % | 70.0 % |
| Net expense ratio (1) | 22.1 % | 22.3 % | 29.0 % | 33.2 % | 23.3 % | 33.7 % | | | 25.7 % | 27.0 % |
| Net combined ratio (1) | 91.8 % | 95.2 % | 94.2 % | 91.9 % | 91.5 % | 105.1 % | | | 94.5 % | 97.0 % |
| Net Favorable (Unfavorable) Prior Year Development | (3,277) | (5,849) | 1,778 | 507 | 29 | 359 | | | (1,470) | (4,983) |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

### *Specialty Commercial Segment*

Gross premiums written for the Specialty Commercial Segment were $172.9 million for the three months ended June 30, 2019, which was $36.8 million, or 27%, more than the $136.1 million reported for the same period of 2018. Net premiums written were $89.6 million for the three months ended June 30, 2019 as compared to $64.0 million for the same period of 2018. The increase in gross and net premiums written was primarily the result of increased premium production reflected in our Professional Liability, E&S Property and E&S Casualty business units, partially offset by a decline in gross premium production in our Commercial Auto business unit.

The $73.6 million of total revenue for the three months ended June 30, 2019 was $1.5 million more than the $72.1 million reported by the Specialty Commercial Segment for the same period in 2018. This increase in revenue was primarily due to higher net premiums earned of $3.0 million due to increased premium production in our Professional Liability, E&S Property and E&S Casualty business units, partially offset by lower premium production during 2018 in our Commercial Auto business unit, as well as lower net investment income of $0.9 million and lower commission and fees of $0.6 million for the three months ended June 30, 2019 as compared to the same period of 2018.

Pre-tax income for the Specialty Commercial Segment of $10.4 million for the second quarter of 2019 was $1.6 million higher than the $8.8 million reported for the same period in 2018. The increase in pre-tax income was primarily the result of the increased revenue discussed above and lower operating expenses of $0.1 million during the three months ended June 30, 2019 as compared to the same period during 2018.

Our Specialty Commercial Segment reported stable losses and LAE as the combined result of (a) a $8.0 million decrease in losses and LAE in our Commercial Auto business unit due largely to lower net earned premiums, as well as $2.8 million of unfavorable prior year net loss reserve development recognized during the three months ended June 30, 2019 as compared to $5.9 million of unfavorable prior year net loss reserve development during the same period of 2018, (b) a $4.1 million increase in losses and LAE in our E&S Casualty business unit due primarily to $2.6 million of

30

APP. 0769

unfavorable prior year net loss reserve development during the second quarter of 2019 as compared to $1.1 million of favorable prior year net loss reserve development during the second quarter of 2018,  (c) a $0.5 million increase in losses and LAE in our E&S Property business unit due primarily to increased net premiums earned  as well as higher current accident year loss trends, partially offset by $2.1 million of net favorable prior year loss reserve development during the second quarter of 2019 as compared to $0.3 million of unfavorable prior year net loss reserve development during the second quarter of 2018, (d) a $2.3 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, partially offset by lower current accident year loss trends, and (e)  a $1.1 million increase in losses and LAE in our Aerospace & Programs business unit due primarily to higher current accident year loss trends and higher net premiums earned.

Operating expenses decreased $0.1 million primarily as the result of lower production related expenses of $0.6 million due primarily to increased ceding commissions and decreased professional services of $0.3 million, partially offset by increased salary and related expenses of $0.4 million and increased occupancy and other operating expenses of $0.4 million.

The Specialty Commercial Segment reported a net loss ratio of 69.7% for the three months ended June 30, 2019 as compared to 72.9% for the same period in 2018. The gross loss ratio before reinsurance was 71.8%  for the three months ended June 30, 2019 as compared to 68.5% for the same period in 2018. The decrease in the net loss ratio was favorably impacted by the run-off of prior quota share reinsurance agreements as higher ceded losses are measured against lower ceded earned premium due to increased premium retention under our current quota share reinsurance agreement entered into during the fourth quarter of 2018 on certain casualty lines of business produced by the Specialty Commercial Segment.   The higher gross ratio was largely the result of higher gross current accident year loss trends predominately in our E&S Property and E&S Casualty business units. The Specialty Commercial Segment reported $3.3 million of unfavorable prior year net loss reserve development for the three months ended June 30, 2019 as compared to unfavorable prior year net loss reserve development of $5.8 million for the same period of 2018. During the three months ended June 30, 2019 the Specialty Commercial Segment reported $1.0 million of net catastrophe losses as compared to $0.6 million during the same period of 2018. The Specialty Commercial Segment reported a net expense ratio of 22.1% for the second quarter of 2019 as compared to 22.3% for the same period of 2018. The decrease in the expense ratio was due predominately to the impact of increased ceding commissions.

### Standard Commercial Segment

Gross premiums written for the Standard Commercial Segment were $21.8 million for the three months ended June 30, 2019, which was $0.2 million, or 1%, more than the $21.6 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit.   Net premiums written were $14.7 million for the three months ended June 30, 2019 as compared to $18.9 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $17.3 million for the three months ended June 30, 2019, was $1.9 million, or 10%, less than the $19.2 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $1.8 million due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018 and lower commission and fees of $0.1 million for the three months ended June 30, 2019 as compared to the same period of 2018.

Our Standard Commercial Segment reported pre-tax income of $2.1 million for the three months ended June 30, 2019 as compared to $2.7 million reported for the same period of 2018. This decrease in pre-tax income was the result of the decreased revenue discussed above, partially offset by lower operating expenses of $1.3 million as the result of lower production related expenses of $1.3 million due to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018 and lower salary and related expenses of $0.1 million, partially offset by higher professional services of $0.1 million.

31

The Standard Commercial Segment reported a net loss ratio of 65.2% for the three months ended June 30, 2019 as compared to 58.7% for the same period of 2018. The gross loss ratio before reinsurance for the three months ended June 30, 2019 was 72.6% as compared to the 60.0% reported for the same period of 2018. The increase in the gross and net loss ratios were due primarily to higher current net accident year loss trends, partially offset by higher favorable prior year reserve development. The net loss ratio was also partially offset by higher ceded losses during the three months ended June 30, 2019 as compared to the same period during 2018. During the three months ended June 30, 2019, the Standard Commercial Segment reported favorable net loss reserve development of $1.8 million as compared to favorable net loss reserve development of $0.5 million during the same period of 2018. The Standard Commercial Segment reported $0.7 million of net catastrophe losses during the second quarter of 2019 as compared to $1.3 million of net catastrophe losses during the same period of 2018. The Standard Commercial Segment reported a net expense ratio of 29.0% for the second quarter of 2019 as compared to 33.2% for the same period of 2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

### *Personal Segment*

Gross premiums written for the Personal Segment were $23.5 million for the three months ended June 30, 2019 as compared to $15.6 million for the same period in the prior year. Net premiums written for our Personal Segment were $19.6 million in the second quarter of 2019, which was an increase of $12.7 million from the $6.9 million reported for the second quarter of 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $23.1 million for the second quarter of 2019 as compared to $7.9 million for the same period in 2018. The increase in revenue was due to an increase in net premiums earned of $14.3 million, increased finance charges of $0.7 million and increased investment income of $0.2 million during the second quarter of 2019 as compared to the same period during 2018.

Pre-tax income for the Personal Segment was $2.4 million for the three months ended June 30, 2019 as compared to pre-tax loss of $1 thousand for the same period of 2018. The pre-tax income was primarily the result of the increased revenue discussed above, partially offset by increased losses and LAE of $9.6 million and increased operating expenses of $3.2 million for the three months ended June 30, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 68.2% for the three months ended June 30, 2019 as compared to 71.4% for the same period of 2018. The gross loss ratio before reinsurance was 75.9% for the three months ended June 30, 2019 as compared to 69.2% for the same period in 2018. The lower net loss ratio for the three months ended June 30, 2019 was favorably impacted by the run-off of prior quota share reinsurance agreements as higher ceded losses are measured against lower ceded earned premium due to increased premium retention under our current quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Personal Segment. The higher gross loss ratio was primarily the result of higher current accident year loss trends. The Personal Segment reported favorable prior year net loss reserve development of $29 thousand during the three months ended June 30, 2019 as compared to favorable net loss reserve development of $0.4 million reported during the same period of 2018. The Personal Segment reported a net expense ratio of 23.3% for the second quarter of 2019 as compared to 33.7% for the same period of 2018. The decrease in the expense ratio was due predominately to higher net premiums earned and higher finance charges, partially offset by higher production related expenses due to increased retention of business effective October 1, 2018.

### *Corporate*

Total revenue for Corporate increased by $8.0 million for the three months ended June 30, 2019 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $6.8 million during the second quarter of 2019 as compared to investment gains of $0.5 million reported for the same period of 2018, as well as higher net investment income of $1.7 million for the three months ended June 30, 2019 as compared to the same period during 2018.

32

Corporate pre-tax income was $1.6 million for the three months ended June 30, 2019 as compared to a pre-tax loss of $5.1 million for the same period of 2018. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $1.2 million due primarily as a result of increased salary and related expense and higher interest expense of $0.1 million.

**Six Months Ended June 30, 2019 as Compared to Six Months Ended June 30, 2018**

The following is additional business segment information for the six months ended June 30, 2019 and 2018 (in thousands):

| | Six Months Ended June 30, | | | | | | | | | |
| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 307,339 | $ 250,892 | $ 47,363 | $ 44,371 | $50,850 | $ 31,461 | $ — | $ — | $ 405,552 | $ 326,724 |
| Ceded premiums written | (140,731) | (122,741) | (15,273) | (5,200) | (8,302) | (17,504) | — | — | (164,306) | (145,445) |
| Net premiums written | 166,608 | 128,151 | 32,090 | 39,171 | 42,548 | 13,957 | — | — | 241,246 | 181,279 |
| Change in unearned premiums | (33,066) | 5,868 | 1,560 | (3,199) | (4,211) | (1,023) | — | — | (35,717) | 1,646 |
| Net premiums earned | 133,542 | 134,019 | 33,650 | 35,972 | 38,337 | 12,934 | — | — | 205,529 | 182,925 |
| Total revenues | 141,559 | 145,205 | 35,683 | 38,122 | 42,599 | 15,536 | 19,183 | (7,397) | 239,024 | 191,466 |
| Losses and loss adjustment expenses | 94,323 | 95,895 | 22,264 | 22,301 | 26,726 | 9,127 | — | — | 143,313 | 127,323 |
| Pre-tax income (loss) | 18,395 | 18,528 | 3,564 | 3,975 | 4,014 | (23) | 9,429 | (15,299) | 35,402 | 7,181 |
| Net loss ratio (1) | 70.6 % | 71.6 % | 66.2 % | 62.0 % | 69.7 % | 70.6 % | | | 69.7 % | 69.6 % |
| Net expense ratio (1) | 22.2 % | 23.0 % | 29.7 % | 33.2 % | 22.8 % | 34.6 % | | | 25.7 % | 27.5 % |
| Net combined ratio (1) | 92.8 % | 94.6 % | 95.9 % | 95.2 % | 92.5 % | 105.2 % | | | 95.4 % | 97.1 % |
| Net Favorable (Unfavorable) Prior Year Development | (5,203) | (6,861) | 3,583 | 1,560 | 216 | 848 | | | (1,404) | (4,453) |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

***Specialty Commercial Segment***

Gross premiums written for the Specialty Commercial Segment were $307.3 million for the six months ended June 30, 2019, which was $56.4 million, or 22%, more than the $250.9 million reported for the same period of 2018. Net premiums written were $166.6 million for the six months ended June 30, 2019 as compared to $128.2 million for the same period of 2018. The increase in gross and net premiums written was primarily the result of increased premium production reflected in our Professional Liability, E&S Property and E&S Casualty business units, partially offset by a decline in gross premium production in our Commercial Auto business unit.

The $141.6 million of total revenue for the six months ended June 30, 2019 was $3.6 million less than the $145.2 million reported by the Specialty Commercial Segment for the same period in 2018. This decrease in revenue was primarily due to lower net premiums earned of $0.5 million due to lower premium production during 2018 and the related impact in 2019 to net earned premium in our Commercial Auto business unit, partially offset by increased net premiums earned in our Professional Liability, E&S Property and E&S Casualty business units. Further contributing to the decrease in revenue was lower net investment income of $2.1 million and lower commission and fees of $1.0 million for the six months ended June 30, 2019 as compared to the same period of 2018.

Pre-tax income for the Specialty Commercial Segment of $18.4 million for the six months ended June 30, 2019 was $0.1 million lower than the $18.5 million reported for the same period in 2018. The decrease in pre-tax income was primarily the result of the decreased revenue discussed above, partially offset by lower losses and LAE of $1.6 million and lower operating expenses of $1.9 million during the six months ended June 30, 2019 as compared to the same period during 2018.

33

Our Specialty Commercial Segment reported a $1.6 million decrease in losses and LAE which consisted of (a) a $18.0 million decrease in losses and LAE in our Commercial Auto Business unit due largely to lower net earned premiums, as well as $2.5 million of unfavorable prior year net loss reserve development recognized during the six months ended June 30, 2019 as compared to $9.5 million of unfavorable prior year net loss reserve development during the same period of 2018, (b) a $8.3 million increase in losses and LAE in our E&S Casualty business unit due primarily to $3.6 million of unfavorable prior year net loss reserve development during the six months ended June 30, 2019 as compared to $4.7 million of favorable prior year net loss reserve development during the same period of 2018, (c) a $4.1 million increase in losses and LAE in our E&S Property business unit due to increased net premiums earned as well as higher current accident year loss trends, partially offset by $1.1 million of net favorable prior year loss reserve development during the six months ended June 30, 2019 as compared to $0.6 million of unfavorable prior year net loss reserve development during the same period of 2018, (d) a $3.9 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, partially offset by lower current accident year loss trends, and (e)  a $0.1 million increase in losses and LAE in our Aerospace & Programs business unit due primarily to higher net premiums earned.

Operating expenses decreased $1.9 million primarily as the result of lower production related expenses of $3.4 million due primarily to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018, partially offset by increased salary and related expenses of $1.0 million and increased occupancy and other operating expenses of $0.5 million.

The Specialty Commercial Segment reported a net loss ratio of 70.6% for the six months ended June 30, 2019 as compared to 71.6% for the same period in 2018. The gross loss ratio before reinsurance was 71.3% for the six months ended June 30, 2019 as compared to 71.8% for the same period in 2018.   The lower gross and net loss ratios  were largely the result of lower gross current accident year loss trends, as well as lower unfavorable prior year loss reserve development.   During the six months ended June 30, 2019 the Specialty Commercial Segment reported $2.5 million of net catastrophe losses as compared to $0.6 million during the same period of 2018. The Specialty Commercial Segment reported $5.2 million of unfavorable prior year net loss reserve development for the six months ended June 30, 2019 as compared to unfavorable prior year net loss reserve development of $6.9 million for the same period of 2018. The Specialty Commercial Segment reported a net expense ratio of 22.2% for the six months ended June 30, 2019 as compared to 23.0% for the same period of 2018. The decrease in the expense ratio was due predominately to the impact of increased ceding commissions.

*Standard Commercial Segment*

Gross premiums written for the Standard Commercial Segment were $47.4 million for the six months ended June 30, 2019, which was $3.0 million, or 7%, more than the $44.4 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit.   Net premiums written were $32.1 million for the six months ended June 30, 2019 as compared to $39.2 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $35.7 million for the six months ended June 30, 2019, was $2.4 million, or 6%, less than the $38.1 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $2.3 million due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018 and lower commission and fees of $0.1 million during the six months ended June 30, 2019 as compared to the same period during 2018.

Our Standard Commercial Segment reported pre-tax income of $3.6 million for the six months ended June 30, 2019 as compared to $4.0 million reported for the same period of 2018. The decrease in pre-tax income was the result of decreased revenue discussed above, partially offset by lower operating expenses of $2.0 million largely as the result of lower production related expenses of $2.4 million due to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018 and lower other general expenses of $0.1 million, partially offset by higher salary and related expenses of $0.3 million and higher professional service fees of $0.2 million.

34

The Standard Commercial Segment reported a net loss ratio of 66.2% for the six months ended June 30, 2019 as compared to 62.0% for the same period of 2018. The gross loss ratio before reinsurance for the six months ended June 30, 2019 was 70.3% as compared to the 65.1% reported for the same period of 2018. The increase in the gross and net loss ratios was due to higher current net accident year loss trends, partially offset by higher net favorable prior year reserve development. During the six months ended June 30, 2019, the Standard Commercial Segment reported favorable net loss reserve development of $3.6 million as compared to favorable net loss reserve development of $1.6 million during the same period of 2018. The Standard Commercial Segment reported $1.1 million of net catastrophe losses during the second quarter of 2019 as compared to $2.3 million of net catastrophe losses during the same period of 2018.  The Standard Commercial Segment reported a net expense ratio of 29.7% for the six months ended June 30, 2019 as compared to 33.2% for the same period of 2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

*Personal Segment*

Gross premiums written for the Personal Segment were $50.9 million for the six months ended June 30, 2019 as compared to $31.5 million for the same period in the prior year. Net premiums written for our Personal Segment were $42.5 million for the six months ended June 30, 2019, which was an increase of $28.5 million from the $14.0 million reported for the same period in 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $42.6 million for the six months ended June 30, 2019 as compared to $15.5 million for the same period in 2018. The increase in revenue was due to an increase in net premiums earned of  $25.4 million, increased finance charges of  $1.4 million and increased investment income of $0.3 million during the six months ended June 30, 2019 as compared to the same period during 2018.

Pre-tax income for the Personal Segment was $4.0 million for the six months ended June 30, 2019 as compared to pre-tax loss of $23 thousand for the same period of 2018. The pre-tax income was primarily the result of the increased revenue discussed above, partially offset by increased losses and LAE of $17.6 million and increased operating expenses of $5.5 million for the six months ended June 30, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 69.7%  for the six months ended June 30, 2019 as compared to 70.6% for the same period of 2018. The gross loss ratio before reinsurance was 73.4% for the six months ended June 30, 2019 as compared to 69.0% for the same period in 2018. The lower net loss ratio for the six months ended June 30, 2019 was favorably impacted by the run-off of prior quota share reinsurance agreements as higher ceded losses are measured against lower ceded earned premium due to increased premium retention under our current quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Personal Segment. The higher gross loss ratio was primarily the result of lower favorable prior year loss reserve development   during the six months ended June 30, 2019 as compared to the same period of 2018. The Personal Segment reported favorable net loss reserve development of $0.2 million for the six months ended June 30, 2019 as compared to favorable net loss reserve development of $0.8 million during the same period of 2018. The Personal Segment reported a net expense ratio of 22.8% for the six months ended June 30, 2019 as compared to 34.6% for the same period of 2018. The decrease in the expense ratio was due predominately to higher net premiums earned and higher finance charges, partially offset by higher production related expenses due to increased retention of business effective October 1, 2018.

*Corporate*

Total revenue for Corporate increased by $26.6 million for the six months ended June 30, 2019 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $18.8 million during the six months ended June 30, 2019 as compared to investment losses of $4.3 million reported for the same period of 2018, as well as higher net investment income of $3.5 million for the six months ended June 30, 2019 as compared to the same period during 2018.

35

Table of Contents

Corporate pre-tax income was $9.4 million for the six months ended June 30, 2019 as compared to a pre-tax loss of $15.3 million for the same period of 2018. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $1.6 million due primarily as a result of increased salary and related expenses and higher interest expense of $0.3 million.

**Financial Condition and Liquidity**

### *Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions, and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of June 30, 2019, we had $21.6 million in unrestricted cash and cash equivalents, as well as $0.9 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $46.1 million of unrestricted cash and cash equivalents, as well as $532.2 million in debt securities with an average modified duration of 1.6 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. Dividends may only be paid from unassigned surplus funds. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's statutory net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the first six months of 2019 and 2018, our insurance company subsidiaries paid $10.0 million and $3.6 million in dividends to Hallmark, respectively.

### *Comparison of June 30, 2019 to December 31, 2018*

On a consolidated basis, our cash (excluding restricted cash) and investments at June 30, 2019 were $697.4 million compared to $663.5 million at December 31, 2018. The primary reasons for this increase in unrestricted cash and investments were cash provided by operations, increases in investment fair values and proceeds from the exercise of employee stock options, partially offset by purchases of fixed assets and repurchases of our common stock.

### *Comparison of Six Months Ended June 30, 2019 and June 30, 2018*

During the six months ended June 30, 2019, our cash flow provided by operations was $6.7 million compared to cash flow used by operations of $9.9 million during the same period the prior year. The cash flow provided by operations during the first half of 2019 was driven by an increase in collected net premiums, higher collected investment income and higher collected finance charges. These increases in operating cash flow were partially offset by increased paid operating expense, increased federal income taxes paid and higher paid claims during the six months ended June 30, 2019 as compared to the same period the prior year.

Net cash provided by investing activities during the first six months of 2019 was $23.9 million as compared to net cash provided by investing activities of $26.1 million during the first six months of 2018. The $2.2 million decline in net cash provided by investing activities during the first six months of 2019 as compared to the prior year was comprised of a $1.2 million decrease in maturities, sales and redemptions of investment securities and a $1.3 million increase in purchases of fixed assets, partially offset by a $0.3 million decrease in purchases of debt and equity securities.

Cash provided by financing activities during the first six months of 2019 was $0.1 million primarily as a result of proceeds from the exercise of employee stock options of $1.5 million, partially offset by $1.4 million in repurchases of

APP. 0775

APP. 0776

our common stock. Cash used in financing activities during the first six months of 2018 was $1.2 million primarily as a result of repurchases of our common stock.

### *Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of June 30, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of June 30, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

### *Subordinated Debt Securities*

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust I ("Trust I"). Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.66% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed a Delaware statutory trust, Hallmark Statutory Trust II ("Trust II"). Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The initial interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.31% per annum.

37

**Item 3.  Quantitative and Qualitative Disclosures About Market Risk.**

Not required for smaller reporting company.

**Item 4.  Controls and Procedures.**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. During the most recent fiscal quarter, there have been no changes in our internal controls over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Risks Associated with Forward-Looking Statements Included in this Form 10‑Q**

This Form 10‑Q contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby.  These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds.  The forward-looking statements included herein are based on current expectations that involve numerous risks and uncertainties.  Assumptions relating to the foregoing involve judgments with respect to, among other things, future economic, competitive and market conditions, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control.  Although we believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10‑Q will prove to be accurate.  In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by us or any other person that our objectives and plans will be achieved.

38

APP. 0778

**PART II**

**OTHER INFORMATION**

**Item 1.  Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 1A.  Risk Factors.**

There have been no material changes to the risk factors discussed in Item 1A to Part I of our Form 10-K for the fiscal year ended December 31, 2018.

**Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds.**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares.  The Stock Repurchase Plan does not have an expiration date.  We did not repurchase any shares of our common stock during the three months ended June 30, 2019.

**Item 3.  Defaults Upon Senior Securities.**

None.

**Item 4.  Mine Safety Disclosures.**

None.

**Item 5.  Other Information.**

None.

39

**Item 6. Exhibits.**

The following exhibits are filed herewith or incorporated herein by reference:

| Exhibit Number | Description |
| --- | --- |
| 3(a) | Restated Articles of Incorporation of the registrant, as amended (incorporated by reference to Exhibit 3.1 to the registrant's Registration Statement on Form S‑1 [Registration No. 333‑136414] filed September 8, 2006). |
| 3(b) | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8‑K filed March 28, 2017). |
| 31(a) | Certification of principal executive officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 31(b) | Certification of principal financial officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 32(a) | Certification of principal executive officer Pursuant to 18 U.S.C. § 1350. |
| 32(b) | Certification of principal financial officer Pursuant to 18 U.S.C. § 1350. |
| 101 INS+ | XBRL Instance Document. |
| 101 SCH+ | XBRL Taxonomy Extension Schema Document. |
| 101 CAL+ | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101 LAB+ | XBRL Taxonomy Extension Label Linkbase Document. |
| 101 PRE+ | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101 DEF+ | XBRL Taxonomy Extension Definition Linkbase Document. |
| + | Filed with this Quarterly Report on Form 10-Q and included in Exhibit 101 to this report are the following documents formatted in XBRL (Extensible Business Reporting Language): (i) Consolidated Balance Sheets as of June 30, 2019 and December 31, 2018, (ii) Consolidated Statements of Operations for the three and six months ended June 30, 2019 and 2018, (iii) Consolidated Statements of Comprehensive Income for the three and six months ended June 30, 2019 and 2018, (iv) Consolidated Statements of Stockholder's Equity for the three and six months ended June 30, 2019 and 2018, (v) Consolidated Statements of Cash Flows for the six months ended June 30, 2019 and 2018 and (vi) related notes. |

40

SIGNATURES

        In accordance with the requirements of the Exchange Act, the registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HALLMARK FINANCIAL SERVICES, INC.
(Registrant)


Date: August 9, 2019                          /s/ Naveen Anand
                                              Naveen Anand, Chief Executive Officer and President


Date: August 9, 2019                          /s/ Jeffrey R. Passmore
                                              Jeffrey R. Passmore, Chief Financial Officer and Senior Vice
                                              President


41

APP. 0781

**CERTIFICATION**

I, Naveen Anand, certify that:

1.    I have reviewed this quarterly report on Form 10-Q of  Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)      designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)      designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)      evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)      disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)      all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)      any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    August 9, 2019                    /s/ Naveen Anand
                                                     Naveen Anand,
                                                     Chief Executive Officer
                                                     (principal executive officer)

APP. 0782

**CERTIFICATION**

I, Jeffrey R. Passmore, certify that:

1.   I have reviewed this quarterly report on Form 10-Q of Hallmark Financial Services, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.   The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)   designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)   designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)   evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)   disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.   The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)   all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)   any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:   August 9, 2019                                   /s/Jeffrey R. Passmore
                                                        Jeffrey R. Passmore
                                                        Chief Financial Officer
                                                        (principal financial officer)

APP. 0783

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended June 30, 2019, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   August 9, 2019                          /s/ Naveen Anand

Naveen Anand,
Chief Executive Officer
(principal executive officer)

APP. 0784

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended June 30, 2019 and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    August 9, 2019                    /s/Jeffrey R. Passmore
                                           Jeffrey R. Passmore
                                           Chief Financial Officer
                                           (principal financial officer)

| Document and Entity Information - shares | 6 Months Ended | |
| --- | --- | --- |
| | Jun. 30, 2019 | Aug. 09, 2019 |
| **Document and Entity Information [Abstract]** | | |
| Document Type | 10-Q | |
| Document Period End Date | Jun. 30, 2019 | |
| Entity Registrant Name | HALLMARK FINANCIAL SERVICES INC | |
| Entity Current Reporting Status | Yes | |
| Entity Interactive Data Current | Yes | |
| Entity Filer Category | Accelerated Filer | |
| Entity Small Business | true | |
| Entity Emerging Growth Company | false | |
| Entity Shell Company | false | |
| Entity Common Stock, Shares Outstanding | | 18,123,093 |
| Entity Central Index Key | 0000819913 | |
| Current Fiscal Year End Date | --12-31 | |
| Document Fiscal Period Focus | Q2 | |
| Document Fiscal Year Focus | 2019 | |
| Amendment Flag | false | |

APP. 0786

## Consolidated Balance Sheets - USD ($)
### $ in Thousands

| | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $530,516 in 2019 and $550,268 in 2018) | $ 533,148 | $ 545,870 |
| Equity securities (cost; $68,709 in 2019 and $68,709 in 2018) | 94,012 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 2,585 | 1,148 |
| Total investments | 629,745 | 627,914 |
| Cash and cash equivalents | 67,670 | 35,594 |
| Restricted cash | 3,486 | 4,877 |
| Ceded unearned premiums | 150,883 | 133,031 |
| Premiums receivable | 144,674 | 119,778 |
| Accounts receivable | 1,332 | 1,619 |
| Receivable for securities | 2,581 | 3,369 |
| Reinsurance recoverable | 300,155 | 252,029 |
| Deferred policy acquisition costs | 20,308 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 6,323 | 7,555 |
| Deferred federal income taxes, net | | 4,983 |
| Prepaid expenses | 3,282 | 2,588 |
| Other assets | 30,634 | 12,571 |
| Total assets | 1,405,768 | 1,264,894 |
| **Liabilities:** | | |
| Revolving credit facility payable | 30,000 | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $872 in 2019 and $898 in 2018) | 55,830 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 551,543 | 527,247 |
| Unearned premiums | 351,630 | 298,061 |
| Reinsurance balances payable | 73,977 | 67,328 |
| Pension liability | 1,946 | 2,018 |
| Payable for securities | 3,167 | 698 |
| Federal income tax payable | 870 | 4 |
| Deferred federal income taxes, net | 143 | |
| Accounts payable and other accrued expenses | 47,126 | 28,202 |
| Total liabilities | 1,116,232 | 1,009,362 |
| Commitments and contingencies (Note 17) | | |
| **Stockholders' equity:** | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 122,778 | 123,168 |
| Retained earnings | 189,249 | 161,195 |
| Accumulated other comprehensive loss | (1,047) | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 shares in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 289,536 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,405,768 | $ 1,264,894 |

APP. 0787

**Consolidated Balance Sheets (Parenthetical) - USD ($)**
**$ in Thousands**

| | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Consolidated Balance Sheets Parenthetical [Abstract]** | | |
| Debt securities, available-for-sale, cost (in dollars) | $ 530,516 | $ 550,268 |
| Equity securities, available for sale, cost (in dollars) | 68,709 | 68,709 |
| Other investments, cost | 3,763 | 3,763 |
| Subordinated debt securities, unamortized debt issuance cost (in dollars) | $ 872 | $ 898 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,749,738 | 2,846,131 |

| Consolidated Statements of Operations - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Consolidated Statements of Operations [Abstract]** | | | | |
| Gross premiums written | $ 218,236 | $ 173,219 | $ 405,552 | $ 326,724 |
| Ceded premiums written | (94,393) | (83,373) | (164,306) | (145,445) |
| Net premiums written | 123,843 | 89,846 | 241,246 | 181,279 |
| Change in unearned premiums | (17,344) | 1,132 | (35,717) | 1,646 |
| Net premiums earned | 106,499 | 90,978 | 205,529 | 182,925 |
| Investment income, net of expenses | 5,412 | 4,406 | 10,523 | 8,846 |
| Investment gains (losses), net | 6,817 | 533 | 18,754 | (4,302) |
| Finance charges | 1,797 | 1,161 | 3,531 | 2,201 |
| Commission and fees | 364 | 1,032 | 657 | 1,735 |
| Other income | 14 | 15 | 30 | 61 |
| Total revenues | 120,903 | 98,125 | 239,024 | 191,466 |
| Losses and loss adjustment expenses | 73,226 | 63,648 | 143,313 | 127,323 |
| Operating expenses | 29,336 | 26,360 | 56,582 | 53,573 |
| Interest expense | 1,240 | 1,128 | 2,493 | 2,155 |
| Amortization of intangible assets | 617 | 617 | 1,234 | 1,234 |
| Total expenses | 104,419 | 91,753 | 203,622 | 184,285 |
| Income before tax | 16,484 | 6,372 | 35,402 | 7,181 |
| Income tax expense | 3,455 | 1,282 | 7,348 | 1,444 |
| Net income | $ 13,029 | $ 5,090 | $ 28,054 | $ 5,737 |
| **Net income per share:** | | | | |
| Basic (in dollars per share) | $ 0.72 | $ 0.28 | $ 1.55 | $ 0.32 |
| Diluted (in dollars per share) | $ 0.71 | $ 0.28 | $ 1.54 | $ 0.31 |

| Consolidated Statements of Comprehensive Income - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Consolidated Statements of Comprehensive Income [Abstract]** | | | | |
| Net income | $ 13,029 | $ 5,090 | $ 28,054 | $ 5,737 |
| **Other comprehensive income:** | | | | |
| Change in net actuarial gain | 37 | 26 | 72 | 53 |
| Tax effect on change in net actuarial gain | (8) | (5) | (15) | (11) |
| Unrealized holding gains arising during the period | 3,460 | 2,321 | 11,233 | 1,926 |
| Tax effect on unrealized holding gains arising during the period | (727) | (487) | (2,359) | (404) |
| Reclassification adjustment for gains included in net income | (60) | (381) | (4,201) | (366) |
| Tax effect on reclassification adjustment for gains included in net income | 13 | 80 | 883 | 77 |
| Other comprehensive income, net of tax | 2,715 | 1,554 | 5,613 | 1,275 |
| Comprehensive income | $ 15,744 | $ 6,644 | $ 33,667 | $ 7,012 |

APP. 0790

| Consolidated Statements of Stockholders' Equity - USD ($) $ in Thousands | Common Stock [Member] | Additional Paid-In Capital [Member] | Retained Earnings [Member] | Accumulated Other Comprehensive Income (Loss) [Member] | Treasury Stock [Member] | Total |
|---|---|---|---|---|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 \| Accounting Standards Update 2016-01 [Member] | | | $ 16,993 | $ (16,993) | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | (2,619) | 2,619 | | |
| Balance at Dec. 31, 2017 | $ 3,757 | $ 123,180 | 136,474 | 12,234 | $ (24,527) | |
| Equity based compensation | | 1 | | | | |
| Acquisition of treasury stock | | | | | (1,464) | |
| Shares issued under employee benefit plans | | | | | 406 | |
| Shares issued under employee benefit plans (value) | | (164) | | | | |
| Net income | | | 5,737 | | | $ 5,737 |
| Additional minimum pension liability, net of tax | | | | 42 | | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | 1,522 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (289) | | |
| Balance at Jun. 30, 2018 | 3,757 | 123,017 | 156,585 | (865) | (25,585) | 256,909 |
| Balance at Mar. 31, 2018 | 3,757 | 123,224 | 151,495 | (2,419) | (24,904) | |
| Equity based compensation | | (43) | | | | |
| Acquisition of treasury stock | | | | | (1,087) | |
| Shares issued under employee benefit plans | | | | | 406 | |
| Shares issued under employee benefit plans (value) | | (164) | | | | |
| Net income | | | 5,090 | | | 5,090 |
| Additional minimum pension liability, net of tax | | | | 21 | | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | 1,834 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (301) | | |
| Balance at Jun. 30, 2018 | 3,757 | 123,017 | 156,585 | (865) | (25,585) | 256,909 |
| Balance at Dec. 31, 2018 | 3,757 | 123,168 | 161,195 | (6,660) | (25,928) | 255,532 |
| Equity based compensation | | 197 | | | | |
| Acquisition of treasury stock | | | | | (1,380) | |
| Shares issued under employee benefit plans | | | | | 2,107 | |
| Shares issued under employee benefit plans (value) | | (587) | | | | |
| Net income | | | 28,054 | | | 28,054 |

APP. 0791

| | | | | | |
|---|---|---|---|---|---|
| Additional minimum pension liability, net of tax | | | | 57 | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | 8,874 | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (3,318) | |
| Balance at Jun. 30, 2019 | 3,757 | 122,778 | 189,249 | (1,047) | (25,201) | 289,536 |
| Balance at Mar. 31, 2019 | 3,757 | 122,638 | 176,220 | (3,762) | (25,201) | |
| Equity based compensation | | 140 | | | | |
| Net income | | | 13,029 | | | 13,029 |
| Additional minimum pension liability, net of tax | | | | 29 | | |
| Unrealized holding gains (losses) arising during period, net of tax | | | | 2,733 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (47) | | |
| Balance at Jun. 30, 2019 | $ 3,757 | $ 122,778 | $ 189,249 | $ (1,047) | $ (25,201) | $ 289,536 |

**Consolidated Statements of Cash Flows - USD ($)**
**$ in Thousands**

| | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Cash flows from operating activities:** | | |
| Net income | $ 28,054 | $ 5,737 |
| **Adjustments to reconcile net income to cash provided by (used in) operating activities:** | | |
| Depreciation and amortization expense | 2,626 | 2,479 |
| Deferred federal income taxes | 3,634 | (988) |
| Investment (gains) losses, net | (18,754) | 4,302 |
| Share-based payments expense | 197 | 1 |
| Change in ceded unearned premiums | (17,852) | (15,181) |
| Change in premiums receivable | (24,896) | (7,815) |
| Change in accounts receivable | 287 | (538) |
| Change in deferred policy acquisition costs | (6,017) | 1,944 |
| Change in unpaid losses and loss adjustment expenses | 24,296 | (6,548) |
| Change in unearned premiums | 53,569 | 13,535 |
| Change in reinsurance recoverable | (48,126) | (32,117) |
| Change in reinsurance balances payable | 6,649 | 13,072 |
| Change in current federal income tax payable | 866 | 7,719 |
| Change in all other liabilities | (2,708) | 2,899 |
| Change in all other assets | 4,860 | 1,604 |
| Net cash provided by (used in) operating activities | 6,685 | (9,895) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (2,447) | (1,118) |
| Purchases of investment securities | (97,292) | (97,610) |
| Maturities, sales and redemptions of investment securities | 123,599 | 124,873 |
| Net cash provided by investing activities | 23,860 | 26,145 |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Purchase of treasury shares | (1,380) | (1,464) |
| Net cash provided by (used in) financing activities | 140 | (1,222) |
| Increase in cash and cash equivalents and restricted cash | 30,685 | 15,028 |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 71,156 | $ 82,661 |

**General**

**6 Months Ended**

**Jun. 30, 2019**

**General [Abstract]**

General

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us" or "our") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets. We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies. Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

**Basis of Presentation**

| | 6 Months Ended |
| --- | --- |
| | **Jun. 30, 2019** |

**Basis of Presentation [Abstract]**

Basis of Presentation

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10‑K filed with the SEC.

The interim financial data as of June 30, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the periods ended June 30, 2019 are not necessarily indicative of the operating results to be expected for the full year.

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10‑K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of June 30, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million

and a fair value of $42.6 million as of June 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### *Adoption of New Accounting Pronouncements*

In February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with

changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016–01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of June 30, 2019, $17.1 million of right-of-use assets and $17.6 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016–15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016–15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016–18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016–18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014–09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements. The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

APP. 0797

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017-04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**Fair Value**

**6 Months Ended**

**Jun. 30, 2019**

**Fair Value [Abstract]**

Fair Value

**3. Fair Value**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at June 30, 2019 and December 31, 2018 (in thousands):

| | As of June 30, 2019 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and | | | | |

| | Level 1 | Level 2 | Level 3 | Total |
|---|---:|---:|---:|---:|
| obligations of U.S. Government | $ — | $ 48,422 | $ - | $ 48,422 |
| Corporate bonds | — | 225,810 | 533 | 226,343 |
| Collateralized corporate bank loans | — | 132,678 | - | 132,678 |
| Municipal bonds | — | 115,849 | - | 115,849 |
| Mortgage-backed | — | 9,856 | - | 9,856 |
| Total debt securities | — | 532,615 | 533 | 533,148 |
| Total equity securities | 94,012 | — | — | 94,012 |
| Total other investments | 2,585 | — | — | 2,585 |
| Total investments | $ 96,597 | $ 532,615 | $ 533 | $629,745 |

| | As of December 31, 2018 | | | |
|---|---:|---:|---:|---:|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of June 30, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the six months ended June 30, 2019 and 2018 (in thousands):

| | |
|---|---:|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | 242 |
| Net gain included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of June 30, 2019 | $ 533 |
| | |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | (2,925) |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | 104 |
| Net gains included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | (621) |
| Ending balance as of June 30, 2018 | $ 315 |

APP. 0800

**Investments**

6 Months Ended
Jun. 30, 2019

**Investments [Abstract]**

Investments

**4. Investments**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|
| **As of June 30, 2019** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,369 | $ | 112 | $ | (59) | $  48,422 |
| Corporate bonds | | 223,770 | | 2,813 | | (240) | 226,343 |
| Collateralized corporate bank loans | | 133,840 | | 59 | | (1,221) | 132,678 |
| Municipal bonds | | 114,638 | | 1,304 | | (93) | 115,849 |
| Mortgage-backed | | 9,899 | | 51 | | (94) | 9,856 |
| Total debt securities | | 530,516 | | 4,339 | | (1,707) | 533,148 |
| Total equity securities | | 68,709 | | 30,657 | | (5,354) | 94,012 |
| Total other investments | | 3,763 | | — | | (1,178) | 2,585 |
| Total investments | $ | 602,988 | $ | 34,996 | $ | (8,239) | $ 629,745 |
| | | | | | | | |
| **As of December 31, 2018** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,609 | $ | 5 | $ | (508) | $  48,106 |
| Corporate bonds | | 243,314 | | 440 | | (1,602) | 242,152 |
| Collateralized corporate bank loans | | 131,779 | | 19 | | (5,270) | 126,528 |
| Municipal bonds | | 112,574 | | 3,791 | | (838) | 115,527 |
| Mortgage-backed | | 13,992 | | 11 | | (446) | 13,557 |
| Total debt securities | | 550,268 | | 4,266 | | (8,664) | 545,870 |
| Total equity securities | | 68,709 | | 20,693 | | (8,506) | 80,896 |
| Total other investments | | 3,763 | | — | | (2,615) | 1,148 |
| Total investments | $ | 622,740 | $ | 24,959 | $ | (19,785) | $ 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $    — | $    — | $    — | $    — |
| Corporate bonds | (6) | (14) | 17 | (22) |
| Collateralized corporate bank loans | 21 | 35 | 38 | 47 |
| Municipal bonds | 46 | 2 | 4,147 | (19) |
| Mortgage-backed | (1) | (1) | (1) | 1 |
| Equity securities | — | 359 | — | 359 |
| Gain on investments | 60 | 381 | 4,201 | 366 |
| Unrealized gains (losses) on equity securities | 5,356 | 553 | 13,116 | (3,904) |
| Unrealized gains (losses) on other investments | 1,401 | (401) | 1,437 | (764) |
| Investment gains (losses), net | $   6,817 | $    533 | $ 18,754 | $  (4,302) |

We realized gross gains on investments of $0.2 million and $0.5 million during the three months ended June 30, 2019 and 2018, respectively and $4.4 million and $0.6 million for the six months ended June 30, 2019 and 2018, respectively. We realized gross losses on investments of $0.1 million and $0.1 million for the three months ended June 30, 2019 and 2018, respectively, and $0.2 million and $0.2 million for the six months ended June 30, 2019 and 2018, respectively. We recorded proceeds from the sale of investment securities of $0.1 million and $14.2 million during the three months ended June 30, 2019 and 2018, respectively, and $7.0 million and $14.2 million for the six months ended June 30, 2019 or 2018, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of June 30, 2019 and December 31, 2018 (in thousands):

APP. 0801

**As of June 30, 2019**

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,216 | $ (59) | $ 23,216 | $ (59) |
| Corporate bonds | 18,143 | (144) | 36,011 | (96) | 54,154 | (240) |
| Collateralized corporate bank loans | 85,804 | (871) | 17,564 | (350) | 103,368 | (1,221) |
| Municipal bonds | 10,898 | (55) | 5,735 | (38) | 16,633 | (93) |
| Mortgage-backed | 3,518 | (6) | 3,911 | (88) | 7,429 | (94) |
| Total debt securities | 118,363 | (1,076) | 86,437 | (631) | 204,800 | (1,707) |
| Total equity securities | 7,952 | (1,588) | 4,524 | (3,766) | 12,476 | (5,354) |
| Total other investments | 28 | (10) | 2,557 | (1,168) | 2,585 | (1,178) |
| Total investments | $ 126,343 | $ (2,674) | $ 93,518 | $ (5,565) | $ 219,861 | $ (8,239) |

**As of December 31, 2018**

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 173 debt securities with an unrealized loss, of which 117 were in an unrealized loss position for less than one year and 56 were in an unrealized loss position for a period of one year or greater, as of June 30, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Details regarding the carrying value of the other investments portfolio as of June 30, 2019 and December 31, 2018 are as follows (in thousands):

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 2,585 | $ 1,148 |
| Total other investments | $ 2,585 | $ 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying

APP. 0802

common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at June 30, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|---|---|---|
|  | (in thousands) | |
| Due in one year or less | $ 117,306 | $ 117,293 |
| Due after one year through five years | 276,397 | 278,718 |
| Due after five years through ten years | 96,047 | 95,636 |
| Due after ten years | 30,867 | 31,645 |
| Mortgage-backed | 9,899 | 9,856 |
|  | $ 530,516 | $ 533,148 |

APP. 0803

**Pledged Investments**

**6 Months Ended**

**Jun. 30, 2019**

**Pledged Investments [Abstract]**

Pledged Investments

**5. Pledged Investments**

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $29.7 million and $29.5 million at June 30, 2019 and December 31, 2018, respectively.

| Reserves for Unpaid Losses and Loss Adjustment Expenses | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Reserves for Unpaid Losses and Loss Adjustment Expenses

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | June 30, 2019 | June 30, 2018 |
|---|---|---|
| Balance at January 1 | $ 527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 141,909 | 122,870 |
| Prior years | 1,404 | 4,453 |
| Total incurred | 143,313 | 127,323 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 38,563 | 28,321 |
| Prior years | 107,899 | 140,339 |
| Total paid | 146,462 | 168,660 |
|  |  |  |
| Net balance at June 30 | 302,382 | 331,151 |
| Plus reinsurance recoverable | 249,161 | 189,401 |
| Balance at June 30 | $ 551,543 | $520,552 |

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | June 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Specialty Commercial Segment | $ 5,203 | $ 6,861 |
| Standard Commercial Segment | (3,583) | (1,560) |
| Personal Segment | (216) | (848) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ 1,404 | $ 4,453 |

The following describes the primary factors behind each segment's prior accident year reserve development for the six months ended June 30, 2019 and 2018:

Six months ended June 30, 2019:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by net favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by net favorable development in the 2018 accident year. We experienced net favorable development in our E&S Property and Professional Liability business units, partially offset by net unfavorable development in our Aerospace & Programs business unit.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2014 and 2012 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the general liability line of business in the 2016 and 2015 accident years. Our Commercial Accounts business unit experienced net favorable development in the 2017 and 2015 accident years in the occupational accident line of business, partially offset by net unfavorable development in the 2016

accident year. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and 2012 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2017, 2015, 2013 and prior accident years, partially offset by unfavorable development in the 2016 and 2014 accident years.

Six months ended June 30, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto liability line of business in the 2017 accident year. We experienced net unfavorable development in our E&S Property, Professional Liability, E&S Casualty and Aerospace& Programs business units.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business.

*Personal Segment.* Net favorable development in our Specialty Personal Lines operating unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

| Share-based Payment Arrangements | 6 Months Ended Jun. 30, 2019 |

**Share-Based Payment Arrangements [Abstract]**

Share-Based Payment Arrangements

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of June 30, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of June 30, 2019, restricted stock units representing the right to receive up to 383,530 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of June 30, 2019.

**Stock Options:**

Incentive stock options granted under the 2005 LTIP prior to 2009 vested 10%, 20%, 30% and 40% on the first, second, third and fourth anniversary dates of the grant, respectively, and terminated five to ten years from the date of grant. Incentive stock options granted in 2009 vest in equal annual increments on each of the first seven anniversary dates and terminate ten years from the date of grant. Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

A summary of the status of our stock options as of June 30, 2019 and changes during the six months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |
| Exercisable at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ 122 | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

As of June 30, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first six months of 2019 or 2018.

APP. 0807

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017 and 2018 was $11.10, $11.41, $10.20 and $10.87 per unit, respectively. We incurred compensation expense of $140 thousand and $197 thousand related to restricted stock units during the three months and six months ended June 30, 2019, respectively. We incurred compensation (benefit) expense of ($43) thousand and $1 thousand related to restricted stock units during the three and six months ended June 30, 2018, respectively. We recorded income tax benefit of $29 thousand and $41 thousand related to restricted stock units during the three months and six months ended June 30, 2019, respectively. We recorded income tax expense of $9 thousand related to restricted stock units during the three months ended June 30, 2018. We recorded de-minimus income tax expense related to restricted stock units during the six months ended June 30, 2018.

The following table details the status of our restricted stock units as of and for the six months ended June 30, 2019 and 2018:

|  | Number of Restricted Stock Units | |
|---|---|---|
|  | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at June 30 | 255,687 | 194,838 |

As of June 30, 2019, there was $1.4 million of unrecognized grant date compensation cost related to unvested restricted stock units. Based on the current performance estimate, we expect to recognize $0.9 million of compensation cost related to unvested restricted stock units, of which $0.3 million is expected to be recognized during the remainder of 2019, $0.5 million is expected to be recognized in 2020 and $0.1 million is expected to be recognized in 2021.

**Segment Information**

| | 6 Months Ended |
|---|---|
| | **Jun. 30, 2019** |

**Segment Information [Abstract]**

Segment Information

**8. Segment Information**

The following is business segment information for the three and six months ended June 30, 2019 and 2018 (in thousands):

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| Revenues | | | | |
| Specialty Commercial Segment | $ 73,592 | $ 72,081 | $141,559 | $145,205 |
| Standard Commercial Segment | 17,310 | 19,247 | 35,683 | 38,122 |
| Personal Segment | 23,116 | 7,916 | 42,599 | 15,536 |
| Corporate | 6,885 | (1,119) | 19,183 | (7,397) |
| Consolidated | $120,903 | $ 98,125 | $239,024 | $191,466 |
| | | | | |
| Pre-tax income (loss) | | | | |
| Specialty Commercial Segment | $ 10,427 | $ 8,770 | $ 18,395 | $ 18,528 |
| Standard Commercial Segment | 2,057 | 2,656 | 3,564 | 3,975 |
| Personal Segment | 2,441 | (1) | 4,014 | (23) |
| Corporate | 1,559 | (5,053) | 9,429 | (15,299) |
| Consolidated | $ 16,484 | $ 6,372 | $ 35,402 | $ 7,181 |

The following is additional business segment information as of the dates indicated (in thousands):

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| Assets: | | |
| Specialty Commercial Segment | $ 1,005,810 | $ 858,262 |
| Standard Commercial Segment | 184,101 | 158,881 |
| Personal Segment | 170,348 | 226,431 |
| Corporate | 45,509 | 21,320 |
| Consolidated | $ 1,405,768 | $ 1,264,894 |

**Reinsurance**

**6 Months Ended**

**Jun. 30, 2019**

**Reinsurance [Abstract]**

Reinsurance

**9. Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of June 30, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| Ceded earned premiums | $ 76,309 | $ 68,635 | $ 146,455 | $ 130,264 |
| Reinsurance recoveries | $ 58,975 | $ 43,989 | $ 107,564 | $ 93,427 |

APP. 0810

**Revolving Credit Facility**

|  | **6 Months Ended** |
|---|---|
|  | **Jun. 30, 2019** |

**Revolving Credit Facility [Abstract]**

Revolving Credit Facility

**10. Revolving Credit Facility**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended to date, provides a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bears interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We pay an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum. All principal and accrued interest on Facility A becomes due and payable on June 30, 2020. As of June 30, 2019, we had no outstanding borrowings under Facility A.

The Second Restated Credit Agreement with Frost also provides a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We may use Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC. We may borrow, repay and reborrow under Facility B until December 17, 2019, at which time all amounts outstanding under Facility B are converted to a term loan. Through December 17, 2019, we pay Frost a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B. Facility B bears interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election. Until December 17, 2019, interest only on amounts from time to time outstanding under Facility B are payable quarterly. Any amounts outstanding on Facility B as of December 17, 2019 are converted to a term loan payable in quarterly installments over five years based on a seven year amortization of principal plus accrued interest. All remaining principal and accrued interest on Facility B become due and payable on December 17, 2024. As of June 30, 2019, we had $30.0 million outstanding under Facility B.

The obligations under both Facility A and Facility B are secured by a security interest in the capital stock of AHIC and HIC. Both Facility A and Facility B contain covenants that, among other things, require us to maintain certain financial and operating ratios and restrict certain distributions, transactions and organizational changes. We are in compliance with all of these covenants.

**Subordinated Debt Securities**

**6 Months Ended**

**Jun. 30, 2019**

**Subordinated Debt Securities [Abstract]**

Subordinated Debt Securities

**11. Subordinated Debt Securities**

On June 21, 2005, we entered into a trust preferred securities transaction pursuant to which we issued $30.9 million aggregate principal amount of subordinated debt securities due in 2035. To effect the transaction, we formed Trust I as a Delaware statutory trust. Trust I issued $30.0 million of preferred securities to investors and $0.9 million of common securities to us. Trust I used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust I subordinated debt securities was 7.725% until June 15, 2015, after which interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points. Trust I pays dividends on its preferred securities at the same rate. Under the terms of our Trust I subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust I subordinated debt was $30.9 million and the interest rate was 5.66% per annum.

On August 23, 2007, we entered into a trust preferred securities transaction pursuant to which we issued $25.8 million aggregate principal amount of subordinated debt securities due in 2037. To effect the transaction, we formed Trust II as a Delaware statutory trust. Trust II issued $25.0 million of preferred securities to investors and $0.8 million of common securities to us. Trust II used the proceeds from these issuances to purchase the subordinated debt securities. The interest rate on our Trust II subordinated debt securities was 8.28% until September 15, 2017, after which interest adjusts quarterly to the three-month LIBOR rate plus 2.90 percentage points. Trust II pays dividends on its preferred securities at the same rate. Under the terms of our Trust II subordinated debt securities, we pay interest only each quarter and the principal of the note at maturity. The subordinated debt securities are uncollaterized and do not require maintenance of minimum financial covenants. As of June 30, 2019, the principal balance of our Trust II subordinated debt was $25.8 million and the interest rate was 5.31% per annum.

| Deferred Policy Acquisition Costs | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Policy Acquisition Costs

**12. Deferred Policy Acquisition Costs**

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | **2019** | **2018** | **2019** | **2018** |
| Deferred | $ (35,871) | $ 6,306 | $ (47,547) | $ 16,671 |
| Amortized | 34,788 | (8,242) | 41,530 | (18,615) |
| Net | $ (1,083) | $ (1,936) | $ (6,017) | $ (1,944) |

APP. 0813

**Earnings Per Share**

**Earnings per Share [Abstract]**

Earnings per Share

**13. Earnings per Share**

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Weighted average shares - basic | 18,123 | 18,067 | 18,090 | 18,116 |
| Effect of dilutive securities | 128 | 107 | 160 | 114 |
| Weighted average shares - assuming dilution | 18,251 | 18,174 | 18,250 | 18,230 |

For each of the three and six months ended June 30, 2019, no shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis. For each of the three and six months ended June 30, 2018, 62,500 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

APP. 0814

**Net Periodic Pension Cost**

**6 Months Ended**

**Jun. 30, 2019**

**Net Periodic Pension Cost [Abstract]**

Net Periodic Pension Cost

**14. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 114 | $ 106 | $ 227 | $ 212 |
| Amortization of net loss | 36 | 26 | 72 | 53 |
| Expected return on plan assets | (150) | (174) | (299) | (347) |
| Net periodic pension cost | $ — | $ (42) | $ — | $ (82) |
| Contributed amount | $ — | $ — | $ — | $ — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10‑K for the year ended December 31, 2018 for more discussion of our retirement plans.

**Income Taxes**

**Income Taxes [Abstract]**

Income Taxes

**15.  Income Taxes**

Our effective income tax rate for the six months ended June 30, 2019 and 2018 was 20.8% and 20.1%, respectively. The effective tax rates for 2019 and 2018 were both favorably impacted by the lower statutory rate from the enactment of the Tax Cuts and Jobs Act in December 2017.

| Supplemental Cash Flow Information | 6 Months Ended<br>Jun. 30, 2019 |
|---|---|

**Supplemental Cash Flow Information [Abstract]**

Supplemental Cash Flow Information

**16. Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

| | As of June 30, | |
|---|---|---|
| | 2019 | 2018 |
| Cash and cash equivalents | $ 67,670 | $ 79,583 |
| Restricted cash | 3,486 | 3,078 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 71,156 | $ 82,661 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the six months ended June 30, 2019 and 2018:

| | Six Months Ended June 30, | |
|---|---|---|
| | 2019 | 2018 |
| Interest paid | $ 2,527 | $ 2,145 |
| Income taxes paid (recovered) | $ 2,848 | $ (5,287) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 2,581 | $ 3,780 |
| Payable for securities related to investment purchases | $ 3,167 | $ 6,706 |

| Commitments and Contingencies | 6 Months Ended |
| --- | --- |
| | Jun. 30, 2019 |

**Commitments and Contingencies [Abstract]**

Commitments and Contingencies

**17. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

| Changes in Accumulated Other Comprehensive Income Balances | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Changes in Accumulated Other Comprehensive Income Balances

**18. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of June 30, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 53 | — | 53 |
| Tax effect on change in net actuarial gain | (11) | — | (11) |
| Unrealized holding gains arising during the period | — | 1,926 | 1,926 |
| Tax effect on unrealized gains arising during the period | — | (404) | (404) |
| Reclassification adjustment for realized gains included in investment gains and losses | — | (366) | (366) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 77 | 77 |
| Other comprehensive income, net of tax | 42 | 1,233 | 1,275 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at June 30, 2018 | $ (2,837) | $ 1,972 | $ (865) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 72 | — | 72 |
| Tax effect on change in net actuarial gain | (15) | — | (15) |
| Unrealized holding gains arising during the period | — | 11,233 | 11,233 |
| Tax effect on unrealized gains arising during the period | — | (2,359) | (2,359) |
| Reclassification adjustment for gains included in net realized gains | — | (4,201) | (4,201) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 883 | 883 |
| Other comprehensive income, net of tax | 57 | 5,556 | 5,613 |
| Balance at June 30, 2019 | $ (3,277) | $ 2,230 | $ (1,047) |

| Leases | 6 Months Ended<br>Jun. 30, 2019 |

**Leases [Abstract]**

Leases

**19. Leases**

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and going forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three and six-month periods ended June 30, 2019 are as follows (in thousands):

| | Three Months Ended June 30, 2019 | Six Months Ended June 30, 2019 |
|---|---|---|
| Operating lease cost | $ 816 | $ 1,356 |
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Operating cash flows from operating leases | $ 552 | $ 1,103 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — | $ — |

We incurred $16 thousand in short-term lease payments not included in our lease liability during the six months ended June 30, 2019.

The components of lease expense and other lease information as of and during the six-month period ended June 30, 2019 are as follows (in thousands):

| | June 30, 2019 |
|---|---|
| Operating lease right-of-use assets | $ 17,109 |
| Operating lease liabilities | $ 17,619 |
| Weighted-average remaining lease term - operating leases | 10.7 |
| Weighted-average discount rate - operating leases | 5.88% |

Future minimum lease payments under non-cancellable leases as of June 30, 2019 and December 31, 2018 are as follows (in thousands):

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| 2019 | $ 786 | $ 1,889 |
| 2020 | 2,473 | 2,473 |
| 2021 | 2,172 | 2,172 |
| 2022 | 2,171 | 2,171 |

| | | | | |
|---|---|---:|---|---:|
| 2023 | | 1,885 | | 1,885 |
| Thereafter | | 15,266 | | 15,266 |
| Total future minimum lease payments | $ | 24,753 | $ | 25,856 |
| | | | | |
| Less imputed interest | $ | (7,134) | $ | N/A |
| Total operating lease liability | $ | 17,619 | $ | N/A |

APP. 0821

**Basis of Presentation (Policy)**

**6 Months Ended**

**Jun. 30, 2019**

**Basis of Presentation [Abstract]**

Income Taxes

### *Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

Reclassifications

### *Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

Use of Estimates in the Preparation of the Financial Statements

### *Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

Fair Value of Financial Instruments

### *Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Revolving Credit Facility Payable: A revolving credit facility with Frost Bank had a carried value of $30.0 million and a fair value of $30.2 million as of June 30, 2019. This revolving credit facility would be included in Level 3 of the fair value hierarchy if it was reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $42.6 million as of June 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Variable Interest Entities

### *Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

APP. 0822

On August 25, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

***Adoption of New Accounting Pronouncements***

In February 2018, the FASB issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‑01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‑01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations. At December 31, 2017, equity investments were classified as available-for-sale on the Company's balance sheet. However, upon adoption, the updated guidance eliminated the available-for-sale balance sheet classification for equity investments.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and

APP. 0823

targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of June 30, 2019, $17.1 million of right-of-use assets and $17.6 million of lease liabilities for operating leases were added to the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‑15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‑15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‑18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‑18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‑09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts.

APP. 0824

ASU 2016–13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. ASU 2016–13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**Fair Value (Tables)**

<table>
<tr><td></td><td>6 Months Ended</td></tr>
<tr><td></td><td>Jun. 30, 2019</td></tr>
</table>

**Fair Value [Abstract]**

Fair Value, Assets Measured on Recurring Basis

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at June 30, 2019 and December 31, 2018 (in thousands):

| | As of June 30, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,422 | $ - | $ 48,422 |
| Corporate bonds | — | 225,810 | 533 | 226,343 |
| Collateralized corporate bank loans | — | 132,678 | - | 132,678 |
| Municipal bonds | — | 115,849 | - | 115,849 |
| Mortgage-backed | — | 9,856 | - | 9,856 |
| Total debt securities | — | 532,615 | 533 | 533,148 |
| Total equity securities | 94,012 | — | — | 94,012 |
| Total other investments | 2,585 | — | — | 2,585 |
| Total investments | $ 96,597 | $ 532,615 | $ 533 | $629,745 |

| | As of December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the six months ended June 30, 2019 and 2018 (in thousands):

| | |
| --- | --- |
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | 242 |
| Net gain included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of June 30, 2019 | $ 533 |

| | |
| --- | --- |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | (2,925) |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | 104 |
| Net gains included in other comprehensive income | — |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | (621) |
| Ending balance as of June 30, 2018 | $ 315 |

**Investments (Tables)**

| | 6 Months Ended |
| --- | --- |
| | **Jun. 30, 2019** |

## Investments [Abstract]

**Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value |
| --- | ---: | --- | ---: | --- | ---: | --- | ---: |
| **As of June 30, 2019** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,369 | $ | 112 | $ | (59) | $ 48,422 |
| Corporate bonds | | 223,770 | | 2,813 | | (240) | 226,343 |
| Collateralized corporate bank loans | | 133,840 | | 59 | | (1,221) | 132,678 |
| Municipal bonds | | 114,638 | | 1,304 | | (93) | 115,849 |
| Mortgage-backed | | 9,899 | | 51 | | (94) | 9,856 |
| Total debt securities | | 530,516 | | 4,339 | | (1,707) | 533,148 |
| Total equity securities | | 68,709 | | 30,657 | | (5,354) | 94,012 |
| Total other investments | | 3,763 | | — | | (1,178) | 2,585 |
| Total investments | $ | 602,988 | $ | 34,996 | $ | (8,239) | $ 629,745 |
| | | | | | | | |
| **As of December 31, 2018** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,609 | $ | 5 | $ | (508) | $ 48,106 |
| Corporate bonds | | 243,314 | | 440 | | (1,602) | 242,152 |
| Collateralized corporate bank loans | | 131,779 | | 19 | | (5,270) | 126,528 |
| Municipal bonds | | 112,574 | | 3,791 | | (838) | 115,527 |
| Mortgage-backed | | 13,992 | | 11 | | (446) | 13,557 |
| Total debt securities | | 550,268 | | 4,266 | | (8,664) | 545,870 |
| Total equity securities | | 68,709 | | 20,693 | | (8,506) | 80,896 |
| Total other investments | | 3,763 | | — | | (2,615) | 1,148 |
| Total investments | $ | 622,740 | $ | 24,959 | $ | (19,785) | $ 627,914 |

**Major Categories of Net Investment Gains (Losses) on Investments**

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ — | $ — |
| Corporate bonds | (6) | (14) | 17 | (22) |
| Collateralized corporate bank loans | 21 | 35 | 38 | 47 |
| Municipal bonds | 46 | 2 | 4,147 | (19) |
| Mortgage-backed | (1) | (1) | (1) | 1 |
| Equity securities | — | 359 | — | 359 |
| Gain on investments | 60 | 381 | 4,201 | 366 |
| Unrealized gains (losses) on equity securities | 5,356 | 553 | 13,116 | (3,904) |
| Unrealized gains (losses) on other investments | 1,401 | (401) | 1,437 | (764) |
| Investment gains (losses), net | $ 6,817 | $ 533 | $ 18,754 | $ (4,302) |

**Summary of Gross Unrealized Gain (Loss) on Investments**

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of June 30, 2019 and December 31, 2018 (in thousands):

| | As of June 30, 2019 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,216 | $ (59) | $ 23,216 | $ (59) |
| Corporate bonds | 18,143 | (144) | 36,011 | (96) | 54,154 | (240) |
| Collateralized corporate bank loans | 85,804 | (871) | 17,564 | (350) | 103,368 | (1,221) |

APP. 0827

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| Municipal bonds | 10,898 | (55) | 5,735 | (38) | 16,633 | (93) |
| Mortgage-backed | 3,518 | (6) | 3,911 | (88) | 7,429 | (94) |
| Total debt securities | 118,363 | (1,076) | 86,437 | (631) | 204,800 | (1,707) |
| Total equity securities | 7,952 | (1,588) | 4,524 | (3,766) | 12,476 | (5,354) |
| Total other investments | 28 | (10) | 2,557 | (1,168) | 2,585 | (1,178) |
| Total investments | $ 126,343 | $ (2,674) | $ 93,518 | $ (5,565) | $ 219,861 | $ (8,239) |

| | As of December 31, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

**Carrying Value of Other Invested Assets Portfolio**

Details regarding the carrying value of the other investments portfolio as of June 30, 2019 and December 31, 2018 are as follows (in thousands):

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 2,585 | $ 1,148 |
| Total other investments | $ 2,585 | $ 1,148 |

**Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities**

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 117,306 | $ 117,293 |
| Due after one year through five years | 276,397 | 278,718 |
| Due after five years through ten years | 96,047 | 95,636 |
| Due after ten years | 30,867 | 31,645 |
| Mortgage-backed | 9,899 | 9,856 |
| | $ 530,516 | $ 533,148 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Tables) | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Summary of Activity in Reserves for Unpaid Losses and LAE

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | June 30, 2019 | June 30, 2018 |
|---|---|---|
| Balance at January 1 | $527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 141,909 | 122,870 |
| Prior years | 1,404 | 4,453 |
| Total incurred | 143,313 | 127,323 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 38,563 | 28,321 |
| Prior years | 107,899 | 140,339 |
| Total paid | 146,462 | 168,660 |
|  |  |  |
| Net balance at June 30 | 302,382 | 331,151 |
| Plus reinsurance recoverable | 249,161 | 189,401 |
| Balance at June 30 | $551,543 | $520,552 |

Impact of Net Prior Years Loss Development by Segment

|  | June 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Specialty Commercial Segment | $ 5,203 | $ 6,861 |
| Standard Commercial Segment | (3,583) | (1,560) |
| Personal Segment | (216) | (848) |
| Corporate | — | — |
| Total (favorable) net prior year development | $ 1,404 | $ 4,453 |

APP. 0829

**Share-Based Payment Arrangements (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

**Share-Based Payment Arrangements [Abstract]**

Summary of the Status of Stock Options

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |
| Exercisable at June 30, 2019 | 14,157 | $ 6.99 | 2.5 | $ 102 |

Schedule of Options, Grants in Period and Grant Date Intrinsic Value

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ 122 | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

Summary of the Status of Restricted Stock Units

| | Number of Restricted Stock Units | |
|---|---|---|
| | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | — | — |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at June 30 | 255,687 | 194,838 |

**Segment Information (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

## Segment Information [Abstract]

Schedule of Business Segment Information

The following is business segment information for the three and six months ended June 30, 2019 and 2018 (in thousands):

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Revenues | | | | |
| Specialty Commercial Segment | $ 73,592 | $72,081 | $141,559 | $145,205 |
| Standard Commercial Segment | 17,310 | 19,247 | 35,683 | 38,122 |
| Personal Segment | 23,116 | 7,916 | 42,599 | 15,536 |
| Corporate | 6,885 | (1,119) | 19,183 | (7,397) |
| Consolidated | $120,903 | $98,125 | $239,024 | $191,466 |
| | | | | |
| Pre-tax income (loss) | | | | |
| Specialty Commercial Segment | $ 10,427 | $ 8,770 | $ 18,395 | $ 18,528 |
| Standard Commercial Segment | 2,057 | 2,656 | 3,564 | 3,975 |
| Personal Segment | 2,441 | (1) | 4,014 | (23) |
| Corporate | 1,559 | (5,053) | 9,429 | (15,299) |
| Consolidated | $ 16,484 | $ 6,372 | $ 35,402 | $ 7,181 |

Schedule of Additional Business Segment Information

The following is additional business segment information as of the dates indicated (in thousands):

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| Assets: | | |
| Specialty Commercial Segment | $1,005,810 | $ 858,262 |
| Standard Commercial Segment | 184,101 | 158,881 |
| Personal Segment | 170,348 | 226,431 |
| Corporate | 45,509 | 21,320 |
| Consolidated | $1,405,768 | $1,264,894 |

**Reinsurance (Tables)**

**Reinsurance [Abstract]**

Schedule of Reinsurance Ceded and Recoveries

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
| Ceded earned premiums | $76,309 | $68,635 | $146,455 | $130,264 |
| Reinsurance recoveries | $58,975 | $43,989 | $107,564 | $ 93,427 |

APP. 0832

**Deferred Policy Acquisition Costs (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Amortized Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
| Deferred | $ (35,871) | $ 6,306 | $ (47,547) | $ 16,671 |
| Amortized | 34,788 | (8,242) | 41,530 | (18,615) |
| Net | $ (1,083) | $ (1,936) | $ (6,017) | $ (1,944) |

**Earnings per Share (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

**Earnings per Share [Abstract]**

Schedule of Weighted Average Number of Shares Outstanding

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | **2019** | **2018** | **2019** | **2018** |
| Weighted average shares - basic | 18,123 | 18,067 | 18,090 | 18,116 |
| Effect of dilutive securities | 128 | 107 | 160 | 114 |
| Weighted average shares - assuming dilution | 18,251 | 18,174 | 18,250 | 18,230 |

| Net Periodic Pension Cost (Tables) | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Net Periodic Pension Cost [Abstract]**

Schedule of Net Benefit Costs

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 114 | $ 106 | $ 227 | $ 212 |
| Amortization of net loss | 36 | 26 | 72 | 53 |
| Expected return on plan assets | (150) | (174) | (299) | (347) |
| Net periodic pension cost | $ — | $ (42) | $ — | $ (82) |
| Contributed amount | $ — | $ — | $ — | $ — |

| Supplemental Cash Flow Information (Tables) | 6 Months Ended Jun. 30, 2019 |
|---|---|

**Supplemental Cash Flow Information [Abstract]**

Reconciliation of Cash, Cash Equivalents and Restricted Cash in Balance Sheet to Cash Flows

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

|  | As of June 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Cash and cash equivalents | $ 67,670 | $ 79,583 |
| Restricted cash | 3,486 | 3,078 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 71,156 | $ 82,661 |

Supplemental Cash Flow Information

The following table provides supplemental cash flow information for the six months ended June 30, 2019 and 2018:

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Interest paid | $ 2,527 | $ 2,145 |
| Income taxes paid (recovered) | $ 2,848 | $ (5,287) |
| Supplemental schedule of non-cash investing activities: |  |  |
| Receivable for securities related to investment disposals | $ 2,581 | $ 3,780 |
| Payable for securities related to investment purchases | $ 3,167 | $ 6,706 |

APP. 0836

**Changes in Accumulated Other Comprehensive Income Balances (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Schedule of Changes in Accumulated Other Comprehensive Income

The changes in accumulated other comprehensive income balances as of June 30, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 53 | — | 53 |
| Tax effect on change in net actuarial gain | (11) | — | (11) |
| Unrealized holding gains arising during the period | — | 1,926 | 1,926 |
| Tax effect on unrealized gains arising during the period | — | (404) | (404) |
| Reclassification adjustment for realized gains included in investment gains and losses | — | (366) | (366) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 77 | 77 |
| Other comprehensive income, net of tax | 42 | 1,233 | 1,275 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| | | | |
| Balance at June 30, 2018 | $ (2,837) | $ 1,972 | $ (865) |
| | | | |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 72 | — | 72 |
| Tax effect on change in net actuarial gain | (15) | — | (15) |
| Unrealized holding gains arising during the period | — | 11,233 | 11,233 |
| Tax effect on unrealized gains arising during the period | — | (2,359) | (2,359) |
| Reclassification adjustment for gains included in net realized gains | — | (4,201) | (4,201) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 883 | 883 |
| Other comprehensive income, net of tax | 57 | 5,556 | 5,613 |
| Balance at June 30, 2019 | $ (3,277) | $ 2,230 | $ (1,047) |

**Leases (Tables)**

**6 Months Ended**

**Jun. 30, 2019**

**Leases [Abstract]**

Summary of components of lease expense and other lease information

The components of lease expense and other lease information as of and during the three and six-month periods ended June 30, 2019 are as follows (in thousands):

| | Three Months Ended June 30, 2019 | | Six Months Ended June 30, 2019 | |
|---|---|---|---|---|
| Operating lease cost | $ | 816 | $ | 1,356 |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows from operating leases | $ | 552 | $ | 1,103 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ | — | $ | — |

Summary of balance sheet components

The components of lease expense and other lease information as of and during the six-month period ended June 30, 2019 are as follows (in thousands):

| | June 30, 2019 | |
|---|---|---|
| Operating lease right-of-use assets | $ | 17,109 |
| Operating lease liabilities | $ | 17,619 |
| Weighted-average remaining lease term - operating leases | | 10.7 |
| Weighted-average discount rate - operating leases | | 5.88% |

Summary of future minimum lease payments under non-cancellable leases as of March 31, 2019

| | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| 2019 | $ | 786 | $ | 1,889 |
| 2020 | | 2,473 | | 2,473 |
| 2021 | | 2,172 | | 2,172 |
| 2022 | | 2,171 | | 2,171 |
| 2023 | | 1,885 | | 1,885 |
| Thereafter | | 15,266 | | 15,266 |
| Total future minimum lease payments | $ | 24,753 | $ | 25,856 |
| Less imputed interest | $ | (7,134) | $ | N/A |
| Total operating lease liability | $ | 17,619 | $ | N/A |

| **General (Narrative) (Details)** | **6 Months Ended** |
| --- | --- |
| | **Jun. 30, 2019**<br>**segment**<br>**subsidiary** |
| **General [Abstract]** | |
| Number of subsidiaries \| subsidiary | 6 |
| Number of reportable segments \| segment | 3 |

| Basis of Presentation (Narrative) (Details) - USD ($)<br>$ in Thousands | | | | 6 Months Ended | |
|---|---|---|---|---|---|
| | Jan. 01, 2018 | Aug. 23, 2007 | Jun. 21, 2005 | Jun. 30, 2019 | Dec. 31, 2017 |
| **Variable Interest Entity [Line Items]** | | | | | |
| Equity Securities, FV-NI, Unrealized Gain | $ 17,000 | | | | |
| Reclassification out of AOCI as a result of Tax Act | $ (2,600) | | | | |
| Right-of-use assets | | | | $ 17,109 | |
| Lease liabilities | | | | 17,619 | |
| Accumulated Other Comprehensive Income (Loss) [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Reclassification out of AOCI as a result of Tax Act | | | | | $ 2,619 |
| Retained Earnings [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Reclassification out of AOCI as a result of Tax Act | | | | | (2,619) |
| Accounting Standards Update 2016-01 [Member] \| Accumulated Other Comprehensive Income (Loss) [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Cumulative effect of new accounting principle in period of adoption | | | | | (16,993) |
| Accounting Standards Update 2016-01 [Member] \| Retained Earnings [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Cumulative effect of new accounting principle in period of adoption | | | | | $ 16,993 |
| Revolving Credit Facility B [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Credit facility, amount outstanding | | | | 30,000 | |
| Credit facility, fair value | | | | 30,200 | |
| Hallmark Statutory Trust I [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Proceeds from issuance of trust preferred securities | | | $ 30,000 | | |
| Hallmark Statutory Trust II [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Proceeds from issuance of trust preferred securities | | $ 25,000 | | | |
| Subordinated Debt [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Trust preferred securities, carrying value | | | | 55,800 | |
| Trust preferred securities, fair value | | | | $ 42,600 | |
| Current yield to maturity percentage | | | | 8.00% | |
| Subordinated Debt [Member] \| Hallmark Statutory Trust I [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Payments to acquire trust preferred investments | | | $ 30,900 | | |
| Subordinated Debt [Member] \| Hallmark Statutory Trust II [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Payments to acquire trust preferred investments | | $ 25,800 | | | |

| Fair Value (Narrative) (Details) $ in Thousands | Jun. 30, 2019 USD ($) |
|---|---|
| **Fair Value [Abstract]** | |
| Transfer of assets from level 1 to level 2 | $ 0 |
| Transfer of assets from level 2 to level 1 | 0 |
| Transfer of liabilities from level 1 to level 2 | 0 |
| Transfer of liabilities from level 2 to level 1 | $ 0 |

APP. 0841

| Fair Value (Fair Value of Assets Measured on a Recurring Basis) (Details) - USD ($) $ in Thousands | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | $ 533,148 | $ 545,870 |
| Total equity securities | 94,012 | 80,896 |
| Total investments | 629,745 | 627,914 |
| Equity Securities [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 94,012 | 80,896 |
| Other Investments [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 2,585 | 1,148 |
| Mortgage Backed [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 9,856 | |
| Fair Value, Recurring [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 533,148 | 545,870 |
| Total investments | 629,745 | 627,914 |
| Fair Value, Recurring [Member] \| Equity Securities [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 94,012 | 80,896 |
| Fair Value, Recurring [Member] \| Other Investments [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 2,585 | 1,148 |
| Fair Value, Recurring [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 48,422 | 48,106 |
| Fair Value, Recurring [Member] \| Corporate Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 226,343 | 242,152 |
| Fair Value, Recurring [Member] \| Collateralized Corporate Bank Loans [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 132,678 | 126,528 |

APP. 0842

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 115,849 | 115,527 |

Fair Value, Recurring [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 9,856 | 13,557 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total investments | 96,597 | 82,044 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member] | Equity Securities [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total equity securities | 94,012 | 80,896 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member] | Other Investments [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total equity securities | 2,585 | 1,148 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 532,615 | 545,579 |
| Total investments | 532,615 | 545,579 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | U.S. Treasury Securities and Obligations of U.S. Government [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 48,422 | 48,106 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 225,810 | 241,861 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Collateralized Corporate Bank Loans [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 132,678 | 126,528 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 115,849 | 115,527 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 9,856 | 13,557 |

Unobservable Inputs, Level 3 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 533 | 291 |
| Total investments | 533 | 291 |

Unobservable Inputs, Level 3 [Member] | Fair Value, Recurring [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | $ 533 | $ 291 |

APP. 0844

| Fair Value (Fair Value, Assets Measured on Recurring Basis Using Significant Unobservable Inputs (Level 3)) (Details) - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation, Calculation [Roll Forward]** | | |
| Beginning balance | $ 291 | $ 3,757 |
| Sales | | 2,925 |
| Settlements | | |
| Purchases | | |
| Issuances | | |
| Total realized/unrealized gains included in net income | 242 | 104 |
| Net gains included in other comprehensive income | | |
| Transfers into Level 3 | | |
| Transfers out of Level 3 | | (621) |
| Ending balance | $ 533 | $ 315 |

| Investments (Narrative) (Details) $ in Thousands | 3 Months Ended | | 6 Months Ended | | |
|---|---|---|---|---|---|
| | Jun. 30, 2019 USD ($) security | Jun. 30, 2018 USD ($) | Jun. 30, 2019 USD ($) security | Jun. 30, 2018 USD ($) | Dec. 31, 2018 security |
| **Schedule of Available-for-sale Securities [Line Items]** | | | | | |
| Gross gains on investments | $ 200 | $ 500 | $ 4,400 | $ 600 | |
| Gross losses on investments | 100 | 100 | 200 | 200 | |
| Proceeds from sale of investment securities | $ 100 | $ 14,200 | 7,000 | $ 14,200 | |
| **Debt Securities, Available-for-sale, Continuous Unrealized Loss Position, Number of Positions [Abstract]** | | | | | |
| Other-than-temporary impairment | | | $ 0 | | |
| Debt Securities [Member] | | | | | |
| **Debt Securities, Available-for-sale, Continuous Unrealized Loss Position, Number of Positions [Abstract]** | | | | | |
| Number of debt securities with unrealized loss \| security | 173 | | 173 | | 328 |
| Number of debt securities with unrealized loss, less than 12 months \| security | 117 | | 117 | | 221 |
| Number of debt securities with unrealized loss, greater than 12 months \| security | 56 | | 56 | | 107 |

| Investments (Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category) (Details) - USD ($) $ in Thousands | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | $ 530,516 | $ 550,268 |
| Total debt securities | 533,148 | 545,870 |
| **Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Equity securities, Amortized Cost | 68,709 | 68,709 |
| Total equity securities | 94,012 | 80,896 |
| **Investments, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Investments, Amortized cost | 602,988 | 622,740 |
| Investments, Gross Unrealized Gains | 34,996 | 24,959 |
| Investments, Gross Unrealized Losses | (8,239) | (19,785) |
| Investments, Fair value | 629,745 | 627,914 |
| Mortgage Backed [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 9,899 | |
| Total debt securities | 9,856 | |
| Debt Securities [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 530,516 | 550,268 |
| Debt securities, Gross Unrealized Gain | 4,339 | 4,266 |
| Debt securities, Gross Unrealized Loss | (1,707) | (8,664) |
| Total debt securities | 533,148 | 545,870 |
| Debt Securities [Member] | U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 48,369 | 48,609 |
| Debt securities, Gross Unrealized Gain | 112 | 5 |
| Debt securities, Gross Unrealized Loss | (59) | (508) |
| Total debt securities | 48,422 | 48,106 |
| Debt Securities [Member] | Corporate Bonds [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 223,770 | 243,314 |
| Debt securities, Gross Unrealized Gain | 2,813 | 440 |
| Debt securities, Gross Unrealized Loss | (240) | (1,602) |
| Total debt securities | 226,343 | 242,152 |
| Debt Securities [Member] | Collateralized Corporate Bank Loans [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 133,840 | 131,779 |
| Debt securities, Gross Unrealized Gain | 59 | 19 |
| Debt securities, Gross Unrealized Loss | (1,221) | (5,270) |
| Total debt securities | 132,678 | 126,528 |

APP. 0847

**Debt Securities [Member] | Municipal Bonds [Member]**

**Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---:|---:|
| Debt securities, Amortized Cost | 114,638 | 112,574 |
| Debt securities, Gross Unrealized Gain | 1,304 | 3,791 |
| Debt securities, Gross Unrealized Loss | (93) | (838) |
| Total debt securities | 115,849 | 115,527 |

**Debt Securities [Member] | Mortgage Backed [Member]**

**Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---:|---:|
| Debt securities, Amortized Cost | 9,899 | 13,992 |
| Debt securities, Gross Unrealized Gain | 51 | 11 |
| Debt securities, Gross Unrealized Loss | (94) | (446) |
| Total debt securities | 9,856 | 13,557 |

**Equity Securities [Member]**

**Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---:|---:|
| Equity securities, Amortized Cost | 68,709 | 68,709 |
| Equity Securities, Gross Unrealized Gains | 30,657 | 20,693 |
| Equity Securities, Gross Unrealized Losses | (5,354) | (8,506) |
| Total equity securities | 94,012 | 80,896 |

**Other Investments [Member]**

**Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---:|---:|
| Equity securities, Amortized Cost | 3,763 | 3,763 |
| Equity Securities, Gross Unrealized Losses | (1,178) | (2,615) |
| Total equity securities | $ 2,585 | $ 1,148 |

APP. 0848

| Investments (Major Categories of Net Investment Gains (Losses) on Investments) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Investment gains (losses), net | $ 6,817 | $ 533 | $ 18,754 | $ (4,302) |
| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | 60 | 381 | 4,201 | 366 |
| Equity Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on equity securities | | 359 | | 359 |
| Unrealized gains (losses) on equity securities | 5,356 | 553 | 13,116 | (3,904) |
| Other Investments [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Unrealized gains (losses) on equity securities | 1,401 | (401) | 1,437 | (764) |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | | | | |
| Corporate Bonds [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | (6) | (14) | 17 | (22) |
| Collateralized Corporate Bank Loans [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | 21 | 35 | 38 | 47 |
| Municipal Bonds [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | 46 | 2 | 4,147 | (19) |
| Mortgage Backed [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | $ (1) | $ (1) | $ (1) | $ 1 |

APP. 0849

| Investments (Summary of Gross Unrealized Gain (Loss) on Investments) (Details) - USD ($) $ in Thousands | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Investments, Unrealized Loss Position, Fair Value** | | |
| Investments, Fair Value 12 months or less | $ 126,343 | $ 309,764 |
| Investments, Fair Value Longer than 12 months | 93,518 | 169,544 |
| Investments, Total Fair Value | 219,861 | 479,308 |
| **Investments, Unrealized Losses** | | |
| Investments, Unrealized Losses 12 months or less | (2,674) | (12,496) |
| Investments, Unrealized Losses Longer than 12 months | (5,565) | (7,289) |
| Investments, Total Unrealized Losses | (8,239) | (19,785) |
| Debt Securities [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 118,363 | 277,635 |
| Debt securities, Fair Value Longer than 12 months | 86,437 | 165,069 |
| Debt securities, Total Fair Value | 204,800 | 442,704 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (1,076) | (6,182) |
| Debt securities, Unrealized Losses Longer than 12 months | (631) | (2,482) |
| Debt securities, Total Unrealized Losses | 1,707 | 8,664 |
| Debt Securities [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | | 18,902 |
| Debt securities, Fair Value Longer than 12 months | 23,216 | 28,201 |
| Debt securities, Total Fair Value | 23,216 | 47,103 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | | (181) |
| Debt securities, Unrealized Losses Longer than 12 months | (59) | (327) |
| Debt securities, Total Unrealized Losses | 59 | 508 |
| Debt Securities [Member] \| Corporate Bonds [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 18,143 | 117,450 |
| Debt securities, Fair Value Longer than 12 months | 36,011 | 100,060 |
| Debt securities, Total Fair Value | 54,154 | 217,510 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (144) | (907) |
| Debt securities, Unrealized Losses Longer than 12 months | (96) | (695) |
| Debt securities, Total Unrealized Losses | 240 | 1,602 |
| Debt Securities [Member] \| Collateralized Corporate Bank Loans [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 85,804 | 120,410 |
| Debt securities, Fair Value Longer than 12 months | 17,564 | 4,931 |
| Debt securities, Total Fair Value | 103,368 | 125,341 |

APP. 0850

**Debt securities, Unrealized Losses**

| | | |
|---|---|---|
| Debt securities, Unrealized Losses 12 months or less | (871) | (4,938) |
| Debt securities, Unrealized Losses Longer than 12 months | (350) | (332) |
| Debt securities, Total Unrealized Losses | 1,221 | 5,270 |
| Debt Securities [Member] \| Municipal Bonds [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 10,898 | 14,281 |
| Debt securities, Fair Value Longer than 12 months | 5,735 | 25,891 |
| Debt securities, Total Fair Value | 16,633 | 40,172 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (55) | (96) |
| Debt securities, Unrealized Losses Longer than 12 months | (38) | (742) |
| Debt securities, Total Unrealized Losses | 93 | 838 |
| Debt Securities [Member] \| Mortgage Backed [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 3,518 | 6,592 |
| Debt securities, Fair Value Longer than 12 months | 3,911 | 5,986 |
| Debt securities, Total Fair Value | 7,429 | 12,578 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (6) | (60) |
| Debt securities, Unrealized Losses Longer than 12 months | (88) | (386) |
| Debt securities, Total Unrealized Losses | 94 | 446 |
| Equity Securities [Member] | | |
| **Equity Securities, Unrealized Loss Position, Fair Value** | | |
| Equity securities, Fair Value 12 months or less | 7,952 | 30,981 |
| Equity securities, Fair Value Longer than 12 months | 4,524 | 4,475 |
| Equity securities, Total Fair Value | 12,476 | 35,456 |
| **Equity Securities, Unrealized Loss** | | |
| Equity securities, Unrealized Losses 12 months or less | (1,588) | (3,699) |
| Equity securities, Unrealized Losses Longer than 12 months | (3,766) | (4,807) |
| Equity securities, Total Unrealized Losses | (5,354) | (8,506) |
| Other Investments [Member] | | |
| **Equity Securities, Unrealized Loss Position, Fair Value** | | |
| Equity securities, Fair Value 12 months or less | 28 | 1,148 |
| Equity securities, Fair Value Longer than 12 months | 2,557 | |
| Equity securities, Total Fair Value | 2,585 | 1,148 |
| **Equity Securities, Unrealized Loss** | | |
| Equity securities, Unrealized Losses 12 months or less | (10) | |
| Equity securities, Unrealized Losses Longer than 12 months | (1,168) | (2,615) |
| Equity securities, Total Unrealized Losses | $ (1,178) | $ (2,615) |

APP. 0851

| **Investments (Carrying Value of Other Invested Assets Portfolio) (Details) - USD ($) $ in Thousands** | **Jun. 30, 2019** | **Dec. 31, 2018** |
|---|---|---|
| **Investments [Abstract]** | | |
| Equity warrant | $ 2,585 | $ 1,148 |
| Total other investments | $ 2,585 | $ 1,148 |

| Investments (Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities) (Details) - USD ($)<br>$ in Thousands | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Amortized Cost, Due in one year or less | $ 117,306 | |
| Amortized Cost, Due after one year through five years | 276,397 | |
| Amortized Cost, Due after five years through ten years | 96,047 | |
| Amortized Cost, Amortized Cost Due after ten years | 30,867 | |
| Debt Maturities, Amortized Cost | 530,516 | $ 550,268 |
| Fair Value, Due in one year or less | 117,293 | |
| Fair Value, Due after one year through five years | 278,718 | |
| Fair Value, Due after five years through ten years | 95,636 | |
| Fair Value, Due after ten years | 31,645 | |
| Total debt securities | 533,148 | $ 545,870 |
| Mortgage Backed [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Debt Maturities, Amortized Cost | 9,899 | |
| Total debt securities | $ 9,856 | |

APP. 0853

| **Pledged Investments (Narrative) (Details) - USD ($)** **$ in Millions** | **Jun. 30, 2019** | **Dec. 31, 2018** |
| --- | --- | --- |
| **Pledged Investments [Abstract]** | | |
| Securities available-for-sale pledged, carrying value | $ 29.7 | $ 29.5 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense) (Details) - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | **Jun. 30, 2019** | **Jun. 30, 2018** |
| **Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]** | | |
| Balance at January 1 | $ 527,247 | $ 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| **Incurred related to:** | | |
| Current year | 141,909 | 122,870 |
| Prior years | 1,404 | 4,453 |
| Total incurred | 143,313 | 127,323 |
| **Paid related to:** | | |
| Current year | 38,563 | 28,321 |
| Prior years | 107,899 | 140,339 |
| Total paid | 146,462 | 168,660 |
| Net balance at June 30 | 302,382 | 331,151 |
| Plus reinsurance recoverable | 249,161 | 189,401 |
| Balance at June 30 | $ 551,543 | $ 520,552 |

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Causes for Prior Accident Year Reserve Development by Segment) (Details) - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | $ 1,404 | $ 4,453 |
| Specialty Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | 5,203 | 6,861 |
| Standard Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | (3,583) | (1,560) |
| Personal Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total (favorable) net prior year development | $ (216) | $ (848) |

| Share-Based Payment Arrangements (Narrative) (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | | 6 Months Ended | | 12 Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 | Dec. 31, 2015 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Stock options, Granted | | | 0 | 0 | | | | |
| Long Term Incentive Plan 2005 [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Number of incentive stock options outstanding | | | 0 | | | | | |
| Share-based compensation arrangement by share-based payment award, non-qualified stock options to purchase number of shares | | | 14,157 | | | | | |
| Long Term Incentive Plan 2015 [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Share-based compensation arrangement by share-based payment award, number of shares authorized | 2,000,000 | | 2,000,000 | | | | | |
| Share-based compensation arrangement by share-based payment award, restricted stock options to purchase number of shares | | | 383,530 | | | | | |
| Stock options, Granted | | | 0 | | | | | |
| Long Term Incentive Plan 2005 and 2015 [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 0 | | $ 0 | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| First Anniversary [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 10.00% | | 10.00% | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Second Anniversary [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 20.00% | | 20.00% | | | | | |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Third Anniversary [Member] | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |

| | | |
|---|---|---|
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 30.00% | 30.00% |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Fourth Anniversary [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Share-based Compensation Arrangement by Share-based Payment Award, Options, Vested and Expected to Vest, Percentage | 40.00% | 40.00% |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Minimum [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | 5 years |
| Prior To 2009 Incentive Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| Maximum [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | 10 years |
| Incentive Stock Options 2010 [Member] \| Long Term Incentive Plan 2005 [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | 10 years |
| Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Share-based compensation arrangement by share-based payment award, award vesting rights, percentage | | 100.00% |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | 10 years |
| Share-based payment, award vesting period | | 6 months |
| Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| 200,000 Grant [Member] | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | 10 years |
| Number of options vested or expected to vest | 200,000 | 200,000 |
| Restricted Stock Units (RSUs) [Member] | | |

| Share-based Compensation Arrangement by Share-based Payment Award [Line Items] | | | | |
|---|---|---|---|---|
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 1,400 | | $ 1,400 | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected To Recognize During Remainder Of Year | | | 300 | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Remainder of Year Two | | | 500 | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognize During Year Three | | | 100 | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognized | | | $ 900 | |
| Other than options, forfeited | | | 83,210 | 182,743 |
| Vested | | | | 8,198 |
| Allocated share-based compensation expense | 140 | $ (43) | $ 197 | $ 1 |
| Income tax benefit of share-based payments recognized in income | $ 29 | $ 9 | $ 41 | |
| Restricted Stock Units (RSUs) [Member] \| Minimum [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 50.00% | | 50.00% | |
| Restricted Stock Units (RSUs) [Member] \| Maximum [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Percentage of restricted stock units granted as result of meeting growth rates | 150.00% | | 150.00% | |
| Restricted Stock Units (RSUs) [Member] \| Long Term Incentive Plan 2015 [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Other than options, grant date fair value | $ 10.87 | $ 10.20 | $ 11.41 | $ 11.10 |

| Share-Based Payment Arrangements (Summary of the Status of Stock Options) (Details) - USD ($) $ / shares in Units, $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Share-Based Payment Arrangements [Abstract]** | | |
| Stock Options, Outstanding at January 1, 2019 | 244,157 | |
| Stock options, Granted | 0 | 0 |
| Stock Options, Exercised | (230,000) | |
| Stock Options, Forfeited or Expired | | |
| Stock Options, Outstanding at June 30,2019 | 14,157 | |
| Stock Options, Exercisable at June 30, 2019 | 14,157 | |
| Weighted Average Exercise Price, Outstanding at January 1, 2019 | $ 6.63 | |
| Weighted Average Exercise Price, Exercised | 6.61 | |
| Weighted Average Exercise Price, Forfeited or Expired | | |
| Weighted Average Exercise Price, Outstanding at June 30, 2019 | 6.99 | |
| Weighted Average Exercise Price, Exercisable at June 30, 2019 | $ 6.99 | |
| Average Remaining Contractual Term, Outstanding at June 30, 2019 | 2 years 6 months | |
| Average Remaining Contractual Term, Exercisable at June 30, 2019 | 2 years 6 months | |
| Aggregate Intrinsic Value, Outstanding at June 30, 2019 | $ 102 | |
| Aggregate Intrinsic Value, Exercisable at June 30, 2019 | $ 102 | |

APP. 0860

| **Share-Based Payment Arrangements (Schedule of Options, Grants in Period and Grant Date Intrinsic Value) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | | **6 Months Ended** | |
| --- | --- | --- | --- | --- |
| | **Jun. 30, 2019** | **Jun. 30, 2018** | **Jun. 30, 2019** | **Jun. 30, 2018** |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Cost of share-based payments (non-cash) | | | $ 197 | $ 1 |
| Employee Stock Option [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Intrinsic value of options exercised | $ 122 | 845 | 122 | |
| Cost of share-based payments (non-cash) | | | | |
| Income tax benefit of share-based payments recognized in income | | | | |

APP. 0861

| Share-Based Payment Arrangements (Summary of the Status of Restricted Stock Units) (Details) - Restricted Stock Units (RSUs) [Member] - shares | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Nonvested at January 1 | 338,897 | 385,779 |
| Vested | | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at June 30 | 255,687 | 194,838 |

APP. 0862

| Segment Information (Schedule of Business Segment Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Revenues [Abstract]** | | | | |
| Revenues | $ 120,903 | $ 98,125 | $ 239,024 | $ 191,466 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 16,484 | 6,372 | 35,402 | 7,181 |
| Specialty Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 73,592 | 72,081 | 141,559 | 145,205 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 10,427 | 8,770 | 18,395 | 18,528 |
| Standard Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 17,310 | 19,247 | 35,683 | 38,122 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 2,057 | 2,656 | 3,564 | 3,975 |
| Personal Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 23,116 | 7,916 | 42,599 | 15,536 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 2,441 | (1) | 4,014 | (23) |
| Corporate [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 6,885 | (1,119) | 19,183 | (7,397) |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | $ 1,559 | $ (5,053) | $ 9,429 | $ (15,299) |

| Segment Information (Schedule of Additional Business Segment Information) (Details) - USD ($) $ in Thousands | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 1,405,768 | $ 1,264,894 |
| Specialty Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 1,005,810 | 858,262 |
| Standard Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 184,101 | 158,881 |
| Personal Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 170,348 | 226,431 |
| Corporate [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 45,509 | $ 21,320 |

APP. 0864

| Reinsurance (Schedule of Reinsurance Ceded and Recoveries) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Reinsurance [Abstract]** | | | | |
| Ceded earned premiums | $ 76,309 | $ 68,635 | $ 146,455 | $ 130,264 |
| Reinsurance recoveries | $ 58,975 | $ 43,989 | $ 107,564 | $ 93,427 |

APP. 0865

| Revolving Credit Facility (Narrative) (Details) $ in Millions | 6 Months Ended Jun. 30, 2019 USD ($) |
|---|---|
| **Facility A Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 15.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 0.0 |
| **Facility A Revolving Credit Sub-Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 5.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 1.00% |
| **Facility B Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, maximum borrowing capacity | $ 30.0 |
| Line of credit facility, unused capacity, commitment fee percentage | 0.25% |
| Line of credit facility, amount outstanding | $ 30.0 |
| **London Interbank Offered Rate (LIBOR) [Member] | Facility A Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, interest rate during period | 2.50% |
| **London Interbank Offered Rate (LIBOR) [Member] | Facility B Revolving Credit Facility [Member]** | |
| **Line of Credit Facility [Line Items]** | |
| Line of credit facility, unused capacity, commitment fee percentage | 3.00% |

APP. 0866

| Subordinated Debt Securities (Narrative) (Details) - USD ($) $ in Millions | | | 6 Months Ended |
|---|---|---|---|
| | Aug. 23, 2007 | Jun. 21, 2005 | Jun. 30, 2019 |
| Hallmark Statutory Trust I [Member] \| Subordinated Debt Due In 2035 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Long-term debt, gross | | $ 30.9 | $ 30.9 |
| Proceeds from issuance of trust preferred securities | | 30.0 | |
| Proceeds from issuance of common stock | | $ 0.9 | |
| Subordinated borrowing, interest rate | | 7.725% | 5.66% |
| Debt instrument, interest rate fixed to floating date | | Jun. 15, 2015 | |
| Debt instrument, maturity date | | Jun. 15, 2015 | |
| Debt instrument, description of variable rate basis | | | interest adjusts quarterly to the three-month LIBOR rate plus 3.25 percentage points |
| Hallmark Statutory Trust II [Member] \| Subordinated Debt Due In 2037 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Long-term debt, gross | $ 25.8 | | $ 25.8 |
| Proceeds from issuance of trust preferred securities | 25.0 | | |
| Proceeds from issuance of common stock | $ 0.8 | | |
| Subordinated borrowing, interest rate | 8.28% | | 5.31% |
| Debt instrument, interest rate fixed to floating date | Sep. 15, 2017 | | |
| Debt instrument, maturity date | Sep. 15, 2017 | | |
| Debt instrument, description of variable rate basis | | | three-month LIBOR rate plus 2.90 percentage points |
| London Interbank Offered Rate (LIBOR) [Member] \| Hallmark Statutory Trust I [Member] \| Subordinated Debt Due In 2035 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Debt instrument, basis spread on variable rate | | | 3.25% |
| London Interbank Offered Rate (LIBOR) [Member] \| Hallmark Statutory Trust II [Member] \| Subordinated Debt Due In 2037 [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Subordinated borrowing, interest rate | | | 2.90% |

| Deferred Policy Acquisition Costs (Deferred Amortized Policy Acquisition Costs) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Document and Entity Information [Abstract]** | | | | |
| Deferred, additions | | $ 6,306 | | $ 16,671 |
| Deferred, disposition | $ (35,871) | | $ (47,547) | |
| Amortized | 34,788 | (8,242) | 41,530 | (18,615) |
| Net | $ (1,083) | $ (1,936) | $ (6,017) | $ (1,944) |

APP. 0868

| Earnings Per Share (Narrative) (Details) - shares | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Earnings per Share [Abstract]** | | | | |
| Antidilutive securities excluded from computation of earnings per share | 0 | 62,500 | 0 | 62,500 |

| Earnings Per Share (Schedule of Earnings Per Share, Basic and Diluted) (Details) - shares shares in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Earnings per Share [Abstract]** | | | | |
| Weighted average shares - basic | 18,123 | 18,067 | 18,090 | 18,116 |
| Effect of dilutive securities | 128 | 107 | 160 | 114 |
| Weighted average shares - assuming dilution | 18,251 | 18,174 | 18,250 | 18,230 |

| Net Periodic Pension Cost (Schedule of Net Benefit Costs) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | |
|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 |
| **Net Periodic Pension Cost [Abstract]** | | | | |
| Interest cost | $ 114 | $ 106 | $ 227 | $ 212 |
| Amortization of net loss | 36 | 26 | 72 | 53 |
| Expected return on plan assets | (150) | (174) | (299) | (347) |
| Net periodic pension cost | | (42) | | (82) |
| Contributed amount | | | | |

| **Income Taxes (Narrative) (Details)** | **6 Months Ended** | |
|---|---|---|
| | **Jun. 30, 2019** | **Jun. 30, 2018** |
| **Income Taxes [Abstract]** | | |
| Effective income tax rate, continuing operations | 20.80% | 20.10% |

| **Supplemental Cash Flow Information (Reconciliation of Cash, Cash Equivalents and Restricted Cash to Statement of Cash Flows) (Details) - USD ($) $ in Thousands** | **Jun. 30, 2019** | **Dec. 31, 2018** | **Jun. 30, 2018** | **Dec. 31, 2017** |
|---|---|---|---|---|
| **Supplemental Cash Flow Information [Abstract]** | | | | |
| Cash and cash equivalents | $ 67,670 | $ 35,594 | $ 79,583 | |
| Restricted cash | 3,486 | 4,877 | 3,078 | |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 71,156 | $ 40,471 | $ 82,661 | $ 67,633 |

| Supplemental Cash Flow Information (Supplemental Cash Flow Information) (Details) - USD ($) $ in Thousands | 6 Months Ended | |
|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 |
| **Supplemental Cash Flow Information [Abstract]** | | |
| Interest paid | $ 2,527 | $ 2,145 |
| Income taxes paid (recovered) | 2,848 | (5,287) |
| Receivable for securities related to investment disposals | 2,581 | 3,780 |
| Payable for securities related to investment purchases | $ 3,167 | $ 6,706 |

| Changes in Accumulated Other Comprehensive Income Balances (Schedule of Accumulated Other Comprehensive Income (Loss)) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 6 Months Ended | | | |
|---|---|---|---|---|---|---|
| | Jun. 30, 2019 | Jun. 30, 2018 | Jun. 30, 2019 | Jun. 30, 2018 | Jan. 01, 2018 | Dec. 31, 2017 |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | $ (6,660) | | | |
| **Other comprehensive income:** | | | | | | |
| Change in net actuarial gain | $ 37 | $ 26 | 72 | $ 53 | | |
| Tax effect on change in net actuarial gain | (8) | (5) | (15) | (11) | | |
| Unrealized holding gains (losses) arising during the period | 3,460 | 2,321 | 11,233 | 1,926 | | |
| Tax effect on unrealized gains arising during the period | (727) | (487) | (2,359) | (404) | | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | (60) | (381) | (4,201) | (366) | | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | 13 | 80 | 883 | 77 | | |
| Other comprehensive income, net of tax | 2,715 | 1,554 | 5,613 | 1,275 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | $ (2,600) | |
| Ending Balance | (1,047) | | (1,047) | | | |
| Pension Liability [Member] | | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | (3,334) | (2,310) | | |
| **Other comprehensive income:** | | | | | | |
| Change in net actuarial gain | | | 72 | 53 | | |
| Tax effect on change in net actuarial gain | | | (15) | (11) | | |
| Other comprehensive income, net of tax | | | 57 | 42 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | $ (569) | |
| Ending Balance | (3,277) | (2,837) | (3,277) | (2,837) | | |
| Unrealized Gain (Loss) [Member] | | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | (3,326) | 14,544 | | |
| **Other comprehensive income:** | | | | | | |
| Unrealized holding gains (losses) arising during the period | | | 11,233 | 1,926 | | |
| Tax effect on unrealized gains arising during the period | | | (2,359) | (404) | | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | | | (4,201) | (366) | | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | | | 883 | 77 | | |
| Other comprehensive income, net of tax | | | 5,556 | 1,233 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | 3,188 | |

| | | | | |
|---|---|---|---|---|
| Ending Balance | 2,230 | 1,972 | 2,230 | 1,972 |

**Unrealized Gain (Loss) [Member] | Accounting Standards Update 2016-01 [Member]**

**Other comprehensive income:**

| | |
|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | (16,993) |

Accumulated Other Comprehensive Income (Loss) [Member]

**Accumulated Other Comprehensive Income (Loss) [Line Items]**

| | | | |
|---|---|---|---|
| Beginning Balance | (6,660) | 12,234 | |

**Other comprehensive income:**

| | | | |
|---|---|---|---|
| Change in net actuarial gain | 72 | 53 | |
| Tax effect on change in net actuarial gain | (15) | (11) | |
| Unrealized holding gains (losses) arising during the period | 11,233 | 1,926 | |
| Tax effect on unrealized gains arising during the period | (2,359) | (404) | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | (4,201) | (366) | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | 883 | 77 | |
| Other comprehensive income, net of tax | 5,613 | 1,275 | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | 2,619 |
| Ending Balance | $ (1,047) $ (865) | $ (1,047) $ (865) | |

Accumulated Other Comprehensive Income (Loss) [Member] | Accounting Standards Update 2016-01 [Member]

**Other comprehensive income:**

| | |
|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | $ (16,993) |

**Leases (Narrative) (Details)**

|  | **6 Months Ended Jun. 30, 2019** |
|---|---|
| **Lessee, Lease, Description [Line Items]** | |
| Lease, Practical Expedients | true |
| Options to extend | true |
| Minimum [Member] | |
| **Lessee, Lease, Description [Line Items]** | |
| Remaining lease term | 1 year |
| Maximum [Member] | |
| **Lessee, Lease, Description [Line Items]** | |
| Remaining lease term | 13 years |

APP. 0877

| **Leases (Components of Lease Expense and Other Lease Information) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | **6 Months Ended** |
|---|---|---|
| | **Jun. 30, 2019** | **Jun. 30, 2019** |
| **Leases [Abstract]** | | |
| Operating Lease Cost | $ 816 | $ 1,356 |
| Cash paid for amounts included in the measurement of lease liabilities: Operating cash flows from operating leases | 552 | 1,103 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | | |
| Short-term lease payments | | $ 16 |

APP. 0878

**Leases (Component of Lease and Other Information) (Details)**
**$ in Thousands**

**Jun. 30, 2019**
**USD ($)**

**Leases [Abstract]**

| | |
|---|---|
| Operating lease right-of-use assets | $ 17,109 |
| Operating lease liabilities | $ 17,619 |
| Weighted-average remaining lease term - operating leases | 10 years 8 months 12 days |
| Weighted-average discount rate - operating leases | 5.88% |

**Leases (Maturities) (Details) - USD ($)**
**$ in Thousands**

| | Jun. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Future minimum lease payments under non-cancellable leases as of June30, 2019** | | |
| 2019 | $ 786 | |
| 2020 | 2,473 | |
| 2021 | 2,172 | |
| 2022 | 2,171 | |
| 2023 | 1,885 | |
| Thereafter | 15,266 | |
| Total future minimum lease payments | 24,753 | |
| Less imputed interest | (7,134) | |
| Operating lease liabilities | $ 17,619 | |
| **Future minimum lease payments under non-cancellable leases as of December 31, 2018** | | |
| 2019 | | $ 1,889 |
| 2020 | | 2,473 |
| 2021 | | 2,172 |
| 2022 | | 2,171 |
| 2023 | | 1,885 |
| Thereafter | | 15,266 |
| Total future minimum lease payments | | $ 25,856 |

# Exhibit 11

APP. 0881

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**WASHINGTON, D.C. 20549**

**FORM 10-Q**

Quarterly report pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

For the quarterly period ended September 30, 2019

Commission file number 001-11252

**Hallmark Financial Services, Inc.**

(Exact name of registrant as specified in its charter)

| Nevada | 87-0447375 |
|---|---|
| (State or other jurisdiction of Incorporation or organization) | (I.R.S. Employer Identification No.) |
| 5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas | 75240 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (817) 348-1600

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.18 par value | HALL | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes   ☒      No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer,  a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer,"  "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☒

Non-accelerated filer ☐          Smaller reporting company ☒          Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 15(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐ No ☒

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date: Common Stock, par value $0.18 per share –18,123,093 shares outstanding as of November 7, 2019.

APP. 0883

**PART I**
**FINANCIAL INFORMATION**

Item 1.  **Financial Statements**

**INDEX TO FINANCIAL STATEMENTS**

|  | Page Number |
|---|---|
| Consolidated Balance Sheets at September 30, 2019 (unaudited) and December 31, 2018 | 3 |
| Consolidated Statements of Operations (unaudited) for the three months and nine months ended September 30, 2019 and September 30, 2018 | 4 |
| Consolidated Statements of Comprehensive Income (unaudited) for the three months and nine months ended September 30, 2019 and September 30, 2018 | 5 |
| Consolidated Statements of Stockholders' Equity (unaudited) for the three months and nine months ended September 30, 2019 and September 30, 2018 | 6 |
| Consolidated Statements of Cash Flows (unaudited) for the nine months ended September 30, 2019 and September 30, 2018 | 7 |
| Notes to Consolidated Financial Statements (unaudited) | 8 |

2

APP. 0884

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Balance Sheets**
($ in thousands, except par value)

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| | (unaudited) | |
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $564,602 in 2019 and $550,268 in 2018) | $ 568,831 | $ 545,870 |
| Equity securities (cost; $68,737 in 2019 and $68,709 in 2018) | 92,099 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 3,009 | 1,148 |
| Total investments | 663,939 | 627,914 |
| Cash and cash equivalents | 64,045 | 35,594 |
| Restricted cash | 1,697 | 4,877 |
| Ceded unearned premiums | 164,046 | 133,031 |
| Premiums receivable | 140,580 | 119,778 |
| Accounts receivable | 1,646 | 1,619 |
| Receivable for securities | 6,351 | 3,369 |
| Reinsurance recoverable | 313,552 | 252,029 |
| Deferred policy acquisition costs | 21,904 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 5,706 | 7,555 |
| Deferred federal income taxes, net | 556 | 4,983 |
| Prepaid expenses | 1,551 | 2,588 |
| Other assets | 33,266 | 12,571 |
| Total assets | $ 1,463,534 | $ 1,264,894 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Senior unsecured notes due 2029 (less unamortized debt issuance cost of $966 in 2019) | $ 49,034 | $ — |
| Revolving credit facility payable | — | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $859 in 2019 and $898 in 2018) | 55,843 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 565,296 | 527,247 |
| Unearned premiums | 380,066 | 298,061 |
| Reinsurance balances payable | 61,799 | 67,328 |
| Pension liability | 1,410 | 2,018 |
| Payable for securities | 1,952 | 698 |
| Federal income tax payable | 680 | 4 |
| Accounts payable and other accrued expenses | 51,021 | 28,202 |
| Total liabilities | 1,167,101 | 1,009,362 |
| Commitments and contingencies (Note 18) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 123,095 | 123,168 |
| Retained earnings | 194,536 | 161,195 |
| Accumulated other comprehensive income (loss) | 246 | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 296,433 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,463,534 | $ 1,264,894 |

The accompanying notes are an integral part of the consolidated financial statements

3

APP. 0885

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
(Unaudited)
($ in thousands, except per share amounts)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $ 224,178 | $ 169,112 | $ 629,730 | $ 495,836 |
| Ceded premiums written | (96,405) | (81,100) | (260,711) | (226,545) |
| Net premiums written | 127,773 | 88,012 | 369,019 | 269,291 |
| Change in unearned premiums | (15,274) | 850 | (50,991) | 2,496 |
| Net premiums earned | 112,499 | 88,862 | 318,028 | 271,787 |
| | | | | |
| Investment income, net of expenses | 5,050 | 4,860 | 15,573 | 13,706 |
| Investment (losses) gains, net | (1,342) | 6,980 | 17,412 | 2,678 |
| Finance charges | 1,778 | 1,347 | 5,309 | 3,548 |
| Commission and fees | 287 | 869 | 944 | 2,604 |
| Other income | 13 | 28 | 43 | 89 |
| | | | | |
| Total revenues | 118,285 | 102,946 | 357,309 | 294,412 |
| | | | | |
| Losses and loss adjustment expenses | 78,548 | 64,245 | 221,861 | 191,568 |
| Operating expenses | 31,074 | 24,829 | 87,656 | 78,402 |
| Interest expense | 1,386 | 1,180 | 3,879 | 3,335 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| | | | | |
| Total expenses | 111,625 | 90,871 | 315,247 | 275,156 |
| | | | | |
| Income before tax | 6,660 | 12,075 | 42,062 | 19,256 |
| Income tax expense | 1,373 | 2,390 | 8,721 | 3,834 |
| Net income | 5,287 | 9,685 | 33,341 | 15,422 |
| | | | | |
| Net income per share: | | | | |
| Basic | $ 0.29 | $ 0.54 | $ 1.84 | $ 0.85 |
| Diluted | $ 0.29 | $ 0.53 | $ 1.82 | $ 0.85 |

The accompanying notes are an integral part of the consolidated financial statements

4

APP. 0886

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Comprehensive Income**
(Unaudited)
($ in thousands)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Net income | $ 5,287 | $ 9,685 | $ 33,341 | $ 15,422 |
| Other comprehensive income: | | | | |
| Change in net actuarial gain | 36 | 27 | 108 | 80 |
| Tax effect on change in net actuarial gain | (8) | (6) | (23) | (17) |
| Unrealized holding gains arising during the period | 1,777 | 342 | 13,010 | 1,909 |
| Tax effect on unrealized holding gains arising during the period | (373) | (72) | (2,732) | (401) |
| Reclassification adjustment for (gains) losses included in net income | (175) | 166 | (4,376) | 159 |
| Tax effect on reclassification adjustment for gains (losses) included in net income | 36 | (35) | 919 | (33) |
| Other comprehensive income, net of tax | 1,293 | 422 | 6,906 | 1,697 |
| Comprehensive income | $ 6,580 | $ 10,107 | $ 40,247 | $ 17,119 |

The accompanying notes are an integral part of the consolidated financial statements

5

APP. 0887

Table of Contents

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Stockholders' Equity**
(Unaudited)
($ in thousands)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| **Common Stock** | | | | |
| Balance, beginning of period | $ 3,757 | $ 3,757 | $ 3,757 | $ 3,757 |
| Balance, end of period | 3,757 | 3,757 | 3,757 | 3,757 |
| **Additional Paid-In Capital** | | | | |
| Balance, beginning of period | 122,778 | 123,017 | 123,168 | 123,180 |
| Equity based compensation | 317 | 36 | 514 | 37 |
| Shares issued under employee benefit plans | — | — | (587) | (164) |
| Balance, end of period | 123,095 | 123,053 | 123,095 | 123,053 |
| **Retained Earnings** | | | | |
| Balance, beginning of period | 189,249 | 156,585 | 161,195 | 136,474 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | 16,993 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | (2,619) |
| Net income | 5,287 | 9,685 | 33,341 | 15,422 |
| Balance, end of period | 194,536 | 166,270 | 194,536 | 166,270 |
| **Accumulated Other Comprehensive Income (Loss)** | | | | |
| Balance, beginning of period | (1,047) | (865) | (6,660) | 12,234 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | (16,993) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | 2,619 |
| Additional minimum pension liability, net of tax | 28 | 21 | 85 | 63 |
| Unrealized holding gains arising during period, net of tax | 1,404 | 270 | 10,278 | 1,508 |
| Reclassification adjustment for (gains) losses included in net income, net of tax | (139) | 131 | (3,457) | 126 |
| Balance, end of period | 246 | (443) | 246 | (443) |
| **Treasury Stock** | | | | |
| Balance, beginning of period | (25,201) | (25,585) | (25,928) | (24,527) |
| Acquisition of treasury stock | — | — | (1,380) | (1,464) |
| Shares issued under employee benefit plans | — | — | 2,107 | 406 |
| Balance, end of period | (25,201) | (25,585) | (25,201) | (25,585) |
| **Total Stockholders' Equity** | $ 296,433 | $ 267,052 | $ 296,433 | $ 267,052 |

The accompanying notes are an integral part of the consolidated financial statements

6

APP. 0888

**Hallmark Financial Services, Inc. and Subsidiaries**
**Consolidated Statements of Cash Flows**
(Unaudited)
($ in thousands)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Cash flows from operating activities: | | |
| Net income | $ 33,341 | $ 15,422 |
| | | |
| Adjustments to reconcile net income to cash provided by (used in) operating activities: | | |
| Depreciation and amortization expense | 4,001 | 3,801 |
| Deferred federal income taxes | 2,596 | 445 |
| Investment gains, net | (17,412) | (2,678) |
| Share-based payments expense | 514 | 37 |
| Change in ceded unearned premiums | (31,015) | (23,244) |
| Change in premiums receivable | (20,802) | (6,993) |
| Change in accounts receivable | (27) | 49 |
| Change in deferred policy acquisition costs | (7,613) | 2,852 |
| Change in unpaid losses and loss adjustment expenses | 38,049 | 3,716 |
| Change in unearned premiums | 82,005 | 20,747 |
| Change in reinsurance recoverable | (61,523) | (43,004) |
| Change in reinsurance balances payable | (5,529) | 3,343 |
| Change in current federal income tax payable | 676 | 7,676 |
| Change in all other liabilities | 677 | (4,429) |
| Change in all other assets | 4,962 | 3,277 |
| Net cash provided by (used in) operating activities | 22,900 | (18,983) |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (3,688) | (1,530) |
| Purchases of investment securities | (184,689) | (160,147) |
| Maturities, sales and redemptions of investment securities | 171,587 | 177,693 |
| Net cash (used in) provided by investing activities | (16,790) | 16,016 |
| Cash flows from financing activities: | | |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Payment of revolving credit facility | (30,000) | — |
| Payment of debt issuance costs | (979) | — |
| Proceeds from senior unsecured note offering | 50,000 | — |
| Purchase of treasury shares | (1,380) | (1,464) |
| Net cash provided by (used in) financing activities | 19,161 | (1,222) |
| Increase (decrease) in cash and cash equivalents and restricted cash | 25,271 | (4,189) |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 65,742 | $ 63,444 |

The accompanying notes are an integral part of the consolidated financial statements

7

APP. 0889

**Hallmark Financial Services, Inc. and Subsidiaries**
**Notes to Consolidated Financial Statements (Unaudited)**

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us," "our," or the "Company") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets.  We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies.  Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10‑K filed with the SEC.

The interim financial data as of September 30, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the periods ended September 30, 2019 are not necessarily indicative of the operating results to be expected for the full year.

8

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10‑K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Senior Unsecured Notes Due 2029:  Our senior unsecured notes payable due in 2029 had a carry value of $49.0 million and a fair value of $49.1 million as of September 30, 2019.  The fair value is based on discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 6.2% to 6.8% for each future payment date.  Our senior unsecured notes payable would be included in Level 3 of the fair value hierarchy if they were reported at fair value

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $39.7 million as of September 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

9

*Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

*Adoption of New Accounting Pronouncements*

In February 2018, the Financial Accounting Standards Board ("FASB") issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

10

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‑01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‑01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of September 30, 2019, $16.6 million of right-of-use assets and $17.5 million of lease liabilities for operating leases were included in the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‑15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‑15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‑18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‑18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‑09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

***Recently Issued Accounting Pronouncements***

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and

11

modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. As a smaller reporting company, ASU 2016‑13 is effective for fiscal years of the Company beginning after December 15, 2022, including interim periods within those fiscal years.   ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

## 3. Fair Value

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in

12

accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2019 and December 31, 2018 (in thousands):

|  | As of September 30, 2019 | | | |
| --- | --- | --- | --- | --- |
|  | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,345 | $ - | $ 48,345 |
| Corporate bonds | — | 283,678 | 444 | 284,122 |
| Collateralized corporate bank loans | — | 121,317 | - | 121,317 |
| Municipal bonds | — | 106,311 | - | 106,311 |
| Mortgage-backed | — | 8,736 | - | 8,736 |
| Total debt securities | — | 568,387 | 444 | 568,831 |
| Total equity securities | 92,099 | — | — | 92,099 |
| Total other investments | 3,009 | — | — | 3,009 |
| Total investments | $ 95,108 | $ 568,387 | $ 444 | $663,939 |

13

|  | As of December 31, 2018 | | | |
|  | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of September 30, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2019 and 2018 (in thousands):

| | |
|---|---|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | 153 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of September 30, 2019 | $ 444 |
| | |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | (2,925) |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 114 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | (621) |
| Ending balance as of September 30, 2018 | $ 325 |

14

APP. 0896

**4. Investments**

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| **As of September 30, 2019** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,246 | $ 121 | $ (22) | $ 48,345 |
| Corporate bonds | 281,228 | 3,068 | (174) | 284,122 |
| Collateralized corporate bank loans | 121,741 | 363 | (787) | 121,317 |
| Municipal bonds | 104,540 | 1,826 | (55) | 106,311 |
| Mortgage-backed | 8,847 | 38 | (149) | 8,736 |
| Total debt securities | 564,602 | 5,416 | (1,187) | 568,831 |
| Total equity securities | 68,737 | 30,124 | (6,762) | 92,099 |
| Total other investments | 3,763 | — | (754) | 3,009 |
| Total investments | $ 637,102 | $ 35,540 | $ (8,703) | $ 663,939 |
| | | | | |
| **As of December 31, 2018** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ — | $ — |
| Corporate bonds | 154 | (44) | 171 | (66) |
| Collateralized corporate bank loans | (103) | 23 | (65) | 70 |
| Municipal bonds | 124 | (145) | 4,271 | (164) |
| Mortgage-backed | — | — | (1) | 1 |
| Equity securities | — | — | — | 359 |
| Gain (loss) on investments | 175 | (166) | 4,376 | 200 |
| Unrealized (losses) gains on equity securities | (1,941) | 7,121 | 11,175 | 3,217 |
| Unrealized (losses) gains on other investments | 424 | 25 | 1,861 | (739) |
| Investment (losses) gains, net | $ (1,342) | $ 6,980 | $ 17,412 | $ 2,678 |

We realized gross gains on investments of $0.5 million and $0.3 million during the three months ended September 30, 2019 and 2018, respectively and $4.9 million and $0.9 million for the nine months ended September 30, 2019 and 2018, respectively. We realized gross losses on investments of $0.3 million and $0.5 million for the three months ended September 30, 2019 and 2018, respectively, and $0.5 million and $0.7 million for the nine months ended September 30, 2019 and 2018, respectively. We recorded proceeds from the sale of investment securities of $6.0 million and $0.4 million during the three months ended September 30, 2019 and 2018, respectively, and $13.0 million and $14.6 million for the nine months ended September 30, 2019 or 2018, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

15

Table of Contents

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2019 and December 31, 2018 (in thousands):

| | As of September 30, 2019 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,142 | $ (22) | $ 23,142 | $ (22) |
| Corporate bonds | 29,172 | (142) | 13,305 | (32) | 42,477 | (174) |
| Collateralized corporate bank loans | 33,961 | (636) | 4,782 | (151) | 38,743 | (787) |
| Municipal bonds | 6,537 | (48) | 1,036 | (7) | 7,573 | (55) |
| Mortgage-backed | 1,384 | (65) | 599 | (84) | 1,983 | (149) |
| Total debt securities | 71,054 | (891) | 42,864 | (296) | 113,918 | (1,187) |
| Total equity securities | 9,538 | (4,275) | 2,391 | (2,487) | 11,929 | (6,762) |
| Total other investments | — | — | 3,009 | (754) | 3,009 | (754) |
| Total investments | $ 80,592 | $ (5,166) | $ 48,264 | $ (3,537) | $ 128,856 | $ (8,703) |

| | As of December 31, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 81 debt securities with an unrealized loss, of which 58 were in an unrealized loss position for less than one year and 23 were in an unrealized loss position for a period of one year or greater, as of September 30, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

16

APP. 0898

Details regarding the carrying value of the other investments portfolio as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

|  | September 30, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 3,009 | $ 1,148 |
| Total other investments | $ 3,009 | $ 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at September 30, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

|  | Amortized Cost | Fair Value |
|---|---|---|
|  | (in thousands) | |
| Due in one year or less | $ 121,593 | $ 121,977 |
| Due after one year through five years | 309,542 | 312,076 |
| Due after five years through ten years | 94,338 | 94,489 |
| Due after ten years | 30,282 | 31,553 |
| Mortgage-backed | 8,847 | 8,736 |
|  | $ 564,602 | $ 568,831 |

**5. Pledged Investments**

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $28.4 million and $29.5 million at September 30, 2019 and December 31, 2018, respectively.

17

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Year to date activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | September 30, 2019 | September 30, 2018 |
|---|---|---|
| Balance at January 1 | $ 527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| | | |
| Incurred related to: | | |
| Current year | 214,080 | 185,506 |
| Prior years | 7,781 | 6,062 |
| Total incurred | 221,861 | 191,568 |
| | | |
| Paid related to: | | |
| Current year | 75,834 | 56,687 |
| Prior years | 146,929 | 184,337 |
| Total paid | 222,763 | 241,024 |
| | | |
| Net balance at September 30 | 304,629 | 323,032 |
| Plus reinsurance recoverable | 260,667 | 207,784 |
| Balance at September 30 | $ 565,296 | $ 530,816 |

The year to date impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | September 30, | |
|---|---|---|
| | 2019 | 2018 |
| Specialty Commercial Segment | $ 11,232 | $ 15,730 |
| Standard Commercial Segment | (3,508) | (8,829) |
| Personal Segment | 57 | (839) |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 7,781 | $ 6,062 |

The following describes the primary factors behind each segment's prior accident year reserve development for the nine months ended September 30, 2019 and 2018:

Nine months ended September 30, 2019:

> *Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by net favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by net favorable development in the 2018 accident year. We experienced net favorable development in our E&S Property and Professional Liability business units, partially offset by net unfavorable development in our Aerospace & Programs business unit.

> *Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2014 and 2012 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the general liability line of

18

APP. 0900

business in the 2016 and 2015 accident years. Our Commercial Accounts business unit experienced net favorable development in the 2017 and 2015 accident years in the occupational accident line of business. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and 2012 and prior accident years, partially offset by unfavorable net development in the 2014 and 2013 prior accident years.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2016, 2014, 2012 and prior accident years, partially offset by favorable development in the 2017, 2015 and 2013 accident years.

Nine months ended September 30, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto liability line of business in the 2017 accident year. We experienced net unfavorable development in our E&S Property, Professional Liability, E&S Casualty and Aerospace& Programs business units.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. The run-off from our former Workers' Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of September 30, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of September 30, 2019, restricted stock units representing the right to receive up to 530,236 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of September 30, 2019.

**Stock Options:**

Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

19

APP. 0901

A summary of the status of our stock options as of September 30, 2019 and changes during the nine months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |
| Exercisable at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ — | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

As of September 30, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first nine months of 2019 or 2018.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value

20

APP. 0902

of restricted stock units granted in 2015, 2016, 2017, 2018 and 2019 was $11.10, $11.41, $10.20, $10.87 and $18.10 per unit, respectively. We incurred compensation expense of $317 thousand and $514 thousand related to restricted stock units during the three months and nine months ended September 30, 2019, respectively. We incurred compensation expense of $36 thousand and $37 thousand related to restricted stock units during the three and nine months ended September 30, 2018, respectively. We recorded income tax benefit of $67 thousand and $108 thousand related to restricted stock units during the three months and nine months ended September 30, 2019, respectively. We recorded income tax benefit of $8 thousand related to restricted stock units during both the three months and nine months ended September 30, 2018, respectively.

The following table details the status of our restricted stock units as of and for the nine months ended September 30, 2019 and 2018:

| | Number of Restricted Stock Units | |
| --- | --- | --- |
| | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | 97,804 | 144,059 |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at September 30 | 353,491 | 338,897 |

As of September 30, 2019, there was $2.9 million of unrecognized grant date compensation cost related to unvested restricted stock units assuming compensation cost accrual at target achievement level. Based on the current performance estimate, we expect to recognize $2.7 million of compensation cost related to unvested restricted stock units, of which $0.3 million is expected to be recognized during the remainder of 2019, $1.4 million is expected to be recognized in 2020, $0.8 million is expected to be recognized in 2021 and $0.2 million is expected to be recognized in 2022.

**8. Segment Information**

The following is business segment information for the three and nine months ended September 30, 2019 and 2018 (in thousands):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| Revenues | | | | |
| Specialty Commercial Segment | $ 81,341 | $ 68,302 | $ 222,900 | $ 213,507 |
| Standard Commercial Segment | 16,344 | 19,857 | 52,027 | 57,979 |
| Personal Segment | 22,943 | 9,355 | 65,542 | 24,891 |
| Corporate | (2,343) | 5,432 | 16,840 | (1,965) |
| Consolidated | $ 118,285 | $ 102,946 | $ 357,309 | $ 294,412 |
| | | | | |
| Pre-tax income (loss) | | | | |
| Specialty Commercial Segment | $ 14,766 | $ 2,452 | $ 33,161 | $ 20,980 |
| Standard Commercial Segment | 62 | 7,264 | 3,626 | 11,239 |
| Personal Segment | (740) | 684 | 3,274 | 661 |
| Corporate | (7,428) | 1,675 | 2,001 | (13,624) |
| Consolidated | $ 6,660 | $ 12,075 | $ 42,062 | $ 19,256 |

21

The following is additional business segment information as of the dates indicated (in thousands):

| Assets: | September 30, 2019 | December 31, 2018 |
|---|---|---|
| Specialty Commercial Segment | $ 1,055,106 | $ 858,262 |
| Standard Commercial Segment | 192,285 | 158,881 |
| Personal Segment | 170,715 | 226,431 |
| Corporate | 45,428 | 21,320 |
| Consolidated | $ 1,463,534 | $ 1,264,894 |

## 9. Reinsurance

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of September 30, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Ceded earned premiums | $ 83,242 | $ 73,038 | $ 229,697 | $ 203,302 |
| Reinsurance recoveries | $ 50,564 | $ 48,962 | $ 158,128 | $ 142,389 |

## 10. Revolving Credit Facility

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended, provided a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bore interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We paid an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  On August 19, 2019, we terminated Facility A.

The Second Restated Credit Agreement with Frost also provided a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We used Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC.  We paid a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B.  Facility B bore interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election.  On August 19, 2019, we repaid the $30 million principal balance and accrued interest on Facility B.  Upon such repayment, we terminated Facility B.

## 11. Subordinated Debt Securities

We issued trust preferred securities through Hallmark Trust I and Hallmark Trust II.  These Delaware statutory trusts are sponsored and wholly-owned by Hallmark and each was created solely for the purpose of issuing the trust preferred securities.  Each trust pays dividends on its preferred securities at the same rate each quarter as interest is paid on the junior subordinated debt securities.  Under the terms of the trust subordinated debt securities, we pay interest only

22

APP. 0905

each quarter and the principal of each note at maturity.  The subordinated debt securities of each trust are uncollateralized and do not require maintenance of minimum financial covenants.

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

| | Hallmark Statutory Trust I | | Hallmark Statutory Trust II | |
|---|---|---|---|---|
| Issue date | | June 21, 2005 | | August 23, 2007 |
| Principal amount of trust preferred securities | $ | 30,000 | $ | 25,000 |
| Principal amount of junior subordinated debt securities | $ | 30,928 | $ | 25,774 |
| Maturity date of junior subordinated debt securities | | June 15, 2035 | | September 15, 2037 |
| Trust common stock | $ | 928 | $ | 774 |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | | Three Month LIBOR + 2.90% |
| Current interest rate at September 30, 2019 | | 5.37% | | 5.02% |

## 12. Senior Unsecured Notes

On August 19, 2019, Hallmark issued $50.0 million of senior unsecured notes ("Notes") due August 15, 2029.  Interest on the Notes accrues at the rate of 6.25% per annum and is payable semi-annually in arrears commencing February 15, 2020.  The Notes are not obligations of or guaranteed by any of Hallmark's subsidiaries and are not subject to any sinking fund requirements.  At Hallmark's option, the Notes are redeemable, in whole or in part, prior to the stated maturity subject to certain provisions intended to make the holders of the Notes whole on scheduled interest and principal payments.  The indenture governing the Notes contains certain covenants which, among other things, restrict Hallmark's ability to incur additional indebtedness, make certain payments, create liens on the stock of certain subsidiaries, dispose of certain assets, or merge or consolidate with other entities. As of September 30, 2019, Hallmark was in compliance with all of these covenants.

## 13. Deferred Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2019 | | 2018 | | 2019 | | 2018 |
| Deferred | $ | 8,247 | $ | 11,001 | $ | (39,300) | $ | 27,672 |
| Amortized | | (9,843) | | (11,909) | | 31,687 | | (30,524) |
| Net | $ | (1,596) | $ | (908) | $ | (7,613) | $ | (2,852) |

23

**14. Earnings per Share**

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Weighted average shares - basic | 18,123 | 18,059 | 18,101 | 18,097 |
| Effect of dilutive securities | 172 | 108 | 182 | 106 |
| Weighted average shares - assuming dilution | 18,295 | 18,167 | 18,283 | 18,203 |

For the nine months ended September 30, 2018, 43,004 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

**15. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 113 | $ 106 | $ 340 | $ 318 |
| Amortization of net loss | 36 | 26 | 108 | 79 |
| Expected return on plan assets | (149) | (173) | (448) | (520) |
| Net periodic pension cost | $ — | $ (41) | $ — | $ (123) |
| Contributed amount | $ 500 | $ — | $ 500 | $ — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10-K for the year ended December 31, 2018 for more discussion of our retirement plans.

**16. Income Taxes**

Our effective income tax rate for the nine months ended September 30, 2019 and 2018 was 20.7% and 19.9%, respectively. The effective tax rates for 2019 and 2018 varied from the statutory tax rates primarily due to tax exempt interest income.

**17. Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

| | As of September 30, | |
|---|---|---|
| | 2019 | 2018 |
| Cash and cash equivalents | $ 64,045 | $ 59,925 |
| Restricted cash | 1,697 | 3,519 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 65,742 | $ 63,444 |

24

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the nine months ended September 30, 2019 and 2018:

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Interest paid | $ 3,911 | $ 3,325 |
| Income taxes paid (recovered) | $ 5,449 | $ (4,287) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 6,351 | $ 3,253 |
| Payable for securities related to investment purchases | $ 1,952 | $ 7,699 |

**18. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

25

APP. 0908

**19. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of September 30, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 80 | — | 80 |
| Tax effect on change in net actuarial gain | (17) | — | (17) |
| Unrealized holding gains arising during the period | — | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | — | (401) | (401) |
| Reclassification adjustment for realized (gains) losses included in investment gains and losses | — | 159 | 159 |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 108 | — | 108 |
| Tax effect on change in net actuarial gain | (23) | — | (23) |
| Unrealized holding gains arising during the period | — | 13,010 | 13,010 |
| Tax effect on unrealized gains arising during the period | — | (2,732) | (2,732) |
| Reclassification adjustment for (gains) losses included in net realized gains | — | (4,376) | (4,376) |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | 919 | 919 |
| Other comprehensive income, net of tax | 85 | 6,821 | 6,906 |
| Balance at September 30, 2019 | $ (3,249) | $ 3,495 | $ 246 |

**20. Leases**

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and going forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the

26

APP. 0909

information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations predominately pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three and nine month periods ended September 30, 2019 are as follows (in thousands):

| | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| Operating lease cost | $ | 790 | $ | 2,146 |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows from operating leases | $ | 392 | $ | 1,495 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ | — | $ | — |

We incurred $8 thousand and $24 thousand in short-term lease payments not included in our lease liability during the three and nine months ended September 30, 2019.

The components of lease expense and other lease information as of and during the nine month period ended September 30, 2019 are as follows (in thousands):

| | September 30, 2019 | |
|---|---|---|
| Operating lease right-of-use assets | $ | 16,578 |
| Operating lease liabilities | $ | 17,485 |
| Weighted-average remaining lease term - operating leases | | 10.7 |
| Weighted-average discount rate - operating leases | | 5.88% |

Future minimum lease payments under non-cancellable leases as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

| | September 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| 2019 | $ | 394 | $ | 1,889 |
| 2020 | | 2,473 | | 2,473 |
| 2021 | | 2,172 | | 2,172 |
| 2022 | | 2,171 | | 2,171 |
| 2023 | | 1,885 | | 1,885 |
| Thereafter | | 15,266 | | 15,266 |
| Total future minimum lease payments | $ | 24,361 | $ | 25,856 |
| Less imputed interest | $ | (6,876) | $ | N/A |
| Total operating lease liability | $ | 17,485 | $ | N/A |

27

**Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto.  This discussion contains forward-looking statements.  Please see "Risks Associated with Forward-Looking Statements in this Form 10-Q" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Introduction**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us," "our," or the Company) is an insurance holding company that, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.  Our business is geographically concentrated in the south central and northwest regions of the United States, except for our Specialty Commercial business which is written on a national basis.  We pursue our business activities through subsidiaries whose operations are organized into product-specific business units, which are supported by our insurance company subsidiaries.

Our non-carrier insurance activities are segregated by business units into the following reportable segments:

*Specialty Commercial Segment.* Our Specialty Commercial Segment includes our Commercial Auto business unit which offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit which offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit which offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit which offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit which offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products were previously reported as the Contract Binding and Specialty Commercial operating units.  This realignment did not impact our reportable segments.

*Standard Commercial Segment.* Our Standard Commercial Segment includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit.  Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

*Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines business unit.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark Insurance Company ("HIC"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC") insurance subsidiaries. In addition, control and management of Hallmark County Mutual ("HCM") is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 32% of the total net premiums written by any of them, HIC retains 32% of our total net premiums written by any of them, HSIC retains 26% of our total net premiums written by any of them and HNIC retains 10% of our total net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

28

APP. 0912

Table of Contents

**Results of Operations**

       **Management overview.** During the three and nine months ended September 30, 2019, our total revenues were $118.3 million and $357.3 million, representing an increase of 15% and 21%, respectively, from the $102.9 million and $294.4 million in total revenues for the same periods of 2018. During the three and nine months ended September 30, 2019, our income before tax was $6.7 million and $42.1 million, respectively, as compared to $12.1 million and $19.3 million reported during the same periods the prior year.

       The increase in revenue for the three and nine months ended September 30, 2019 compared to the same periods of the prior year was largely due to increased net premiums earned of $23.6 million and $46.2 million, respectively.  In addition, the increase in revenue for the nine months ended September 30, 2019 was impacted by investment gains of $17.4 million as compared to $2.7 million during the nine months ended September 30, 2018.  Higher finance charges and net investment income also contributed to the increase in revenue, partially offset by lower commission and fees and other income during the three and nine months ended September 30, 2019 as compared to the same periods during 2018.  The increase in revenue for the three months ended September 30, 2019 was also partially offset by investment losses of $1.3 million as compared to investment gains of $7.0 million for the three months ended September 30, 2018.

       The increases in revenue for the three and nine months ended September 30, 2019 were partially offset by increased losses and loss adjustment expenses ("LAE") of $14.3 million and $30.3 million, respectively, as compared to the same periods in 2018 due primarily to increased net premiums earned. We reported $6.4 million and $7.8 million, respectively, of unfavorable net prior year loss reserve development during the three and nine months ended September 30, 2019 as compared to $1.6 million and $6.1 million during the same periods of 2018.

       We reported net income of $5.3 million for the three months ended September 30, 2019 as compared to $9.7 million for the same period in 2018. We reported net income of $33.3 million during the nine months ended September 30, 2019 as compared to $15.4 million for the same period during 2018. On a diluted basis per share, we reported net income of $0.29 per share for the three months ended September 30, 2019, as compared to $0.53 per share for the same period in 2018. On a diluted basis per share, we reported net income of $1.82 per share for the nine months ended September 30, 2019, as compared to $0.85 per share for the same period in 2018. Our effective tax rate was 20.7% for the first nine months of 2019 as compared to 19.9% for the same period in 2018.  The increase in the effective tax rate for the first nine months in 2019 was due in large part to a decreased percentage of tax exempt interest income compared to prior year period.

APP. 0913

**Third Quarter 2019 as Compared to Third Quarter 2018**

The following is additional business segment information for the three months ended September 30, 2019 and 2018 (in thousands):

| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** | **2019** | **2018** |
| Gross premiums written | $174,695 | $125,599 | $ 23,563 | $ 21,560 | $ 25,920 | $ 21,953 | $ — | $ — | $224,178 | $169,112 |
| Ceded premiums written | (84,369) | (66,404) | (7,814) | (2,398) | (4,222) | (12,298) | — | — | (96,405) | (81,100) |
| Net premiums written | 90,326 | 59,195 | 15,749 | 19,162 | 21,698 | 9,655 | — | — | 127,773 | 88,012 |
| Change in unearned premiums | (14,043) | 3,203 | (590) | (449) | (641) | (1,904) | — | — | (15,274) | 850 |
| Net premiums earned | 76,283 | 62,398 | 15,159 | 18,713 | 21,057 | 7,751 | — | — | 112,499 | 88,862 |
| Total revenues | 81,341 | 68,302 | 16,344 | 19,857 | 22,943 | 9,355 | (2,343) | 5,432 | 118,285 | 102,946 |
| Losses and loss adjustment expenses | 50,107 | 52,106 | 11,433 | 6,261 | 17,008 | 5,878 | — | — | 78,548 | 64,245 |
| Pre-tax income (loss) | 14,766 | 2,452 | 62 | 7,264 | (740) | 684 | (7,428) | 1,675 | 6,660 | 12,075 |
| Net loss ratio (1) | 65.7 % | 83.5 % | 75.4 % | 33.5 % | 80.8 % | 75.8 % | | | 69.8 % | 72.3 % |
| Net expense ratio (1) | 22.0 % | 22.4 % | 32.1 % | 34.1 % | 24.1 % | 20.2 % | | | 26.0 % | 25.8 % |
| Net combined ratio (1) | 87.7 % | 105.9 % | 107.5 % | 67.6 % | 104.9 % | 96.0 % | | | 95.8 % | 98.1 % |
| Net Favorable (Unfavorable) Prior Year Development | (6,029) | (8,869) | (75) | 7,269 | (273) | (9) | | | (6,377) | (1,609) |

(1)  The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

***Specialty Commercial Segment***

Gross premiums written for the Specialty Commercial Segment were $174.7  million for the three months ended September 30, 2019, which was $49.1 million, or 39%, more than the $125.6 million reported for the same period of 2018. Net premiums written were $90.3 million for the three months ended September 30, 2019 as compared to $59.2 million for the same period of 2018. The increase in gross and net premiums written was primarily the result of increased premium production reflected in all business units.

The $81.3 million of total revenue for the three months ended September 30, 2019 was $13.0 million more than the $68.3 million reported by the Specialty Commercial Segment for the same period in 2018. This increase in revenue was primarily due to higher net premiums earned of $13.9 million due to increased premium production in our Professional Liability, E&S Property, E&S Casualty and Aerospace & Programs business units, partially offset by lower net earned premium in our Commercial Auto business unit, lower net investment income of $0.4 million and lower commission and fees of $0.5 million for the three months ended September 30, 2019 as compared to the same period of 2018.

Pre-tax income for the Specialty Commercial Segment of $14.8 million for the third quarter of 2019 was $12.3 million higher than the $2.5 million reported for the same period in 2018. The increase in pre-tax income was primarily the result of the increased revenue discussed above and lower losses and loss adjustment expenses of $2.0 million, partially offset by higher operating expenses of $2.7 million during the three months ended September 30, 2019 as compared to the same period during  2018.

Our Specialty Commercial Segment reported lower losses and LAE as the combined result of (a) a $5.9 million decrease in losses and LAE in our Commercial Auto business unit due largely to $5.1 million of unfavorable prior year net loss reserve development recognized during the three months ended September 30, 2019 as compared to $8.1 million of unfavorable prior year net loss reserve development during the same period of 2018, (b) a $2.6 million increase in losses and LAE in our E&S Casualty business unit due primarily to increased net premiums earned as well as  $1.4 million of

APP. 0914

unfavorable prior year net loss reserve development during the third quarter of 2019 as compared to $0.2 million of unfavorable prior year net loss reserve development during the third quarter of 2018,  (c) a $1.8 million decrease in losses and LAE in our E&S Property business unit due primarily to lower net catastrophe and attritional losses during the third quarter of 2019 as compared to the third quarter of 2018, (d) a $2.2 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, and (e)  a $0.9 million increase in losses and LAE in our Aerospace & Programs business unit due primarily to higher current accident year loss trends.

Operating expenses increased  $2.7 million primarily as the result of higher production related expenses of $1.6 million, higher salary and related expenses of $0.6 million, increased occupancy and other operating expenses of $0.4 million and higher travel related expenses of $0.1 million.

The Specialty Commercial Segment reported a net loss ratio of 65.7% for the three months ended September 30, 2019 as compared to 83.5% for the same period in 2018. The gross loss ratio before reinsurance was 62.4% for the three months ended September 30, 2019 as compared to 73.8% for the same period in 2018. The decrease in the net and gross loss ratios  were the result of lower current accident year loss trends primarily in our Commercial Auto, E&S Casualty, Professional Liability and E&S Property business units, as well as a decrease in unfavorable prior year net loss reserve development.    The Specialty Commercial Segment reported $6.0 million of unfavorable prior year net loss reserve development for the three months ended September 30, 2019 as compared to unfavorable prior year net loss reserve development of $8.9 million for the same period of 2018. The Specialty Commercial Segment reported a net expense ratio of 22.0% for the third quarter of 2019 as compared to 22.4% for the same period of 2018. The decrease in the expense ratio was due predominately to the impact of increased ceding commissions.

*Standard Commercial Segment*

Gross premiums written for the Standard Commercial Segment were $23.6 million for the three months ended September 30, 2019, which was $2.0 million, or 9%, more than the $21.6 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit.   Net premiums written were $15.7 million for the three months ended September 30, 2019 as compared to $19.2 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $16.3 million for the three months ended September 30, 2019, was $3.6 million, or 18%, less than the $19.9 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $3.6 million due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018 and lower commission and fees of $0.1 million, partially offset by higher net investment income of $0.1 million for the three months ended September 30, 2019 as compared to the same period of 2018.

Our Standard Commercial Segment reported pre-tax income of $62 thousand for the three months ended September 30, 2019 as compared to $7.3 million reported for the same period of 2018. This decrease in pre-tax income was the result of the decreased revenue discussed above and higher loss and loss adjustment expense of $5.2 million, partially offset by lower operating expenses of $1.5 million.  Reduced operating expenses were primarily the result of lower production related expenses of $1.6 million due to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018, partially offset by higher professional services of $0.1 million.

The Standard Commercial Segment reported a net loss ratio of 75.4% for the three months ended September 30, 2019 as compared to 33.5% for the same period of 2018. The gross loss ratio before reinsurance for the three months ended September 30, 2019 was 67.6% as compared to 51.9% reported for the same period of 2018. The increase in the gross and net loss ratios were due primarily to higher current net accident year loss trends and unfavorable net loss reserve development of $75 thousand as compared to favorable net loss reserve development of $7.3 million during the same period of 2018. The Standard Commercial Segment reported $0.4 million of net catastrophe losses during the third quarter of 2019 as compared to $0.9 million of net catastrophe losses during the same period of 2018.  The Standard Commercial Segment reported a net expense ratio of 32.1% for the third quarter of 2019 as compared to 34.1% for the same period of

31

2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

*Personal Segment*

Gross premiums written for the Personal Segment were $25.9 million for the three months ended September 30, 2019 as compared to $22.0 million for the same period in the prior year. Net premiums written for our Personal Segment were $21.7 million in the third quarter of 2019, which was an increase of $12.0 million from the $9.7 million reported for the third quarter of 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $22.9 million for the third quarter of 2019 as compared to $9.4 million for the same period in 2018. The increase in revenue was due to an increase in net premiums earned of $13.3 million and increased finance charges of $0.4 million, partially offset by lower investment income of $0.2 million during the third quarter of 2019 as compared to the same period during 2018.

Pre-tax loss for the Personal Segment was $0.7 million for the three months ended September 30, 2019 as compared to pre-tax income of $0.7 million for the same period of 2018. The pre-tax loss was primarily the result of increased losses and LAE of $11.1 million and increased operating expenses of $3.8 million, partially offset by increased revenue discussed above for the three months ended September 30, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 80.8% for the three months ended September 30, 2019 as compared to 75.8% for the same period of 2018. The gross loss ratio before reinsurance was 86.3% for the three months ended September 30, 2019 as compared to 66.2% for the same period in 2018. The higher gross and net loss ratios for the three months ended September 30, 2019 was primarily the result of higher current accident year loss trends including net catastrophe losses of $0.7 million compared to $22 thousand reported for the same period in 2018. The increases in the net loss ratio were partially offset by a higher ceded loss ratio. The Personal Segment reported unfavorable prior year net loss reserve development of $0.3 million during the three months ended September 30, 2019 as compared to unfavorable net loss reserve development of $9 thousand reported during the same period of 2018. The Personal Segment reported a net expense ratio of 24.1% for the third quarter of 2019 as compared to 20.2% for the same period of 2018. The increase in the expense ratio was due predominately to higher production related expenses due to increased retention of business effective October 1, 2018

*Corporate*

Total revenue for Corporate decreased by $7.8 million for the three months ended September 30, 2019 as compared to the same period the prior year. This decrease in total revenue was due predominately to investment losses of $1.3 million during the third quarter of 2019 as compared to investment gains of $7.0 million reported for the same period of 2018, partially offset by higher net investment income of $0.5 million for the three months ended September 30, 2019 as compared to the same period during 2018.

Corporate pre-tax loss was $7.4 million for the three months ended September 30, 2019 as compared to a pre-tax income of $1.7 million for the same period of 2018. The pre-tax loss was primarily due to the lower revenue discussed above, as well as higher operating expenses of $1.1 million, due primarily as a result of increased salary and related expense, and higher interest expense of $0.2 million.

32

**Nine Months Ended September 30, 2019 as Compared to Nine Months Ended September 30, 2018**

The following is additional business segment information for the nine months ended September 30, 2019 and 2018 (in thousands):

| | Nine Months Ended September 30, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
| Gross premiums written | $ 482,034 | $ 376,491 | $ 70,926 | $ 65,931 | $ 76,770 | $ 53,414 | $ — | $ — | $ 629,730 | $ 495,836 |
| Ceded premiums written | (225,100) | (189,145) | (23,087) | (7,598) | (12,524) | (29,802) | — | — | (260,711) | (226,545) |
| Net premiums written | 256,934 | 187,346 | 47,839 | 58,333 | 64,246 | 23,612 | — | — | 369,019 | 269,291 |
| Change in unearned premiums | (47,109) | 9,071 | 970 | (3,648) | (4,852) | (2,927) | — | — | (50,991) | 2,496 |
| Net premiums earned | 209,825 | 196,417 | 48,809 | 54,685 | 59,394 | 20,685 | — | — | 318,028 | 271,787 |
| Total revenues | 222,900 | 213,507 | 52,027 | 57,979 | 65,542 | 24,891 | 16,840 | (1,965) | 357,309 | 294,412 |
| Losses and loss adjustment expenses | 144,430 | 148,001 | 33,697 | 28,562 | 43,734 | 15,005 | — | — | 221,861 | 191,568 |
| Pre-tax income (loss) | 33,161 | 20,980 | 3,626 | 11,239 | 3,274 | 661 | 2,001 | (13,624) | 42,062 | 19,256 |
| Net loss ratio (1) | 68.8 % | 75.4 % | 69.0 % | 52.2 % | 73.6 % | 72.5 % | | | 69.8 % | 70.5 % |
| Net expense ratio (1) | 22.1 % | 22.8 % | 30.4 % | 33.5 % | 23.3 % | 29.2 % | | | 25.8 % | 27.0 % |
| Net combined ratio (1) | 90.9 % | 98.2 % | 99.4 % | 85.7 % | 96.9 % | 101.7 % | | | 95.6 % | 97.5 % |
| Net Favorable (Unfavorable) Prior Year Development | (11,232) | (15,730) | 3,508 | 8,829 | (57) | 839 | | | (7,781) | (6,062) |

(1) The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

***Specialty Commercial Segment***

Gross premiums written for the Specialty Commercial Segment were $482.0 million for the nine months ended September 30, 2019, which was $105.5 million, or 28%, more than the $376.5 million reported for the same period of 2018. Net premiums written were $256.9 million for the nine months ended September 30, 2019 as compared to $187.3 million for the same period of 2018. The increase in gross and net premiums written was primarily the result of increased premium production reflected in our Commercial Auto, Professional Liability, E&S Property, E&S Casualty and Aerospace & Programs business units.

The $222.9 million of total revenue for the nine months ended September 30, 2019 was $9.4 million more than the $213.5 million reported by the Specialty Commercial Segment for the same period in 2018. This increase in revenue was primarily due to higher net premiums earned of $13.4 million due to higher premium production in our Professional Liability, E&S Property, E&S Casualty and Aerospace & Programs business units, partially offset by lower net earned premium in our Commercial Auto business unit. This increase in net premiums earned was partially offset by lower net investment income of $2.5 million and lower commission and fees of $1.5 million for the nine months ended September 30, 2019 as compared to the same period of 2018.

Pre-tax income for the Specialty Commercial Segment of $33.2 million for the nine months ended September 30, 2019 was $12.2 million higher than the $21.0 million reported for the same period in 2018. This increase in pre-tax income was primarily the result of the increased revenue discussed above and lower losses and LAE of $3.6 million, partially offset by higher operating expenses of $0.8 million during the nine months ended September 30, 2019 as compared to the same period during 2018.

Our Specialty Commercial Segment reported a $3.6 million decrease in losses and LAE which consisted of (a) a $24.0 million decrease in losses and LAE in our Commercial Auto Business unit due largely to lower net earned premiums, as well as $7.6 million of unfavorable prior year net loss reserve development recognized during the nine months ended September 30, 2019 as compared to $17.5 million of unfavorable prior year net loss reserve development during the same

33

APP. 0919

Table of Contents

period of 2018, (b) a $10.9 million increase in losses and LAE in our E&S Casualty business unit due primarily to $5.0 million of unfavorable prior year net loss reserve development during the nine months ended September 30, 2019 as compared to $4.6 million of favorable prior year net loss reserve development during the same period of 2018, as well as higher net earned premiums,  (c) a $2.4 million increase in losses and LAE in our E&S Property business unit due to increased net premiums earned, partially offset by $0.8 million of net favorable prior year loss reserve development during the nine months ended September 30, 2019 as compared to $0.8 million of unfavorable prior year net loss reserve development during the same period of 2018, (d) a $6.1 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, partially offset by lower current accident year loss trends, and (e)  a $1.0 million increase in losses and LAE in our Aerospace & Programs business unit due primarily to higher current accident year loss trends as well as higher net premiums earned.

Operating expenses increased $0.8 million primarily as the result of increased salary and related expenses of $1.6 million,  increased occupancy and other operating expenses of $0.9 million and higher travel related expenses of $0.1 million, partially offset by lower production related expenses of $1.7 million due primarily to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018 and lower professional services of $0.1 million.

The Specialty Commercial Segment reported a net loss ratio of 68.8% for the nine months ended September 30, 2019 as compared to 75.4% for the same period in 2018. The gross loss ratio before reinsurance was 68.0% for the nine months ended September 30, 2019 as compared to 72.5% for the same period in 2018.    The lower gross and net loss ratios were largely the result of lower gross current accident year loss trends, as well as lower unfavorable prior year loss reserve development. The Specialty Commercial Segment reported $11.2 million of unfavorable prior year net loss reserve development for the nine months ended September 30, 2019 as compared to unfavorable prior year net loss reserve development of $15.7 million for the same period of 2018. During the nine months ended September 30, 2019, the Specialty Commercial Segment reported $2.1 million of net catastrophe losses as compared to $1.3 million during the same period of 2018. The Specialty Commercial Segment reported a net expense ratio of 22.1% for the nine months ended September 30, 2019 as compared to 22.8% for the same period of 2018. The decrease in the expense ratio was due predominately to the impact of increased ceding commissions.

### Standard Commercial Segment

Gross premiums written for the Standard Commercial Segment were $70.9 million for the nine months ended September 30, 2019, which was $5.0 million, or 8.0%, more than the $65.9 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit.   Net premiums written were $47.8 million for the nine months ended September 30, 2019 as compared to $58.3 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $52.0 million for the nine months ended September 30, 2019, was $6.0 million, or 10%, less than the $58.0 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $5.9 million, due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018, and lower commission and fees of $0.2 million, partially offset by higher net investment income of $0.1 million during the nine months ended September 30, 2019 as compared to the same period during 2018.

Our Standard Commercial Segment reported pre-tax income of $3.6 million for the nine months ended September 30, 2019 as compared to $11.2 million reported for the same period of 2018. The decrease in pre-tax income was the result of decreased revenue discussed above and higher losses and LAE of $5.1 million, partially offset by lower operating expenses of $3.5 million.  Reduced operating expenses were largely the result of lower production related expenses of $4.0 million due to increased ceding commission from the reinsurance contract entered into during the fourth quarter of 2018, partially offset by higher salary and related expenses of $0.3 million and higher professional service fees and other general expenses of $0.2 million.

34

The Standard Commercial Segment reported a net loss ratio of 69.0% for the nine months ended September 30, 2019 as compared to 52.2% for the same period of 2018. The gross loss ratio before reinsurance for the nine months ended September 30, 2019 was 69.4% as compared to the 60.5% reported for the same period of 2018. The increase in the gross and net loss ratios was due to higher current net accident year loss trends and a lower net favorable prior year reserve development. During the nine months ended September 30, 2019, the Standard Commercial Segment reported favorable net loss reserve development of $3.5 million as compared to favorable net loss reserve development of $8.8 million during the same period of 2018. The Standard Commercial Segment reported $1.5 million of net catastrophe losses during the nine months ended September 30, 2019 as compared to $3.2 million of net catastrophe losses during the same period of 2018.  The Standard Commercial Segment reported a net expense ratio of 30.4% for the nine months ended September 30, 2019 as compared to 33.5% for the same period of 2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

*Personal Segment*

Gross premiums written for the Personal Segment were $76.8 million for the nine months ended September 30, 2019 as compared to $53.4 million for the same period in the prior year. Net premiums written for our Personal Segment were $64.2 million for the nine months ended September 30, 2019, which was an increase of $40.6 million from the $23.6 million reported for the same period in 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $65.5 million for the nine months ended September 30, 2019 as compared to $24.9 million for the same period in 2018. The increase in revenue was due to an increase in net premiums earned of  $38.7 million, increased finance charges of  $1.7 million and increased investment income of $0.2 million during the nine months ended September 30, 2019 as compared to the same period during 2018.

Pre-tax income for the Personal Segment was $3.3 million for the nine months ended September 30, 2019 as compared to pre-tax income of $0.7 million for the same period of 2018. The pre-tax income was primarily the result of the increased revenue discussed above, partially offset by increased losses and LAE of $28.7 million and increased operating expenses of $9.3 million for the nine months ended September 30, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 73.6%  for the nine months ended September 30, 2019 as compared to 72.5% for the same period of 2018. The gross loss ratio before reinsurance was 77.8% for the nine months ended September 30, 2019 as compared to 67.9% for the same period in 2018. The higher gross loss ratio was primarily the result of higher current accident year loss trends, as well as unfavorable gross loss reserve development as compared to favorable gross loss reserve development for the prior year to date period. The higher net loss ratio was primarily the result of higher gross current accident year loss trends, including net catastrophe losses of $1.1 million as compared to $0.1 million for the prior year, and unfavorable net reserve development as compared to favorable net reserve development for the prior year, partially offset by a  higher ceded loss ratio.  The Personal Segment reported unfavorable net loss reserve development of $57 thousand for the nine months ended September 30, 2019 as compared to favorable net loss reserve development of $0.8 million during the same period of 2018. The Personal Segment reported a net expense ratio of 23.3% for the nine months ended September 30, 2019 as compared to 29.2% for the same period of 2018. The decrease in the expense ratio was due predominately to higher net premiums earned and higher finance charges, partially offset by higher production related expenses due to increased retention of business effective October 1, 2018.

*Corporate*

Total revenue for Corporate increased by $18.8 million for the nine months ended September 30, 2019 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $17.4 million during the nine months ended September 30, 2019 as compared to investment gains of $2.7 million reported for the same period of 2018, as well as higher net investment income of $4.1 million for the nine months ended September 30, 2019 as compared to the same period during 2018.

35

Corporate pre-tax income was $2.0 million for the nine months ended September 30, 2019 as compared to a pre-tax loss of $13.6 million for the same period of 2018. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $2.7 million, primarily as a result of increased salary and related expenses and professional services, and higher interest expense of $0.5 million.

**Financial Condition and Liquidity**

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions, and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of September 30, 2019, we had $25.1 million in unrestricted cash and cash equivalents, as well as $1.0 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $38.9 million of unrestricted cash and cash equivalents, as well as $567.8 million in debt securities with an average modified duration of 1.5 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12‑month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. Dividends may only be paid from unassigned surplus funds. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's statutory net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. During 2019, the aggregate ordinary dividend capacity of these subsidiaries is $33.9 million, of which $22.9 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the first nine months of 2019 and 2018, our insurance company subsidiaries paid $12.8 million and $4.6 million in dividends to Hallmark, respectively.

*Comparison of September 30, 2019 to December 31, 2018*

On a consolidated basis, our cash (excluding restricted cash) and investments at September 30, 2019 were $728.0 million compared to $663.5 million at December 31, 2018. The primary reasons for this increase in unrestricted cash and investments were cash provided by operations, proceeds from our senior unsecured note offering, increases in investment fair values and proceeds from the exercise of employee stock options, partially offset by the repayment of the principal balance and accrued interest on our revolving credit facility, net purchases of fixed assets, and repurchases of common stock.

*Comparison of Nine Months Ended September 30, 2019 and September 30, 2018*

During the nine months ended September 30, 2019, our cash flow provided by operations was $22.9 million compared to cash flow used by operations of $19.0 million during the same period the prior year. The  cash flow provided by operations during the first nine months of 2019 was driven by an increase in collected net premiums, higher collected investment income and higher collected finance charges. These increases in operating cash flow were partially offset by increased paid operating expense, increased federal income taxes paid and higher paid claims during the nine months ended September 30, 2019 as compared to the same period the prior year.

Net cash used by investing activities during the first nine months of 2019 was $16.8 million as compared to net cash provided by investing activities of $16.0 million during the first nine months of 2018. The cash used by investing activities during the first nine months of 2019 was primarily comprised of an increase of $24.5 million in purchases of debt and equity securities, a decrease of $6.1 million in maturities, sales and redemptions of investment securities as well as  a $2.2 million increase in purchases of fixed assets.

36

Cash provided by financing activities during the first nine months of 2019 was $19.2 million primarily as a result of net proceeds from our senior unsecured note offering of $49.0 million and proceeds from the exercise of employee stock options of $1.5 million, partially offset by the $30.0 million repayment of the principal balance on our revolving credit facility and $1.4 million in repurchases of our common stock. Cash used in financing activities during the first nine months of 2018 was $1.2 million primarily as a result of repurchases of our common stock.

*Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended , provided a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bore interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We paid an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  On August 19, 2019, we terminated Facility A.

The Second Restated Credit Agreement with Frost also provided a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We used Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC.  We paid a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B.  Facility B bore interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election.  On August 19, 2019, we repaid the $30 million principal balance and accrued interest on Facility B.  Upon such repayment, we terminated Facility B.

*Subordinated Debt Securities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.  On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

Each trust pays dividends on its preferred securities at the same rate each quarter as interest is paid on the junior subordinated debt securities.  Under the terms of the trust subordinated debt securities, we pay interest only each quarter and the principal of each note at maturity.  The subordinated debt securities of each trust are uncollateralized and do not require maintenance of minimum financial covenants.

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

| | Hallmark Statutory Trust I | | Hallmark Statutory Trust II | |
|---|---|---|---|---|
| Issue date | | June 21, 2005 | | August 23, 2007 |
| Principal amount of trust preferred securities | $ | 30,000 | $ | 25,000 |
| Principal amount of junior subordinated debt securities | $ | 30,928 | $ | 25,774 |
| Maturity date of junior subordinated debt securities | | June 15, 2035 | | September 15, 2037 |
| Trust common stock | $ | 928 | $ | 774 |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | | Three Month LIBOR + 2.90% |
| Current interest rate at September 30, 2019 | | 5.37% | | 5.02% |

37

*Senior Unsecured Notes*

On August 19, 2019, Hallmark issued $50.0 million of senior unsecured notes ("Notes") due August 15, 2029.  Interest on the Notes accrues at the rate of 6.25% per annum and is payable semi-annually in arrears commencing February 15, 2020.  The Notes are not obligations of or guaranteed by any of Hallmark's subsidiaries and are not subject to any sinking fund requirements.  At Hallmark's option, the Notes are redeemable, in whole or in part, prior to the stated maturity subject to certain provisions intended to make the holders of the Notes whole on scheduled interest and principal payments.  The indenture governing the Notes contains certain covenants which, among other things, restrict Hallmark's ability to incur additional indebtedness, make certain payments, create liens on the stock of certain subsidiaries, dispose of certain assets, or merge or consolidate with other entities. As of September 30, 2019, Hallmark was in compliance with all of these covenants.

**Item 3.  Quantitative and Qualitative Disclosures About Market Risk.**

Not required for smaller reporting company.

**Item 4.  Controls and Procedures.**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure. During the most recent fiscal quarter, there have been no changes in our internal controls over financial reporting that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Risks Associated with Forward-Looking Statements Included in this Form 10‑Q**

This Form 10‑Q contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, which are intended to be covered by the safe harbors created thereby.  These statements include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds.  The forward-looking statements included herein are based on current expectations that involve numerous risks and uncertainties.  Assumptions relating to the foregoing involve judgments with respect to, among other things, future economic, competitive and market conditions, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control.  Although we believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10‑Q will prove to be accurate.  In light of the significant uncertainties inherent in the forward-looking statements included herein, the inclusion of such information should not be regarded as a representation by us or any other person that our objectives and plans will be achieved.

38

Table of Contents

**PART II**

**OTHER INFORMATION**

**Item 1.  Legal Proceedings.**

We are engaged in various legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 1A.  Risk Factors.**

There have been no material changes to the risk factors discussed in Item 1A to Part I of our Form 10-K for the fiscal year ended December 31, 2018.

**Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds.**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares.  The Stock Repurchase Plan does not have an expiration date. We did not repurchase any shares of our common stock during the three months ended September 30, 2019.

**Item 3.  Defaults Upon Senior Securities.**

None.

**Item 4.  Mine Safety Disclosures.**

None.

**Item 5.  Other Information.**

None.

39

APP. 0925

**Item 6. Exhibits.**

The following exhibits are filed herewith or incorporated herein by reference:

| Exhibit Number | Description |
|---|---|
| 3(a) | Restated Articles of Incorporation of the registrant, as amended (incorporated by reference to Exhibit 3.1 to the registrant's Registration Statement on Form S‑1 [Registration No. 333‑136414] filed September 8, 2006). |
| 3(b) | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8‑K filed March 28, 2017). |
| 4.1 | Indenture between Hallmark Financial Services, Inc. and The Bank of New York Mellon Trust Company, N.A. dated August 19, 2019 (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed August 21, 2019). |
| 4.2 | First Supplemental Indenture between Hallmark Financial Services, Inc. and The Bank of New York Mellon Trust Company, N.A. dated August 19, 2019 (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed August 21, 2019). |
| 31(a) | Certification of principal executive officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 31(b) | Certification of principal financial officer required by Rule 13a‑14(a) or Rule 15d‑14(a). |
| 32(a) | Certification of principal executive officer Pursuant to 18 U.S.C. § 1350. |
| 32(b) | Certification of principal financial officer Pursuant to 18 U.S.C. § 1350. |
| 101 INS+ | XBRL Instance Document. |
| 101 SCH+ | XBRL Taxonomy Extension Schema Document. |
| 101 CAL+ | XBRL Taxonomy Extension Calculation Linkbase Document. |
| 101 LAB+ | XBRL Taxonomy Extension Label Linkbase Document. |
| 101 PRE+ | XBRL Taxonomy Extension Presentation Linkbase Document. |
| 101 DEF+ | XBRL Taxonomy Extension Definition Linkbase Document. |
| + | Filed with this Quarterly Report on Form 10-Q and included in Exhibit 101 to this report are the following documents formatted in XBRL (Extensible Business Reporting Language): (i) Consolidated Balance Sheets as of September 30, 2019 and December 31, 2018, (ii) Consolidated Statements of Operations for the three and nine months ended September 30, 2019 and 2018, (iii) Consolidated Statements of Comprehensive Income for the three and nine months ended September 30, 2019 and 2018, (iv) Consolidated Statements of Stockholder's Equity for the three and nine months ended September 30, 2019 and 2018, (v) Consolidated Statements of Cash Flows for the nine months ended September 30, 2019 and 2018 and (vi) related notes. |

40

APP. 0926

SIGNATURES

In accordance with the requirements of the Exchange Act, the registrant has caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

HALLMARK FINANCIAL SERVICES, INC.
(Registrant)

Date: November 7, 2019

/s/ Naveen Anand

Naveen Anand, Chief Executive Officer and President

Date: November 7, 2019

/s/ Jeffrey R. Passmore

Jeffrey R. Passmore, Chief Financial Officer and Senior Vice President

41

APP. 0927

**CERTIFICATION**

I, Naveen Anand, certify that:

1.   I have reviewed this quarterly report on Form 10-Q of  Hallmark Financial Services, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.   The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)     designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)     designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)     evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)     disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.   The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)     all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)     any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    November 7, 2019                              /s/ Naveen Anand
                                                      _____
                                                      Naveen Anand,
                                                      Chief Executive Officer
                                                      (principal executive officer)

**CERTIFICATION**

I, Jeffrey R. Passmore, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Hallmark Financial Services, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.  The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

    a)      designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)      designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)      evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)      disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.  The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

    a)      all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

    b)      any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:   November 7, 2019                          /s/Jeffrey R. Passmore
                                                  Jeffrey R. Passmore
                                                  Chief Financial Officer
                                                  (principal financial officer)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended September 30, 2019, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    November 7, 2019                    /s/ Naveen Anand
                                             Naveen Anand,
                                             Chief Executive Officer
                                             (principal executive officer)

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Jeffrey R. Passmore, Chief Accounting Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying report on Form 10-Q for the quarter ended September 30, 2019 and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   November 7, 2019                    /s/Jeffrey R. Passmore
                                            Jeffrey R. Passmore
                                            Chief Financial Officer
                                            (principal financial officer)

| Share-Based Payment Arrangements (Narrative) (Details) - USD ($) $ / shares in Units, $ in Thousands | 3 Months Ended | | 9 Months Ended | | 12 Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 | Dec. 31, 2018 | Dec. 31, 2017 | Dec. 31, 2016 | Dec. 31, 2015 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Stock options, Granted | | | 0 | 0 | | | | |
| **Long Term Incentive Plan 2005 [Member]** | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Number of incentive stock options outstanding | | | 0 | | | | | |
| Share-based compensation arrangement by share-based payment award, non-qualified stock options to purchase number of shares | | | 14,157 | | | | | |
| **Long Term Incentive Plan 2015 [Member]** | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Share-based compensation arrangement by share-based payment award, number of shares authorized | 2,000,000 | | 2,000,000 | | | | | |
| Share-based compensation arrangement by share-based payment award, restricted stock options to purchase number of shares | | | 530,236 | | | | | |
| Stock options, Granted | | | 0 | | | | | |
| **Long Term Incentive Plan 2005 and 2015 [Member]** | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 0 | | $ 0 | | | | | |
| Unrecognized grant date compensation cost | $ 0 | | $ 0 | | | | | |
| **Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member]** | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Share-based compensation arrangement by share-based payment award, award vesting rights, percentage | | | 100.00% | | | | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | | 10 years | | | | | |
| Share-based payment, award vesting period | | | 6 months | | | | | |
| **Non Qualified Stock Options [Member] \| Long Term Incentive Plan 2005 [Member] \| 200,000 Grant [Member]** | | | | | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | | | | | |
| Stock-based compensation incentive stock options grant under incentive plan termination period | | | 10 years | | | | | |
| Number of options vested or expected to vest | 200,000 | | 200,000 | | | | | |

APP. 0932

Restricted Stock Units (RSUs) [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | | | | |
|---|---|---|---|---|
| Unrecognized compensation cost related to non-vested share-based compensation arrangements | $ 2,900 | | $ 2,900 | |
| Employee Service Share-based Compensation Nonvested Awards, Total Compensation Cost Expected to Recognized | | | $ 2,700 | |
| Other than options, forfeited | | | 83,210 | 182,743 |
| Vested | | | | 8,198 |
| Allocated share-based compensation expense | 317 | $ 36 | $ 514 | $ 37 |
| Income tax benefit of share-based payments recognized in income | 67 | $ 8 | 108 | $ 8 |
| Unrecognized grant date compensation cost | 2,900 | | 2,900 | |
| Remainder of 2019 | 300 | | 300 | |
| 2020 | 1,400 | | 1,400 | |
| 2021 | 800 | | 800 | |
| 2022 | $ 200 | | $ 200 | |

Restricted Stock Units (RSUs) [Member] | Minimum [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | | | | |
|---|---|---|---|---|
| Percentage of restricted stock units granted as result of meeting growth rates | 50.00% | | 50.00% | |

Restricted Stock Units (RSUs) [Member] | Maximum [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | | | | |
|---|---|---|---|---|
| Percentage of restricted stock units granted as result of meeting growth rates | 150.00% | | 150.00% | |

Restricted Stock Units (RSUs) [Member] | Long Term Incentive Plan 2015 [Member]

**Share-based Compensation Arrangement by Share-based Payment Award [Line Items]**

| | | | | | | |
|---|---|---|---|---|---|---|
| Other than options, grant date fair value | | | $ 18.10 | $ 10.87 | $ 10.20 | $ 11.41 | $ 11.10 |

| Investments (Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Amortized Cost, Due in one year or less | $ 121,593 | |
| Amortized Cost, Due after one year through five years | 309,542 | |
| Amortized Cost, Due after five years through ten years | 94,338 | |
| Amortized Cost, Amortized Cost Due after ten years | 30,282 | |
| Debt Maturities, Amortized Cost | 564,602 | $ 550,268 |
| Fair Value, Due in one year or less | 121,977 | |
| Fair Value, Due after one year through five years | 312,076 | |
| Fair Value, Due after five years through ten years | 94,489 | |
| Fair Value, Due after ten years | 31,553 | |
| Total debt securities | 568,831 | $ 545,870 |
| Mortgage Backed [Member] | | |
| **Schedule of Available-for-sale Securities [Line Items]** | | |
| Debt Maturities, Amortized Cost | 8,847 | |
| Total debt securities | $ 8,736 | |

| **Supplemental Cash Flow Information (Reconciliation of Cash, Cash Equivalents and Restricted Cash to Statement of Cash Flows) (Details) - USD ($) $ in Thousands** | **Sep. 30, 2019** | **Dec. 31, 2018** | **Sep. 30, 2018** | **Dec. 31, 2017** |
|---|---|---|---|---|
| **Supplemental Cash Flow Information [Abstract]** | | | | |
| Cash and cash equivalents | $ 64,045 | $ 35,594 | $ 59,925 | |
| Restricted cash | 1,697 | 4,877 | 3,519 | |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 65,742 | $ 40,471 | $ 63,444 | $ 67,633 |

APP. 0935

| Leases (Components of Lease Expense and Other Lease Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | 9 Months Ended |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2019 |
| **Leases [Abstract]** | | |
| Operating Lease Cost | $ 790 | $ 2,146 |
| Cash paid for amounts included in the measurement of lease liabilities: Operating cash flows from operating leases | 392 | 1,495 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | | |
| Short-term lease payments | $ 8 | $ 24 |

**Subordinated Debt Securities**

**9 Months Ended**

**Sep. 30, 2019**

**Subordinated Debt Securities [Abstract]**

Subordinated Debt Securities

**11. Subordinated Debt Securities**

We issued trust preferred securities through Hallmark Trust I and Hallmark Trust II. These Delaware statutory trusts are sponsored and wholly-owned by Hallmark and each was created solely for the purpose of issuing the trust preferred securities. Each trust pays dividends on its preferred securities at the same rate each quarter as interest is paid on the junior subordinated debt securities. Under the terms of the trust subordinated debt securities, we pay interest only each quarter and the principal of each note at maturity. The subordinated debt securities of each trust are uncollateralized and do not require maintenance of minimum financial covenants.

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

| | Hallmark Statutory Trust I | | Hallmark Statutory Trust II | |
|---|---|---|---|---|
| Issue date | | June 21, 2005 | | August 23, 2007 |
| Principal amount of trust preferred securities | $ | 30,000 | $ | 25,000 |
| Principal amount of junior subordinated debt securities | $ | 30,928 | $ | 25,774 |
| Maturity date of junior subordinated debt securities | | June 15, 2035 | | September 15, 2037 |
| Trust common stock | $ | 928 | $ | 774 |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | | Three Month LIBOR + 2.90% |
| Current interest rate at September 30, 2019 | | 5.37% | | 5.02% |

| Share-based Payment Arrangements | 9 Months Ended Sep. 30, 2019 |

**Share-Based Payment Arrangements [Abstract]**

Share-Based Payment Arrangements

**7. Share-Based Payment Arrangements**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015. As of September 30, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015. There are 2,000,000 shares authorized for issuance under the 2015 LTIP. As of September 30, 2019, restricted stock units representing the right to receive up to 530,236 shares of our common stock were outstanding under the 2015 LTIP. There were no stock option awards granted under the 2015 LTIP as of September 30, 2019.

**Stock Options:**

Non-qualified stock options granted under the 2005 LTIP generally vest 100% six months after the date of grant and terminate ten years from the date of grant. One grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and terminated ten years from the date of grant.

A summary of the status of our stock options as of September 30, 2019 and changes during the nine months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |
| Exercisable at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ — | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

As of September 30, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during the first nine months of 2019 or 2018.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions. Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted. Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement. Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level. The grant date fair value of restricted stock units granted in 2015, 2016, 2017, 2018 and 2019 was $11.10, $11.41, $10.20, $10.87 and $18.10 per unit, respectively. We incurred compensation expense of $317 thousand and $514 thousand related to restricted stock units during the three months and nine months ended September 30, 2019, respectively. We incurred compensation expense of $36 thousand and $37 thousand related to restricted stock units during the three and nine months ended September 30, 2018, respectively. We recorded income tax benefit of $67 thousand and $108 thousand related to restricted stock units during the three months and nine months ended September 30, 2019, respectively. We recorded income tax benefit of $8 thousand related to restricted stock units during both the three months and nine months ended September 30, 2018, respectively.

The following table details the status of our restricted stock units as of and for the nine months ended September 30, 2019 and 2018:

|  | Number of Restricted Stock Units | |
|  | 2019 | 2018 |
| --- | --- | --- |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | 97,804 | 144,059 |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at September 30 | 353,491 | 338,897 |

As of September 30, 2019, there was $2.9 million of unrecognized grant date compensation cost related to unvested restricted stock units assuming compensation cost accrual at target achievement level. Based on the current performance estimate, we expect to recognize $2.7 million of compensation cost related to unvested restricted stock units, of which $0.3 million is expected to be recognized during the remainder of 2019, $1.4 million is expected to be recognized in 2020, $0.8 million is expected to be recognized in 2021 and $0.2 million is expected to be recognized in 2022.

**Fair Value**

|  | 9 Months Ended |
| --- | --- |
|  | **Sep. 30, 2019** |

**Fair Value [Abstract]**

Fair Value

**3. Fair Value**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

Level 1: quoted prices in active markets for identical assets;

Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and an equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing sources. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2019 and December 31, 2018 (in thousands):

| | As of September 30, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and | | | | |

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| obligations of U.S. Government | $ — | $ 48,345 | $ - | $ 48,345 |
| Corporate bonds | — | 283,678 | 444 | 284,122 |
| Collateralized corporate bank loans | — | 121,317 | - | 121,317 |
| Municipal bonds | — | 106,311 | - | 106,311 |
| Mortgage-backed | — | 8,736 | - | 8,736 |
| Total debt securities | — | 568,387 | 444 | 568,831 |
| Total equity securities | 92,099 | — | — | 92,099 |
| Total other investments | 3,009 | — | — | 3,009 |
| Total investments | $ 95,108 | $ 568,387 | $ 444 | $663,939 |

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of September 30, 2019 and December 31, 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model. We also estimated the fair value of the corporate bond utilizing an as-if converted basis into the underlying securities. Significant changes in the unobservable inputs in the fair value measurement of this corporate bond could result in a significant change in the fair value measurement.

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2019 and 2018 (in thousands):

| | |
|---|---|
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | 153 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of September 30, 2019 | $ 444 |
| | |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | (2,925) |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 114 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | (621) |
| Ending balance as of September 30, 2018 | $ 325 |

**Segment Information (Tables)**

**9 Months Ended**

**Sep. 30, 2019**

**Segment Information [Abstract]**

Schedule of Business Segment Information

The following is business segment information for the three and nine months ended September 30, 2019 and 2018 (in thousands):

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 |
| Revenues |  |  |  |  |
| Specialty Commercial Segment | $ 81,341 | $ 68,302 | $222,900 | $213,507 |
| Standard Commercial Segment | 16,344 | 19,857 | 52,027 | 57,979 |
| Personal Segment | 22,943 | 9,355 | 65,542 | 24,891 |
| Corporate | (2,343) | 5,432 | 16,840 | (1,965) |
| Consolidated | $118,285 | $102,946 | $357,309 | $294,412 |
|  |  |  |  |  |
| Pre-tax income (loss) |  |  |  |  |
| Specialty Commercial Segment | $ 14,766 | $ 2,452 | $ 33,161 | $ 20,980 |
| Standard Commercial Segment | 62 | 7,264 | 3,626 | 11,239 |
| Personal Segment | (740) | 684 | 3,274 | 661 |
| Corporate | (7,428) | 1,675 | 2,001 | (13,624) |
| Consolidated | $ 6,660 | $ 12,075 | $ 42,062 | $ 19,256 |

Schedule of Additional Business Segment Information

The following is additional business segment information as of the dates indicated (in thousands):

|  | September 30, 2019 | December 31, 2018 |
|---|---|---|
| Assets: |  |  |
| Specialty Commercial Segment | $1,055,106 | $ 858,262 |
| Standard Commercial Segment | 192,285 | 158,881 |
| Personal Segment | 170,715 | 226,431 |
| Corporate | 45,428 | 21,320 |
| Consolidated | $1,463,534 | $1,264,894 |

**Earnings per Share (Tables)**

**9 Months Ended**

**Sep. 30, 2019**

**Earnings per Share [Abstract]**

Schedule of Weighted Average Number of Shares Outstanding

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Weighted average shares - basic | 18,123 | 18,059 | 18,101 | 18,097 |
| Effect of dilutive securities | 172 | 108 | 182 | 106 |
| Weighted average shares - assuming dilution | 18,295 | 18,167 | 18,283 | 18,203 |

APP. 0943

| Consolidated Statements of Stockholders' Equity - USD ($) $ in Thousands | Common Stock [Member] | Additional Paid-In Capital [Member] | Retained Earnings [Member] | Accumulated Other Comprehensive Income (Loss) [Member] | Treasury Stock [Member] | Total |
|---|---|---|---|---|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | Accounting Standards Update 2016-01 [Member] | | | $ 16,993 | $ (16,993) | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | (2,619) | 2,619 | | |
| Balance at Dec. 31, 2017 | $ 3,757 | $ 123,180 | 136,474 | 12,234 | $ (24,527) | |
| Equity based compensation | | 37 | | | | |
| Acquisition of treasury stock | | | | | (1,464) | |
| Shares issued under employee benefit plans | | | | | 406 | |
| Shares issued under employee benefit plans (value) | | (164) | | | | |
| Net income | | | 15,422 | | | $ 15,422 |
| Additional minimum pension liability, net of tax | | | | 63 | | |
| Unrealized holding gains arising during period, net of tax | | | | 1,508 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | 126 | | |
| Balance at Sep. 30, 2018 | 3,757 | 123,053 | 166,270 | (443) | (25,585) | 267,052 |
| Balance at Jun. 30, 2018 | 3,757 | 123,017 | 156,585 | (865) | (25,585) | |
| Equity based compensation | | 36 | | | | |
| Net income | | | 9,685 | | | 9,685 |
| Additional minimum pension liability, net of tax | | | | 21 | | |
| Unrealized holding gains arising during period, net of tax | | | | 270 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | 131 | | |
| Balance at Sep. 30, 2018 | 3,757 | 123,053 | 166,270 | (443) | (25,585) | 267,052 |
| Balance at Dec. 31, 2018 | 3,757 | 123,168 | 161,195 | (6,660) | (25,928) | 255,532 |
| Equity based compensation | | 514 | | | | |
| Acquisition of treasury stock | | | | | (1,380) | |
| Shares issued under employee benefit plans | | | | | 2,107 | |
| Shares issued under employee benefit plans (value) | | (587) | | | | |
| Net income | | | 33,341 | | | 33,341 |
| Additional minimum pension liability, net of tax | | | | 85 | | |
| Unrealized holding gains arising during period, net of tax | | | | 10,278 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (3,437) | | |
| Balance at Sep. 30, 2019 | 3,757 | 123,095 | 194,536 | 246 | (25,201) | 296,433 |
| Balance at Jun. 30, 2019 | 3,757 | 122,778 | 189,249 | (1,047) | (25,201) | |
| Equity based compensation | | 317 | | | | |
| Net income | | | 5,287 | | | 5,287 |
| Additional minimum pension liability, net of tax | | | | 28 | | |
| Unrealized holding gains arising during period, net of tax | | | | 1,404 | | |
| Reclassification adjustment for (gains) losses included in net income, net of tax | | | | (139) | | |
| Balance at Sep. 30, 2019 | $ 3,757 | $ 123,095 | $ 194,536 | $ 246 | $ (25,201) | $ 296,433 |

APP. 0945

**Consolidated Balance Sheets - USD ($)**
**$ in Thousands**

| | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Investments:** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $564,602 in 2019 and $550,268 in 2018) | $ 568,831 | $ 545,870 |
| Equity securities (cost; $68,737 in 2019 and $68,709 in 2018) | 92,099 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 3,009 | 1,148 |
| Total investments | 663,939 | 627,914 |
| Cash and cash equivalents | 64,045 | 35,594 |
| Restricted cash | 1,697 | 4,877 |
| Ceded unearned premiums | 164,046 | 133,031 |
| Premiums receivable | 140,580 | 119,778 |
| Accounts receivable | 1,646 | 1,619 |
| Receivable for securities | 6,351 | 3,369 |
| Reinsurance recoverable | 313,552 | 252,029 |
| Deferred policy acquisition costs | 21,904 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 5,706 | 7,555 |
| Deferred federal income taxes, net | 556 | 4,983 |
| Prepaid expenses | 1,551 | 2,588 |
| Other assets | 33,266 | 12,571 |
| Total assets | 1,463,534 | 1,264,894 |
| **Liabilities:** | | |
| Senior unsecured notes due 2029 (less unamortized debt issuance cost of $966 in 2019) | 49,034 | |
| Revolving credit facility payable | | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $859 in 2019 and $898 in 2018) | 55,843 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 565,296 | 527,247 |
| Unearned premiums | 380,066 | 298,061 |
| Reinsurance balances payable | 61,799 | 67,328 |
| Pension liability | 1,410 | 2,018 |
| Payable for securities | 1,952 | 698 |
| Federal income tax payable | 680 | 4 |
| Accounts payable and other accrued expenses | 51,021 | 28,202 |
| Total liabilities | 1,167,101 | 1,009,362 |
| Commitments and contingencies (Note 18) | | |
| **Stockholders' equity:** | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 123,095 | 123,168 |
| Retained earnings | 194,536 | 161,195 |
| Accumulated other comprehensive income (loss) | 246 | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 296,433 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,463,534 | $ 1,264,894 |

APP. 0946

Changes in Accumulated
Other Comprehensive Income
Balances

**Changes in Accumulated Other
Comprehensive Income Balances
[Abstract]**

Changes in Accumulated Other
Comprehensive Income Balances

|  | 9 Months Ended |
|---|---|
|  | Sep. 30, 2019 |

**19. Changes in Accumulated Other Comprehensive Income Balances**

The changes in accumulated other comprehensive income balances as of September 30, 2019 and 2018 were as follows (in thousands):

|  | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: |  |  |  |
| Change in net actuarial gain | 80 | — | 80 |
| Tax effect on change in net actuarial gain | (17) | — | (17) |
| Unrealized holding gains arising during the period | — | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | — | (401) | (401) |
| Reclassification adjustment for realized (gains) losses included in investment gains and losses | — | 159 | 159 |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: |  |  |  |
| Change in net actuarial gain | 108 | — | 108 |
| Tax effect on change in net actuarial gain | (23) | — | (23) |
| Unrealized holding gains arising during the period | — | 13,010 | 13,010 |
| Tax effect on unrealized gains arising during the period | — | (2,732) | (2,732) |
| Reclassification adjustment for (gains) losses included in net realized gains | — | (4,376) | (4,376) |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | 919 | 919 |
| Other comprehensive income, net of tax | 85 | 6,821 | 6,906 |
| Balance at September 30, 2019 | $ (3,249) | $ 3,495 | $ 246 |

APP. 0947

**Net Periodic Pension Cost**

**9 Months Ended**

**Sep. 30, 2019**

**Net Periodic Pension Cost [Abstract]**

Net Periodic Pension Cost

**15. Net Periodic Pension Cost**

The following table details the net periodic pension cost incurred by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 113 | $ 106 | $ 340 | $ 318 |
| Amortization of net loss | 36 | 26 | 108 | 79 |
| Expected return on plan assets | (149) | (173) | (448) | (520) |
| Net periodic pension cost | $ — | $ (41) | $ — | $ (123) |
| Contributed amount | $ 500 | $ — | $ 500 | $ — |

Refer to Note 14 to the consolidated financial statements in our Annual Report on Form 10‑K for the year ended December 31, 2018 for more discussion of our retirement plans.

APP. 0948

| Basis of Presentation (Narrative) (Details) $ in Thousands | Jan. 01, 2018 USD ($) | Aug. 23, 2007 USD ($) | Jun. 21, 2005 USD ($) | 9 Months Ended Sep. 30, 2019 USD ($) | Dec. 31, 2017 USD ($) |
|---|---|---|---|---|---|
| **Variable Interest Entity [Line Items]** | | | | | |
| Equity Securities, FV-NI, Unrealized Gain | $ 17,000 | | | | |
| Senior unsecured notes due 2029 | | | | $ 49,034 | |
| Reclassification out of AOCI as a result of Tax Act | $ (2,600) | | | | |
| Right-of-use assets | | | | 16,578 | |
| Lease liabilities | | | | 17,485 | |
| Accumulated Other Comprehensive Income (Loss) [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Reclassification out of AOCI as a result of Tax Act | | | | | $ 2,619 |
| Retained Earnings [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Reclassification out of AOCI as a result of Tax Act | | | | | (2,619) |
| Accounting Standards Update 2016-01 [Member] \| Accumulated Other Comprehensive Income (Loss) [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Cumulative effect of new accounting principle in period of adoption | | | | | (16,993) |
| Accounting Standards Update 2016-01 [Member] \| Retained Earnings [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Cumulative effect of new accounting principle in period of adoption | | | | | $ 16,993 |
| Hallmark Statutory Trust I [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Proceeds from issuance of trust preferred securities | | $ 30,000 | | | |
| Hallmark Statutory Trust II [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Proceeds from issuance of trust preferred securities | | | $ 25,000 | | |
| Senior Notes [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Notes Payable, Fair Value Disclosure | | | | $ 49,100 | |
| Senior Notes [Member] \| Minimum [Member] \| Measurement Input, Discount Rate [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Debt Instrument, Measurement Input | | | | 6.2 | |
| Senior Notes [Member] \| Maximum [Member] \| Measurement Input, Discount Rate [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Debt Instrument, Measurement Input | | | | 6.8 | |
| Subordinated Debt [Member] | | | | | |
| **Variable Interest Entity [Line Items]** | | | | | |
| Trust preferred securities, carrying value | | | | $ 55,800 | |
| Trust preferred securities, fair value | | | | $ 39,700 | |

Current yield to maturity percentage | 8.00%

Subordinated Debt [Member] | Hallmark Statutory Trust I [Member]

**Variable Interest Entity [Line Items]**

Payments to acquire trust preferred investments | $ 30,900

Subordinated Debt [Member] | Hallmark Statutory Trust II [Member]

**Variable Interest Entity [Line Items]**

Payments to acquire trust preferred investments | $ 25,800

| Investments (Narrative) (Details) $ in Thousands | 3 Months Ended | | 9 Months Ended | | |
|---|---|---|---|---|---|
| | Sep. 30, 2019 USD ($) security | Sep. 30, 2018 USD ($) | Sep. 30, 2019 USD ($) security | Sep. 30, 2018 USD ($) | Dec. 31, 2018 security |
| **Schedule of Available-for-sale Securities [Line Items]** | | | | | |
| Gross gains on investments | $ 500 | $ 300 | $ 4,900 | $ 900 | |
| Gross losses on investments | 300 | 500 | 500 | 700 | |
| Proceeds from sale of investment securities | $ 6,000 | $ 400 | 13,000 | $ 14,600 | |
| **Debt Securities, Available-for-sale, Continuous Unrealized Loss Position, Number of Positions [Abstract]** | | | | | |
| Other-than-temporary impairment | | | $ 0 | | |
| **Debt Securities [Member]** | | | | | |
| **Debt Securities, Available-for-sale, Continuous Unrealized Loss Position, Number of Positions [Abstract]** | | | | | |
| Number of debt securities with unrealized loss | security | 81 | | 81 | | 328 |
| Number of debt securities with unrealized loss, less than 12 months | security | 58 | | 58 | | 221 |
| Number of debt securities with unrealized loss, greater than 12 months | security | 23 | | 23 | | 107 |

APP. 0951

| Earnings Per Share (Schedule of Earnings Per Share, Basic and Diluted) (Details) - shares shares in Thousands | 3 Months Ended | | 9 Months Ended | |
| --- | --- | --- | --- | --- |
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Earnings per Share [Abstract]** | | | | |
| Weighted average shares - basic | 18,123 | 18,059 | 18,101 | 18,097 |
| Effect of dilutive securities | 172 | 108 | 182 | 106 |
| Weighted average shares - assuming dilution | 18,295 | 18,167 | 18,283 | 18,203 |

APP. 0952

| Subordinated Debt Securities (Summary of the Nature and Terms of the Junior Subordinated Debt and Trust) (Details) - USD ($) shares in Thousands, $ in Thousands | Aug. 23, 2007 | Jun. 21, 2005 | Sep. 30, 2019 |
|---|---|---|---|
| Hallmark Statutory Trust I [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Principal amount of trust preferred securities | | $ 30,000 | |
| Hallmark Statutory Trust I [Member] \| Junior subordinated debt | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Issue date | | Jun. 21, 2005 | |
| Principal amount of trust preferred securities | | $ 30,000 | |
| Principal amount of junior subordinated debt securities | | $ 30,928 | |
| Maturity date of junior subordinated debt securities | | Jun. 15, 2035 | |
| Number of trust preferred securities | | 928 | |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | |
| Debt instrument, basis spread on variable rate | | 3.25% | |
| Current interest rate at September 30, 2019 | | | 5.37% |
| Hallmark Statutory Trust II [Member] | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Principal amount of trust preferred securities | $ 25,000 | | |
| Hallmark Statutory Trust II [Member] \| Junior subordinated debt | | | |
| **Subordinated Borrowing [Line Items]** | | | |
| Issue date | Aug. 23, 2007 | | |
| Principal amount of trust preferred securities | $ 25,000 | | |
| Principal amount of junior subordinated debt securities | $ 25,774 | | |
| Maturity date of junior subordinated debt securities | Sep. 15, 2037 | | |
| Number of trust preferred securities | 774 | | |
| Interest rate, per annum | Three Month LIBOR + 2.90% | | |
| Debt instrument, basis spread on variable rate | 2.90% | | |
| Current interest rate at September 30, 2019 | | | 5.02% |

APP. 0953

| Segment Information (Schedule of Business Segment Information) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Revenues [Abstract]** | | | | |
| Revenues | $ 118,285 | $ 102,946 | $ 357,309 | $ 294,412 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 6,660 | 12,075 | 42,062 | 19,256 |
| Specialty Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 81,341 | 68,302 | 222,900 | 213,507 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 14,766 | 2,452 | 33,161 | 20,980 |
| Standard Commercial Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 16,344 | 19,857 | 52,027 | 57,979 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | 62 | 7,264 | 3,626 | 11,239 |
| Personal Segment [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | 22,943 | 9,355 | 65,542 | 24,891 |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | (740) | 684 | 3,274 | 661 |
| Corporate [Member] | | | | |
| **Revenues [Abstract]** | | | | |
| Revenues | (2,343) | 5,432 | 16,840 | (1,965) |
| **Pre-Tax Income (Loss) [Abstract]** | | | | |
| Pre-tax income (loss) | $ (7,428) | $ 1,675 | $ 2,001 | $ (13,624) |

APP. 0954

**Consolidated Statements of Cash Flows - USD ($)**
**$ in Thousands**

| | 9 Months Ended | |
| --- | --- | --- |
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Cash flows from operating activities:** | | |
| Net income | $ 33,341 | $ 15,422 |
| **Adjustments to reconcile net income to cash provided by (used in) operating activities:** | | |
| Depreciation and amortization expense | 4,001 | 3,801 |
| Deferred federal income taxes | 2,596 | 445 |
| Investment gains, net | (17,412) | (2,678) |
| Share-based payments expense | 514 | 37 |
| Change in ceded unearned premiums | (31,015) | (23,244) |
| Change in premiums receivable | (20,802) | (6,993) |
| Change in accounts receivable | (27) | 49 |
| Change in deferred policy acquisition costs | (7,613) | 2,852 |
| Change in unpaid losses and loss adjustment expenses | 38,049 | 3,716 |
| Change in unearned premiums | 82,005 | 20,747 |
| Change in reinsurance recoverable | (61,523) | (43,004) |
| Change in reinsurance balances payable | (5,529) | 3,343 |
| Change in current federal income tax payable | 676 | 7,676 |
| Change in all other liabilities | 677 | (4,429) |
| Change in all other assets | 4,962 | 3,277 |
| Net cash provided by (used in) operating activities | 22,900 | (18,983) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (3,688) | (1,530) |
| Purchases of investment securities | (184,689) | (160,147) |
| Maturities, sales and redemptions of investment securities | 171,587 | 177,693 |
| Net cash (used in ) provided by investing activities | (16,790) | 16,016 |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Payment of revolving credit facility | (30,000) | |
| Payment of debt issuance costs | (979) | |
| Proceeds from senior unsecured note offering | 50,000 | |
| Purchase of treasury shares | (1,380) | (1,464) |
| Net cash provided by (used in) financing activities | 19,161 | (1,222) |
| Increase (decrease) in cash and cash equivalents and restricted cash | 25,271 | (4,189) |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 65,742 | $ 63,444 |

APP. 0955

| Consolidated Balance Sheets (Parenthetical) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| Debt securities, available-for-sale, cost (in dollars) | $ 564,602 | $ 550,268 |
| Equity securities, available for sale, cost (in dollars) | 68,737 | 68,709 |
| Other investments, cost | $ 3,763 | $ 3,763 |
| Common stock, par value (in dollars per share) | $ 0.18 | $ 0.18 |
| Common stock, authorized shares | 33,333,333 | 33,333,333 |
| Common stock, issued shares | 20,872,831 | 20,872,831 |
| Treasury stock, shares | 2,749,738 | 2,846,131 |
| Senior Notes [Member] | | |
| Unamortized debt issuance cost (in dollars) | $ 966 | |
| Subordinated Debt [Member] | | |
| Unamortized debt issuance cost (in dollars) | $ 859 | $ 898 |

**Leases**

|  | 9 Months Ended |
|---|---|
|  | **Sep. 30, 2019** |

**Leases [Abstract]**

Leases

**20. Leases**

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and going forward. See Note 2 for more information on the adoption of ASU 2016-02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements have lease and non-lease components, which are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations predominately pertain to office leases utilized in the operation of our business. Our leases have remaining terms of 1 to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the three and nine month periods ended September 30, 2019 are as follows (in thousands):

|  | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| Operating lease cost | $ | 790 | $ | 2,146 |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows from operating leases | $ | 392 | $ | 1,495 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ | — | $ | — |

We incurred $8 thousand and $24 thousand in short-term lease payments not included in our lease liability during the three and nine months ended September 30, 2019.

The components of lease expense and other lease information as of and during the nine month period ended September 30, 2019 are as follows (in thousands):

|  | September 30, 2019 | |
|---|---|---|
| Operating lease right-of-use assets | $ | 16,578 |
| Operating lease liabilities | $ | 17,485 |
| Weighted-average remaining lease term - operating leases | | 10.7 |
| Weighted-average discount rate - operating leases | | 5.88% |

Future minimum lease payments under non-cancellable leases as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

|  | September 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| 2019 | $ | 394 | $ | 1,889 |
| 2020 | | 2,473 | | 2,473 |
| 2021 | | 2,172 | | 2,172 |
| 2022 | | 2,171 | | 2,171 |
| 2023 | | 1,885 | | 1,885 |
| Thereafter | | 15,266 | | 15,266 |
| Total future minimum lease payments | $ | 24,361 | $ | 25,856 |
| Less imputed interest | $ | (6,876) | $ | N/A |

Total operating lease liability $ 17,485 $ N/A

**Income Taxes**

**9 Months Ended**

**Sep. 30, 2019**

**Income Taxes [Abstract]**

Income Taxes

**16.  Income Taxes**

Our effective income tax rate for the nine months ended September 30, 2019 and 2018 was 20.7% and 19.9%, respectively. The effective tax rates for 2019 and 2018 varied from the statutory tax rates primarily due to tax exempt interest income.

**General (Narrative) (Details)**

**9 Months Ended**

**Sep. 30, 2019**
**segment**
**subsidiary**

**General [Abstract]**

| | |
|---|---|
| Number of subsidiaries \| subsidiary | 6 |
| Number of reportable segments \| segment | 3 |

APP. 0960

| Fair Value (Fair Value, Assets Measured on Recurring Basis Using Significant Unobservable Inputs (Level 3)) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation, Calculation [Roll Forward]** | | |
| Beginning balance | $ 291 | $ 3,757 |
| Sales | | 2,925 |
| Settlements | | |
| Purchases | | |
| Issuances | | |
| Total realized/unrealized gains included in net income | | |
| Net gains included in other comprehensive income | 153 | 114 |
| Transfers into Level 3 | | |
| Transfers out of Level 3 | | (621) |
| Ending balance | $ 444 | $ 325 |

| **Senior Unsecured Notes (Details) - Senior unsecured notes ("Notes") due August 15, 2029 $ in Millions** | **Aug. 19, 2019 USD ($)** |
|---|---|
| **Debt Instrument [Line Items]** | |
| Principal amount | $ 50.0 |
| Interest rate | 6.25% |

| Segment Information (Schedule of Additional Business Segment Information) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 1,463,534 | $ 1,264,894 |
| Specialty Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 1,055,106 | 858,262 |
| Standard Commercial Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 192,285 | 158,881 |
| Personal Segment [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | 170,715 | 226,431 |
| Corporate [Member] | | |
| **Segment Reporting Information [Line Items]** | | |
| Assets | $ 45,428 | $ 21,320 |

APP. 0963

| **Net Periodic Pension Cost (Schedule of Net Benefit Costs) (Details) - USD ($) $ in Thousands** | **3 Months Ended** | | **9 Months Ended** | |
|---|---|---|---|---|
| | **Sep. 30, 2019** | **Sep. 30, 2018** | **Sep. 30, 2019** | **Sep. 30, 2018** |
| **Net Periodic Pension Cost [Abstract]** | | | | |
| Interest cost | $ 113 | $ 106 | $ 340 | $ 318 |
| Amortization of net loss | 36 | 26 | 108 | 79 |
| Expected return on plan assets | (149) | (173) | (448) | (520) |
| Net periodic pension cost | | (41) | | (123) |
| Contributed amount | $ 500 | | $ 500 | |

| Share-Based Payment Arrangements (Summary of the Status of Stock Options) (Details) - USD ($) $ / shares in Units, $ in Thousands | 9 Months Ended | |
|---|---|---|
| | **Sep. 30, 2019** | **Sep. 30, 2018** |
| **Share-Based Payment Arrangements [Abstract]** | | |
| Stock Options, Outstanding at January 1, 2019 | 244,157 | |
| Stock options, Granted | 0 | 0 |
| Stock Options, Exercised | (230,000) | |
| Stock Options, Forfeited or Expired | | |
| Stock Options, Outstanding at September 30,2019 | 14,157 | |
| Stock Options, Exercisable at September 30, 2019 | 14,157 | |
| Weighted Average Exercise Price, Outstanding at January 1, 2019 | $ 6.63 | |
| Weighted Average Exercise Price, Exercised | 6.61 | |
| Weighted Average Exercise Price, Forfeited or Expired | | |
| Weighted Average Exercise Price, Outstanding at September 30, 2019 | 6.99 | |
| Weighted Average Exercise Price, Exercisable at September 30, 2019 | $ 6.99 | |
| Average Remaining Contractual Term, Outstanding at September 30, 2019 | 2 years 3 months 18 days | |
| Average Remaining Contractual Term, Exercisable at September 30, 2019 | 2 years 3 months 18 days | |
| Aggregate Intrinsic Value, Outstanding at September 30, 2019 | $ 172 | |
| Aggregate Intrinsic Value, Exercisable at September 30, 2019 | $ 172 | |

APP. 0965

| **Pledged Investments (Narrative) (Details) - USD ($) $ in Millions** | **Sep. 30, 2019** | **Dec. 31, 2018** |
| --- | --- | --- |
| **Pledged Investments [Abstract]** | | |
| Securities available-for-sale pledged, carrying value | $ 28.4 | $ 29.5 |

| Income Taxes (Narrative) (Details) | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Income Taxes [Abstract]** | | |
| Effective income tax rate, continuing operations | 20.70% | 19.90% |

**Leases (Narrative) (Details)**

**9 Months Ended**

**Sep. 30, 2019**

| **Lessee, Lease, Description [Line Items]** | |
| --- | --- |
| Lease, Practical Expedients | true |
| Options to extend | true |
| Minimum [Member] | |
| **Lessee, Lease, Description [Line Items]** | |
| Remaining lease term | 1 year |
| Maximum [Member] | |
| **Lessee, Lease, Description [Line Items]** | |
| Remaining lease term | 13 years |

**Segment Information**

**9 Months Ended**

**Sep. 30, 2019**

**Segment Information [Abstract]**

Segment Information

**8. Segment Information**

The following is business segment information for the three and nine months ended September 30, 2019 and 2018 (in thousands):

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Revenues | | | | |
| Specialty Commercial Segment | $ 81,341 | $ 68,302 | $222,900 | $213,507 |
| Standard Commercial Segment | 16,344 | 19,857 | 52,027 | 57,979 |
| Personal Segment | 22,943 | 9,355 | 65,542 | 24,891 |
| Corporate | (2,343) | 5,432 | 16,840 | (1,965) |
| Consolidated | $118,285 | $102,946 | $357,309 | $294,412 |
| | | | | |
| Pre-tax income (loss) | | | | |
| Specialty Commercial Segment | $ 14,766 | $ 2,452 | $ 33,161 | $ 20,980 |
| Standard Commercial Segment | 62 | 7,264 | 3,626 | 11,239 |
| Personal Segment | (740) | 684 | 3,274 | 661 |
| Corporate | (7,428) | 1,675 | 2,001 | (13,624) |
| Consolidated | $ 6,660 | $ 12,075 | $ 42,062 | $ 19,256 |

The following is additional business segment information as of the dates indicated (in thousands):

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| Assets: | | |
| Specialty Commercial Segment | $ 1,055,106 | $ 858,262 |
| Standard Commercial Segment | 192,285 | 158,881 |
| Personal Segment | 170,715 | 226,431 |
| Corporate | 45,428 | 21,320 |
| Consolidated | $ 1,463,534 | $ 1,264,894 |

**9 Months Ended**

**Sep. 30, 2019**

**Investments [Abstract]**

Investments

### 4. Investments

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Fair Value |
|---|---|---|---|---|---|---|---|
| **As of September 30, 2019** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,246 | $ | 121 | $ | (22) | $ 48,345 |
| Corporate bonds | | 281,228 | | 3,068 | | (174) | 284,122 |
| Collateralized corporate bank loans | | 121,741 | | 363 | | (787) | 121,317 |
| Municipal bonds | | 104,540 | | 1,826 | | (55) | 106,311 |
| Mortgage-backed | | 8,847 | | 38 | | (149) | 8,736 |
| Total debt securities | | 564,602 | | 5,416 | | (1,187) | 568,831 |
| Total equity securities | | 68,737 | | 30,124 | | (6,762) | 92,099 |
| Total other investments | | 3,763 | | — | | (754) | 3,009 |
| Total investments | $ | 637,102 | $ | 35,540 | $ | (8,703) | $ 663,939 |
| | | | | | | | |
| **As of December 31, 2018** | | | | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ | 48,609 | $ | 5 | $ | (508) | $ 48,106 |
| Corporate bonds | | 243,314 | | 440 | | (1,602) | 242,152 |
| Collateralized corporate bank loans | | 131,779 | | 19 | | (5,270) | 126,528 |
| Municipal bonds | | 112,574 | | 3,791 | | (838) | 115,527 |
| Mortgage-backed | | 13,992 | | 11 | | (446) | 13,557 |
| Total debt securities | | 550,268 | | 4,266 | | (8,664) | 545,870 |
| Total equity securities | | 68,709 | | 20,693 | | (8,506) | 80,896 |
| Total other investments | | 3,763 | | — | | (2,615) | 1,148 |
| Total investments | $ | 622,740 | $ | 24,959 | $ | (19,785) | $ 627,914 |

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $    — | $    — | $    — | $    — |
| Corporate bonds | 154 | (44) | 171 | (66) |
| Collateralized corporate bank loans | (103) | 23 | (65) | 70 |
| Municipal bonds | 124 | (145) | 4,271 | (164) |
| Mortgage-backed | — | — | (1) | 1 |
| Equity securities | — | — | — | 359 |
| Gain (loss) on investments | 175 | (166) | 4,376 | 200 |
| Unrealized (losses) gains on equity securities | (1,941) | 7,121 | 11,175 | 3,217 |
| Unrealized (losses) gains on other investments | 424 | 25 | 1,861 | (739) |
| Investment (losses) gains, net | $ (1,342) | $ 6,980 | $ 17,412 | $ 2,678 |

We realized gross gains on investments of $0.5 million and $0.3 million during the three months ended September 30, 2019 and 2018, respectively and $4.9 million and $0.9 million for the nine months ended September 30, 2019 and 2018, respectively. We realized gross losses on investments of $0.3 million and $0.5 million for the three months ended September 30, 2019 and 2018, respectively, and $0.5 million and $0.7 million for the nine months ended September 30, 2019 and 2018, respectively. We recorded proceeds from the sale of investment securities of $6.0 million and $0.4 million during the three months ended September 30, 2019 and 2018, respectively, and $13.0 million and $14.6 million for the nine months ended September 30, 2019 or 2018, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2019 and December 31, 2018 (in thousands):

**As of September 30, 2019**

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,142 | $ (22) | $ 23,142 | $ (22) |
| Corporate bonds | 29,172 | (142) | 13,305 | (32) | 42,477 | (174) |
| Collateralized corporate bank loans | 33,961 | (636) | 4,782 | (151) | 38,743 | (787) |
| Municipal bonds | 6,537 | (48) | 1,036 | (7) | 7,573 | (55) |
| Mortgage-backed | 1,384 | (65) | 599 | (84) | 1,983 | (149) |
| Total debt securities | 71,054 | (891) | 42,864 | (296) | 113,918 | (1,187) |
| Total equity securities | 9,538 | (4,275) | 2,391 | (2,487) | 11,929 | (6,762) |
| Total other investments | — | — | 3,009 | (754) | 3,009 | (754) |
| Total investments | $ 80,592 | $ (5,166) | $ 48,264 | $ (3,537) | $ 128,856 | $ (8,703) |

**As of December 31, 2018**

| | 12 months or less | | Longer than 12 months | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

We had a total of 81 debt securities with an unrealized loss, of which 58 were in an unrealized loss position for less than one year and 23 were in an unrealized loss position for a period of one year or greater, as of September 30, 2019. We had a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. We see no other indications that the decline in values of these securities is other-than-temporary.

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any fixed maturity investment below cost is deemed other-than-temporary. All fixed maturity investments with an unrealized loss are reviewed. We recognize an impairment loss when an investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Details regarding the carrying value of the other investments portfolio as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 3,009 | $ 1,148 |
| Total other investments | $ 3,009 | $ 1,148 |

We acquired this warrant in an active market. The warrant entitles us to buy the underlying common stock of a publicly traded company at a fixed price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at September 30, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 121,593 | $ 121,977 |
| Due after one year through five years | 309,542 | 312,076 |
| Due after five years through ten years | 94,338 | 94,489 |
| Due after ten years | 30,282 | 31,553 |
| Mortgage-backed | 8,847 | 8,736 |
| | $ 564,602 | $ 568,831 |

**Senior Unsecured Notes**

**9 Months Ended**

**Sep. 30, 2019**

**Senior Unsecured Notes**

Senior Unsecured Notes

**12. Senior Unsecured Notes**

On August 19, 2019, Hallmark issued $50.0 million of senior unsecured notes ("Notes") due August 15, 2029.  Interest on the Notes accrues at the rate of 6.25% per annum and is payable semi-annually in arrears commencing February 15, 2020.  The Notes are not obligations of or guaranteed by any of Hallmark's subsidiaries and are not subject to any sinking fund requirements.  At Hallmark's option, the Notes are redeemable, in whole or in part, prior to the stated maturity subject to certain provisions intended to make the holders of the Notes whole on scheduled interest and principal payments.  The indenture governing the Notes contains certain covenants which, among other things, restrict Hallmark's ability to incur additional indebtedness, make certain payments, create liens on the stock of certain subsidiaries, dispose of certain assets, or merge or consolidate with other entities. As of September 30, 2019, Hallmark was in compliance with all of these covenants.

**Share-Based Payment Arrangements (Tables)**

**9 Months Ended**

**Sep. 30, 2019**

**Share-Based Payment Arrangements [Abstract]**

Summary of the Status of Stock Options

A summary of the status of our stock options as of September 30, 2019 and changes during the nine months then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |
| Exercisable at September 30, 2019 | 14,157 | $ 6.99 | 2.3 | $ 172 |

Schedule of Options, Grants in Period and Grant Date Intrinsic Value

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Intrinsic value of options exercised | $ — | $ — | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — | $ — | $ — |

Summary of the Status of Restricted Stock Units

The following table details the status of our restricted stock units as of and for the nine months ended September 30, 2019 and 2018:

| | Number of Restricted Stock Units | |
|---|---|---|
| | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | 97,804 | 144,059 |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at September 30 | 353,491 | 338,897 |

| Deferred Policy Acquisition Costs (Tables) | 9 Months Ended |
| --- | --- |
| | **Sep. 30, 2019** |

**Deferred Policy Acquisition Costs [Abstract]**

Deferred Amortized Policy Acquisition Costs

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2019** | **2018** | **2019** | **2018** |
| Deferred | $ 8,247 | $ 11,001 | $ (39,300) | $ 27,672 |
| Amortized | (9,843) | (11,909) | 31,687 | (30,524) |
| Net | $ (1,596) | $ (908) | $ (7,613) | $ (2,852) |

**Fair Value (Tables)**

| | 9 Months Ended |
| --- | --- |
| | **Sep. 30, 2019** |

## Fair Value [Abstract]

Fair Value, Assets Measured on Recurring Basis

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at September 30, 2019 and December 31, 2018 (in thousands):

| | As of September 30, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,345 | $ - | $ 48,345 |
| Corporate bonds | — | 283,678 | 444 | 284,122 |
| Collateralized corporate bank loans | — | 121,317 | - | 121,317 |
| Municipal bonds | — | 106,311 | - | 106,311 |
| Mortgage-backed | — | 8,736 | - | 8,736 |
| Total debt securities | — | 568,387 | 444 | 568,831 |
| Total equity securities | 92,099 | — | — | 92,099 |
| Total other investments | 3,009 | — | — | 3,009 |
| Total investments | $ 95,108 | $ 568,387 | $ 444 | $663,939 |

| | As of December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Fair Value, Assets Measured on Recurring Basis, Unobservable Input Reconciliation

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the nine months ended September 30, 2019 and 2018 (in thousands):

| | |
| --- | --- |
| Beginning balance as of January 1, 2019 | $ 291 |
| Sales | — |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gain included in other comprehensive income | 153 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | — |
| Ending balance as of September 30, 2019 | $ 444 |
| | |
| Beginning balance as of January 1, 2018 | $ 3,757 |
| Sales | (2,925) |
| Settlements | — |
| Purchases | — |
| Issuances | — |
| Total realized/unrealized gains included in net income | — |
| Net gains included in other comprehensive income | 114 |
| Transfers into Level 3 | — |
| Transfers out of Level 3 | (621) |

Ending balance as of September 30, 2018                                  $    325

| Commitments and Contingencies | 9 Months Ended<br>Sep. 30, 2019 |
|---|---|

**Commitments and Contingencies [Abstract]**

Commitments and Contingencies

**18. Commitments and Contingencies**

We are engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we are a party are routine in nature and incidental to our business.

**Earnings Per Share**

**9 Months Ended**

**Sep. 30, 2019**

**Earnings per Share [Abstract]**

Earnings per Share

14. Earnings per Share

The following table sets forth basic and diluted weighted average shares outstanding for the periods indicated (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Weighted average shares - basic | 18,123 | 18,059 | 18,101 | 18,097 |
| Effect of dilutive securities | 172 | 108 | 182 | 106 |
| Weighted average shares - assuming dilution | 18,295 | 18,167 | 18,283 | 18,203 |

For the nine months ended September 30, 2018, 43,004 shares of common stock potentially issuable upon the exercise of employee stock options were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive.

**Basis of Presentation**

**9 Months Ended**

**Sep. 30, 2019**

**Basis of Presentation
[Abstract]**

Basis of Presentation

**2. Basis of Presentation**

Our unaudited consolidated financial statements included herein have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and include our accounts and the accounts of our subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation. Certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted pursuant to rules and regulations of the Securities and Exchange Commission ("SEC") for interim financial reporting. These unaudited consolidated financial statements should be read in conjunction with our audited consolidated financial statements for the year ended December 31, 2018 included in our Annual Report on Form 10‑K filed with the SEC.

The interim financial data as of September 30, 2019 and 2018 is unaudited. However, in the opinion of management, the interim data includes all adjustments, consisting of normal recurring adjustments, necessary for a fair statement of the results for the interim periods. The results of operations for the periods ended September 30, 2019 are not necessarily indicative of the operating results to be expected for the full year.

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10‑K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Senior Unsecured Notes Due 2029:  Our senior unsecured notes payable due in 2029 had a carry value of $49.0 million and a fair value of $49.1 million as of September 30, 2019.  The fair value is based on discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 6.2% to 6.8% for each future payment date.  Our senior unsecured notes

APP. 0980

payable would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $39.7 million as of September 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

### Variable Interest Entities

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

### Adoption of New Accounting Pronouncements

In February 2018, the Financial Accounting Standards Board ("FASB") issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‑08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‑20). ASU 2017‑08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‑08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‑01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‑01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‑01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‑01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‑10). ASU 2016‑01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‑01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‑01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of September 30, 2019, $16.6 million of right-of-use assets and $17.5 million of lease liabilities for operating leases were included in the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‑15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‑15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‑18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‑18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‑09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments

are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‑04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‑04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‑04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‑13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‑13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. As a smaller reporting company, ASU 2016‑13 is effective for fiscal years of the Company beginning after December 15, 2022, including interim periods within those fiscal years.   ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

| Consolidated Statements of Comprehensive Income - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Consolidated Statements of Comprehensive Income [Abstract]** | | | | |
| Net income | $ 5,287 | $ 9,685 | $ 33,341 | $ 15,422 |
| **Other comprehensive income:** | | | | |
| Change in net actuarial gain | 36 | 27 | 108 | 80 |
| Tax effect on change in net actuarial gain | (8) | (6) | (23) | (17) |
| Unrealized holding gains arising during the period | 1,777 | 342 | 13,010 | 1,909 |
| Tax effect on unrealized holding gains arising during the period | (373) | (72) | (2,732) | (401) |
| Reclassification adjustment for (gains) losses included in net income | (175) | 166 | (4,376) | 159 |
| Tax effect on reclassification adjustment for gains (losses) included in net income | 36 | (35) | 919 | (33) |
| Other comprehensive income, net of tax | 1,293 | 422 | 6,906 | 1,697 |
| Comprehensive income | $ 6,580 | $ 10,107 | $ 40,247 | $ 17,119 |

APP. 0984

| Document and Entity Information - shares | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Nov. 07, 2019 |
| **Document and Entity Information [Abstract]** | | |
| Document Type | 10-Q | |
| Document Period End Date | Sep. 30, 2019 | |
| Entity Registrant Name | HALLMARK FINANCIAL SERVICES INC | |
| Entity Current Reporting Status | Yes | |
| Entity Interactive Data Current | Yes | |
| Entity Filer Category | Accelerated Filer | |
| Entity Small Business | true | |
| Entity Emerging Growth Company | false | |
| Entity Shell Company | false | |
| Entity Common Stock, Shares Outstanding | | 18,123,093 |
| Entity Central Index Key | 0000819913 | |
| Current Fiscal Year End Date | --12-31 | |
| Document Fiscal Period Focus | Q3 | |
| Document Fiscal Year Focus | 2019 | |
| Amendment Flag | false | |

| **Earnings Per Share (Narrative) (Details)** | **9 Months Ended Sep. 30, 2018 shares** |
|---|---|

**Earnings per Share [Abstract]**

Antidilutive securities excluded from computation of earnings per share | 43,004

| Revolving Credit Facility (Narrative) (Details) - USD ($) $ in Thousands | | 9 Months Ended | |
| --- | --- | --- | --- |
| | | Aug. 19, 2019 | Sep. 30, 2019 |
| **Line of Credit Facility [Line Items]** | | | |
| Payment of revolving credit facility | | | $ 30,000 |
| Facility A Revolving Credit Facility [Member] | | | |
| **Line of Credit Facility [Line Items]** | | | |
| Line of credit facility, maximum borrowing capacity | | | $ 15,000 |
| Line of credit facility, unused capacity, commitment fee percentage | | | 0.25% |
| Facility A Revolving Credit Sub-Facility [Member] | | | |
| **Line of Credit Facility [Line Items]** | | | |
| Line of credit facility, maximum borrowing capacity | | | $ 5,000 |
| Line of credit facility, unused capacity, commitment fee percentage | | | 1.00% |
| Facility B Revolving Credit Facility [Member] | | | |
| **Line of Credit Facility [Line Items]** | | | |
| Line of credit facility, maximum borrowing capacity | | | $ 30,000 |
| Line of credit facility, unused capacity, commitment fee percentage | | | 0.25% |
| Payment of revolving credit facility | | $ 30,000 | |
| London Interbank Offered Rate (LIBOR) [Member] \| Facility A Revolving Credit Facility [Member] | | | |
| **Line of Credit Facility [Line Items]** | | | |
| Line of credit facility, interest rate during period | | | 2.50% |
| London Interbank Offered Rate (LIBOR) [Member] \| Facility B Revolving Credit Facility [Member] | | | |
| **Line of Credit Facility [Line Items]** | | | |
| Line of credit facility, unused capacity, commitment fee percentage | | | 3.00% |

APP. 0987

| Changes in Accumulated Other Comprehensive Income Balances (Tables) | 9 Months Ended |
|---|---|
| | Sep. 30, 2019 |

**Changes in Accumulated Other Comprehensive Income Balances [Abstract]**

Schedule of Changes in Accumulated Other Comprehensive Income

The changes in accumulated other comprehensive income balances as of September 30, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at December 31, 2017 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 80 | — | 80 |
| Tax effect on change in net actuarial gain | (17) | — | (17) |
| Unrealized holding gains arising during the period | — | 1,909 | 1,909 |
| Tax effect on unrealized gains arising during the period | — | (401) | (401) |
| Reclassification adjustment for realized (gains) losses included in investment gains and losses | — | 159 | 159 |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | (33) | (33) |
| Other comprehensive income, net of tax | 63 | 1,634 | 1,697 |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at September 30, 2018 | $ (2,816) | $ 2,373 | $ (443) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial gain | 108 | — | 108 |
| Tax effect on change in net actuarial gain | (23) | — | (23) |
| Unrealized holding gains arising during the period | — | 13,010 | 13,010 |
| Tax effect on unrealized gains arising during the period | — | (2,732) | (2,732) |
| Reclassification adjustment for (gains) losses included in net realized gains | — | (4,376) | (4,376) |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | — | 919 | 919 |
| Other comprehensive income, net of tax | 85 | 6,821 | 6,906 |
| Balance at September 30, 2019 | $ (3,249) | $ 3,495 | $ 246 |

APP. 0988

| **Fair Value (Narrative) (Details)<br>$ in Thousands** | **Sep. 30, 2019<br>USD ($)** |
|---|---|
| **Fair Value [Abstract]** | |
| Transfer of assets from level 1 to level 2 | $ 0 |
| Transfer of assets from level 2 to level 1 | 0 |
| Transfer of liabilities from level 1 to level 2 | 0 |
| Transfer of liabilities from level 2 to level 1 | $ 0 |

| Investments (Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | $ 564,602 | $ 550,268 |
| Total debt securities | 568,831 | 545,870 |
| **Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Equity securities, Amortized Cost | 68,737 | 68,709 |
| Total equity securities | 92,099 | 80,896 |
| **Investments, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Investments, Amortized cost | 637,102 | 622,740 |
| Investments, Gross Unrealized Gains | 35,540 | 24,959 |
| Investments, Gross Unrealized Losses | (8,703) | (19,785) |
| Investments, Fair value | 663,939 | 627,914 |
| Mortgage Backed [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 8,847 | |
| Total debt securities | 8,736 | |
| Debt Securities [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 564,602 | 550,268 |
| Debt securities, Gross Unrealized Gain | 5,416 | 4,266 |
| Debt securities, Gross Unrealized Loss | (1,187) | (8,664) |
| Total debt securities | 568,831 | 545,870 |
| Debt Securities [Member] | U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 48,246 | 48,609 |
| Debt securities, Gross Unrealized Gain | 121 | 5 |
| Debt securities, Gross Unrealized Loss | (22) | (508) |
| Total debt securities | 48,345 | 48,106 |
| Debt Securities [Member] | Corporate Bonds [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 281,228 | 243,314 |
| Debt securities, Gross Unrealized Gain | 3,068 | 440 |
| Debt securities, Gross Unrealized Loss | (174) | (1,602) |
| Total debt securities | 284,122 | 242,152 |
| Debt Securities [Member] | Collateralized Corporate Bank Loans [Member] | | |
| **Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]** | | |
| Debt securities, Amortized Cost | 121,741 | 131,779 |
| Debt securities, Gross Unrealized Gain | 363 | 19 |
| Debt securities, Gross Unrealized Loss | (787) | (5,270) |
| Total debt securities | 121,317 | 126,528 |

Debt Securities [Member] | Municipal Bonds [Member]

**Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---|---|
| Debt securities, Amortized Cost | 104,540 | 112,574 |
| Debt securities, Gross Unrealized Gain | 1,826 | 3,791 |
| Debt securities, Gross Unrealized Loss | (55) | (838) |
| Total debt securities | 106,311 | 115,527 |

Debt Securities [Member] | Mortgage Backed [Member]

**Debt Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---|---|
| Debt securities, Amortized Cost | 8,847 | 13,992 |
| Debt securities, Gross Unrealized Gain | 38 | 11 |
| Debt securities, Gross Unrealized Loss | (149) | (446) |
| Total debt securities | 8,736 | 13,557 |

Equity Securities [Member]

**Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---|---|
| Equity securities, Amortized Cost | 68,737 | 68,709 |
| Equity Securities, Gross Unrealized Gains | 30,124 | 20,693 |
| Equity Securities, Gross Unrealized Losses | (6,762) | (8,506) |
| Total equity securities | 92,099 | 80,896 |

Other Investments [Member]

**Equity Securities, Available-for-sale, Fair Value to Amortized Cost [Abstract]**

| | | |
|---|---|---|
| Equity securities, Amortized Cost | 3,763 | 3,763 |
| Equity Securities, Gross Unrealized Losses | (754) | (2,615) |
| Total equity securities | $ 3,009 | $ 1,148 |

| Supplemental Cash Flow Information (Supplemental Cash Flow Information) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Supplemental Cash Flow Information [Abstract]** | | |
| Interest paid | $ 3,911 | $ 3,325 |
| Income taxes paid (recovered) | 5,449 | (4,287) |
| Receivable for securities related to investment disposals | 6,351 | 3,253 |
| Payable for securities related to investment purchases | $ 1,952 | $ 7,699 |

**Leases (Component of Lease and Other Information) (Details) $ in Thousands**

**Sep. 30, 2019 USD ($)**

**Leases [Abstract]**

| | |
|---|---|
| Operating lease right-of-use assets | $ 16,578 |
| Operating lease liabilities | $ 17,485 |
| Weighted-average remaining lease term - operating leases | 10 years 8 months 12 days |
| Weighted-average discount rate - operating leases | 5.88% |

| **Share-Based Payment Arrangements (Summary of the Status of Restricted Stock Units) (Details) - Restricted Stock Units (RSUs) [Member] - shares** | **9 Months Ended** | |
|---|---|---|
| | **Sep. 30, 2019** | **Sep. 30, 2018** |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | 97,804 | 144,059 |
| Vested | | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at September 30 | 353,491 | 338,897 |

APP. 0994

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Causes for Prior Accident Year Reserve Development by Segment) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total unfavorable net prior year development | $ 7,781 | $ 6,062 |
| Specialty Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total unfavorable net prior year development | 11,232 | 15,730 |
| Standard Commercial Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total unfavorable net prior year development | (3,508) | (8,829) |
| Personal Segment [Member] | | |
| **Causes of Increase (Decrease) in Liability for Unpaid Claims and Claims Adjustment Expense [Line Items]** | | |
| Total unfavorable net prior year development | $ 57 | $ (839) |

| Investments (Carrying Value of Other Invested Assets Portfolio) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Investments [Abstract]** | | |
| Equity warrant | $ 3,009 | $ 1,148 |
| Total other investments | $ 3,009 | $ 1,148 |

**Investments (Tables)**

9 Months Ended
**Sep. 30, 2019**

## Investments [Abstract]

Amortized Cost and Estimated Fair Value of Investments in Debt and Equity Securities by Category

The amortized cost and estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| **As of September 30, 2019** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,246 | $ 121 | $ (22) | $ 48,345 |
| Corporate bonds | 281,228 | 3,068 | (174) | 284,122 |
| Collateralized corporate bank loans | 121,741 | 363 | (787) | 121,317 |
| Municipal bonds | 104,540 | 1,826 | (55) | 106,311 |
| Mortgage-backed | 8,847 | 38 | (149) | 8,736 |
| Total debt securities | 564,602 | 5,416 | (1,187) | 568,831 |
| Total equity securities | 68,737 | 30,124 | (6,762) | 92,099 |
| Total other investments | 3,763 | — | (754) | 3,009 |
| Total investments | $ 637,102 | $ 35,540 | $ (8,703) | $ 663,939 |
| | | | | |
| **As of December 31, 2018** | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

Major Categories of Net Investment Gains (Losses) on Investments

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ — | $ — |
| Corporate bonds | 154 | (44) | 171 | (66) |
| Collateralized corporate bank loans | (103) | 23 | (65) | 70 |
| Municipal bonds | 124 | (145) | 4,271 | (164) |
| Mortgage-backed | — | — | (1) | 1 |
| Equity securities | — | — | — | 359 |
| Gain (loss) on investments | 175 | (166) | 4,376 | 200 |
| Unrealized (losses) gains on equity securities | (1,941) | 7,121 | 11,175 | 3,217 |
| Unrealized (losses) gains on other investments | 424 | 25 | 1,861 | (739) |
| Investment (losses) gains, net | $ (1,342) | $ 6,980 | $ 17,412 | $ 2,678 |

Summary of Gross Unrealized Gain (Loss) on Investments

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of September 30, 2019 and December 31, 2018 (in thousands):

| | As of September 30, 2019 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ — | $ 23,142 | $ (22) | $ 23,142 | $ (22) |
| Corporate bonds | 29,172 | (142) | 13,305 | (32) | 42,477 | (174) |
| Collateralized corporate bank loans | 33,961 | (636) | 4,782 | (151) | 38,743 | (787) |

APP. 0997

| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| Municipal bonds | 6,537 | (48) | 1,036 | (7) | 7,573 | (55) |
| Mortgage-backed | 1,584 | (65) | 399 | (84) | 1,983 | (149) |
| Total debt securities | 71,054 | (891) | 42,864 | (296) | 113,918 | (1,187) |
| Total equity securities | 9,538 | (4,275) | 2,391 | (2,487) | 11,929 | (6,762) |
| Total other investments | — | — | 3,009 | (754) | 3,009 | (754) |
| Total investments | $ 80,592 | $ (5,166) | $ 48,264 | $ (3,537) | $ 128,856 | $ (8,703) |

| | As of December 31, 2018 | | | | | |
|---|---|---|---|---|---|---|
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| U.S. Treasury securities and obligations of U.S. Government | $ 18,902 | $ (181) | $ 28,201 | $ (327) | $ 47,103 | $ (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $ (12,496) | $ 169,544 | $ (7,289) | $ 479,308 | $ (19,785) |

Carrying Value of Other Invested Assets Portfolio

Details regarding the carrying value of the other investments portfolio as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 3,009 | $ 1,148 |
| Total other investments | $ 3,009 | $ 1,148 |

Schedule of Amortized Cost and Estimated Fair Value of Debt Securities by Contractual Maturities

The amortized cost and estimated fair value of debt securities at September 30, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 121,593 | $ 121,977 |
| Due after one year through five years | 309,542 | 312,076 |
| Due after five years through ten years | 94,338 | 94,489 |
| Due after ten years | 30,282 | 31,553 |
| Mortgage-backed | 8,847 | 8,736 |
| | $ 564,602 | $ 568,831 |

**Reinsurance (Tables)**

**Reinsurance [Abstract]**

Schedule of Reinsurance Ceded and Recoveries

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| Ceded earned premiums | $83,242 | $73,038 | $229,697 | $203,302 |
| Reinsurance recoveries | $50,564 | $48,962 | $158,128 | $142,389 |

| Net Periodic Pension Cost (Tables) | 9 Months Ended Sep. 30, 2019 |
|---|---|

**Net Periodic Pension Cost [Abstract]**

Schedule of Net Benefit Costs

The following table details the net periodic pension cost incurred by period (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 |
| Interest cost | $ 113 | $ 106 | $ 340 | $ 318 |
| Amortization of net loss | 36 | 26 | 108 | 79 |
| Expected return on plan assets | (149) | (173) | (448) | (520) |
| Net periodic pension cost | $ — | $ (41) | $ — | $ (123) |
| Contributed amount | $ 500 | $ — | $ 500 | $ — |

**Revolving Credit Facility**

|  | 9 Months Ended |
|  | **Sep. 30, 2019** |

**Revolving Credit Facility [Abstract]**

Revolving Credit Facility

**10. Revolving Credit Facility**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended, provided a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bore interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We paid an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  On August 19, 2019, we terminated Facility A.

The Second Restated Credit Agreement with Frost also provided a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We used Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC.  We paid a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B.  Facility B bore interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election.  On August 19, 2019, we repaid the $30 million principal balance and accrued interest on Facility B.  Upon such repayment, we terminated Facility B.

| Reserves for Unpaid Losses and Loss Adjustment Expenses | 9 Months Ended<br>Sep. 30, 2019 |
| --- | --- |

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Reserves for Unpaid Losses and Loss Adjustment Expenses

**6. Reserves for Unpaid Losses and Loss Adjustment Expenses**

Year to date activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | September 30, 2019 | September 30, 2018 |
| --- | --- | --- |
| Balance at January 1 | $ 527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| | | |
| Incurred related to: | | |
| Current year | 214,080 | 185,506 |
| Prior years | 7,781 | 6,062 |
| Total incurred | 221,861 | 191,568 |
| | | |
| Paid related to: | | |
| Current year | 75,834 | 56,687 |
| Prior years | 146,929 | 184,337 |
| Total paid | 222,763 | 241,024 |
| | | |
| Net balance at September 30 | 304,629 | 323,032 |
| Plus reinsurance recoverable | 260,667 | 207,784 |
| Balance at September 30 | $ 565,296 | $ 530,816 |

The year to date impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | September 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Specialty Commercial Segment | $ 11,232 | $ 15,730 |
| Standard Commercial Segment | (3,508) | (8,829) |
| Personal Segment | 57 | (839) |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 7,781 | $ 6,062 |

The following describes the primary factors behind each segment's prior accident year reserve development for the nine months ended September 30, 2019 and 2018:

Nine months ended September 30, 2019:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the primary commercial auto liability line of business, partially offset by net favorable development in the primary commercial auto line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2017 and prior accident years, partially offset by net favorable development in the 2018 accident year. We experienced net favorable development in our E&S Property and Professional Liability business units, partially offset by net unfavorable development in our Aerospace & Programs business unit.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2018, 2017, 2014 and 2012 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the general liability line of business in the 2016 and 2015 accident years. Our Commercial Accounts business unit experienced net favorable development in the 2017 and 2015 accident years in the occupational

accident line of business. The run-off from our former Workers Compensation operating unit experienced net favorable development in the 2015 and 2012 and prior accident years, partially offset by unfavorable net development in the 2014 and 2013 prior accident years.

*Personal Segment.* Net unfavorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2016, 2014, 2012 and prior accident years, partially offset by favorable development in the 2017, 2015 and 2013 accident years.

Nine months ended September 30, 2018:

*Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2016 and prior accident years primarily in the commercial auto liability line of business, partially offset by favorable development primarily in the commercial auto liability line of business in the 2017 accident year. We experienced net unfavorable development in our E&S Property, Professional Liability, E&S Casualty and Aerospace& Programs business units.

*Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. The run-off from our former Workers' Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

*Personal Segment.* Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

| Changes in Accumulated Other Comprehensive Income Balances (Schedule of Accumulated Other Comprehensive Income (Loss)) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | | | |
|---|---|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 | Jan. 01, 2018 | Dec. 31, 2017 |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | $ (6,660) | | | |
| **Other comprehensive income:** | | | | | | |
| Change in net actuarial gain | $ 36 | $ 27 | 108 | $ 80 | | |
| Tax effect on change in net actuarial gain | (8) | (6) | (23) | (17) | | |
| Unrealized holding gains (losses) arising during the period | 1,777 | 342 | 13,010 | 1,909 | | |
| Tax effect on unrealized gains arising during the period | (373) | (72) | (2,732) | (401) | | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | (175) | 166 | (4,376) | 159 | | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | 36 | (35) | 919 | (33) | | |
| Other comprehensive income, net of tax | 1,293 | 422 | 6,906 | 1,697 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | $ (2,600) | |
| Ending Balance | 246 | | 246 | | | |
| Pension Liability [Member] | | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | (3,334) | (2,310) | | |
| **Other comprehensive income:** | | | | | | |
| Change in net actuarial gain | | | 108 | 80 | | |
| Tax effect on change in net actuarial gain | | | (23) | (17) | | |
| Other comprehensive income, net of tax | | | 85 | 63 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | $ (569) | |
| Ending Balance | (3,249) | (2,816) | (3,249) | (2,816) | | |
| Unrealized Gain (Loss) [Member] | | | | | | |
| **Accumulated Other Comprehensive Income (Loss) [Line Items]** | | | | | | |
| Beginning Balance | | | (3,326) | 14,544 | | |
| **Other comprehensive income:** | | | | | | |
| Unrealized holding gains (losses) arising during the period | | | 13,010 | 1,909 | | |
| Tax effect on unrealized gains arising during the period | | | (2,732) | (401) | | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | | | (4,376) | 159 | | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | | | 919 | (33) | | |
| Other comprehensive income, net of tax | | | 6,821 | 1,634 | | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | 3,188 | |

APP. 1004

| | | | | | |
|---|---|---|---|---|---|
| Ending Balance | | | 3,495 | 2,373 | 3,495 | 2,373 |

**Unrealized Gain (Loss) [Member] | Accounting Standards Update 2016-01 [Member]**

**Other comprehensive income:**

| | |
|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | (16,993) |

**Accumulated Other Comprehensive Income (Loss) [Member]**

**Accumulated Other Comprehensive Income (Loss) [Line Items]**

| | | | | |
|---|---|---|---|---|
| Beginning Balance | | | (6,660) | 12,234 | |

**Other comprehensive income:**

| | | | | |
|---|---|---|---|---|
| Change in net actuarial gain | | | 108 | 80 | |
| Tax effect on change in net actuarial gain | | | (23) | (17) | |
| Unrealized holding gains (losses) arising during the period | | | 13,010 | 1,909 | |
| Tax effect on unrealized gains arising during the period | | | (2,732) | (401) | |
| Reclassification adjustment for realized (gain) losses included in investment gains and losses | | | (4,376) | 159 | |
| Tax effect on reclassification adjustment for gains (losses) included in income tax expense | | | 919 | (33) | |
| Other comprehensive income, net of tax | | | 6,906 | 1,697 | |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | | | | | 2,619 |
| Ending Balance | $ 246 | $ (443) | $ 246 | $ (443) | |

**Accumulated Other Comprehensive Income (Loss) [Member] | Accounting Standards Update 2016-01 [Member]**

**Other comprehensive income:**

| | |
|---|---|
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | $ (16,993) |

APP. 1005

**Leases (Maturities) (Details) - USD ($)**
**$ in Thousands**

|  | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Future minimum lease payments under non-cancellable leases as of September 30, 2019** | | |
| 2019 | $ 394 | |
| 2020 | 2,473 | |
| 2021 | 2,172 | |
| 2022 | 2,171 | |
| 2023 | 1,885 | |
| Thereafter | 15,266 | |
| Total future minimum lease payments | 24,361 | |
| Less imputed interest | (6,876) | |
| Operating lease liabilities | $ 17,485 | |
| **Future minimum lease payments under non-cancellable leases as of December 31, 2018** | | |
| 2019 | | $ 1,889 |
| 2020 | | 2,473 |
| 2021 | | 2,172 |
| 2022 | | 2,171 |
| 2023 | | 1,885 |
| Thereafter | | 15,266 |
| Total future minimum lease payments | | $ 25,856 |

APP. 1006

| Reserves for Unpaid Losses and Loss Adjustment Expenses (Activity in the Reserves for Unpaid Losses and Loss Adjustment Expense) (Details) - USD ($) $ in Thousands | 9 Months Ended | |
|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 |
| **Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]** | | |
| Balance at January 1 | $ 527,247 | $ 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| **Incurred related to:** | | |
| Current year | 214,080 | 185,506 |
| Prior years | 7,781 | 6,062 |
| Total incurred | 221,861 | 191,568 |
| **Paid related to:** | | |
| Current year | 75,834 | 56,687 |
| Prior years | 146,929 | 184,337 |
| Total paid | 222,763 | 241,024 |
| Net balance at September 30 | 304,629 | 323,032 |
| Plus reinsurance recoverable | 260,667 | 207,784 |
| Balance at September 30 | $ 565,296 | $ 530,816 |

APP. 1007

| Investments (Summary of Gross Unrealized Gain (Loss) on Investments) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Investments, Unrealized Loss Position, Fair Value** | | |
| Investments, Fair Value 12 months or less | $ 80,592 | $ 309,764 |
| Investments, Fair Value Longer than 12 months | 48,264 | 169,544 |
| Investments, Total Fair Value | 128,856 | 479,308 |
| **Investments, Unrealized Losses** | | |
| Investments, Unrealized Losses 12 months or less | (5,166) | (12,496) |
| Investments, Unrealized Losses Longer than 12 months | (3,537) | (7,289) |
| Investments, Total Unrealized Losses | (8,703) | (19,785) |
| Debt Securities [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 71,054 | 277,635 |
| Debt securities, Fair Value Longer than 12 months | 42,864 | 165,069 |
| Debt securities, Total Fair Value | 113,918 | 442,704 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (891) | (6,182) |
| Debt securities, Unrealized Losses Longer than 12 months | (296) | (2,482) |
| Debt securities, Total Unrealized Losses | 1,187 | 8,664 |
| Debt Securities [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | | 18,902 |
| Debt securities, Fair Value Longer than 12 months | 23,142 | 28,201 |
| Debt securities, Total Fair Value | 23,142 | 47,103 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | | (181) |
| Debt securities, Unrealized Losses Longer than 12 months | (22) | (327) |
| Debt securities, Total Unrealized Losses | 22 | 508 |
| Debt Securities [Member] \| Corporate Bonds [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 29,172 | 117,450 |
| Debt securities, Fair Value Longer than 12 months | 13,305 | 100,060 |
| Debt securities, Total Fair Value | 42,477 | 217,510 |
| **Debt securities, Unrealized Losses** | | |
| Debt securities, Unrealized Losses 12 months or less | (142) | (907) |
| Debt securities, Unrealized Losses Longer than 12 months | (32) | (695) |
| Debt securities, Total Unrealized Losses | 174 | 1,602 |
| Debt Securities [Member] \| Collateralized Corporate Bank Loans [Member] | | |
| **Debt Securities, Unrealized Loss Position, Fair Value** | | |
| Debt securities, Fair Value 12 months or less | 33,961 | 120,410 |
| Debt securities, Fair Value Longer than 12 months | 4,782 | 4,931 |
| Debt securities, Total Fair Value | 38,743 | 125,341 |

APP. 1008

**Debt securities, Unrealized Losses**

| | | |
|---|---|---|
| Debt securities, Unrealized Losses 12 months or less | (636) | (4,938) |
| Debt securities, Unrealized Losses Longer than 12 months | (151) | (332) |
| Debt securities, Total Unrealized Losses | 787 | 5,270 |

Debt Securities [Member] | Municipal Bonds [Member]

**Debt Securities, Unrealized Loss Position, Fair Value**

| | | |
|---|---|---|
| Debt securities, Fair Value 12 months or less | 6,537 | 14,281 |
| Debt securities, Fair Value Longer than 12 months | 1,036 | 25,891 |
| Debt securities, Total Fair Value | 7,573 | 40,172 |

**Debt securities, Unrealized Losses**

| | | |
|---|---|---|
| Debt securities, Unrealized Losses 12 months or less | (48) | (96) |
| Debt securities, Unrealized Losses Longer than 12 months | (7) | (742) |
| Debt securities, Total Unrealized Losses | 55 | 838 |

Debt Securities [Member] | Mortgage Backed [Member]

**Debt Securities, Unrealized Loss Position, Fair Value**

| | | |
|---|---|---|
| Debt securities, Fair Value 12 months or less | 1,384 | 6,592 |
| Debt securities, Fair Value Longer than 12 months | 599 | 5,986 |
| Debt securities, Total Fair Value | 1,983 | 12,578 |

**Debt securities, Unrealized Losses**

| | | |
|---|---|---|
| Debt securities, Unrealized Losses 12 months or less | (65) | (60) |
| Debt securities, Unrealized Losses Longer than 12 months | (84) | (386) |
| Debt securities, Total Unrealized Losses | 149 | 446 |

Equity Securities [Member]

**Equity Securities, Unrealized Loss Position, Fair Value**

| | | |
|---|---|---|
| Equity securities, Fair Value 12 months or less | 9,538 | 30,981 |
| Equity securities, Fair Value Longer than 12 months | 2,391 | 4,475 |
| Equity securities, Total Fair Value | 11,929 | 35,456 |

**Equity Securities, Unrealized Loss**

| | | |
|---|---|---|
| Equity securities, Unrealized Losses 12 months or less | (4,275) | (3,699) |
| Equity securities, Unrealized Losses Longer than 12 months | (2,487) | (4,807) |
| Equity securities, Total Unrealized Losses | (6,762) | (8,506) |

Other Investments [Member]

**Equity Securities, Unrealized Loss Position, Fair Value**

| | | |
|---|---|---|
| Equity securities, Fair Value 12 months or less | | 1,148 |
| Equity securities, Fair Value Longer than 12 months | 3,009 | |
| Equity securities, Total Fair Value | 3,009 | 1,148 |

**Equity Securities, Unrealized Loss**

| | | |
|---|---|---|
| Equity securities, Unrealized Losses Longer than 12 months | (754) | (2,615) |
| Equity securities, Total Unrealized Losses | $ (754) | $ (2,615) |

APP. 1009

| Share-Based Payment Arrangements (Schedule of Options, Grants in Period and Grant Date Intrinsic Value) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Cost of share-based payments (non-cash) | | | $ 514 | $ 37 |
| Employee Stock Option [Member] | | | | |
| **Share-based Compensation Arrangement by Share-based Payment Award [Line Items]** | | | | |
| Intrinsic value of options exercised | | | 845 | 122 |
| Cost of share-based payments (non-cash) | | | | |
| Income tax benefit of share-based payments recognized in income | | | | |

APP. 1010

| Supplemental Cash Flow Information (Tables) | 9 Months Ended Sep. 30, 2019 |
|---|---|

**Supplemental Cash Flow Information [Abstract]**

Reconciliation of Cash, Cash Equivalents and Restricted Cash in Balance Sheet to Cash Flows

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

|  | As of September 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Cash and cash equivalents | $ 64,045 | $ 59,925 |
| Restricted cash | 1,697 | 3,519 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 65,742 | $ 63,444 |

Supplemental Cash Flow Information

The following table provides supplemental cash flow information for the nine months ended September 30, 2019 and 2018:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Interest paid | $ 3,911 | $ 3,325 |
| Income taxes paid (recovered) | $ 5,449 | $ (4,287) |
| Supplemental schedule of non-cash investing activities: |  |  |
| Receivable for securities related to investment disposals | $ 6,351 | $ 3,253 |
| Payable for securities related to investment purchases | $ 1,952 | $ 7,699 |

APP. 1011

| | 9 Months Ended |
|---|---|
| **Reserves for Unpaid Losses and Loss Adjustment Expenses (Tables)** | **Sep. 30, 2019** |

**Reserves for Unpaid Losses and Loss Adjustment Expenses [Abstract]**

Summary of Activity in Reserves for Unpaid Losses and LAE

Year to date activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

| | September 30, 2019 | September 30, 2018 |
|---|---|---|
| Balance at January 1 | $ 527,247 | 527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
| | | |
| Incurred related to: | | |
|   Current year | 214,080 | 185,506 |
|   Prior years | 7,781 | 6,062 |
| Total incurred | 221,861 | 191,568 |
| | | |
| Paid related to: | | |
|   Current year | 75,834 | 56,687 |
|   Prior years | 146,929 | 184,337 |
| Total paid | 222,763 | 241,024 |
| | | |
| Net balance at September 30 | 304,629 | 323,032 |
|   Plus reinsurance recoverable | 260,667 | 207,784 |
| Balance at September 30 | $ 565,296 | $ 530,816 |

Impact of Net Prior Years Loss Development by Segment

The year to date impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

| | September 30, | |
|---|---|---|
| | 2019 | 2018 |
| Specialty Commercial Segment | $11,232 | $15,730 |
| Standard Commercial Segment | (3,508) | (8,829) |
| Personal Segment | 57 | (839) |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 7,781 | $ 6,062 |

APP. 1012

**Subordinated Debt Securities (Tables)**

<table>
<tr><td></td><td style="text-align:center"><b>9 Months Ended<br>Sep. 30, 2019</b></td></tr>
</table>

**Subordinated Debt Securities [Abstract]**

Summary of the nature and terms of the junior subordinated debt and trust preferred securities

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

| | Hallmark Statutory Trust I | Hallmark Statutory Trust II |
|---|---|---|
| Issue date | June 21, 2005 | August 23, 2007 |
| Principal amount of trust preferred securities | $ 30,000 | $ 25,000 |
| Principal amount of junior subordinated debt securities | $ 30,928 | $ 25,774 |
| Maturity date of junior subordinated debt securities | June 15, 2035 | September 15, 2037 |
| Trust common stock | $ 928 | $ 774 |
| Interest rate, per annum | Three Month LIBOR + 3.25% | Three Month LIBOR + 2.90% |
| Current interest rate at September 30, 2019 | 5.37% | 5.02% |

**Reinsurance**

**9 Months Ended**

**Sep. 30, 2019**

**9. Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of September 30, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better.

The following table shows earned premiums ceded and reinsurance loss recoveries by period (in thousands):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 |
| Ceded earned premiums | $83,242 | $73,038 | $229,697 | $203,302 |
| Reinsurance recoveries | $50,564 | $48,962 | $158,128 | $142,389 |

**Pledged Investments**

**9 Months Ended**

**Sep. 30, 2019**

**Pledged Investments
[Abstract]**

Pledged Investments

**5. Pledged Investments**

We have pledged certain of our securities for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $28.4 million and $29.5 million at September 30, 2019 and December 31, 2018, respectively.

APP. 1015

| Supplemental Cash Flow Information | 9 Months Ended Sep. 30, 2019 |
|---|---|

**Supplemental Cash Flow Information [Abstract]**

Supplemental Cash Flow Information

**17. Supplemental Cash Flow Information**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows (in thousands):

|  | As of September 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Cash and cash equivalents | $ 64,045 | $ 59,925 |
| Restricted cash | 1,697 | 3,519 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 65,742 | $ 63,444 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

The following table provides supplemental cash flow information for the nine months ended September 30, 2019 and 2018:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2019 | 2018 |
| Interest paid | $ 3,911 | $ 3,325 |
| Income taxes paid (recovered) | $ 5,449 | $ (4,287) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 6,351 | $ 3,253 |
| Payable for securities related to investment purchases | $ 1,952 | $ 7,699 |

| Deferred Policy Acquisition Costs | 9 Months Ended<br>Sep. 30, 2019 |
|---|---|
| **Deferred Policy Acquisition Costs [Abstract]** | |
| Deferred Policy Acquisition Costs | **13. Deferred Policy Acquisition Costs** |

The following table shows total deferred and amortized policy acquisition cost activity by period (in thousands):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| Deferred | $ 8,247 | $ 11,001 | $ (39,300) | $ 27,672 |
| Amortized | (9,843) | (11,909) | 31,687 | (30,524) |
| Net | $ (1,596) | $ (908) | $ (7,613) | $ (2,852) |

APP. 1017

**Basis of Presentation (Policy)**

**9 Months Ended**

**Sep. 30, 2019**

**Basis of Presentation [Abstract]**

Income Taxes

*Income Taxes*

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

Reclassifications

*Reclassifications*

Certain prior year amounts have been reclassified to conform with current year presentation.

Use of Estimates in the Preparation of the Financial Statements

*Use of Estimates in the Preparation of the Financial Statements*

Our preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect our reported amounts of assets and liabilities and our disclosure of contingent assets and liabilities at the date of our consolidated financial statements, as well as our reported amounts of revenues and expenses during the reporting period. Refer to "Critical Accounting Estimates and Judgments" under Item 7 of our Annual Report on Form 10-K for the year ended December 31, 2018 for information on accounting policies that we consider critical in preparing our consolidated financial statements. Actual results could differ materially from those estimates.

Fair Value of Financial Instruments

*Fair Value of Financial Instruments*

Fair value estimates are made at a point in time based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents:  The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash:  The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Senior Unsecured Notes Due 2029:  Our senior unsecured notes payable due in 2029 had a carry value of $49.0 million and a fair value of $49.1 million as of September 30, 2019.  The fair value is based on discounted cash flows using a discount rate derived from LIBOR spot rates plus a market spread resulting in discount rates ranging between 6.2% to 6.8% for each future payment date.  Our senior unsecured notes payable would be included in Level 3 of the fair value hierarchy if they were reported at fair value

Subordinated Debt Securities:  Our trust preferred securities have a carried value of $55.8 million and a fair value of $39.7 million as of September 30, 2019. The fair value of our trust preferred securities is based on discounted cash flows using a current yield to maturity of 8.0%, which is based on similar issues to discount future cash flows. Our trust preferred securities would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Variable Interest Entities

*Variable Interest Entities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of

subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively the "Trusts") and have determined that we do not have a variable interest in the Trusts. Therefore, the Trusts are not included in our consolidated financial statements.

We are also involved in the normal course of business with variable interest entities ("VIE's") primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party VIE's. The maximum exposure to loss with respect to these investments is the investment carrying values included in the consolidated balance sheets.

## Adoption of New Accounting Pronouncements

In February 2018, the Financial Accounting Standards Board ("FASB") issued updated guidance that allows a reclassification of the stranded tax effects in accumulated other comprehensive income (AOCI) resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Current guidance requires the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that includes the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification would include the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI are recognized or at the beginning of the period of adoption. Early adoption is permitted. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017‐08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310‐20). ASU 2017‐08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017‐08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017‐01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017‐01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017‐01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016‐01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825‐10). ASU 2016‐01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016‐01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016‐01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after

January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of September 30, 2019, $16.6 million of right-of-use assets and $17.5 million of lease liabilities for operating leases were included in the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016‐15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016‐15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016‐18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016‐18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014‐09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

### *Recently Issued Accounting Pronouncements*

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements.  The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017‐04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017‐04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. We are currently evaluating the impact that the adoption of ASU 2017‐04 will have on our financial results and disclosures.

In June 2016, the FASB issued ASU 2016‐13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016‐13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate

considerations of historical information, current information and reasonable and supportable forecasts. As a smaller reporting company, ASU 2016‑13 is effective for fiscal years of the Company beginning after December 15, 2022, including interim periods within those fiscal years.   ASU 2016‑13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

**Consolidated Statements of Operations - USD ($)**
**$ in Thousands**

| | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Consolidated Statements of Operations [Abstract]** | | | | |
| Gross premiums written | $ 224,178 | $ 169,112 | $ 629,730 | $ 495,836 |
| Ceded premiums written | (96,405) | (81,100) | (260,711) | (226,545) |
| Net premiums written | 127,773 | 88,012 | 369,019 | 269,291 |
| Change in unearned premiums | (15,274) | 850 | (50,991) | 2,496 |
| Net premiums earned | 112,499 | 88,862 | 318,028 | 271,787 |
| Investment income, net of expenses | 5,050 | 4,860 | 15,573 | 13,706 |
| Investment (losses) gains, net | (1,342) | 6,980 | 17,412 | 2,678 |
| Finance charges | 1,778 | 1,347 | 5,309 | 3,548 |
| Commission and fees | 287 | 869 | 944 | 2,604 |
| Other income | 13 | 28 | 43 | 89 |
| Total revenues | 118,285 | 102,946 | 357,309 | 294,412 |
| Losses and loss adjustment expenses | 78,548 | 64,245 | 221,861 | 191,568 |
| Operating expenses | 31,074 | 24,829 | 87,656 | 78,402 |
| Interest expense | 1,386 | 1,180 | 3,879 | 3,335 |
| Amortization of intangible assets | 617 | 617 | 1,851 | 1,851 |
| Total expenses | 111,625 | 90,871 | 315,247 | 275,156 |
| Income before tax | 6,660 | 12,075 | 42,062 | 19,256 |
| Income tax expense | 1,373 | 2,390 | 8,721 | 3,834 |
| Net income | $ 5,287 | $ 9,685 | $ 33,341 | $ 15,422 |
| **Net income per share:** | | | | |
| Basic (in dollars per share) | $ 0.29 | $ 0.54 | $ 1.84 | $ 0.85 |
| Diluted (in dollars per share) | $ 0.29 | $ 0.53 | $ 1.82 | $ 0.85 |

**General**

**9 Months Ended**

**Sep. 30, 2019**

**General [Abstract]**

General

**1. General**

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, "we," "us," "our," or the "Company") is an insurance holding company that offers commercial and personal insurance that serves businesses and individuals in specialty and niche markets. We focus on marketing, distributing, underwriting and servicing property and casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers. We pursue our business activities primarily through subsidiaries whose operations are organized into product-specific business units that are supported by our insurance company subsidiaries. Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability and E&S package insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial operating units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies. Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, our E&S Casualty business unit, our E&S Property business unit, our Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment includes our Commercial Accounts business unit and the run-off from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The realignment of our business units did not affect the comparability of our reportable industry segments.

| Deferred Policy Acquisition Costs (Deferred Amortized Policy Acquisition Costs) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Document and Entity Information [Abstract]** | | | | |
| Deferred, additions | $ 8,247 | $ 11,001 | | $ 27,672 |
| Deferred, disposition | | | $ (39,300) | |
| Amortized | (9,843) | (11,909) | 31,687 | (30,524) |
| Net | $ (1,596) | $ (908) | $ (7,613) | $ (2,852) |

| Reinsurance (Schedule of Reinsurance Ceded and Recoveries) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Reinsurance [Abstract]** | | | | |
| Ceded earned premiums | $ 83,242 | $ 73,038 | $ 229,697 | $ 203,302 |
| Reinsurance recoveries | $ 50,564 | $ 48,962 | $ 158,128 | $ 142,389 |

| Investments (Major Categories of Net Investment Gains (Losses) on Investments) (Details) - USD ($) $ in Thousands | 3 Months Ended | | 9 Months Ended | |
|---|---|---|---|---|
| | Sep. 30, 2019 | Sep. 30, 2018 | Sep. 30, 2019 | Sep. 30, 2018 |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Investment (losses) gains, net | $ (1,342) | $ 6,980 | $ 17,412 | $ 2,678 |
| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on investments | 175 | (166) | 4,376 | 200 |
| Equity Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on equity securities | | | | 359 |
| Unrealized (losses) gains on equity securities | (1,941) | 7,121 | 11,175 | 3,217 |
| Other Investments [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Unrealized (losses) gains on equity securities | 424 | 25 | 1,861 | (739) |
| U.S. Treasury Securities and Obligations of U.S. Government [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on debt securities | | | | |
| Corporate Bonds [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on debt securities | 154 | (44) | 171 | (66) |
| Collateralized Corporate Bank Loans [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on debt securities | (103) | 23 | (65) | 70 |
| Municipal Bonds [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on debt securities | $ 124 | $ (145) | 4,271 | (164) |
| Mortgage Backed [Member] \| Debt Securities [Member] | | | | |
| **Gain (Loss) on Securities [Line Items]** | | | | |
| Gain (loss) on debt securities | | | $ (1) | $ 1 |

APP. 1026

**Leases (Tables)**

## Leases [Abstract]

Summary of components of lease expense and other lease information

The components of lease expense and other lease information as of and during the three and nine month periods ended September 30, 2019 are as follows (in thousands):

| | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| Operating lease cost | $ | 790 | $ | 2,146 |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows from operating leases | $ | 392 | $ | 1,495 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ | — | $ | — |

Summary of balance sheet components

The components of lease expense and other lease information as of and during the nine month period ended September 30, 2019 are as follows (in thousands):

| | September 30, 2019 | |
|---|---|---|
| Operating lease right-of-use assets | $ | 16,578 |
| Operating lease liabilities | $ | 17,485 |
| Weighted-average remaining lease term - operating leases | | 10.7 |
| Weighted-average discount rate - operating leases | | 5.88% |

Summary of future minimum lease payments under non-cancellable leases as of March 31, 2019

Future minimum lease payments under non-cancellable leases as of September 30, 2019 and December 31, 2018 are as follows (in thousands):

| | September 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
| 2019 | $ | 394 | $ | 1,889 |
| 2020 | | 2,473 | | 2,473 |
| 2021 | | 2,172 | | 2,172 |
| 2022 | | 2,171 | | 2,171 |
| 2023 | | 1,885 | | 1,885 |
| Thereafter | | 15,266 | | 15,266 |
| Total future minimum lease payments | $ | 24,361 | $ | 25,856 |
| Less imputed interest | $ | (6,876) | $ | N/A |
| Total operating lease liability | $ | 17,485 | $ | N/A |

| Fair Value (Fair Value of Assets Measured on a Recurring Basis) (Details) - USD ($) $ in Thousands | Sep. 30, 2019 | Dec. 31, 2018 |
|---|---|---|
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | $ 568,831 | $ 545,870 |
| Total equity securities | 92,099 | 80,896 |
| Total investments | 663,939 | 627,914 |
| Equity Securities [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 92,099 | 80,896 |
| Other Investments [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 3,009 | 1,148 |
| Mortgage Backed [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 8,736 | |
| Fair Value, Recurring [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 568,831 | 545,870 |
| Total investments | 663,939 | 627,914 |
| Fair Value, Recurring [Member] \| Equity Securities [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 92,099 | 80,896 |
| Fair Value, Recurring [Member] \| Other Investments [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total equity securities | 3,009 | 1,148 |
| Fair Value, Recurring [Member] \| U.S. Treasury Securities and Obligations of U.S. Government [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 48,345 | 48,106 |
| Fair Value, Recurring [Member] \| Corporate Bonds [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 284,122 | 242,152 |
| Fair Value, Recurring [Member] \| Collateralized Corporate Bank Loans [Member] | | |
| **Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]** | | |
| Total debt securities | 121,317 | 126,528 |

Fair Value, 3:20-cv-01430-X | Municipal Bond 41-1 Member

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 106,311 | 115,527 |

Fair Value, Recurring [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 8,736 | 13,557 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total investments | 95,108 | 82,044 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member] | Equity Securities [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total equity securities | 92,099 | 80,896 |

Quoted Prices in Active Markets for Identical Assets, Level 1 [Member] | Fair Value, Recurring [Member] | Other Investments [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total equity securities | 3,009 | 1,148 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 568,387 | 545,579 |
| Total investments | 568,387 | 545,579 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | U.S. Treasury Securities and Obligations of U.S. Government [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 48,345 | 48,106 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 283,678 | 241,861 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Collateralized Corporate Bank Loans [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 121,317 | 126,528 |

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Municipal Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 106,311 | 115,527 |

APP. 1029

Other Observable Inputs, Level 2 [Member] | Fair Value, Recurring [Member] | Mortgage Backed [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 8,736 | 13,557 |

Unobservable Inputs, Level 3 [Member] | Fair Value, Recurring [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | 444 | 291 |
| Total investments | 444 | 291 |

Unobservable Inputs, Level 3 [Member] | Fair Value, Recurring [Member] | Corporate Bonds [Member]

**Fair Value, Assets and Liabilities Measured on Recurring and Nonrecurring Basis [Line Items]**

| | | |
|---|---|---|
| Total debt securities | $ 444 | $ 291 |

APP. 1030

# Exhibit 12

**S&P Global**
Market Intelligence

# Hallmark Financial Services, Inc.

# NasdaqGM:HALL

# FQ3 2019 Earnings Call Transcripts

## Friday, November 08, 2019 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | 0.31 | 0.35 | ▲12.90 | 0.48 | 1.55 | 1.60 |
| **Revenue (mm)** | 110.43 | 127.77 | ▲15.70 | 115.70 | 484.70 | 528.25 |

Currency: USD
Consensus as of Nov-08-2019 1:08 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2018** | 0.07 | 0.28 | ▲1 300.00 % |
| **FQ1 2019** | 0.20 | 0.31 | ▲2 55.00 % |
| **FQ2 2019** | 0.34 | 0.42 | ▲3 20.00 % |
| **FQ3 2019** | 0.31 | 0.35 | ▲4 12.90 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

APP. 1032

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 8

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

APP. 1033

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1038 of 1227   PageID 1456

# Call Participants

**EXECUTIVES**

**David Webb**
*Senior VP of Corporate
Development & Strategy*

**Jeffrey Ray Passmore**
*Senior VP, CFO & Secretary*

**Naveen Anand**
*President & CEO*

**ANALYSTS**

**Marcos Costa Holanda**
*Raymond James & Associates,
Inc., Research Division*

**Robert Edward Farnam**
*Boenning and Scattergood, Inc.,
Research Division*

**Samuel Hoffman**
*Lincoln Square Capital
Management*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

APP. 1034

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1039 of 1227    PageID 1457

# Presentation

**Operator**

Greetings, and welcome to the Hallmark Financial Services 2019 Third Quarter Conference Call. [Operator Instructions]

As a reminder, this conference is being recorded. It is now my pleasure to introduce your host, David Webb, Senior Vice President Corporate Development and Strategy at Hallmark. Thank you, sir. You may begin.

**David Webb**
*Senior VP of Corporate Development & Strategy*

Thank you, and welcome to the Hallmark Financial's Third Quarter 2019 Earnings Call. This is our second earnings call, and we anticipate continuing these on a quarterly basis going forward. Joining me on the call today are Naveen Anand, President and CEO; and Jeff Passmore, Chief Financial Officer. During the call, we will be making forward-looking statements. These statements may reflect certain assumptions, expectations, beliefs and intentions, which are subject to various risks and uncertainties. Investors are cautioned that actual results may differ materially from such forward-looking statements. Please refer to our most recent Form 10-K and other filings made with the SEC for additional details on some of the risk factors that may materially affect our results. We may also reference certain non-GAAP financial measures in the call today. A copy of the press release containing a reconciliation of GAAP to these measures and an updated quarterly investor presentation are available on the company's website at www.hallmarkgrp.com.

We will begin the call today with a brief overview of the quarter. Jeff will follow with some comments on the quarter's financial results, and then Naveen will discuss market conditions and our results.

With that, I'll turn the call over to Naveen.

**Naveen Anand**
*President & CEO*

Thank you, David, and good morning, everyone. I'm pleased to report that through the third quarter, Hallmark Financial continues to produce returns in excess of 10%. Operating earnings were $0.35 per share for the quarter, a 52% increase over the same period the previous year and $1.07 per share on a year-to-date basis, producing an annualized operating return on beginning equity of 10.2%. Net income was $0.29 per share for the quarter and $1.82 on a year-to-date basis, which translates to an annualized return on beginning equity of 17.4%.

These results highlight the positive impact -- the transformative actions taken by the company over the last few years, which has touched every facet of this organization and has laid the foundation for the company to take advantage of the current favorable market opportunities, particularly for Specialty insurers.

The company is focused on building the talent base, market presence to firmly establish ourselves as a specialty company with a diversified portfolio of specialty products. Our timing is good. We are well positioned to take advantage of the opportunity created by the market dislocation in the specialty space. We have been focused on expanding our Specialty business, which now comprises 77% of our total premiums,and generated a combined ratio of 87.7% in the third quarter and a combined ratio of 91% year-to-date.

Most of our Specialty products are seeing significant rate increases, while at the same time, deploying smaller limits and improving terms and conditions. The combination of these 3 components, rates, limits and terms and conditions is critical to building and sustaining a profitable portfolio of business in an environment where claim severity is increasing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1040 of 1227    PageID 1458

I'll now turn the call over to Jeff Passmore for a review of our financial results and then come back in with some views on our segments.

**Jeffrey Ray Passmore**
*Senior VP, CFO & Secretary*

Thank you, Naveen, and good morning. For the third quarter of 2019, we reported net income of $5.3 million. This compares to $9.7 million the same quarter last year. Removing the impact of unrealized changes in the market value of equity securities, our operating earnings for the third quarter of 2019 were $6.3 million compared to $4.2 million in the same quarter last year.

Gross premium written increased 33% to $224 million during the quarter compared to $169 million in the same quarter last year. This improvement relative to last year is attributable primarily to growth in our Specialty businesses, driven, in large part, by the favorable rate increases we are achieving in this portfolio.

Year-to-date, our Specialty Commercial segment represented 77% of our portfolio, with our Standard Commercial segment at 11% and our Personal segment at 12%. Net premium written increased 45% to $128 million for the quarter compared to $88 million in the same quarter last year. While much of this is related to the growth in gross premiums, the rate -- the higher rate of increase is being driven by the changes we made to our reinsurance program, starting in October 2018, led by the consolidation of our casualty business into a single treaty structure.

For certain of our Specialty lines of business, session rates in previous treaties were higher, which has resulted in a larger portion of the business being retained by the company, translating to a larger growth rate in net premiums. These changes to the reinsurance structure allow us to retain a larger amount of the Specialty business that we write. At the same time, the structure also provides protection against claim severity as we have more reinsurance coverage on claims in excess of $1 million.

Going forward, we currently expect that the net premiums will continue to increase at a slightly higher rate than gross premiums, but those rates should be much closer than they have been over the past 4 quarters.

Cash flow from operations was a positive $16.2 million inflow for the quarter and a $22.9 million inflow year-to-date, a $41.9 million increase over the first 3 quarters of 2018. The net cash outflows that the company experienced in 2018 were a direct and deliberate result of the improvements made in the claim organization, seeking to close claims more quickly than the company has historically. That dynamic has now normalized, and we anticipate the current trend will continue. The expense ratio was 26% for the quarter and 25.8% on a year-to-date basis. We continue to emphasize our expense ratio as a competitive advantage relative to our peers, which we believe is achieved by our careful management of expenses, intelligent usage of technology and external resources and our mix of business. We generally target an expense ratio that is 28% or lower.

Net investment income increased 4% to $5.1 million during the quarter as compared to $4.9 million in the same period the prior year. Net investment losses were $1.3 million for the quarter, resulting from a $1.5 million reduction in net unrealized gains.

In August, we issued $50 million of a 10-year senior unsecured note in the public market with a 6.25% coupon. We used $30 million of these proceeds to repay an existing bank revolving credit facility and the remainder was contributed to our insurance subsidiaries to support additional premium growth as we see opportunity in the current market to achieve returns in excess of our target. Total cash and investments increased 9% since year-end to $730 million or $40.26 per share. Improved operating cash flows driven by both increased premium production and stabilization in claim payments, proceeds from our senior unsecured note offering during the quarter and a year-to-date increase in the valuation of our investment portfolio are the main drivers of this increase.

Stockholders' equity for the group ended the quarter at $296 million, up $41 million since year-end 2018. Our book value per share has increased 15.5% since year-end to $16.36 per share as compared to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1036

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1041 of 1227   PageID 1459

$14.17. This is not an annualized number and reflects the actual change in book value per share over the 9-month time frame.

And with that, I'd like to turn it back over to Naveen.

**Naveen Anand**
*President & CEO*

Thanks, Jeff. I'd like to spend a few minutes on the company's core results, and then we'll discuss our performance at a segment level. Our combined ratio for the quarter for -- of 2019 was 95.8% compared to 98.1% in the same period prior year. Year-to-date, the combined ratio was 95.6% as compared to 97.5%, an improvement of almost 2 points. We continue to make progress toward our target of sub-95 combined ratios. While there has been much discussion in the market recently over the cat events, which have been primarily driven by Hurricane Dorian and Typhoon Faxai, Hallmark Financial has had a relatively quiet cat year, owing to minimal impact from any major weather events.

Cat losses were 0.5 point in the quarter and 1.5 point for the year, which is below our historical average of between 2 and 4 points. Also as noted in our earnings release, the recent storms in the Dallas area, while impactful to our community and colleagues, is not expected to be a meaningful cat event for Hallmark. We've been mentioning increase in claims severity impacting our casualty lines, and particularly, commercial auto for the last 2 years, and we've been aggressive in addressing this trend. In response to this, we've taken steps to improve pricing, risk selection and claims management. The company experienced an increase in prior year development in the quarter driven by increased claim severity in our commercial auto line, above what was previously anticipated with unfavorable development in the quarter of 5.7 or 2.4 points year-to-date. Claim management has been an important part of our strategy. We sought to close claims quicker and reduce our exposure to increasing claim costs associated with longer time frames and litigation. This is clearly evident in our commercial auto book, where the company has been diligent in working to close claims from earlier accident years and has closed, at this point, 99.1% of all primary commercial auto claims reported for accident years 2012 through 2017, as illustrated on Slide 12 of our investor presentation, if you'd like to review.

We've also been very focused on addressing the issue on the pricing side of our auto book. Over the past year, the impact of the underwriting decisions and rate increases in our primary trucking portfolio has been notable. Since 2015, we have reduced in-force customer count by 53%, while premiums are only down 4%. On a more recent comparison, just year-end 2018, policy counts are down 9%, while premiums are up -- policy count is down 16%, while premiums are up 9%.

Our underwriting actions, supported by improved risk selection, predictive models, restructured claim efforts that seek to fast-track new claims to closure, will position the company for long-term success in this line. Overall, our Specialty Commercial segment is performing very well. In the third quarter, the segment produced a combined ratio of 87.7%, and for the year, the segment generated a combined ratio of 91% or 85.5% on an accident year basis. In addition, we continue to see great rate momentum in this segment, with rates increasing over the course of the year. In the third quarter, average rate increase across this portfolio was in excess of 15%, which is helping to drive improved underwriting margin into the business. This is particularly evident in our E&S property book, in our professional liability segments as well as in our commercial auto product line.

We're in very good -- we're in a very good position to capitalize on the current market conditions, which, in our view, have shift from broad headwinds to tailwinds and particularly, in our core Specialty lines. As I mentioned earlier, compressing limits is a critical part of our strategy in reducing the impact of claim severity in the market. At this point, nearly 90% of our liability policies are $1 million or less in limit in both our Specialty Commercial and in our Standard Commercial segment, which greatly minimizes our exposure to claims severity. In terms of our other segments, while the company's overall cat experience for the quarter was good, Personal Lines segment saw an uptick in both PCS and non-PCS weather-related claims, resulting in a loss ratio of 80.8, a 5-point increase over the same quarter last year.

Year-to-date, this book is generating a combined ratio of 96.9%, which is an improvement over the 101.7% combined ratio over the same period last year. Our Standard Commercial business also

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1037

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1042 of 1227   PageID 1460

experienced an increase in attritional loss activity in the quarter. This includes some non -- small non-cat property losses as well as some cat loss activity for the severe conductive storms. Result is a combined ratio of 107.5% for the quarter and 99.4% year-to-date. Overall, I'm pleased with how we're positioned in 2020, and we're benefiting from all the work that we've done over the past few years. And we're able to take advantage of the favorable market conditions in the Specialty lines of business that Hallmark writes. We have the right people in place to balance growth, while still maintaining and driving pricing discipline. With that, operator, let's open it up for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1038

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1043 of 1227   PageID 1461

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Greg Peters with Raymond James.

**Marcos Costa Holanda**
*Raymond James & Associates, Inc., Research Division*

This is Marcos calling for Greg. You guys been talking about market dislocations for a couple of quarters now. And I was hoping you could spend a minute and give us an update, where this dynamic is more pronounced in the marketplace right now?

**Naveen Anand**
*President & CEO*

Sure. So overall, we're seeing a couple of things that are taking place in the market. We are seeing some of those standard line carriers move out of the E&S line. And so certainly, more business is coming into the E&S line. And overall, through 6 months from a segment perspective, E&S has grown -- is growing at about 15% to 16%. E&S didn't see that type of dislocation of growth. I think the last time, the E&S lines saw that type of dislocation was back in 2001, 2002. We're seeing it in our E&S Property line where we're seeing much more syndication of limits. So many more carriers are required to fill a tower in a program. And as a result, we're, in some cases, seeing, sort of, inverted towers and some cases, where pricing is higher as you get up the ladder, which is, kind of, opposite of what you would expect. We're seeing it in our professional liability segments, both in our health care as well as our financial line segment, and we're much more of a small business, small customer writer in those segments. We're seeing it also in our commercial auto as well as our casualty segments, both on the primary and the excess, but more so on the excess.

Now this is a combination of changes that are being driven by, as I mentioned earlier, those standard lines market is kind of moving out of the lanes and more business coming back into the E&S segment. That's probably the biggest impact. Second is the changes at Lloyds. Particularly, as Lloyds has walked away from small binding authorities. And those individual risks are now coming into the market as individual risk versus -- they were in sort of program situations with Lloyds. And then to a certain extent, some of the changes at AIG and others that are making in terms of their limits and limit profiles. That's a little less impactful for us only because we don't necessarily focus on that sort of large national global account market from an overall standpoint.

**Marcos Costa Holanda**
*Raymond James & Associates, Inc., Research Division*

Got it. My next question is on Slide 11. And you have your combined ratio broken down here, and you can see a remarkable improvement in the expense ratio and you're near your 95% target year-to-date, but that seems like, if we were to have an average cat year, you would be running a little higher. So I guess, maybe you can give us some perspective of where you'd see your expense and core loss ratio heading towards so -- in order for you to hit that target?

**Naveen Anand**
*President & CEO*

Yes. So we see -- as we continue to add rate into our portfolio the terms, conditions and the changes that are going in the marketplace, we expect that -- and our mix of business, as that evolves, we see our accident ratio -- accident loss ratio continue to improve. I think from an expense standpoint, we're in the range of 25, 26 -- 25.5 to 26 at this point. And we'll see some more further improvement from a growth as we continue to grow and benefit from the growth impacts expense ratio. We don't have any sort of major projects and things like that from a CapEx perspective that are on the horizon that's going to necessarily impact. A lot that work has been done over the course of the last 4 years. So it's going to come from a combination of continued improvement in margin from an accident year loss ratio perspective

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1039

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1044 of 1227   PageID 1462

and a little bit from the expense ratio, with -- even with a normalized cat scenario, which has been around been in the 3 points over the last few years.

**Marcos Costa Holanda**
*Raymond James & Associates, Inc., Research Division*

Got it. And I guess, just my last question, would be on capital. And I guess it's a good opportunity for you guys to comment on your perspective on the balance of capital and growth. You see some pretty soaring growth numbers there. And then maybe you can talk about your excess capital position, if there is any intention to come back to the market and repurchase shares.

**Naveen Anand**
*President & CEO*

Yes. So we generally target a leverage ratio between 1.4x to 1.5x. We're a little bit above that right now at 1.6%, but not really far out of that range. And we feel fairly comfortable with the capital that we have. The company in the past has been quite a bit higher in terms of leverage ratios. But my comfort level is kind of stay within this range. At this point, we're adequately capitalized. As Jeff noted, we did add $20 million recently from public debt offering into our insurance companies. And based on our projections of profitability resulting from, kind of, what we will generate from stat capital perspective meets our expectations to keep the net premium leverage within that range of the 1.4, 1.6 range. At this point, we did file a universal shelf, as you may recall, back in May at a -- for $150 million. We pulled down $100 million of it -- about $50 million of it, I'm sorry. So we have $100 million available at this point. So we do have some optionality, if we choose to do something down the road. But at this point, we feel like we're generating enough from a profitability perspective and stat capital perspective to support our growth ambitions based on what we see as the out of the market.

**Operator**

[Operator Instructions] Our next question comes from Bob Farnam with Boenning and Scattergood.

**Robert Edward Farnam**
*Boenning and Scattergood, Inc., Research Division*

I'd like to see if I can tease out maybe a little bit more detail on commercial auto reserves. So you say that 99.1% of the claims have been closed from accident years 27 and prior. About how many claims are we talking now that are still open? I don't need an exact number, just kind of ballpark, how many claims are still open from that era? How much does that 0.9% represent?

**Naveen Anand**
*President & CEO*

So kind of an -- I'd address that question in 2 parts, Bob. So 2015 and prior, which was kind of the area where we saw the most of dislocation and drove primarily the reserve charges in the past, we're less than 50 claims open in terms of all those accident years at this point and adequately case reserve from our perspective. We have a little bit over a couple of hundred claims open between '17 and '16 from an overall claim perspective. But the key point is, we feel case reserves, from a cash reserve perspective, are probably at the highest level we've seen in our company, in our history, and we feel they're adequately reserved. But as you get kind of closer to closing out the claims, you do get some volatility. And we thought it was prudent to add to our reserves on that basis based on some of the volatility we're seeing as we to continue the pace of closing out the claims that we have.

**Robert Edward Farnam**
*Boenning and Scattergood, Inc., Research Division*

And these claims are predominantly you have -- are they on policies that have $1 million limit on them? Is that the key...

**Naveen Anand**
*President & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

APP. 1040

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1045 of 1227   PageID 1463

Yes. This is all primary. That's correct. $1 million limit.

**Robert Edward Farnam**
*Boenning and Scattergood, Inc., Research Division*

Okay, yes. And so -- again, I'm sorry, you may not have the details there, but -- so in terms of the 150-or-so -- sounds like 150-or-so remaining claims around that era. Do you know what percentage that they are reserved at in terms of -- are they -- a percentage of the limit as how much is -- how much potential is there for going up to the limit on those claims?

**Naveen Anand**
*President & CEO*

Yes. So again, and it's case-by-case basis, but those -- there's quite a few that are at limits losses already, so they're not going to develop anymore. But on an average case reserve basis, we feel pretty adequate in terms of what the case reserves are in terms of -- I don't have the specific information in terms of what that average case reserves is, but I'm happy to provide that as a follow-on.

**Robert Edward Farnam**
*Boenning and Scattergood, Inc., Research Division*

Yes. Sorry, I didn't mean to hammer you with like a little miniature detailed stuff there, but I was just curious about the commercial auto stuff just because of the adverse development again this quarter. But it looks like 2018 has developed favorably thus far. Is that basically lower-than-expected severity or frequency? Or like, what's been driving the improvement in 2018 accident year?

**Naveen Anand**
*President & CEO*

Now a couple of things. Obviously, all of the changes we've made are coming through -- started making a lot of those changes in '16 and '17 in terms of our portfolio, both from pricing, risk selection improvement standpoint, we put in our second-generation of our predictive model and capability, but also there's been a large reduction in just exposure base in the company. So when you look at 2018 and on Page 12 of our investor deck would give you some reference points on policies in force, reduction is just sheer policies in force and rate that has been put on the policies is driving the continued improvement in the portfolio from a portfolio standpoint, and that improvement continues into '19 as well.

**Robert Edward Farnam**
*Boenning and Scattergood, Inc., Research Division*

Is there a specific type of claim you've been trying to -- policy, I mean, not claim, but policy. You've called quite a bit of your in-force policies. What has been the more problematic type of policy that you've been getting rid of?

**Naveen Anand**
*President & CEO*

A couple of things. So we're looking at a lot of variables in terms of risk quality in our models to give us better and deeper insight on risk profile and risk quality. And through that process, in general terms, we've noted that some of the newer venture-type truckers are problematic. And so that's been a big part of the exit. Some classes of flatbed trucking are problematic. It's down to kind of specific type of goods hauled and areas hauled. Some of the regional truckers have been problematic, in some of the regions that they travel in where we've seen high preponderance of activity, and that's all coming through some of our modeling activity that we've done to really understand the portfolio. So -- and then, broadly speaking, we've also exited 2 states that we think were really challenging and were unprofitable for us, which were Louisiana and Mississippi, and we exited those, stopped writing new business in those states in 2016 and in 2017. We completed the exit out of those states from a renewal standpoint.

**Operator**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1041

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1046 of 1227   PageID 1464

Our next question comes from Sam Hoffman with Lincoln Square.

**Samuel Hoffman**
*Lincoln Square Capital Management*

My questions surround just the ongoing nature or the onetime nature of some of the items that happened in the quarter. So my first question is on Personal lines. Was the entire excess of the loss ratio in the quarter due to cat and non-cat weather? And do you expect the combined ratio to be sort of in the 95% or below RINs as it had been in the prior 4 quarters going forward?

**Naveen Anand**
*President & CEO*

So we had a higher preponderance of losses related to weather in the quarter, that was the biggest part of the impact. There was also a little bit of movement, higher increase on the expense ratio by a couple of points. I think that sort of goes up, ebbs and flows in terms of its quarterly -- kind of a quarterly impact. But I do expect the portfolio to come more in line and be on target as to our 95% target for that portfolio on a run rate basis.

**Samuel Hoffman**
*Lincoln Square Capital Management*

Terrific. And then on the commercial auto, which accident year was the prior year development coming from? Because we have seen some companies like Travelers take strengthenings on their more recent years. And it sounds like this is coming from older years, and it would be implied since you've closed more of your claims, we could view this as being more onetime. But I just wanted to get your commentary on where exactly it came from?

**Naveen Anand**
*President & CEO*

So it was actually -- we added to reserves in the more recent years of '16 and '17, which is where we're -- which is what's left over of the claims that we're closing out. And '15 and prior, as I said earlier, based on the number of claims that are open, have pretty much settled out at this point. But we did -- again, those are the years that we have the left over of the claims, if you will. And those are the ones that we're focused on at this point closing out, and that's where we saw some volatility, which we thought was prudent to put some more reserve additions onto those years on that basis.

**Samuel Hoffman**
*Lincoln Square Capital Management*

Okay. But you didn't add to 2018 or 2019 in the quarter?

**Naveen Anand**
*President & CEO*

No. That's correct. No.

**Samuel Hoffman**
*Lincoln Square Capital Management*

0

Okay. Terrific. And then last question is, do you still believe that a 10% return on equity and the 95% combined ratio is achievable for 2019 and beyond?

**Naveen Anand**
*President & CEO*

So we don't generally give kind of broad guidance on that basis. But our view is based on kind of -- if you look at our metrics of the organization from a balance sheet standpoint, we're targeting generally at 95 or better combined ratio based on our kind of leverage ratios, both in terms of our net premium leverage, our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

APP. 1042

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1047 of 1227    PageID 1465

asset leverage, cofinancing rate as well as our debt leverage and walk through all of that, the ability for us to sustain a 10% or better is relatively good. And we feel good about being in a position to do that on a current year as well as go-forward basis.

**Operator**

[Operator Instructions] Our next question comes from [ Andrew Board ] with [indiscernible]

**Unknown Analyst**

Obviously, it was a good quarter. So congratulations and thanks for all the good data you guys are putting out these days. It really helps. My question. Would you -- you may have already hear -- I apologize if I missed something here, but on the Standard Commercial segment, I'm a little surprised it's down in the $15 million range for net premiums earned. Does -- anything you're pulling out of there? Or anything changing there that would explain that. And I'm not sure it's a risk or anything. I'm just trying to get my arms around it?

**Naveen Anand**
*President & CEO*

Andrew, it's primarily driven by the changes we made in the reinsurance treaty. So as we restructured our broad casualty treaty last year, we ceded some of the liability end of this portfolio that we had not been ceding before. And that's -- and so it's -- we were -- and we were retaining more -- some of the more of the specialty risk, and so it's really been about capital allocation and optimizing our capital allocation perspective to optimize our returns from that standpoint. So it's really on that basis, that's driving that change.

**Operator**

Thank you. It appears we have no additional questions at this time. So I'd like to pass the floor back over to Mr. Anand for any additional concluding comments.

**Naveen Anand**
*President & CEO*

Great. Well, just thank you again, everyone, for your participation this morning. We appreciate your time and interest in Hallmark, and we look forward to speaking with you again next quarter. Thank you.

**Operator**
Ladies and gentlemen, this does conclude today's teleconference. Again, we thank you for your participation, and you may disconnect your lines at this time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

APP. 1043

Case 3:20-cv-01130-X   Document 41-1   Filed 12/04/20   Page 1048 of 1227   PageID 1466

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

APP. 1044

APP. 1045

# Exhibit 13

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1050 of 1227    PageID 1468



*Source:* *Hallmark Financial Services, Inc.*

*March 02, 2020 09:00 ET*

# Hallmark Financial Announces Exit from Binding Primary Commercial Auto Business; Reports Loss Development for Prior Underwriting Years

DALLAS, March 02, 2020 (GLOBE NEWSWIRE) -- Hallmark Financial Services, Inc. ("Hallmark Financial" or the "Company") (NASDAQ: HALL), a specialty property and casualty insurance company, announced last month to its brokers and agents that the Company had made the strategic decision to exit its Binding Primary Auto business. Despite several years of implementing proactive rate actions and policy changes, the Company has continued to experience increasing claim severity from prior accident years. As a result, Hallmark Financial has made the decision that its in-force policies will be placed into run-off and non-renewed in accordance with applicable state requirements.

Naveen Anand, President & CEO of Hallmark Financial, stated, "Over the past few years, we have worked diligently to diversify our business mix in specialty insurance, while continuing to work to improve our binding auto results to a level of sustainable profitability. Ultimately, we have seen greater than expected claim severity throughout all of commercial auto and made the decision to fully focus on our growing specialty lines."

Mr. Anand continued, "By exiting this book of business and focusing on our core specialty lines, the Company can continue to write profitable business without the continued strain on our results. In the coming months, we will continue to work with our agency partners to assist in the transition from binding auto, and evaluate reinsurance options that help to facilitate an orderly exit, such as an adverse development cover or loss portfolio transfer, to mitigate future volatility associated with this book of business."

The Company also announced that it will file its annual insurance statutory reports today, which will include pre-tax adverse prior year loss development of $63.8 million, net of reinsurance, for fiscal 2019, as provided in Schedule P, of which $56.1 million was recorded in the fourth quarter of 2019. These losses are primarily related to the Binding Primary Auto business for the 2016 and 2017 underwriting years, with a smaller remainder largely attributable to general liability. These amounts are unaudited and based on statutory requirements rather than generally accepted accounting principles.

**Binding Primary Auto Exit Highlights and Background**

APP. 1046

- Last month, the Company announced to its brokers its exit from the Binding Primary Auto portfolio, which represented approximately $114 million of the Company's gross written premiums for 2019 and ceased writing new business immediately.
- The Company has scaled back its Binding Primary Auto line of business in recent years, including a reduction of 60% in total policies in-force since 2016 (from over 10,000 to approximately 4,200 at year-end 2019).
- In line with state regulatory guidelines, the Company will non-renew all policies and expects this business to fully run-off by the second quarter of 2021.
- The adverse prior year reserve development taken for the fourth quarter of 2019 was driven by increasing claim severity, particularly in the Binding Primary Auto market segment.
- Over the past five years, Binding Primary Auto has been responsible for over 100% of the Company's aggregate adverse prior year reserve development.
- Favorable market conditions persist in the Company's specialty businesses, which continue to see improvements in rates, terms and conditions, and reductions in policy limits.

## Rationale for Binding Primary Auto Exit

*Historical Background*
The Company began writing Binding Primary Auto in 2006 with the purchase of Texas General Agency. This business is focused on small fleet (1 to 10 units) Primary Commercial Auto Liability and Physical Damage policies produced through a binding arrangement with general agents. Business production peaked in 2016, with the Company writing over 10,000 policies that year, and generating $185 million in gross premiums written. By 2019, this business had been scaled back to approximately $114 million in gross premiums written, with an in-force policy count totaling around 4,200 (a reduction of approximately 60% since 2016).

*Current Operations*
At year-end 2019, the Binding Primary Auto business operated in only four states: Texas, Oklahoma, Arkansas and Missouri, having previously exited Louisiana and Mississippi in 2016. With its profile limited to only four states, and heavy concentration (87%) in Texas, the performance of the Binding Primary Auto book is highly influenced by the legal and regulatory environments of these states.

Despite achieving significant rate increases in this portfolio and improving the overall risk profile of the book, the performance of this business continued to be volatile. Over the past five years, the Binding Primary Auto business was responsible for over 100% of the Company's aggregate adverse reserve development.

The Company worked to transform this book, bringing in new underwriting leadership, exiting states and segments of business, increasing analytical pricing support, developing predictive models and filing new rate structures. Despite these efforts, based on the increasing claim severity trends impacting this line of business, and the limitations of this customer base to absorb meaningful rate increases viewed as necessary to profitably write this business, the Company made the decision to exit this segment of the commercial auto market.

*Focus on Other Lines within the Auto Market where Rate Adequacy Can be Achieved*
The Company will continue to write Brokerage Primary Auto and Excess Auto focused on specialized classes of middle market transportation-for-hire trucking and business auto fleets operated by professional drivers, placed through a limited number of wholesale brokers. Brokerage Primary Auto is currently authorized to write in 39 states, and Excess Auto is written in 50 states. The Company does not write any ridesharing, livery, taxi, or public transportation business.

## About Hallmark Financial
Hallmark Financial is a specialty property and casualty insurance company with a diversified portfolio of insurance products written on a national platform. With six insurance subsidiaries and

APP. 1047

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1052 of 1227    PageID 1470

offices in Dallas-Fort Worth, Atlanta, Chicago, Jersey City, and San Antonio, Hallmark Financial markets, underwrites and services over $750 million annually in commercial and personal insurance premiums in select markets. Hallmark Financial is headquartered in Dallas, Texas and its common stock is listed on NASDAQ under the symbol "HALL".

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ materially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience, timing of run-off, changes in policy rates, terms, conditions and limits,  and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

**Investor Contact**
David Webb
Senior Vice President, Corporate Development & Strategy
dwebb@hallmarkgrp.com
817.348.1600


**Attachments**:

-
  Hallmark Yahoo Photo

APP. 1048

# Exhibit 14

APP. 1049

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 8-K**

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):＿＿＿＿**March 2, 2020**＿＿＿＿

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**
(Registrant's Telephone Number, Including Area Code)

Not Applicable
(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

**Item 7.01 Regulation FD Disclosure**

On March 2, 2020, the Registrant issued a press release regarding its exit from its Binding Primary Auto Business and filing of its annual insurance statutory reports. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

**Item 9.01 Financial Statements and Exhibits**

(d)  Exhibits.

99.1    Press Release dated March 2, 2020.

APP. 1051

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.

Date: March 2, 2020                                    By:  /s/ Jeffrey R. Passmore
                                                            Jeffrey R. Passmore, Chief Financial Officer

Exhibit 99.1



Hallmark Financial Services, Inc.
5420 Lyndon B. Johnson Freeway, Ste. 1100
Dallas, TX 75240-2345
817.348.1600
www.hallmarkgrp.com

**FOR IMMEDIATE RELEASE**

# Hallmark Financial Announces Exit from Binding Primary Commercial Auto Business; Reports Loss Development for Prior Underwriting Years

Dallas, Texas, (March 2, 2020) - Hallmark Financial Services, Inc. ("Hallmark Financial" or the "Company") (NASDAQ: HALL), a specialty property and casualty insurance company, announced last month to its brokers and agents that the Company had made the strategic decision to exit its Binding Primary Auto business. Despite several years of implementing proactive rate actions and policy changes, the Company has continued to experience increasing claim severity from prior accident years. As a result, Hallmark Financial has made the decision that its in-force policies will be placed into run-off and non-renewed in accordance with applicable state requirements.

Naveen Anand, President & CEO of Hallmark Financial, stated, "Over the past few years, we have worked diligently to diversify our business mix in specialty insurance, while continuing to work to improve our binding auto results to a level of sustainable profitability. Ultimately, we have seen greater than expected claim severity throughout all of commercial auto and made the decision to fully focus on our growing specialty lines."

Mr. Anand continued, "By exiting this book of business and focusing on our core specialty lines, the Company can continue to write profitable business without the continued strain on our results. In the coming months, we will continue to work with our agency partners to assist in the transition from binding auto, and evaluate reinsurance options that help to facilitate an orderly exit, such as an adverse development cover or loss portfolio transfer, to mitigate future volatility associated with this book of business."

The Company also announced that it will file its annual insurance statutory reports today, which will include pre-tax adverse prior year loss development of $63.8 million, net of reinsurance, for fiscal 2019, as provided in Schedule P, of which $56.1 million was recorded in the fourth quarter of 2019. These losses are primarily related to the Binding Primary Auto business for the 2016 and 2017 underwriting years, with a smaller remainder largely attributable to general liability. These amounts are unaudited and based on statutory requirements rather than generally accepted accounting principles.

**Binding Primary Auto Exit Highlights and Background**

Last month, the Company announced to its brokers its exit from the Binding Primary Auto portfolio, which represented approximately $114 million of the Company's gross written premiums for 2019 and ceased writing new business immediately.

The Company has scaled back its Binding Primary Auto line of business in recent years, including a reduction of 60% in total policies in-force since 2016 (from over 10,000 to approximately 4,200 at year-end 2019).

In line with state regulatory guidelines, the Company will non-renew all policies and expects this business to fully run-off by the second quarter of 2021.

The adverse prior year reserve development taken for the fourth quarter of 2019 was driven by increasing claim severity, particularly in the Binding Primary Auto market segment.

Over the past five years, Binding Primary Auto has been responsible for over 100% of the Company's aggregate adverse prior year reserve development.

Favorable market conditions persist in the Company's specialty businesses, which continue to see improvements in rates, terms and conditions, and reductions in policy limits.

**Rationale for Binding Primary Auto Exit**

*Historical Background*

The Company began writing Binding Primary Auto in 2006 with the purchase of Texas General Agency. This business is focused on small fleet (1 to 10 units) Primary Commercial Auto Liability and Physical Damage policies produced through a binding arrangement with general agents. Business production peaked in 2016, with the Company writing over 10,000 policies that year, and generating $185 million in gross premiums written. By 2019, this business had been scaled back to approximately $114 million in gross premiums written, with an in-force policy count totaling around 4,200 (a reduction of approximately 60% since 2016).

*Current Operations*

At year-end 2019, the Binding Primary Auto business operated in only four states: Texas, Oklahoma, Arkansas and Missouri, having previously exited Louisiana and Mississippi in 2016. With its profile limited to only four states, and heavy concentration (87%) in Texas, the performance of the Binding Primary Auto book is highly influenced by the legal and regulatory environments of these states.

Despite achieving significant rate increases in this portfolio and improving the overall risk profile of the book, the performance of this business continued to be volatile. Over the past five years, the Binding Primary Auto business was responsible for over 100% of the Company's aggregate adverse reserve development.

The Company worked to transform this book, bringing in new underwriting leadership, exiting states and segments of business, increasing analytical pricing support, developing predictive models and filing new rate structures. Despite these efforts, based on the increasing claim severity trends impacting this line of business, and the limitations of this customer base to absorb meaningful rate increases viewed as necessary to profitably write this business, the Company made the decision to exit this segment of the commercial auto market.

*Focus on Other Lines within the Auto Market where Rate Adequacy Can be Achieved*

The Company will continue to write Brokerage Primary Auto and Excess Auto focused on specialized classes of middle market transportation-for-hire trucking and business auto fleets operated by professional drivers, placed through a limited number of wholesale brokers. Brokerage Primary Auto is currently authorized to write in 39 states, and Excess Auto is written in 50 states. The Company does not write any ridesharing, livery, taxi, or public transportation business.

**About Hallmark Financial**
Hallmark Financial is a specialty property and casualty insurance company with a diversified portfolio of insurance products written on a national platform. With six insurance subsidiaries and offices in Dallas-Fort Worth, Atlanta, Chicago, Jersey City, and San Antonio, Hallmark Financial markets, underwrites and services over $750 million annually in commercial and personal insurance premiums in select markets. Hallmark Financial is headquartered in Dallas, Texas and its common stock is listed on NASDAQ under the symbol "HALL".

*Forward-looking statements in this release are made pursuant to the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that actual results may differ materially from such forward-looking statements. Forward-looking statements involve risks and uncertainties including, but not limited to, continued acceptance of the Company's products and services in the marketplace, competitive factors, interest rate trends, general economic conditions, the availability of financing, underwriting loss experience, timing of run-off, changes in policy rates, terms, conditions and limits,  and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission.*

**Investor Contact**
David Webb
Senior Vice President, Corporate Development & Strategy
dwebb@hallmarkgrp.com
817.348.1600

# Exhibit 15

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 8-K**

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported): **March 5, 2020**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**
(Registrant's Telephone Number, Including Area Code)

Not Applicable
(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

**Item 4.01 Changes in Registrant's Certifying Accountants**

On March 5, 2020, Hallmark Financial Services, Inc. (the "Company") dismissed BDO USA, LLP ("BDO") as the Company's independent registered public accounting firm, effective immediately. BDO's audit reports on the Company's consolidated financial statements as of and for the years ended December 31, 2017 and 2018, did not contain any adverse opinion or disclaimer of opinion, and were not qualified or modified as to uncertainty, audit scope or accounting principles. The decision to change accountants was approved by the Audit Committee of the Company's board of directors (the "Audit Committee").

During the two fiscal years ended December 31, 2018, and the subsequent interim periods through the filing of the Company's Form 10-Q for the quarter ended September 30, 2019, there were no disagreements (as defined in Item 3.04 of Regulation S-K) between the Company and BDO. Subsequently, a disagreement arose regarding certain matters related to (a) the Company's processes for estimating reserves for unpaid losses and loss adjustment expenses, (b) the resulting potential impact on the Company's assessment of the associated internal controls over financial reporting, and (c) the resulting potential impact on recorded amounts of those reserves, all as of the quarter ended September 30, 2019, and the year ended December 31, 2019. The Audit Committee has discussed the subject matter of the disagreement with BDO and has authorized BDO to respond fully to the inquiries of any successor independent registered public accounting firm concerning the subject matter of such disagreement.

The Company has provided BDO with a copy of the disclosures contained in this Form 8-K and has requested that BDO furnish to the Company a letter addressed to the Securities and Exchange Commission stating whether BDO agrees with the statements contained herein and, if not, stating the respects in which it does not agree. A copy of BDO's letter will be attached as an exhibit to an amendment to this Form 8-K.

**Item 7.01 Regulation FD Disclosure**

As a result of the dismissal of BDO as its independent auditors, the Company does not expect to timely file its Annual Report on Form 10-K for the year ended December 31, 2019.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.

Date: March 11, 2020                                          By:  /s/ Jeffrey R. Passmore
                                                                  Jeffrey R. Passmore, Chief Financial Officer

# Exhibit 16

APP. 1060

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 8-K**

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):   **March 12, 2020**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**
(Registrant's Telephone Number, Including Area Code)

Not Applicable
(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ¨

APP. 1061

**Item 4.01 Changes in Registrant's Certifying Accountants**

On March 12, 2020, the Audit Committee engaged Baker Tilly Virchow Krause, LLP ("BT") as the Company's independent registered public accounting firm for the fiscal year ended December 31, 2019. During the two most recent fiscal years ended December 31, 2018 and 2017, and through the subsequent interim periods preceding such appointment, the Company did not consult with BT regarding either (i) the application of accounting principles to a specified transaction, either completed or proposed, or the type of audit opinion that might be rendered on the Company's financial statements, or (ii) any matter that was either the subject of a disagreement (as defined in Item 304(a)(1)(iv) of Regulation S-K and the related instructions to Item 304 of Regulation S-K), or a "reportable event" (as defined in Item 304(a)(1)(v) of Regulation S-K).

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.

Date: March 12, 2020                          By: /s/ Jeffrey R. Passmore
                                                  Jeffrey R. Passmore, Chief Financial Officer

APP. 1062

# Exhibit 17

APP. 1063

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

**FORM 8-K/A**
**(Amendment No. 1)**

**CURRENT REPORT PURSUANT**
**TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):                    **March 5, 2020**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

**Explanatory Note**

      Hallmark Financial Services, Inc. (the "Company") is filing this Amendment No. 1 on Form 8-K/A to its Form 8-K originally filed with the Securities and Exchange Commission (the "SEC") on March 11, 2020 (the "Original Form 8-K"), for the purposes of (a) adding Item 8.01 and (b) providing as Exhibit 16.1 a letter from BDO USA, LLP ("BDO") addressed to the SEC with respect to the Original Form 8-K. With regard to that letter, we note that the letter states that any significant expansion of the scope of BDO's audit concerned the matters of the disagreement the Company previously reported in the Original Form 8-K.

**Item 8.01 Other Events**

      On March 12, 2020, the Audit Committee of the Company engaged Baker Tilly Virchow Krause, LLP as the Company's independent registered public accounting firm for the fiscal year ending December 31, 2019.

**Item 9.01 Financial Statements and Exhibits**

(d)    Exhibits.

16.1    BDO USA, LLP letter dated March 13, 2020

APP. 1065

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.

Date: March 17, 2020                                    By:  /s/ Jeffrey R. Passmore
                                                            Jeffrey R. Passmore, Chief Financial Officer

APP. 1066

Exhibit 16.1



Tel: 214-969-7007
Fax: 214-953-0722
**www.bdo.com**

600 North Pearl, Suite 1700
Dallas, TX 75201

March 13, 2020

Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549

We have been furnished with a copy of the response to Item 4.01 of Form 8-K for the event that occurred on March 11, 2020, to be filed by our former client, Hallmark Financial Services, Inc. (the "Company"). We agree with the statements made in response to that Item insofar as they relate to our Firm. In addition, with respect to the matters of disagreement, BDO expanded significantly the scope of its audit on January 31, 2020, with respect to which a substantial portion of the requests had not been received and/or tested prior to our termination.

Very Truly Yours,

*BDO USA LLP*

BDO USA, LLP

BDO USA, LLP, a Delaware limited liability partnership, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

# Exhibit 18

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended **DECEMBER 31, 2019**

Or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number **001-11252**

# Hallmark Financial Services, Inc.

(Exact name of registrant as specified in its charter)

| **Nevada** | **87-0447375** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code: **(817) 348-1600**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.18 par value | HALL | Nasdaq Global Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See definition of "accelerated filer", "large accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

Large accelerated filer ☐         Accelerated filer ☒         Non-accelerated filer ☐         Smaller reporting company ☒

Emerging growth company     ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, or the average bid and asked price of such common equity, as of the last business day of the registrant's most recently completed second fiscal quarter. $184.3 million

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date. 18,141,496 shares of common stock, $.18 par value per share, outstanding as of June 15, 2020.

*Unless the context requires otherwise, in this Form 10-K the term "Hallmark" refers solely to Hallmark Financial Services, Inc. and the terms "we," "our," "us" and the "Company" refer to Hallmark and its subsidiaries.*

**Risks Associated with Forward-Looking Statements Included in this Form 10-K**

This Form 10-K contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are intended to be covered by the safe harbors created thereby. Forward-looking statements include statements which are predictive in nature, which depend upon or refer to future events or conditions, or which include words such as "expect," "anticipate," "intend," "plan," "believe," "estimate" or similar expressions. These statements include the plans and objectives of management for future operations, including plans and objectives relating to future business activities and availability of funds. Statements regarding the following subjects are forward-looking by their nature:

- our business and growth strategies;

- our performance goals;

- our projected financial condition and operating results;

- our understanding of our competition;

- industry and market trends;

- the impact of technology on our products, operations and business; and

- any other statements or assumptions that are not historical facts.

The forward-looking statements included in this Form 10-K are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to these forward-looking statements involve judgments with respect to, among other things, future economic, competitive and market conditions, legislative initiatives, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying these forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this Form 10-K will prove to be accurate. In light of the significant uncertainties inherent in these forward-looking statements, the inclusion of such information should not be regarded as a representation that our objectives and plans will be achieved.

APP. 1071

PART I

**Item 1. Business.**

**Who We Are**

We are a diversified property/casualty insurance group that serves businesses and individuals in specialty and niche markets.

We offer specialty commercial insurance, standard commercial insurance and personal insurance in selected market subcategories that are characteristically low-severity and predominately short-tailed risks. We focus on marketing, distributing, underwriting and servicing property/casualty insurance products that require specialized underwriting expertise or market knowledge. We believe this approach provides us the best opportunity to achieve favorable policy terms and pricing. The insurance policies we produce are written by our six insurance company subsidiaries as well as unaffiliated insurers.

We market, distribute, underwrite and service our property/casualty insurance products primarily through business units organized by products and distribution channel. Our business units are supported by our insurance company subsidiaries.  Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability, E&S package and garage liability insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial business units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C business unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies.  Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services.

Each business unit has its own management team with significant experience in distributing products to its target markets and proven success in achieving underwriting profitability. Each business unit is responsible for marketing, distribution and underwriting while we provide capital management, claims management, reinsurance, actuarial, investment, financial reporting, technology and legal services and other administrative support at the parent level. We believe this approach optimizes our operating results by allowing us to effectively penetrate our selected specialty and niche markets while maintaining operational controls, managing risks, controlling overhead and efficiently allocating our capital across business units. We expect future growth to be derived from organic growth in the premium production of our existing business units and selected opportunistic acquisitions that meet our criteria.

**What We Do**

We market commercial and personal lines property/casualty insurance products which are tailored to the risks and coverages required by the insured. We believe that most of our target markets are underserved by larger property/casualty insurers because of the specialized nature of the underwriting required. We expect to offer these products profitably as a result of the expertise of our experienced underwriters. We also believe our long-standing relationships with independent general agencies and retail agents and the service we provide differentiate us from larger property/casualty insurers.

Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services in both the excess and surplus lines market and the admitted market. Excess and surplus lines insurance provides coverage for difficult to place risks that do not fit the underwriting criteria of insurers operating in the standard market.

3

Most of the admitted risks are unique and hard to place in the standard admitted market but, for marketing and regulatory reasons, they must remain with an admitted insurance company. Our Commercial Auto business unit focuses on middle market commercial risks that do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. Our Commercial Auto business unit markets its products in 50 states plus the District of Columbia through 96 wholesale brokers and 73 general agency offices, as well as four independent retail agents in Texas. The Commercial Auto business unit also writes primary commercial automobile liability and physical damage risk on an admitted basis in 16 states through a program underwriter.

Our E&S Casualty business unit offers primary and excess liability, excess public entity liability, E&S package and garage liability insurance products and services on both an admitted and non-admitted basis. The principal focus of the primary and excess liability products, as well as the E&S package insurance products, are coverage for small to midsize businesses in class categories such as contracting, manufacturing, hospitality and service (non-transportation). Public entity excess coverage is offered on an insurance and reinsurance basis for cities, counties and other public entities with populations up to 1,000,000. Garage liability targets non-franchised car dealers and service and repair shops. Our E&S Casualty business unit markets its primary and excess liability and excess public entity liability products through 78 wholesale brokers in 50 states plus the District of Columbia. Our E&S Casualty business unit markets our E&S package and garage liability products through 142 general agents, four wholesale brokers and one retail agent in 46 states.

The primary/excess commercial property coverages underwritten by our E&S Property business unit specialize in shared and layered accounts on a non-admitted basis which target regional and national property programs. Our E&S Property business unit markets these products through 22 wholesale brokers in 50 states.

The medical professional liability insurance underwritten on an excess and surplus lines basis by our Professional Liability business unit focuses on physicians, mid-level providers, miscellaneous medical facilities, hospitals and healthcare organizations and senior care/nursing homes. The physicians and mid-level providers are generally hard to place or non-standard risks. These are individuals who do not meet the underwriting requirements of standard insurers due to factors such as loss history, number of years in business, minimum premium size and types of business operation. In addition to healthcare professionals, our Professional Liability business unit also underwrites medical professional liability for standard medical facilities, hospitals and healthcare systems. The medical facilities are generally outpatient facilities such as surgery centers, imaging centers, laboratories, home health agencies and other non-hospital facilities providing medical services. The hospitals and healthcare systems are generally stand-alone acute care facilities, multi-hospital systems, integrated delivery systems, critical access hospitals and other specialty hospitals and healthcare systems providing medical services. Our Professional Liability business unit markets these products through 40 wholesale and retail brokers in 49 states. The Professional Liability business unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria. The financial professional liability insurance underwritten on an excess and surplus lines basis by our Professional Liability business unit focuses on management and professional liability products that include directors and officers, employment practices and retirement and benefit plan fiduciary services for private, public and non-profit entities, as well as miscellaneous professional liability insurance for non-financial institution service industries. Our Professional Liability business unit distributes its financial professional liability insurance products through 33 wholesale brokers in 40 states.

The aircraft liability and hull insurance products underwritten by our Aerospace & Programs business unit target standard general aviation aircraft risks. Airport liability insurance is marketed to smaller, regional airports. Our Aerospace & Programs business unit markets these general aviation insurance products through 168 independent specialty brokers in 48 states. The satellite launch property/casualty policies produced by our Aerospace & Programs business unit are marketed through underwriting agencies with technical knowledge of space insurance. We retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months. The specialty programs business marketed by our Aerospace & Programs business unit presently consists primarily of a fronting arrangement in Texas for a third party insurance company and a program underwriter writing primarily commercial automobile coverage for risks specializing in daily rental operations.

Our Commercial Accounts business unit primarily underwrites low-severity, short-tailed commercial property/casualty insurance products in the standard market. These products include general liability, commercial automobile, commercial

4

property and umbrella coverages. Our Commercial Accounts business unit currently markets its products through a network of 184 independent agency groups primarily serving businesses in the non-urban areas of 14 states predominately in the southwest and northwest regions. In addition, our Commercial Accounts business unit previously provided occupational accident coverage in Texas through an underwriting agency that specialized in the occupational accident insurance market. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies.

Our Specialty Personal Lines business unit primarily offers non-standard personal automobile policies, which generally provide the minimum limits of liability coverage mandated by state law to drivers who find it difficult to obtain insurance from standard carriers due to various factors including age, driving record, claims history or limited financial resources. Our Specialty Personal Lines business unit also provides a renters insurance product that complements our non-standard automobile offering and fits well in our distribution channel. Our Specialty Personal Lines business unit markets and services these non-standard automobile and renters insurance policies through 4,506 independent retail agent locations in 10 and 12 states, respectively.

Our insurance company subsidiaries are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC"). AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 32% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 26% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best Company ("A.M. Best"), a nationally recognized insurance industry rating service and publisher, has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC.

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, E&S Casualty business unit, E&S Property business unit, Professional Liability business unit and our Aerospace & Programs business unit. The Standard Commercial Segment consists of the Commercial Accounts business unit and the runoff from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit. The following table displays the gross premiums written and net premiums written by these reportable segments for affiliated and unaffiliated insurers for the years ended December 31, 2019, 2018 and 2017.

| | Year Ended December 31, | | |
| | 2019 | 2018 | 2017 |
| | (dollars in thousands) | | |
| Gross Premiums Written: | | | |
| Specialty Commercial Segment | $ 651,913 | $ 501,806 | $ 464,714 |
| Standard Commercial Segment | 92,645 | 86,121 | 78,228 |
| Personal Segment | 99,273 | 75,088 | 61,214 |
| Total | $ 843,831 | $ 663,015 | $ 604,156 |
| | | | |
| Net Premiums Written: | | | |
| Specialty Commercial Segment | $ 350,047 | $ 251,731 | $ 265,022 |
| Standard Commercial Segment | 62,892 | 69,222 | 69,288 |
| Personal Segment | 83,613 | 42,845 | 31,273 |
| Total | $ 496,552 | $ 363,798 | $ 365,583 |

5

APP. 1074

**Specialty Commercial Segment**

The Specialty Commercial Segment of our business includes our Commercial Auto business unit, E&S Casualty business unit, E&S Property business unit, Professional Liability business unit and Aerospace & Programs business unit. The following table displays the gross premiums written and net premiums written for affiliated and unaffiliated insurers by these business units reported in the Specialty Commercial Segment for the years ended December 31, 2019 and 2018.

| | 2019 | % of Total 2019 | 2018 | % of Total 2018 |
|---|---|---|---|---|
| | | **Year Ended December 31,** | | |
| | | (dollars in thousands) | | |
| Gross Premiums Written: | | | | |
| Commercial Auto business unit | $ 286,904 | 44.0% | $ 275,820 | 55.0% |
| E&S Casualty business unit | 94,886 | 14.5% | 59,792 | 11.9% |
| E&S Property business unit | 122,302 | 18.8% | 63,225 | 12.6% |
| Professional Liability business unit | 106,808 | 16.4% | 66,118 | 13.2% |
| Aerospace & Programs business unit | 41,013 | 6.3% | 36,851 | 7.3% |
| Total Specialty Commercial Segment | $ 651,913 | 100.0% | $ 501,806 | 100.0% |
| | | | | |
| Net Premiums Written: | | | | |
| Commercial Auto business unit | $ 208,748 | 59.6% | $ 177,218 | 70.4% |
| E&S Casualty business unit | 51,812 | 14.8% | 28,624 | 11.4% |
| E&S Property business unit | 26,054 | 7.5% | 12,622 | 5.0% |
| Professional Liability business unit | 49,851 | 14.2% | 22,610 | 9.0% |
| Aerospace & Programs business unit | 13,582 | 3.9% | 10,657 | 4.2% |
| Total Specialty Commercial Segment | $ 350,047 | 100.0% | $ 251,731 | 100.0% |

**Commercial Auto business unit.** Our Commercial Auto business unit provides commercial auto liability and physical damage insurance to local, intermediate and long haul truckers, as well as other classes of commercial auto transportation.

Our Commercial Auto business unit focuses on middle market commercial risks that do not meet the underwriting requirements of traditional standard insurers due to issues such as loss history, number of years in business, minimum premium size and types of business operation. Target risks for commercial automobile insurance are business automobile and trucking for hire fleets. The insurance products offered by our Commercial Auto business unit include the following:

- *Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

- *Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury losses above the underlying layers of commercial automobile insurance. The excess insurance does not begin until the limits of liability in the underlying layer have been exhausted.

Our Commercial Auto business unit focuses its primary automobile policies on business automobile, local and long-haul trucking, specialty automobile, truckers for hire and truckers not for hire.  These primary automobile policies consist of both contract binding policies distributed through 73 general agency locations in four states and brokerage policies distributed in 25 states through 18 wholesale brokers and four independent retail agents. Coverages for both contract binding and brokerage policies include commercial automobile liability up to $1,000,000 and physical damage.  The vast majority of primary automobile policies written by our Commercial Auto business unit are for a term of 12 months. Primary automobile policies are paid in full up front or financed with various premium finance companies.

6

During 2019, general agents produced 74%, wholesale brokers produced 25%, and retail agents produced 1% of the total primary automobile premiums produced by our Commercial Auto business unit. During 2019, the top ten general agents produced 56%, and no general agent produced more than 10%, of the total primary automobile premium volume of our Commercial Auto business unit. During the same period, the top ten wholesale brokers produced 22%, and no wholesale broker produced more than 6%, of the total primary automobile premium volume of our Commercial Auto business unit.

Our Commercial Auto business unit focuses its excess automobile policies on transportation classes such as truckers for hire, certain hazardous materials classes and specialty risks. These excess automobile policies are distributed through 77 wholesale brokers in 50 states plus the District of Columbia. Limits of liability offered are from $1,000,000 to $5,000,000 in coverage in excess of the underlying carrier's limits of liability. The majority of the excess automobile policies written by our Commercial Auto business unit are on an annual basis. However, exceptions are common in an attempt to have policy effective dates coincide with those of the primary insurance policies. Policy premiums are due in full 30 days from the inception date of the policy. During 2019, the top ten wholesale brokers accounted for 89%, and no wholesale broker accounting for more than 34%, of the total excess automobile premium volume of our Commercial Auto business unit.

In February, 2020, we made the strategic decision to exit the contract binding line of the primary automobile business marketed by our Commercial Auto business unit as a result of increasing claim severity and limited opportunity for meaningful rate increases. At that time, we began the process of non-renewing policies and placing in-force policies in runoff in accordance with state regulatory guidelines. During 2019, this contract binding business produced $115.0 million in gross premiums written, which represented 56% of the total primary automobile premium volume of our Commercial Auto business unit.

**E&S Casualty business unit.** Our E&S Casualty business unit offers primary and excess liability, excess public entity liability, E&S package and garage liability insurance products and services on both an admitted and non-admitted basis through wholesale brokers in 50 states plus the District of Columbia. Limits of liability offered are from $1,000,000 to $10,000,000 in coverage in excess of the primary carrier's limits of liability. During 2019, the top ten wholesale brokers accounted for 66% of our primary and excess casualty premium volume, with no single wholesale broker accounting for more than 15%.

The insurance products offered by our E&S Casualty business unit include the following:

- *Commercial excess liability.* Commercial excess liability insurance is designed to provide an extra layer of protection for bodily injury, personal and advertising injury, or property damage losses above the primary layer of general liability and employer's liability insurance. The excess insurance does not begin until the limits of liability in the primary layer have been exhausted. The excess layer provides not only higher limits, but catastrophic protection from large losses.

- *Commercial umbrella.* Commercial umbrella insurance protects businesses for bodily injury, personal and advertising injury, general liability and employer's liability losses, and for some claims excluded by their primary policies (subject to a deductible). Umbrella insurance provides not only higher limits, but catastrophic protection for large losses.

- *Commercial general liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

- *Public entity excess liability.* Public entity excess liability is designed to provide an extra layer of protection for target classes of public entities for automobile liability, general liability, public officials' liability, wrongful acts, employment practices liability, law enforcement liability, educators' legal liability and related coverages.

7

APP. 1076

- ***E&S package.***  E&S package provides both commercial property and general liability in a single policy for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

- ***Garage liability.***  Garage liability provides coverage for third party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

**E&S Property business unit.** Our E&S Property business unit  markets primary/excess commercial property coverages, on a non-admitted basis, for both catastrophe and non-catastrophe exposures. The primary/excess property coverages offered by our E&S Property business unit are offered in conjunction with shared and layered accounts for multiple specialty property classes. Targeted classes primarily include institutions, municipalities, religious organizations and education. Our E&S Property business unit also markets inland marine property coverages included with shared and layered accounts for specialty property risks.  Targeted classes for our inland marine property coverages include contractors equipment and builders risk. Our E&S Property business unit distributes its primary/excess commercial property and inland marine insurance products through 22 wholesale brokers in 50 states. During 2019, the top ten wholesale brokers accounted for 62% of our primary/excess commercial property and inland marine premium volume, with no single wholesale broker accounting for more than 19%.

**Professional Liability business unit**. Our Professional Liability business unit markets medical professional liability insurance on an excess and surplus lines basis. Medical professional liability insurance provides coverage for third-party bodily injury claims resulting from professional services provided by physicians, surgeons, podiatrists and medical entities, as well as outpatient medical facilities and hospitals and healthcare systems. Our Professional Liability business unit distributes its medical professional liability insurance products through 40 wholesale and retail brokers in 49 states. The Professional Liability business unit also provides medical professional liability to senior care facilities through a program where a managing general agent underwrites on our behalf risks that meet specific underwriting criteria. During 2019, the top ten brokers accounted for 27% of our medical professional liability premium volume, with no single broker accounting for more than 14%. During 2019 the program manager accounted for 63% of our medical professional liability premium volume.

Our Professional Liability business unit also markets financial professional liability insurance on an excess and surplus lines basis. Financial professional liability insurance provides liability insurance for management liability and professional liability on a claims-made basis. Our financial professional liability products target miscellaneous professional liability classes. Our Professional Liability business unit distributes its financial professional liability insurance products through 33 wholesale brokers in 40 states. During 2019, the top ten wholesale brokers accounted for 88% of our financial professional liability premium volume, with no single wholesale broker accounting for more than 39%.

**Aerospace & Programs business unit**. Our Aerospace & Programs business unit markets, underwrites and services general aviation property/casualty insurance in 48 states, satellite launch property/casualty insurance products and services, as well as certain specialty programs. The marketing strategy for our  general aviation property/casualty insurance is similar to only a few competitors in the U.S. and focuses on developing a well-defined niche centering on transitional pilots, older aircraft and small airports and aviation-related businesses. In addition, our Aerospace & Programs business unit offers satellite launch property/casualty policies marketed through underwriting agencies with technical knowledge of space insurance. The general aviation and satellite launch products offered by our Aerospace & Programs business unit include the following:

- ***Aircraft.*** Aircraft insurance provides third-party bodily injury and property damage coverage and first-party hull damage coverage against losses resulting from the ownership, maintenance or use of aircraft.

- ***Airport liability.*** Airport liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on airport premises or from their operations.

- ***Satellite.*** We retain up to $2.0 million per risk for satellite launches and in-orbit coverage for up to 12 months.

8

Our Aerospace & Programs business unit distributes its general aviation insurance products through 168 aviation specialty brokers. These specialty brokers submit requests for aviation insurance quotations received from the states in which we operate and our Aerospace & Programs business unit selectively determines the risks fitting its target niche for which it will prepare a quote. During 2019, the top ten independent specialty brokers produced 45%, and no broker produced more than 14%, of the total general aviation premium volume of our Aerospace & Programs business unit. Our Aerospace & Programs business unit independently develops, underwrites and prices each general aviation coverage written. We target standard general aviation risks for both commercial (non-airline) and non-commercial uses. We do not accept aircraft that are used for hazardous purposes such as crop dusting or heli-skiing. Liability limits are controlled, with 87% of the aircraft written in 2019 bearing per-occurrence limits of $1,000,000 and per-passenger limits of $100,000 or less. The average insured aircraft hull value for aircraft written in 2019 was approximately $153,000.

The specialty programs within our Aerospace & Programs business unit consist of fronting and agency arrangements, as well as a program underwriter. The specialty programs business presently consists primarily of a fronting arrangement in Texas for a third party insurance company and a program underwriter writing primarily commercial auto coverage for risks specializing in daily rental operations.

**Standard Commercial Segment**

The Standard Commercial Segment of our business includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

**Commercial Accounts business unit.** Our Commercial Accounts business unit markets, underwrites and services standard commercial lines insurance primarily in the non-urban areas of 14 states predominately in the southwest and northwest regions. Our Commercial Accounts business unit targets customers that are in low-severity classifications in the standard commercial market, which as a group have relatively stable loss results. The typical customer is a small to midsize business with a policy that covers property, general liability and automobile exposures. Our Commercial Accounts business unit underwriting criteria exclude lines of business and classes of risks that are considered to be high-severity or volatile, or which involve significant latent injury potential or other long-tailed liability exposures. Products offered by our Commercial Accounts business unit include the following:

- *Commercial automobile.* Commercial automobile insurance provides third-party bodily injury and property damage coverage and first-party property damage coverage against losses resulting from the ownership, maintenance or use of automobiles and trucks in connection with an insured's business.

- *General liability.* General liability insurance provides coverage for third-party bodily injury and property damage claims arising from accidents occurring on the insured's premises or from their general business operations.

- *Umbrella.* Umbrella insurance provides coverage for third-party liability claims where the loss amount exceeds coverage limits provided by the insured's underlying general liability and commercial automobile policies.

- *Commercial property.* Commercial property insurance provides first-party coverage for the insured's real property, business personal property, and business interruption losses caused by fire, wind, hail, water damage, theft, vandalism and other insured perils.

- *Commercial multi-peril.* Commercial multi-peril insurance provides a combination of property and liability coverage that can include commercial automobile coverage on a single policy.

9

- *Business owner's.* Business owner's insurance provides a package of coverage designed for small to midsize businesses with homogeneous risk profiles. Coverage includes general liability, commercial property, commercial automobile and umbrella coverage.

Our Commercial Accounts business unit markets its property/casualty insurance products through 184 independent agency groups operating in its target markets. Our Commercial Accounts business unit strives to provide its independent agents with convenient access to product information and personalized service. As a result, the Commercial Accounts business  unit has historically maintained excellent relationships with its producing agents, as evidenced by the 17 year average tenure of the 26 agency groups that each produced more than $1.0 million in premium during the year ended December 31, 2019. During 2019, the top ten agency groups produced 36%, and no individual agency group produced more than 7%, of the total premium volume of our Commercial Accounts business unit.

Our Commercial Accounts business unit writes most risks on a package basis using a commercial multi-peril policy or a business owner's policy. Umbrella policies are written only when our Commercial Accounts business unit also writes the insured's underlying general liability and commercial automobile coverage.

All of the commercial policies written by our Commercial Accounts business unit are for a term of 12 months. If the insured is unable or unwilling to pay for the entire premium in advance, we provide an installment payment plan that requires the insured to pay 20% or 25% down and the remaining payments over eight months. We charge installment fees of up to $7.50 per payment for the installment payment plan.

**Former Workers Compensation operating unit.** Effective July 1, 2015, this operating unit ceased marketing or retaining any risk on new or renewal policies. The run-off of existing policies issued by  our former Workers Compensation operating unit is being administered by an independent third party.

**Personal Segment**

The Personal Segment of our business consists solely of our Specialty Personal Lines business unit. Our Specialty Personal Lines business unit markets and services non-standard personal automobile policies and renters insurance in 10 and 12 states, respectively. Our non-standard personal automobile insurance generally provides for the minimum limits of liability coverage mandated by state laws to drivers who find it difficult to purchase automobile insurance from standard carriers as a result of various factors, including driving record, vehicle, age, claims history, or limited financial resources. Products offered by our Specialty Personal Lines business unit include the following:

- *Personal automobile.* Personal automobile insurance is the primary product offered by our Specialty Personal Lines business unit. Our policies typically provide third-party coverage to individuals for bodily injury and property damage at the minimum limits required by law, and for physical damage to an insured's own vehicle from collision and various other perils. In addition, many states require policies to provide for first party personal injury protection, frequently referred to as no-fault coverage.

- *Renters.* Renters insurance provides coverage for the contents of a renter's home or apartment and for liability. Renter's policies are similar to homeowners insurance, except they do not cover the structure.

Our Specialty Personal Lines business unit markets its products through 4,506 independent retail agent locations  in its target geographic markets. Non-standard automobile represented 97% of the premiums produced during 2019. Our Specialty Personal Lines business unit qualifies new agent appointments in order to establish an efficient network of independent agents to effectively penetrate its highly competitive markets. Our Specialty Personal Lines business unit periodically evaluates its independent agents and discontinues the appointment of agents whose production history does not satisfy certain standards. During 2019, the top ten independent agency locations produced 40%, and no individual agency location produced more than 6%, of the total premium volume of our Specialty Personal Lines business unit.

During 2019, personal automobile liability coverage accounted for 69% and personal automobile physical damage coverage accounted for the remaining 31% of the total non-standard automobile premiums produced by our Specialty

10

Personal Lines business unit. Our most common policy term is a six month policy. We offer one-month policies on a limited basis. Our typical non-standard personal automobile customer is unable or unwilling to pay a full or half year premium in advance. Accordingly, we currently offer a direct bill program where the premiums are directly billed to the insured on a monthly basis. We charge installment fees for each payment under the direct bill program.

**Our Competitive Strengths**

We believe that we enjoy the following competitive strengths:

- *Specialized market knowledge and underwriting expertise.* All of our business units possess extensive knowledge of the specialty and niche markets in which they operate, which we believe allows them to effectively structure and market their property/casualty insurance products.

- *Tailored market strategies.* Each of our business units has developed its own customized strategy for penetrating the specialty or niche markets in which it operates. These strategies include distinctive product structuring, marketing, distribution, underwriting and servicing approaches by each business unit. As a result, we are able to structure our property/casualty insurance products to serve the unique risk and coverage needs of our insureds. We believe these market-specific strategies enable us to provide policies tailored to the target customer that are appropriately priced and fit our risk profile.

- *Superior agent and customer service.* We believe performing the underwriting, billing, customer service and claims management functions tailored to the needs of each business unit allows us to provide superior service to both our agents and brokers and our insured customers. The easy-to-use interfaces and responsiveness of our business units enhance their relationships with the agents and brokers who sell our policies. We also believe that consistently offering insurance products through hard and soft markets helps to build and maintain the loyalty of agents and brokers. We value our strong relationships with our agents and brokers and continue to enhance the value proposition to our agents, brokers and insureds by delivering exceptional customer service.

- *Market diversification.* We believe operating in various specialty and niche segments of the property/casualty insurance market diversifies both our revenues and our risks. We also believe our business units generally operate on different market cycles, producing more earnings stability than if we focused entirely on one product. As a result of the pooling arrangement among four of our insurance company subsidiaries, we are able to efficiently allocate our capital among these various specialty and niche markets in response to market conditions and expansion opportunities. We believe this market diversification reduces our risk profile and enhances our profitability.

- *Experienced management team.* Our senior corporate management team has extensive insurance experience. In addition, our business units have strong management and underwriting teams that also have extensive insurance industry experience. Our management has significant experience in all aspects of property/casualty insurance, including underwriting, claims management, actuarial analysis, reinsurance and regulatory compliance. In addition, Hallmark's senior management has a strong track record of acquiring businesses that expand our product offerings and improve our profitability profile.

**Our Strategy**

We strive to become a "Best in Class" specialty insurance company offering products in specialty and niche markets through the following strategies:

- *Focusing on underwriting discipline and operational efficiency.* We seek to consistently generate an underwriting profit on the business we write in hard and soft markets. Our business units have a strong track record of underwriting discipline and operational efficiency, which we seek to continue. We believe that in soft markets our competitors often offer policies at a low or negative underwriting profit in order to maintain or

11

increase their premium volume and market share. In contrast, we seek to write business based on its profitability rather than focusing solely on premium production. To that end, we provide financial incentives to many of our underwriters, agents and brokers based on underwriting profitability.

- *Achieving organic growth in our existing business lines.* We believe we can achieve organic growth in our existing business lines by consistently providing our insurance products through market cycles, expanding geographically, expanding our product offerings, expanding our agency relationships and further penetrating our existing customer base. We believe our extensive market knowledge and strong agency relationships position us to compete effectively in our various specialty and niche markets. We also believe there is a significant opportunity to expand some of our existing business lines into new geographical areas and through new agency relationships while maintaining our underwriting discipline and operational efficiency. In addition, we believe there is an opportunity for some of our business units to further penetrate their existing customer bases with additional products offered by other business units.

- *Pursuing selected, opportunistic acquisitions.* We seek to opportunistically acquire insurance organizations that operate in specialty or niche property/casualty insurance markets that are complementary to our existing operations. We seek to acquire companies with experienced management teams, stable loss results and strong track records of underwriting profitability and operational efficiency. Where appropriate, we intend to ultimately retain profitable business produced by the acquired companies that would otherwise be retained by unaffiliated insurers. Our management has significant experience in evaluating potential acquisition targets, structuring transactions to ensure continued success and integrating acquired companies into our operational structure.

- *Maintaining a strong balance sheet.* We seek to maintain a strong balance sheet by employing conservative investment, reinsurance and reserving practices and to measure our performance based on long-term growth in book value per share.

**Distribution**

We market our property/casualty insurance products predominately through independent general agents, retail agents and specialty brokers. Therefore, our relationships with our agents and brokers is critical to our ability to identify, attract and retain profitable business. Each of our business units has developed its own tailored approach to establishing and maintaining its relationships with these independent distributors of our products. These strategies focus on providing excellent service to our agents and brokers, maintaining a consistent presence in our target niche and specialty markets through hard and soft market cycles and fairly compensating the agents and brokers who market our products. Our business units also regularly evaluate independent general and retail agents based on the underwriting profitability of the business they produce and their performance in relation to our objectives.

Except for the products of our Specialty Commercial Segment, the distribution of property/casualty insurance products by our business units is geographically concentrated. For the twelve months ended December 31, 2019, five states accounted for approximately 52% of the gross premiums written by our insurance company subsidiaries. The following table reflects

12

APP. 1081

the geographic distribution of our insured risks, as represented by direct and assumed premiums written by our business segments for the twelve months ended December 31, 2019.

| State | Specialty Commercial Segment | Standard Commercial Segment | Personal Segment | Total | Percent of Total |
|---|---|---|---|---|---|
| | (dollars in thousands) | | | | |
| Texas | $ 190,252 | $ 23,485 | $ 31,926 | $ 245,663 | 29.1 % |
| California | 87,755 | — | — | 87,755 | 10.4 % |
| Florida | 38,916 | — | — | 38,916 | 4.6 % |
| Arizona | 4,668 | 2,432 | 30,848 | 37,948 | 4.5 % |
| Oklahoma | 17,177 | — | 9,723 | 26,900 | 3.2 % |
| All other states | 313,145 | 66,728 | 26,776 | 406,649 | 48.2 % |
| Total gross premiums written | $ 651,913 | $ 92,645 | $ 99,273 | $ 843,831 | |
| Percent of total | 77.3 % | 11.0 % | 11.7 % | 100.0 % | |

**Underwriting**

The underwriting process employed by our business units involves securing an adequate level of underwriting information, identifying and evaluating risk exposures and then pricing the risks we choose to accept. Each of our business units offering commercial, professional, aviation or public entity insurance products employs its own underwriters with in-depth knowledge of the specific niche and specialty markets targeted by that business unit. We employ a disciplined underwriting approach that seeks to provide policies appropriately tailored to the specified risks and to adopt price structures that will be supported in the applicable market. Our experienced commercial, healthcare professional, aviation and public entity underwriters have developed underwriting principles and processes appropriate to the coverages offered by their respective business units.

We believe that managing the underwriting process through our business units capitalizes on the knowledge and expertise of their personnel in specific markets and results in better underwriting decisions. All of our underwriters have established limits of underwriting authority based on their level of experience. We also provide financial incentives to many of our underwriters based on underwriting profitability.

To better diversify our revenue sources and manage our risk, we seek to maintain an appropriate business mix among our business units. At the beginning of each year, we establish a target net loss ratio for each business unit. We continually monitor actual net loss ratios against targets. If any line of business fails to meet its target net loss ratio, we seek input from our underwriting, actuarial and claims management personnel to develop a corrective action plan. Depending on the particular circumstances, that plan may involve tightening underwriting guidelines, increasing rates, modifying product structure, re-evaluating independent agency relationships or discontinuing unprofitable coverages or classes of risk.

An insurance company's underwriting performance is traditionally measured by its statutory loss and loss adjustment expense ratio, its statutory expense ratio and its statutory combined ratio. The statutory loss and loss adjustment expense ratio, which is calculated as the ratio of net losses and loss adjustment expenses ("LAE") incurred to net premiums earned, helps to assess the adequacy of the insurer's rates, the propriety of its underwriting guidelines and the performance of its claims department. The statutory expense ratio, which is calculated as the ratio of underwriting and operating expenses to net premiums written, assists in measuring the insurer's cost of processing and managing the business. The statutory combined ratio, which is the sum of the statutory loss and LAE ratio and the statutory expense ratio, is indicative of the overall profitability of an insurer's underwriting activities, with a combined ratio of less than 100% indicating profitable underwriting results.

13

The following table shows, for the periods indicated, (i) our gross premiums written (in thousands); and (ii) our underwriting results as measured by the net statutory loss and LAE ratio, the net statutory expense ratio, and the net statutory combined ratio of our insurance company subsidiaries.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2019 | 2018 | 2017 |
| Gross premiums written | $ 843,831 | $ 663,015 | $ 604,156 |
| Net statutory loss & LAE ratio | 81.5 % | 69.8 % | 79.1 % |
| Net statutory expense ratio | 25.9 % | 25.5 % | 27.0 % |
| Net statutory combined ratio | 107.4 % | 95.3 % | 106.1 % |

These statutory ratios do not reflect the deferral of policy acquisition costs, investment income, premium finance revenues, or the elimination of inter-company transactions required by U.S. generally accepted accounting principles ("GAAP").

The premium-to-surplus percentage measures the relationship between net premiums written in a given period (premiums written, less returned premiums and reinsurance ceded to other carriers) to policyholders surplus (admitted assets less liabilities), determined on the basis of statutory accounting practices prescribed or permitted by insurance regulatory authorities. State insurance department regulators expect insurance companies to maintain a premium-to-surplus percentage of not more than 300%. For the years ended December 31, 2019, 2018 and 2017, our consolidated premium-to-surplus ratios were 195%, 147% and 157%, respectively.

**Claims Management and Administration**

We believe that effective claims management is critical to our success and that our claims management process is cost-effective, delivers the appropriate level of claims service and produces superior claims results. Our claims management philosophy emphasizes the delivery of courteous, prompt and effective claims handling and embraces responsiveness to policyholders and agents. Our claims strategy focuses on thorough investigation, timely evaluation and fair settlement of covered claims while consistently maintaining appropriate case reserves. We seek to compress the cycle time of claim resolution in order to control both loss and claim handling cost. We also strive to control legal expenses by negotiating competitive rates with defense counsel and vendors, establishing litigation budgets and monitoring invoices.

Each of our business units maintains its own dedicated staff of specialized claims personnel to manage and administer claims arising under policies produced through their respective operations. The claims process is managed centrally through a combination of experienced claims managers, seasoned claims supervisors, trained staff adjusters and independent adjustment or appraisal services, when appropriate. All adjusters are licensed in those jurisdictions for which they handle claims that require licensing. Limits on settlement authority are established for each claims supervisor and staff adjuster based on their level of experience. Certain independent adjusters have limited authority to settle claims. Claim exposures are periodically and systematically reviewed by claim supervisors and managers as a method of quality and loss control. Large loss exposures are reviewed at least quarterly with senior management of the business unit and monitored by Hallmark senior management.

Claims personnel receive in-house training and are required to attend various continuing education courses pertaining to topics such as best practices, fraud awareness, legal environment, legislative changes and litigation management. Depending on the criteria of each business unit, our claims adjusters are assigned a variety of claims to enhance their knowledge and ensure their continued development in efficiently handling claims. As of December 31, 2019, we had a total of 104 claims managers, supervisors and adjusters with an average experience of approximately 16 years.

**Analysis of Losses and LAE**

Our consolidated financial statements include an estimated reserve for unpaid losses and LAE. We estimate our reserve for unpaid losses and LAE by using case-basis evaluations and statistical projections, which include inferences from both losses paid and losses incurred. We also use recent historical cost data and periodic reviews of underwriting standards and

claims management practices to modify the statistical projections. We give consideration to the impact of inflation in determining our loss reserves, but do not discount reserve balances.

The amount of reserves represents our estimate of the ultimate cost of all unpaid losses and LAE incurred. These estimates are subject to the effect of trends in claim severity and frequency. We regularly review the estimates and adjust them as claims experience develops and new information becomes known. Such adjustments are included in current operations, including increases and decreases, net of reinsurance, in the estimate of ultimate liabilities for insured events of prior years.

Changes in loss development patterns and claim payments can significantly affect the ability of insurers to estimate reserves for unpaid losses and related expenses. We seek to continually improve our loss estimation process by refining our ability to analyze loss development patterns, claim payments and other information within a legal and regulatory environment that affects development of ultimate liabilities. Future changes in estimates of claim costs may adversely affect future period operating results. However, such effects cannot be reasonably estimated currently.

Additional information relating to our loss reserve development is included under Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations," and Note 6, "Reserves for Losses and Loss Adjustment Expenses," in the Notes to Consolidated Financial Statements.

**Reinsurance**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

The following table presents our gross and net premiums written and earned and reinsurance recoveries for each of the last three years (in thousands).

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2019** | | **2018** | | **2017** | |
| Gross premiums written | $ | 843,831 | $ | 663,015 | $ | 604,156 |
| Ceded premiums written | | (347,279) | | (299,217) | | (238,573) |
| Net premiums written | $ | 496,552 | $ | 363,798 | $ | 365,583 |
| Gross premiums earned | $ | 752,966 | $ | 641,596 | $ | 568,769 |
| Ceded premiums earned | | (316,089) | | (278,509) | | (207,732) |
| Net premiums earned | $ | 436,877 | $ | 363,087 | $ | 361,037 |
| | | | | | | |
| Reinsurance recoveries | $ | 211,768 | $ | 199,690 | $ | 144,948 |

**Investment Portfolio**

Our investment objective is to maximize current yield while maintaining safety of capital together with sufficient liquidity for ongoing insurance operations. Our investment portfolio is composed of fixed-income securities, equity securities and other investments. As of December 31, 2019, we had total invested assets of $675.7 million. If market rates were to increase by 1%, the fair value of our fixed-income securities as of December 31, 2019 would decrease by approximately $8.4 million. The following table shows the fair values of various categories of fixed-income securities, the percentage of

the total fair value of our invested assets represented by each category and the tax equivalent book yield of each category of invested assets as of December 31, 2019 and 2018.

| | As of December 31, 2019 | | | As of December 31, 2018 | | |
|---|---|---|---|---|---|---|
| | Fair Value | Percent of Total | Yield | Fair Value | Percent of Total | Yield |
| | (in thousands) | | | (in thousands) | | |
| Category: | | | | | | |
| Corporate bonds | $ 300,825 | 52.4 % | 2.7 % | $ 242,152 | 44.4 % | 2.8 % |
| Collateralized corporate bank loans | 115,757 | 20.1 % | 4.0 % | 126,528 | 23.2 % | 5.0 % |
| Municipal bonds | 83,270 | 14.5 % | 4.8 % | 115,527 | 21.1 % | 3.6 % |
| US Treasury securities and obligations of U.S. Government | 66,600 | 11.6 % | 1.8 % | 48,106 | 8.8 % | 1.9 % |
| Mortgage backed | 7,827 | 1.4 % | 2.8 % | 13,557 | 2.5 % | 3.1 % |
| Total | $ 574,279 | 100.0 % | 3.2 % | $ 545,870 | 100.0 % | 3.4 % |

The weighted average credit rating for our fixed-income portfolio was Baa1 at December 31, 2019. The following table shows the distribution of our fixed-income portfolio by rating as a percentage of total fair value as of December 31, 2019 and 2018:

| | As of December 31, 2019 | As of December 31, 2018 |
|---|---|---|
| Rating: | | |
| "Aaa" | 15.0 % | 13.6 % |
| "Aa" | 7.0 % | 6.7 % |
| "A" | 13.9 % | 11.8 % |
| "Baa" | 44.8 % | 44.3 % |
| "Ba" | 15.7 % | 19.1 % |
| "B" | 0.7 % | 0.3 % |
| "Caa" | — % | 0.2 % |
| "Ca" | — % | 1.0 % |
| "C" | — % | — % |
| "NR" | 2.9 % | 3.0 % |
| Total | 100.0 % | 100.0 % |

The following table shows the composition of our fixed-income portfolio by remaining time to maturity as of December 31, 2019 and 2018.

| | As of December 31, 2019 | | As of December 31, 2018 | |
|---|---|---|---|---|
| | Fair Value | Percentage of Total Fair Value | Fair Value | Percentage of Total Fair Value |
| | (in thousands) | | (in thousands) | |
| Remaining time to maturity: | | | | |
| Less than one year | $ 107,605 | 18.8 % | $ 120,127 | 22.0 % |
| One to five years | 345,860 | 60.2 % | 284,947 | 52.2 % |
| Five to ten years | 88,061 | 15.3 % | 102,047 | 18.7 % |
| More than ten years | 24,926 | 4.3 % | 25,192 | 4.6 % |
| Mortgage-backed | 7,827 | 1.4 % | 13,557 | 2.5 % |
| Total | $ 574,279 | 100.0 % | $ 545,870 | 100.0 % |

Our investment strategy is to conservatively manage our investment portfolio by investing primarily in readily marketable, investment-grade, fixed-income securities. As of December 31, 2019, 15% of our investment portfolio was invested in

16

APP. 1085

equity securities. Our investment portfolio is managed internally. We regularly review our portfolio for declines in value. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

The following table details the net unrealized gain balance by invested asset category as of December 31, 2019.

| | Net Unrealized Gain Balance (in thousands) |
|---|---:|
| Category | |
| U.S. Treasury securities and obligations of U.S. Government | $ 159 |
| Corporate bonds | 3,224 |
| Collateralized corporate bank loans | 88 |
| Municipal bonds | 1,483 |
| Mortgage-backed | (173) |
| Equity securities | 27,320 |
| Other investments | (1,594) |
| Total | $ 30,507 |

As part of our overall investment strategy, we also maintain an integrated cash management system utilizing on-line banking services and daily overnight investment accounts to maximize investment earnings on all available cash.

**Technology**

The majority of our technology systems are based on products licensed from insurance-specific technology vendors that have been substantially customized to meet the unique needs of our various business units. Our technology systems primarily consist of integrated central processing computers, a series of server-based computer networks and communications systems that allow our various operations to share systems solutions and communicate to the corporate office in a timely, secure and consistent manner. We maintain backup facilities and systems through a contract with a leading provider of computer disaster recovery services. Each business unit bears the information services expenses specific to its operations as well as a portion of the corporate services expenses. Increases to vendor license and service fees are capped per annum.

We believe the implementation of our various technology systems has increased our efficiency in the processing of our business, resulting in lower operating costs. Additionally, our systems enable us to provide a high level of service to our agents and policyholders by processing our business in a timely and efficient manner, communicating and sharing data with our agents and providing a variety of methods for the payment of premiums. We believe these systems have also improved the accumulation and analysis of information for our management.

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology systems. Publicly reported cybersecurity intrusions have increased recently and the insurance sector as a whole is more exposed than in the past. Cybersecurity threats extend from individual attempts to gain unauthorized access to our information technology systems to coordinated, elaborate and targeted activity. We retain highly trained staff committed to the development and maintenance of our information technology systems. We maintain and regularly review recovery plans which are intended to enable us to restore critical systems with minimal disruption. We have established an information security committee to oversee and steer risk management plans to manage these exposures on an ongoing basis. We also employ comprehensive employee engagement and training programs to guard against the potential for malicious attempts to extort sensitive information from our systems using social engineering techniques (also known as "phishing") and have increased our cyber liability insurance to seek to minimize our post-event financial impacts.

17

We recognize the potential for new risks arising alongside the benefits we derive from technological and digital development. We employ technological security measures to prevent, detect and mitigate such threats, including independent and in-house vulnerability assessments, access controls, data encryption, continuous monitoring of our information technology networks and systems and maintenance of backup and protective systems. Nonetheless, the infrastructure may be vulnerable to security incidents which could result in the disruption of business operations and the corruption, unavailability, misappropriation or destruction of critical data and confidential information (both our own and of third parties). The compromise of personal and confidential information could lead to legal liability or regulatory action under evolving cybersecurity, data protection and privacy laws and regulations enacted in the various jurisdictions in which we operate. In this respect on March 1, 2017, new cybersecurity rules were implemented by the New York Department of Financial Services (the "NYS Cybersecurity Regulation"). These NYS Cybersecurity Regulations impose additional regulatory requirements that seek to protect confidentiality, integrity and availability of information systems. We also anticipate additional NAIC regulations as a result of the Insurance Data Security Model Law which will require insurers to meet state requirements beyond those imposed by New York. The implementation of these various regulations impose additional compliance obligations which have necessitated ongoing review of our policies and procedures.

## Ratings

Many insurance buyers, agents and brokers use the ratings assigned by A.M. Best and other rating agencies to assist them in assessing the financial strength and overall quality of the companies from which they are considering purchasing insurance. A.M. Best has pooled its ratings of our AHIC, HIC, HSIC and HNIC subsidiaries and assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by the four insurance company subsidiaries. A.M. Best has also assigned a financial strength rating of "A-" (Excellent) and an issuer credit rating of "a-" to HCM. A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC. An "A–" rating is the fourth highest of 15 rating categories used by A.M. Best. In evaluating an insurer's financial and operating performance, A.M. Best reviews the company's profitability, indebtedness and liquidity, as well as its book of business, the adequacy and soundness of its reinsurance, the quality and estimated fair value of its assets, the adequacy of its loss reserves, the adequacy of its surplus, its capital structure, the experience and competence of its management and its market presence. A.M. Best's ratings reflect its opinion of an insurer's financial strength, operating performance and ability to meet its obligations to policyholders and are not an evaluation directed at investors or recommendations to buy, sell or hold an insurer's stock. On March 2, 2020, A.M. Best announced that its current ratings of our insurance company subsidiaries were under review with negative implications. On June 9, 2020, A.M. Best announced that it was maintaining this status pending further review.

## Competition

The property/casualty insurance market, our primary source of revenue, is highly competitive and, except for regulatory considerations, has very few barriers to entry. In many instances, we have less financial or other resources than our competition and their affiliates. Generally, we compete on price, customer service, coverages offered, claims handling, financial stability, agent commission and support, customer recognition and geographic coverage. We compete with companies who use independent agents, captive agent networks, direct marketing channels or a combination thereof.

The primary competition for our Commercial Auto business unit includes such carriers as American Millennium Insurance Company, Canal Insurance Company, Clear Blue Insurance Company, Commercial Alliance Insurance Company, Fairfax Financial, Hudson Insurance Company, National Casualty Company, National Liability & Fire Insurance Company, Northland Insurance Company, Progressive County Mutual, Sompo International, State National Insurance Company, Prime Insurance Company, Underwriters at Lloyds of London, Wilshire Insurance Company and W.R. Berkley. Our E&S Casualty business unit considers its primary competition for our excess, umbrella and general liability insurance products to include such carriers as American International Group, Inc., Axis Insurance Company, Berkshire Hathaway Companies, Crum & Forster Insurance Group, Endurance American Specialty Insurance Company, XL Specialty Insurance, Markel Insurance Company, Navigators Specialty Insurance Company, and W.R. Berkley Corporation. The primary competition for our E&S Package business unit includes such carriers as Nationwide E&S/Specialty, Markel Insurance Company, Colony Specialty Insurance Company, Atlantic Casualty Insurance Company, Nautilus Insurance Company, Mesa

18

Underwriters Insurance Company, and Penn America Insurance Company. The primary competition for our E&S Property business unit  includes such carriers as Chubb Westchester, Aspen Insurance, Everest National Insurance Company, RSUI Group, Navigators Specialty Insurance Company, Starr Surplus Lines, Ironshore Specialty Insurance Company, Axis Insurance Company, and Markel Insurance Company. The primary competition for the medical professional liability insurance products produced by our Professional Liability business unit includes such carriers as Admiral Insurance Company, Aspen Specialty Insurance Company, Beazley Insurance Company, CNA Financial Corporation, Iron Health, Kinsale Insurance Company, Markel Insurance Company, Medical Protective Insurance Company,  ProAssurance Corporation, RSUI Group and TDC Companies. The primary competition for the financial professional liability insurance products produced by our Professional Liability business unit are Admiral Insurance Company, American International Group Companies, Argonaut Insurance Company, Chubb Group of Insurance Companies, Euclid Executive Liability Managers, Berkley Insurance Company, CNA Financial Corporation, Evanston Insurance Company, Kinsale Insurance Company, RSUI Group, Hiscox USA, and XL Catlin Insurance Company. The primary competitors for our general aviation insurance products produced by our Aerospace & Programs business unit are Old Republic Aviation Managers, Starr Aviation, American International Group, Inc., United States Specialty Insurance Company, W. Brown & Company, United States Aircraft Insurance Group, Global Aerospace and Allianz Aviation Managers. Our Commercial  Accounts business unit competes with a variety of large national standard commercial lines carriers such as Liberty Mutual Group, Travelers Companies, Inc., Cincinnati Financial Corporation and The Hartford Financial Services Group, as well as numerous smaller regional companies. Although our Specialty Personal Lines business unit competes with large national insurers such as Allstate Corporation, GEICO Corporation and Progressive Insurance Company, as a participant in the non-standard personal automobile marketplace its competition is most directly associated with numerous regional companies and managing general agencies.

**Insurance Regulation**

AHIC, HCM and TBIC are domiciled in Texas, HIC and HNIC are domiciled in Arizona and HSIC is domiciled in Oklahoma. Therefore, our insurance operations are regulated by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department, as well as the applicable insurance department of each state in which we issue policies. Our insurance company subsidiaries are required to file quarterly and annual statements of their financial condition prepared in accordance with statutory accounting practices with the insurance departments of their respective states of domicile and the applicable insurance department of each state in which they write business. The financial conditions of our insurance company subsidiaries, including the adequacy of surplus, loss reserves and investments, are subject to review by the insurance department of their respective states of domicile.

*Periodic financial and market conduct examinations.* The insurance departments of the states of domicile for our insurance company subsidiaries have broad authority to enforce insurance laws and regulations through examinations, administrative orders, civil and criminal enforcement proceedings, and suspension or revocation of an insurer's certificate of authority or an agent's license. The state insurance departments that have jurisdiction over our insurance company subsidiaries may conduct on-site visits and examinations of the insurance companies' affairs, especially as to their financial condition, ability to fulfill their obligations to policyholders, market conduct, claims practices and compliance with other laws and applicable regulations. Typically, these examinations are conducted every three to five years. In addition, if circumstances dictate, regulators are authorized to conduct special or target examinations of insurance companies to address particular concerns or issues. The results of these examinations can give rise to injunctive relief, regulatory orders requiring remedial or other corrective action on the part of the company that is the subject of the examination, assessment of fines, or other penalties against that company. In extreme cases, including actual or pending insolvency, the insurance department may take over, or appoint a receiver to take over, the management or operations of an insurer or an agent's business or assets.

*Guaranty funds.* All insurance companies are subject to assessments for state-administered funds that cover the claims and expenses of insolvent or impaired insurers. The size of the assessment is determined each year by the total claims on the fund that year. Each insurer is assessed a pro rata share based on its direct premiums written in that state. Payments to the fund may generally be recovered by the insurer through deductions from its premium taxes over a specified period of years.

19

*Transactions between insurance companies and their affiliates.* Hallmark is also regulated as an insurance holding company by the Texas Department of Insurance, the Arizona Department of Insurance and the Oklahoma Insurance Department. Financial transactions between Hallmark or any of its affiliates and our insurance company subsidiaries are subject to regulation. Transactions between our insurance company subsidiaries and their affiliates generally must be disclosed to state regulators, and prior regulatory approval generally is required before any material or extraordinary transaction may be consummated or any management agreement, services agreement, expense sharing arrangement or other contract providing for the rendering of services on a regular, systematic basis is implemented. State regulators may refuse to approve or may delay approval of such a transaction, which may impact our ability to innovate or operate efficiently.

*Dividends.* Dividends and distributions to Hallmark by our insurance company subsidiaries are restricted by the insurance regulations of the respective state in which each insurance company subsidiary is domiciled. As property/casualty insurance companies domiciled in the state of Texas, AHIC and TBIC may only pay dividends from unassigned surplus funds. In addition, AHIC and TBIC must obtain the approval of the Texas Department of Insurance before the payment of extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) statutory net income as of the prior December 31 or (2) 10% of statutory policyholders' surplus as of the prior December 31. HIC and HNIC, both domiciled in Arizona, may pay dividends out of that part of their available surplus funds that is derived from realized net profits on their business. Without prior written approval from the Arizona Department of Insurance, HIC and HNIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the lesser of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) net income as of the prior December 31. HSIC, domiciled in Oklahoma, may only pay dividends out of that part of its available surplus funds that is derived from realized net profits on its business. Without prior written approval from the Oklahoma Insurance Department, HSIC may not pay extraordinary dividends, which are defined as dividends or distributions of cash or other property the fair market value of which combined with the fair market value of each other dividend or distribution made in the preceding 12 months exceeds the greater of: (1) 10% of statutory policyholders' surplus as of the prior December 31 or (2) statutory net income as of the prior December 31, not including realized capital gains. As a county mutual, dividends from HCM are payable to policyholders.

*Risk-based capital requirements.* The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2019, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

*Required licensing.* Our non-insurance company subsidiaries are subject to and in compliance with the licensing requirements of the department of insurance in each state in which they produce business. These licenses govern, among other things, the types of insurance coverages, agency and claims services and products that we may offer consumers in these states. Such licenses typically are issued only after we file an appropriate application and satisfy prescribed criteria. Generally, each state requires one officer to maintain an agent license. Claims adjusters employed by us are also subject to the licensing requirements of each state in which they conduct business. Each employed claim adjuster either holds or has applied for the required licenses.

*Regulation of insurance rates and approval of policy forms.* The insurance laws of most states in which our subsidiaries operate require insurance companies to file insurance rate schedules and insurance policy forms for review and approval. State insurance regulators have broad discretion in judging whether our rates are adequate, not excessive and not unfairly discriminatory and whether our policy forms comply with law. The speed at which we can change our rates depends, in part, on the method by which the applicable state's rating laws are administered. Generally, state insurance regulators have the authority to disapprove our rates or request changes in our rates.

20

***Restrictions on cancellation, non-renewal or withdrawal.*** Many states have laws and regulations that limit an insurance company's ability to exit a market. For example, certain states limit an automobile insurance company's ability to cancel or not renew policies. Some states prohibit an insurance company from withdrawing from one or more lines of business in the state, except pursuant to a plan approved by the state insurance department. In some states, this applies to significant reductions in the amount of insurance written, not just to a complete withdrawal. State insurance departments may disapprove a plan that may lead to market disruption.

***Investment restrictions.*** We are subject to state laws and regulations that require diversification of our investment portfolios and that limit the amount of investments in certain categories. Failure to comply with these laws and regulations would cause non-conforming investments to be treated as non-admitted assets for purposes of measuring statutory surplus and, in some instances, would require divestiture.

***Trade practices.*** The manner in which we conduct the business of insurance is regulated by state statutes in an effort to prohibit practices that constitute unfair methods of competition or unfair or deceptive acts or practices. Prohibited practices include disseminating false information or advertising; defamation; boycotting, coercion and intimidation; false statements or entries; unfair discrimination; rebating; improper tie-ins with lenders and the extension of credit; failure to maintain proper records; failure to maintain proper complaint handling procedures; and making false statements in connection with insurance applications for the purpose of obtaining a fee, commission or other benefit.

***Unfair claims practices.*** Generally, insurance companies, adjusting companies and individual claims adjusters are prohibited by state statutes from engaging in unfair claims practices on a flagrant basis or with such frequency to indicate a general business practice. Examples of unfair claims practices include:

- misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

- failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies;

- failing to adopt and implement reasonable standards for the prompt investigation and settlement of claims arising under insurance policies;

- failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

- attempting to settle a claim for less than the amount to which a reasonable person would have believed such person was entitled;

- attempting to settle claims on the basis of an application that was altered without notice to, or knowledge and consent of, the insured;

- compelling insureds to institute suits to recover amounts due under policies by offering substantially less than the amounts ultimately recovered in suits brought by them;

- refusing to pay claims without conducting a reasonable investigation;

- making claim payments to an insured without indicating the coverage under which each payment is being made;

- delaying the investigation or payment of claims by requiring an insured, claimant or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, both of which submissions contain substantially the same information;

21

- failing, in the case of claim denials or offers of compromise or settlement, to promptly provide a reasonable and accurate explanation of the basis for such actions; and

- not attempting in good faith to effectuate prompt, fair and equitable settlements of claims in which liability has become reasonably clear.

**Employees**

As of December 31, 2019, we employed 486 people on a full-time basis. None of our employees are represented by labor unions. We consider our employee relations to be good.

**Available Information**

The Company's executive offices are located at Two Lincoln Centre, 5420 Lyndon B. Johnson Freeway, Suite 1100 Dallas, Texas 75240. The Company's mailing address is Two Lincoln Centre, 5420 Lyndon B. Johnson Freeway, Suite 1100 Dallas, Texas 75240. Its telephone number is (817) 348-1600. The Company's website address is www.hallmarkgrp.com. The Company files annual, quarterly and current reports, proxy statements and other information and documents with the U.S. Securities and Exchange Commission (the "SEC"), which are made available to read and copy at the SEC's Public Reference Room at 100 F Street, N.E., Washington, D.C. 20549. You may obtain information on the operation of the Public Reference Room by contacting the SEC at 1-800-SEC-0330. Reports filed with the SEC are also made available at www.sec.gov. The Company makes available free of charge on its website its annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed with or furnished to the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") as soon as reasonably practical after it electronically files them with or furnishes them to the SEC.

**Item 1A. Risk Factors.**

**Our success depends on our ability to price accurately the risks we underwrite.**

Our results of operations and financial condition depend on our ability to underwrite and set premium rates accurately for a wide variety of risks. Adequate rates are necessary to generate premiums sufficient to pay losses, loss settlement expenses and underwriting expenses and to earn a profit. To price our products accurately, we must collect and properly analyze a substantial amount of data; develop, test and apply appropriate pricing techniques; closely monitor and timely recognize changes in trends; and project both severity and frequency of losses with reasonable accuracy. Our ability to undertake these efforts successfully, and as a result price our products accurately, is subject to a number of risks and uncertainties, some of which are outside our control, including:

- the availability of sufficient reliable data and our ability to properly analyze available data;

- the uncertainties that inherently characterize estimates and assumptions;

- our selection and application of appropriate pricing techniques; and

- changes in applicable legal liability standards and in the civil litigation system generally.

Consequently, we could underprice risks, which would adversely affect our profit margins, or we could overprice risks, which could reduce our sales volume and competitiveness. In either case, our profitability could be materially and adversely affected.

22

**Our results may fluctuate as a result of cyclical changes in the property/casualty insurance industry.**

Our revenue is primarily attributable to property/casualty insurance, which as an industry is cyclical in nature and has historically been characterized by soft markets followed by hard markets. A soft market is a period of relatively high levels of price competition, less restrictive underwriting standards and generally low premium rates. A hard market is a period of capital shortages resulting in lack of insurance availability, relatively low levels of competition, more selective underwriting of risks and relatively high premium rates. If we find it necessary to reduce premiums or limit premium increases due to competitive pressures on pricing in a softening market, we may experience a reduction in our premiums written and in our profit margins and revenues, which could adversely affect our financial results.

**Estimating reserves is inherently uncertain. If our loss reserves are not adequate, it will have an unfavorable impact on our results.**

We maintain loss reserves to cover our estimated ultimate liability for unpaid losses and LAE for reported and unreported claims incurred as of the end of each accounting period. Reserves represent management's estimates of what the ultimate settlement and administration of claims will cost and are not reviewed by an independent actuary. These estimates, which generally involve actuarial projections, are based on management's assessment of facts and circumstances then known, as well as estimates of future trends in claim severity and frequency, judicial theories of liability, and other factors. These variables are affected by both internal and external events, such as changes in claims handling procedures, inflation, judicial trends and legislative changes. Many of these factors are not quantifiable. Additionally, there may be a significant lag between the occurrence of an event and the time it is reported to us. The inherent uncertainties of estimating reserves are greater for certain types of liabilities, particularly those in which the various considerations affecting the type of claim are subject to change and in which long periods of time may elapse before a definitive determination of liability is made. Reserve estimates are continually refined in a regular and ongoing process as experience develops and further claims are reported and settled. Adjustments to reserves are reflected in the results of the periods in which such estimates are changed. For example, a 1% change in December 31, 2019 unpaid losses and LAE would have produced a $6.2 million change to pretax earnings. Our gross loss and LAE reserves totaled $620.4 million at December 31, 2019. Our loss and LAE reserves, net of reinsurance recoverable on unpaid loss and LAE, were $347.8 million at that date. Because setting reserves is inherently uncertain, there can be no assurance that the current reserves will prove adequate.

**Our failure to maintain favorable financial strength ratings could negatively impact our ability to compete successfully.**

Third-party rating agencies assess and rate the claims-paying ability of insurers based upon criteria established by the agencies. AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement, pursuant to which AHIC retains 32% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 26% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. A.M. Best has pooled its ratings of these four insurance company subsidiaries and assigned a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-" to each of these individual insurance company subsidiaries and to the pool formed by these four insurance company subsidiaries. Also, A.M. Best has assigned HCM a financial strength rating of "A–" (Excellent) and an issuer credit rating of "a-". A.M. Best does not assign a financial strength rating or an issuer credit rating to TBIC. On March 2, 2020, A.M. Best announced that its current ratings of our insurance company subsidiaries were under review with negative implications. On June 9, 2020, A.M. Best announced that it was maintaining this status pending further review.

These financial strength ratings are used by policyholders, insurers, reinsurers and insurance and reinsurance intermediaries as an important means of assessing the financial strength and quality of insurers. These ratings are not evaluations directed to potential purchasers of our common stock and are not recommendations to buy, sell or hold our common stock. Our ratings are subject to change at any time and could be revised downward or revoked at the sole discretion of the rating agencies. We believe that the ratings assigned by A.M. Best are an important factor in marketing our products. Our ability to retain our existing business and to attract new business in our insurance operations depends largely on these ratings. Our failure to maintain our ratings, or any other adverse development with respect to our ratings, could cause our current and future independent agents and insureds to choose to transact their business with more highly

23

rated competitors. If A.M. Best downgrades our ratings or publicly indicates that our ratings are under review, it is likely that we would not be able to compete as effectively with our competitors, and our ability to sell insurance policies could decline. If that happened, our sales and earnings would decrease. For example, many of our agencies and insureds have guidelines that require us to have an A.M. Best financial strength rating of "A-" (Excellent) or higher. A reduction of our A.M. Best rating below "A-" would prevent us from issuing policies to insureds or potential insureds with such ratings requirements.

Lenders and reinsurers also use our A.M. Best ratings as a factor in deciding whether to transact business with us. The failure of our insurance company subsidiaries to maintain their current ratings could dissuade a lender or reinsurance company from conducting business with us or might increase our interest or reinsurance costs. In addition, a ratings downgrade by A.M. Best below "A-" would require us to post collateral in support of our obligations under certain of our reinsurance agreements pursuant to which we assume business.

**The loss of key executives could disrupt our business.**

Our success will depend in part upon the continued service of certain key executives. Our success will also depend on our ability to attract and retain additional executives and personnel. The loss of key personnel, or our inability to recruit and retain additional qualified personnel, could cause disruption in our business and could prevent us from fully implementing our business strategies, which could materially and adversely affect our business, growth and profitability.

**Our industry is very competitive, which may unfavorably impact our results of operations.**

Our competitors include entities that have access to greater financial and other resources than us . Our competitors may attempt to increase market share by lowering rates. In that case, we could experience reductions in our underwriting margins, or sales of our insurance policies could decline as customers purchase lower-priced products from our competitors. Losing business to competitors offering similar products at lower prices, or having other competitive advantages, could adversely affect our results of operations.

**Our results may be unfavorably impacted if we are unable to obtain adequate reinsurance.**

As part of our overall risk and capacity management strategy, we purchase reinsurance for significant amounts of risk, especially catastrophe risks that we and our insurance company subsidiaries underwrite. Our catastrophe and non-catastrophe reinsurance facilities are generally subject to annual renewal. We may be unable to maintain our current reinsurance facilities or to obtain other reinsurance facilities in adequate amounts and at favorable rates. The amount, availability and cost of reinsurance are subject to prevailing market conditions beyond our control, and may affect our ability to write additional premiums as well as our profitability. If we are unable to obtain adequate reinsurance protection for the risks we have underwritten, we will either be exposed to greater losses from these risks or be required to reduce the level of business that we underwrite, which will reduce our revenue.

**If the companies that provide our reinsurance do not pay our claims in a timely manner, we could incur severe losses.**

We purchase reinsurance by transferring, or ceding, part of the risk we have assumed to a reinsurance company in exchange for part of the premium we receive in connection with the risk. Although reinsurance makes the reinsurer liable to us to the extent the risk is transferred or ceded to the reinsurer, it does not relieve us of our liability to our policyholders. Accordingly, we bear credit risk with respect to our reinsurers. We cannot assure that our reinsurers will pay all of our reinsurance claims, or that they will pay our claims on a timely basis. At December 31, 2019, we had a total of $479.7 million due us from reinsurers, including $315.5 million of recoverables from losses and $164.2 million in ceded unearned premiums. The largest amount due us from a single reinsurer as of December 31, 2019 was $130.5 million reinsurance and premium recoverable from Swiss Reinsurance America Corporation. If any of our reinsurers are unable or unwilling to pay amounts they owe us in a timely fashion, we could suffer a significant loss or a shortage of liquidity, which would have a material adverse effect on our business and results of operations.

**Catastrophic losses are unpredictable and may adversely affect our results of operations, liquidity and financial condition.**

Property/casualty insurance companies are subject to claims arising out of catastrophes that may have a significant effect on their results of operations, liquidity and financial condition. Catastrophes can be caused by various events, including hurricanes, windstorms, earthquakes, hail storms, explosions, severe winter weather and fires, and may include man-made events, such as terrorist attacks. The incidence, frequency, and severity of catastrophes are inherently unpredictable. The extent of losses from a catastrophe is a function of both the total amount of insured exposure in the area affected by the event and the severity of the event.

Claims from catastrophic events could reduce our net income, cause substantial volatility in our financial results for any fiscal quarter or year or otherwise adversely affect our financial condition, liquidity or results of operations. Catastrophes may also negatively affect our ability to write new business. Increases in the value and geographic concentration of insured property and the effects of inflation could increase the severity of claims from catastrophic events in the future.

**Catastrophe models may not accurately predict future losses.**

Along with other insurers in the industry, we use models developed by third-party vendors in assessing our exposure to catastrophe losses that assume various conditions and probability scenarios. However, these models do not necessarily accurately predict future losses or accurately measure losses currently incurred. Catastrophe models, which have been evolving since the early 1990s, use historical information about various catastrophes and detailed information about our in-force business. While we use this information in connection with our pricing and risk management activities, there are limitations with respect to their usefulness in predicting losses in any reporting period. Examples of these limitations are significant variations in estimates between models and modelers and material increases and decreases in model results due to changes and refinements of the underlying data elements and assumptions. Such limitations lead to questionable predictive capability and post-event measurements that have not been well understood or proven to be sufficiently reliable. In addition, the models are not necessarily reflective of company or state-specific policy language, demand surge for labor and materials or loss settlement expenses, all of which are subject to wide variation by catastrophe. Because the occurrence and severity of catastrophes are inherently unpredictable and may vary significantly from year to year, historical results of operations may not be indicative of future results of operations.

**We are subject to comprehensive regulation, and our results may be unfavorably impacted by these regulations.**

We are subject to comprehensive governmental regulation and supervision. Most insurance regulations are designed to protect the interests of policyholders rather than of the stockholders and other investors of the insurance companies. These regulations, generally administered by the department of insurance in each state in which we do business, relate to, among other things:

- approval of policy forms and rates;

- standards of solvency, including risk-based capital measurements, which are a measure developed by the National Association of Insurance Commissioners and used by the state insurance regulators to identify insurance companies that potentially are inadequately capitalized;

- licensing of insurers and their agents;

- restrictions on the nature, quality and concentration of investments;

- restrictions on the ability of insurance company subsidiaries to pay dividends;

- restrictions on transactions between insurance company subsidiaries and their affiliates;

25

- requiring certain methods of accounting;

- periodic examinations of operations and finances;

- the use of non-public consumer information and related privacy issues;

- the use of credit history in underwriting and rating;

- limitations on the ability to charge policy fees;

- the acquisition or disposition of an insurance company or of any company controlling an insurance company;

- involuntary assignments of high-risk policies, participation in reinsurance facilities and underwriting associations, assessments and other governmental charges;

- restrictions on the cancellation or non-renewal of policies and, in certain jurisdictions, withdrawal from writing certain lines of business;

- prescribing the form and content of records of financial condition to be filed;

- requiring reserves for unearned premium, losses and other purposes; and

- with respect to premium finance business, the federal Truth-in-Lending Act and similar state statutes. In states where specific statutes have not been enacted, premium finance is generally subject to state usury laws that are applicable to consumer loans.

State insurance departments also conduct periodic examinations of the affairs of insurance companies and require filing of annual and other reports relating to the financial condition of insurance companies, holding company issues and other matters. Our business depends on compliance with applicable laws and regulations and our ability to maintain valid licenses and approvals for our operations. Regulatory authorities may deny or revoke licenses for various reasons, including violations of regulations. Changes in the level of regulation of the insurance industry or changes in laws or regulations themselves or interpretations by regulatory authorities could have a material adverse affect on our operations. In addition, we could face individual, group and class-action lawsuits by our policyholders and others for alleged violations of certain state laws and regulations. Each of these regulatory risks could have an adverse effect on our profitability.

**State statutes limit the aggregate amount of dividends that our subsidiaries may pay Hallmark, thereby limiting its funds to pay expenses and dividends.**

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company without significant operations of its own, Hallmark's principal sources of funds are dividends and other sources of funds from its subsidiaries. State insurance laws limit the ability of Hallmark's insurance company subsidiaries to pay dividends and require our insurance company subsidiaries to maintain specified minimum levels of statutory capital and surplus. The aggregate maximum amount of dividends permitted by law to be paid by an insurance company does not necessarily define an insurance company's actual ability to pay dividends. The actual ability to pay dividends may be further constrained by business and regulatory considerations, such as the impact of dividends on surplus, by our competitive position and by the amount of premiums that we can write. Without regulatory approval, the aggregate maximum amount of dividends that could be paid to Hallmark in 2020 by our insurance company subsidiaries is $15.8 million. State insurance regulators have broad discretion to limit the payment of dividends by insurance companies and Hallmark's right to participate in any distribution of assets of any one of our insurance company subsidiaries is subject to prior claims of policyholders and creditors except to the extent that its rights, if any, as a creditor are recognized. Consequently, Hallmark's ability to pay debts, expenses and cash dividends to our stockholders may be limited.

26

**Our insurance company subsidiaries are subject to minimum capital and surplus requirements. Failure to meet these requirements could subject us to regulatory action.**

Our insurance company subsidiaries are subject to minimum capital and surplus requirements imposed under the laws of their respective states of domicile and each state in which they issue policies. Any failure by one of our insurance company subsidiaries to meet minimum capital and surplus requirements imposed by applicable state law will subject it to corrective action, which may include requiring adoption of a comprehensive financial plan, revocation of its license to sell insurance products or placing the subsidiary under state regulatory control. Any new minimum capital and surplus requirements adopted in the future may require us to increase the capital and surplus of our insurance company subsidiaries, which we may not be able to do.

**We are subject to assessments and other surcharges from state guaranty funds, mandatory reinsurance arrangements and state insurance facilities, which may reduce our profitability.**

Virtually all states require insurers licensed to do business therein to bear a portion of the unfunded obligations of impaired or insolvent insurance companies. These obligations are funded by assessments, which are levied by guaranty associations within the state, up to prescribed limits, on all member insurers in the state on the basis of the proportionate share of the premiums written by member insurers in the lines of business in which the impaired, insolvent or failed insurer was engaged. Accordingly, the assessments levied on us by the states in which we are licensed to write insurance may increase as we increase our premiums written. In addition, as a condition to the ability to conduct business in certain states, insurance companies are required to participate in mandatory reinsurance funds. The effect of these assessments and mandatory reinsurance arrangements, or changes in them, could reduce our profitability in any given period or limit our ability to grow our business.

We monitor developments with respect to various state facilities, such as the Texas FAIR Plan and the Texas Windstorm Insurance Association. The impact of any catastrophe experience on these facilities could result in the facilities recognizing a financial deficit or a financial deficit greater than the level currently estimated. They may, in turn, have the ability to assess participating insurers when financial deficits occur, adversely affecting our results of operations. While these facilities are generally designed so that the ultimate cost is borne by policyholders, the exposure to assessments and the availability of recoupments or premium rate increases from these facilities may not offset each other in our financial statements. Moreover, even if they do offset each other, they may not offset each other in financial statements for the same fiscal period due to the ultimate timing of the assessments and recoupments or premium rate increases, as well as the possibility of policies not being renewed in subsequent years.

**Adverse securities market conditions can have a significant and negative impact on our investment portfolio.**

Our results of operations depend in part on the performance of our invested assets. As of December 31, 2019, 85% of our investment portfolio was invested in fixed-income securities. Certain risks are inherent in connection with fixed-income securities, including loss upon default and price volatility in reaction to changes in interest rates and general market factors. In general, the fair value of a portfolio of fixed-income securities increases or decreases inversely with changes in the market interest rates, while net investment income realized from future investments in fixed-income securities increases or decreases along with interest rates. In addition, 34% of our fixed-income securities have call or prepayment options. This subjects us to reinvestment risk should interest rates fall and issuers call their securities. Furthermore, actual net investment income and/or cash flows from investments that carry prepayment risk, such as mortgage-backed and other asset-backed securities, may differ from those anticipated at the time of investment as a result of interest rate fluctuations. An investment has prepayment risk when there is a risk that cash flows from the repayment of principal might occur earlier than anticipated because of declining interest rates or later than anticipated because of rising interest rates. The fair value of our fixed-income securities as of December 31, 2019 was $574.3 million. If market interest rates were to increase 1%, the fair value of our fixed-income securities would decrease by approximately $8.4 million as of December 31, 2019. The calculated change in fair value was determined using duration modeling assuming no prepayments.

In addition to the general risks described above, although 81% of our portfolio is investment-grade, our fixed-income securities are nonetheless subject to credit risk. If any of the issuers of our fixed-income securities suffer financial setbacks,

27

the ratings on the fixed-income securities could fall (with a concurrent fall in market value) and, in a worst case scenario, the issuer could default on its obligations. As of December 31, 2019, Hallmark had $7.8 million total exposure in mortgage-backed securities.

Future changes in the fair value of our available-for-sale fixed income securities will be reflected in other comprehensive income. Similar treatment is not available for liabilities. Therefore, interest rate fluctuations could adversely affect our stockholders' equity, total comprehensive income and/or cash flows.

**Our variable rate indebtedness subjects us to interest rate risk, which could cause our debt service obligations to increase significantly**

The interest rates under our trust preferred securities are adjusted quarterly using LIBOR. On July 27, 2017, the Financial Conduct Authority (the authority that regulates LIBOR) announced that it intends to stop compelling banks to submit rates for the calculation of LIBOR after 2021 and it is unclear whether new methods of calculating LIBOR will be established. If LIBOR is unavailable on an interest calculation date, the trustee is authorized to calculate the interest rate on the basis of quotations from certain major banks in London or New York.  If the trustee is unable to determine an interest rate in this manner, the immediately preceding interest rate remains in effect. It is not possible to predict the effect of these changes. To the extent these interest rates increase, our interest expense will increase, which could adversely affect our financial condition, operating results and cash flows.

**We rely on independent agents and specialty brokers to market our products and their failure to do so would have a material adverse effect on our results of operations.**

We market and distribute our insurance products exclusively through independent insurance agents and specialty insurance brokers. As a result, our business depends in large part on the marketing efforts of these agents and brokers and on our ability to offer insurance products and services that meet the requirements of the agents, the brokers and their customers. However, these agents and brokers are not obligated to sell or promote our products and many sell or promote competitors' insurance products in addition to our products. Some of our competitors have higher financial strength ratings, offer a larger variety of products, set lower prices for insurance coverage and/or offer higher commissions than we do. Therefore, we may not be able to continue to attract and retain independent agents and brokers to sell our insurance products. The failure or inability of independent agents and brokers to market our insurance products successfully could have a material adverse impact on our business, financial condition and results of operations.

**We may experience difficulty in integrating acquisitions into our operations.**

The successful integration of any newly acquired business into our operations will require, among other things, the retention and assimilation of their key management, sales and other personnel; the coordination of their lines of insurance products and services; the adaptation of their technology, information systems and other processes; and the retention and transition of their customers. Unexpected difficulties in integrating any acquisition could result in increased expenses and the diversion of management time and resources. If we do not successfully integrate any acquired business into our operations, we may not realize the anticipated benefits of the acquisition, which could have a material adverse impact on our financial condition and results of operations. Further, any potential acquisition may require significant capital outlay and, if we issue equity or convertible debt securities to pay for an acquisition, the issuance may be dilutive to our existing stockholders.

**Our internal controls over financial reporting are not fail-safe.**

We continually enhance our operating procedures and internal controls over financial reporting (ICFR) to effectively support our business and comply with our regulatory and financial reporting requirements. As a result of the inherent limitations in all control systems, no system of controls can provide absolute assurance that all control objectives have been or will be met, and that every instance of error or fraud has been or will be detected. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. These inherent limitations include the realities that judgments in decision-making can be faulty and that

28

breakdowns can occur because of simple error or mistake. Additionally, controls can be circumvented by individual acts or by collusion of two or more persons. The design of any system of controls is based in part upon assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. ICFR may also become inadequate because of changes in conditions, or the degree of compliance with policies or procedures may deteriorate. Further, the design of a control system must reflect resource constraints, and the benefits of controls must be considered relative to their costs. As a result of the inherent limitations in a cost-effective control system, misstatement due to error or fraud may occur and not be detected. Accordingly, our ICFR and procedures are designed to provide reasonable, not absolute, assurance that the control objectives are met.

**Our geographic concentration ties our performance to the business, economic and regulatory conditions of certain states.**

The following states accounted for approximately 52% of our gross written premiums for 2019: Texas (29%), California (10%), Florida (5%) Arizona (5%) and Oklahoma (3%). Our revenues and profitability are subject to the prevailing regulatory, legal, economic, political, demographic, competitive, weather and other conditions in the principal states in which we do business. Changes in any of these conditions could make it less attractive for us to do business in such states and would have a more pronounced effect on us compared to companies that are more geographically diversified. In addition, our exposure to severe losses from localized natural perils, such as windstorms or hailstorms, is increased in those areas where we have written significant numbers of property/casualty insurance policies.

**The exclusions and limitations in our policies may not be enforceable.**

Many of the policies we issue include exclusions or other conditions that define and limit coverage, which exclusions and conditions are designed to manage our exposure to certain types of risks and expanding theories of legal liability. In addition, many of our policies limit the period during which a policyholder may bring a claim under the policy, which period in many cases is shorter than the statutory period under which these claims can be brought by our policyholders. While these exclusions and limitations help us assess and control our loss exposure, it is possible that a court or regulatory authority could nullify or void an exclusion or limitation, or legislation could be enacted modifying or barring the use of these exclusions and limitations. This could result in higher than anticipated losses and LAE by extending coverage beyond our underwriting intent or increasing the number or size of claims, which could have a material adverse effect on our operating results. In some instances, these changes may not become apparent until sometime after we have issued the insurance policies that are affected by the changes. As a result, the full extent of liability under our insurance contracts may not be known for many years after a policy is issued.

**We rely on our information technology and telecommunications systems and the failure or disruption of these systems could disrupt our operations and adversely affect our results of operations.**

Our business is highly dependent upon the successful and uninterrupted functioning of our information technology and telecommunications systems. We rely on these systems to perform accounting, policy administration, actuarial and other modeling functions necessary for underwriting business, as well as to process and make claims and other payments. Our systems could fail of their own accord or might be disrupted by factors such as natural disasters, power disruptions or surges, cybersecurity intrusions or terrorist attacks. Failure or disruption of these systems for any reason could interrupt our business and adversely affect our results of operations.

Cybersecurity risks in particular are evolving and include malicious software, unauthorized access to data and other electronic security breaches. We have not experienced successful cybersecurity attacks in the past and believe that we have adopted appropriate measures to mitigate potential risks to our information technology systems. However, the timing, nature and scope of cybersecurity attacks are difficult to predict and prevent. Therefore, we could be subject to operational delays, compromised confidential or proprietary information, destruction or corruption of data, manipulation or improper use of our systems and networks, financial losses from remedial actions and/or damage to our reputation from cybersecurity attacks. A cybersecurity attack on our information technology systems could disrupt our business and adversely affect our results of operations and financial position.

**Global climate change may have an adverse effect on our financial statements.**

Although uncertainty remains as to the nature and effect of greenhouse gas emissions, we could suffer losses if global climate change results in an increase in the frequency and severity of natural disasters. As with traditional natural disasters, claims arising from these incidents could increase our exposure to losses and have a material adverse impact on our business, results of operations, and/or financial condition.

**The COVID-19 pandemic could disrupt our business operations and materially adversely impact our results of operations and financial condition.**

On March 11, 2020, the World Health Organization declared the outbreak of novel coronavirus (COVID-19) as a pandemic, which continues to spread throughout the United States.  There have been mandates from federal, state, and local authorities requiring forced closures of non-essential business locations, including insurance carriers, brokers and agents. As a result, our corporate offices, and the offices of most of our agents and brokers, have been closed for a significant period.  While our management and most employees have continued to effectively work remotely, and our agents and brokers have continued to produce and service our insurance policies, an extended period of these restrictions could disrupt our business operations and the production of policies by our agents and brokers.  In addition, the adverse effect of COVID-19 on the national and global economy could result in reduced demand for our insurance products and services.

We do not write coverage for pandemics or specialty risks such as event cancellation, trip cancellation, trade credit or political risk, and our customer base is concentrated in small and medium sized enterprises with less exposure than larger organizations.  Although we expect to receive notice of property and liability losses related to COVID-19, we believe that most such claims will not be covered due to policy terms requiring occurrence of physical loss and/or specific exclusions contained in most applicable policies.  However, certain of our policies provide sublimits for business interruption due to communicable disease which do not require physical loss.  Further, the relevant exclusions from business interruption coverage are likely to be a target of litigation, and legislation could be enacted mandating retroactive coverage of business interruption claims stemming from COVID-19.  Similarly, exclusions from general liability policies covering the negligence or gross negligence of an insured could also be challenged. In addition, vacant or converted facilities (e.g., a hotel into emergency housing or a healthcare facility) could result in potential risk exposure that was not envisioned during underwriting.  Claims could also be made under our healthcare professional liability policies related to, among other things, negligent treatment of COVID-19 patients, failure to prevent spread of the disease within a facility and/or inadequate protection of healthcare workers.  Despite typical bodily injury exclusions, claims could also be asserted under our financial professional liability policies relating to issues such as employment practices, misrepresentations, incomplete disclosures, and/or other business practices in response to COVID-19.

We continue to monitor developments relating to the COVID-19 pandemic and implement measures intended to mitigate its impact on our business.  Nonetheless, our results of operations and financial condition could be materially adversely impacted by the COVID-10 pandemic.

**Item 1B. Unresolved Staff Comments.**

Not applicable.

**Item 2. Properties.**

Our corporate headquarters, our Commercial Accounts business unit and certain employees of our Specialty Commercial Segment are currently located at Two Lincoln Centre located at 5420 LBJ Freeway, Dallas, Texas. The leased premises consist of 47,172 square feet of office space ("Suite 1100") and approximately 3,000 square feet of storage space ("Suite 380").  The initial term of the lease commenced June 1, 2019 and expires May 31, 2032, and we have the right to renew the lease for up to ten years at market rental rates prevailing at the time of renewal.  The initial base rent for Suite 1100 of

$121,861 per month is waived for the first 12 months of the lease and the initial base rent for Suite 380 of $4,250 per month is waived for the first 48 months of the lease.

Certain employees of our Commercial Auto and E&S Casualty business units are presently located at 7550 IH-10 West, San Antonio, Texas. These leased premises consist of a 16,599 square foot office suite and 800 square feet of storage space. The rent is currently $35,523 per month pursuant to a lease that expires November 30, 2020.

Our Specialty Commercial Segment also maintains branch offices in the following locations:

| Location | Monthly Rent | Lease Expiration |
|---|---|---|
| Chicago, Illinois | $ 12,721 | June 30, 2020 |
| Atlanta, Georgia | $ 12,305 | November 30, 2026 |
| Jersey City, New Jersey | $ 5,230 | December 31, 2020 |

Our Specialty Personal Lines business unit is located at 6500 Pinecrest, Suite 100, Plano, Texas. The suite is located in a one story office building and contains 23,941 square feet of space. The rent is currently $30,525 per month pursuant to a lease that expires December 31, 2020.

Our Aerospace & Programs business unit, as well as certain employees of our Commercial Auto and E&S Casualty business units, were previously located at 13727 Noel Road, Dallas, Texas. These leased premises consist of 15,072 square feet of office space. The rent is currently $30,458 per month pursuant to a lease that expires November 30, 2022. We are currently seeking a sublease for this office space.

**Item 3. Legal Proceedings.**

On May 5, 2020, a lawsuit styled *Schulze v. Hallmark Financial Services, Inc.*, et. al (Case No. 3:20-cv-01130) was filed in the U.S. District Court for the Northern District of Texas, Dallas Division. The Company, its Chief Executive Officer and its Chief Financial Officer are named defendants in the lawsuit brought on behalf of a putative class of shareholders who acquired Hallmark securities between March 5, 2019 and March 17, 2020. In general, the complaint alleges that the defendants violated the Securities Exchange Act of 1934 by failing to disclose that (a) the Company lacked effective internal controls over financial reporting related to its reserves for unpaid losses, (b) the Company improperly accounted for reserves for unpaid losses, (c) the Company would be forced to report $63.8 million of prior year net adverse loss development, (d) the Company would exit the contract binding line of its commercial automobile primary insurance business, and (e) the defendants' positive statements about the Company's business, operations and prospects were materially misleading and/or lacked a reasonable basis. The court has not yet appointed a lead plaintiff, and defendants' responsive pleading is not yet due and has not been filed. The litigation is in its initial stages and we are unable to reasonably predict its potential outcome. The Company, however, believes that the lawsuit is without merit and intends to vigorously defend the claims. The Company's current policy is to expense legal costs as incurred. Historically, the Company has not carried director and officer liability insurance and does not currently hold such a policy.

We are engaged in various other legal proceedings that are routine in nature and incidental to our business. None of these proceedings, either individually or in the aggregate, are believed, in our opinion, likely to have a material adverse effect on our consolidated financial position or our results of operations.

**Item 4. Mine Safety Disclosures.**

Not applicable.

31

**PART II**

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities.**

**Market for Common Stock**

Our common stock is currently traded on the Nasdaq Global Market under the symbol "HALL." The following table shows the high and low sales prices of our common stock on the Nasdaq Global Market for each quarter since January 1, 2018.

| Period | High Sale | | Low Sale | |
|---|---|---|---|---|
| **Year Ended December 31, 2019:** | | | | |
| First quarter | $ | 10.96 | $ | 9.48 |
| Second quarter | | 14.99 | | 9.80 |
| Third quarter | | 20.30 | | 13.26 |
| Fourth quarter | | 20.13 | | 15.79 |
| | | | | |
| **Year Ended December 31, 2018:** | | | | |
| First quarter | $ | 10.70 | $ | 8.62 |
| Second quarter | | 10.54 | | 8.85 |
| Third quarter | | 11.31 | | 9.49 |
| Fourth quarter | | 11.58 | | 9.82 |

**Holders**

As of June 17, 2020, there were 4,843 shareholders of record of our common stock.

**Dividends**

Hallmark has never paid dividends on its common stock. Our board of directors intends to continue this policy for the foreseeable future in order to retain earnings for development of our business.

Hallmark is a holding company and a legal entity separate and distinct from its subsidiaries. As a holding company without significant operations of its own, Hallmark's principal sources of funds are dividends and management fees from its subsidiaries. State insurance laws limit the ability of our insurance company subsidiaries to pay dividends and require our insurance company subsidiaries to maintain specified minimum levels of statutory capital and surplus. Our ability to pay dividends may be further constrained by business and regulatory considerations, by our competitive position and by the amount of premiums that we can write. Without regulatory approval, the aggregate maximum amount of dividends that could be paid to Hallmark in 2020 by our insurance company subsidiaries is $15.8 million. Consequently, Hallmark's ability to pay cash dividends to our stockholders may be limited.

32

**Equity Compensation Plan Information**

The following table sets forth information regarding shares of our common stock authorized for issuance under our equity compensation plans as of December 31, 2019.

| Plan Category | Number of securities to be issued upon exercise of outstanding options, warrants and rights | Weighted-average exercise price of outstanding options, warrants and rights | Number of securities remaining available for future issuance under equity compensation plans [excluding securities reflected in column (a)](1) |
|---|---|---|---|
| | **(a)** | **(b)** | **(c)** |
| Equity compensation plans approved by security holders | 14,157 $ | 6.99 | 1,469,764 |
| Equity compensation plans not approved by security holders | — | — | — |
| Total | 14,157 $ | 6.99 | 1,469,764 |

(1) Securities remaining available for future issuance are net of a maximum of 530,236 shares of common stock issuable pursuant to outstanding restricted stock units, subject to applicable vesting requirements and performance criteria. See Note 14 to the audited consolidated financial statements included in this report.

**Issuer Repurchases**

Our stock buyback program initially announced on April 18, 2008, authorized the repurchase of up to 1,000,000 shares of our common stock in the open market or in privately negotiated transactions (the "Stock Repurchase Plan"). On January 24, 2011, we announced an increased authorization to repurchase up to an additional 3,000,000 shares. The Stock Repurchase Plan does not have an expiration date. We did not repurchase any shares of our common stock during the three months ended December 31, 2019.

**Item 6.  Selected Financial Data**

Not required for smaller reporting company.

33

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

*The following discussion should be read together with our consolidated financial statements and the notes thereto. This discussion contains forward-looking statements. Please see "Risks Associated with Forward-Looking Statements in this Form 10-K" for a discussion of some of the uncertainties, risks and assumptions associated with these statements.*

**Overview**

Hallmark is an insurance holding company which, through its subsidiaries, engages in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services. We pursue our business activities primarily through subsidiaries whose operations are organized into business units and are supported by our insurance carrier subsidiaries.

Our insurance activities are organized by business units into the following reportable segments:

- *Specialty Commercial Segment.* Our Specialty Commercial Segment includes our Commercial Auto business unit which offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit which offers primary and excess liability, excess public entity liability, and E&S package and garage liability insurance products and services; our E&S Property business unit which offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit which offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit which offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products were previously reported as the Contract Binding and Specialty Commercial operating units. This realignment did not impact our reportable segments.

- *Standard Commercial Segment.* Our Standard Commercial Segment includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit. Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

- *Personal Segment.* Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines business unit.

The retained premium produced by these reportable segments is supported by our American Hallmark Insurance Company of Texas, Hallmark Specialty Insurance Company, Hallmark Insurance Company, Hallmark National Insurance Company and Texas Builders Insurance Company insurance subsidiaries. In addition, control and management of Hallmark County Mutual is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 32% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 26% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

34

**Critical Accounting Estimates and Judgments**

Certain significant accounting policies requiring our estimates and judgments are discussed below. Such estimates and judgments are based on historical experience, changes in laws and regulations, observation of industry trends and information received from third parties. While the estimates and judgments associated with the application of these accounting policies may be affected by different assumptions or conditions, we believe the estimates and judgments associated with the reported consolidated financial statement amounts are appropriate in the circumstances. For additional discussion of our accounting policies, see Note 1 to the audited consolidated financial statements included in this report.

*Impairment of investments.* We complete a detailed analysis each quarter to assess whether any decline in the fair value of any debt investment below cost is deemed other-than-temporary. All debt securities with an unrealized loss are reviewed. We recognize an impairment loss when a debt investment's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments, and it is determined that the decline is other-than-temporary.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income.

Equity Investments: On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income each reporting period. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary-impairment.

*Fair values of financial instruments.* Accounting Standards Codification ("ASC") 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

- Level 1: quoted prices in active markets for identical assets;

- Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

- Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment,

the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common stock, preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use a third party pricing service to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing service and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third-party pricing sources.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

*Deferred policy acquisition costs.* Policy acquisition costs (mainly commission, premium taxes, underwriting and marketing expenses and ceding commissions) that vary with and are primarily related to the successful acquisition of new and renewal insurance contracts are deferred and charged to operations over periods in which the related premiums are earned. Ceding commissions from reinsurers, which include expense allowances, are deferred and recognized over the period premiums are earned for the underlying policies reinsured.

The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. A premium deficiency exists if the sum of expected claim costs and claim adjustment expenses, unamortized acquisition costs, and maintenance costs exceeds related unearned premiums and expected investment income on those unearned premiums, as computed on a product line basis. We routinely evaluate the realizability of deferred policy acquisition costs. At December 31, 2019 and 2018, there was no premium deficiency related to deferred policy acquisition costs.

*Goodwill.* Goodwill is tested for impairment at the reporting unit level (business unit or one level below a business unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our business units except for the E&S Casualty and Aerospace & Programs  business units for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2019 includes goodwill of acquired businesses of $44.7 million that is assigned to our business units as follows: Commercial Accounts business unit - $2.1 million; Commercial Auto business units - $21.3 million; E&S Casualty business unit - $6.3 million (comprised of $2.6 million for the primary/excess liability and public entity component and $3.7 million for the E&S package component); Aerospace & Programs business unit- $9.7 million (comprised entirely of the general aviation component); and Specialty Personal Lines business unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles - Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2019 and determined that there was no impairment at that time.

A significant amount of judgment is required in performing goodwill impairment tests. Such tests include estimating the fair value of our reporting units. As required by ASC 350, we compare the estimated fair value of each reporting unit with its carrying amount, including goodwill. Under ASC 350, fair value refers to the amount for which the entire reporting unit may be bought or sold.

36

The determination of fair value was based on an income approach utilizing discounted cash flows. The valuation methodology utilized is subject to key judgments and assumptions. Estimates of fair value are inherently uncertain and represent management's reasonable expectation regarding future developments. These estimates and the judgments and assumptions upon which the estimates are based will, in all likelihood, differ in some respects from actual future results. Declines in estimated fair value could result in goodwill impairments in future periods which could materially adversely affect our results of operations or financial position.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit is expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model include income projections, discount rates and terminal growth values. The income projections reflect an improved premium rate environment across most of our lines of business that continued throughout 2019. The income projections also include loss and LAE assumptions which reflect recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also include assumptions for expense growth and investment yields which are based on business plans for each of our business units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

The fair values of each of our business units were in excess of their respective carrying values, including goodwill, as a result of our annual test for impairment during the fourth quarter 2019. However, a 36% decline in the fair value of our Commercial Accounts business unit, a 35% decline in the fair value of our Commercial Auto business unit, a 73% decline in the primary/excess liability and public entity component, a 60% decline in the E&S package and garage liability component, a 26% decline in our general aviation and satellite component, or a 38% decline in the fair value of our Specialty Personal Lines business unit would have caused the carrying value of the respective reporting unit to be in excess of its fair value, resulting in the need to perform the second step of impairment testing prescribed by ASC 350, which could have resulted in an impairment to our goodwill.

While we believe the estimates and assumptions used in determining the fair value of our business units were reasonable, actual results could vary materially. If our actual results are not consistent with our estimates and assumptions used to calculate fair value, we may be required to perform the second step of impairment testing prescribed by ASC 350 in future periods and impairment of goodwill could result. We cannot predict future events that might impact the fair value of our business units and goodwill impairment. Such events include, but are not limited to, increased competition in insurance markets, global economic changes and significant declines in our market capitalization.

***Deferred income tax assets and liabilities.*** We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes. A valuation allowance is provided against our deferred tax assets to the extent that we do not believe it is more likely than not that future taxable income will be adequate to realize these future tax benefits.

***Reserves for unpaid losses and LAE.*** Reserves for unpaid losses and LAE are established for claims that have already been incurred by the policyholder but which we have not yet paid. Unpaid losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through each balance sheet date. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These reserves are revised periodically and are subject to the effects of trends in loss severity and frequency. (See "Item 1. Business – Analysis of Losses and LAE" and Note 6 to the audited consolidated financial statements included in this report.)

APP. 1106

Although considerable variability is inherent in such estimates, we believe that our reserves for unpaid losses and LAE are adequate. Due to the inherent uncertainty in estimating unpaid losses and LAE, the actual ultimate amounts may differ from the recorded amounts. A small percentage change could result in a material effect on reported earnings. For example, a 1% change in December 31, 2019 reserves for unpaid losses and LAE would have produced a $6.2 million change to pretax earnings. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Our actuaries estimate claim liabilities by considering a variety of reserving methods, each of which reflects a level of uncertainty.  The estimated range derived from the various methods is used to assess the reasonableness of management's estimates. There is no exclusive method for determining this range, and judgment enters into the process. The primary actuarial technique utilized is a loss development analysis in which ultimate losses are projected based upon historical development patterns. The primary assumption underlying this loss development analysis is that the historical development patterns will be a reasonable predictor of the future development of losses for accident years which are less mature. An alternate actuarial technique, known as the Bornhuetter-Ferguson method, combines an analysis of loss development patterns with an initial estimate of expected losses or loss ratios. This approach is most useful for recent accident years. In addition to assuming the stability of loss development patterns, this technique is heavily dependent on the accuracy of the initial estimate of expected losses or loss ratios. Consequently, the Bornhuetter-Ferguson method is primarily used to confirm the results derived from the loss development analysis.

The range of unpaid losses and LAE estimated by our actuary as of December 31, 2019 was $539.2 million to $767.0 million. Our best estimate of unpaid losses and LAE as of December 31, 2019 is $620.4 million. Our carried reserve for unpaid losses and LAE as of December 31, 2019 is comprised of $300.8 million in case reserves and $319.6 million in incurred but not reported reserves. In setting this estimate of unpaid losses and LAE, we have assumed, among other things, that current trends in loss frequency and severity will continue and that the actuarial analysis was empirically valid. We have established a best estimate of unpaid losses and LAE which is $32.7 million below the midpoint, or 80.9% of the high end, of the actuarial range at December 31, 2019 as compared to $44.6 million above the midpoint, or 97.8% of the high end, of the actuarial range at December 31, 2018. We expect our best estimate to move within the actuarial range from year to year due to changes in our operations and changes within the marketplace. Due to the inherent uncertainty in reserve estimates, there can be no assurance that the actual losses ultimately experienced will fall within the actuarial range. However, because of the breadth of the actuarial range, we believe that it is reasonably likely that actual losses fall within such range.

Our reserve requirements are also interrelated with product pricing and profitability. We must price our products at a level sufficient to fund our policyholder benefits and still remain profitable. Because claim expenses represent the single largest category of our expenses, inaccuracies in the assumptions used to estimate the amount of such benefits can result in our failing to price our products appropriately and to generate sufficient premiums to fund our operations.

### Results of Operations

### Comparison of Years ended December 31, 2019 and December 31, 2018

**Management overview.** During fiscal 2019, our total revenues were $486.4 million, which was $107.1 million more than the $379.3  million in total revenues for fiscal 2018. During the year ended December 31, 2019, we reported net loss before tax of $1.0 million as compared to a net income before tax of $12.8 million during the same period of 2018.

This increase in revenue was largely due to a $73.8 million increase in net premiums earned during the year ended December 31, 2019 as compared to the same period of 2018.  In addition, the increase in revenue for the year ended December 31, 2019 was impacted by investment gains of $20.6 million as compared to investment losses of $10.2 million during the same period of 2018. Higher finance charges and investment income also contributed to the increase in revenue, partially offset by lower commission and fees and other income during the year ended December 31, 2019 as compared to the same period of 2018.

38

The increase in revenue for the year ended December 31, 2019 was partially offset by increased losses and LAE of $106.1 million, higher operating expenses of $13.9 million and increased interest expense of $0.9 million as compared to the same period of 2018. The increase in losses and LAE was primarily the result of unfavorable net prior year loss reserve development of $60.9 million for the year ended December 31, 2019 as compared to $6.0 million of unfavorable net prior year loss reserve development for the year ended December 31, 2018, as well as higher net premiums earned. The increase in operating expenses was primarily due to increased production related expenses primarily attributable to higher net premiums earned, as well as higher salary and related expenses, professional service fees, occupancy and related and other operating expenses during the year ended December 31, 2019 as compared to the same period during 2018. The increase in interest expense was primarily the net result of the issuance of $50.0 million of senior unsecured notes during the third quarter of 2019 and the concurrent repayment of $30.0 million outstanding under a revolving credit facility. (See below under, "–Liquidity and Capital Resources-Senior Unsecured Notes" and "–Liquidity and Capital Resources-Frost Credit Facilities.")

We reported a net loss of $0.6 million for the year ended December 31, 2019, as compared to net income of $10.3 million for the year ended December 31, 2018. On a diluted per share basis, net loss was ($0.03) per share for fiscal 2019 as compared to net income of $0.57 per share for fiscal 2018. Our effective tax rate was 39% for the year ended December 31, 2019 as compared to 19% for the same period in 2018. The increase in the effective tax rate for the year ended December 31, 2019 was due in large part to the affect of tax exempt income.

### Segment information

The following is additional business segment information for the years ended December 31, 2019 and 2018 (in thousands):

| | Year Ended December 31, | | | | | | | | | |
| | Specialty Commercial Segment | | Standard Commercial Segment | | Personal Segment | | Corporate | | Consolidated | |
| | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross premiums written | $ 651,913 | $ 501,806 | $ 92,645 | $ 86,121 | $ 99,273 | $ 75,088 | $ — | $ — | $ 843,831 | $ 663,015 |
| Ceded premiums written | (301,866) | (250,075) | (29,753) | (16,899) | (15,660) | (32,243) | — | — | (347,279) | (299,217) |
| Net premiums written | 350,047 | 251,731 | 62,892 | 69,222 | 83,613 | 42,845 | — | — | 496,552 | 363,798 |
| Change in unearned premiums | (57,459) | 6,455 | 1,078 | 3,099 | (3,294) | (10,265) | — | — | (59,675) | (711) |
| Net premiums earned | 292,588 | 258,186 | 63,970 | 72,321 | 80,319 | 32,580 | — | — | 436,877 | 363,087 |
| Total revenues | 309,619 | 280,283 | 68,179 | 76,548 | 88,225 | 38,623 | 20,348 | (16,186) | 486,371 | 379,268 |
| Losses and loss adjustment expenses | 248,781 | 194,268 | 50,036 | 39,396 | 63,348 | 22,364 | — | — | 362,165 | 256,028 |
| Pre-tax (loss) income | (1,371) | 28,780 | (841) | 13,090 | 427 | 3,061 | 753 | (32,128) | (1,032) | 12,803 |
| Net loss ratio (1) | 85.0 % | 75.2 % | 78.2 % | 54.5 % | 78.9 % | 68.6 % | | | 82.9 % | 70.5 % |
| Net expense ratio (1) | 21.8 % | 22.6 % | 30.0 % | 33.5 % | 22.7 % | 26.3 % | | | 25.1 % | 26.6 % |
| Net combined ratio (1) | 106.8 % | 97.8 % | 108.2 % | 88.0 % | 101.6 % | 94.9 % | | | 108.0 % | 97.1 % |
| Net Favorable (Unfavorable) Prior Year Development | (60,138) | (16,457) | (726) | 8,993 | (36) | 1,511 | | | (60,900) | (5,953) |

1   The net loss ratio is calculated as incurred losses and LAE divided by net premiums earned, each determined in accordance with GAAP. The net expense ratio is calculated as total underwriting expenses offset by agency fee income divided by net premiums earned, each determined in accordance with GAAP. Net combined ratio is calculated as the sum of the net loss ratio and the net expense ratio.

### Specialty Commercial Segment.

Gross premiums written for the Specialty Commercial Segment were $651.9 million for the year ended December 31, 2019, which was $150.1 million, or 30%, more than the $501.8 million reported for the same period in 2018. Net premiums written were $350.0 million for the year ended December 31, 2019 as compared to $251.7 million for the same period of 2018. The increase in gross and net premiums written was the result of increased premium production reflected in each of the business units comprising our Specialty Commercial Segment.

39

The $309.6 million of total revenue for the year ended December 31, 2019 was $29.3 million higher than the $280.3 million reported for 2018. This increase in revenue was primarily due to higher net premiums earned of $34.4 million due to higher net earned premium in our Professional Liability, E&S Property, E&S Casualty and Aerospace & Programs business units, partially offset by lower net earned premium in our Commercial Auto business unit. This increase in net premiums earned was partially offset by lower net investment income of $3.5 million and lower commission and fees of $1.6 million for the year ended December 31, 2019 as compared to the same period of 2018.

Pre-tax loss for the Specialty Commercial Segment was $1.4 million for the year ended December 31, 2019 as compared to pre tax income of $28.8 million reported for the same period in 2018. The pre-tax loss was primarily due to higher loss and LAE of $54.5 million and higher operating expense of $5.0 million, partially offset by the increased revenue discussed above.

Our Specialty Commercial Segment reported a $54.5 million increase in losses and LAE which consisted of (a) a $22.5 million increase in losses and LAE in our Commercial Auto business unit due largely to $47.4 million of unfavorable prior year net loss reserve development recognized during the year ended December 31, 2019 as compared to $18.1 million of unfavorable prior year net loss reserve development during the same period of 2018, partially offset by lower current accident year loss trends and lower net earned premiums, (b) a $22.9 million increase in losses and LAE in our E&S Casualty business unit due primarily to $13.6 million of unfavorable prior year net loss reserve development during the year ended December 31, 2019 as compared to $5.2 million of favorable prior year net loss reserve development during the same period of 2018, as well as higher net earned premiums, (c) a $1.0 million decrease in losses and LAE in our E&S Property business unit due primarily to $0.3 million of net favorable prior year loss reserve development during the year ended December 31, 2019 as compared to $0.8 million of unfavorable prior year net loss reserve development during the same period of 2018, (d) a $9.0 million increase in losses and LAE attributable to our Professional Liability business unit due primarily to increased net premiums earned, partially offset by $0.7 million of net favorable prior loss reserve development during the year ended December 31, 2019 as compared to $1.5 million of net unfavorable prior year loss reserve development during the same period of 2018 as well as lower current accident year loss trends, and (e) a $1.1 million increase in losses and LAE in our Aerospace & Programs business unit due primarily to higher current accident year loss trends as well as higher net premiums earned, partially offset by $0.1 million of net unfavorable prior year loss reserve development during the year ended December 31, 2019 as compared to $1.3 million of net unfavorable prior year loss reserve development during the same period of 2018.

The Specialty Commercial Segment reported a net loss ratio of 85.0% for the year ended December 31, 2019 as compared to 75.2% for the same period during 2018. The gross loss ratio before reinsurance was 75.9% for the year ended December 31, 2019 as compared to 73.4% for the same period in 2018. The increase in the gross and net loss ratios was primarily due to higher unfavorable prior year net loss reserve development, partially offset by lower catastrophe losses. The Specialty Commercial Segment reported $60.1 million of unfavorable prior year net loss reserve development for the year ended December 31, 2019 as compared to unfavorable prior year net loss reserve development of $16.5 million for the same period of 2018. During the year ended December 31, 2019 the Specialty Commercial Segment reported $2.3 million of net catastrophe losses as compared to $6.0 million during the same period of 2018. The Specialty Commercial Segment reported a net expense ratio of 21.8% for the year ended December 31, 2019 as compared to 22.6% for the same period of 2018. The decrease in the expense ratio was due predominately to increased ceding commissions in our Commercial Auto business unit.

***Standard Commercial Segment.***

Gross premiums written for the Standard Commercial Segment were $92.6 million for the year ended December 31, 2019, which was $6.5 million, or 8%, more than the $86.1 million reported for the same period in 2018. The increase in gross premiums written was due to higher premium production in our Commercial Accounts business unit. Net premiums written were $62.9 million for the year ended December 31, 2019 as compared to $69.2 million for the same period in 2018. The decrease in net premiums written was due to increased ceded premium under a quota share reinsurance agreement entered into during the fourth quarter of 2018 on the casualty lines of business produced by the Commercial Accounts business unit.

Total revenue for the Standard Commercial Segment of $68.2 million for the year ended December 31, 2019, was $8.4 million, or 11%, less than the $76.6 million reported for the same period in 2018. This decrease in total revenue was due to lower net premiums earned of $8.3 million, due primarily to the quota share reinsurance agreement entered into during the fourth quarter of 2018, and lower commission and fees of $0.2 million, partially offset by higher net investment income of $0.1 million during the year ended December 31, 2019 as compared to the same period during 2018.

Our Standard Commercial Segment reported a pre-tax loss of $0.8 million for the year ended December 31, 2019 as compared to pre-tax income of $13.1 million for the same period of 2018. The pre-tax loss was the result of higher losses and LAE of $10.6 million and the lower revenue discussed above, partially offset by lower operating expenses of $5.1 million. Reduced operating expenses were largely the result of lower production related expenses of $5.2 million due to increased ceding commission primarily from the reinsurance contract entered into during the fourth quarter of 2018 and lower salary and related expenses of $0.3 million, partially offset by higher professional service fees and other general expenses of $0.4 million.

The Standard Commercial Segment reported a net loss ratio of 78.2% for the year ended December 31, 2019 as compared to 54.5% for the same period of 2018. The gross loss ratio before reinsurance for the year ended December 31, 2019 was 74.0% as compared to the 61.9% reported for the same period of 2018. The increase in the gross and net loss ratios was due to higher current net accident year loss trends and unfavorable prior year reserve development. During the year ended December 31, 2019, the Standard Commercial Segment reported unfavorable net loss reserve development of $0.7 million as compared to favorable net loss reserve development of $9.0 million during the same period of 2018. The Standard Commercial Segment reported $1.5 million of net catastrophe losses during the year ended December 31, 2019 as compared to $3.3 million of net catastrophe losses during the same period of 2018. The Standard Commercial Segment reported a net expense ratio of 30.0% for the year ended December 31, 2019 as compared to 33.5% for the same period of 2018. The decrease in the expense ratio was primarily due to the impact of increased ceding commissions in our Commercial Accounts business unit.

### Personal Segment.

Gross premiums written for the Personal Segment were $99.3 million for the year ended December 31, 2019 as compared to $75.1 million for the same period in the prior year. Net premiums written for our Personal Segment were $83.6 million for the year ended December 31, 2019, which was an increase of $40.8 million from the $42.8 million reported for the same period in 2018. The increase in gross written premiums was primarily due to higher premium production in our current geographical footprint. The increase in net written premiums was due to increased production as well as increased retention of business effective October 1, 2018.

Total revenue for the Personal Segment was $88.2 million for the year ended December 31, 2019 as compared to $38.6 million for the same period in 2018. The increase in revenue was due to an increase in net premiums earned of $47.7 million and increased finance charges of $1.9 million during the year ended December 31, 2019 as compared to the same period during 2018.

Pre-tax income for the Personal Segment was $0.4 million for the year ended December 31, 2019 as compared to pre-tax income of $3.1 million for the same period of 2018. The decrease in pre-tax income was primarily the result of the increased losses and LAE of $41.0 million and increased operating expenses of $11.3 million, partially offset by the increased revenue discussed above for the year ended December 31, 2019 as compared to the same period during 2018.

The Personal Segment reported a net loss ratio of 78.9% for the year ended December 31, 2019 as compared to 68.6% for the same period of 2018. The gross loss ratio before reinsurance was 81.1% for the year ended December 31, 2019 as compared to 66.7% for the same period in 2018. The higher gross loss ratio was primarily the result of higher current accident year loss trends. The higher net loss ratio was primarily the result of higher gross current accident year loss trends, including net catastrophe losses of $1.5 million as compared to $48 thousand for the prior year, and a small unfavorable prior year net loss reserve development as compared to $1.5 million favorable prior year net loss reserve development in 2018, partially offset by a higher ceded loss ratio. The Personal Segment reported a net expense ratio of 22.7% for the year ended December 31, 2019 as compared to 26.3% for the same period of 2018. The decrease in the expense ratio was

due predominately to higher net premiums earned and higher finance charges, partially offset by higher production related expenses due to increased retention of business effective October 1, 2018.

**Corporate.**

Total revenue for Corporate increased by $36.5 million for the year ended December 31, 2019 as compared to the same period the prior year. This increase in total revenue was due predominately to investment gains of $20.6 million during the year ended December 31, 2019 as compared to investment losses of $10.2 million reported for the same period of 2018, as well as higher net investment income of $5.7 million for the year ended December 31, 2019 as compared to the same period during 2018.

Corporate pre-tax income was $0.8 million for the year ended December 31, 2019 as compared to a pre-tax loss of $32.1 million for the same period of 2018. The pre-tax income was primarily due to the higher revenue discussed above, partially offset by higher operating expenses of $2.7 million, primarily as a result of increased salary and related expenses,  professional services and other general expenses, and higher interest expense of $0.9 million.

**Liquidity and Capital Resources**

*Sources and Uses of Funds*

Our sources of funds are from insurance-related operations, financing activities and investing activities. Major sources of funds from operations include premiums collected (net of policy cancellations and premiums ceded), commissions and processing and service fees. As a holding company, Hallmark is dependent on dividend payments and management fees from its subsidiaries to meet operating expenses and debt obligations. As of December 31, 2019, we had $19.0 million in unrestricted cash and cash equivalents, including $12.5 million held in premium and claim trust accounts, as well as $1.0 million in debt securities, at the holding company and our non-insurance subsidiaries. As of that date, our insurance subsidiaries held $34.3 million of unrestricted cash and cash equivalents as well as $573.3 million in debt securities with an average modified duration of 1.5 years. Accordingly, we do not anticipate selling long-term debt instruments to meet any liquidity needs.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2020, the aggregate ordinary dividend capacity of these subsidiaries is $22.6 million, of which $15.8 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2019 and 2018 our insurance company subsidiaries paid $15.5 million and $5.5 million, respectively, in dividends to Hallmark.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. During 2019 and 2018 our insurance subsidiaries did not pay management fees to Hallmark or our non-insurance company subsidiaries.

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2019, our insurance company subsidiaries reported statutory capital and surplus of $254.7 million, substantially greater than the minimum requirements for each state. Each of our insurance company subsidiaries is also required to satisfy certain risk-based capital requirements. (See, "Item 1. Business – Insurance Regulation – Risk-based Capital Requirements.")  As of December 31, 2019, the adjusted capital under the risk-based capital calculation of

42

each of our insurance company subsidiaries substantially exceeded the minimum requirements. Our total statutory net premium-to-surplus percentage for the years ended December 31, 2019 and 2018 was 195% and 147%, respectively.

### *Comparison of December 31, 2019 to December 31, 2018*

On a consolidated basis, our cash and investments, excluding restricted cash and investments, at December 31, 2019 were $729.0 million compared to $663.5 million at December 31, 2018. The primary reasons for this increase in unrestricted cash and investments were cash provided by operations, proceeds from our senior unsecured note offering, increases in investment fair values and proceeds from the exercise of employee stock options, partially offset by the repayment of the principal balance and accrued interest on our revolving credit facility, net purchases of fixed assets, and repurchases of common stock.

### *Comparison of Years Ended December 31, 2019 and December 31, 2018*

Net cash provided by our consolidated operating activities was $27.7 million for the year ended December 31, 2019 compared to net cash flow used in operations of $32.9 million for the year ended December 31, 2018.  The cash flow provided by operations during 2019 was driven by an increase in collected net premiums, higher collected investment income and higher collected finance charges. These increases in operating cash flow were partially offset by increased paid operating expense, increased federal income taxes paid and higher net paid claims during the year ended December 31, 2019 as compared to the same period the prior year.

Net cash used in investing activities during the year ended December 31, 2019 was $32.4 million as compared to net cash provided by investing activities of $7.3 million for the prior year. The cash used in investing activities during the year ended December 31, 2019 was primarily comprised of an increase of $37.1 million in purchases of debt and equity securities, a decrease of $0.5 million in maturities, sales and redemptions of investment securities and a $2.1 million increase in purchases of fixed assets.

Net cash provided by financing activities during the year ended December 31, 2019 was $19.2 million as a result of net proceeds from our senior unsecured note offering of $49.0 million and proceeds from the exercise of employee stock options of $1.5 million, partially offset by the $30.0 million repayment of the principal balance on our revolving credit facility and $1.3 million in repurchases of our common stock. Net cash used in financing activities during the year ended December 31, 2018 was $1.6 million as a result of $1.8 million related to the repurchase of our common stock, partially offset by $0.2 million related to proceeds from the exercise of employee stock options.

### *Revolving Credit Facilities*

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended, provided a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bore interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We paid an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  On August 19, 2019, we terminated Facility A.

The Second Restated Credit Agreement with Frost also provided a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We used Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC.  We paid a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B.  Facility B bore interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election.  On August 19, 2019, we repaid the $30.0 million principal balance and accrued interest on Facility B.  Upon such repayment, we terminated Facility B.

### *Subordinated Debt Securities*

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities

are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I. On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

Each trust pays dividends on its preferred securities at the same rate each quarter as interest is paid on the junior subordinated debt securities. Under the terms of the trust subordinated debt securities, we pay interest only each quarter and the principal of each note at maturity. The subordinated debt securities of each trust are uncollateralized and do not require maintenance of minimum financial covenants.

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

|  | Hallmark Statutory Trust I | | Hallmark Statutory Trust II | |
|---|---|---|---|---|
| Issue date | | June 21, 2005 | | August 23, 2007 |
| Principal amount of trust preferred securities | $ | 30,000 | $ | 25,000 |
| Principal amount of junior subordinated debt securities | $ | 30,928 | $ | 25,774 |
| Maturity date of junior subordinated debt securities | | June 15, 2035 | | September 15, 2037 |
| Trust common stock | $ | 928 | $ | 774 |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | | Three Month LIBOR + 2.90% |
| Current interest rate at December 31, 2019 | | 5.14% | | 4.79% |

*Senior Unsecured Notes*

On August 19, 2019, Hallmark issued $50.0 million of senior unsecured notes ("Notes") due August 15, 2029. Interest on the Notes accrues at the rate of 6.25% per annum and is payable semi-annually in arrears commencing February 15, 2020. The Notes are not obligations of or guaranteed by any of Hallmark's subsidiaries and are not subject to any sinking fund requirements. At Hallmark's option, the Notes are redeemable, in whole or in part, prior to the stated maturity subject to certain provisions intended to make the holders of the Notes whole on scheduled interest and principal payments. The indenture governing the Notes contains certain covenants which, among other things, restrict Hallmark's ability to incur additional indebtedness, make certain payments, create liens on the stock of certain subsidiaries, dispose of certain assets, or merge or consolidate with other entities. As of December 31, 2019, Hallmark was in compliance with all of these covenants.

**Effects of Inflation**

We do not believe that inflation has a material effect on our results of operations, except for the effect that inflation may have on interest rates and claim costs. The effects of inflation are considered in pricing and estimating reserves for unpaid losses and LAE. The actual effects of inflation on results of operations are not known until claims are ultimately settled. In addition to general price inflation, we are exposed to the upward trend in the judicial awards for damages. We attempt to mitigate the effects of inflation in the pricing of policies and establishing reserves for losses and LAE.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk.**

Not required for smaller reporting company.

44

**Item 8. Financial Statements and Supplementary Data.**

The following consolidated financial statements of Hallmark and its subsidiaries are filed as part of this report.

| Description | Page Number |
| --- | --- |
| Reports of Independent Registered Public Accounting Firms | F-2 |
| Consolidated Balance Sheets at December 31, 2019 and 2018 | F-4 |
| Consolidated Statements of Operations for the Years Ended December 31, 2019 and 2018 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2019 and 2018 | F-6 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2019 and 2018 | F-7 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2019 and 2018 | F-8 |
| Notes to Consolidated Financial Statements | F-9 |
| Financial Statement Schedules | F-52 |

45

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure.**

None.

**Item 9A. Controls and Procedures.**

**Evaluation of Disclosure Controls and Procedures**

The principal executive officer and principal financial officer of Hallmark have evaluated our disclosure controls and procedures and have concluded that, as of the end of the period covered by this report, such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under the Securities Exchange Act of 1934 is timely recorded, processed, summarized and reported. The principal executive officer and principal financial officer also concluded that such disclosure controls and procedures were effective in ensuring that information required to be disclosed by us in the reports that we file or submit under such Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure.

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate "internal control over financial reporting," as such phrase is defined in Exchange Act Rule 13a-15(f). Under the supervision and with the participation of management, including our Chief Executive Officer and Chief Financial Officer, an evaluation of the effectiveness of our internal control over financial reporting was conducted based upon the framework in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 Framework). Based upon that evaluation, management has concluded that our internal control over financial reporting was effective as of December 31, 2019.

Baker Tilly Virchow Krause, LLP, the independent registered public accounting firm that audited our consolidated financial statements as of December 31, 2019 included in this Annual Report on Form 10-K, has issued an attestation report on our internal control over financial reporting as of December 31, 2019. The Baker Tilly Virchow Krause, LLP attestation report, which expresses an unqualified opinion on the effectiveness of our internal control over financial reporting as of December 31, 2019, is included in this Item under the heading "Report of Independent Registered Public Accounting Firm."

**Item 9B. Other Information.**

None.

46

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance.**

**Directors and Executive Officers**

| Name | Age | Current Position(s) with the Company |
|------|-----|--------------------------------------|
| Mark E. Schwarz | 59 | Director and Executive Chairman |
| Scott T. Berlin | 50 | Director |
| James H. Graves | 71 | Director |
| Mark E. Pape | 69 | Director |
| Naveen Anand | 53 | President and Chief Executive Officer |
| Jeffrey R. Passmore | 52 | Senior Vice President, Chief Financial Officer and Secretary |

No director or executive officer has been selected on the basis of any special arrangement or understanding with any other person.  No director or executive officer bears any family relationship to any other executive officer or director of the Company.  Each director serves a term until the next annual meeting of shareholders. Each executive officer serves at the will of the board of directors of the Company (the "Board").

**Mark E. Schwarz** has served as a director of the Company since 2001 and was elected Executive Chairman in August, 2006.  He served as Chief Executive Officer of the Company from January, 2003 until August, 2006, and as President from November, 2003 through March, 2006.  Since 1993, Mr. Schwarz has indirectly controlled Newcastle Partners, L.P., a private investment firm.  Mr. Schwarz presently serves as Chairman of the boards of directors of Rave Restaurant Group, Inc., an operator and franchisor of pizza restaurants; and Wilhelmina International, Inc., a model management and talent representation company.  Within the past five years, Mr. Schwarz has served as a director of SL Industries, Inc., a developer of power systems used in a variety of aerospace, computer, datacom, industrial, medical, telecom, transportation and utility equipment applications.  He also serves as a director of various privately held companies. The Board believes that Mr. Schwarz should serve as a director of the Company due to his extensive business and investment expertise, broad director experience and significant direct and indirect shareholdings in the Company.  (See, "Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.")

**Scott T. Berlin** has served as a director of the Company since 2001.  Since June, 2017, he has served as the President of Mason Structural Steel, LLC, a fabricator of structural steel and distributor of building products.  From 2016 to 2017, he was the Director of Business Development of Ullman Oil Company, LLC, a supplier of heating oil, commercial fuels, industrial lubricants, greases and coolants.  During portions of 2015, Mr. Berlin served in a financial restructuring role as President of JC Fodale Energy Services, LLC, an oilfield services company.  Subsequently, in February 2016, JC Fodale Energy Services, LLC filed a voluntary petition for liquidation under Chapter 7 of the United States Bankruptcy Code.  From 1997 to 2015, he was a Managing Director and principal of Brown, Gibbons, Lang & Company, an investment banking firm serving middle market companies, where he focused on the corporate finance and mergers/acquisitions practice.  Prior to joining Brown, Gibbons, Lang & Company, Mr. Berlin was a lending officer in the Middle Market Group at The Northern Company.  The Board believes that Mr. Berlin should serve as a director of the Company due to his general background in investment banking and his particular experience in advising public and private companies and their boards in merger, acquisition and financing transactions.

47

**James H. Graves** has served as a director of the Company since 1995.  He has been a Partner of Erwin, Graves & Jones, LP, a management consulting firm, since 2002.  He has also served as Chairman and a director of Medaxion, Inc., a healthcare technology company providing real-time anesthesia intelligence solutions, since 2010; and as a director and partner of BankCap Partners, a private equity firm focused on the U.S. financial services sector, since 2006.  From 2002 until 2006, Mr. Graves was a director, Vice Chairman and Chief Operating Officer of Detwiler, Mitchell & Co., a securities research firm.  Prior to 2002, he served as a senior executive in Dean Witter Reynolds Investment Banking Division and as the Chief Operating Officer of J.C. Bradford & Company.  Mr. Graves also presently serves as a director of FirstCash, Inc., a leading operator of retail-based pawn stores; and Atlantic Capital Bancshares, Inc., a bank holding company.  Within the past five years, Mr. Graves has served as a director of Cash America International, Inc., a company operating pawn shops and jewelry stores which merged with FirstCash during 2016; and TriState Capital Holdings, Inc., a bank holding company.  The Board believes Mr. Graves should serve as a director due to his executive leadership and management experience in several businesses, including large corporations and businesses within the financial services industry, his over 30 years of experience analyzing financial statements, and his experience as a director of both private and public companies, including his service as chairman of the audit committee of another public company.

**Mark E. Pape** has served as a director of the Company since 2016.  He has served as the Chairman of the boards of directors of H2Options, Inc., a water conservation design/installation firm, since 2009, and U.S. Rain Group, Inc., a private equity company investing in water conservation opportunities, since 2013.  He is also currently a director and chairman of the audit committee of Wilhelmina International, Inc., a model management and talent representation company; and of Interface Special Holdings, Inc., a provider of bundled, managed internet protocol physical and network security services.  He served as the Chief Financial Officer of Oryon Technologies, Inc., a lighting technology company, from 2010 to 2014, and as a director from 2012 to January, 2014.  Oryon Technologies, Inc. filed a petition under Chapter 11 of the federal Bankruptcy Code in May 2014.  Mr. Pape served as a partner at Tatum LLC, an executive services firm, from 2008 to 2009. From 2005 to 2007, he served as Executive Vice President and Chief Financial Officer at Affirmative Insurance Holdings, Inc., a property/casualty insurance company specializing in non-standard automobile insurance, and served on its board of directors and audit committee from 2004 to 2005. Mr. Pape served as the Chief Financial Officer of HomeVestors of America, Inc., a franchisor of home acquisition services, during 2005; as President and Chief Executive Officer of R.E. Technologies, Inc., a provider of software tools to the housing industry, from 2002 to 2005; as Senior Vice President and Chief Financial Officer of LoanCity.com, a start-up e-commerce mortgage bank, from 1999 to 2001; as Vice President-Planning for Torchmark Corporation, a life/health insurance holding company, from 1998 to 1999; as Senior Vice President and Chief Financial Officer of United Dental Care, Inc., a dental benefits insurance company, from 1995 to 1997; and as Executive Vice President and Chief Financial Officer of American Income Holding, Inc., a life insurance company, from 1991 to 1994.  Previously, Mr. Pape was engaged in investment banking from 1979 to 1991 with First City National Bank of Houston, Merrill Lynch Capital Markets Group, the First Boston Corporation and then Bear, Stearns & Co.  He began his career in 1974 as an auditor with KPMG LLP.  He is a certified public accountant licensed in Texas. The Board believes that Mr. Pape should serve as a director due to his leadership and operational skills developed as a business executive, his background in finance and financial services, and his experience as a director of both private and public companies.

**Naveen Anand** became President and Chief Executive Officer of the Company in September, 2014.  Mr. Anand was an executive with Torus Insurance Holdings Limited from 2009 to 2013, serving first as the Global Chief Operating Officer for Torus Group before being promoted to Chief Executive Officer of Torus Americas.  Previously, Mr. Anand was employed by CNA Financial Corporation where he served as Vice President from 2002 to 2005, as Senior Vice President and President of the Central Region from 2005 to 2006, as Senior Vice President and President and Chief Underwriting Officer for Commercial Insurance from 2006 to 2009, and as Chairman and President of CNA Claim Plus from 2008 to 2009.  From 1988 to 2002, he was employed by Chubb Group of Insurance Companies where he began in the commercial underwriting department, was promoted to Regional Underwriting Manager in 1993, became Assistant Vice President for Commercial Lines in 1995, and rose to Vice President for Commercial Lines, New York Zone, in 1998.  Mr. Anand began his insurance career in 1987 as a trainee underwriter with St. Paul Insurance Companies.

**Jeffrey R. Passmore** was appointed Senior Vice President and Chief Financial Officer of the Company in April, 2019. He had previously served as Senior Vice President and Chief Accounting Officer of the Company since June, 2003, and as Vice President of Business Development since November, 2002.  Prior to joining the Company, Mr. Passmore had

48

since 2000 served as Vice President and Controller of Benfield Blanch, Inc. and its predecessor E.W. Blanch Holdings, Inc., a reinsurance intermediary.  From 1998 to 1999, he served E.W. Blanch Holdings, Inc. as Assistant Vice President of Financial Reporting.  From 1994 to 1998, he was a senior financial analyst with TIG Holdings, Inc., a property/casualty insurance holding company.  Mr. Passmore began his career as an accountant for Gulf Insurance Group from 1990 to 1993.  Mr. Passmore is a certified public accountant licensed in Texas.

**Compliance with Section 16(a) of the Exchange Act**

The Company's executive officers, directors and beneficial owners of more than 10% of the Company's common stock are required to file reports of ownership and changes in ownership of our common stock with the SEC.  Based solely upon information provided to the Company by individual directors, executive officers and beneficial owners, we believe that all such reports were timely filed during and with respect to the year ended December 31, 2019.

**Code of Ethics**

The Board has adopted a Code of Ethics applicable to all of the Company's employees, officers and directors.  The Code of Ethics covers compliance with law; fair and honest dealings with the Company, its competitors and others; full, fair and accurate disclosure to the public; and procedures for compliance with the Code of Ethics.  This Code of Ethics is posted on the Company's website at www.hallmarkgrp.com.

**Nominating Procedures**

No changes to the procedures by which security holders may recommend nominees to the Board have been implemented since the Company's disclosures in its Proxy Statement for the 2019 Annual Meeting of Shareholders.

**Audit Committee**

The Board has a separately-designated Audit Committee comprised of Scott T. Berlin, James H. Graves (Chairman) and Mark E. Pape.  The Board has determined that all members of the Audit Committee satisfy the current independence and experience requirements of Nasdaq and the SEC.  The Board has also determined that Mr. Graves satisfies the requirements for an "audit committee financial expert" under applicable rules of the SEC and has designated Mr. Graves as its "audit committee financial expert."  (For an overview of Mr. Graves' relevant experience, see *"Directors and Executive Officers"* above.)

**Item 11. Executive Compensation.**

**Summary Compensation Table**

The following table sets forth information for the fiscal years ended December 31, 2019 and 2018 concerning the compensation of the Chief Executive Officer, Chief Financial Officer and every other person who served as an executive officer of the Company at any time during 2019 (the "Named Executive Officers").

49

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($)[1] | All Other Compensation ($)[2] | Total ($) |
|---|---|---|---|---|---|---|
| Mark E. Schwarz Executive Chairman; Director | 2019 2018 | 195,000 195,000 | --- --- | --- --- | 19,799 15,893 | 214,799 210,893 |
| Naveen Anand President; Chief Executive Officer | 2019 2018 | 518,750 500,000 | 225,000 | 315,000 300,000 | 9,117 3,566 | 842,867 1,028,566 |
| Jeffrey R. Passmore Senior Vice President; Chief Financial Officer | 2019 2018 | 255,394 250,518 | 55,000 | 89,957 87,682 | 22,476 16,691 | 367,827 409,891 |

1    Reflects the fair value of restricted stock unit awards estimated on the date of grant based on the probable outcome of certain performance conditions.  Assumptions used in calculating the grant date fair value are included under Note 14 , "Share-based Payment Arrangements" in the Notes to Consolidated Financial Statements.  Assuming that the highest level of performance conditions will be achieved, the grant date fair value of the awards would be (i) $472,500 and $450,000 for Mr. Anand's 2019 and 2018 awards, respectively; and (ii) $134,936 and $131,523 for Mr. Passmore's 2019 and 2018 awards, respectively.

2    Represents the employee portion of life, disability and health insurance premiums paid by the Company and the Company's matching contributions to employee 401(k) accounts.

**Employment Agreements**

In connection with the grant of restricted stock units during 2015, the Company entered into a Confidentiality and Non-Solicitation Agreement with Messrs. Anand and Passmore pursuant to which severance is payable in an amount equal to at least six months of base salary in the event such executive officer is terminated from employment without cause.  The Company does not otherwise have employment agreements with any of its executive officers.

**Outstanding Equity Awards at 2019 Fiscal Year-End**

The following table sets forth information concerning all equity awards to the Named Executive Officers which were outstanding as of December 31, 2019, consisting of unexercised stock options and unvested restricted stock units granted under the Company's 2005 Long Term Incentive Plan and 2015 Long Term Incentive Plan.

50

APP. 1120

| Name | Option Awards | | | | Stock Awards | | |
|---|---|---|---|---|---|---|---|
| | Number of Securities Underlying Unexercised Options | | Option Exercise Price ($) | Option Expiration Date | Award Date[1] | Number of Unearned Shares Underlying Restricted Stock Units That Have Not Vested (#)[2] | Market Value of Unearned Shares Underlying Restricted Stock Units That Have Not Vested ($) [2] |
| | Exer-cisable (#) | Unexer-cisable (#) | | | | | |
| Mark E. Schwarz | 14,157 | --- | 6.99 | 12/30/2021 | --- | --- | --- |
| Naveen Anand | --- | --- | --- | --- | 09/24/2018 09/26/2019 | 13,800 8,702 | 242,466 152,894 |
| Jeffrey R. Passmore | --- | --- | --- | --- | 09/24/2018 09/16/2019 | 4,033 2,485 | 70,860 43,661 |

[1]    Restricted stock units awarded in 2018 and 2019 vest March 31, 2021 and 2022, respectively.

[2]    Based on achieving the threshold performance criteria and the closing market price of the Company's common stock of $17.57 on December 31, 2019.

**Compensation of Directors in 2019 Fiscal Year**

The Company's standard compensation arrangement for each non-employee director is currently a $30,000 annual retainer plus a fee of $1,500 for each Board meeting attended in person or telephonically and a fee of $750 for each committee meeting attended in person or telephonically.  The chairman of the Audit Committee also receives an additional $7,500 annual retainer.  No other cash compensation was paid to any non-employee director during 2019.  The Compensation Committee also periodically grants stock options to the directors of the Company.  However, no stock options were granted to any of the non-employee directors of the Company during 2019.

The following table sets forth information concerning the compensation of the non-employee directors of the Company for the fiscal year ended December 31, 2019.

| Name | Fees Earned or Paid in Cash ($) | Option Awards ($) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|
| Scott T. Berlin | $49,500 | ---[1] | --- | $49,500 |
| James H. Graves | $57,000 | ---[1] | --- | $57,000 |
| Mark E. Pape | $49,500 | --- | --- | $49,500 |

[1]    As of December 31, 2019, there were no exercisable options to purchase Common Stock outstanding to any non-employee directors.

51

APP. 1121

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The following table and the notes thereto set forth certain information regarding the beneficial ownership of the common stock of the Company as of June 15, 2020 by (i) each current executive officer and director of the Company, (ii) all current executive officers and directors of the Company as a group; and (iii) each other person known to the Company to own beneficially more than five percent of our presently outstanding common stock. Except as otherwise indicated, (a) the persons identified in the table have sole voting and dispositive power with respect to the shares shown as beneficially owned by them, (b) the mailing address for all persons is the same as that of the Company, and (c) the current directors and executive officers have not pledged any of such shares as security.

52

| Shareholder | No. of Shares Beneficially Owned | Percent of Class Beneficially Owned |
|---|---|---|
| Mark E. Schwarz[1,2] | 5,069,647 | 27.9 |
| Naveen Anand | 77,400 | * |
| Jeffrey R. Passmore | 7,000 | * |
| Scott T. Berlin | 15,250 | * |
| James H. Graves | 23,498 | * |
| Mark E. Pape | --- | --- |
| All current executive officers and directors, as a group (6 persons)[3] | 5,192,795 | 28.6 |
| Newcastle Partners, L.P.[4] | 3,730,432 | 20.6 |
| NCM Services, Inc.[5] | 949,702 | 5.2 |
| Dimensional Fund Advisors LP[6] | 1,522,758 | 8.4 |

\* Represents less than 1%.

[1] Mark E. Schwarz, is the sole trustee of the Schwarz 2012 Family Trust, which entity is the sole shareholder of NCM Services, Inc. ("NCMS"), which entity is the sole member of Newcastle Capital Group, L.L.C. ("NCG"), which entity is the sole general partner of Newcastle Capital Management, L.P. ("NCM"), which entity is the sole general partner of Newcastle Partners, L.P. ("Newcastle Fund"). As a result of these relationships, Mr. Schwarz has sole investment and voting control over the shares of common stock beneficially owned by NCMS, NCM and the Newcastle Fund. (See, Item 13. "Certain Relationships and Related Transactions, and Director Independence.")

[2] Includes 202,580 shares owned by Mr. Schwarz, 949,702 shares owned by NCMS, 172,776 shares owned by NCM and 3,730,432 shares owned by the Newcastle Fund. (See Note 1, above.) Also includes 14,157 shares which may be acquired by Mr. Schwarz pursuant to exercisable stock options.

[3] Includes 14,157 shares which may be acquired pursuant to exercisable stock options.

[4] Does not include shares directly owned by Mark E. Schwarz, NCMS or NCM. (See Note 1, above.)

[5] Does not include shares directly owned by Mark E. Schwarz, NCM or the Newcastle Fund. (See Note 1, above.)

[6] Per Schedule 13G/A filed February 12, 2020. Includes 58,146 shares over which Dimensional Fund Advisors LP has no voting power. The address of Dimensional Fund Advisors LP is Building One, 6300 Bee Cave Road, Austin, Texas 78746.

**Item 13. Certain Relationships and Related Transactions, and Director Independence.**

The Executive Chairman of the Company, Mark E. Schwarz, is the sole trustee of the Schwarz 2012 Family Trust, which entity is the sole shareholder of NCM Services, Inc. ("NCMS"), which entity is the sole member of Newcastle Capital Group, L.L.C. ("NCG"), which entity is the sole general partner of Newcastle Capital Management, L.P. ("NCM"), which entity is the sole general partner of Newcastle Partners, L.P. ("Newcastle Fund"). As a result of these relationships, Mr. Schwarz has sole investment and voting control over the shares of Common Stock beneficially owned by NCMS,

53

APP. 1123

NCM and the Newcastle Fund, which collectively are the largest holders of the Common Stock of the Company. (See, Item 12. "Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.")

Also as a result of these relationships, the Company, Mr. Schwarz, NCG, NCM and the Newcastle Fund may be deemed a "group" for purposes of Section 13(d)(3) of the Securities Exchange Act of 1934 with respect to their respective investments in Rave Restaurant Group, Inc., an operator and franchisor of pizza restaurants in which Mr. Schwarz serves as Chairman of the board of directors. The Company presently owns $346,200 principal amount of 4% Convertible Senior Notes due 2022 issued by Rave Restaurant Group, Inc. at par value in connection with a shareholder rights offering, which notes are convertible to common stock at the rate of $2.00 per share. The Company also presently owns an aggregate of 2,246,086 shares of the common stock of Rave Restaurant Group, Inc. which it acquired at an average price of $1.52 per share in the open market, in shareholder rights offerings and upon conversion of 4% Convertible Senior Notes due 2022. As a result, the Company currently beneficially owns approximately 15.8% of the total outstanding common stock of Rave Restaurant Group, Inc. The Company has no other financial transactions, arrangements or relationships with Rave Restaurant Group, Inc.

The Board has determined that all of the directors of the Company other than Mr. Schwarz meet the current independence requirements of The Nasdaq Stock Market ("Nasdaq"). The Board has further determined that all members of the Audit Committee, Nomination and Governance Committee and Compensation Committee of the Board satisfy all of the independence requirements of the SEC and Nasdaq applicable to such committees.

**Item 14. Principal Accountant Fees and Services.**

BDO USA, LLP ("BDO") served as the Company's independent registered public accounting firm for the fiscal year ending December 31, 2018 and was initially engaged in such capacity for the fiscal year ending December 31, 2019. On March 5, 2020, the Company dismissed BDO as its independent registered public accounting firm prior to completion of their audit of the financial statements of the Company for the fiscal year ended December 31, 2019. On March 12, 2020, the Company engaged Baker Tilly Virchow Krause, LLP ("BT") as its independent registered public accounting firm to audit the Company's financial statements for the year ended December 31, 2019, which had not been completed by BDO. The following table presents fees for professional services rendered by BT for the fiscal year ended December 31, 2019, and BDO for the fiscal year ended December 31, 2018.

|  | BT for<br>**Fiscal 2019** | BDO for<br>**Fiscal 2018** |
|---|---|---|
| Audit Fees[1] | $1,163,423 | $830,000 |
| Audit-Related Fees | --- | --- |
| Tax Fees | --- | --- |
| All Other Fees | --- | --- |

[1]    Reflects fees for audit services of the firm rendering an audit opinion for the indicated fiscal year, all or a portion of which fees were paid in the subsequent fiscal year. Does not include $1,620,875 in fees charged by BDO for 2019 audit services.

The current policy of the Audit Committee of the Company's board of directors is to review and approve all proposed audit and non-audit services prior to the engagement of independent registered public accountants to perform such services. Review and approval of such services generally occur at the Audit Committee's regularly scheduled quarterly meetings. In situations where it is impractical to wait until the next regularly scheduled quarterly meeting, the Audit Committee has delegated to its chairman the authority to approve audit and non-audit services. Any audit or non-audit services approved pursuant to such delegation of authority must be reported to the full Audit Committee at its next regularly scheduled

meeting. During fiscal 2019 and 2018, all audit and non-audit services performed by BT and BDO were in accordance with the policies and procedures established by the Audit Committee.

55

**PART IV**

**Item 15. Exhibits, Financial Statement Schedules.**

(a)(1)    Financial Statements
   The following consolidated financial statements, notes thereto and related information are included in Item 8 of this report:
   Reports of Independent Registered Public Accounting Firms
   Consolidated Balance Sheets at December 31, 2019 and 2018
   Consolidated Statements of Operations for the Years Ended December 31, 2019 and 2018
   Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2019 and 2018 Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2019 and 2018 Consolidated Statements of Cash Flows for the Years Ended December 31, 2019 and 2018
   Notes to Consolidated Financial Statements

(a)(2)    Financial Statement Schedules
   The following financial statement schedules are included in this report:
   Schedule II – Condensed Financial Information of Registrant (Parent Company Only)
   Schedule III – Supplemental Insurance Information
   Schedule IV – Reinsurance
   Schedule VI – Supplemental Information Concerning Property-Casualty Insurance Operations

(a)(3)    Exhibit Index

The following exhibits are either filed with this report or incorporated by reference:

| Exhibit Number | Description |
| --- | --- |
| 3.1 | Restated Articles of Incorporation of the registrant (incorporated by reference to Exhibit 3.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 3.2 | Amended and Restated By-Laws of the registrant (incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed March 28, 2017). |
| 4.1+ | Description of registrant's securities. |
| 4.2 | Specimen certificate for common stock, $0.18 par value, of the registrant (incorporated by reference to Exhibit 4.1 to Amendment No. 1 to the registrant's Registration Statement on Form S-1 [Registration No. 333-136414] filed September 8, 2006). |
| 4.3 | Indenture dated June 21, 2005, between Hallmark Financial Services, Inc. and JPMorgan Chase Bank, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.4 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust I dated as of June 21, 2005, among Hallmark Financial Services, Inc., as sponsor, Chase Bank USA, National Association, as Delaware trustee, and JPMorgan Chase Bank, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed June 27, 2005). |
| 4.5 | Form of Junior Subordinated Debt Security Due 2035 (included in Exhibit 4.2 above). |
| 4.6 | Form of Capital Security Certificate (included in Exhibit 4.3 above). |

56

| 4.7 | Indenture dated as of August 23, 2007, between Hallmark Financial Services, Inc. and The Bank of New York Trust Company, National Association (incorporated by reference to Exhibit 4.1 to the registrant's Current Report on Form 8-K filed August 24, 2007). |
| --- | --- |
| 4.8 | Amended and Restated Declaration of Trust of Hallmark Statutory Trust II dated as of August 23, 2007, among Hallmark Financial Services, Inc., as sponsor, The Bank of New York (Delaware), as Delaware trustee, and The Bank of New York Trust Company, National Association, as institutional trustee, and Mark Schwarz and Mark Morrison, as administrators (incorporated by reference to Exhibit 4.2 to the registrant's Current Report on Form 8-K filed August 24, 2007). |
| 4.9 | Form of Junior Subordinated Debt Security Due 2037 (included in Exhibit 4.7 above). |
| 4.10 | Form of Capital Security Certificate (included in Exhibit 4.8 above). |
| 4.11 | Indenture between Hallmark Financial Services, Inc. and The Bank of New York Mellon Trust Company, N.A. dated August 19, 2019 (incorporated by reference to Exhibit 4.1 to the registrant's Form 8-K filed August 21, 2019). |
| 4.12 | First Supplemental Indenture between Hallmark Financial Services, Inc. and The Bank of New York Mellon Trust Company, N.A. dated August 19, 2019 (incorporated by reference to Exhibit 4.2 to the registrant's Form 8-K filed August 21, 2019). |
| 10.1 | Office Lease for 6500 Pinecrest, Plano, Texas, dated July 22, 2008, between Hallmark Financial Services, Inc. and Legacy Tech IV Associates, Limited Partnership (incorporated by reference to Exhibit 99.1 to the registrant's Current Report on Form 8-K filed July 29, 2008). |
| 10.2 | First Amendment to Lease Agreement between BRI 1849 Legacy, LLC and Hallmark Financial Services, Inc. dated January 1, 2015 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed January 21, 2015). |
| 10.3 | Office Lease by and between SAOP Northwest Center, L.P. and Hallmark Specialty Underwriters, Inc. dated January 29, 2010 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed February 2, 2010). |
| 10.4 | Assignment and Assumption of Lease Agreement and Bill of Sale between Equitymetrix, LLC and Hallmark Financial Services, Inc. dated March 1, 2016 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed March 2, 2016). |
| 10.5 | Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated March 25, 2009, as amended by First Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 3, 2010, Second Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated July 2, 2013, and Third Amendment to Lease between Musref 13727 Noel, L.P. and Equitymetrix, LLC dated February 25, 2014 (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed March 2, 2016). |
| 10.6 | Office Lease between Hallmark Financial Services, Inc. and Teachers Insurance and Annuity Association of America dated August 6, 2018 (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 8, 2018). |

57

10.7*        Form of Indemnification Agreement between Hallmark Financial Services, Inc. and its officers and directors, adopted July 19, 2002 (incorporated by reference to Exhibit 10(c) to the registrant's Quarterly Report on Form 10-QSB for the quarter ended September 30, 2002).

10.8*        Hallmark Financial Services, Inc. Amended and Restated 2005 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 3, 2013).

10.9*        Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed June 3, 2005).

10.10*       Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8-K filed June 3, 2005).

10.11*       Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.13 to the registrant's Form 10-K for the year ended December 31, 2013).

10.12*       Hallmark Financial Services, Inc. 2015 Long Term Incentive Plan (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 2, 2015).

10.13*       Form of Incentive Stock Option Grant Agreement (incorporated by reference to Exhibit 10.2 to the registrant's Current Report on Form 8-K filed June 2, 2015).

10.14*       Form of Non-Qualified Stock Option Agreement (incorporated by reference to Exhibit 10.3 to the registrant's Current Report on Form 8-K filed June 2, 2015).

10.15*       Form of Restricted Stock Unit Award Agreement (incorporated by reference to Exhibit 10.4 to the registrant's Form 8-K filed June 2, 2015).

10.16        Guarantee Agreement dated as of June 21, 2005, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed June 27, 2005).

10.17        Guarantee Agreement dated as of August 23, 2007, by Hallmark Financial Services, Inc. for the benefit of the holders of trust preferred securities (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 24, 2007).

10.18*       Letter agreement dated August 13, 2014, between Hallmark Financial Services, Inc. and Naveen Anand (incorporated by reference to Exhibit 10.1 to the registrant's Current Report on Form 8-K filed August 15, 2014).

10.19*       Form of Confidentiality and Non-Solicitation Agreement dated May 29, 2015, between Hallmark Financial Services, Inc. and certain employees of the Company (incorporated by reference to Exhibit 10.23 to the registrant's Form 10-K for the year ended December 31, 2015).

21+          List of subsidiaries of the registrant.

23 (a)+      Consent of Independent Registered Public Accounting Firm.

23 (b)+      Consent of Independent Registered Public Accounting Firm.

31(a)+       Certification of principal executive officer required by Rule 13a-14(a) or Rule 15d-14(b).

31(b)+       Certification of principal financial officer required by Rule 13a-14(a) or Rule 15d-14(b).

58

32(a)+          Certification of principal executive officer pursuant to 18 U.S.C. 1350.

32(b)+          Certification of principal financial officer pursuant to 18 U.S.C. 1350.

101 INS+        XBRL Instance Document.

101 SCH+        XBRL Taxonomy Extension Schema Document.

101 CAL+        XBRL Taxonomy Extension Calculation Linkbase Document.

101 LAB+        XBRL Taxonomy Extension Label Linkbase Document.

101 PRE+        XBRL Taxonomy Extension Presentation Linkbase Document.

101 DEF+        XBRL Taxonomy Extension Definition Linkbase Document.

\*      Management contract or compensatory plan or arrangement.

\+      Filed herewith.

**Item 16. Form 10–K Summary.**

Not applicable.

59

Exhibit 23(a)

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Dallas, Texas


We consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-140000), Form S-8 (No. 333-160050), Form S-8 (No. 333-210078) and S-3 (No. 333-231502) of Hallmark Financial Services, Inc. of our report dated June 29, 2020, relating to the consolidated financial statements and financial statement schedules and the effectiveness of internal control over financial reporting, which appear in this annual report on Form 10-K for the year ended December 31, 2019.

/s/ BAKER TILLY VIRCHOW KRAUSE, LLP


Milwaukee, Wisconsin
June 29, 2020

APP. 1130

Exhibit 23(b)

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Dallas, Texas

We hereby consent to the incorporation by reference in the Registration Statements on Form S-3 (No. 333-231502), Form S-8 (No. 333-140000), Form S-8 (No. 333-160050) and Form S-8 (No. 333-210078) of Hallmark Financial Services, Inc. of our report dated March 14, 2019, relating to the consolidated financial statements and financial statement schedules, which appears in this Form 10-K.

/s/ BDO USA, LLP

Dallas, Texas
June 29, 2020

61

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**HALLMARK FINANCIAL SERVICES, INC.**
(Registrant)

| | | |
|---|---|---|
| Date: | June 29, 2020 | By:/s/ Naveen Anand |
| | | Naveen Anand, Chief Executive Officer and President |
| Date: | June 29, 2020 | By:/s/ Jeffrey R. Passmore |
| | | Jeffrey R. Passmore, Chief Financial Officer and Senior Vice President |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | | |
|---|---|---|
| Date: | June 29, 2020 | /s/ Naveen Anand |
| | | Naveen Anand, Chief Executive Officer and President (principal executive officer) |
| Date: | June 29, 2020 | /s/ Jeffrey R. Passmore |
| | | Jeffrey R. Passmore, Chief Financial Officer and Senior Vice President (principal financial officer and principal accounting officer) |
| Date: | June 29, 2020 | /s/ Mark E. Schwarz |
| | | Mark E. Schwarz, Executive Chairman |
| Date: | June 29, 2020 | /s/ James H. Graves |
| | | James H. Graves, Director |
| Date: | June 29, 2020 | /s/ Mark E. Pape |
| | | Mark E. Pape, Director |
| Date: | June 29, 2020 | /s/ Scott T. Berlin |
| | | Scott T. Berlin, Director |

62

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| Description | Page Number |
|---|---|
| Reports of Independent Registered Public Accounting Firms | F-2 |
| Consolidated Balance Sheets at December 31, 2019 and 2018 | F-4 |
| Consolidated Statements of Operations for the Years Ended December 31, 2019 and 2018 | F-5 |
| Consolidated Statements of Comprehensive Income (Loss) for the Years Ended December 31, 2019 and 2018 | F-6 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2019 and 2018 | F-7 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2019 and 2018 | F-8 |
| Notes to Consolidated Financial Statements | F-9 |
| Financial Statement Schedules | F-52 |

F-1

APP. 1133

**Report of Independent Registered Public Accounting Firm**

To the shareholders and the board of directors of Hallmark Financial Services, Inc.:

**Opinions on the Financial Statements and Internal Control over Financial Reporting**

We have audited the accompanying consolidated balance sheet of Hallmark Financial Services, Inc. (the "Company") as of December 31, 2019, the related consolidated statements of operations, comprehensive income, stockholders' equity and cash flows for the year ended December 31, 2019, the related notes and financial statement schedules (collectively referred to as the "consolidated financial statements"). We also have audited the Company's internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control – Integrated Framework: (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2019, and the results of its operations and its cash flows for the year ended December 31, 2019, in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2019, based on criteria established in *Internal Control – Integrated Framework: (2013)* issued by COSO.

**Basis for Opinions**

The Company's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's consolidated financial statements and an opinion on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

**Definition and Limitations of Internal Control Over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/  BAKER TILLY VIRCHOW KRAUSE, LLP

We have served as the Company's auditor since 2020.

Milwaukee, Wisconsin

June 29, 2020

F-2

APP. 1134

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
Hallmark Financial Services, Inc. and subsidiaries
Dallas, Texas

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated balance sheet of Hallmark Financial Services, Inc. and subsidiaries (the "Company") as of December 31, 2018, the related consolidated statements of operations, comprehensive income (loss), stockholders' equity, and cash flows for the year then ended and the related notes and financial statement schedules listed in the accompanying index (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2018, and the results of their operations and their cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audit included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audit provides a reasonable basis for our opinion.

/s/ BDO USA, LLP

Dallas, Texas
March 14, 2019

F-3

APP. 1135

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**December 31, 2019 and 2018**
**($ in thousands)**

| | December 31, 2019 | December 31, 2018 |
|---|---|---|
| **ASSETS** | | |
| Investments: | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $569,498 in 2019 and $550,268 in 2018) | $ 574,279 | $ 545,870 |
| Equity securities (cost; $71,895 in 2019 and $68,709 in 2018) | 99,215 | 80,896 |
| Other investments (cost; $3,763 in 2019 and $3,763 in 2018) | 2,169 | 1,148 |
| Total investments | 675,663 | 627,914 |
| Cash and cash equivalents | 53,336 | 35,594 |
| Restricted cash | 1,612 | 4,877 |
| Ceded unearned premiums | 164,221 | 133,031 |
| Premiums receivable | 148,288 | 119,778 |
| Accounts receivable | 4,286 | 1,619 |
| Receivable for securities | 12,581 | 3,369 |
| Reinsurance recoverable | 315,466 | 252,029 |
| Deferred policy acquisition costs | 22,994 | 14,291 |
| Goodwill | 44,695 | 44,695 |
| Intangible assets, net | 5,087 | 7,555 |
| Federal income recoverable | 8,995 | — |
| Deferred federal income taxes, net | 2,185 | 4,983 |
| Prepaid expenses | 2,603 | 2,588 |
| Other assets | 33,262 | 12,571 |
| Total assets | $ 1,495,274 | $ 1,264,894 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Senior unsecured notes due 2029 (less unamortized debt issuance cost of $942 in 2019) | $ 49,058 | $ — |
| Revolving credit facility payable | — | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $846 in 2019 and $898 in 2018) | 55,856 | 55,804 |
| Reserves for unpaid losses and loss adjustment expenses | 620,355 | 527,247 |
| Unearned premiums | 388,926 | 298,061 |
| Reinsurance balances payable | 59,274 | 67,328 |
| Pension liability | 1,388 | 2,018 |
| Payable for securities | 1,648 | 698 |
| Federal income tax payable | — | 4 |
| Accounts payable and other accrued expenses | 55,487 | 28,202 |
| Total liabilities | 1,231,992 | 1,009,362 |
| Commitments and contingencies (Note 18) | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 123,468 | 123,168 |
| Retained earnings | 160,570 | 161,195 |
| Accumulated other comprehensive income (loss) | 688 | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 in 2018), at cost | (25,201) | (25,928) |
| Total stockholders' equity | 263,282 | 255,532 |
| Total liabilities and stockholders' equity | $ 1,495,274 | $ 1,264,894 |

The accompanying notes are an integral part of the consolidated financial statements

F-4

APP. 1136

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2019 and 2018**
**($ in thousands, except per share amounts)**

| | 2019 | 2018 |
|---|---|---|
| Gross premiums written | $ 843,831 | $ 663,015 |
| Ceded premiums written | (347,279) | (299,217) |
| Net premiums written | 496,552 | 363,798 |
| Change in unearned premiums | (59,675) | (711) |
| Net premiums earned | 436,877 | 363,087 |
| | | |
| Investment income, net of expenses | 20,604 | 18,232 |
| Investment gains (losses), net | 20,618 | (10,195) |
| Finance charges | 7,026 | 5,115 |
| Commission and fees | 1,190 | 2,928 |
| Other income | 56 | 101 |
| Total revenues | 486,371 | 379,268 |
| | | |
| Losses and loss adjustment expenses | 362,165 | 256,028 |
| Operating expenses | 117,360 | 103,424 |
| Interest expense | 5,410 | 4,545 |
| Amortization of intangible assets | 2,468 | 2,468 |
| | | |
| Total expenses | 487,403 | 366,465 |
| | | |
| (Loss) income before tax | (1,032) | 12,803 |
| Income tax (benefit) expense | (407) | 2,456 |
| Net (loss) income | $ (625) | $ 10,347 |
| | | |
| Net (loss) income per share: | | |
| Basic | $ (0.03) | $ 0.57 |
| Diluted | $ (0.03) | $ 0.57 |

The accompanying notes are an integral part of the consolidated financial statements

F-5

APP. 1137

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**For the years ended December 31, 2019 and 2018**
**($ In thousands)**

|  | 2019 | 2018 |
|---|---|---|
| Net (loss) income | $ (625) | $ 10,347 |
| Other comprehensive income: |  |  |
| Change in net actuarial loss (gain) | 120 | (576) |
| Tax effect on change in net actuarial (loss) gain | (25) | 121 |
| Unrealized holding gains (losses) arising during the period | 13,645 | (3,343) |
| Tax effect on unrealized holding (gains) losses arising during the period | (2,865) | 702 |
| Reclassification adjustment for gains included in net income | (4,464) | (1,803) |
| Tax effect on reclassification adjustment for gains included in net income | 937 | 379 |
| Other comprehensive income (loss), net of tax | 7,348 | (4,520) |
| Comprehensive income | $ 6,723 | $ 5,827 |

The accompanying notes are an integral part of the consolidated financial statements

F-6

APP. 1138

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**For the years ended December 31, 2019 and 2018**
**(In thousands)**

| | Number of Shares | Par Value | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income (loss) | Treasury Stock | Number of Shares | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2018 | 20,873 | $ 3,757 | $ 123,180 | $136,474 | $ 12,234 | $(24,527) | 2,704 | $ 251,118 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1,2018 | — | — | — | 16,993 | (16,993) | — | — | — |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1,2018 | — | — | — | (2,619) | 2,619 | — | — | — |
| Acquisition of treasury stock | — | — | — | — | — | (1,807) | 187 | (1,807) |
| Equity incentive plan activity | — | — | 152 | — | — | — | — | 152 |
| Shares issued under employee benefit plans | — | — | (164) | — | — | 406 | (45) | 242 |
| Net income | — | — | — | 10,347 | — | — | — | 10,347 |
| Other comprehensive loss, net of tax | — | — | — | — | (4,520) | — | — | (4,520) |
| Balance at December 31, 2018 | 20,873 | $ 3,757 | $ 123,168 | $161,195 | $ (6,660) | $(25,928) | 2,846 | $ 255,532 |
| Acquisition of treasury stock | — | — | — | — | — | (1,380) | 134 | (1,380) |
| Equity incentive plan activity | — | — | 887 | — | — | — | — | 887 |
| Shares issued under employee benefit plans | — | — | (587) | — | — | 2,107 | (230) | 1,520 |
| Net loss | — | — | — | (625) | — | — | — | (625) |
| Other comprehensive income, net of tax | — | — | — | — | 7,348 | — | — | 7,348 |
| Balance at December 31, 2019 | 20,873 | $ 3,757 | $ 123,468 | $160,570 | $ 688 | $(25,201) | 2,750 | $ 263,282 |

The accompanying notes are an integral part of the consolidated financial statements

F-7

APP. 1139

**HALLMARK FINANCIAL SERVICES, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2019 and 2018**
**($ in thousands)**

|  | 2019 | 2018 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net (loss) income | $ (625) | $ 10,347 |
|  |  |  |
| Adjustments to reconcile net (loss) income to cash provided by (used in) operating activities: |  |  |
| Depreciation and amortization expense | 5,365 | 5,141 |
| Deferred federal income taxes | 817 | (1,844) |
| Investment (gains) losses, net | (20,618) | 10,195 |
| Share-based payments expense | 887 | 152 |
| Change in ceded unearned premiums | (31,190) | (20,708) |
| Change in premiums receivable | (28,510) | (15,405) |
| Change in accounts receivable | (2,667) | (106) |
| Change in deferred policy acquisition costs | (8,703) | 1,711 |
| Change in unpaid losses and loss adjustment expenses | 93,108 | 147 |
| Change in unearned premiums | 90,865 | 21,419 |
| Change in reinsurance recoverable | (63,437) | (69,101) |
| Change in reinsurance balances payable | (8,054) | 14,841 |
| Change in current federal income tax (recoverable) payable | (8,999) | 7,536 |
| Change in all other liabilities | 5,158 | (267) |
| Change in all other assets | 4,273 | 3,007 |
| Net cash provided by (used in) operating activities | 27,670 | (32,935) |
| Cash flows from investing activities: |  |  |
| Purchases of property and equipment | (4,188) | (2,101) |
| Purchases of investment securities | (259,769) | (222,642) |
| Maturities, sales and redemptions of investment securities | 231,603 | 232,081 |
| Net cash (used in) provided by investing activities | (32,354) | 7,338 |
| Cash flows from financing activities: |  |  |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Payment of revolving credit facility | (30,000) | — |
| Payment of debt issuance costs | (979) | — |
| Proceeds from senior unsecured note offering | 50,000 | — |
| Purchase of treasury shares | (1,380) | (1,807) |
| Net cash provided by (used in) financing activities | 19,161 | (1,565) |
| Increase (decrease) in cash and cash equivalents and restricted cash | 14,477 | (27,162) |
| Cash and cash equivalents and restricted cash at beginning of period | 40,471 | 67,633 |
| Cash and cash equivalents and restricted cash at end of period | $ 54,948 | $ 40,471 |

The accompanying notes are an integral part of the consolidated financial statements

F-8

APP. 1140

**1.  Accounting Policies:**

General

Hallmark Financial Services, Inc. ("Hallmark" and, together with subsidiaries, the "Company", "we," "us" or "our") is an insurance holding company engaged in the sale of property/casualty insurance products to businesses and individuals. Our business involves marketing, distributing, underwriting and servicing our insurance products, as well as providing other insurance related services.

We market, distribute, underwrite and service our property/casualty insurance products primarily through business units organized by products and distribution channel. Our business units are supported by our insurance company subsidiaries.  Our Commercial Auto business unit offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit offers primary and excess liability, excess public entity liability, E&S package and garage liability insurance products and services; our E&S Property business unit offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs. These products and services were previously reported as the Contract Binding and Specialty Commercial business units. Our Commercial Accounts business unit (f/k/a Standard Commercial P&C business unit) offers package and monoline property/casualty and occupational accident insurance products. Effective June 1, 2016 we ceased marketing new or renewal occupational accident policies.  Our former Workers Compensation operating unit specialized in small and middle market workers compensation business. Effective July 1, 2015, we no longer market or retain any risk on new or renewal workers compensation policies. Our Specialty Personal Lines business unit offers non-standard personal automobile and renters insurance products and services. Our insurance company subsidiaries supporting these business units are American Hallmark Insurance Company of Texas ("AHIC"), Hallmark Insurance Company ("HIC"), Hallmark Specialty Insurance Company ("HSIC"), Hallmark County Mutual Insurance Company ("HCM"), Hallmark National Insurance Company ("HNIC") and Texas Builders Insurance Company ("TBIC").

These business units are segregated into three reportable industry segments for financial accounting purposes. The Specialty Commercial Segment includes our Commercial Auto business unit, E&S Casualty business unit, E&S Property business unit, Professional Liability business unit and Aerospace & Programs business unit. The Standard Commercial Segment consists of the Commercial Accounts business unit and the runoff from our former Workers Compensation operating unit. The Personal Segment consists solely of our Specialty Personal Lines business unit.

Basis of Presentation

The accompanying consolidated financial statements include the accounts and operations of Hallmark and its subsidiaries. Intercompany accounts and transactions have been eliminated. The accompanying consolidated financial statements have been prepared in conformity with U.S. generally accepted accounting principles ("GAAP") which, as to our insurance company subsidiaries, differ from statutory accounting practices prescribed or permitted for insurance companies by insurance regulatory authorities.

Use of Estimates in the Preparation of Financial Statements

Our preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect our reported amounts of assets and liabilities at the dates of the financial statements and our reported amounts of revenues and expenses during the reporting periods. Management evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors, including the current economic environment, which management believes to be reasonable under the circumstances. We adjust such estimates and assumptions when facts and circumstances dictate. Since future events and their effects cannot be determined with precision, actual results could differ significantly from these estimates. Changes in estimates resulting from continuing changes in the economic environment may be reflected in the financial statements in future periods.

F-9

The liability for unpaid claims and claims adjustment expenses and related amounts recoverable from reinsurers represents the most significant estimate in the accompanying financial statements, and any difference between such estimate and actual results could be material. Significant estimates in the accompanying financial statements also include the fair values of investments, deferred policy acquisition cost recoverability, deferred tax asset valuation, and fair value of goodwill and intangible assets.

Fair Value of Financial Instruments

Fair value estimates are made at a point in time, based on relevant market data as well as the best information available about the financial instruments. Fair value estimates for financial instruments for which no or limited observable market data is available are based on judgments regarding current economic conditions, credit and interest rate risk. These estimates involve significant uncertainties and judgments and cannot be determined with precision. As a result, such calculated fair value estimates may not be realizable in a current sale or immediate settlement of the instrument. In addition, changes in the underlying assumptions used in the fair value measurement technique, including discount rate and estimates of future cash flows, could significantly affect these fair value estimates.

Cash and Cash Equivalents: The carrying amounts reported in the balance sheet for these instruments approximate their fair values.

Restricted Cash: The carrying amount for restricted cash reported in the balance sheet approximates the fair value.

Subordinated debt securities: Our trust preferred securities are reported at carry value of $55.9 million and $55.8 million, and had a fair value of $41.7 million and $45.6 million, as of December 31, 2019 and 2018, respectively, and would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

Senior unsecured notes due 2029: Our senior unsecured notes payable due in 2029 had a carry value of $49.1 million and a fair value of $49.8 million as of December 31, 2019. Our senior unsecured notes payable would be included in Level 3 of the fair value hierarchy if they were reported at fair value.

For reinsurance balances, premiums receivable, federal income tax recoverable/payable, other assets and other liabilities, the carrying amounts approximate fair value because of the short maturity of such financial instruments.

Investments

Debt securities available for sale are reported at fair value. Unrealized gains and losses are recorded as a component of accumulated other comprehensive income ("AOCI"), net of related tax effects. Debt securities that are determined to have other-than-temporary impairment are recognized as a loss on investments in the consolidated statements of operations for the portion that is related to credit deterioration with the remaining portion recognized in other comprehensive income. Debt security premiums and discounts are amortized into earnings using the effective interest method. Maturities of debt securities and sales of equity securities are recorded in receivable for securities until the cash is settled. Purchases of debt and equity securities are recorded in payable for securities until the cash is settled.

Equity securities are reported at fair value. On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity securities to be measured at fair value with changes in fair value recognized in net income. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary impairment. Prior to the adoption of ASU 2016-01, unrealized gains and losses on equity securities were recorded as a component of AOCI, net of related tax effects.

Other investments consist of an equity warrant which is reported at fair value. Unrealized gains and losses are reported in the statement of operations as a component of net realized gains (losses).

Realized investment gains and losses are recognized in operations on the first in-first out method.

F-10

<u>Cash and Cash Equivalents</u>

Cash and cash equivalents include cash and highly liquid investments with an original maturity of three months or less.

<u>Restricted Cash</u>

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

<u>Premiums Receivable</u>

Premiums receivable represent amounts due from policyholders or independent agents for premiums written and uncollected. These balances are carried at net realizable value.

<u>Reinsurance</u>

We are routinely involved in reinsurance transactions with other companies. Reinsurance premiums, losses and loss adjustment expenses ("LAE") are accounted for on bases consistent with those used in accounting for the original policies issued and the terms of the reinsurance contracts. (See Note 7.)

<u>Deferred Policy Acquisition Costs</u>

Policy acquisition costs (mainly direct commission, premium taxes, underwriting, marketing expenses and ceding commission) that are directly related to the successful acquisition of new and renewal insurance contracts are deferred and recognized to operations over periods in which the related premiums are earned. The method followed in computing deferred policy acquisition costs limits the amount of such deferred costs to their estimated realizable value. In determining estimated realizable value, the computation gives effect to the premium to be earned, expected investment income, losses and LAE and certain other costs expected to be incurred as the premiums are earned. If the computation results in an estimated net realizable value less than zero, a liability will be accrued for the premium deficiency. During 2019 and 2018, we deferred ($156.8) million and ($124.5) million of direct policy acquisition costs and amortized $141.0 million and $120.3 million of deferred direct policy acquisition costs, respectively. During 2019 and 2018, we deferred $160.8 million and $88.8 million of ceding commission acquisition costs and amortized ($153.7) million and ($82.9) million of deferred ceding commission acquisition costs, respectively. Therefore, the net amortization (deferrals) of policy acquisition costs were ($8.7) million and $1.7 million for 2019 and 2018, respectively.

<u>Business Combinations</u>

We account for business combinations using the acquisition method of accounting pursuant to Accounting Standards Codification ("ASC") 805, "Business Combinations." The base cash purchase price plus the estimated fair value of any non-cash or contingent consideration given for an acquired business is allocated to the assets acquired (including identified intangible assets) and liabilities assumed based on the estimated fair values of such assets and liabilities. The excess of the fair value of the total consideration given for an acquired business over the aggregate net fair values assigned to the assets acquired and liabilities assumed is recorded as goodwill. Contingent consideration is recognized as a liability at fair value as of the acquisition date with subsequent fair value adjustments recorded in the consolidated statements of operations. The valuation of contingent consideration requires assumptions regarding anticipated cash flows, probabilities of cash flows, discount rates and other factors. Significant judgment is employed in determining the propriety of these assumptions as of the acquisition date and for each subsequent period. Accordingly, future business and economic conditions, as well as changes in any of the assumptions, can materially impact the amount of contingent consideration expense we record in any given period. Indirect and general expenses related to business combinations are expensed as incurred.

Goodwill and Intangible Assets, net

We account for our goodwill and intangible assets according to ASC 350, "Intangibles – Goodwill and Other." Under ASC 350, intangible assets with a finite life are amortized over the estimated useful life of the asset. Goodwill and intangible assets with an indefinite useful life are not amortized. Goodwill and intangible assets are tested for impairment on an annual basis or more frequently if events or changes in circumstances indicate that the carrying amount may not be recoverable. For goodwill, we may perform a qualitative test to determine whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount as a basis for determining whether it is necessary to perform the quantitative goodwill impairment test. The first step of the quantitative test is to identify if a potential impairment exists by comparing the fair value of a reporting unit with its carrying amount, including goodwill ("Step 1"). If the fair value of a reporting unit exceeds its carrying value amount, goodwill of the reporting unit is not considered to have a potential impairment and the second step is not necessary. However, if the carrying amount of the reporting unit exceeds its fair value, the second step ("Step 2") is performed to determine if goodwill is impaired and to measure the amount of impairment loss to recognize, if any. Step 2 compares the implied fair value of goodwill with the carrying amount of goodwill. If the implied value of goodwill is less than the carrying amount of goodwill, it is written down to its fair value with a corresponding expense reflected in the Consolidated Statements of Income. The implied goodwill is calculated based on a hypothetical purchase price allocation, similar to the requirements in the accounting guidance for business combinations, whereby the implied fair value of the reporting unit is allocated to the fair value of the assets and liabilities of the reporting unit. We have elected to perform our goodwill impairment test on the first day of the fourth quarter, October 1, of each year.

Leases

We have several leases, primarily for office facilities and computer equipment, which expire in various years through 2032. Some of these leases include rent escalation provisions throughout the term of the lease. We expense the average annual cost of the lease with the difference to the actual rent invoices recorded as a right of use asset and a lease obligation. Right of use assets and lease obligations are classified in other assets and in accounts payable and other accrued expenses, respectively, on our consolidated balance sheets.

Property and Equipment

Property and equipment (including leasehold improvements), aggregating $34.6 million and $27.0 million, at December 31, 2019 and 2018, respectively, which is included in other assets, is recorded at cost and is depreciated using the straight-line method over the estimated useful lives of the assets (three to ten years) or the life of the lease, whichever is shorter. Property and equipment includes $3.4 million of leasehold incentives at December 31, 2019 from the adoption of ASU 2016-02, "Leases (Topic 842)" effective January 1, 2019. Depreciation expense for 2019 and 2018 was $3.0 million and $2.7 million, respectively. Accumulated depreciation was $23.8 million and $20.8 million at December 31, 2019 and 2018, respectively.

Variable Interest Entities

On June 21, 2005, we formed Hallmark Statutory Trust I ("Trust I"), an unconsolidated trust subsidiary, for the sole purpose of issuing $30.0 million in trust preferred securities. Trust I used the proceeds from the sale of these securities and our initial capital contribution to purchase $30.9 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust I, and the payments under the debt securities are the sole revenues of Trust I.

On August 23, 2007, we formed Hallmark Statutory Trust II ("Trust II"), an unconsolidated trust subsidiary, for the sole purpose of issuing $25.0 million in trust preferred securities. Trust II used the proceeds from the sale of these securities and our initial capital contribution to purchase $25.8 million of subordinated debt securities from Hallmark. The debt securities are the sole assets of Trust II, and the payments under the debt securities are the sole revenues of Trust II.

We evaluate on an ongoing basis our investments in Trust I and Trust II (collectively, the "Trusts") and we do not have variable interests in the Trusts. Therefore, the Trusts are not consolidated in our consolidated financial statements.

F-12

We are also involved in the normal course of business with variable interest entities primarily as a passive investor in mortgage-backed securities and certain collateralized corporate bank loans issued by third party variable interest entities. The maximum exposure to loss with respect to these investments is limited to the investment carrying values included in the consolidated balance sheets.

Losses and Loss Adjustment Expenses

Losses and LAE represent the estimated ultimate net cost of all reported and unreported losses incurred through December 31, 2019 and 2018. The reserves for unpaid losses and LAE are estimated using individual case-basis valuations and statistical analyses. These estimates are subject to the effects of trends in loss severity and frequency. Although considerable variability is inherent in such estimates, we believe that the reserves for unpaid losses and LAE are adequate. The estimates are continually reviewed and adjusted as experience develops or new information becomes known. Such adjustments are included in current operations.

Recognition of Premium Revenues

Insurance premiums are earned pro rata over the terms of the policies. Insurance policy fees are earned as of the effective date of the policy. Upon cancellation, any unearned premium is refunded to the insured. Insurance premiums written include gross policy fees of $8.7 million and $6.5 million for the years ended December 31, 2019 and 2018, respectively.

Finance Charges

We receive premium installment fees for each direct bill payment from policyholders. Installment fee income is classified as finance charges on the consolidated statement of operations and is recognized as the fee is invoiced.

Agent Commissions

We pay monthly commissions to agents based on written premium produced, but generally recognize the expense pro rata over the term of the policy. If the policy is cancelled prior to its expiration, the unearned portion of the agent commission is refundable to us. The unearned portion of commissions paid to agents is included in deferred policy acquisition costs. We annually pay a profit sharing commission to our independent agency force based upon the results of the business produced by each agent. We estimate and accrue this liability to commission expense in the year the business is produced.

Commission expense is classified as operating expenses in the consolidated statements of operations.

Income Taxes

We file a consolidated federal income tax return. Deferred federal income taxes reflect the future tax consequences of differences between the tax basis of assets and liabilities and their financial reporting amounts at each year end. Deferred taxes are recognized using the liability method, whereby tax rates are applied to cumulative temporary differences based on when and how they are expected to affect the tax return. Deferred tax assets and liabilities are adjusted for tax rate changes in effect for the year in which these temporary differences are expected to be recovered or settled.

Earnings Per Share

The computation of earnings per share is based upon the weighted average number of common shares outstanding during the period plus the effect of common shares potentially issuable (in periods in which they have a dilutive effect), primarily from stock options. (See Notes 12 and 14.)

Adoption of New Accounting Pronouncements

In February 2018, the Financial Accounting Standards Board ("FASB") issued updated guidance that allows a reclassification of the stranded tax effects in AOCI resulting from the Tax Cuts and Jobs Act of 2017 (TCJA). Prior

F-13

guidance required the effect of a change in tax laws or rates on deferred tax balances to be reported in income from continuing operations in the accounting period that included the period of enactment, even if the related income tax effects were originally charged or credited directly to AOCI. The amount of the reclassification  included the effect of the change in the U.S. federal corporate income tax rate on the gross deferred tax amounts and related valuation allowances, if any, at the date of the enactment of TCJA related to items in AOCI. The updated guidance was effective for reporting periods beginning after December 15, 2018 and is to be applied retrospectively to each period in which the effect of the TCJA related to items remaining in AOCI is recognized or at the beginning of the period of adoption. The Company adopted the updated guidance effective January 1, 2018 and elected to reclassify the income tax effects of the TCJA from AOCI to retained earnings as of January 1, 2018. This reclassification resulted in a decrease in retained earnings of $2.6 million as of January 1, 2018 and an increase in AOCI by the same amount.

In March 2017, the FASB issued ASU 2017-08, "Premium Amortization on Purchased Callable Securities" (Subtopic 310-20). ASU 2017-08 is intended to enhance the accounting for amortization of premiums for purchased callable debt securities. The guidance amends the amortization period for certain purchased callable debt securities held at a premium. Securities that contain explicit, noncontingent call features that are callable at fixed prices and on preset dates should shorten the amortization period for the premium to the earliest call date (and if the call option is not exercised, the effective yield is reset using the payment terms of the debt security). The standard is effective for fiscal years, and interim periods within those years, beginning after December 15, 2018, and is to be applied on a modified retrospective basis through a cumulative-effect adjustment directly to retained earnings. The adoption of ASU 2017-08 had no impact on our financial results and disclosures.

In January 2017, the FASB issued ASU 2017-01, "Clarifying the Definition of a Business (Topic 715)". ASU 2017-01 is intended to assist entities in evaluating whether transactions should be accounted for as acquisitions (or disposals) of assets or businesses. ASU 2017-01 is effective for annual periods beginning after December 15, 2017, including interim periods within those annual periods. The adoption of this standard did not have a material impact on our financial condition or results of operations.

In January 2016, the FASB issued ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities" (Subtopic 825-10). ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income. ASU 2016-01 also requires us to assess the ability to realize our deferred tax assets ("DTAs") related to an available-for-sale debt security in combination with our other DTAs. ASU 2016-01 was effective for fiscal years beginning after December 15, 2017, including interim periods within those fiscal years. The adoption of this guidance resulted in the recognition of $17.0 million of net after-tax unrealized gains on equity investments as a cumulative effect adjustment that increased retained earnings as of January 1, 2018 and decreased AOCI by the same amount. The Company elected to report changes in the fair value of equity investments in investment gains (losses) in the Consolidated Statement of Operations.

In February 2016, the FASB issued ASU 2016-02, "Leases (Topic 842)". ASU 2016-02 requires organizations that lease assets to recognize on the balance sheet the assets and liabilities for the rights and obligations created by those leases. Additionally, ASU 2016-02 modifies current guidance for lessors' accounting. ASU 2016-02 is effective for interim and annual reporting periods beginning on or after January 1, 2019, with early adoption permitted. During 2018, the FASB issued several amendments and targeted improvements to ease the application of the standard, including the addition of a transition approach that gives the Company the option of applying the standard at either the beginning of the earliest comparative period presented or the beginning of the period of adoption. We adopted the standard on its effective date of January 1, 2019. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. As of December 31, 2019, $16.0 million of right-of-use assets and $17.3 million of lease liabilities for operating leases were included in the other assets and other liabilities line items of the balance sheet, respectively, as a result of the adoption of this update.

In August 2016, the FASB issued ASU 2016-15, "Classification of Certain Cash Receipts and Cash Payments" (Topic 230). ASU 2016-15 will reduce diversity in practice on how eight specific cash receipts and payments are classified on the statement of cash flows. The ASU is effective for fiscal years beginning after December 15, 2017, including interim

F-14

periods within those years. The adoption of this new guidance did not have a material impact on our financial results or disclosures.

In November 2016, the FASB issued ASU 2016-18, "Statement of Cash Flows (Topic 230): Restricted Cash." The purpose of ASU 2016-18 is to eliminate the diversity in classifying and presenting changes in restricted cash in the statement of cash flows. The new guidance requires restricted cash to be combined with cash and cash equivalents when reconciling the beginning and ending balances of cash on the statement of cash flows, thereby no longer requiring transactions such as transfers between restricted and unrestricted cash to be treated as a cash flow activity. Further, the new guidance requires the nature of the restrictions to be disclosed, as well as a reconciliation between the balance sheet and the statement of cash flows on how restricted and unrestricted cash are segregated. The new guidance is effective for fiscal years beginning after December 15, 2017, and interim periods within that fiscal year, with early adoption permitted. Effective January 1, 2018, we retrospectively adopted this new guidance which did not have a material impact on our financial results or disclosures.

In May 2014, the FASB issued ASU 2014-09, guidance which revises the criteria for revenue recognition. Under the guidance, the transaction price is attributed to underlying performance obligations in the contract and revenue is recognized as the entity satisfies the performance obligations and transfers control of a good or service to the customer. Incremental costs of obtaining a contract may be capitalized to the extent the entity expects to recover those costs. The guidance is effective for reporting periods beginning after December 15, 2017 and is to be applied retrospectively. Revenue from insurance contracts is excluded from the scope of this new guidance. While insurance contracts are excluded from this guidance, policy fee income, billing and other fees and fee income related to property business written as a cover-holder through a Lloyds Syndicate is subject to this updated guidance. The Company adopted this guidance in the first quarter of 2018 with no material impact on the consolidated financial statements.

Recently Issued Accounting Pronouncements

In December 2019, the FASB issued updated guidance for the accounting for income taxes. The updated guidance is intended to simplify the accounting for income taxes by removing several exceptions contained in the existing guidance and amending other existing guidance to simplify several other income tax accounting matters. The updated guidance is effective for the quarter ending March 31, 2021. Early adoption is permitted. The adoption of this guidance is not expected to have a material effect on the Company's results of operations, financials position or liquidity.

On August 28, 2018, the FASB issued ASU 2018-13, "Fair Value Measurement: Disclosure Framework- Changes to the Disclosure Requirements for Fair Value Measurement" (Topic 820), which amends ASC 820 to add, remove, and modify fair value measurement disclosure requirements. The requirements to disclose the amount of and reasons for transfers between Level 1 and Level 2 of the fair value hierarchy, the policy for timing of transfers between levels and the valuation processes for Level 3 fair value measurements have all been removed. However, the changes in unrealized gains and losses included in other comprehensive income for recurring Level 3 fair value measurements held at the end of the reporting period must be disclosed along with the range and weighted average of significant unobservable inputs used to develop Level 3 fair value measurements (or other quantitative information if it is more reasonable). Finally, for investments measured at net asset value, the requirements have been modified so that the timing of liquidation and the date when restrictions from redemption might lapse are only disclosed if the investee has communicated the timing to the entity or announced the timing publicly. This ASU is effective for annual and interim reporting periods beginning after December 15, 2019. As the amendments are only disclosure related, our financial statements will not be materially impacted by this update.

In January 2017, the FASB issued ASU 2017-04, "Simplifying the Test for Goodwill Impairment" (Topic 350). ASU 2017-04 requires only a one-step quantitative impairment test, whereby a goodwill impairment loss will be measured as the excess of a reporting unit's carrying amount over its fair value (not to exceed the total goodwill allocated to that reporting unit). It eliminates Step 2 of the current two-step goodwill impairment test, under which a goodwill impairment loss is measured by comparing the implied fair value of a reporting unit's goodwill. The ASU is effective for annual or any interim goodwill impairment tests in fiscal years beginning after December 15, 2019. The adoption of ASU 2017-04 is not expected to have a material impact on the Company's results of operations, financial position or liquidity.

F-15

In June 2016, the FASB issued ASU 2016-13, "Measurement of Credit Losses on Financial Instruments" (Topic 326). ASU 2016-13 requires organizations to estimate credit losses on certain types of financial instruments, including receivables and available-for-sale debt securities, by introducing an approach based on expected losses. The expected loss approach will require entities to incorporate considerations of historical information, current information and reasonable and supportable forecasts. As a smaller reporting company, ASU 2016-13 is effective for fiscal years of the Company beginning after December 15, 2022, including interim periods within those fiscal years. ASU 2016-13 requires a modified retrospective transition method and early adoption is permitted. We are currently evaluating the impact that the adoption of this standard will have on our financial results and disclosures, but do not anticipate that any potential impact would be material.

2.  **Investments:**

The cost or amortized cost and the estimated fair value of investments in debt and equity securities by category is as follows (in thousands):

| | Cost/Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Fair Value |
|---|---|---|---|---|
| As of December 31, 2019 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 66,441 | $ 162 | $ (3) | $ 66,600 |
| Corporate bonds | 297,601 | 3,387 | (163) | 300,825 |
| Collateralized corporate bank loans | 115,669 | 556 | (468) | 115,757 |
| Municipal bonds | 81,787 | 1,531 | (48) | 83,270 |
| Mortgage-backed | 8,000 | 46 | (219) | 7,827 |
| Total debt securities | 569,498 | 5,682 | (901) | 574,279 |
| Total equity securities | 71,895 | 35,028 | (7,708) | 99,215 |
| Total other investments | 3,763 | — | (1,594) | 2,169 |
| Total investments | $ 645,156 | $ 40,710 | $ (10,203) | $ 675,663 |
| | | | | |
| As of December 31, 2018 | | | | |
| U.S. Treasury securities and obligations of U.S. Government | $ 48,609 | $ 5 | $ (508) | $ 48,106 |
| Corporate bonds | 243,314 | 440 | (1,602) | 242,152 |
| Collateralized corporate bank loans | 131,779 | 19 | (5,270) | 126,528 |
| Municipal bonds | 112,574 | 3,791 | (838) | 115,527 |
| Mortgage-backed | 13,992 | 11 | (446) | 13,557 |
| Total debt securities | 550,268 | 4,266 | (8,664) | 545,870 |
| Total equity securities | 68,709 | 20,693 | (8,506) | 80,896 |
| Total other investments | 3,763 | — | (2,615) | 1,148 |
| Total investments | $ 622,740 | $ 24,959 | $ (19,785) | $ 627,914 |

F-16

APP. 1148

Major categories of net investment income are summarized as follows (in thousands):

| | Twelve Months Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ 916 | $ | 902 |
| Corporate bonds | 7,317 | | 6,696 |
| Collateralized corporate bank loans | 6,028 | | 5,658 |
| Municipal bonds | 3,907 | | 3,757 |
| Mortgage-backed | 311 | | 521 |
| Equity securities | 2,364 | | 1,151 |
| Cash and cash equivalents | 766 | | 518 |
| | 21,609 | | 19,203 |
| Investment expenses | (1,005) | | (971) |
| Investment income, net of expenses | $ 20,604 | $ | 18,232 |

No investments in any entity or its affiliates exceeded 10% of stockholders' equity at December 31, 2019 or 2018.

Major categories of net investment gains (losses) on investments are summarized as follows (in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2019 | | 2018 |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ | — |
| Corporate bonds | 235 | | (83) |
| Collateralized corporate bank loans | (34) | | 90 |
| Municipal bonds | 4,270 | | 1,435 |
| Mortgage-backed | — | | 2 |
| Equity securities | (7) | | 359 |
| Gain on investments | 4,464 | | 1,803 |
| Unrealized gains (losses) on equity securities | 15,133 | | (9,322) |
| Unrealized gains (losses) on other investments | 1,021 | | (2,676) |
| Investment gains (losses), net | $ 20,618 | $ | (10,195) |

We realized gross gains on investments of $5.0 million and $2.5 million during the years ended December 31, 2019 and 2018, respectively, of which $4.1 million and $1.5 million were from the sales of securities during the years ended December 31, 2019 and 2018, respectively. We realized gross losses on investments of $0.5 million and $0.7 million during the years ended December 31, 2019 and 2018, respectively, of which $0.1 million was from the sale of securities during the year ended December 31, 2019. Our realized losses during the year ended December 31, 2018 did not include sales from securities. We recorded proceeds from the sale of investment securities of $13.0 million, and $17.7 million during the years ended December 31, 2019 and 2018, respectively. Realized investment gains and losses are recognized in operations on the first in-first out method.

F-17

The following schedules summarize the gross unrealized losses showing the length of time that investments have been continuously in an unrealized loss position as of December 31, 2019 and December 31, 2018 (in thousands):

| | As of December 31, 2019 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $  — | $  — | $  5,513 | $  (3) | $  5,513 | $  (3) |
| Corporate bonds | 27,268 | (144) | 1,150 | (19) | 28,418 | (163) |
| Collateralized corporate bank loans | 9,000 | (41) | 10,228 | (427) | 19,228 | (468) |
| Municipal bonds | 4,808 | (29) | 1,618 | (19) | 6,426 | (48) |
| Mortgage-backed | 1,712 | (101) | 562 | (118) | 2,274 | (219) |
| Total debt securities | 42,788 | (315) | 19,071 | (586) | 61,859 | (901) |
| Total equity securities | 10,905 | (2,363) | 6,093 | (5,345) | 16,998 | (7,708) |
| Total other investments | — | — | 2,169 | (1,594) | 2,169 | (1,594) |
| Total investments | $  53,693 | $  (2,678) | $  27,333 | $  (7,525) | $  81,026 | $  (10,203) |

| | As of December 31, 2018 | | | | | |
| | 12 months or less | | Longer than 12 months | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
|---|---|---|---|---|---|---|
| U.S. Treasury securities and obligations of U.S. Government | $  18,902 | $  (181) | $  28,201 | $  (327) | $  47,103 | $  (508) |
| Corporate bonds | 117,450 | (907) | 100,060 | (695) | 217,510 | (1,602) |
| Collateralized corporate bank loans | 120,410 | (4,938) | 4,931 | (332) | 125,341 | (5,270) |
| Municipal bonds | 14,281 | (96) | 25,891 | (742) | 40,172 | (838) |
| Mortgage-backed | 6,592 | (60) | 5,986 | (386) | 12,578 | (446) |
| Total debt securities | 277,635 | (6,182) | 165,069 | (2,482) | 442,704 | (8,664) |
| Total equity securities | 30,981 | (3,699) | 4,475 | (4,807) | 35,456 | (8,506) |
| Total other investments | 1,148 | (2,615) | — | — | 1,148 | (2,615) |
| Total investments | $ 309,764 | $  (12,496) | $ 169,544 | $  (7,289) | $ 479,308 | $  (19,785) |

We held a total of 61 debt securities with an unrealized loss, of which 41 were in an unrealized loss position for less than one year and 20 were in an unrealized loss position for a period of one year or greater, as of December 31, 2019. We held a total of 328 debt securities with an unrealized loss, of which 221 were in an unrealized loss position for less than one year and 107 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We held a total of 9 equity securities with an unrealized loss, of which 7 were in an unrealized loss position for less than one year and 2 were in an unrealized loss position for a period of one year or greater, as of December 31, 2019. We held a total of 20 equity securities with an unrealized loss, of which 17 were in an unrealized loss position for less than one year and 3 were in an unrealized loss position for a period of one year or greater, as of December 31, 2018. We consider these losses as a temporary decline in value as they are predominately on securities that we do not intend to sell and do not believe we will be required to sell prior to recovery of our amortized cost basis. The gross unrealized losses on the debt security positions at December 31, 2019 were due predominately to normal market and interest rate fluctuations and we see no other indications that the decline in values of these securities is other-than-temporary.

Based on evidence gathered through our normal credit evaluation process, we presently expect that all debt securities held in our investment portfolio will be paid in accordance with their contractual terms. Nonetheless, it is at least reasonably possible that the performance of certain issuers of these debt securities will be worse than currently expected resulting in future write-downs within our portfolio of debt securities.

Also, as a result of the challenging market conditions, we expect the volatility in the valuation of our equity securities to continue in the foreseeable future. This volatility may lead to changes regarding retention strategies for certain equity securities.

F-18

We complete a detailed analysis each quarter to assess whether any decline in the fair value of any debt security below cost is deemed other-than-temporary. All debt securities with an unrealized loss are reviewed. We recognize an impairment loss when a debt security's value declines below cost, adjusted for accretion, amortization and previous other-than-temporary impairments and it is determined that the decline is other-than-temporary. We did not recognize an impairment loss during 2019 and 2018.

Debt Investments: We assess whether we intend to sell, or it is more likely than not that we will be required to sell, a fixed maturity investment before recovery of its amortized cost basis less any current period credit losses. For fixed maturity investments that are considered other-than-temporarily impaired and that we do not intend to sell and will not be required to sell, we separate the amount of the impairment into the amount that is credit related (credit loss component) and the amount due to all other factors. The credit loss component is recognized in earnings and is the difference between the investment's amortized cost basis and the present value of its expected future cash flows. The remaining difference between the investment's fair value and the present value of future expected cash flows is recognized in other comprehensive income. During 2019 we disposed of six previously impaired securities and recognized a realized gain of $4.1 million. During 2018 we sold one previously impaired security with a realized loss of $0.1 million and recognized a change in unrealized gain of $1.8 million on the remaining securities.

Equity Investments: On January 1, 2018, we adopted ASU 2016-01, "Recognition and Measurement of Financial Assets and Financial Liabilities". ASU 2016-01 requires equity investments that are not consolidated or accounted for under the equity method of accounting to be measured at fair value with changes in fair value recognized in net income each reporting period. As a result of the new standard, equity securities with readily determinable fair values are no longer required to be evaluated for other-than-temporary-impairment.

Details regarding the carrying value of the other invested assets portfolio as of December 31, 2019 and 2018 were as follows:

| | December 31, 2019 | December 31, 2018 |
|---|---|---|
| **Investment Type** | | |
| Equity warrant | $ 2,169 | $ 1,148 |
| Total other investments | $ 2,169 | $ 1,148 |

We acquired this equity warrant in an active market and it entitles us to buy the underlying common stock of a publicly traded company at a fixed exercise price until the expiration date of January 19, 2021.

The amortized cost and estimated fair value of debt securities at December 31, 2019 by contractual maturity are as follows. Expected maturities may differ from contractual maturities because certain borrowers may have the right to call or prepay obligations with or without penalties.

| | Amortized Cost | Fair Value |
|---|---|---|
| | (in thousands) | |
| Due in one year or less | $ 107,108 | $ 107,605 |
| Due after one year through five years | 342,962 | 345,860 |
| Due after five years through ten years | 87,669 | 88,061 |
| Due after ten years | 23,760 | 24,926 |
| Mortgage-backed | 7,999 | 7,827 |
| | $ 569,498 | $ 574,279 |

We have certain of our securities pledged for the benefit of various state insurance departments and reinsurers. These securities are included with our available-for-sale debt securities because we have the ability to trade these securities. We retain the interest earned on these securities. These securities had a carrying value of $28.9 million at December 31, 2019 and a carrying value of $29.5 million at December 31, 2018.

F-19

**3.   Fair Value:**

ASC 820 defines fair value, establishes a consistent framework for measuring fair value and expands disclosure requirements about fair value measurements. ASC 820, among other things, requires us to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. In addition, ASC 820 precludes the use of block discounts when measuring the fair value of instruments traded in an active market, which were previously applied to large holdings of publicly traded equity securities.

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. In accordance with ASC 820, we utilize the following fair value hierarchy:

- Level 1: quoted prices in active markets for identical assets;

- Level 2: inputs to the valuation methodology include quoted prices for similar assets and liabilities in active markets, inputs of identical assets for less active markets, and inputs that are observable for the asset or liability, either directly or indirectly, for substantially the full term of the instrument; and

- Level 3: inputs to the valuation methodology that are unobservable for the asset or liability.

This hierarchy requires the use of observable market data when available.

Under ASC 820, we determine fair value based on the price that would be received for an asset or paid to transfer a liability in an orderly transaction between market participants on the measurement date. It is our policy to maximize the use of observable inputs and minimize the use of unobservable inputs when developing fair value measurements, in accordance with the fair value hierarchy described above. Fair value measurements for assets and liabilities where there exists limited or no observable market data are calculated based upon our pricing policy, the economic and competitive environment, the characteristics of the asset or liability and other factors as appropriate. These estimated fair values may not be realized upon actual sale or immediate settlement of the asset or liability.

Where quoted prices are available on active exchanges for identical instruments, investment securities are classified within Level 1 of the valuation hierarchy. Level 1 investment securities include common and preferred stock and the equity warrant classified as Other Investments.

Level 2 investment securities include corporate bonds, collateralized corporate bank loans, municipal bonds, U.S. Treasury securities, other obligations of the U.S. Government and mortgage-backed securities for which quoted prices are not available on active exchanges for identical instruments. We use third party pricing services to determine fair values for each Level 2 investment security in all asset classes. Since quoted prices in active markets for identical assets are not available, these prices are determined using observable market information such as quotes from less active markets and/or quoted prices of securities with similar characteristics, among other things. We have reviewed the processes used by the pricing services and have determined that they result in fair values consistent with the requirements of ASC 820 for Level 2 investment securities. We have not adjusted any prices received from third party pricing services. There were no transfers between Level 1 and Level 2 securities.

In cases where there is limited activity or less transparency around inputs to the valuation, investment securities are classified within Level 3 of the valuation hierarchy. Level 3 investments are valued based on the best available data in order to approximate fair value. This data may be internally developed and consider risk premiums that a market participant would require. Investment securities classified within Level 3 include other less liquid investment securities.

F-20

The following table presents for each of the fair value hierarchy levels, our assets that are measured at fair value on a recurring basis at December 31, 2019 and December 31, 2018 (in thousands).

| | As of December 31, 2019 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 66,600 | $ - | $ 66,600 |
| Corporate bonds | — | 300,486 | 339 | 300,825 |
| Collateralized corporate bank loans | — | 115,757 | - | 115,757 |
| Municipal bonds | — | 83,270 | - | 83,270 |
| Mortgage-backed | — | 7,827 | - | 7,827 |
| Total debt securities | — | 573,940 | 339 | 574,279 |
| Total equity securities | 99,215 | — | — | 99,215 |
| Total other investments | 2,169 | — | — | 2,169 |
| Total investments | $ 101,384 | $ 573,940 | $ 339 | $675,663 |

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| U.S. Treasury securities and obligations of U.S. Government | $ — | $ 48,106 | $ — | $ 48,106 |
| Corporate bonds | — | 241,861 | 291 | 242,152 |
| Collateralized corporate bank loans | — | 126,528 | — | 126,528 |
| Municipal bonds | — | 115,527 | — | 115,527 |
| Mortgage-backed | — | 13,557 | — | 13,557 |
| Total debt securities | — | 545,579 | 291 | 545,870 |
| Total equity securities | 80,896 | — | — | 80,896 |
| Total other investments | 1,148 | — | — | 1,148 |
| Total investments | $ 82,044 | $ 545,579 | $ 291 | $627,914 |

Due to significant unobservable inputs into the valuation model for one corporate bond as of December 31, 2019 and 2018, we classified this investment as Level 3 in the fair value hierarchy. The corporate bond classified as level 3 in 2019 and 2018 is a convertible senior note and its fair value was estimated by the sum of the bond value using an income approach discounting the scheduled interest and principal payments and the conversion feature utilizing a binomial lattice model.

F-21

APP. 1153

The following table summarizes the changes in fair value for all financial assets measured at fair value on a recurring basis using significant unobservable inputs (Level 3) during the year ended December 31, 2019 and 2018(in thousands).

| | 2019 | 2018 |
|---|---|---|
| Beginning balance as of January 1 | $ 291 | $ 3,757 |
| Sales | — | — |
| Settlements | — | (2,925) |
| Purchases | — | — |
| Issuances | — | — |
| Total realized/unrealized gains included in net income | 48 | 80 |
| Net gain included in other comprehensive income | — | — |
| Transfers into Level 3 | — | — |
| Transfers out of Level 3 | — | (621) |
| Ending balance as of December 31 | $ 339 | $ 291 |

The transfer out of Level 3 into Level 1 during 2018 was due to the conversion of a private equity holding to a preferred stock traded on a public exchange. We account for transfers as they occur.

### 4.  Acquisitions, Goodwill and Intangible Assets:

Goodwill is tested for impairment at the reporting unit level (business unit or one level below a business unit) on an annual basis (October 1) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. For purposes of evaluating goodwill for impairment, we have determined that our reporting units are the same as our business units except for the E&S Casualty and Aerospace & Programs  business units for which reporting units are at the component level ("one level below"). Our consolidated balance sheet as of December 31, 2019 includes goodwill of acquired businesses of $44.7 million that is assigned to our business units as follows: Commercial Accounts business unit - $2.1 million; Commercial Auto business units - $21.3 million; E&S Casualty business unit - $6.3 million (comprised of $2.6 million for the primary/excess liability and public entity component and $3.7 million for the E&S package component); Aerospace & Programs business unit- $9.7 million (comprised entirely of the general aviation component); and Specialty Personal Lines business unit - $5.3 million. This amount has been recorded as a result of prior business acquisitions accounted for under the acquisition method of accounting. Under ASC 350, "Intangibles- Goodwill and Other," goodwill is tested for impairment annually. We completed our last annual test for impairment on the first day of the fourth quarter of 2019 and determined that there was no impairment at that time.

The income approach to determining fair value computed the projections of the cash flows that the reporting unit was expected to generate converted into a present value equivalent through discounting. Significant assumptions in the income approach model included income projections, discount rates and terminal growth values. The income projections reflected an improved premium rate environment across most of our lines of business that continued throughout 2019. The income projections also included loss and LAE assumptions which reflected recent historical claim trends and the movement towards a more favorable pricing environment. The income projections also included assumptions for expense growth and investment yields which were based on business plans for each of our business units. The discount rate was based on a risk free rate plus a beta adjusted equity risk premium and specific company risk premium. The assumptions were based on historical experience (including factors such as prior year loss reserve development), expectations of future performance (including premium growth rates, premium rate increases and loss costs), expected market conditions and other factors requiring judgment and estimates. While we believe the assumptions used in these models were reasonable, the inherent uncertainty in predicting future performance and market conditions may change over time and influence the outcome of future testing.

During 2019 and 2018, we completed the first step prescribed by ASC 350 for testing for impairment and determined that there was no impairment.

F-22

APP. 1154

We have obtained various intangible assets from several acquisitions. The table below details the gross and net carrying amounts of these assets by major category (in thousands):

|  | December 31 | |
| --- | --- | --- |
|  | 2019 | 2018 |
| Gross Carrying Amount: | | |
| Customer/agent relationships | $ 32,177 | $ 32,177 |
| Tradename | 3,440 | 3,440 |
| Management agreement | 3,232 | 3,232 |
| Non-compete & employment agreements | 4,235 | 4,235 |
| Insurance licenses | 1,300 | 1,300 |
| Total gross carrying amount | 44,384 | 44,384 |
| | | |
| Accumulated Amortization: | | |
| Customer/agent relationships | (28,752) | (26,515) |
| Tradename | (3,078) | (2,847) |
| Management agreement | (3,232) | (3,232) |
| Non-compete & employment agreements | (4,235) | (4,235) |
| Total accumulated amortization | (39,297) | (36,829) |
| Total net carrying amount | $ 5,087 | $ 7,555 |

Insurance licenses are not amortized because they have an indefinite life. We amortize definite-lived intangible assets straight line over their respective lives. The estimated aggregate amortization expense for definite-lived intangible assets for the next five years is as follows (in thousands):

| | |
| --- | --- |
| 2020 | $ 2,467 |
| 2021 | $ 503 |
| 2022 | $ 501 |
| 2023 | $ 316 |
| 2024 | $ — |

The weighted average amortization period for definite-lived intangible assets by major class is as follows:

| | Years |
| --- | --- |
| Tradename | 15 |
| Customer/ agent relationships | 15 |
| Management agreement | 4 |
| Non-compete agreements | 5 |

The aggregate weighted average period to amortize these assets is approximately 13 years.

F-23

APP. 1155

5.  **Other Assets:**

The following table details our other assets as of December 31, 2019 and 2018 (in thousands):

|  | 2019 | 2018 |
|---|---|---|
| Profit sharing commission receivable | $      26 | $     246 |
| Credit Facility B issuance costs | — | 106 |
| Accrued investment income | 4,483 | 4,175 |
| Investment in unconsolidated trust subsidiaries | 1,702 | 1,702 |
| Fixed assets | 10,843 | 6,154 |
| Right of use asset | 16,044 | — |
| Other assets | 164 | 188 |
|  | $  33,262 | $  12,571 |

6.  **Reserves for Losses and Loss Adjustment Expenses:**

Activity in the consolidated reserves for unpaid losses and LAE is summarized as follows (in thousands):

|  | 2019 | 2018 |
|---|---|---|
| Balance at January 1 | $      527,247 | $      527,100 |
| Less reinsurance recoverable | 221,716 | 154,612 |
| Net balance at January 1 | 305,531 | 372,488 |
|  |  |  |
| Incurred related to: |  |  |
| Current year | 301,265 | 250,075 |
| Prior years | 60,900 | 5,953 |
| Total incurred | 362,165 | 256,028 |
|  |  |  |
| Paid related to: |  |  |
| Current year | 127,610 | 90,640 |
| Prior years | 192,335 | 232,345 |
| Total paid | 319,945 | 322,985 |
|  |  |  |
| Net balance at December 31 | 347,751 | 305,531 |
| Plus reinsurance recoverable | 272,604 | 221,716 |
| Balance at December 31 | $      620,355 | $      527,247 |

The $60.9 million unfavorable net development and $6.0 million unfavorable net development in prior accident years recognized in 2019 and 2018, respectively, represent changes in our loss reserve estimates. In 2019 and 2018, the aggregate loss reserve estimates for prior years were increased to reflect unfavorable loss development when the available information indicated a reasonable likelihood that the ultimate losses would be more than the previous estimates. The unfavorable prior year reserve development during the twelve months ended December 31, 2019 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Commercial Auto business unit, which was representative of industry trends and unfavorable development in our general liability lines with our E&S Casualty business unit. The unfavorable prior year reserve development during the twelve months ended December 31, 2018 was primarily driven by the continued emergence of increased frequency and severity trends in our primary commercial auto lines of business within our Commercial Auto  business unit, which was representative of industry trends, partially offset by net favorable development in our general liability lines within our E&S Casualty and Commercial Accounts  business units. Generally, changes in reserves are caused by variations between actual experience and previous expectations and by reduced emphasis on the Bornhuetter-Ferguson method due to the aging of the accident years.

F-24

The impact from the unfavorable (favorable) net prior years' loss development on each reporting segment is presented below:

|  | December 31, | |
|---|---|---|
|  | **2019** | **2018** |
| Specialty Commercial Segment | $ 60,138 | $ 16,457 |
| Standard Commercial Segment | 726 | (8,993) |
| Personal Segment | 36 | (1,511) |
| Corporate | — | — |
| Total unfavorable net prior year development | $ 60,900 | $ 5,953 |

The following describes the primary factors behind each segment's prior accident year loss reserve development for the years ended December 31, 2019 and 2018:

*Year ended December 31, 2019:*

- *Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2017 and prior accident years primarily in the commercial automobile liability line of business, partially offset by favorable development primarily in the commercial automobile line of business in the 2018 accident year. Our E&S Casualty business unit experienced net unfavorable development primarily in our E&S package insurance products in the 2018 and prior accident years. We experienced net favorable development in our E&S Property and Professional Liability business units, partially offset by net unfavorable development in our Aerospace & Programs business unit.

- *Standard Commercial Segment.* Our Commercial Accounts business operating unit experienced net unfavorable development in the 2017, 2016, 2015 and 2013 and prior accident years primarily in the general liability line of business, partially offset by net favorable development primarily in the commercial property line of business in the 2018 and 2014 accident years and net favorable development primarily in the 2015 accident year in the occupational accident line of business. Our former Workers Compensation operating unit experienced net favorable development primarily in the 2015 accident year.

- *Personal Segment.* Net unfavorable development in our Specialty Personal Lines business unit was mostly attributable to the 2018, 2016, 2014 and 2012 and prior accidents years, partially offset by favorable development in the 2017, 2015 and 2013 accident years.

*Year ended December 31, 2018:*

- *Specialty Commercial Segment.* Our Commercial Auto business unit experienced net unfavorable development in the 2016 and prior accident years, partially offset by favorable development in the 2017 accident year. Our E&S Casualty business unit experienced net favorable development primarily in our E&S package insurance products. We experienced net unfavorable development in our E&S Property, Professional Liability and Aerospace & Programs business units,

- *Standard Commercial Segment.* Our Commercial Accounts business unit experienced net favorable development in the 2016 and prior accident years primarily in the general liability line of business, partially offset by net unfavorable development primarily in the commercial property line of business in the 2017 accident year and net unfavorable development in the 2017 and prior accident years in the occupational accident line of business. Our former Workers Compensation operating unit experienced net favorable development in the 2016 and prior accident years.

F-25

- ● ***Personal Segment.*** Net favorable development in our Specialty Personal Lines business unit was mostly attributable to the 2013 through 2017 accident years, partially offset by unfavorable development in the 2012 and prior accident years.

In the opinion of management, our reserves represent the best estimate of our ultimate liabilities, based on currently known facts, current law, current technology and assumptions considered reasonable where facts are not known. Due to the significant uncertainties and related management judgments, there can be no assurance that future favorable or unfavorable loss development, which may be material, will not occur.

### *Short-Duration Contract Disclosures*

ASU 2015-09, "Disclosures about Short-Duration Contracts (Topic 944)", requires insurers to make disclosures about their liability for unpaid claims and claim adjustment expenses for short-duration insurance contracts. These disclosures include tables showing incurred and paid claims development information (net of reinsurance and excluding unallocated loss adjustment expenses) which are disaggregated based on the characteristics of the insurance contracts that the insurer writes and other factors specific to the reporting entity. The information should be disclosed by accident year for the number of years claims typically remain outstanding, but need not be more than 10 years, including a reconciliation of the disaggregated information to the consolidated statement of financial position. We have evaluated the disaggregation criteria and concluded that the basis for our disaggregation of this information is the similar claim duration period of our primary lines of business (certain lines of business have short settlement periods versus long settlement periods).

### *Reserves for Incurred But Not Reported ("IBNR") Claims*

Reserves for IBNR claims are based on the estimated ultimate cost of settling claims, including the effects of inflation and other social and economic factors, using past experience adjusted for current trends and any other factors that would modify past experience. We use a variety of statistical and actuarial techniques to analyze current claims costs, including frequency and severity data and prevailing economic, social and legal factors. Each such method has its own set of assumptions and outputs, and each has strengths and weaknesses in different areas. Since no single estimation method is superior to another method in all situations, the methods and assumptions used to project loss reserves will vary by coverage and product. We use what we believe to be the most appropriate set of actuarial methods and assumptions for each product line grouping and coverage. While the loss projection methods may vary by product line and coverage, the general approach for calculating IBNR remains the same: ultimate losses are forecasted first, and that amount is reduced by the amount of cumulative paid claims and case reserves. Reserves established in prior years are adjusted as loss experience develops and new information becomes available. Adjustments to previously estimated reserves are reflected in the results of operations in the year in which they are made.

As described above, various actuarial methods are utilized to determine the reserves for losses and LAE recorded in our consolidated balance sheets. Weightings of methods at a detailed level may change from evaluation to evaluation based on a number of observations, measures, and time elements.

### *Methodology for Determining Cumulative Number of Reported Claims*

A claim file is created when the Company is notified of an actual demand for payment, notified of an event that may lead to a demand for payment or it is determined that a demand for payment could possibly lead to a future demand for payment on another coverage on the same policy or on another policy.The cumulative number of reported claims is predominately measured at the claim level for our Commercial Accounts, Aviation, Personal, Primary Commercial Auto Liability, and certain Programs lines of business and at a coverage level by occurrence for our other lines of business. The Company does not generate claim counts for ceded business.

F-26

*Incurred & Paid Claims Development Disclosures*

The following tables provide information about incurred and cumulative paid losses and allocated loss adjustment expenses ("ALAE"), net of reinsurance for our primary lines of business with similar claims duration periods. The incurred and paid losses by accident year information presented for all lines of business with similar claim duration periods in the below tables for calendar years prior to 2017 is required supplementary information and is unaudited. The following tables also include IBNR reserves plus expected development on reported claims and the cumulative number of reported claims as of December 31, 2019 ($ in thousands):

## Commercial Auto Liability

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | | | Cumulative Number of Reported Claims |
| Accident Year | Unaudited | | | | | | | | | | IBNR | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2019 | 2019 |
| 2010 | $38,276 | $44,052 | $44,597 | $46,338 | $46,097 | $46,557 | $46,637 | $46,805 | $46,944 | $44,402 | $ — | 2,656 |
| 2011 | | 49,933 | 52,099 | 55,934 | 55,853 | 55,259 | 53,587 | 53,691 | 55,775 | 57,499 | 46 | 3,328 |
| 2012 | | | 60,844 | 69,628 | 68,225 | 71,515 | 73,153 | 75,464 | 75,657 | 76,333 | 45 | 4,932 |
| 2013 | | | | 93,692 | 86,902 | 90,726 | 96,974 | 102,031 | 103,379 | 103,571 | (417) | 6,564 |
| 2014 | | | | | 102,053 | 93,187 | 99,280 | 106,138 | 113,357 | 116,373 | (1,289) | 7,308 |
| 2015 | | | | | | 106,133 | 106,608 | 125,161 | 133,574 | 135,774 | 1,093 | 8,167 |
| 2016 | | | | | | | 111,913 | 115,044 | 121,714 | 137,690 | 2,352 | 8,771 |
| 2017 | | | | | | | | 125,315 | 119,583 | 148,563 | 12,280 | 8,586 |
| 2018 | | | | | | | | | 119,070 | 118,334 | 34,175 | 7,605 |
| 2019 | | | | | | | | | | 118,351 | 48,275 | 6,293 |
| | | | | | | | | | Total | $1,056,890 | | |

| | Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | |
| Accident Year | Unaudited | | | | | | | | | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| 2010 | $ 7,476 | $ 23,464 | $ 32,807 | $ 41,298 | $ 44,818 | $ 45,544 | $ 46,487 | $ 46,607 | $ 46,604 | $ 47,125 |
| 2011 | | 8,288 | 27,773 | 44,227 | 49,793 | 52,261 | 52,928 | 53,203 | 53,276 | 53,275 |
| 2012 | | | 12,859 | 30,046 | 46,510 | 59,883 | 69,026 | 72,907 | 75,190 | 75,039 |
| 2013 | | | | 13,333 | 40,670 | 63,255 | 83,184 | 93,554 | 101,146 | 106,894 |
| 2014 | | | | | 17,145 | 43,078 | 67,410 | 88,823 | 107,912 | 112,617 |
| 2015 | | | | | | 18,108 | 48,239 | 95,056 | 123,668 | 141,678 |
| 2016 | | | | | | | 19,788 | 53,398 | 106,707 | 129,761 |
| 2017 | | | | | | | | 22,578 | 77,884 | 133,880 |
| 2018 | | | | | | | | | 26,101 | 49,912 |
| 2019 | | | | | | | | | | 16,812 |

| | |
|---|---|
| Total | $ 866,994 |
| All outstanding liabilities before 2010, net of reinsurance | — |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 189,896 |

## Casualty

| | Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance | | | | | | | | | | As of December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | For the Years Ended December 31, | | | | | | | | | | | Cumulative Number of Reported Claims |
| Accident Year | Unaudited | | | | | | | | | | IBNR | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2019 | 2019 |

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | $ 14,928 | $ 13,241 | $ 11,848 | $ 12,413 | $ 12,921 | $ 12,329 | $ 11,830 | $ 11,928 | $ 11,368 | $ 9,600 | $ 88 | 836 |
| 2011 | | 14,331 | 11,675 | 12,942 | 12,529 | 11,855 | 11,510 | 11,407 | 11,265 | 11,660 | 144 | 714 |
| 2012 | | | 13,020 | 11,301 | 13,098 | 12,230 | 13,330 | 12,390 | 11,852 | 12,944 | (318) | 637 |
| 2013 | | | | 13,379 | 12,002 | 12,384 | 12,792 | 12,874 | 12,205 | 13,330 | (190) | 618 |
| 2014 | | | | | 15,590 | 14,007 | 12,034 | 11,663 | 11,676 | 13,167 | (49) | 704 |
| 2015 | | | | | | 17,362 | 16,746 | 15,046 | 15,266 | 15,945 | 247 | 726 |
| 2016 | | | | | | | 16,039 | 16,513 | 16,927 | 18,625 | 240 | 738 |
| 2017 | | | | | | | | 17,845 | 15,751 | 20,360 | 2,900 | 1,123 |
| 2018 | | | | | | | | | 23,056 | 24,590 | 2,930 | 1,739 |

F-27

APP. 1160

| Accident Year | ... | ... | ... |
|---|---|---|---|
| 2019 | 34,610 | 26,946 | 2,277 |

Total  $174,831

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| 2010 | $ 3,035 | $ 5,096 | $ 7,175 | $ 8,817 | $ 10,023 | $ 10,407 | $ 10,557 | $ 10,991 | $ 11,138 | $ 9,345 |
| 2011 | | 2,340 | 4,292 | 6,007 | 8,334 | 9,292 | 9,642 | 9,868 | 11,149 | 11,204 |
| 2012 | | | 1,337 | 2,666 | 6,096 | 8,037 | 10,255 | 10,938 | 11,357 | 12,572 |
| 2013 | | | | 1,331 | 3,190 | 5,461 | 9,212 | 11,134 | 11,866 | 12,255 |
| 2014 | | | | | 1,829 | 4,196 | 5,499 | 8,075 | 11,327 | 12,365 |
| 2015 | | | | | | 1,420 | 4,133 | 8,258 | 13,553 | 16,158 |
| 2016 | | | | | | | 1,753 | 5,672 | 11,269 | 16,442 |
| 2017 | | | | | | | | 2,900 | 5,884 | 11,268 |
| 2018 | | | | | | | | | 2,708 | 8,027 |
| 2019 | | | | | | | | | | 2,526 |

Total  $ 112,163

All outstanding liabilities before 2010, net of reinsurance  860

Liabilities for claims and claim adjustment expenses, net of reinsurance  $ 63,528

## Commercial Accounts

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**                    As of December 31,

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | IBNR 2019 | Cumulative Number of Reported Claims 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | | | |
| 2010 | $ 45,263 | $ 45,235 | $ 44,847 | $ 43,164 | $ 43,459 | $ 42,426 | $ 42,175 | $ 42,880 | $ 42,427 | $ 40,337 | $ 106 | 3,143 |
| 2011 | | 49,375 | 46,540 | 45,723 | 41,721 | 41,081 | 40,745 | 40,100 | 38,585 | 38,585 | 199 | 2,911 |
| 2012 | | | 47,194 | 48,085 | 44,625 | 42,632 | 41,451 | 40,350 | 38,669 | 38,669 | 198 | 2,703 |
| 2013 | | | | 46,413 | 47,385 | 46,990 | 43,917 | 42,822 | 39,567 | 40,211 | 423 | 2,800 |
| 2014 | | | | | 46,280 | 46,470 | 43,806 | 43,806 | 43,673 | 42,463 | 562 | 2,737 |
| 2015 | | | | | | 40,966 | 42,580 | 41,429 | 38,385 | 39,287 | 1,440 | 2,568 |
| 2016 | | | | | | | 43,327 | 43,449 | 41,983 | 43,111 | 1,518 | 2,526 |
| 2017 | | | | | | | | 40,943 | 42,704 | 43,579 | 2,793 | 2,709 |
| 2018 | | | | | | | | | 42,898 | 41,290 | 5,929 | 2,550 |
| 2019 | | | | | | | | | | 37,984 | 13,663 | 2,459 |

Total  $405,517

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unaudited | | | | | | | | | |
| 2010 | $ 21,304 | $ 28,342 | $ 30,957 | $ 33,428 | $ 37,166 | $ 39,115 | $ 39,706 | $ 40,937 | $ 42,063 | $ 40,040 |
| 2011 | | 22,002 | 30,811 | 33,701 | 35,333 | 36,302 | 37,214 | 38,253 | 38,311 | 38,228 |
| 2012 | | | 22,264 | 30,096 | 32,378 | 34,597 | 35,943 | 37,808 | 38,044 | 38,211 |
| 2013 | | | | 19,386 | 29,586 | 33,927 | 36,225 | 37,947 | 38,892 | 39,329 |
| 2014 | | | | | 21,322 | 31,150 | 33,544 | 36,775 | 39,185 | 41,162 |
| 2015 | | | | | | 16,557 | 28,501 | 30,974 | 35,238 | 35,611 |
| 2016 | | | | | | | 19,776 | 29,456 | 35,035 | 39,417 |
| 2017 | | | | | | | | 16,644 | 28,813 | 36,650 |
| 2018 | | | | | | | | | 19,233 | 29,381 |
| 2019 | | | | | | | | | | 17,490 |

APP. 1161

| | | |
|---|---|---|
| **Total** | $ | |
| **All outstanding liabilities before 2010, net of reinsurance** | | 1,202 |

F-28

APP. 1162

| | Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 51,200 |
|---|---|---|

## Aviation

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | | | | | For the Years Ended December 31, | | | | | | As of December 31, | Cumulative Number of Reported Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident | | | | Unaudited | | | | | | | IBNR | |
| Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2019 | 2019 |
| 2010 | $ 11,331 | $ 10,960 | $ 9,570 | $ 9,186 | $ 9,316 | $ 9,432 | $ 9,489 | $ 9,820 | $ 9,839 | $ 9,839 | $ — | 269 |
| 2011 | | 12,330 | 11,299 | 9,759 | 9,729 | 9,829 | 9,884 | 10,045 | 10,028 | 10,028 | — | 305 |
| 2012 | | | 10,988 | 10,738 | 10,353 | 10,336 | 10,024 | 10,021 | 9,941 | 9,941 | — | 229 |
| 2013 | | | | 10,236 | 11,304 | 10,295 | 9,563 | 10,057 | 10,649 | 10,252 | — | 231 |
| 2014 | | | | | 3,179 | 3,654 | 3,627 | 3,558 | 3,566 | 3,567 | — | 201 |
| 2015 | | | | | | 1,870 | 1,709 | 1,643 | 1,631 | 1,630 | — | 197 |
| 2016 | | | | | | | 2,330 | 2,241 | 2,119 | 2,219 | 33 | 292 |
| 2017 | | | | | | | | 2,325 | 2,082 | 2,079 | 26 | 319 |
| 2018 | | | | | | | | | 2,382 | 1,990 | 143 | 332 |
| 2019 | | | | | | | | | | 5,246 | 836 | 265 |
| | | | | | | | | | Total | $ 56,791 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | | | | For the Years Ended December 31, | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Accident | | | | Unaudited | | | | | | |
| Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| 2010 | $ 5,613 | $ 7,041 | $ 8,635 | $ 9,031 | $ 9,083 | $ 9,083 | $ 9,245 | $ 9,811 | $ 9,836 | $ 9,618 |
| 2011 | | 6,313 | 8,894 | 8,924 | 9,311 | 9,546 | 9,628 | 10,028 | 10,028 | 10,028 |
| 2012 | | | 5,641 | 8,486 | 9,672 | 10,049 | 10,041 | 10,041 | 10,041 | 9,941 |
| 2013 | | | | 6,537 | 9,493 | 9,584 | 9,356 | 9,944 | 10,456 | 10,242 |
| 2014 | | | | | 2,779 | 3,105 | 3,259 | 3,327 | 3,565 | 3,567 |
| 2015 | | | | | | 958 | 1,405 | 1,520 | 1,601 | 1,630 |
| 2016 | | | | | | | 1,469 | 1,907 | 1,918 | 2,082 |
| 2017 | | | | | | | | 1,260 | 1,837 | 2,021 |
| 2018 | | | | | | | | | 1,716 | 2,237 |
| 2019 | | | | | | | | | | 2,911 |
| | | | | | | | | | Total | $ 54,277 |
| | | | | | | All outstanding liabilities before 2010, net of reinsurance | | | | — |
| | | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | $ 2,514 |

## Runoff

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| | | | | | For the Years Ended December 31, | | | | | | As of December 31, | Cumulative Number of Reported Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident | | | | Unaudited | | | | | | | IBNR | |
| Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2019 | 2019 |
| 2010 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | — |
| 2011 | | 10,861 | 9,949 | 9,433 | 7,547 | 6,185 | 6,678 | 6,741 | 6,659 | 6,637 | 287 | 965 |
| 2012 | | | 4,804 | 4,469 | 3,597 | 3,358 | 2,821 | 2,636 | 2,752 | 2,752 | 70 | 661 |
| 2013 | | | | 9,069 | 10,143 | 9,713 | 9,257 | 9,257 | 9,472 | 9,486 | 165 | 711 |
| 2014 | | | | | 9,208 | 9,338 | 9,762 | 10,076 | 10,452 | 10,463 | 460 | 1,130 |
| 2015 | | | | | | 8,605 | 7,277 | 8,624 | 8,892 | 8,420 | 182 | 822 |
| 2016 | | | | | | | 3,553 | 4,733 | 4,365 | 4,416 | 29 | 599 |
| 2017 | | | | | | | | 450 | 465 | 415 | 72 | 439 |
| 2018 | | | | | | | | | — | — | — | 66 |

F-29

APP. 1163

| | | |
|---|---|---|
| 2019 | — — — | |
| | Total | $ 42,590 |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unaudited | | | | | | |
| 2010 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| 2011 | | 2,897 | 4,308 | 5,208 | 4,968 | 4,838 | 5,227 | 5,427 | 5,483 | 5,357 |
| 2012 | | | 1,181 | 2,107 | 2,411 | 2,594 | 2,583 | 2,600 | 2,602 | 2,675 |
| 2013 | | | | 3,737 | 6,825 | 7,882 | 8,350 | 8,809 | 8,961 | 9,010 |
| 2014 | | | | | 2,933 | 5,972 | 7,970 | 9,004 | 9,210 | 9,323 |
| 2015 | | | | | | 2,528 | 5,744 | 7,328 | 8,049 | 8,495 |
| 2016 | | | | | | | 1,732 | 2,550 | 3,743 | 4,418 |
| 2017 | | | | | | | | 111 | 171 | 203 |
| 2018 | | | | | | | | | — | |
| 2019 | | | | | | | | | | |
| | | | | | | | | Total | | $ 39,481 |
| | | | | | | All outstanding liabilities before 2010, net of reinsurance | | | | — |
| | | | | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | | $ 3,109 |

## Programs

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance** — As of December 31,

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | IBNR 2019 | Cumulative Number of Reported Claims 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unaudited | | | | | | | | |
| 2010 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ - | $ — | — |
| 2011 | | 317 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | — | — |
| 2012 | | | 3,001 | 2,045 | 2,045 | 3,885 | 2,045 | 2,045 | 2,045 | 2,045 | — | 3 |
| 2013 | | | | 1,595 | 2,543 | 1,561 | 2,076 | 2,302 | 2,302 | 2,302 | — | 2 |
| 2014 | | | | | 1,623 | 666 | 2,039 | 1,575 | 1,575 | 1,575 | — | 5 |
| 2015 | | | | | | 1,683 | 1,629 | 752 | 752 | 752 | — | 2 |
| 2016 | | | | | | | 478 | 1,200 | 1,178 | 1,178 | — | 1 |
| 2017 | | | | | | | | 955 | 1,775 | 1,801 | 55 | 23 |
| 2018 | | | | | | | | | 3,598 | 4,368 | 440 | 88 |
| 2019 | | | | | | | | | | 5,407 | 1,481 | 56 |
| | | | | | | | | | Total | $ 19,624 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

For the Years Ended December 31,

| Accident Year | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Unaudited | | | | | | |
| 2010 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ — |
| 2011 | | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 |
| 2012 | | | 2,045 | 2,045 | 2,045 | 2,045 | 2,045 | 2,045 | 2,045 | 2,045 |
| 2013 | | | | 1,489 | 1,561 | 1,561 | 2,076 | 2,302 | 2,302 | 2,302 |
| 2014 | | | | | 758 | 1,502 | 1,575 | 1,575 | 1,575 | 1,575 |
| 2015 | | | | | | 1,515 | 1,629 | 752 | 752 | 752 |
| 2016 | | | | | | | 1,139 | 1,139 | 1,178 | 1,178 |
| 2017 | | | | | | | | 36 | 1,556 | 1,551 |
| 2018 | | | | | | | | | 911 | 1,290 |
| 2019 | | | | | | | | | | 4,501 |
| | | | | | | | | | Total | $ 15,390 |

F-30

| | |
|---|---|
| All outstanding liabilities before 2010, net of reinsurance | — |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 4,234 |

## Personal Segment

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | | IBNR 2019 | Cumulative Number of Reported Claims 2019 |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | $ 63,862 | $ 78,294 | $ 80,765 | $ 84,724 | $ 83,903 | $ 84,252 | $ 84,591 | $ 84,808 | $ 84,867 | $ 84,867 | $ 32 | 30,180 |
| 2011 | | 75,746 | 77,652 | 87,810 | 86,757 | 86,804 | 86,948 | 86,853 | 87,199 | 87,198 | — | 31,615 |
| 2012 | | | 58,604 | 73,795 | 70,552 | 71,513 | 72,042 | 72,037 | 72,076 | 72,100 | — | 23,940 |
| 2013 | | | | 55,706 | 59,132 | 60,100 | 60,211 | 60,379 | 60,328 | 60,310 | — | 23,472 |
| 2014 | | | | | 5,452 | 5,340 | 6,243 | 6,699 | 6,504 | 6,518 | — | 19,293 |
| 2015 | | | | | | 23,104 | 25,682 | 25,307 | 25,136 | 25,102 | — | 23,376 |
| 2016 | | | | | | | 32,260 | 32,893 | 32,728 | 32,803 | 27 | 23,752 |
| 2017 | | | | | | | | 23,342 | 21,968 | 21,926 | 13 | 16,796 |
| 2018 | | | | | | | | | 18,334 | 18,353 | (191) | 15,268 |
| 2019 | | | | | | | | | | 56,009 | 619 | 24,221 |
| | | | | | | | | | Total | $465,186 | | |

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | $ 38,643 | $ 67,755 | $ 75,199 | $ 82,624 | $ 83,511 | $ 84,111 | $ 84,556 | $ 84,717 | $ 84,768 | $ 84,782 |
| 2011 | | 46,416 | 67,939 | 83,497 | 85,533 | 86,217 | 86,593 | 86,660 | 86,989 | 87,045 |
| 2012 | | | 37,860 | 64,278 | 68,849 | 70,807 | 71,995 | 72,055 | 72,094 | 72,124 |
| 2013 | | | | 45,901 | 54,514 | 58,047 | 59,775 | 60,277 | 60,297 | 60,279 |
| 2014 | | | | | 2,515 | 4,418 | 5,631 | 6,428 | 6,566 | 6,580 |
| 2015 | | | | | | 11,570 | 22,281 | 24,262 | 25,243 | 25,098 |
| 2016 | | | | | | | 21,669 | 30,646 | 32,260 | 32,777 |
| 2017 | | | | | | | | 15,776 | 21,061 | 21,972 |
| 2018 | | | | | | | | | 11,137 | 18,009 |
| 2019 | | | | | | | | | | 41,524 |

| | |
|---|---|
| Total | $ 450,190 |
| All outstanding liabilities before 2010, net of reinsurance | 31 |
| Liabilities for claims and claim adjustment expenses, net of reinsurance | $ 15,027 |

## Property

**Incurred Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, (Unaudited) | | | | | | | | | | IBNR 2019 | Cumulative Number of Reported Claims 2019 |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | $ 9,652 | $ 9,836 | $ 9,680 | $ 9,656 | $ 9,668 | $ 9,654 | $ 9,675 | $ 9,700 | $ 9,496 | $ 9,501 | $ — | 1,316 |
| 2011 | | 11,768 | 12,289 | 12,228 | 12,406 | 12,598 | 12,616 | 12,494 | 12,551 | 12,549 | — | 1,512 |
| 2012 | | | 18,518 | 17,541 | 18,119 | 17,743 | 17,768 | 18,005 | 17,974 | 17,963 | — | 1,629 |
| 2013 | | | | 21,644 | 22,363 | 22,264 | 22,578 | 22,914 | 22,936 | 22,935 | — | 1,893 |
| 2014 | | | | | 22,551 | 21,950 | 21,862 | 21,793 | 21,852 | 21,876 | (20) | 2,037 |
| 2015 | | | | | | 20,256 | 19,919 | 20,014 | 20,091 | 20,202 | 5 | 1,993 |
| 2016 | | | | | | | 20,734 | 22,838 | 22,632 | 22,789 | (0) | 2,029 |
| 2017 | | | | | | | | 24,182 | 23,003 | 24,490 | 10 | 2,006 |
| 2018 | | | | | | | | | 22,822 | 18,694 | (649) | 1,052 |
| 2019 | | | | | | | | | | 20,214 | 4,640 | 997 |

APP. 1166

F-31

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | For the Years Ended December 31, | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Unaudited | | | | | | | | | |
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| 2010 | $ 8,692 | $ 9,632 | $ 9,522 | $ 9,479 | $ 9,474 | $ 9,479 | $ 9,498 | $ 9,496 | $ 9,496 | $ 9,501 |
| 2011 | | 10,317 | 12,354 | 12,343 | 12,370 | 12,492 | 12,541 | 12,550 | 12,551 | 12,549 |
| 2012 | | | 15,773 | 17,679 | 17,743 | 17,666 | 17,693 | 17,978 | 17,974 | 17,963 |
| 2013 | | | | 17,785 | 21,452 | 21,864 | 22,197 | 22,826 | 22,936 | 22,935 |
| 2014 | | | | | 19,586 | 21,749 | 21,778 | 21,849 | 21,911 | 21,955 |
| 2015 | | | | | | 17,513 | 19,500 | 19,928 | 20,134 | 19,953 |
| 2016 | | | | | | | 17,248 | 22,500 | 22,613 | 22,789 |
| 2017 | | | | | | | | 18,703 | 22,059 | 23,821 |
| 2018 | | | | | | | | | 10,923 | 16,914 |
| 2019 | | | | | | | | | | 11,344 |
| | | | | | | | | | Total | $ 179,725 |

All outstanding liabilities before 2010, net of reinsurance —

Liabilities for claims and claim adjustment expenses, net of reinsurance    $ 11,489

F-32

APP. 1168

The reconciliation of the net incurred and paid development tables to the liability for unpaid losses and LAE in our consolidated balance sheets is as follows (in thousands):

| | 2019 | 2018 |
|---|---:|---:|
| **Net outstanding liabilities for losses and LAE** | | |
| | | |
| Commercial Auto Liability | $ 189,896 | $ 150,288 |
| Casualty | 63,528 | 61,014 |
| Commercial Accounts | 51,200 | 56,865 |
| Aviation | 2,514 | 2,185 |
| Runoff | 3,109 | 5,070 |
| Programs | 4,234 | 2,164 |
| Personal Segment | 15,027 | 8,743 |
| Property | 11,489 | 12,739 |
| Liabilities for unpaid losses and allocated loss adjustment expenses, net of reinsurance | 340,997 | 299,068 |
| | | |
| **Reinsurance recoverable on unpaid losses and LAE** | | |
| Commercial Auto Liability | 112,931 | 23,262 |
| Casualty | 91,900 | 139,928 |
| Commercial Accounts | 13,671 | 8,255 |
| Aviation | 9,469 | 9,114 |
| Runoff | 1,326 | 1,528 |
| Programs | 3,618 | 421 |
| Personal Segment | 11,752 | 13,131 |
| Property | 27,937 | 26,077 |
| Total reinsurance recoverable on unpaid losses and LAE | 272,604 | 221,716 |
| | | |
| **Unallocated loss adjustment expenses** | | |
| Commercial Auto Liability | 1,383 | 1,264 |
| Casualty | 760 | 707 |
| Commercial Accounts | 2,732 | 2,788 |
| Aviation | 85 | 383 |
| Runoff | 170 | 170 |
| Programs | 63 | 31 |
| Personal Segment | 1,250 | 955 |
| Property | 311 | 165 |
| Total unallocated loss adjustment expenses | 6,754 | 6,463 |
| Total reserves for unpaid losses and loss adjustment expenses | $ 620,355 | $ 527,247 |

F-33

*Claims Duration*

The following table provides supplementary unaudited information about the annual percentage payout of incurred losses and ALAE, net of reinsurance, as of December 31, 2019:

| | Average Annual Percentage Payout of Incurred Claims by Age, Net of Reinsurance (1) | | | | | | | | | |
| | Unaudited | | | | | | | | | |
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Commercial Auto Liability | 14.5 % | 25.6 % | 26.3 % | 16.3 % | 10.0 % | 3.6 % | 2.6 % | 0.1 % | — % | 1.0 % |
| Casualty | 12.4 % | 15.8 % | 19.9 % | 21.3 % | 14.3 % | 4.7 % | 2.2 % | 7.6 % | 0.8 % | 1.0 % |
| Commercial Accounts | 36.8 % | 16.8 % | 5.8 % | 6.3 % | 5.8 % | 7.0 % | 5.7 % | 2.8 % | 6.9 % | 6.1 % |
| Aviation | 63.5 % | 22.7 % | 6.2 % | 3.3 % | 2.8 % | 1.5 % | 0.5 % | 1.6 % | 0.1 % | (2.2)% |
| Runoff | 31.9 % | 37.8 % | 17.6 % | 6.9 % | 4.2 % | 1.4 % | 1.5 % | (1.3)% | — % | — % |
| Programs | 73.2 % | 20.3 % | 6.5 % | — % | — % | — % | — % | — % | — % | — % |
| Personal Segment | 56.0 % | 28.8 % | 8.9 % | 4.7 % | 0.9 % | 0.3 % | 0.1 % | 0.2 % | 0.1 % | — % |
| Property | 77.2 % | 15.8 % | 1.7 % | 0.5 % | 3.6 % | 1.2 % | — % | — % | — % | — % |

(1) The average annual percentage payout is calculated from a paid losses and ALAE development pattern based on an actuarial analysis of the paid losses and ALAE movements by accident year for each disaggregation category. The paid losses and ALAE development pattern provides the expected percentage of ultimate losses and ALAE to be paid in each year. The pattern considers all accident years included in the claims development tables.

**7.    Reinsurance:**

We reinsure a portion of the risk we underwrite in order to control the exposure to losses and to protect capital resources. We cede to reinsurers a portion of these risks and pay premiums based upon the risk and exposure of the policies subject to such reinsurance. Ceded reinsurance involves credit risk and is generally subject to aggregate loss limits. Although the reinsurer is liable to us to the extent of the reinsurance ceded, we are ultimately liable as the direct insurer on all risks reinsured. Reinsurance recoverables are reported after allowances for uncollectible amounts. We monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Reinsurers are selected based on their financial condition, business practices and the price of their product offerings. In order to mitigate credit risk to reinsurance companies, most of our reinsurance recoverable balance as of December 31, 2019 was with reinsurers that had an A.M. Best rating of "A–" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

F-34

The following table presents our gross and net premiums written and earned and reinsurance recoveries for the last two years (in thousands):

| | 2019 | 2018 |
|---|---|---|
| Premium Written : | | |
| Direct | $ 836,797 | $ 660,298 |
| Assumed | 7,034 | 2,717 |
| Ceded | (347,279) | (299,217) |
| | $ 496,552 | $ 363,798 |
| | | |
| Premium Earned: | | |
| Direct | $ 748,203 | $ 639,437 |
| Assumed | 4,763 | 2,159 |
| Ceded | (316,089) | (278,509) |
| | $ 436,877 | $ 363,087 |
| | | |
| Reinsurance recoveries | $ 211,768 | $ 199,690 |

Included in reinsurance recoverable on the consolidated balance sheets are paid loss recoverables of $36.6 million and $29.7 million as of December 31, 2019 and 2018, respectively.

**8.    Revolving Credit Facilities:**

Our Second Restated Credit Agreement with Frost Bank ("Frost") dated June 30, 2015, as amended, provided a $15.0 million revolving credit facility ("Facility A"), with a $5.0 million letter of credit sub-facility. The outstanding balance of the Facility A bore interest at a rate equal to the prime rate or LIBOR plus 2.5%, at our election. We paid an annual fee of 0.25% of the average daily unused balance of Facility A and letter of credit fees at the rate of 1.00% per annum.  On August 19, 2019, we terminated Facility A.

The Second Restated Credit Agreement with Frost also provided a $30.0 million revolving credit facility ("Facility B"), in addition to Facility A. We used Facility B loan proceeds solely for the purpose of making capital contributions to AHIC and HIC.  We paid a quarterly fee of 0.25% per annum of the average daily unused balance of Facility B.  Facility B bore interest at a rate equal to the prime rate or LIBOR plus 3.00%, at our election.  On August 19, 2019, we repaid the $30 million principal balance and accrued interest on Facility B.  Upon such repayment, we terminated Facility B.

**9.    Subordinated Debt Securities:**

We issued trust preferred securities through Trust I and Trust II. These Delaware statutory trusts are sponsored and wholly-owned by Hallmark and each was created solely for the purpose of issuing the trust preferred securities. Each trust pays dividends on its preferred securities at the same rate each quarter as interest is paid on the junior subordinated debt securities. Under the terms of the trust subordinated debt securities, we pay interest only each quarter and the principal of each note at maturity. The subordinated debt securities of each trust are uncollateralized and do not require maintenance of minimum financial covenants.

F-35

APP. 1171

The following table summarizes the nature and terms of the junior subordinated debt and trust preferred securities:

| | | Hallmark Statutory Trust I | | Hallmark Statutory Trust II |
|---|---|---|---|---|
| Issue date | | June 21, 2005 | | August 23, 2007 |
| Principal amount of trust preferred securities | $ | 30,000 | $ | 25,000 |
| Principal amount of junior subordinated debt securities | $ | 30,928 | $ | 25,774 |
| Maturity date of junior subordinated debt securities | | June 15, 2035 | | September 15, 2037 |
| Trust common stock | $ | 928 | $ | 774 |
| Interest rate, per annum | | Three Month LIBOR + 3.25% | | Three Month LIBOR + 2.90% |
| Current interest rate at December 31, 2019 | | 5.14% | | 4.79% |

**10.  Senior Unsecured Notes:**

On August 19, 2019, Hallmark issued $50.0 million of senior unsecured notes ("Notes") due August 15, 2029.  Interest on the Notes accrues at the rate of 6.25% per annum and is payable semi-annually in arrears commencing February 15, 2020.  The Notes are not obligations of or guaranteed by any of Hallmark's subsidiaries and are not subject to any sinking fund requirements.  At Hallmark's option, the Notes are redeemable, in whole or in part, prior to the stated maturity subject to certain provisions intended to make the holders of the Notes whole on scheduled interest and principal payments.  The indenture governing the Notes contains covenants which restrict Hallmark's ability to incur additional indebtedness, pay dividends on or acquire its common stock, or make payments on its other securities or indebtedness if any such action would cause the Company's debt to capital ratio (calculated in accordance with the indenture) to exceed 35%.  Among other things, the indenture also limits Hallmark's ability to create liens on the stock of, dispose of all or substantially all of the assets of, or permit the merger or consolidation with another entity of any direct or indirect insurance company subsidiary with statutory surplus of at least $50.0 million.  As of December 31, 2019, Hallmark was in compliance with all of these covenants.

**11.  Segment Information:**

We pursue our business activities primarily through subsidiaries whose operations are organized into business units and are supported by our insurance carrier subsidiaries.  Our non-carrier insurance activities are organized by business units into the following reportable segments:

- *Specialty Commercial Segment.* Our Specialty Commercial Segment includes our Commercial Auto business unit which offers primary and excess commercial vehicle insurance products and services; our E&S Casualty business unit which offers primary and excess liability, excess public entity liability, E&S package and garage liability insurance products and services; our E&S Property business unit which offers primary and excess commercial property insurance for both catastrophe and non-catastrophe exposures; our Professional Liability business unit which offers healthcare and financial lines professional liability insurance products and services primarily for businesses, medical professionals, medical facilities and senior care facilities; and our Aerospace & Programs business unit which offers general aviation and satellite launch property/casualty insurance products and services, as well as certain specialty programs.  These products were previously reported as the Contract Binding and Specialty Commercial operating units.  This realignment did not impact our reportable segments.

- *Standard Commercial Segment.* Our Standard Commercial Segment includes the package and monoline property/casualty and occupational accident insurance products and services handled by our Commercial

F-36

APP. 1172

Accounts business unit (f/k/a Standard Commercial P&C operating unit) and the runoff of workers compensation insurance products handled by our former Workers Compensation operating unit.  Effective June 1, 2016, we ceased marketing new or renewal occupational accident policies. Effective July 1, 2015, the former Workers Compensation operating unit ceased retaining any risk on new or renewal policies.

- *Personal Segment*. Our Personal Segment includes the non-standard personal automobile and renters insurance products and services handled by our Specialty Personal Lines business unit.

The retained premium produced by these reportable segments is supported by our AHIC, HSIC, HIC, HNIC and TBIC insurance company subsidiaries. In addition, control and management of HCM is maintained through our wholly owned subsidiary, CYR Insurance Management Company ("CYR"). CYR has as its primary asset a management agreement with HCM which provides for CYR to have management and control of HCM. HCM is used to front certain lines of business in our Specialty Commercial and Personal Segments in Texas. HCM does not retain any business.

AHIC, HIC, HSIC and HNIC have entered into a pooling arrangement pursuant to which AHIC retains 32% of the net premiums written by any of them, HIC retains 32% of the net premiums written by any of them, HSIC retains 26% of the net premiums written by any of them and HNIC retains 10% of the net premiums written by any of them. Neither HCM nor TBIC is a party to the intercompany pooling arrangement.

F-37

APP. 1173

The following is additional business segment information for the twelve months ended December 31, 2019 and 2018 (in thousands):

| | 2019 | 2018 |
|---|---|---|
| Revenues | | |
| Specialty Commercial Segment | $ 309,619 | $ 280,283 |
| Standard Commercial Segment | 68,179 | 76,548 |
| Personal Segment | 88,225 | 38,623 |
| Corporate | 20,348 | (16,186) |
| Consolidated | $ 486,371 | $ 379,268 |
| | | |
| Depreciation and Amortization Expense | | |
| Specialty Commercial Segment | $ 3,158 | $ 2,986 |
| Standard Commercial Segment | 598 | 390 |
| Personal Segment | 1,227 | 1,312 |
| Corporate | 382 | 453 |
| Consolidated | $ 5,365 | $ 5,141 |
| | | |
| Interest Expense | | |
| Specialty Commercial Segment | $ — | $ — |
| Standard Commercial Segment | — | — |
| Personal Segment | — | — |
| Corporate | 5,410 | 4,545 |
| Consolidated | $ 5,410 | $ 4,545 |
| | | |
| Tax (Benefit) Expense | | |
| Specialty Commercial Segment | $ (540) | $ 5,521 |
| Standard Commercial Segment | (331) | 2,511 |
| Personal Segment | 168 | 587 |
| Corporate | 296 | (6,163) |
| Consolidated | $ (407) | $ 2,456 |
| | | |
| Pre-tax (loss) income | | |
| Specialty Commercial Segment | $ (1,371) | $ 28,780 |
| Standard Commercial Segment | (841) | 13,090 |
| Personal Segment | 427 | 3,061 |
| Corporate | 753 | (32,128) |
| Consolidated | $ (1,032) | $ 12,803 |

The following is additional business segment information as of the following dates (in thousands):

| | December 31, 2019 | December 31, 2018 |
|---|---|---|
| Assets: | | |
| Specialty Commercial Segment | $ 1,082,804 | $ 858,262 |
| Standard Commercial Segment | 193,710 | 158,881 |
| Personal Segment | 164,685 | 226,431 |
| Corporate | 54,075 | 21,320 |
| Consolidated | $ 1,495,274 | $ 1,264,894 |

F-38

**12.  Earnings Per Share:**

We have adopted the provisions of ASC 260, "Earnings Per Share," requiring presentation of both basic and diluted earnings per share. A reconciliation of the numerators and denominators of the basic and diluted per share calculations is presented below (in thousands, except per share amounts):

|  | 2019 | 2018 |
|---|---|---|
| Numerator for both basic and diluted earnings per share: | | |
| Net (loss) income | $ (625) | $ 10,347 |
| | | |
| Denominator, basic shares | 18,107 | 18,086 |
| Effect of dilutive securities: | | |
| Stock-based compensation awards | — | 115 |
| Denominator, diluted shares | 18,107 | 18,201 |
| | | |
| Basic (loss) earnings per share: | $ (0.03) | $ 0.57 |
| | | |
| Diluted (loss) earnings per share: | $ (0.03) | $ 0.57 |

We had 14,157 and 32,164 shares of common stock potentially issuable upon exercise of employee stock options for years ended December 31, 2019 and 2018, respectively, that were excluded from the weighted average number of shares outstanding on a diluted basis because the effect of such options would be anti-dilutive. These instruments, to the extent not previously cancelled or exercised, expire in 2021.

**13.  Regulatory Capital Restrictions:**

Hallmark, as a holding company, is dependent on dividend payments and management fees from its subsidiaries to fund its operating expenses, debt obligations and capital needs, including the ability to pay dividends to its stockholders. Hallmark has never paid dividends on its common stock. Hallmark intends to continue this policy for the foreseeable future in order to retain earnings for development of its business. There are no regulatory or contractual restrictions on the ability of Hallmark to pay dividends other than customary default provisions and the impact of any dividend payment on financial ratio covenants. However, there are restrictions on the ability of Hallmark's insurance carrier subsidiaries to transfer funds to the holding company. The amount of retained earnings that is unrestricted for the payment of dividends by Hallmark to its shareholders was $35.5 million as of December 31, 2019.

AHIC and TBIC, domiciled in Texas, are limited in the payment of dividends to their stockholders in any 12-month period, without the prior written consent of the Texas Department of Insurance, to the greater of statutory net income for the prior calendar year or 10% of statutory policyholders' surplus as of the prior year end. HIC and HNIC, both domiciled in Arizona, are limited in the payment of dividends to the lesser of 10% of prior year policyholders' surplus or prior year's net income, without prior written approval from the Arizona Department of Insurance. HSIC, domiciled in Oklahoma, is limited in the payment of dividends to the greater of 10% of prior year policyholders' surplus or prior year's statutory net income, not including realized capital gains, without prior written approval from the Oklahoma Insurance Department. For all our insurance companies, dividends may only be paid from unassigned surplus funds. During 2020, the aggregate ordinary dividend capacity of these subsidiaries is $22.6 million, of which $15.8 million is available to Hallmark. As a county mutual, dividends from HCM are payable to policyholders. During the years ended December 31, 2019 and 2018 our insurance company subsidiaries paid $15.5 million and $5.5 million, respectively, in dividends to Hallmark. The total restricted net assets of our insurance company subsidiaries as of December 31, 2019, was $227.8 million.

The state insurance departments also regulate financial transactions between our insurance subsidiaries and their affiliated companies. Applicable regulations require approval of management fees, expense sharing contracts and similar transactions. Our insurance subsidiaries did not pay management fees to Hallmark and our non-insurance company subsidiaries during 2019 and 2018.

F-39

APP. 1175

Statutory capital and surplus is calculated as statutory assets less statutory liabilities. The various state insurance departments that regulate our insurance company subsidiaries require us to maintain a minimum statutory capital and surplus. As of December 31, 2019 and 2018, our insurance company subsidiaries reported statutory capital and surplus of $254.7 million and $247.0 million, respectively, substantially greater than the minimum requirements for each state. For the years ended December 31, 2019, and 2018, respectively, our insurance company subsidiaries reported a statutory net loss of $10.2 million and statutory net income of $35.9 million, respectively.

The National Association of Insurance Commissioners requires property/casualty insurers to file a risk-based capital calculation according to a specified formula. The purpose of the formula is twofold: (1) to assess the adequacy of an insurer's statutory capital and surplus based upon a variety of factors such as potential risks related to investment portfolio, ceded reinsurance and product mix; and (2) to assist state regulators under the RBC for Insurers Model Act by providing thresholds at which a state commissioner is authorized and expected to take regulatory action. As of December 31, 2019, the adjusted capital under the risk-based capital calculation of each of our insurance company subsidiaries substantially exceeded the minimum requirements.

**14.  Share-based Payment Arrangements:**

Our 2005 Long Term Incentive Plan ("2005 LTIP") is a stock compensation plan for key employees and non-employee directors that was initially approved by the shareholders on May 26, 2005 and expired by its terms on May 27, 2015.  As of December 31, 2019, there were no outstanding incentive stock options and outstanding non-qualified stock options to purchase 14,157 shares of our common stock. The exercise price of all such outstanding stock options is equal to the fair market value of our common stock on the date of grant.

Our 2015 Long Term Incentive Plan ("2015 LTIP") was approved by shareholders on May 29, 2015.  There are 2,000,000 shares authorized for issuance under the 2015 LTIP.  As of December 31, 2019, restricted stock units representing the right to receive up to 530,236 shares of our common stock were outstanding under the 2015 LTIP.  There were no stock option awards granted under the 2015 LTIP as of December 31, 2019.

**Stock Options:**

Non-qualified stock options outstanding under the 2005 LTIP vest 100% six months after the date of grant and terminate ten years from the date of grant. The grant of 200,000 non-qualified stock options in 2009 vested in equal annual increments on each of the first seven anniversary dates and was fully exercised prior to termination in 2019.

A summary of the status of our stock options as of December 31, 2019 and changes during the year then ended is presented below:

| | Number of Shares | Weighted Average Exercise Price | Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value ($000) |
|---|---|---|---|---|
| Outstanding at January 1, 2019 | 244,157 | $ 6.63 | | |
| Granted | — | — | | |
| Exercised | (230,000) | $ 6.61 | | |
| Forfeited or expired | — | $ — | | |
| Outstanding at December 31, 2019 | 14,157 | $ 6.99 | 2.0 | $ 150 |
| Exercisable at December 31, 2019 | 14,157 | $ 6.99 | 2.0 | $ 150 |

F-40

APP. 1176

The following table details the intrinsic value of options exercised, total cost of share-based payments charged against income before income tax benefit and the amount of related income tax benefit recognized in income for the periods indicated (in thousands):

|  | 2019 | 2018 |
|---|---|---|
| Intrinsic value of options exercised | $ 845 | $ 122 |
| Cost of share-based payments (non-cash) | $ — | $ — |
| Income tax benefit of share-based payments recognized in income | $ — | $ — |

As of December 31, 2019, there was no unrecognized compensation cost related to non-vested stock options granted under our plans which is expected to be recognized in the future.

The fair value of each stock option granted is estimated on the date of grant using the Black-Scholes option pricing model. Expected volatilities are based on the historical volatility of Hallmark's and similar companies' common stock for a period equal to the expected term. The risk-free interest rates for periods within the contractual term of the options are based on rates for U.S. Treasury Notes with maturity dates corresponding to the options expected lives on the dates of grant. Expected term is determined based on the simplified method as we do not have sufficient historical exercise data to provide a basis for estimating the expected term. There were no stock options granted during 2019 or 2018.

**Restricted Stock Units:**

Restricted stock units awarded under the 2015 LTIP represent the right to receive shares of common stock upon the satisfaction of vesting requirements, performance criteria and other terms and conditions.  Restricted stock units vest and, if performance criteria have been satisfied, shares of common stock become issuable on March 31 of the third calendar year following the year of grant.

The performance criteria for all restricted stock units require that we achieve certain compound average annual growth rates in book value per share as well as certain average combined ratio percentages over the vesting period in order to receive shares of common stock in amounts ranging from 50% to 150% of the number of restricted stock units granted.  Grantees of restricted stock units do not have any rights of a stockholder, and do not participate in any distributions to our common stockholders, until the award fully vests upon satisfaction of the vesting schedule, performance criteria and other conditions set forth in their award agreement.  Therefore, unvested restricted stock units are not considered participating securities under ASC 260, "Earnings Per Share," and are not included in the calculation of basic or diluted earnings per share.

Compensation cost is measured as an amount equal to the fair value of the restricted stock units on the date of grant and is expensed over the vesting period if achievement of the performance criteria is deemed probable, with the amount of the expense recognized based on our best estimate of the ultimate achievement level.  The grant date fair value of restricted stock units granted in 2015, 2016, 2017, 2018 and 2019 was $11.10, $11.41, $10.20, $10.87 and $18.10 per unit, respectively.  We incurred compensation expense of $887 thousand and $152 thousand related to restricted stock units during the years ended December 31, 2019 and 2018.  We recorded income tax benefit of $186 thousand and $32 thousand related to restricted stock units during the years ended December 31, 2019 and 2018.

The following table details the status of our restricted stock units as of and for the years ended December 31, 2019 and 2018:

|  | Number of Restricted Stock Units | |
|---|---|---|
|  | 2019 | 2018 |
| Nonvested at January 1 | 338,897 | 385,779 |
| Granted | 97,804 | 144,059 |
| Vested | — | (8,198) |
| Forfeited | (83,210) | (182,743) |
| Nonvested at December 31 | 353,491 | 338,897 |

As of December 31, 2019, there was $2.4 million of unrecognized grant date compensation cost related to unvested restricted stock units assuming compensation cost accrual at target achievement level. Based on the current performance estimate, we expect to recognize $2.4 million of compensation cost related to unvested restricted stock units, of which $1.4 million is expected to be recognized in 2020, $0.8 million is expected to be recognized in 2021 and $0.2 million is expected to be recognized in 2022.

## 15. Retirement Plans:

Certain employees of the Standard Commercial Segment were participants in a defined cash balance plan covering all full-time employees who had completed at least 1,000 hours of service. This plan was frozen in March 2001 in anticipation of distribution of plan assets to members upon plan termination. All participants were vested when the plan was frozen.

F-42

APP. 1178

The following tables provide detail of the changes in benefit obligations, components of benefit costs, weighted-average assumptions, and plan assets for the retirement plan as of and for the twelve months ending December 31, 2019 and 2018 (in thousands) using a measurement date of December 31.

| | 2019 | 2018 |
|---|---|---|
| **Assumptions (end of period):** | | |
| Discount rate used in determining benefit obligation | 2.98 % | 4.05 % |
| Rate of compensation increase | N/A | N/A |
| | | |
| **Reconciliation of funded status (end of period):** | | |
| Accumulated benefit obligation | $ (12,376) | $ (11,687) |
| | | |
| Projected benefit obligation | $ (12,376) | $ (11,687) |
| Fair value of plan assets | 10,988 | 9,669 |
| Funded status | $ (1,388) | $ (2,018) |
| | | |
| Net actuarial loss | (4,010) | (4,130) |
| Accumulated other comprehensive loss | (4,010) | (4,130) |
| Prepaid pension cost | 2,622 | 2,112 |
| Net amount recognized as of December 31 | $ (1,388) | $ (2,018) |
| | | |
| **Changes in projected benefit obligation:** | | |
| Benefit obligation as of beginning of period | $ 11,687 | $ 12,758 |
| Interest cost | 454 | 424 |
| Actuarial liability loss (gain) | 1,083 | (628) |
| Benefits paid | (848) | (867) |
| Benefit obligation as of end of period | $ 12,376 | $ 11,687 |
| | | |
| **Change in plan assets:** | | |
| Fair value of plan assets as of beginning of period | $ 9,669 | $ 11,153 |
| Actual return on plan assets (net of expenses) | 1,667 | (617) |
| Employer contributions | 500 | — |
| Benefits paid | (848) | (867) |
| Fair value of plan assets as of end of period | $ 10,988 | $ 9,669 |
| | | |
| **Net periodic pension cost:** | | |
| Service cost - benefits earned during the period | $ — | $ — |
| Interest cost on projected benefit obligation | 454 | 424 |
| Expected return on plan assets | (607) | (694) |
| Recognized actuarial loss | 143 | 106 |
| Net periodic pension cost | $ (10) | $ (164) |
| | | |
| Discount rate | 4.05 % | 3.45 % |
| Expected return on plan assets | 6.50 % | 6.50 % |
| Rate of compensation increase | N/A | N/A |

F-43

Estimated future benefit payments by fiscal year (in thousands):

| | | |
|---|---|---|
| 2020 | $ | 866 |
| 2021 | $ | 874 |
| 2022 | $ | 859 |
| 2023 | $ | 839 |
| 2024 | $ | 828 |
| 2025-2029 | $ | 3,807 |

As of December 31, 2019, the fair value of the plan assets was composed of cash and cash equivalents of $0.6 million, debt securities of $3.4 million and equity securities of $7.0 million.

Our investment objectives are to preserve capital and to achieve long-term growth through a favorable rate of return equal to or greater than 5% over the long-term (60 year) average inflation rate as measured by the consumer price index. The objective of the equity portion of the portfolio is to achieve a return in excess of the Standard & Poor's 500 index. The objective of the fixed income portion of the portfolio is to add stability, consistency, safety and total return to the total fund portfolio.

We prohibit investments in options, futures, precious metals, short sales and purchase on margin. We also restrict the investment in fixed income securities to "A" rated or better by Moody's or Standard & Poor's rating services and restrict investments in common stocks to only those that are listed and actively traded on one or more of the major United States stock exchanges, including NASDAQ. We manage to an asset allocation of 45% to 75% in equity securities. An investment in any single stock issue is restricted to 5% of the total portfolio value and 90% of the securities held in mutual or commingled funds must meet the criteria for common stocks.

To develop the expected long-term rate of return on assets assumption, we consider the historical returns and the future expectations for returns for each asset class, as well as the target asset allocation of the pension portfolio. This resulted in the selection of the 6.5% long-term rate of return on assets assumption. The expected return on plan assets uses the fair market value as of December 31, 2019. To develop the discount rate used in determining the benefit obligation we used the Findley AA Pension Discount Curve at the measurement date to match the timing and amounts of projected future benefits.  A corridor approach is used to amortize actuarial gains and losses.  We are applying the 10% threshold set forth in ASC 715. In addition, since all accrued benefits under the plan are frozen, we are amortizing the unrecognized gains and losses outside of the corridor by the average life expectancy of the plan participants.

We expect that we will not be required to make a contribution to the defined benefit cash balance plan during 2020. We expect our 2020 net periodic pension cost to be ($190) thousand, the components of which are interest cost of $355 thousand, expected return on plan assets of ($684) thousand and amortization of actuarial loss of $139 thousand.

The following table shows the weighted-average asset allocation for the defined benefit cash balance plan held as of December 31, 2019 and 2018.

| | December 31 | |
|---|---|---|
| | **2019** | **2018** |
| Asset Category: | | |
| Debt securities | 31 % | 36 % |
| Equity securities | 64 % | 61 % |
| Other | 5 % | 3 % |
| Total | 100 % | 100 % |

We determine the fair value of our financial instruments based on the fair value hierarchy established in ASC 820. (See Note 3.)

F-44

APP. 1180

The following table presents, for each of the fair value hierarchy levels, our plan assets that are measured at fair value on a recurring basis at December 31, 2019 and December 31, 2018 (in thousands).

| | As of December 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ — | $ 3,410 | $ — | $ 3,410 |
| Equity securities | 6,977 | — | — | 6,977 |
| Total | $ 6,977 | $ 3,410 | $ — | $10,387 |

| | As of December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Prices in Active Markets for Identical Assets (Level 1) | Other Observable Inputs (Level 2) | Unobservable Inputs (Level 3) | Total |
| Debt securities | $ — | $ 3,468 | $ — | $3,468 |
| Equity securities | 5,913 | — | — | 5,913 |
| Total | $ 5,913 | $ 3,468 | $ — | $9,381 |

Our plan assets also include cash and cash equivalents of $0.6 million and $0.3 million at December 31, 2019 and 2018, respectively, that are carried at cost which approximates fair value.

We also sponsor a defined contribution plan. Under this plan, employees may contribute a portion of their compensation on a tax-deferred basis, and we may contribute a discretionary amount each year. We contributed $0.7 million and $0.2 million for the years ended December 31, 2019 and 2018.

F-45

**16. Income Taxes:**

The composition of deferred tax assets and liabilities and the related tax effects as of December 31, 2019 and 2018, are as follows (in thousands):

| | 2019 | 2018 |
|---|---|---|
| Deferred tax liabilities: | | |
| Deferred policy acquisition costs | $ (4,829) | $ (3,001) |
| Net unrealized holding gain on investments | (6,408) | (1,087) |
| Agency relationship | (17) | (22) |
| Intangible assets | (1,882) | (2,179) |
| Goodwill | (357) | (357) |
| Bond amortization | (77) | (72) |
| Fixed assets | (1,529) | (992) |
| Other | (315) | (279) |
| Total deferred tax liabilities | (15,414) | (7,989) |
| | | |
| Deferred tax assets: | | |
| Unearned premiums | 9,438 | 6,931 |
| Amortization of non-compete agreements | 36 | 71 |
| Pension liability | 842 | 867 |
| Net operating loss carry-forward | 2,154 | 93 |
| Unpaid loss and loss adjustment expense | 3,284 | 2,505 |
| Rent reserve | 18 | 54 |
| Bonus accrual | 722 | 632 |
| Investment impairments | 489 | 1,446 |
| Other | 616 | 373 |
| Total deferred tax assets | 17,599 | 12,972 |
| | | |
| Deferred federal income taxes, net | $ 2,185 | $ 4,983 |

We concluded that no valuation allowance was necessary against our deferred tax assets as of December 31, 2019 and 2018.

A reconciliation of the income tax provisions based on the applicable statutory tax rate of 21% to the provisions reflected in the consolidated financial statements for the years ended December 31, 2019 and 2018, respectively, is as follows (in thousands):

| | 2019 | 2018 |
|---|---|---|
| Computed expected income tax (benefit) expense at statutory tax rate | $ (217) | $ 2,689 |
| Meals and entertainment | 102 | 75 |
| Tax exempt interest | (421) | (435) |
| Dividends received deduction | (191) | (94) |
| State taxes (net of federal benefit) | 414 | 266 |
| Other | (94) | (45) |
| Income tax (benefit) expense | $ (407) | $ 2,456 |
| | | |
| Current income tax (benefit) expense | $ (1,224) | $ 4,300 |
| Deferred tax expense (benefit) | 817 | (1,844) |
| Income tax (benefit) expense | $ (407) | $ 2,456 |

F-46

APP. 1182

We have available, for federal income tax purposes, unused net operating loss of $10.3 million at December 31, 2019. The TCJA generally repealed the previous two year carry-back and 20 year carry-forward provision for net operating losses and adopted an indefinite carry-forward of net operating losses arising in tax years ending after December 31, 2017. However, the TCJA preserved present law for net operating losses of property/casualty insurance companies. Thus, our net operating losses may be carried-back two years and carried-forward 20 years. On March 27, 2020, the Coronavirus Aid Relief and Economic Security Act ("CARES Act") was signed into law. The CARES Act grants taxpayers a five-year carry-back period for net operating losses arising in tax years beginning after December 31, 2017 and before January 1, 2021 (i.e. calendar years 2018, 2019 and 2020).

The net operating losses will expire if unused, as follows (in thousands):

| Year | |
|---|---|
| 2022 | $ — |
| 2028 | 2 |
| 2029 | 25 |
| 2031 | 45 |
| 2032 | 77 |
| 2033 | 73 |
| 2034 | 59 |
| 2035 | 33 |
| 2036 | 50 |
| 2037 | 29 |
| 2038 | 40 |
| 2039 | 67 |
| Indefinite | 9,758 |
| | $ 10,258 |

We are no longer subject to U.S. federal, state, local or non-U.S. income tax examinations by tax authorities for years prior to 2016. The Company recognizes interest and penalties related to uncertain tax positions in income tax expense. There were no uncertain tax positions at December 31, 2019.

### 17. <u>Supplemental Cash Flow Information</u>

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported in the consolidated balance sheet to the total of the same such amounts shown in the statement of cash flows:

| | As of December 31, | |
|---|---|---|
| | 2019 | 2018 |
| Cash and cash equivalents | $ 53,336 | $ 35,594 |
| Restricted cash | 1,612 | 4,877 |
| Total cash, cash equivalents and restricted cash shown in the statement of cash flows | $ 54,948 | $ 40,471 |

Restricted cash represents amounts required to be set aside by a contractual agreement with a third-party insurer and amounts pledged for the benefit of various state insurance departments.

F-47

APP. 1183

The following table provides supplemental cash flow information for the years ended December 31, 2019 and 2018:

|  | December 31, | |
|---|---|---|
|  | 2019 | 2018 |
| Interest paid | $ 4,289 | $ 4,842 |
| Income taxes paid (recovered) | $ 7,775 | $ (3,236) |
| Supplemental schedule of non-cash investing activities: | | |
| Receivable for securities related to investment disposals | $ 12,581 | $ 3,369 |
| Payable for securities related to investment purchases | $ 1,648 | $ 698 |

18. **Commitments and Contingencies:**

From time to time, assessments are levied on us by the guaranty association of the states where we offer our insurance products. Such assessments are made primarily to cover the losses of policyholders of insolvent or rehabilitated insurers. Since these assessments can generally be recovered through a reduction in future premium taxes paid, we capitalize the assessments that can be recovered as they are paid and amortize the capitalized balance against our premium tax expense. We did not pay an assessment during 2019 and 2018.

As of December 31, 2019 we were engaged in various legal proceedings in the ordinary course of business, none of which, either individually or in the aggregate, are believed likely to have a material adverse effect on our consolidated financial position or results of operations, in the opinion of management. The various legal proceedings to which we were a party are routine in nature and incidental to our business.

F-48

**19.** <u>**Changes in Accumulated Other Comprehensive Income Balances:**</u>

The changes in accumulated other comprehensive income balances as of December 31, 2019 and 2018 were as follows (in thousands):

| | Pension Liability | Unrealized Gains (Loss) | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|
| Balance at January 1, 2018 | $ (2,310) | $ 14,544 | $ 12,234 |
| Other comprehensive income: | | | |
| Change in net actuarial gain | (576) | — | (576) |
| Tax effect on change in net actuarial gain | 121 | — | 121 |
| Unrealized holding losses arising during the period | — | (3,343) | (3,343) |
| Tax effect on unrealized losses arising during the period | — | 702 | 702 |
| Reclassification adjustment for gains included in net realized gains | — | (1,803) | (1,803) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 379 | 379 |
| Other comprehensive loss, net of tax | (455) | (4,065) | (4,520) |
| Reclassification of certain tax effects from accumulated other comprehensive income at January 1, 2018 | (569) | 3,188 | 2,619 |
| Cumulative effect of adoption of updated accounting guidance for equity financial instruments at January 1, 2018 | — | (16,993) | (16,993) |
| Balance at December 31, 2018 | $ (3,334) | $ (3,326) | $ (6,660) |
| Other comprehensive income: | | | |
| Change in net actuarial loss | 120 | — | 120 |
| Tax effect on change in net actuarial loss | (25) | — | (25) |
| Unrealized holding gains arising during the period | — | 13,645 | 13,645 |
| Tax effect on unrealized gains arising during the period | — | (2,865) | (2,865) |
| Reclassification adjustment for gains included in net realized gains | — | (4,464) | (4,464) |
| Tax effect on reclassification adjustment for gains included in income tax expense | — | 937 | 937 |
| Other comprehensive income, net of tax | 95 | 7,253 | 7,348 |
| Balance at December 31, 2019 | $ (3,239) | $ 3,927 | $ 688 |

**20.** <u>**Concentrations of Credit Risk:**</u>

We maintain cash and cash equivalents in accounts with four financial institutions in excess of the amount insured by the Federal Deposit Insurance Corporation. We monitor the financial stability of the depository institutions regularly and do not believe excessive risk of depository institution failure existed at December 31, 2019.

We are also subject to credit risk with respect to reinsurers to whom we have ceded underwriting risk. Although a reinsurer is liable for losses to the extent of the coverage it assumes, we remain obligated to our policyholders in the event that the reinsurers do not meet their obligations under the reinsurance agreements. In order to mitigate credit risk to reinsurance companies, we monitor the financial condition of reinsurers on an ongoing basis and review our reinsurance arrangements periodically. Most of our reinsurance recoverable balances as of December 31, 2019 were with reinsurers that had an A.M. Best rating of "A-" or better. We also mitigate our credit risk for the remaining reinsurance recoverable by obtaining letters of credit.

APP. 1185

**21.** **Leases**:

We adopted ASU 2016-02, "Leases, (Topic 842)" on January 1, 2019, which resulted in the recognition of operating leases on the balance sheet in 2019 and going forward. See Note 1 for more information on the adoption of ASU 2016 -02. Right-of-use assets are included in the other assets line item and lease liabilities are included in the other liabilities line item of the consolidated balance sheet. We also elected certain practical expedients that allow us not to reassess existing leases under the new guidance. We determine if a contract contains a lease at inception and recognize operating lease right-of-use assets and operating lease liabilities based on the present value of the future minimum lease payments at the commencement date. Since our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at the commencement date in determining the present value of future payments. Lease agreements which have lease and non-lease components are accounted for as a single lease component. Lease expense is recognized on a straight-line basis over the lease term.

The Company's operating lease obligations predominately pertain to office leases utilized in the operation of our business. Our leases have remaining terms of one to 13 years, some of which include options to extend the leases. The components of lease expense and other lease information as of and during the period ended December 31, 2019 are as follows (in thousands):

|  | Twelve Months Ended December 31, 2019 |
| --- | --- |
| Operating lease cost | $ 2,936 |
| Cash paid for amounts included in the measurement of lease liabilities | |
| Operating cash flows from operating leases | $ 1,889 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | $ — |

We incurred $26 thousand in short-term lease payments not included in our lease liability during the year ended December 31, 2019.

The components of lease expense and other lease information as of and during the twelve month period ended December 31, 2019 are as follows (in thousands):

|  | December 31, 2019 |
| --- | --- |
| Operating lease right-of-use assets | $ 16,044 |
| Operating lease liabilities | $ 17,347 |
| Weighted-average remaining lease term - operating leases | 10.6 |
| Weighted-average discount rate - operating leases | 5.88% |

F-50

Future minimum lease payments under non-cancellable leases as of December 31, 2019 and December 31, 2018 are as follows (in thousands):

| | December 31, 2019 | | December 31, 2018 |
|---|---|---|---|
| 2019 | $ — | $ | 1,889 |
| 2020 | 2,473 | | 2,473 |
| 2021 | 2,172 | | 2,172 |
| 2022 | 2,171 | | 2,171 |
| 2023 | 1,885 | | 1,885 |
| Thereafter | 15,266 | | 15,266 |
| Total future minimum lease payments | $ 23,967 | $ | 25,856 |
| | | | |
| Less imputed interest | $ (6,620) | $ | N/A |
| Total operating lease liability | $ 17,347 | $ | N/A |

## 22. Subsequent Events:

In February, 2020, we made the strategic decision to exit the contract binding line of the primary automobile business marketed by our Commercial Auto business unit as a result of increasing claim severity and limited opportunity for meaningful rate increases. At that time, we began the process of non-renewing policies and placing in-force policies in runoff in accordance with state regulatory guidelines. During 2019, this contract binding business produced $115.0 million in gross premiums written, which represented 56% of the total primary automobile premium volume of our Commercial Auto business unit.

On May 5, 2020, a lawsuit styled *Schulze v. Hallmark Financial Services, Inc.*, et. al (Case No. 3:20-cv-01130) was filed in the U.S. District Court for the Northern District of Texas, Dallas Division. The Company, its Chief Executive Officer and its Chief Financial Officer are named defendants in the lawsuit brought on behalf of a putative class of shareholders who acquired Hallmark securities between March 5, 2019 and March 17, 2020. In general, the complaint alleges that the defendants violated the Securities Exchange Act of 1934 by failing to disclose that (a) the Company lacked effective internal controls over financial reporting related to its reserves for unpaid losses, (b) the Company improperly accounted for reserves for unpaid losses, (c) the Company would be forced to report $63.8 million of prior year net adverse loss development, (d) the Company would exit the contract binding line of its commercial automobile primary insurance business, and (e) the defendants' positive statements about the Company's business, operations and prospects were materially misleading and/or lacked a reasonable basis. The court has not yet appointed a lead plaintiff, and defendants' responsive pleading is not yet due and has not been filed. The litigation is in its initial stages and we are unable to reasonably predict its potential outcome. The Company, however, believes that the lawsuit is without merit and intends to vigorously defend the claims. The Company's current policy is to expense legal costs as incurred. Historically, the Company has not carried director and officer liability insurance and does not currently hold such a policy.

In connection with its normal process for evaluating triggering events, the Company determined that a significant decline in its market capitalization below its stockholders' equity during the first quarter of 2020 was an event that indicated the impairment of the goodwill and indefinite-lived intangible assets included in its balance sheet. As a result, the Company has taken a $44.7 million charge to goodwill and a $1.3 million charge to indefinite-lived intangible assets as of March 31, 2020.

F-51

**Schedule II – Condensed Financial Information of Registrant (Parent Company Only)**

### HALLMARK FINANCIAL SERVICES, INC.
### BALANCE SHEETS
### December 31, 2019 and 2018
### (In thousands)

| | 2019 | 2018 |
|---|---|---|
| **ASSETS** | | |
| Debt securities, available-for-sale, at fair value (amortized cost; $150 in 2019 and $150 in 2018) | $ 1,024 | $ 786 |
| Cash and cash equivalents | 19,637 | 10,159 |
| Investment in subsidiaries | 358,436 | 344,904 |
| Deferred federal income taxes | 1,053 | 442 |
| Federal income tax recoverable | 5,904 | 6,133 |
| Other assets | 21,278 | 3,784 |
| Total assets | $ 407,332 | $ 366,208 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Senior unsecured notes due 2029 (less unamortized debt issuance cost of $942 in 2019) | $ 49,058 | $ — |
| Revolving credit facility payable | — | 30,000 |
| Subordinated debt securities (less unamortized debt issuance cost of $846 in 2019 and $898 in 2018) | 55,856 | 55,804 |
| Accounts payable and other accrued expenses | 39,136 | 24,872 |
| Total liabilities | 144,050 | 110,676 |
| | | |
| Stockholders' equity: | | |
| Common stock, $.18 par value, authorized 33,333,333 shares; issued 20,872,831 shares in 2019 and in 2018 | 3,757 | 3,757 |
| Additional paid-in capital | 123,468 | 123,168 |
| Retained earnings | 160,570 | 161,195 |
| Accumulated other comprehensive income (loss) | 688 | (6,660) |
| Treasury stock (2,749,738 shares in 2019 and 2,846,131 in 2018), at cost | (25,201) | (25,928) |
| | | |
| Total stockholders' equity | 263,282 | 255,532 |
| Total liabilities and stockholders' equity | $ 407,332 | $ 366,208 |

See accompanying report of independent registered public accounting firm.

F-52

APP. 1188

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF OPERATIONS**
**For the years ended December 31, 2019 and 2018**
**(In thousands)**

|  | 2019 | 2018 |
|---|---|---|
| Investment income, net of expenses | $ 47 | $ 290 |
| Dividend income from subsidiaries | 15,500 | 5,525 |
| Net realized gains | 830 | — |
| Management fee income | 16,044 | 14,736 |
| Total revenues | 32,421 | 20,551 |
|  |  |  |
| Operating expenses | 14,185 | 11,395 |
| Interest expense | 5,410 | 4,545 |
|  |  |  |
| Total expenses | 19,595 | 15,940 |
|  |  |  |
| Income before equity in undistributed earnings of subsidiaries and income tax benefit | 12,826 | 4,611 |
|  |  |  |
| Income tax benefit | (732) | (306) |
|  |  |  |
| Income before equity in undistributed earnings of subsidiaries | 13,558 | 4,917 |
| Equity in undistributed share of (loss) earnings in subsidiaries | (14,183) | 5,430 |
|  |  |  |
| Net (loss) income | $ (625) | $ 10,347 |
|  |  |  |
| Comprehensive income | $ 6,723 | $ 5,827 |

See accompanying report of independent registered public accounting firm.

F-53

**Schedule II (Continued) – Condensed Financial Information of Registrant (Parent Company Only)**

**HALLMARK FINANCIAL SERVICES, INC.**
**STATEMENTS OF CASH FLOWS**
**For the years ended December 31, 2019 and 2018**
**(In thousands)**

|  | 2019 | 2018 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net (loss) income | $ (625) | $ 10,347 |
|  |  |  |
| Adjustments to reconcile net (loss) income to cash provided by (used in) operating activities: |  |  |
| Depreciation and amortization expense | 381 | 377 |
| Deferred income tax (benefit) expense | (611) | 51 |
| Net realized gains | (830) | — |
| Undistributed share of loss (earnings) of subsidiaries | 14,183 | (5,430) |
| Change in current federal income tax payable (recoverable) | 229 | (2,219) |
| Change in all other liabilities | 994 | (3,075) |
| Change in all other assets | (2,339) | (466) |
| Net cash provided by (used in) operating activities | 11,382 | (415) |
|  |  |  |
| Cash flows from investing activities: |  |  |
| Purchases of property and equipment | (1,211) | (55) |
| Purchase of investment securities | (1,259) | — |
| Maturities, sales and redemptions of investment securities | 1,405 | — |
| Capital contribution to subsidiaries | (20,000) | — |
| Net cash used in investing activities | (21,065) | (55) |
|  |  |  |
| Cash flows from financing activities: |  |  |
| Proceeds from exercise of employee stock options | 1,520 | 242 |
| Payment of revolving credit facility | (30,000) | — |
| Payment of debt issuance costs | (979) | — |
| Proceeds from senior unsecured note offering | 50,000 | — |
| Purchase of treasury shares | (1,380) | (1,807) |
| Net cash used provided by (used in) financing activities | 19,161 | (1,565) |
|  |  |  |
| Increase (decrease) in cash and cash equivalents | 9,478 | (2,035) |
| Cash and cash equivalents at beginning of year | 10,159 | 12,194 |
| Cash and cash equivalents at end of year | $ 19,637 | $ 10,159 |
|  |  |  |
| Supplemental cash flow information: |  |  |
| Interest paid | $ 4,289 | $ 4,842 |
|  |  |  |
| Income taxes (recovered) paid | $ (448) | $ 1,996 |

See accompanying report of independent registered public accounting firm.

F-54

APP. 1190

**FINANCIAL STATEMENT SCHEDULES**

**Schedule III - Supplementary Insurance Information**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Future Policy Benefits, Losses, Claims, and Loss | | Other Policy Claims and | | | Benefits, Claims, Losses and | Amortization of Deferred Policy | | |
| | Deferred Policy Acquisition | Adjustment | Unearned | Benefits | Premium | Net Investment | Settlement | Acquisition | Other Operating | Net Premiums |
| Segment | Costs | Expenses | Premiums | Payable | Revenue | Income | Expenses | Costs | Expenses | Written |
| **2019** | | | | | | | | | | |
| Specialty Commercial Segment | $ 14,108 | $ 520,117 | $ 321,047 | $ — | $ 292,588 | $ 15,856 | $ 248,781 | $ (38,274) | $ 68,545 | $ 350,047 |
| Standard Commercial Segment | 4,530 | 72,208 | 44,032 | — | 63,970 | 3,879 | 50,036 | 9,730 | 18,275 | 62,892 |
| Personal Segment | 4,356 | 28,030 | 23,847 | — | 80,319 | 1,139 | 63,348 | 15,858 | 25,058 | 83,613 |
| Corporate | — | — | — | — | — | (270) | — | — | 14,185 | — |
| Consolidated | $ 22,994 | $ 620,355 | $ 388,926 | $ — | $ 436,877 | $ 20,604 | $ 362,165 | $ (12,686) | $ 126,063 | $ 496,552 |
| **2018** | | | | | | | | | | |
| Specialty Commercial Segment | $ 5,637 | $ 429,741 | $ 234,563 | $ — | $ 258,186 | $ 19,302 | $ 194,268 | $ 21,133 | $ 52,071 | $ 251,731 |
| Standard Commercial Segment | 5,212 | 74,677 | 40,813 | — | 72,321 | 3,736 | 39,396 | 13,415 | 22,825 | 69,222 |
| Personal Segment | 3,442 | 22,829 | 22,685 | — | 32,580 | 1,185 | 22,364 | 2,888 | 15,420 | 42,845 |
| Corporate | — | — | — | — | — | (5,991) | — | — | 11,396 | — |
| Consolidated | $ 14,291 | $ 527,247 | $ 298,061 | $ — | $ 363,087 | $ 18,232 | $ 256,028 | $ 37,436 | $ 101,712 | $ 363,798 |

See accompanying report of independent registered public accounting firm.

F-55

APP. 1191

**FINANCIAL STATEMENT SCHEDULES**

**Schedule IV – Reinsurance**

*(In thousands)*

| | Column B Gross Amount | Column C Ceded to Other Companies | Column D Assumed from Other Companies | Column E Net Amount | Column F Percentage of Amount Assumed to Net |
|---|---|---|---|---|---|
| **Year Ended December 31, 2019** | | | | | |
| Life insurance in force | $ — | $ — | $ — | $ — | |
| Premiums | | | | | |
| Life insurance | $ — | $ — | $ — | $ — | |
| Accident and health insurance | — | — | — | — | |
| Property and liability insurance | 748,203 | (316,089) | 4,763 | 436,877 | 1.00 % |
| Title Insurance | — | — | — | — | |
| Total premiums | $ 748,203 | $ (316,089) | $ 4,763 | $ 436,877 | 1.00 % |
| **Year Ended December 31, 2018** | | | | | |
| Life insurance in force | $ — | $ — | $ — | $ — | |
| Premiums | | | | | |
| Life insurance | $ — | $ — | $ — | $ — | |
| Accident and health insurance | — | — | — | — | |
| Property and liability insurance | 639,437 | (278,509) | 2,159 | 363,087 | 0.59 % |
| Title Insurance | — | — | — | — | |
| Total premiums | $ 639,437 | $ (278,509) | $ 2,159 | $ 363,087 | 0.59 % |

See accompanying report of independent registered public accounting firm.

F-56

**FINANCIAL STATEMENT SCHEDULES**

**Schedule VI - Supplemental Information Concerning Property-Casualty Insurance Operations**

*(In thousands)*

| Column A | Column B | Column C | Column D | Column E | Column F | Column G | Column H | | Column I | Column J | Column K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reserves for Unpaid Claims and Claim | Discount if any, | | | | Claims and Claim Adjustment Expenses Incurred Related to | | Amortization of Deferred Policy | Paid Claims and Claims | |
| Affiliation With Registrant | Deferred Policy Acquisition Costs | Adjustment Expenses | Deducted In Column C | Unearned Premiums | Earned Premiums | Net Investment Income | (1) Current Year | (2) Prior Years | Acquisitions Costs | Adjustment Expenses | Net Premiums Written |
| (a) Consolidated property-casualty Entities | | | | | | | | | | | |
| 2019 | $ 22,994 | $ 620,355 | $ — | $388,926 | $436,877 | $ 20,604 | $ 301,265 | $ 60,900 | $ (12,686) | $ 319,945 | $ 496,522 |
| 2018 | $ 14,291 | $ 527,247 | $ — | $298,061 | $363,087 | $ 18,232 | $ 250,075 | $ 5,953 | $ 37,436 | $ 322,985 | $ 363,798 |

See accompanying report of independent registered public accounting firm.

F-57

APP. 1193

**Exhibit 4.1**

Description of Registrant's Securities

**DESCRIPTION OF COMMON STOCK**

**General**

Our authorized capital stock consists solely of 33,333,333 shares of common stock, par value $0.18 per share. The following description of our common stock is a summary and is qualified in its entirety by reference to our Restated Articles of Incorporation, our Amended and Restated Bylaws, the provisions of Nevada corporate law and other applicable state law.

*Dividend, Liquidation and Other Rights.*

Holders of shares of our common stock are entitled to receive ratably those dividends that may be declared by our board of directors out of legally available funds. The holders of shares of our common stock have no preemptive, subscription or conversion rights. Upon our liquidation, dissolution or winding up, the holders of our common stock will be entitled to share ratably in the net assets legally available for distribution to stockholders after the payment of all of our debts and other liabilities.

*Voting Rights.*

Each outstanding share of our common stock entitles the holder to one vote on all matters presented to our stockholders for a vote. The holders of one-third of the outstanding shares of our common stock constitute a quorum at any meeting of our stockholders. Assuming the presence of a quorum, directors are elected by a plurality of the votes cast in contested elections and by a majority of the votes cast in uncontested elections. Our common stock does not have cumulative voting rights. Therefore, the holders of a majority of the outstanding shares of our common stock can elect all of our directors. Most amendments to our Restated Articles of Incorporation must be approved by the affirmative vote of the holders of a majority of all outstanding shares of our common stock. Assuming the presence of a quorum, the affirmative vote of the holders of a majority of the shares of our common stock actually voted is required for the approval of substantially all other matters.

**Anti-Takeover Effects of Certain Statutory Provisions**

There are no provisions in our Restated Articles of Incorporation or our Amended and Restated Bylaws intended to prevent or restrict takeovers, mergers or acquisitions of the Company. However, certain provisions of Nevada corporate law and various state insurance laws could have the effect of discouraging others from attempting hostile takeovers of the Company. It is possible that these provisions could make it more difficult to accomplish transactions which our stockholders may otherwise deem to be in their best interests.

*Nevada Corporate Law Provisions.*

Nevada corporate law contains provisions governing "acquisition of controlling interest." These statutes generally provide that any person or entity that acquires 20% or more of the outstanding voting shares of a publicly-held Nevada corporation in the secondary public or private market may be denied voting rights with respect to the acquired shares, unless a majority of the disinterested stockholders of the corporation elect to restore such voting rights in whole or in part. These control share acquisition statutes only apply to a Nevada domestic corporation which (i) has 200 or more stockholders, with at least 100 of such stockholders being both stockholders of record and residents of Nevada; and (ii) does business in Nevada directly or through an affiliated corporation. The stockholders or board of directors of a corporation may elect to exempt the stock of a corporation from these control share acquisition statutes through adoption of a provision to that effect in the articles of incorporation or bylaws of the corporation.

Neither our Restated Articles of Incorporation nor our Amended and Restated Bylaws exempt our common stock from the Nevada control share acquisition statutes. If these provisions are applicable, they could discourage persons interested in acquiring a significant interest in or control of the Company, regardless of whether such acquisition was in the interest of our stockholders.

Nevada corporate law also contains provisions governing "combinations with interested stockholders" which may also have an effect of delaying or making it more difficult to effect a change in control of the Company. This statute

prevents an "interested stockholder," and a resident domestic Nevada corporation from entering into a "combination" unless certain conditions are met. These statutes generally define an "interested stockholder" as the beneficial owner of 10% or more of the voting shares of a publicly-held Nevada corporation, or an affiliate or associate thereof. The statutes define "combination" to include a merger or consolidation with an "interested stockholder," or a significant sale, lease, exchange, mortgage, pledge, transfer or other disposition to an "interested stockholder."

A corporation affected by these Nevada statutes may not engage in a combination with an interested stockholder within three years after the interested stockholder acquires its shares unless the combination or purchase was approved by the board of directors before the interested stockholder acquired such shares. If pre-approval was not obtained, then after the expiration of the three-year period the combination may be consummated with the approval of the board of directors or a majority of the voting power held by disinterested stockholders, or if the consideration to be paid by the interested stockholder is at least equal to the highest of certain specified thresholds.

*State Insurance Laws.*

Before a person can acquire control of a U.S. insurance company, prior written approval must be obtained from the insurance commissioner of the state where the insurance company is domiciled. Prior to granting approval of an application to acquire control of an insurance company, the state insurance commissioner will consider such factors as the financial strength of the applicant, the integrity of the applicant's board of directors and executive officers, the acquiror's plans for the management of the applicant's board of directors and executive officers, the acquiror's plans for the future operations of the insurer and any anti-competitive results that may arise from the consummation of the acquisition of control. Generally, state insurance statutes provide that control over an insurer is presumed to exist if any person, directly or indirectly, owns, controls, holds with the power to vote, or holds proxies representing, 10% or more of the voting securities of the insurance company. In addition, certain state insurance laws contain provisions that require pre-acquisition notification to the state insurance commissioner of a change in control with respect to a non-domestic insurance company licensed to do business in that state. While such pre-acquisition notification statutes do not authorize the state insurance commissioner to disapprove the change of control, such statutes do authorize certain remedies, including the issuance of a cease and desist order with respect to the non-domestic insurance company if certain conditions exist, such as undue market concentration. These approval requirements may deter, delay or prevent transactions that stockholders may otherwise deem to be in their best interests.

**Limitation of Liability and Indemnification**

Our Restated Articles of Incorporation provide that our directors and officers will not be liable to us for monetary damages for any breach of their fiduciary duty as a director or officer, other than (i) for acts or omissions which involve intentional misconduct, fraud or a knowing violation of law; or (ii) for the payment of dividends in violation of Nevada corporate law. In addition, our Amended and Restated Bylaws include an indemnification provision under which we have agreed to indemnify our directors, officers, employees and agents to the fullest extent permissible by law. These provisions may discourage derivative litigation against our directors and officers even if such action, if successful, might benefit us and our stockholders. Furthermore, our stockholders may be adversely affected to the extent we are required to pay the costs of defense, settlement or damages on behalf of our directors or officers pursuant to these indemnification provisions.

**DESCRIPTION OF SENIOR UNSECURED NOTES DUE 2029**

Our senior unsecured notes due 2020 (the "Notes") are a series of our senior unsecured debt securities issued under a senior unsecured debt securities indenture be dated August 19, 2019 (referred to herein as the "base indenture"), between us and The Bank of New York Mellon Trust Company, N.A., as trustee (the "Trustee" or "BNY Mellon"), as supplemented by a supplemental indenture with respect to the Notes. In this section, we refer to the base indenture, as supplemented by the supplemental indenture, as the Indenture. The following description of the Notes and the Indenture is not complete and is subject to and qualified in its entirety by reference to all of the provisions of the Notes and the Indenture. Wherever we refer to particular sections or defined terms of the Indenture, it is our intent that those sections or defined terms be incorporated by reference herein.

**General**

The Notes constitute a separate series of senior unsecured debt securities under the Indenture and were issued in an initial aggregate principal amount of $50,000,000 and mature on August 15, 2029 (referred to herein as the "maturity date"). The Notes were issued only in fully registered book-entry form without coupons and in denominations of $1,000 and integral multiples of $1,000 in excess thereof. The Notes were issued pursuant to the Indenture.

We may, without notice to or consent of any of the holders of the Notes, create and issue additional senior unsecured debt securities so that those additional senior unsecured debt securities would form a single series with the Notes (referred to herein as "same-series debt securities") or that would form a new series of senior unsecured debt securities. Such same-series debt securities would have the same terms as the Notes in all respects, except for the issue date, the issue price and the initial interest payment date. The Notes and any same-series debt securities would rank equally and ratably and would be treated as a single series of senior unsecured debt securities for all purposes under the Indenture.

The Notes bear interest at the rate of 6.25% per year, accruing from August 19, 2019. Interest on the Notes is payable semi-annually in arrears (each referred to herein as an "interest payment date"), commencing February 15, 2020, to the persons in whose names the Notes are registered at the close of business on the last day of the preceding calendar month. Interest on the Notes is computed on the basis of a 360-day year of twelve 30-day months.

If any interest payment date or the maturity date of the Notes is not a business day, then payment of the principal and interest may be made on the next business day. In that case, no interest will accrue on the amount payable for the period from and after the applicable interest payment date or maturity date, as the case may be. A "business day" means any day other than a Saturday, a Sunday or a day on which banking institutions in the City of New York or the place for payment are authorized by law, regulation or executive order to remain closed.

The registered holder of a Note will be treated as the owner of the Note for all purposes. Only registered holders have rights under the Indenture. Payment of the principal of, and interest on, the Notes represented by a global note registered in the name of or held by DTC or its nominee will be made in immediately available funds to DTC or its nominee, as the case may be, as the registered owner and holder of such global note.

The Notes are not subject to, or entitled to the benefits of, a sinking fund or repurchase by Hallmark at the option of the holders. In addition, the Notes are not convertible into, or exchangeable for, any other securities.

We may from time to time purchase the Notes in the open market or otherwise.

**Methods of Receiving Payments on the Notes**

The Notes are payable as to principal and interest at the office or agency of the paying agent (which may be Hallmark) or, at our option, payment of interest may be made by wire transfer or by check mailed to the holders of the Notes at their addresses set forth in the register of holders.

**Optional Redemption**

Prior to May 15, 2029 (the "Par Call Date"), we may redeem the Notes, at our option, at any time or from time to time, in whole or in part, at a redemption price equal to the greater of:

- 100% of the principal amount of the Notes to be redeemed; and

- the sum of the present values of the remaining scheduled payments of principal and interest thereon (not including any portion of such payments of interest accrued as of the date of redemption) from the date of redemption to the Par Call Date, discounted to the date of redemption on a semi-annual basis (assuming a 360-day year consisting of twelve 30-day months) at the Treasury Rate (as defined below), plus 50 basis points;

plus, in each case, accrued and unpaid interest on the principal amount of any Notes to be redeemed to, but excluding, the redemption date.

On or after the Par Call Date, we may redeem the Notes, at our option, at any time or from time to time, in whole or in part, at a redemption price equal to 100% of the principal amount of the Notes to be redeemed, plus accrued and unpaid interest on the principal amount of any Notes to be redeemed to, but excluding, the redemption date.

As used herein:

"Comparable Treasury Issue" means the United States Treasury security selected by the Independent Investment Banker as having a maturity comparable to the remaining term of the Notes to be redeemed (assuming that the Notes matured on the Par Call Date) that would be utilized, at the time of selection and in accordance with customary financial practice, in pricing new issues of corporate debt securities of comparable maturity to the remaining term of the Notes (assuming that the Notes matured on the Par Call Date).

"Comparable Treasury Price" means, with respect to any redemption date, (i) the average of three Reference Treasury Dealer Quotations for such redemption date, after excluding the highest and lowest of such Reference Treasury Dealer Quotations, or (ii) if the Independent Investment Banker obtains fewer than five such Reference Treasury Dealer Quotations, the average of all such quotations, or (iii) if the Independent Investment Banker only obtains one such Reference Treasury Dealer Quotation, such quotation.

"Independent Investment Banker" means the Reference Treasury Dealer selected by us.

"Reference Treasury Dealer" means each of Raymond James & Associates, Inc. and three other primary U.S. government securities dealers (each a "Primary Treasury Dealer"), as specified by us; provided, however, that if any of Raymond James & Associates, Inc. or any other Primary Treasury Dealer as specified by us shall cease to be a Primary Treasury Dealer, we will substitute therefor another Primary Treasury Dealer.

"Reference Treasury Dealer Quotations" means, with respect to each Reference Treasury Dealer and any redemption date, the average, as determined by the Independent Investment Banker, of the bid and asked prices for the Comparable Treasury Issue (expressed, in each case, as a percentage of its principal amount) quoted in writing to the Independent Investment Banker by such Reference Treasury Dealer at 3:30 p.m., New York City time, on the third Business Day preceding such redemption date.

"Treasury Rate" means, with respect to any redemption date, the rate per year equal to the semi-annual equivalent yield to maturity of the Comparable Treasury Issue, calculated using a price for the Comparable Treasury Issue (expressed as a percentage of its principal amount) equal to the Comparable Treasury Price for such redemption date. The Treasury Rate shall be calculated on the third Business Day preceding the redemption date.

### Redemption Procedures

We will provide notice of any optional redemption to the holders of Notes, with a copy to the Trustee, at least 10 days and not more than 60 days prior to the applicable redemption date delivered by first-class mail or electronic mail to each holder's registered address or in accordance with the applicable procedures of DTC. Notwithstanding the foregoing, redemption notices may be delivered more than 60 days prior to a redemption date if such notice is issued in connection with the discharge of our obligations under the Notes pursuant to our exercise of the defeasance or satisfaction and discharge provisions under the Indenture.

If a redemption date occurs during the period beginning on an interest record date and ending on the related interest payment date, the accrued and unpaid interest, if any, will be paid to the person in whose name the Note is registered at the close of business on such record date, and no additional interest will be payable to holders whose Notes will be subject to redemption by Hallmark.

In the case of any partial redemption, selection of the Notes for redemption will be made by the Trustee on a by-lot basis to the extent practicable or, if a by-lot basis is not practicable for any reason, pro rata or in such other manner as the Trustee deems fair and appropriate, and in any case in accordance with the applicable procedures of DTC unless otherwise required by law or an applicable stock exchange (subject to such rounding as may be necessary so that Notes are redeemed in whole increments of $1,000 and no Note of $2,000 in original principal amount or less will be redeemed in part). If any Note in certificated form is to be redeemed in part only, a new Note in principal amount

equal to the unredeemed portion thereof will be issued in the name of the holder thereof upon surrender and cancellation of the original Note.

Hallmark or any of its affiliates may, at any time or from time to time, acquire any Notes through open market purchases, privately negotiated transactions, tender offers, exchange offers, or otherwise, upon such terms and at such prices as Hallmark may determine (or as may be provided for in the Indenture), which may be more or less than the consideration for which such Notes are being sold and may be less than the redemption price in effect and could be for cash or other consideration, in accordance with applicable securities laws, so long as such acquisition does not otherwise violate the terms of the Indenture.

**Events of Default; Waiver**

An "event of default," as used herein means any of the following:

- Hallmark's default in the payment of any interest on the Notes when due, and continuance of such default for a period of 30 days;

- Hallmark's default in the payment of any principal of the Notes when due either at maturity, upon any redemption, acceleration, or otherwise;

- Hallmark's failure to perform any other covenant or agreement in the Indenture and the continuance of such default or breach for a period of 90 days after notice to Hallmark by the Trustee or by the holders of at least 25% in aggregate principal amount of the Notes (with a copy to the Trustee) stating that the notice is a "Notice of Default" and demanding it be remedied;

- a court having jurisdiction enters a decree or order for relief in respect of Hallmark or a Material Subsidiary (as defined below) in an involuntary case or proceeding under any applicable bankruptcy, insolvency, reorganization or other similar law, or a decree or order adjudging Hallmark or a Material Subsidiary as bankrupt or insolvent, or approving as properly filed a petition seeking reorganization, arrangement, adjustment, or composition of or in respect of Hallmark or a Material Subsidiary under any applicable federal or state law, or appointing a receiver, liquidator, assignee, custodian, trustee, sequestrator (or similar official) of Hallmark or a Material Subsidiary or for any substantial part of their property, or ordering the winding-up or liquidation of the affairs of Hallmark or any Material Subsidiary, shall have been entered, and such decree or order remains unstayed and in effect for a period of 60 consecutive days;

- Hallmark or a Material Subsidiary commences a voluntary case or proceeding under any applicable federal or state bankruptcy, insolvency, reorganization or other similar law or any other case or proceeding to be adjudicated as bankrupt or insolvent, or consents to the entry of a decree or order for relief in an involuntary case or proceeding under any such law, or to the commencement of any bankruptcy or insolvency case or proceeding against Hallmark or a Material Subsidiary, or the filing by Hallmark or a Material Subsidiary of a petition or answer to consent seeking reorganization or relief under any such applicable federal or state law, or the consent by Hallmark or a Material Subsidiary to the filing of such petition or to the appointment of or taking possession by a custodian, receiver, liquidator, assignee, trustee, sequestrator (or other similar official) of Hallmark or a Material Subsidiary or of any substantial part of their property, or the making by Hallmark or a Material Subsidiary of an assignment for the benefit of creditors, or the taking of action by Hallmark or a Material Subsidiary in furtherance of any such action; or

- a default under any bond, debenture, note or other evidence of indebtedness for money borrowed by Hallmark or a Material Subsidiary having an aggregate principal amount outstanding of at least $25,000,000, or under any mortgage, indenture or instrument (including the Indenture) under which there may be issued or by which there may be secured or evidenced any indebtedness for money borrowed by Hallmark or a Material Subsidiary having an aggregate principal amount outstanding of at least $25,000,000, whether such indebtedness now exists or is created or incurred in the future, which default (i) constitutes a failure to pay any portion of the principal of such indebtedness when due and payable after the expiration of any applicable grace period, or (ii) results in such indebtedness becoming due or being declared due and payable prior to the date on which it otherwise would have become due and payable without, in the case of clause (i), such indebtedness having been discharged or, in the case of clause (ii), such indebtedness having been discharged

or such acceleration having been rescinded or annulled. For purposes of this provision, obligations of Hallmark or a Material Subsidiary pursuant to a lease that are required (as opposed to elected) to be treated as capitalized leases under generally accepted accounting principles are excluded from the definition of indebtedness.

A Material Subsidiary means a direct or indirect subsidiary of Hallmark that is an insurance company with statutory surplus of at least $50.0 million for the most recently completed fiscal quarter.

If an event of default occurs and continues, the Trustee by notice to Hallmark, or the holders of at least 25% in aggregate principal amount of the outstanding Notes by notice to Hallmark (with a copy to the Trustee), may declare the entire principal of and all accrued but unpaid interest on all the Notes to be due and payable immediately. Subject to certain conditions, but before a judgment or decree for payment of the money due has been obtained, such declaration and its consequences may be rescinded and annulled by the holders of a majority in principal amount of the outstanding Notes. The Indenture also provides that the holders of a majority in principal amount of the Notes may waive any existing default with respect to the Notes and its consequences, except a default in the payment of the principal of and interest on the Notes.

The holders of a majority in principal amount of the Notes may direct the time, method and place of conducting any proceeding for exercising any remedy available to the Trustee or exercising any trust or power conferred on the Trustee. However, the Trustee may refuse to follow any direction that conflicts with law or the Indenture or that the Trustee determines may be unduly prejudicial to the holders of the Notes not joining in the direction or that may involve the Trustee in personal liability. In addition, the Trustee may take any other action consistent with the Indenture relating to any such direction received from the holders of the Notes.

Subject to the provisions of the Indenture relating to the duties of the Trustee, in case an event of default occurs and is continuing, the Trustee will be under no obligation to exercise any of the rights or powers under the Indenture at the request or direction of any holders of Notes unless such holders have offered to the Trustee security or indemnity satisfactory to the Trustee in its sole discretion. Except to enforce the right to receive payment of principal, premium, if any, or interest, when due, no holder of a Note may pursue any remedy with respect to the Indenture or such Note unless:

- such holder has previously given the Trustee written notice of a continuing event of default;

- holders of at least 25% in aggregate principal amount of the outstanding Notes have made a written request to the Trustee to pursue the remedy;

- such holders provide to the Trustee security or indemnity acceptable to the Trustee, in its sole discretion, against any loss, liability or expense;

- the Trustee has not complied with such request within 60 days after receipt of the request and the provision of security or indemnity acceptable to the Trustee; and

- the holders of a majority in aggregate principal amount of the outstanding Notes do not give the Trustee a direction inconsistent with the request within such 60-day period.

Except in the case of a default or event of default in payment of principal of and interest on any Note, the Trustee may withhold notice of a default or event of default if and so long as a committee of its responsible officers in good faith determines that withholding the notice is in the interests of the holders of the Notes. Hallmark is required to deliver to the Trustee annually a statement from its applicable officers regarding whether or not they have knowledge of any default or event of default. Within 30 days of any applicable officer becoming aware of any default or event of default, such officer is required to deliver to the Trustee a statement specifying such default or event of default. For purposes of this paragraph, "default" means any event which is, or after notice or lapse of time or both would become, an event of default under the Indenture with respect to the Notes.

Ranking

The Notes are senior unsecured indebtedness of Hallmark Financial Services, Inc. ("Hallmark") only and will not be obligations of or guaranteed by any of its subsidiaries. As such, the Notes will:

- rank senior in right of payment to any of Hallmark's existing and future indebtedness and other obligations that are, by their terms, expressly subordinated or junior in right of payment to the Notes;

- rank equally in right of payment to all of Hallmark's existing and future unsecured indebtedness and other obligations that are not, by their terms, expressly subordinated or junior in right of payment to the Notes;

- be effectively subordinated to all of Hallmark's existing and future secured indebtedness and other obligations to the extent of the value of the collateral securing such secured indebtedness and other obligations; and

- be structurally subordinated to the indebtedness and other obligations of all of Hallmark's subsidiaries.

**Merger, Consolidation, Sale, Lease or Conveyance**

Under the Indenture, Hallmark may not merge or consolidate with or merge into any person, or sell, assign, transfer, lease or convey, in a single transaction or in a series of transactions, all or substantially all of its assets to any person, unless:

- Hallmark is the continuing corporation, or the successor corporation or the person that acquires all or substantially all of Hallmark's assets is a corporation organized and existing under the laws of the United States or a state thereof or the District of Columbia and expressly assumes all Hallmark's obligations under the Notes and the Indenture or assumes such obligations as a matter of law;

- immediately after giving effect to such merger, consolidation, sale, assignment, transfer, lease or conveyance there is no default (as defined above) or event of default under the Indenture; and

- Hallmark shall have delivered to the Trustee an officers' certificate and an opinion of counsel, each stating that the transaction complies with the terms of the Indenture and that all conditions precedent in the Indenture relating to such transaction have been complied with.

Upon any such consolidation or merger, sale, assignment, transfer, lease or conveyance, the successor corporation formed, or into which Hallmark is merged or to which such sale, conveyance or transfer is made, shall succeed to, and be substituted for, Hallmark under the Indenture with the same effect as if it had been an original party to the Indenture. As a result, Hallmark will be released from all its liabilities and obligations under the Indenture and under the Notes.

Although there is a limited body of case law interpreting the phrase "substantially all" and similar phrases, there is no precisely established definition of the phrase under applicable law. Accordingly, in certain circumstances there may be a degree of uncertainty as to whether a particular transaction would involve "substantially all" the property or assets of a person.

**Certain Covenants**

As described below, the Indenture contains various covenants restricting Hallmark's ability to engage in certain transactions, subject to certain exceptions. The holders of not less than a majority in aggregate principal amount of the Notes may waive compliance in a particular instance by Hallmark with any provision of the Indenture or the Notes, including the following covenants, except as otherwise stated below under "—Modification of the Indenture."

*Limitation on Incurrence of Indebtedness*

Under the Indenture, Hallmark may not, and may not permit any of its subsidiaries to, directly or indirectly, incur any indebtedness unless both (i) no Event of Default has occurred and is continuing, and (ii) the Debt to Capital Ratio of Hallmark as of the balance sheet date immediately preceding the date on which such additional indebtedness would be incurred would have been no greater than 35%, determined on a pro forma basis (including a pro forma application

of the net proceeds therefrom) as if the additional indebtedness and all other indebtedness incurred since the immediately preceding balance sheet date had been incurred as of such day (except to the extent such indebtedness has been or will be used to prepay other indebtedness).

As used herein:

"Debt to Capital Ratio" means, as of any date, the ratio (expressed as a percentage) equal to Consolidated Indebtedness of Hallmark as of such date divided by the Consolidated Capital of Hallmark as of such date.

"Consolidated Indebtedness" means, as of any date, the indebtedness of Hallmark and its subsidiaries for borrowed money determined on a consolidated basis in accordance with U.S. generally accepted accounting principles ("GAAP"). For the avoidance of doubt, Consolidated Indebtedness excludes operating lease liabilities.

"Consolidated Capital" means, as of any date, the total shareholders' equity of Hallmark and its subsidiaries determined on a consolidated basis in accordance with GAAP plus Consolidated Indebtedness.

The limitations in the first paragraph of this subsection entitled "Certain Covenants—Limitation on Incurrence of Indebtedness," however, do not apply to the incurrence of the following types of indebtedness:

- indebtedness of Hallmark evidenced by the Notes;

- any indebtedness outstanding on the date of the issuance of the Notes, any indebtedness used to refinance such outstanding indebtedness, and any indebtedness incurred that is used to redeem the Notes in accordance with the terms of the Indenture;

- indebtedness arising from the honoring by a bank or other financial institutions of a check, draft or other instrument, including, but not limited to, electronic transfers, wire transfers and commercial card payments, drawn against insufficient funds in the ordinary course of business (except in the form of committed or uncommitted lines of credit); provided, however, that such indebtedness is extinguished within 10 business days of incurrence;

- indebtedness owed to banks and other financial institutions incurred in the ordinary course of business of Hallmark and its subsidiaries with such banks or financial institutions that arise in connection with ordinary banking arrangements to provide treasury services or to manage cash balances of Hallmark and its subsidiaries;

- indebtedness of Hallmark or any subsidiary in a total maximum not to exceed $5.0 million outstanding at any time, provided that on the date any such indebtedness is incurred, and after giving effect thereto on a pro forma basis, no event of default has occurred and is continuing (or would result therefrom), including pro forma compliance with any financial covenant ratios applicable to the Notes; or

- indebtedness of Hallmark or any subsidiary to the extent that the net proceeds thereof are promptly deposited to defease all of the Notes, provided that (1) such indebtedness (x) is subordinate to any Notes not so defeased, and (y) has a maturity subsequent to any Notes not so defeased, and (2) unless all of the Notes are defeased, such indebtedness shall not be issued by any subsidiary of Hallmark.

For purposes of determining compliance with, and the outstanding principal amount of any indebtedness incurred pursuant to and in compliance with, this covenant:

- in the event that indebtedness meets the criteria of more than one of the types of indebtedness described above, Hallmark, in its sole discretion, may divide and classify such item of indebtedness (or any portion thereof) on the date of incurrence, and may later reclassify such item of indebtedness (or any portion thereof) in any manner that complies with the Indenture, and only be required to include the amount and type of such indebtedness once;

- guarantees of, or obligations in respect of letters of credit relating to, indebtedness that is otherwise not included in the determination of the principal amount of indebtedness shall not be included;

● indebtedness permitted by this covenant need not be permitted solely by reference to one provision permitting such indebtedness but may be permitted in part by one such provision and in part by one or more other provisions of the Indenture permitting such indebtedness; and

● the amount of indebtedness issued at a price that is less than the principal amount thereof shall be equal to the principal amount.

Accrual of interest, accrual of dividends, the accretion of accreted value or the amortization of debt discount, and the payment of interest in the form of additional indebtedness shall not be deemed to be an incurrence of indebtedness for purposes of this covenant. The amount of any indebtedness outstanding as of any date shall be (i) the accreted value thereof in the case of any indebtedness issued with original issue discount or the aggregate principal amount outstanding in the case of indebtedness issued with interest payable-in-kind, (ii) the principal amount, together with any interest thereon that is more than five days past due, in the case of any other indebtedness, (iii) in the case of the guarantee by a specified person of indebtedness of another person, the maximum liability to which the specified person may be subject upon the occurrence of the contingency giving rise to the obligation, and (iv) in the case of indebtedness of others guaranteed solely by means of a lien on any asset or property of Hallmark or any subsidiary (and not to their other assets or properties generally), the lesser of (x) the fair market value of such asset or property on the date on which such indebtedness is incurred, or (y) the amount of the indebtedness so secured.

For purposes of determining compliance with any U.S. dollar denominated restriction on the incurrence of indebtedness, the U.S. dollar equivalent principal amount of indebtedness denominated in a foreign currency shall be calculated based on the relevant currency exchange rate in effect on the date such indebtedness was incurred, in the case of term indebtedness, or first committed, in the case of revolving credit indebtedness; provided, that if such indebtedness is incurred to refinance other indebtedness denominated in a foreign currency, and such refinancing would cause the applicable U.S. dollar denominated restriction to be exceeded if calculated at the relevant currency exchange rate in effect on the date of such refinancing, such U.S. dollar denominated restriction shall be deemed not to have been exceeded so long as the principal amount of such refinancing indebtedness does not exceed the principal amount of such indebtedness being refinanced plus the amount of any reasonable premium (including reasonable tender premiums), defeasance costs and reasonable fees and expenses incurred in connection with the issuance of such new indebtedness. Notwithstanding any other provision of the Indenture, the maximum amount of indebtedness that Hallmark and its subsidiaries may incur under this covenant shall not be deemed to be exceeded solely as a result of fluctuations in the exchange rate of currencies. The principal amount of any indebtedness incurred to refinance other indebtedness, if incurred in a different currency from the indebtedness being refinanced, shall be calculated based on the currency exchange rate applicable to the currencies in which such refinanced indebtedness is denominated that is in effect on the date of such refinancing.

*Limitation on Restricted Payments*

Under the Indenture, Hallmark may not, and may not permit any of its subsidiaries to, directly or indirectly:

● declare or pay any dividend on or in respect of its capital stock or purchase, redeem, retire or otherwise acquire for value any capital stock of Hallmark (other than wholly in exchange for capital stock of Hallmark); or

● make any payment or other distribution on any other securities of Hallmark or any of its subsidiaries that rank junior or pari passu with the Notes, including any indebtedness of Hallmark or any of its subsidiaries;

unless, with respect to either bullet point above, at the time of, and after giving effect to such restricted payment on a pro forma basis, (i) no event of default shall have occurred and be continuing (or would reasonably be expected to result therefrom), and (ii) Hallmark's Debt to Capital Ratio would be no greater than 35%.

The Indenture also prohibits Hallmark from (i) directly or indirectly, selling, assigning, pledging, transferring or otherwise disposing, and Hallmark cannot permit any of its Material Subsidiaries to, directly or indirectly, sell, pledge, assign, transfer or otherwise dispose of, shares of voting capital stock, or securities convertible into voting capital stock, or options, warrants or rights to subscribe for or purchase voting capital stock of a Material Subsidiary; and (ii) permitting a Material Subsidiary to issue, sell or otherwise dispose of any shares of its voting capital stock or securities convertible into its voting capital stock or options, warrants or rights to subscribe for or purchase its voting capital

stock, unless Hallmark will own, directly or indirectly, at least 80% of the issued and outstanding voting stock of the Material Subsidiary after giving effect to that transaction. The covenant described in the preceding sentence does not apply to any transaction of the type described above under "—Merger, Consolidation, Sale, Lease or Conveyance."

*Limitation on Liens*

Under the Indenture, Hallmark may not, and may not permit any of its subsidiaries to, create, assume, incur or permit to exist any indebtedness (including any guarantee of indebtedness) that is secured by a lien (other than permitted liens, as defined in the Indenture) on (a) the capital stock of any Material Subsidiary, or (b) the capital stock of a subsidiary that owns, directly or indirectly, the capital stock of any Material Subsidiary, without, in either case, providing that the Notes will be secured equally and ratably with the indebtedness so secured for so long as such indebtedness shall be so secured; provided, that this limitation does not apply to (i) liens on capital stock of a subsidiary as of the date of the initial issuance of the Notes if such subsidiary shall thereafter become a Material Subsidiary, or any renewal or extension of such existing liens, or (ii) liens on capital or other securities of subsidiaries that are not Material Subsidiaries.

*Maintenance of Insurance Subsidiaries*

Under the Indenture, Hallmark must cause each of its subsidiaries that is required by applicable law to be licensed as an insurer or reinsurer in order to transact its business (each, an "Insurance Subsidiary") to (i) be duly organized and licensed or otherwise eligible to conduct an insurance or a reinsurance business, as the case may be, under the insurance statutes and regulations of the relevant insurance regulatory authorities in each jurisdiction in which the conduct of its business requires such licensing or eligibility, (ii) have all other necessary authorizations, approvals, orders, consents, certificates, permits, registrations and qualifications of and from all insurance regulatory authorities necessary to conduct its business, and (iii) comply with all applicable insurance laws, rules and regulations.

*Limitations on Mergers and Consolidations of Material Subsidiaries*

Under the Indenture, Hallmark may not permit a Material Subsidiary to:

- merge or consolidate with or into any corporation or other person, unless Hallmark is the surviving corporation or person, or unless Hallmark will own, directly or indirectly, at least 80% of the surviving corporation's issued and outstanding voting stock;

- lease, sell, assign or transfer all or substantially all of its properties and assets to any corporation or other person (other than Hallmark or other Material Subsidiary), unless Hallmark will own, directly or indirectly, at least 80% of the issued and outstanding voting stock of that corporation or other person; or

- pay any dividend in a Material Subsidiary's voting capital stock or make any other distribution in its voting capital stock, other than to Hallmark or its other subsidiaries, unless the Material Subsidiary to which the transaction relates, after obtaining any necessary regulatory approvals, unconditionally guarantees payment of the principal and any premium and interest on the Notes.

However, Hallmark may agree to any such merger or consolidation or sale, lease, assignment, pledge or transfer of securities, properties or assets if: (i) required by law and such lease, sale, assignment or transfer of securities is made to any person for the purpose of the qualification of such person to serve as a director; (ii) such lease, sale, assignment or transfer of securities is made by Hallmark or any of its subsidiaries acting in a fiduciary capacity for any person other than Hallmark or any of its subsidiaries; (iii) made in connection with the consolidation of Hallmark with or the sale, lease or conveyance of all or substantially all of the assets of Hallmark to, or merger of Hallmark with or into, any other person (as to which the covenant described above under the heading "—Merger, Consolidation, Sale, Lease or Conveyance" shall apply); or (iv) it is required as a condition imposed by any law or any rule, regulation or order of any governmental agency or authority to the acquisition by Hallmark of another entity; provided that in the case of (iv) only, after giving effect to such disposition and acquisition, (y) at least 80% of the issued and outstanding voting stock of such entity will be owned, directly or indirectly, by Hallmark and (z) Hallmark's consolidated assets will be at least equal to 70% of its consolidated assets prior to the acquisition. These covenants will not prohibit Hallmark or a Material Subsidiary from pledging any assets to secure borrowings incurred in the ordinary course of business.

Notwithstanding that Hallmark may not be subject to the reporting requirements of Section 13 or 15(d) of the Exchange Act, Hallmark will furnish to the Trustee and the holders, within 15 days after the applicable time periods specified in the relevant forms (or, if Hallmark is not subject to the reporting requirements of Section 13 or 15(d) of the Exchange Act, within 15 days after the applicable time periods specified in the relevant forms for non-accelerated filers), after giving effect to any grace period provided by Rule 12b-25 under the Exchange Act, all quarterly and annual financial information that would be required to be contained in a filing with the SEC on Forms 10-Q and 10-K if Hallmark were required to file such Forms, including a "Management's Discussion and Analysis of Financial Condition and Results of Operations" and, with respect to the annual information only, a report on the annual financial statements by Hallmark's independent registered public accounting firm; provided, however, that to the extent such reports are filed with the SEC and publicly available, such reports shall have been deemed to have been provided to the Trustee and the holders and no additional copies need to be provided to the Trustee and the holders. The Trustee shall have no responsibility whatsoever to determine whether any such filing has occurred.

Unless such reports are otherwise filed with the SEC, Hallmark shall maintain a website to which all of the reports required by this covenant are posted to which access will be given to the Trustee, the holders and prospective purchasers of the Notes that certify their status as such to the reasonable satisfaction of Hallmark and agree to keep such reports confidential.

Any and all defaults or events of default arising from a failure to furnish or file in a timely manner a report required by this covenant shall be deemed cured (and Hallmark shall be deemed to be in compliance with this covenant) upon furnishing or filing such report as contemplated by this covenant (but without regard to the date on which such report is so furnished or filed); provided that such cure shall not otherwise affect the rights of the holders described under "Events of Default; Waiver" if the principal, premium, if any, and accrued interest have been accelerated in accordance with the terms of the Indenture and such acceleration has not been rescinded or cancelled prior to such cure.

**Satisfaction and Discharge**

The Indenture will be discharged and will cease to be of further effect as to all Notes, when:

(1) either: (i) all Notes that have been authenticated, except lost, stolen or destroyed Notes that have been replaced or paid and Notes for which payment has been deposited in trust and thereafter repaid to Hallmark, have been delivered to the Trustee for cancellation; or (ii) all Notes that have not been delivered to the Trustee for cancellation have become due and payable by reason of the mailing of a notice of redemption or otherwise or shall become due and payable within one year and Hallmark has irrevocably deposited with the Trustee or the paying agent, in trust, for the benefit of the holders of the Notes, cash in United States dollars, non-callable government securities, or a combination thereof, in such amounts as will be sufficient, without reinvestment, in the opinion of a nationally recognized firm of independent public accountants, to pay and discharge the entire indebtedness on the Notes not delivered to the Trustee for cancellation for principal, premium, if any, and accrued interest, to the date of maturity or redemption;

(2) Hallmark has paid all sums payable by it under the Indenture with respect to the Notes;

(3) Hallmark has delivered irrevocable instructions to the Trustee to apply the deposited money toward the payment of the Notes at maturity or on the redemption date, as the case may be; and

(4) Hallmark has delivered to the Trustee an officers' certificate and an opinion of counsel stating that the conditions precedent to the satisfaction and discharge of the Notes have been complied with.

**Legal Defeasance and Covenant Defeasance**

*Legal Defeasance.*

Hallmark will be deemed to have paid and will be discharged from any and all obligations in respect of the Notes on the 91st day after it has made the deposit referred to below, and the provisions of the Indenture will cease to be applicable with respect to the Notes (except for, among other matters, certain obligations to register the transfer of or

exchange of the Notes, to replace stolen, lost or mutilated Notes, to maintain paying agencies and to hold funds for payment in trust) if:

(1) Hallmark has irrevocably deposited with the Trustee, in trust, cash in United States dollars, non-callable government securities, or a combination thereof, that will provide funds in amount sufficient, without reinvestment, in the opinion of a nationally recognized public accounting firm, to pay the principal of, premium, if any, and accrued interest on the Notes at the time such payments are due or on the applicable redemption date in accordance with the terms of the Indenture;

(2) Hallmark has delivered to the Trustee: (i) an opinion of counsel to the effect that holders of the Notes will not recognize income, gain or loss for federal income tax purposes as a result of the defeasance and will be subject to federal income tax on the same amounts and in the same manner and at the same times as would have been the case if such defeasance had not occurred, which opinion of counsel must be based upon a ruling of the Internal Revenue Service to the same effect or a change in applicable federal income tax law or related treasury regulations after the date of the Indenture; and (ii) an opinion of counsel to the effect that the defeasance trust does not constitute an "investment company" within the meaning of the Investment Company Act of 1940 and, after the passage of 91 days following the deposit, the trust funds will not be subject to the effect of any applicable bankruptcy, insolvency, reorganization or similar laws affecting creditors' rights generally;

(3) no default (as defined above) or event of default will have occurred and be continuing on the date of such deposit, or insofar as events of default due to certain events of bankruptcy, insolvency or reorganization in respect of Hallmark are concerned, during the period ending on the 91st day after the date of such deposit, and such deposit shall not result in a breach or violation of, or constitute a default under, any other material agreement or instrument to which Hallmark is a party or by which it is bound;

(4) Hallmark shall have delivered to the Trustee an officers' certificate and an opinion of counsel, each stating that, subject to certain assumptions and exclusions, all conditions precedent provided for or relating to the defeasance have been complied with; and

(5) the Trustee shall have received such other documents, assurances and opinions of counsel as the Trustee shall have reasonably required.

*Covenant Defeasance.*

Hallmark will not need to comply with certain restrictive covenants, and the provisions of the Indenture will cease to be applicable with respect to an event of default under the Notes other than an event of default due to its failure to pay the principal of or interest on the Notes when due, upon:

(1) the satisfaction of the conditions described in clauses 1, 2(ii), 3, 4 and 5 of the preceding paragraph; and

(2) Hallmark's delivery to the Trustee of an opinion of counsel to the effect that the holders of the Notes will not recognize income, gain or loss for federal income tax purposes as a result of such defeasance and will be subject to federal income tax on the same amount and in the same manner and at the same times as would have been the case if such defeasance had not occurred.

If Hallmark exercises its option to omit compliance with certain provisions of the Indenture as described in the immediately preceding paragraph and the Notes are declared due and payable because of the occurrence of an event of default that remains applicable, the amount of money and non-callable government securities on deposit with the Trustee may not be sufficient to pay amounts due on the Notes at the time of acceleration resulting from such event of default. In such event, Hallmark will remain liable for such payments.

**Modification of the Indenture**

Except as set forth below, modification and amendment of the Indenture as applicable to the Notes may be made only with the consent of the holders of not less than a majority in principal amount of the Notes then outstanding voting as a single class.

No modification or amendment of the Indenture as applicable to the Notes may, without the consent of each holder affected thereby, do any of the following (with respect to any Notes held by a non-consenting holder):

- change the stated maturity of the principal of, or interest on, any Note;

- reduce the principal amount of any Note or reduce the rate of, or extend or change the time for payment of, interest on any Note;

- reduce the principal amount of discount securities payable upon acceleration of maturity;

- waive a default in the payment of the principal of, premium or interest on the Notes (except a rescission of acceleration of the Notes by the holders of at least a majority in aggregate principal amount outstanding and waiver of the payment default that resulted from such acceleration);

- change the place or currency of payment of principal, premium, if any, or interest on any Note;

- change the redemption provisions of the Notes;

- reduce any amount payable upon the redemption of any Note;

- impair the right to institute suit for the enforcement of any payment on or with respect to any Note;

- reduce the percentage in principal amount of outstanding Notes the consent of whose holders is required for modification or amendment of the Indenture;

- make any change that adversely affects the right to convert or exchange the Notes as provided in the Indenture;

- reduce the percentage in principal amount of outstanding Notes necessary for waiver of compliance with certain provisions of the Indenture or for waiver of certain defaults; or

- modify such provisions with respect to modification and waiver.

Hallmark and the Trustee may modify or amend the Indenture as applicable to the Notes, without the consent of any holder of the Notes, for any of the following purposes:

- to cure any ambiguity, defect or inconsistency;

- to provide for uncertificated Notes in addition to or in place of definitive Notes;

- to provide for the assumption of Hallmark's obligations by a successor in accordance with the covenants described above under "—Merger, Consolidation, Sale, Lease or Conveyance;"

- to conform the text of the Indenture or the Notes to any provision of this description of the Notes, provided that any such action will not adversely affect the interests of any holder of the Notes in any material respect;

- to supplement any of the provisions of the Indenture to such extent as shall be necessary to permit or facilitate the defeasance and discharge of any Note as described above under "—Satisfaction and Discharge" and "—Legal Defeasance and Covenant Defeasance," provided that any such action will not adversely affect the interests of any holder of the Notes in any material respect;

- to make any change that would provide any additional rights or benefits to the holders of the Notes;

- to make any change that is not inconsistent with the Indenture and does not adversely affect the legal rights thereunder of any holder of a Note;

- to comply with the requirements of the SEC in order to effect or maintain the qualification of the Indenture under the Trust Indenture Act of 1939, as amended (the "Trust Indenture Act");

- to establish the form and terms of any Notes permitted by the Indenture or to authorize the issuance of additional Notes; or

- to evidence and provide for the acceptance of appointment under the Indenture by a successor trustee with respect to the Notes, pursuant to the requirements of the Indenture.

Subject to the requirements for the holders to waive a default and to pursue a remedy with respect to the Indenture or the Notes and the rights of any holder of a Note to receive payment of principal of, premium, if any, on and interest on such Note, holders of a majority in aggregate principal amount of the Notes voting as a single class may waive compliance in a particular instance by Hallmark with any provision of the Indenture or the Note, except as otherwise stated above.

### Outstanding Notes; Determinations of Holders' Actions

Notes outstanding at any time are the Notes authenticated by the Trustee except for those cancelled by it, those mutilated, destroyed, lost or stolen that have been replaced by the Trustee, those delivered to the Trustee for cancellation and those described below as not outstanding. A Note does not cease to be outstanding because Hallmark or an affiliate of Hallmark holds the Note; provided, that in determining whether the holders of the requisite principal amount of Notes have given or concurred in any request, demand, authorization, direction, notice, consent, amendment or waiver, Notes owned by Hallmark or an affiliate of Hallmark will be disregarded and deemed not to be outstanding. If the paying agent holds on a redemption date money or securities sufficient to pay Notes payable on that date, then immediately after such redemption date such Notes will cease to be outstanding.

The Trustee may make reasonable rules for action by or a meeting of holders of the Notes. The registrar or paying agent may make reasonable rules and set reasonable requirements for its functions.

### Limitation on Individual Liability

No director, officer, employee, incorporator or stockholder of Hallmark, as such, will have any liability for any obligations of Hallmark under the Notes or the Indenture or for any claim based on, in respect of, or by reason of, such obligations or their creation. Each holder of a Note, by accepting a Note waives and releases such liability. The waiver and release are part of the consideration for the issuance of the Notes. Such waiver may not be effective to waive liabilities under the federal securities laws.

### Trustee

BNY Mellon acts as trustee for the Notes under the Indenture, as permitted by the terms thereof. At all times, the Trustee must be organized and doing business under the laws of the United States or any state thereof, and must comply with the applicable requirements under the Trust Indenture Act. The Trustee may resign at any time by giving Hallmark written notice and may be removed as Trustee with respect to the Notes:

- by notification in writing by the holders of a majority in aggregate principal amount of the outstanding Notes; or

- by Hallmark if the Trustee (i) fails to comply with the obligations imposed upon it under the Trust Indenture Act; (ii) is not organized and doing business under the laws of the United States or any state thereof; (iii) becomes incapable of acting as Trustee; or (iv) a court takes certain actions with respect to such Trustee relating to bankruptcy or insolvency.

If the Trustee resigns or is removed, or if a vacancy exists in the office of the Trustee for any reason, Hallmark will promptly appoint a new Trustee. A resignation or removal of the Trustee will become effective only upon the successor Trustee's acceptance of appointment in writing. The successor Trustee will deliver a notice of its succession to holders of the Notes.

If the Trustee acquires any conflicting interest, as defined in the Trust Indenture Act, with respect to the Notes within 90 days after the Trustee has acquired a conflicting interest which has not been cured or waived, the Trustee would generally be required by the Trust Indenture Act to eliminate that conflicting interest or resign as Trustee with respect to the Notes issued under the Indenture. If the Trustee resigns, Hallmark is required to promptly appoint a successor trustee with respect to the Indenture and the Notes.

The Trustee is under no obligation to exercise any of the rights or powers vested in it by the Indenture at the request or direction of any of the Holders pursuant to the Indenture, unless such Holders shall have offered to the Trustee security or indemnity satisfactory to the Trustee against the costs, expenses and liabilities which might be incurred by it in compliance with such request or direction.

BNY Mellon and/or certain of its affiliates may provide banking, investment and other services to us. A trustee under the Indenture may act as trustee under any of our other indentures.

**Notices**

Any notices required to be given to the holders of the Notes will be given to DTC, and DTC will communicate these notices to DTC participants in accordance with its standard procedures.

**Governing Law**

The Indenture and the Notes are governed by, and are construed in accordance with, the laws of the State of New York. The Indenture is subject to the provisions of the Trust Indenture Act that are required to be part of the Indenture and is, to the extent applicable, governed by such provisions.

**Exhibit 21**

Subsidiaries of Hallmark Financial Services, Inc.

| Name of Subsidiary | Jurisdiction of Incorporation |
|---|---|
| o    Aerospace Claims Management Group, Inc. | Texas |
| o    Aerospace Flight, Inc. | Texas |
| o    Aerospace Holdings, LLC | Texas |
| o    Aerospace Insurance Managers, Inc. | Texas |
| o    Aerospace Special Risk, Inc. | Texas |
| o    American Hallmark General Agency, Inc. | Texas |
|     o    d/b/a Hallmark Specialty Personal Lines | |
| o    American Hallmark Insurance Company of Texas | Texas |
| o    American Hallmark Insurance Services, Inc. | Texas |
|     o    d/b/a Hallmark Commercial Insurance Solutions | |
| o    CYR Insurance Management Company | Texas |
| o    Effective Claims Management, Inc. | Texas |
| o    Hallmark Claims Service, Inc. | Texas |
| o    Hallmark County Mutual Insurance Company* | Texas |
| o    Hallmark Finance Corporation | Texas |
| o    Hallmark Insurance Company | Arizona |
|     o    d/b/a Hallmark American Insurance Company | |
| o    Hallmark National Insurance Company | Arizona |
| o    Hallmark Specialty Insurance Company | Oklahoma |
| o    Heath XS, LLC | New Jersey |
|     o    d/b/a Hallmark E&S | |
|     o    d/b/a Hallmark E&S Insurance Services, LLC | |
| o    Pan American Acceptance Corporation | Texas |
| o    TBIC Holding Corporation, Inc. | Texas |
| o    TBIC Risk Management, Inc. | Texas |
| o    Texas Builders Insurance Company | Texas |
| o    Hallmark Specialty Underwriters, Inc. | Texas |
| o    TGA Special Risk, Inc. | Texas |

_____

\*  Controlled through a management agreement.

**Exhibit 23(a)**

### Consent of Independent Registered Public Accounting Firm

Hallmark Financial Services, Inc. and subsidiaries
Dallas, Texas

We consent to the incorporation by reference in the Registration Statements on Form S-8 (No. 333-140000), Form S-8 (No. 333-160050), Form S-8 (No. 333-210078) and S-3 (No. 333-231502) of Hallmark Financial Services, Inc. of our report dated June 29, 2020, relating to the consolidated financial statements and financial statement schedules and the effectiveness of internal control over financial reporting, which appear in this annual report on Form 10-K for the year ended December 31, 2019.

/s/ BAKER TILLY VIRCHOW KRAUSE, LLP

Milwaukee, Wisconsin
June 29, 2020

APP. 1210

**Exhibit 23(b)**

**Consent of Independent Registered Public Accounting Firm**

Hallmark Financial Services, Inc. and subsidiaries
Dallas, Texas

We hereby consent to the incorporation by reference in the Registration Statements on Form S-3 (No. 333-231502), Form S-8 (No. 333-140000), Form S-8 (No. 333-160050) and Form S-8 (No. 333-210078) of Hallmark Financial Services, Inc. of our report dated March 14, 2019, relating to the consolidated financial statements and financial statement schedules, which appears in this Form 10-K.

/s/ BDO USA, LLP

Dallas, Texas
June 29, 2020

**Exhibit 31(a)**

## CERTIFICATIONS

I, Naveen Anand, certify that:

1.    I have reviewed this annual report on Form 10-K of  Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    June 29, 2020

/s/ Naveen Anand
Naveen Anand, Chief Executive Officer

APP. 1212

**Exhibit 31(b)**

## CERTIFICATIONS

I, Jeffrey R. Passmore, certify that:

1.    I have reviewed this annual report on Form 10-K of Hallmark Financial Services, Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures [as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)] and internal control over financial reporting [as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)] for the Registrant and have:

a)    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a)    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b)    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    June 29, 2020

/s/ Jeffrey R. Passmore
Jeffrey R. Passmore, Chief Financial Officer

APP. 1213

**Exhibit 32(a)**

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Naveen Anand, Chief Executive Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2019, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    June 29, 2020

/s/ Naveen Anand

Naveen Anand,
Chief Executive Officer

APP. 1214

**Exhibit 32(b)**

**CERTIFICATION PURSUANT TO 18 U.S.C. § 1350**

I, Jeffrey R. Passmore, Chief Financial Officer of Hallmark Financial Services, Inc. (the "Company"), hereby certify that the accompanying annual report on Form 10-K for the fiscal year ended December 31, 2019, and filed with the Securities and Exchange Commission on the date hereof (the "Report"), fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended. I further certify that the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    June 29, 2020

/s/ Jeffrey R. Passmore

Jeffrey R. Passmore,
Chief Financial Officer

APP. 1215

# Exhibit 19

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

FORM 8-K

CURRENT REPORT PURSUANT
TO SECTION 13 OR 15(D) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported):  **September 15, 2020**

# HALLMARK FINANCIAL SERVICES, INC.

(Exact Name of Registrant as Specified in Its Charter)

**Nevada**

(State or Other Jurisdiction of Incorporation)

| **001-11252** | **87-0447375** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| **5420 Lyndon B. Johnson Freeway, Suite 1100, Dallas, Texas** | **75240** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**817-348-1600**

(Registrant's Telephone Number, Including Area Code)

Not Applicable

(Former Name or Former Address, if Changed Since Last Report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock $0.18 par value | HALL | Nasdaq Global Market |

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

o  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). Emerging growth company o

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

APP. 1217

**Item 5.02    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On September 15, 2020, Jeffrey R. Passmore submitted his resignation as Chief Financial Officer and all other positions with Hallmark Financial Services, Inc. (the "Company") and its subsidiaries, effective September 30, 2020, to accept a position with another company. Mr. Passmore subsequently agreed to extend the effective date of his resignation to October 9, 2020. His departure is not the result of any disagreement with the Company or any of its affiliates on any matter relating to the Company's operations, policies or practices. The Company intends to conduct a search for a replacement Chief Financial Officer.

On September 21, 2020, the Board of Directors of the Company promoted Christopher J. Kenney to the position of Chief Accounting Officer. In such position, Mr. Kenney will serve as the principal accounting officer and interim principal financial officer. Mr. Kenney, age 58, has served as Senior Vice President of Accounting of the Company since 2004. From 2003 to 2004, he served as Senior Vice President of Accounting for Affirmative Insurance Holdings, Inc. From 2000 to 2003, Mr. Kenney served as Controller of Associates Insurance Group, a subsidiary of The Travelers Companies, Inc. From 1994 to 2000, he served in various accounting positions with Associates Insurance Group, the insurance division of Associates First Capital Corporation, rising to the Controller. Mr. Kenney is a Certified Public Accountant licensed in Texas.

Mr. Kenney has no written employment agreement with the Company and is an at-will employee. In connection with his new responsibilities, Mr. Kenney's current salary has been set at $260,000 per year. He is eligible to receive discretionary annual bonuses and participate in the Company's 2015 Long Term Incentive Plan along with other managerial employees of the Company. Mr. Kenney has no family relationship with any director or other executive officer of the Company. There are no transactions in which Mr. Kenney has an interest requiring disclosure under Item 404(a) of Regulation S-K.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned duly authorized.

HALLMARK FINANCIAL SERVICES, INC.


Date: September 21, 2020                    By: /s/ NAVEEN ANAND
                                               Naveen Anand, Chief Executive Officer

_____

APP. 1220

# Exhibit 20

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1225 of 1227    PageID 1643





# AM Best Places Credit Ratings of Hallmark Financial Services, Inc. and Its Subsidiaries Under Review With Negative Implications

March 02, 2020 02:12 PM Eastern Standard Time

OLDWICK, N.J.--(BUSINESS WIRE)--**AM Best** has placed under review with negative implications the Long-Term Issuer Credit Rating (Long-Term ICR) of "bbb-" and the Long-Term Issue Credit Ratings (Long-Term IR) of Hallmark Financial Services, Inc. (Hallmark Financial) [NASDAQ: HALL]. Concurrently, AM Best has placed under review with negative implications the Financial Strength Rating (FSR) of A- (Excellent) and the Long-Term ICRs of "a-" of the members of Hallmark Insurance Group (Hallmark Group). The companies' operations are headquartered in Dallas, TX. (See below for a detailed listing of the companies and ratings.)

These Credit Ratings (ratings) have been placed under review with negative implications following the announcement by Hallmark Financial that its 2019 statutory results will include pre-tax adverse prior year loss development of $63.8 million, net of reinsurance. These losses are related primarily to the binding primary auto business for the 2016 and 2017 underwriting years, with a smaller amount attributable to general liability. The company also announced its exit from the binding primary auto portfolio, which represents approximately $114 million of the company's gross written premium for 2019, and has ceased writing new business immediately. Although this book of business has achieved rate increases, performance continues to be volatile and there is increasing claim severity trends, which contributed to its decision to exit this segment of the commercial auto market. Hallmark Financial also is evaluating reinsurance options to help facilitate the orderly exit from this business, such as an adverse development cover or loss portfolio transfer to help mitigate future volatility associated with this book of business.

The under review status reflects the uncertainty regarding future changes in loss reserves and the planned underwriting actions and mitigation strategies outlined. The ratings will remain under review until AM Best has assessed the full-year reserve information to determine appropriate capital charges associated with enterprise reserves.

The FSR of A- (Excellent) and the Long-Term ICRs of "a-" have been placed under review with negative implications for the following members of Hallmark Insurance Group:

- American Hallmark Insurance Company of Texas

- Hallmark Insurance Company

APP. 1221

Case 3:20-cv-01130-X    Document 41-1    Filed 12/04/20    Page 1226 of 1227    PageID 1644

- Hallmark Specialty Insurance Company
- Hallmark County Mutual Insurance Company
- Hallmark National Insurance Company

The following Long-Term IR have been placed under review with negative implications:

Hallmark Financial Services, Inc.-

—"bbb-" on $50 million 6.25% senior unsecured notes, due 2029

The following indicative Long-Term IRs for securities available under the shelf registration have been placed under review with negative implications:

Hallmark Financial Services, Inc.-

—"bbb-" on senior unsecured debt

—"bb+" on subordinated debt

—"bb" on preferred stock

**This press release relates to Credit Ratings that have been published on AM Best's website. For all rating information relating to the release and pertinent disclosures, including details of the office responsible for issuing each of the individual ratings referenced in this release, please see AM Best's Recent Rating Activity web page. For additional information regarding the use and limitations of Credit Rating opinions, please view Guide to Best's Credit Ratings. For information on the proper media use of Best's Credit Ratings and AM Best press releases, please view Guide for Media - Proper Use of Best's Credit Ratings and AM Best Rating Action Press Releases.**

**AM Best is a global credit rating agency, news publisher and data analytics provider specializing in the insurance industry. Headquartered in the United States, the company does business in over 100 countries with regional offices in New York, London, Amsterdam, Dubai, Hong Kong, Singapore and Mexico City. For more information, visit www.ambest.com.**

Copyright © 2020 by A.M. Best Rating Services, Inc. and/or its affiliates. ALL RIGHTS RESERVED.

Contacts
**Daniel Mangano**
**Financial Analyst**
**+1 908 439 2200, ext. 5547**
daniel.mangano@ambest.com

**Jacqalene Lentz, CPA**
**Director**
**+1 908 439 2200, ext. 5762**

APP. 1222

Case 3:20-cv-01130-X     Document 41-1     Filed 12/04/20     Page 1227 of 1227     PageID 1645

jacqalene.lentz@ambest.com

**Christopher Sharkey**
**Manager, Public Relations**
**+1 908 439 2200, ext. 5159**
christopher.sharkey@ambest.com

**Jim Peavy**
**Director, Public Relations**
**+1 908 439 2200, ext. 5644**
james.peavy@ambest.com

APP. 1223