**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COOPER SCHULZE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HALLMARK FINANCIAL SERVICES, INC., NAVEEN ANAND, and JEFFREY R. PASSMORE,<br><br>        Defendants. | Civil Action No. 3:20-cv-1130-X<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS** |

I, Lucas E. Gilmore, declare as follows:

1.  I am Senior Counsel at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lead Plaintiff Rajeev Yalamanchili ("Plaintiff"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Hallmark Financial Investor Presentation, Q4, 2018;

Exhibit B:  Hallmark Financial Investor Presentation, Q1, 2019;

Exhibit C:  Hallmark Financial Investor Presentation, Q2, 2019; and

Exhibit D:  Hallmark Financial Investor Presentation, Q3, 2019.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 6th day of January 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*

LUCAS E. GILMORE

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE