# Exhibit A

Case 3:20-cv-01130-X     Document 42-2     Filed 01/06/21     Page 2 of 24     PageID 1693





## SPECIALTY PROPERTY & CASUALTY INSURANCE SOLUTIONS

# Investor Presentation

## Q4 2018

# Safe Harbor

**Risks Associated with Forward-Looking Statements Included in this presentation:**

This presentation contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are intended to be covered by the safe harbors created thereby. Forward-looking statements include statements which are predictive in nature, which depend upon or refer to future events or conditions, or which include words such as "expect," "anticipate," "intend," "plan," "believe," "estimate" or similar expressions. These statements may include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. Statements regarding the following subjects are forward-looking by their nature:

- our business and growth strategies;
- our performance goals;
- our projected financial condition and operating results;
- our understanding of our competition;
- industry and market trends;
- the impact of technology on our products, operations and business; and
- any other statements or assumptions that are not historical facts.

The forward-looking statements included in this presentation are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to these forward-looking statements involve judgments with respect to, among other things, future economic, competitive and market conditions, legislative initiatives, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. Although we believe that the assumptions underlying these forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this presentation will prove to be accurate. In light of the significant uncertainties inherent in these forward-looking statements, the inclusion of such information should not be regarded as a representation that our objectives and plans will be achieved.

More information about forward-looking statements and the risk factors associated with our company are included in our annual, quarterly and other reports filed with the Securities and Exchange Commission. The Company does not undertake to update the forward-looking statements to reflect the impact of circumstances or events that may arise after the date of the forward-looking statements.



# Hallmark Financial's Value Proposition

**We believe we can consistently achieve higher ROEs than the general insurance market by combining top-quartile underwriting results with above average investment returns**

- Well positioned to take advantage of current market opportunities

- Significant investments in talent and technology

- Specialty and underserved markets provide opportunities for enhanced profitability

- Our expense structure provides a competitive advantage, as it is below comparable companies that compete in our markets

- Our business is scalable, as we are only writing a fraction of the markets in which we operate

- We are adaptable to new market conditions as they arise, and are positioned to respond quickly to these changes

**NASDAQ: HALL**

| Corporate Headquarters | Fort Worth, TX |
|---|---|
| Employees | ~450 |
| Share Price | $10.69 |
| Shares Outstanding | 18.0M |
| Market Cap | $192.7M |
| Shareholder's Equity | $255.5M |
| Book Value Per Share | $14.17 |

*(as of 12/31/2018)*

**AM Best Ratings:**

| Insurer Financial Strength: | A- (stable) |
|---|---|
| LT Issuer Credit Rating: | bbb- (stable) |

 Specialty Solutions for Specialty Risks

3

# Our Business Model



## EXPERTISE DRIVEN

We employ and empower **Specialists** to underwrite, analyze, and deliver value to our clients through our diversified product verticals and technology-enabled platforms



## INVESTMENT DISCIPLINE

We approach investment management as a **Core Competency** with the objective to maximize long-term, after-tax total returns



### SPECIALTY FOCUS



## SERVICE ORIENTED

We value our strong relationships with producers and continue to differentiate our products and enhance our value proposition by delivering exceptional **Customer Service** to create franchise value for our distribution partners



## SPECIALTY MARKETS

We compete in **Specialized** or **Underserved** market segments, where our expertise and service offering provides a competitive advantage and ability to achieve above average returns



HALLMARK FINANCIAL | Specialty Solutions for Specialty Risks

4

# Our Business Approach



## Specialty Portfolio

- Build a diversified portfolio of specialty insurance products
- Target underserved market segments requiring specialized knowledge
- Adjust our appetite for any one product based upon market dynamics
- Be flexible and able to quickly react to new opportunities



## Data & Analytics

- Utilize data and analytics to support underwriting decisions
- Integrate technology into product delivery to improve efficiency, reduce expense and improve the client experience



## Investments

- All investments are managed internally
- Employ a disciplined, value-based investment approach that relies upon individual securities selection



## Strategic

- Employ reinsurance to enhance risk-adjusted returns and reduce volatility
- Opportunistic M&A to expand product lines, grow geographically, and build new expertise



