# Exhibit C




**SPECIALTY PROPERTY & CASUALTY INSURANCE SOLUTIONS**

# Investor Presentation

## Q2 2019

# Safe Harbor

**Risks Associated with Forward-Looking Statements Included in this presentation:**

This presentation contains certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, which are intended to be covered by the safe harbors created thereby. Forward-looking statements include statements which are predictive in nature, which depend upon or refer to future events or conditions, or which include words such as "expect," "anticipate," "intend," "plan," "believe," "estimate" or similar expressions. These statements may include the plans and objectives of management for future operations, including plans and objectives relating to future growth of our business activities and availability of funds. Statements regarding the following subjects are forward-looking by their nature:

- our business and growth strategies;
- our performance goals;
- our projected financial condition and operating results;
- our understanding of our competition;
- industry and market trends;
- the impact of technology on our products, operations and business; and
- any other statements or assumptions that are not historical facts.

The forward-looking statements included in this presentation are based on current expectations that involve numerous risks and uncertainties. Assumptions relating to these forward-looking statements involve judgments with respect to, among other things, future economic, competitive and market conditions, legislative initiatives, regulatory framework, weather-related events and future business decisions, all of which are difficult or impossible to predict accurately and many of which are beyond our control. These forward-looking statements are not guarantees of future performance, and a variety of factors could cause our actual results to differ materially from the anticipated or expected results expressed in these forward-looking statements. Although we believe that the assumptions underlying these forward-looking statements are reasonable, any of the assumptions could be inaccurate and, therefore, there can be no assurance that the forward-looking statements included in this presentation will prove to be accurate. In light of the significant uncertainties inherent in these forward-looking statements, the inclusion of such information should not be regarded as a representation that our objectives and plans will be achieved.

More information about forward-looking statements and the risk factors associated with our company are included in our annual, quarterly and other reports filed with the Securities and Exchange Commission. The Company does not undertake to update the forward-looking statements to reflect the impact of circumstances or events that may arise after the date of the forward-looking statements.



# Q2 2019 Highlights

## Q2 2019

- Net Income of $13 million or $0.71 per share[1]
- Operating Earnings of $7.6 million or $0.42 per share[1]
- Combined ratio of 94.5%
- Gross Premiums Written grew 26%
- Net Premiums Written grew 38%
- Double digits rate increases

## Year-to-Date

- Net Income of $28.1 million or $1.54 per share[1]
- Annualized Return on Beginning Equity = 22%
- Operating Earnings of $13.2 million or $0.73 per share[1]
- Book Value Per Share of $15.98 = 13% growth (year-to-date)
- Annualized Operating Return on Beginning Tangible Equity = 12.6%
- Tangible Book Value Per Share of $13.51
- Combined ratio of 95.4%
- Gross Premiums Written grew 24%
- Net Premiums Written grew 33%
- Strong rate increase momentum

(1) Calculated based on Diluted Shares



# Hallmark at a Glance

## Company Overview

- Specialty insurance company headquartered in Dallas, TX with approximately 450 employees offering primarily products in specialty and niche markets through several unique strategies
- Focuses on underwriting discipline and operational efficiency to consistently generate an underwriting profit
- Continuing to diversify nationally with a strong historical base in the South Central and Northwest regions (Texas accounted for 33% of gross premiums in 2018)
- Insurance products include Specialty Commercial Auto, E&S Casualty and E&S Property, Commercial Accounts and Specialty Personal as well as others

**$742M**
2019Q2 LTM Gross Premiums

**$1.4B**
2019Q2 Total Assets

**"A-" (Stable Outlook)**
A.M. Best Insurer Rating

**$258M** (1)
Market Capitalization

**$701M**
2019Q2 Total Cash & Investments

**$15.98**
2019Q2 Book Value Per Share

## Competitive Advantages



### EXPERTISE DRIVEN

Employ and empower **Specialists** to underwrite, analyze, and deliver value to clients through diversified product verticals and technology-enabled platforms



### INVESTMENT DISCIPLINE

Approach investment management as a **Core Competency** with the objective to maximize long-term, after-tax total returns



**SPECIALTY FOCUS**

### SERVICE ORIENTED

Value strong relationships with producers and continue to differentiate products and enhance value proposition by delivering exceptional **Customer Service** to create franchise value for distribution partners