Specialty Solutions for
Specialty Risks

# Completed Strategic Initiatives

**In the past 4 years, the Company has transformed from a primarily regional auto writer into a specialty insurance company with a national platform**

 <u>Added new specialty product teams</u> to capitalize on market opportunities and diversify book

 <u>Substantial expense ratio reductions</u> driven by implementing more efficient business processes and by utilizing technology improvements such as A.I. and Robotics

 <u>Predictive Modeling</u> employed to refine target markets, risk selection and pricing

 <u>Restructured claims team</u> with specialty product focus able to address new claims promptly to help prevent rising severity

 <u>Actuarial team embedded in product groups</u> to provide on-the-spot technical pricing, rate feedback and portfolio analytics

 <u>Upgraded technology infrastructure</u> to better manage client experience and access to information



# The Hallmark Approach: Commercial Auto

**Industry Issue**

Claim severity is increasing, impacted by higher medical costs, rising litigation supported by private financing, distracted driving and social inflation

**Our Specialty Approach**

Our business is organized to address the new market realities and manage the entire life cycle of the business:



**Claims**

- Hired experts in auto and auto litigation
- Organized teams to promptly address new and legacy claims, with the goal of closing claims quickly to minimize severity (***Fast track*** for the first 30 days)
- Greatly improved the adequacy of case reserves

*(Results compare year-end 2016 to year-end 2018)*

***Fast track*** claims process
- 30-day Bodily Injury closure rate improved from 13% to 41%
- 30-day Property Damage closure rate improved from 26% to 51%

***Legacy*** claims (AY 2016 & prior)
- 880 open Commercial Auto Liability claims at year-end 2017
- In one year, 69% (or 610) of those claims were closed

**Underwriting**

- Hired experts in commercial auto underwriting
- Consolidated primary and excess groups to form a single cohesive team
- Developed a next-gen predictive model to increase segmentation and better assess risk quality
- Identified the best and worst performing classes
- Exited worst performing states (LA and MS)

**Pricing**

Achieved a cumulative double digit rate increase over the past two years

# Business Profile

Hallmark Financial is a diversified portfolio of ten (10) business units, with a balanced risk profile and a growing national footprint

## Lines of Business



## Geography



- Commercial Auto is currently our largest class of business

- It continues to shrink as a percentage of the portfolio as our other specialty businesses grow

- Texas represents our largest exposure at 33%, which is greatly reduced from 50% in 2014

- We write business in all 50 states, and continue to grow our premium base nationally to capitalize on new opportunities and improve our geographic spread of risk

*Charts based on Gross Premiums Written as of 12/31/18*



Specialty Solutions for Specialty Risks

8

# Business Units

Our **Business Units** are organized by products and distribution channel, led by experienced underwriting teams and supported by actuaries and data scientists

- **Incentive structure is based on underwriting profitability**

| RETAIL | | | WHOLESALE | | | | | | GENERAL AGENTS |
|---|---|---|---|---|---|---|---|---|---|
| Specialty Personal Lines | Commercial Accounts (CIS) | Aviation | Commercial Auto | E&S Casualty | E&S Contract Binding | E&S Property | Pro-Financial Lines | Pro-Healthcare | Programs |
| Personal Auto & Renters | Package and BOP | Aircraft Hull & Liability; Airport Liability | Primary & Excess | Primary, Excess & Excess Public Entity | Monoline GL & Package | Shared & Layered; Builders' Risk | D&O and E&O | Hospitals, Medical Facilities, and Physicians | Business produced by Specialty MGAs |
| Auto Liability, Phys Dam, GL, Property | Commercial Multi-Peril | Aircraft, General Liability | Commercial Auto Liability & Phys Dam | GL, Product Liability | GL, Property | Property | Management Professional Liability | Medical Malpractice, GL, Professional Liability | Property & Casualty Lines |
| Admitted | Admitted | Admitted | Admitted & E&S | E&S | E&S | E&S | E&S | E&S | Admitted & E&S |
| 11% | 17% | | 36% | | | | 36% | | |