### SPECIALTY MARKETS

Compete in **Specialized** or **Underserved** market segments, where expertise and service offering provides a competitive advantage and ability to achieve above average returns

---

### 1987 - 2001

- Hallmark founded in 1987
- Insurance operations begin in 1990 focusing solely on non-standard personal auto in Texas

### 2002 - 2006

- Newcastle Partners, controlled by Mark Schwarz, accumulates 82% of outstanding stock by 2006 through various capital plans (current beneficial ownership by Mr. Schwarz is 28%)
- Company transfers common stock from American Stock Exchange to NASDAQ under ticker HALL during $27M follow-on offering in 2006

### 2007 - 2013

- Gross premiums written grew from $250M to $460M with Specialty Commercial becoming the predominant segment (41% of total premiums to 64%)
- Prior to new management, the Company had underwriting losses from 2010-2013 (combined ratio > 100% each year)

### 2014 - 2019+

- Naveen Anand becomes CEO in 2014, leading the transformation of the Company into a national specialty insurer by developing new specialty products, investing in talent and technology and strengthening the control environment by improving claims and centralizing key functions

(1) Market Data as of June 28, 2019



**4**

# Hallmark's Value Proposition & Business Approach

**We believe we can consistently achieve higher ROEs than the general insurance market by combining top-quartile underwriting results with above average investment returns. In the past four years, the Company has transformed from a primarily regional auto writer into a diversified specialty insurance company with a national platform.**

## Value Proposition & Business Approach

**Specialty Portfolio**
> Build a diversified portfolio of specialty insurance products
> Target underserved market segments requiring specialized knowledge that provide opportunities for enhanced profitability
> Adjust our appetite for any product based upon market dynamics
> Be flexible and able to quickly react to new opportunities

**Data & Analytics**
> Utilize data and analytics to support underwriting decisions
> Integrate technology into product delivery to improve efficiency, reduce expense and improve the client experience
> Significant investments in talent and technology

**Securities & Investments**
> All investments are managed internally
> Employ a disciplined, value-based investment approach that relies upon individual securities selection

**Strategic**
> Business is scalable, as we are only writing in a fraction of the markets in which we operate
> Expense structure provides a competitive advantage, as it is below comparable companies that compete in Hallmark's markets
> Employ reinsurance to enhance risk-adjusted returns and reduce volatility
> Opportunistic M&A to expand product lines, grow geographically, and build new expertise



## Completed Strategic Initiatives

✓ **Added New Specialty Product Teams** To Capitalize on Market Opportunities and Diversify Book

✓ **Substantial Expense Ratio Reductions** Driven by Implementing More Efficient Business Processes and Utilizing Technology Improvements Such as A.I. and Robotics

✓ **Predictive Modeling** Employed To Refine Target Markets, Risk Selection and Pricing

✓ **Restructured Claims Team** with Specialty Product Focus Able to Address New Claims Promptly to Help Prevent Rising Severity

✓ **Actuarial Team Embedded in Product Groups** To Provide On-The-Spot Technical Pricing, Rate Feedback and Portfolio Analytics

✓ **Upgraded Technology Infrastructure** To Better Manage Client Experience and Access To Information



# Digital Transformation

As part of its transformation, Hallmark Financial has implemented best-in-class technology and process improvements to enhance underwriting capabilities, improve service levels, and reduce costs

| | Underwriting Support & Service | Process Improvements | Infrastructure |
|---|---|---|---|
| **2014** | Separate Systems with Limited Aggregation | 100% Manual Data Entry | 25+ Legacy Platforms / 100% On-Premise Hosting |
| **Digital Enhancements (2015-2019)** |  Built a Data Warehouse for improved analytics <br>  Linked External Data to support U/W decisions <br>  Implementing Digital Portals |  Launched Shared Services Model <br>  BPO to include offshore capabilities <br>  Implemented Robotic Process Automation (RPA) <br>  Built Comprehensive Underwriting Desktop |  Added Public & Private Cloud Hosting <br> (Now 100% Hybrid Architecture) <br>  Launched 3 New Underwriting Platforms <br> (Decommissioning Legacy Systems) |
| **Benefits** | • Better informs underwriting decisions using internal and external data sources <br> • Enhances service levels for clients | • Reduces expense <br> • Improves time to completion <br> • Optimizes company resources <br> • Provides better access to data | • Enhances security <br> • Improves reliability <br> • Reduces Costs |