HALLMARK FINANCIAL | Specialty Solutions for Specialty Risks

9

# Executive Team (Over 195 years of combined experience)

| President & CEO | ▶ | Naveen Anand | ▶ | 30+ years of experience in the property/casualty insurance industry with significant underwriting experience in specialty commercial lines. |
| Chief Accounting Officer | ▶ | Jeffrey Passmore | ▶ | 25+ years of experience in in the property/casualty insurance industry with significant experience in finance & accounting.  A Certified Public Accountant licensed in Texas. |
| Chief Actuary | ▶ | Ken Krissinger | ▶ | 35+ years of experience in the property/casualty insurance industry.  A fellow of the Casualty Actuarial Society and member of the American Academy of Actuaries . |
| Chief Claims Officer | ▶ | Charles Stauber | ▶ | 30+ years of extensive domestic and international experience in managing and resolving complex specialty insurance claims. |
| CIO & Head of Operations | ▶ | Tarek Timol | ▶ | 20+ years of experience in managing the complex IT and application development requirements of financial and insurance operations. |
| SVP, Human Resources | ▶ | David Miller | ▶ | 25+ years of experience providing global human resources leadership for organizations within the financial services and data/technology industries. |
| SVP, Corporate Development | ▶ | David Webb | ▶ | 15+ years of experience in reinsurance, underwriting, finance and capital markets roles, in both the life and property/casualty sectors.  A CFA charterholder. |
| VP, Group Counsel | ▶ | Elena Banfi | ▶ | 15+ years of experience in legal, operations and management roles, most recently serving the insurance and specialty finance sectors.  Licensed in NY. |



HALLMARK FINANCIAL | Specialty Solutions for Specialty Risks

# Gross and Net Premiums

## Gross Premiums Written

**Hallmark Financial continues to achieve measured growth in GWP**



CAGR = 8.8%

$473 (2014), $514 (2015), $549 (2016), $604 (2017), $663 (2018)

- Significant growth occurring in specialty product lines

- Premiums are increasing as a result of both new business and rate increases

## Net Premiums Written

**While relatively flat between 2015 and 2018, the mix of net premiums are expected to change as a result of the new consolidated casualty reinsurance program in place since October 2018**

- Many of the specialty product lines were heavily reinsured as they grew to appropriate scale and while the books were seasoned

- Under the new 2019 reinsurance program, Hallmark Financial retains more of these profitable specialty risks

- Net premiums in Q4 2018 grew by 17% (versus Q4 2017)



$324 (2014), $357 (2015), $362 (2016), $366 (2017), $364 (2018)



Specialty Solutions for Specialty Risks

11

# Operating Performance

## Calendar Year Combined Ratio

| | 93.9% | 99.8% | 107.9% | 97.1% |
|---|---|---|---|---|
| Prior Year Development | -2.0 | 2.2 | 11.1 | 1.6 |
| Catastrophe Losses | 2.7 | 3.1 | 2.1 | 2.6 |
| Expense Ratio | 28.0 | 28.0 | 28.0 | 26.6 |
| Accident Year Loss Ratio | 65.2 | 66.5 | 66.7 | 66.3 |
| | 2015 | 2016 | 2017 | 2018 |

### Accident Year Loss Ratio

AY loss ratios highlight the **stable trend of underwriting performance** in recent years. This metric excludes CAT and prior year development.

### Catastrophe Losses

Even though 2017 & 2018 were the highest combined 2-year period of CAT losses the industry has recorded, the above results show a level of **CAT losses well within tolerance.**

### PY Development

Prior Year Reserve Development impacted results in 2016 and 2017 while the Company focused on improving underwriting and claims handling for existing books of business.

**PY Development had a minimal impact on 2018 results (1.6%), highlighting the positive impact of these changes.**



Specialty Solutions for Specialty Risks

# Favorable Expense Ratio relative to our peers



Our expense ratio has declined by 3.9 points since 2014, exemplifying the efficiency gains the company has achieved through technology and process improvements.

## A lower Expense Ratio provides us with a competitive advantage

Source: S&P Global, 2018Q3 data for select public companies
Peer Group: ACGL, ARGO, AHL, AXS, CNFR, DGICA, EMCI, RE, GBLI, THG, JRVR, NAVG, RNR, RLI, SIGI, WRB



Specialty Solutions for
Specialty Risks

**13**

# Return on Equity: Historical

## Book Value Per Share



Book Value Per Share has consistently grown since 2014, with the exception of a reduction in 2017 driven by PY adverse reserve development. In 2018, BVPS increased by 3%.