# Seasoned Executive Team

| President & CEO | ▶ | Naveen Anand | ▶ | 30+ years of experience in the property/casualty insurance industry with significant underwriting experience in specialty commercial lines. |
| Chief Financial Officer | ▶ | Jeffrey Passmore | ▶ | 25+ years of experience in in the property/casualty insurance industry with significant experience in finance & accounting.  A Certified Public Accountant licensed in Texas. |
| Chief Actuary | ▶ | Ken Krissinger | ▶ | 35+ years of experience in the property/casualty insurance industry.  A fellow of the Casualty Actuarial Society and member of the American Academy of Actuaries. |
| Chief Claims Officer | ▶ | Charles Stauber | ▶ | 30+ years of extensive domestic and international experience in managing and resolving complex specialty insurance claims. |
| CIO & Head of Operations | ▶ | Tarek Timol | ▶ | 20+ years of experience in managing the complex IT and application development requirements of financial and insurance operations. |
| SVP, Human Resources | ▶ | David Miller | ▶ | 25+ years of experience providing global human resources leadership for organizations within the financial services and data/technology industries. |
| SVP, Corporate Development | ▶ | David Webb | ▶ | 15+ years of experience in reinsurance, underwriting, finance and capital markets roles, in both the life and property/casualty sectors.  A CFA charterholder. |
| VP, Group Counsel | ▶ | Elena Banfi | ▶ | 15+ years of experience in legal, operations and management roles, most recently serving the insurance and specialty finance sectors.  Licensed in NY. |



HALLMARK
FINANCIAL

7

# Business Profile

Hallmark Financial is a diversified portfolio of ten business unit components, with a balanced risk profile and a growing national footprint

## Lines of Business

- Commercial Auto is currently our largest class of business

- It continues to shrink as a percentage of the portfolio as our other specialty businesses grow (31% in 2018 compared to 44% in 2014)



2014 [1]



2018 [1]

## Geography

- Texas represents our largest exposure at 33%, which is greatly reduced from 50% in 2014

- We write business in all 50 states, and continue to grow our premium base nationally to capitalize on new opportunities and improve our geographic spread of risk



2014



2018

(1) General & Excess Liability category includes Excess Commercial Auto
Note: Charts based on Gross Premiums Written for 2014 and 2018



8

# Business Unit Components

Our **Business Unit Components** are organized by products and distribution channel, led by experienced underwriting teams and supported by actuaries and data scientists

- **Each of these product lines were targeted based on profitability, market opportunity (with a focus on underserved markets) and the requirement of specialized underwriting skills**
- **Incentive structure is based on underwriting profitability**

| RETAIL | | | WHOLESALE | | | | | | GENERAL AGENTS |
|---|---|---|---|---|---|---|---|---|---|
| Specialty Personal Lines | Commercial Accounts (CIS) | Aviation | Commercial Auto | E&S Casualty | E&S Contract Binding | E&S Property | Pro-Financial Lines | Pro-Healthcare | Programs |
| Personal Auto & Renters | Package and BOP | Aircraft Hull & Liability; Airport Liability | Primary & Excess | Primary, Excess & Excess Public Entity | Monoline GL & Package | Shared & Layered; Builders' Risk | D&O and E&O | Hospitals, Medical Facilities, and Physicians | Business produced by Specialty MGAs |
| Auto Liability, Phys Dam, GL, Property | Commercial Multi-Peril | Aircraft, General Liability | Commercial Auto Liability & Phys Dam | GL, Product Liability | GL, Property | Property | Management Professional Liability | Medical Malpractice, GL, Professional Liability | Property & Casualty Lines |
| Admitted | Admitted | Admitted | Admitted & E&S | E&S | E&S | E&S | E&S | E&S | Admitted & E&S |

| 11% | 17% | 36% | | | | 36% | | | |

*Percentages based on Gross Premiums Written for 2018*



9

# Gross and Net Premiums

## Gross Premiums Written

**Hallmark Financial continues to achieve measured growth in GWP**



- Significant growth occurring in specialty product lines

- Premiums are increasing as a result of both new business and rate increases

- 1H 2019 gross premiums grew by 24% over the same period the prior year

## Net Premiums Written

**While relatively flat between 2015 and 2018, the mix of net premiums are expected to change as a result of the new consolidated casualty reinsurance program in place since October 2018**