## Return on Equity

### Increasing Return on Equity is the Company's top goal

We will continue to drive improvements in ROE through underwriting and claims efforts, efficiency improvements, and investment discipline.



Specialty Solutions for
Specialty Risks

# Return on Equity: Component Analysis

**How we can achieve 10%+ going forward…**

| Category | Target | 2018 Result |
|---|---|---|
| **Combined Ratio** <br> Loss Ratio + Expense Ratio | **95%** or less | 2018 combined ratio (excluding prior year development) of 95.5%, highlighting both the positive trend in underwriting performance and favorable expense ratio. |
| **Net Premium Leverage** | **1.4x** | Currently 1.4x.  Expect to generally maintain this relationship within a range. |
| **Investment Return** <br> Total Investment Return requires inclusion of all investment income, gain and loss | **3.0%** + | 2018 total investment return was less than net investment income due to declines in equity markets. Over time, total investment return (including net realized and unrealized gains) is expected to be additive to comprehensive income and growth in BVPS. |
| **Asset Leverage** <br> Ratio of Investable Assets to Equity | **2.6x** or greater | Currently 2.6x.  This ratio is impacted by Premium Leverage and type of business written (writing longer-tailed business increases the time frame for investing reserves). |
| **Financing Rate** | **7.0%** or less | 2018 at 5.2%, primarily floating rate based on LIBOR.  Floating rate investments in the investment portfolio will partially offset the impact from interest rate changes. |
| **Debt Leverage** <br> Debt to Total Capital Ratio | **25% - 30%** | Currently at 25%. Debt capital enables increased Premium and Asset Leverage without diluting shareholders.  Target sufficient capital to model an 'A' rating under AM Best's BCAR methodology. |

The following components drive the change in equity over time:

$$\text{Beginning Equity} + \underset{\substack{\text{Net Premium} \\ \text{Leverage} \;\times\; \text{Combined Ratio}}}{\text{Underwriting Results}} + \underset{\substack{\text{Asset} \\ \text{Leverage} \;\times\; \text{Investment Return}}}{\text{Investment Returns}} - \underset{\substack{\text{Debt} \\ \text{Leverage} \;\times\; \text{Financing Rate}}}{\text{Cost of Debt}} - \text{Taxes*} = \text{Ending Equity}$$

*Assumes an effective tax rate of 21%


Specialty Solutions for Specialty Risks

15

# Investment Highlights: Liquidity and Short Duration

## Portfolio Characteristics

| | |
|---|---|
| Size: | $628M |
| **Duration:** | **1.4 yrs** |
| Ave. Rating: | Baa2 |
| Book Yield: | 3.3% |
| Tax-Adj Yield: | 3.4% |

## Investment Highlights

- The portfolio has **significant liquidity**
  - ➡ $98.7 million total cash, near cash and available credit under a revolver
  - ➡ 74% of debt securities having maturities of five years or less
  - ➡ No illiquid hedge funds, private equity investments or private placements
- **A short duration of 1.4 years protects the balance sheet from the impact of interest rate increases**
  - ➡ During a rising interest rate environment, the portfolio should outperform the benchmark Bloomberg Barclay's U.S. Aggregate Index

## Asset Allocation

Cash & Cash Equivalents 6%
Equities 12%
Bank Loans 19%
Fixed Income 63%

## Debt by Classification



Asset-Backed Securities, 3%
Gov't 9%
Municipals 21%
Corporate 44%
Bank Loans 23%

## Equities by Type



Mid Cap 15%
Small Cap 18%
Large Cap 67%



# Investment Strategy and Philosophy

**Maximizing reported net investment income is secondary in importance to managing credit risk and maximizing after-tax total return through investments in tax-advantaged securities and securities with potential for significant capital appreciation**

### Debt Securities

- Broadly diversified selection of risks

- Primarily investment grade bonds; utilize tax exempt securities to enhance after-tax returns

- Floating-rate bank loan participations are collateralized and provide protection against rising rates, but typically have ratings equivalent to unsecured bonds