- Many of the specialty product lines were heavily reinsured as they were seasoned and grew to appropriate scale

- Under the new reinsurance program, Hallmark Financial retains more of these profitable specialty risks

- 1H 2019 net premiums grew by 33% over the same period the prior year





# Operating Performance

## Calendar Year Combined Ratio

**Legend:**
- Prior Year Development
- Catastrophe Losses
- Expense Ratio
- Accident Year Loss Ratio

| | 2015 | 2016 | 2017 | 2018 | 1H 2019 |
|---|---|---|---|---|---|
| Combined Ratio | 93.9% | 99.8% | 107.9% | 97.1% | 95.4% |
| Prior Year Development | -2.0 | 2.2 | 11.1 | 1.6 | 0.7 |
| Catastrophe Losses | 2.7 | 3.1 | 2.1 | 2.6 | 2.0 |
| Expense Ratio | 28.0 | 28.0 | 28.0 | 26.6 | 25.7 |
| Accident Year Loss Ratio | 65.2 | 66.5 | 66.7 | 66.3 | 67.0 |

### Accident Year Loss Ratio

AY loss ratios highlight the **stable trend of underwriting performance** in recent years. This metric excludes CAT and prior year development.

### Catastrophe Losses

Even though 2017 & 2018 were the highest combined 2-year period of CAT losses the industry has recorded, the above results show a level of **CAT losses well within tolerance.**

### PY Development

Prior Year Reserve Development from the emergence of **increased** frequency and severity trends in the **commercial auto lines industry** impacted results in 2016 and 2017 while the Company focused on improving underwriting and claims handling for existing books of business.



11

# The 'Hallmark Financial' Approach: Commercial Auto

**Industry Issue**

Claim severity is increasing, impacted by higher medical costs, rising litigation supported by private financing, distracted driving and social inflation

**Our Specialty Approach**

Our business is organized to address the new market realities and manage the entire life cycle of the business:

**Claims**

- Hired experts in auto and auto litigation
- Organized teams to promptly address new and legacy claims, with the goal of closing claims quickly to minimize severity (*Fast track* for the first 30 days)
- Greatly improved the adequacy of case reserves

*(Results compare year-end 2016 to year-end 2018)*

**Fast track** claims process
- 30-day Bodily Injury closure rate improved from 13% to 41%
- 30-day Property Damage closure rate improved from 26% to 51%

**Legacy** claims (AY 2016 & prior)
- 880 open Commercial Auto Liability claims at year-end 2017
- In one year, 69% (or 610) of those claims were closed

Claims

Pricing

Underwriting

**Pricing**

Achieved a cumulative double digit rate increase over the past two years

**Underwriting**

- Hired experts in commercial auto underwriting
- Consolidated primary and excess groups to form a single cohesive team
- Developed a next-gen predictive model to increase segmentation and better assess risk quality
- Identified the best and worst performing classes
- Exited worst performing states (LA and MS)



**12**

# Favorable Expense Ratio relative to our peers

**Hallmark Financial** ——    **Peer Group** ——

**40%**

35.4%    35.8%    35.9%    34.9%    34.0%

**30%**

30.5%    28.0%    28.0%    28.0%    26.6%

*Expense advantage*

**20%**

2014    2015    2016    2017    2018

Our expense ratio declined by 3.9 points since 2014, exemplifying the efficiency gains the company has achieved through technology and process improvements, as well as our mix of business and fee income

**A lower Expense Ratio provides us with a competitive advantage**

Source: S&P Global, Q4 2018 data for select public companies
Peer Group: ACGL, ARGO, AXS, DGICA, EMCI, GBLI, THG, JRVR, NAVG, RLI, SIGI, MKL, WRB



**13**

# Investment Highlights: Liquidity and Short Duration

## Portfolio Characteristics

As of 6/30/2019

| | |
|---|---|
| Size: | $630M |
| **Duration:** | **1.6 yrs** |
| Avg. Rating: | Baa2 |
| Book Yield: | 3.4% |
| Tax-Adj Yield: | 3.6% |

## Investment Highlights

- The portfolio has **significant liquidity**
  - → $131.1 million total cash, near cash and available credit under a revolver
  - → 74% of debt securities having maturities of five years or less
  - → No illiquid hedge funds, private equity investments or private placements
- **A short duration of 1.6 years protects the balance sheet from the impact of interest rate increases**