### Equity Securities

- Primarily long-term holdings with potential for significant capital appreciation

- Rigorous value-based investment discipline focused on individual security selection

- Opportunistic approach seeks to capture value resulting from market-related price dislocations and short-term orientation of market participants



### Tax-Adjusted Yield

### Total Assets

- Total Assets grew 29% since 2014
- Investable Assets represent 53%

| 2014 | 2015 | 2016 | 2017 | 2018 |
|------|------|------|------|------|
| $980 | $1,076 | $1,162 | $1,231 | $1,265 |



# Price to Book

**Price to Book ratios as of 12/31/2018 for select public companies that compete with Hallmark Financial in one or more product lines**



**Our stock price does not accurately reflect future earnings capabilities**

**...and understates our market position and transformation.**

*Source: S&P Global*

Specialty Solutions for
Specialty Risks

**18**

# Value Proposition

- Well positioned to take advantage of current market opportunities

- Significant investments in talent and technology

- Specialty and underserved markets provide opportunities for enhanced profitability

- Our expense structure provides a competitive advantage, as it is below comparable companies that compete in our markets

- Our business is scalable, as we are only writing a fraction of the markets in which we operate

- We are adaptable to new market conditions as they arise, and are positioned to respond quickly to these changes

**We believe we can consistently achieve higher ROEs than the general insurance market by combining <u>top-quartile underwriting results</u> with <u>above average investment returns</u>**



Specialty Solutions for
Specialty Risks

**19**



# Supplemental Information



# Operating Earnings to Net Income - Reconciliation

**Non-GAAP Financial Measures**

The Company's financial statements are prepared in accordance with United States generally accepted accounting principles ("GAAP"). However, the Company also presents and discusses certain non-GAAP financial measures that it believes are useful to investors as measures of operating performance. Management may also use such non-GAAP financial measures in evaluating the effectiveness of business strategies and for planning and budgeting purposes. However, these non-GAAP financial measures should not be viewed as an alternative or substitute for the results reflected in the Company's GAAP financial statements. In addition, the Company's definitions of these items may not be comparable to the definitions used by other companies.

Operating earnings and operating earnings per share are calculated by excluding net investment gains and losses from GAAP net income. Management believes that operating earnings and operating earnings per share provide useful information to investors about the performance of and underlying trends in the Company's core insurance operations. Net income and net income per share are the GAAP measures that are most directly comparable to operating earnings and operating earnings per share. A reconciliation of operating earnings and operating earnings per share to the most comparable GAAP financial measures is presented below.

| ($ in thousands) | Income Before Tax | | Less Tax Effect | | Net After Tax | | Weighted Average Shares Diluted | Diluted Per Share | |
|---|---|---|---|---|---|---|---|---|---|
| **Fourth Quarter 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | (6,453) | $ | (1,378) | $ | **(5,075)** | 18,055 | $ | **(0.28)** |
| Excluded investment losses/gains | $ | 12,873 | $ | 2,703 | $ | 10,170 | 18,198 | $ | 0.56 |
| Operating earnings | $ | 6,420 | $ | 1,325 | $ | **5,095** | 18,198 | $ | **0.28** |
| **Fourth Quarter 2017** | | | | | | | | | |
| **Reported GAAP measures** | $ | (15,967) | $ | (5,338) | $ | **(10,629)** | 18,162 | $ | **(0.59)** |
| Excluded investment losses/gains | $ | 896 | $ | 314 | $ | 582 | 18,162 | $ | 0.04 |
| Operating earnings | $ | (15,071) | $ | (5,024) | $ | **(10,047)** | 18,162 | $ | **(0.55)** |
| **Fiscal 2018** | | | | | | | | | |
| **Reported GAAP measures** | $ | 12,803 | $ | 2,456 | $ | **10,347** | 18,201 | $ | **0.57** |
| Excluded investment losses/gains | $ | 10,195 | $ | 2,141 | $ | 8,054 | 18,201 | $ | 0.44 |
| Operating earnings | $ | 22,998 | $ | 4,597 | $ | **18,401** | 18,201 | $ | **1.01** |
| **Fiscal 2017** | | | | | | | | | |
| **Reported GAAP measures** | $ | (16,572) | $ | (5,019) | $ | **(11,553)** | 18,343 | $ | **(0.63)** |
| Excluded investment losses/gains | $ | 205 | $ | 72 | $ | 133 | 18,343 | $ | 0.01 |
| Operating earnings | $ | (16,367) | $ | (4,947) | $ | **(11,420)** | 18,343 | $ | **(0.62)** |