## Asset Allocation

As of 6/30/2019

Cash & Cash Equivalents, 10%
Equities 14%
Fixed Income 57%
Collateralized Bank Loans 19%

## Debt by Classification

As of 6/30/2019



Asset-Backed Securities, 2%
Gov't 9%
Municipals 22%
Corporate 42%
Bank Loans 25%

## Equities by Type

As of 6/30/2019 (1)



Mid Cap 13%
Small Cap 23%
Large Cap 64%

(1) Equities as of June 30, 2019 based on market capitalization at July 31, 2019



14

# Investment Strategy and Philosophy

**Maximizing reported net investment income is secondary in importance to managing credit risk and maximizing after-tax total return through investments in tax-advantaged securities and securities with potential for significant capital appreciation**

## Debt Securities

- Broadly diversified selection of risks
- Primarily investment grade bonds; utilize tax-exempt securities to enhance after-tax returns
- Floating-rate bank loans provide protection against rising rates, first lien collateralization superior to unsecured senior bonds

## Equity Securities

- Primarily long-term holdings with potential for significant capital appreciation
- Rigorous value-based investment discipline focused on individual security selection
- Opportunistic approach seeks to capture value resulting from market-related price dislocations and short-term orientation of market participants

### Tax-Adjusted Yield

3.3%   2.7%   3.3%   2.9%   3.4%   3.6%

2014   2015   2016   2017   2018   2019Q2

### Total Assets

- Total Assets grew 43% since 2014
- Cash, Cash Equivalents and Investments represent 50% of Total Assets at 2019Q2



| 2014 | 2015 | 2016 | 2017 | 2018 | 2019Q2 |
|------|------|------|------|------|--------|
| $980 | $1,076 | $1,162 | $1,231 | $1,265 | $1,406 |



# Return on Equity: Historical



Book Value Per Share has consistently grown since 2014, with the exception of a reduction in 2017 driven by PY adverse reserve development.

Between Q4 2018 and Q2 2019, BVPS increased 13%.

## Return on Equity

### Increasing Return on Equity is the Company's top goal

We will continue to drive improvements in ROE through underwriting and claims efforts, efficiency improvements, and investment discipline.



# Return on Equity: Component Analysis

## How we can sustain 10%+ going forward...

| Category | Target | 2018 Result |
|---|---|---|
| **Combined Ratio**<br>Loss Ratio + Expense Ratio | **95%** or less | 2018 combined ratio (excluding prior year development) of 95.5%, highlighting both the positive trend in underwriting performance and favorable expense ratio. |
| **Net Premium Leverage** | **1.4x – 1.5X** | 1.4x at 12/31/18 |
| **Investment Return**<br>Total Investment Return, including all investment income, gains and losses | **3.0% +** | 2018 Investment Return was less than net investment income (3.4% tax-adjusted yield) due to declines in equity markets (including unrealized losses). Over time, Investment Return is expected to be additive to comprehensive income and growth in BVPS. |
| **Asset Leverage**<br>Ratio of Investable Assets to Equity | **2.6x** or greater | 2.6x at 12/31/18.  This ratio is impacted by Premium Leverage and type of business written (writing longer-tailed business increases the time frame for investing reserves). |
| **Financing Rate** | **6.25%** | 2018 at 5.2%, primarily floating rate based on LIBOR.  Floating rate investments in the investment portfolio will partially offset the impact from interest rate changes. |
| **Debt Leverage**<br>Debt to Total Capital Ratio [1] | **25% - 30%** | 25% at 12/31/18. Debt capital enables increased Premium and Asset Leverage without diluting shareholders.  Target sufficient capital to model an 'A' rating under AM Best's BCAR methodology. |

The following components drive the change in equity over time:



$$\text{Beginning Equity} + \text{Underwriting Results} + \text{Investment Returns} - \text{Cost of Debt} - \text{Taxes} = \text{Ending Equity}$$

Underwriting Results = Net Premium Leverage × Combined Ratio

Investment Returns = Asset Leverage × Investment Return

Cost of Debt = Debt Leverage × Financing Rate

(1) Excluding operating lease liability which A.M. Best excludes in its leverage calculation