HALLMARK FINANCIAL | Specialty Solutions for Specialty Risks

# Historical Data

| | Gross Premiums Produced | Investment Income | Net Income | Operating Cash Flow | GAAP Equity | | GAAP BVPS | | Year-End Stock Price | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | (2) | | (2) | ROAE | (1)(2) | % Chg | (1) | % Chg |
| 2004 | $ 119,305 | $ 1,386 | $ 5,849 | $ 7,339 | $ 32,656 | 20% | $ 5.37 | | $ 7.20 | |
| 2005 | $ 118,066 | $ 3,836 | $ 9,186 | $ 29,654 | $ 85,188 | 16% | $ 5.89 | 10% | $ 8.16 | 13% |
| 2006 | $ 293,304 | $ 10,461 | $ 9,191 | $ 75,962 | $ 150,731 | 13% | $ 7.26 | 23% | $ 9.91 | 21% |
| 2007 | $ 297,904 | $ 13,180 | $ 27,863 | $ 85,684 | $ 179,621 | 17% | $ 8.65 | 19% | $ 15.86 | 60% |
| 2008 | $ 287,081 | $ 16,049 | $ 12,899 | $ 48,712 | $ 179,412 | 7% | $ 8.61 | 0% | $ 8.77 | (45%) |
| 2009 | $ 288,450 | $ 14,947 | $ 24,575 | $ 61,698 | $ 226,517 | 12% | $ 11.26 | 31% | $ 7.96 | (9%) |
| 2010 | $ 314,857 | $ 14,849 | $ 7,403 | $ 36,360 | $ 235,278 | 3% | $ 11.69 | 4% | $ 9.10 | 14% |
| 2011 | $ 344,379 | $ 15,880 | $ (10,891) | $ 24,610 | $ 215,572 | (7%) | $ 11.19 | (4%) | $ 6.99 | (23%) |
| 2012 | $ 384,231 | $ 15,293 | $ 3,524 | $ 33,682 | $ 220,537 | 2% | $ 11.45 | 2% | $ 9.39 | 34% |
| 2013 | $ 454,981 | $ 12,884 | $ 8,245 | $ 68,338 | $ 238,118 | 4% | $ 12.36 | 8% | $ 8.89 | (5%) |
| 2014 | $ 468,442 | $ 12,383 | $ 13,429 | $ 33,684 | $ 252,037 | 5% | $ 13.11 | 6% | $ 12.09 | 36% |
| 2015 | $ 509,188 | $ 13,969 | $ 21,863 | $ 52,936 | $ 262,026 | 9% | $ 13.72 | 5% | $ 11.69 | (3%) |
| 2016 | $ 544,968 | $ 16,342 | $ 6,526 | $ 30,854 | $ 265,736 | 2% | $ 14.28 | 4% | $ 11.63 | (1%) |
| 2017 | $ 600,243 | $ 18,874 | $ (11,553) | $ 7,199 | $ 251,118 | -4% | $ 13.82 | -3% | $ 10.43 | (10%) |
| 2018 | $ 659,531 | $ 18,232 | $ 10,347 | $ (32,935) | $ 255,532 | 4% | $ 14.17 | 3% | $ 10.69 | 2% |
| TOTAL | $ 5,684,930 | $ 198,565 | $ 138,456 | $ 563,777 | | | | | | |

(1) Stock prices and BVPS prior to 2006 have been adjusted for the one for six reverse stock split which took place during the Q3 2006. (2) FY2010 and FY2011 Net income, Equity and BVPS have been restated for change in accounting principal related to deferred acquisition costs.



HALLMARK FINANCIAL | Specialty Solutions for Specialty Risks



# NASDAQ:  HALL

**For more information, visit www.hallmarkgrp.com.**



Specialty Solutions for
Specialty Risks

**23**