HALLMARK FINANCIAL

17

# Price to Book

**Price to Book ratios as of 6/28/2019 for select public companies that compete with Hallmark Financial in one or more product lines**



**While our stock price has increased since year-end 2018,**
**it still trades at a multiple below our peer group,**
**and understates our transformation and market opportunity.**

*Source: S&P Global*

Note: Book Values as of 3/31/2019, as reported by S&P Global



18



# Supplemental Information



# Historical Data

| | Gross Premiums Written | Investment Income | Net Income | Operating Cash Flow | GAAP Equity | | GAAP BVPS | | Year-End Stock Price | |
|---|---|---|---|---|---|---|---|---|---|---|
| ($s in 000s) | | | | | | | | | | |
| | | | (2) | | (2) | ROAE | (1)(2) | % Chg | (1) | % Chg |
| 2004 | $ 33,389 | $ 1,386 | $ 5,849 | $ 7,339 | $ 32,656 | 20% | $ 5.37 | | $ 7.20 | |
| 2005 | $ 89,467 | $ 3,836 | $ 9,186 | $ 29,654 | $ 85,188 | 16% | $ 5.89 | 10% | $ 8.16 | 13% |
| 2006 | $ 213,945 | $ 10,461 | $ 9,191 | $ 75,962 | $ 150,731 | 13% | $ 7.26 | 23% | $ 9.91 | 21% |
| 2007 | $ 249,472 | $ 13,180 | $ 27,863 | $ 85,684 | $ 179,621 | 17% | $ 8.65 | 19% | $ 15.86 | 60% |
| 2008 | $ 243,849 | $ 16,049 | $ 12,899 | $ 48,712 | $ 179,412 | 7% | $ 8.61 | 0% | $ 8.77 | (45%) |
| 2009 | $ 287,558 | $ 14,947 | $ 24,575 | $ 61,698 | $ 226,517 | 12% | $ 11.26 | 31% | $ 7.96 | (9%) |
| 2010 | $ 320,973 | $ 14,849 | $ 7,403 | $ 36,360 | $ 235,278 | 3% | $ 11.69 | 4% | $ 9.10 | 14% |
| 2011 | $ 354,881 | $ 15,880 | $ (10,891) | $ 24,610 | $ 215,572 | (7%) | $ 11.19 | (4%) | $ 6.99 | (23%) |
| 2012 | $ 389,842 | $ 15,293 | $ 3,524 | $ 33,682 | $ 220,537 | 2% | $ 11.45 | 2% | $ 9.39 | 34% |
| 2013 | $ 460,027 | $ 12,884 | $ 8,245 | $ 68,338 | $ 238,118 | 4% | $ 12.36 | 8% | $ 8.89 | (5%) |
| 2014 | $ 473,218 | $ 12,383 | $ 13,429 | $ 33,684 | $ 252,037 | 5% | $ 13.11 | 6% | $ 12.09 | 36% |
| 2015 | $ 514,223 | $ 13,969 | $ 21,863 | $ 52,936 | $ 262,026 | 9% | $ 13.72 | 5% | $ 11.69 | (3%) |
| 2016 | $ 549,077 | $ 16,342 | $ 6,526 | $ 30,854 | $ 265,736 | 2% | $ 14.28 | 4% | $ 11.63 | (1%) |
| 2017 | $ 604,156 | $ 18,874 | $ (11,553) | $ 7,199 | $ 251,118 | (4%) | $ 13.82 | (3%) | $ 10.43 | (10%) |
| 2018 | $ 663,015 | $ 18,232 | $ 10,347 | $ (32,935) | $ 255,532 | 4% | $ 14.17 | 3% | $ 10.69 | 2% |
| 1H 2019 | $ 405,552 | $ 10,523 | $ 28,054 | $ 6,685 | $ 289,536 | | $ 15.98 | 13% | $ 14.23 | 33% |
| TOTAL | $ 5,852,644 | $ 209,088 | $ 166,510 | $ 570,462 | | | | | | |



(1) Stock prices and BVPS prior to 2006 have been adjusted for the one for six reverse stock split which took place during Q3 2006.
(2) FY2010 and FY2011 Net income, Equity and BVPS have been restated for change in accounting principle related to deferred acquisition costs.

20



# NASDAQ:  HALL

**For more information, visit www.hallmarkgrp.com.**

